# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Criminal No. 1:21-CR-00569-TNM |
| v. | ) Judge Trevor N. McFadden |
| JESSE R. BENTON, and<br>ROY DOUGLAS ("DOUG") WEAD, | ) |
| Defendants. | ) |

## CONSENT MOTION TO HOLD STATUS CONFERENCE

COMES NOW the Defendant, Jesse R. Benton, by and through counsel, and respectfully moves this Court to hold a status conference in this matter, and states the following in support:

1. Undersigned counsel entered his appearance on this case on February 15, 2022. Prior counsel will be withdrawing as counsel in this matter.

2. Counsel has made initial contact with Government counsel, and has executed the Protective Order in this case to start receiving discovery.

3. Because undersigned counsel has just been engaged, additional time is required to review discovery, prepare pre-trial motions, and prepare for trial.

4. Therefore, a status conference is requested to discuss the current case schedule and inquire about potential new dates for current deadlines and the trial date.

5. Government counsel consents to the request to hold a status conference at a date and time convenient for the Court.

6. Furthermore, it is requested that the Defendant be permitted to attend the status conference remotely by video or telephone as he does not reside in this judicial district.

1

WHEREFORE, it is respectfully requested that the Court hold a status conference at a date and time convenient for the Court.

Dated: February 22, 2022　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By: */s/ Brian W. Stolarz*
　　　　　　　　　　　　　　　　　　　　Brian W. Stolarz, Esq.
　　　　　　　　　　　　　　　　　　　　(D.C. Fed. Bar No. 466160)
　　　　　　　　　　　　　　　　　　　　Norton Rose Fulbright US LLP
　　　　　　　　　　　　　　　　　　　　799 9th Street, N.W.
　　　　　　　　　　　　　　　　　　　　Suite 1000
　　　　　　　　　　　　　　　　　　　　Washington, DC 20001-4501
　　　　　　　　　　　　　　　　　　　　Telephone: (202) 662-0309
　　　　　　　　　　　　　　　　　　　　Email: brian.stolarz@nortonrosefulbright.com
　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Jesse R. Benton*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this document filed through the CM/ECF system on February 22, 2022, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                                */s/ Brian W. Stolarz*
                                                Brian W. Stolarz