UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case 1:21-cr-00569-TNM |
| ) | |
| JESSE R. BENTON ) | |
| ) | |
| Defendant.  ) | |
| ) | |

## MOTION OF DAVID A. WARRINGTON AND MICHAEL A. COLUMBO TO WITHDRAWAL AS COUNSEL TO DEFENDANT JESSE R. BENTON

Undersigned counsel Mr. David A. Warrington and Mr. Michael A. Columbo of the Dhillon Law Group, Inc., with the consent of Defendant Mr. Jesse R. Benton, respectfully move this Court to allow them to withdrawal as counsel for the Defendant in this matter pursuant LCrR 44.5(d), and states the following in support:

1. Mr. Warrington entered an appearance in this case on September 23, 2021. ECF No. 13.

2. Mr. Columbo entered an appearance in this case on September 24, 2021. ECF No. 15.

3. Mr. Warrington became aware of an issue requiring this relief. Specifically, Mr. Warrington has been informed that he may be necessary to testify as a witness in this matter.

4. On February 8, 2022 Mr. Warrington and Mr. Columbo informed Counsel for the Government of this issue and that Mr. Warrington may be a necessary witness in the matter and that Defendant would be seeking and retaining new counsel.

5. The Defendant is aware of these circumstances and consents to Mr. Warrington's and Mr. Columbo's withdrawal.

6. The Defendant has had an opportunity to select new counsel and, on February 15, 2022, Mr. Brian W. Stolarz of the firm Norton Rose Fulbright US LLP entered an appearance

1

in this matter on behalf of Mr. Benton. ECF No. 27.  Accordingly, there will be no prejudice to Mr. Benton if Mr. Warrington and Mr. Columbo withdrawal.

7. Moreover, Mr. Stolarz is already actively engaged in the case and has filed a Consent Motion to Hold Status Conference, ECF No. 28, thus there is no prejudice to the Defendant as a result of the withdrawal.

8. There is no indication that Mr. Warrington's and/or Mr. Columbo's withdrawal would be contrary to the interests of justice.

Therefore, consistent with LCrR 44.5(d), undersigned counsel respectfully moves this Court to permit them to withdrawal as counsel for the Defendant Mr. Jesse R. Benton.

Dated: March 2, 2022              Respectfully submitted,


/s/
David A. Warrington (D.C. Bar No. 1616846)
DHILLON LAW GROUP, INC.
2121 Eisenhower Avenue, Suite 402
Alexandria, Virginia 22314
Telephone: 703-574-1206
Facsimile: 415-520-6593
dwarrington@dhillonlaw.com

/s/
Michael A. Columbo (D.C. Bar No. 476738)
DHILLON LAW GROUP, INC.
177 Post Street, Suite 700
San Francisco, California 94108
Phone: (415) 433-1700
Facsimile: (415) 520-6593
mcolumbo@dhillonlaw.com

*Counsel for Defendant Jesse R. Benton*

## CERTIFICATE OF SERVICE

The undersigned certifies that, on March 2, 2022, in accordance with LCrR 44.5(d) a copy of the foregoing **MOTION OF DAVID A. WARRINGTON TO WITHDRAWAL AS COUNSEL TO DEFENDANT JESSE R. BENTON** was served upon the Defendant by electronic mail and United States mail at the Defendant's last known address and was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Michelle Parikh**
DOJ-CRM
1331 F Street NW
Washington, DC 20005
202-353-0726
michelle.parikh@usdoj.gov

**Rebecca G. Ross**
DOJ-CRM
Public Integrity Section
1301 New York Avenue
Floor 10
Washington, DC 20530
202-307-3033
Rebecca.Ross2@usdoj.gov

**Brian W. Stolarz**
NORTON ROSE FULBRIGHT US LLP
799 9th Street NW
Suite 1000
Washington, DC 20001
202-662-0309
202-662-4643 (fax)
brian.stolarz@nortonrosefulbright.com

**Michelle Wasserman**

DOJ-USAO
555 4th Street, NW
Washington, DC 20001
619-546-8431
michelle.wasserman@usdoj.gov

                                                  /s/
                                    David A. Warrington