**<u>EXHIBIT 1</u>**

 **U.S. Department of Justice**

Criminal Division

---

*Public Integrity Section*                    *Washington, D.C. 20530*

February 14, 2022

**VIA EMAIL**

David Warrington
DWarrington@dhillonlaw.com

Michael Columbo
MColumbo@dhillonlaw.com

> Re:    **United States v. Jesse Benton**
>          **Criminal Case No. 21CR569-TNM**

Dear Counsel:

Pursuant to Federal Rule of Criminal Procedure 16 and the Court's Order of December 17, 2021, we make the following pretrial disclosures regarding self-authenticating documents and evidence, Rule 404(b), and Rule 609. The United States has already given you notice, by separate letter, of its intent to introduce foreign business records as self-authenticating under 18 U.S.C. § 3505. The United States does not anticipate presenting any expert testimony at this time. Although we are making a good faith effort to include in this letter notice under Rules 902, 404(b), and 609, the United States reserves the right to inform you of additional information prior to trial.

1.  Self-Authenticating Documents and Evidence

    A.  Business Records

Pursuant to Fed. R. Evid. 902(11), the United States anticipates presenting the following self-authenticating business records at trial. The certificates of authenticity have already been produced to you in discovery:

1. RNC Records (DOJ_0000167947 to DOJ_0000172502)
2. Trump Victory Records (DOJ_0000172503 to DOJ_0000189482)
3. AT&T Records (DOJ_0000003429 to DOJ_0000003921; DOJ_0000112955 to DOJ_0000112966; DOJ_0000128352 to DOJ_0000150822; DOJ_0000150823 to DOJ_0000155258; DOJ_0000193118 to DOJ_0000215521; DOJ_0000215522 to DOJ_0000233600)
4. Sun Trust Bank Records (DOJ_0000010358 to DOJ_0000010469; DOJ_0000162636 to DOJ_0000162743)

5. Republic Bank and Trust Records (DOJ_0000001917 to DOJ_0000002065; DOJ_0000160926 to DOJ_0000161231)
6. Philip Gabriel Photography (DOJ_0000235007 to DOJ_0000235012)
7. Maggiano's Little Italy Records (DOJ_0000011116 to DOJ_0000011131)
8. American Express Records (DOJ_0000119428 to DOJ_0000119914)

B. Email Records

Pursuant to Fed. R. Evid. 902(13), the United States anticipates presenting the following certified records generated by an electronic process or system.  The certificates of authenticity have already been produced to you in discovery.

1. Google Emails (DOJ_0000001568 to DOJ_0000164848; DOJ_000016563 to DOJ_0000166151)
2. AOL Emails (DOJ_0000164849 to DOJ_0000165586)
3. Microsoft Emails (DOJ_0000011236 to DOJ_0000165635)

C. Public Records

Pursuant to Fed. R. Evid. 902(4), the United States anticipates presenting the following certified public records at trial.  While the United States has already produced these records as non-certified records, the United States anticipates producing certified FEC records and certified State Department records prior to trial.

1. Certified FEC Records (*Pending*)
2. Certified State Department Records (*Pending*)

2. Rule 404(b) Notice

The United States has produced in discovery evidence of your client's prior conviction for campaign finance related criminal activity.  Those documents have been produced to you at DOJ_0000837506 to DOJ_0000837546.  The United States hereby gives notice that it may use the fact of this conviction and the facts of the previous conviction as evidence of intent, knowledge, willfulness, opportunity, plan, and lack of mistake or accident.  *See* Fed. R. Evid. 404(b).

Through open source searching, the United States discovered evidence that in October 2016, the Telegraph newspaper published an article reporting that your client and Eric Beach solicited and agreed to accept a $2 million contribution from an individual who they believed to be a Chinese national who wanted to contribute to Great America PAC.  The article further reported that Mr. Benton proposed routing the illegal contribution through his company, Titan Strategies, and creating a fake invoice for consulting services.  Emails relating to this transaction were located in your client's email account.  The United States hereby gives notice that it may use this event as evidence of intent, knowledge, willfulness, opportunity, plan, and lack of mistake or accident.  *See* Fed. R. Evid. 404(b).

The United States has produced text messages between your client and Courtland Gettel relating to a $300,000 donation solicited by your client and Eric Beach, and to representations by your client that Gettel's $300,000 donation to Rand Paul would be confidential. (DOJ_0000233604 to DOJ_0000233709). The United States hereby gives notice that it may use these messages as evidence of intent, knowledge, willfulness, opportunity, plan, and lack of mistake or accident. *See* Fed. R. Evid. 404(b).

     3. <u>Rule 609 Notice</u>

The United States intends to elicit testimony regarding, and if necessary present evidence of, your client's prior felony convictions if he elects to testify at trial. Fed. R. Evid. 609(a), (c). The documents relating to those convictions have been previously produced to you at DOJ_0000837506 to DOJ_0000837546.

Please feel free to contact me at (202) 573-2698 if you have any questions or would like to discuss these matters further.

Sincerely,

COREY R. AMUNDSON
Chief

<u>/s/ Rebecca G. Ross</u>
Rebecca G. Ross
Michelle K. Parikh
Trial Attorneys
Department of Justice, Criminal Division
Public Integrity Section
1301 New York Ave. NW, Floor 10
Washington, D.C. 20530

Michelle L. Wasserman
Special Assistant United States Attorney
United States Attorney's Office for the
District of Columbia