# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal No. 1:21-CR-00569 (TNM) |
| JESSE R. BENTON, | ) |
| Defendant. | ) |

## DEFENDANT JESSE R. BENTON'S MOTION TO APPEAR TELEPHONICALLY FOR MOTIONS HEARING OR WAIVE PRESENCE

Defendant Jesse R. Benton, through counsel, respectfully submits this motion to appear telephonically for the September 23, 2022 motions hearing in this matter or waive his presence, and states the following in support:

1. An in-person motions hearing is set for this matter on September 23, 2022.

2. The Defendant lives outside the judicial district in Houston, Texas.

3. It would be a hardship on a financial basis as well as personal basis for Mr. Benton to travel to this District for the hearing due to child care and other responsibilities.

4. Federal Rule of Criminal Procedure 43(b)(3) does not require the Defendant's presence for proceedings regarding a question of law, therefore Mr. Benton's presence is not required for the hearing.

5. In an abundance of caution, to the extent the matters addressed at the motions hearing go beyond the parameters of Rule 43(b)(3), Mr. Benton respectfully requests that he be permitted to appear telephonically. If the Court is not able to accommodate that request, Mr. Benton has informed counsel that he knowingly waives his presence for the hearing.

WHEREFORE, it is respectfully requested that Mr. Benton be permitted to attend the September 23, 2022 telephonically or that his presence be waived at the hearing.

Dated: September 9, 2022              Respectfully submitted,

By: */s/ Brian W. Stolarz*
    Brian W. Stolarz (D.C. Bar No. 466160)
    Norton Rose Fulbright US LLP
    799 9th Street, NW, Suite 1000
    Washington, DC 20001-4501
    Telephone: (202) 662-0309
    Facsimile: (202) 662-4643
    Email: brian.stolarz@nortonrosefulbright.com
    *Counsel for Defendant Jesse R. Benton*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that this document filed through the CM/ECF system on September 9, 2022, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                                    */s/ Brian W. Stolarz*
                                                    Brian W. Stolarz