UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | |
| JESSE R. BENTON, ) | CRIMINAL NO. 1:21-CR-00569 (TNM) |
| ) | |
| Defendant. ) | |
| _____ ) | |

### DEFENDANT'S NOTICE OF PROPOSED CO-DEFENDANT STATEMENTS FOR ADMISSION

Defendant, Jesse R. Benton, through undersigned counsel, hereby submits this notice of proposed co-defendant Doug Wead's statements for admission from his May 27, 2021 FBI interview pursuant to the Court's direction at the October 28, 2022 pre-trial conference in this matter and in connection with the Defendant's Response to the Government's Trial Brief, ECF No. 48.

After the pre-trial conference, the parties corresponded in an effort to streamline the Defendant's proposed statements for admission and those efforts were fruitful. The Defendant also re-reviewed the transcript of the interview to further streamline this notice, and narrowed the notice to 10 targeted statements out of a 115 page transcript that are relevant to specific issues critical to the defense in this case.

Therefore, the proposed statements presented herein represent the statements that the Defendant submits should be admitted as they have the necessary indicia of trustworthiness, and are the only source of evidence for the facts presented in the proposed statements. The Defendant will be unfairly inhibited and hamstrung in presenting his defense without the

1

statements.[1]  The Defendant respectfully requests that the proposed statements be admitted pursuant to Federal Rule of Evidence 807.

I. **Proposed Co-Defendant Statements for Admission**

The following excerpts are respectfully proposed for admission in this case with a brief explanation grouped by topic:

1 (a-c):  Background of how Mr. Wead met Mr. Vasilenko; purpose of Mr. Vasilenko's travel to the United States in 2018 and ongoing relationship with Mr. Wead.

a):

| | |
|---|---|
| DW: | But um so Roman Vasilensko … I think he told me… I… to the best of my memory …. He told me that he heard me speak somewhere uh and so he contacted my translator in Russia whose name is Olga Kovalova- |

b):

| | |
|---|---|
| DW: | So she's the one that reached out to me and said I've got a-a gentleman that's starting a new company and he wants you to speak at his inaugural event and it's in Sochi and uh he's very sharp. He's well-dressed and he's young and dynamic and and you ought to come speak for him. I can't remember what the arranged fee was. |

c):

| | |
|---|---|
| DW: | Well directly… um… I went over and spoke for him in St. Petersburg. Uh and that was an event. I don't know how many he had. I think… oh I had him come to the United States. He came to the United States and uh I asked for his help with a private school I was running in Oregon called Canyonville Academy. |

ECF No. 48, Exhibit 1, p. 7-8, 12.

---

[1] The government plans to provide counsel with copies of its proposed exhibit list prior to trial, and if the exhibits further narrow the proposed statements noted herein, counsel will inform the Court.

    **2:**    Background of relationship between Mr. Wead and Mr. Vasilenko; Charity Awards creation in Russia generally.

| | |
|---|---|
| DW: | Yeah because when I went back I remember now um I went when I went back on one of those trips to Russia uh Olga was saying, telling me about his work with the children in St. Petersburg and all of this sort of thing and he wants to get involved in charity. And I said well we should have a Charity Awards event and described what it was-- |
| EP: | Mhmm. |
| DW: | --and encouraged him to do that in Russia, to get Russian celebrities and Russian um athletes, sports stars-- |
| EP: | Mhmm. |
| DW: | --and do the same thing. Put on an event and- |
| EP: | Mhmm. |
| DW: | I don't know if it's possible in Russian. But-but I thought somebody should be doing something like that in Russia. |

*Id.*, p. 18.

    **3 (a-c):** Purpose of Mr. Vasilenko's September 2016 trip from Mr. Wead's and Mr. Vasilenko's perspectives and creation of Charity Awards in Russia.

    a):

| | |
|---|---|
| DW: | Well, for him the purpose of the award was to be honored in front of his people [child talking in background] and everything. And and for us, uh for the Charity Awards, the purpose was to build a relationship with this great organization in Russia. He was wanting to get involved in charities helping a hospital in St. Petersburg, and they were doing some groundbreaking work with uh uh children. Uh what is the the problem with children when they're born and they're slow and they're? |

3

b):

| | |
|---|---|
| KS: | So he viewed like… being involved in a charity in the U.S. as a springboard to launching similar stuff in Russia? |
| DW: | Did he what? |
| KS: | He viewed- |
| DW: | [OV] Yes, yeah that was the whole purpose. |
| KS: | being involved- as the springboard to to launching a similar thing in Russia? |
| DW: | Yeah, this is what you could be doing in Russia… and when I was speaking for all of these network marketing companies it was much easier to do these events because I could call up someone who had… I told you how they had these massive followings. I could call up somebody who had one of these followings and I could say hey uh we're going to put on this Charity Awards event. Uh we'll give you an award. You can get your picture taken with Bob Hope. You could get this, that. So they would get all their people to come because they wanted their peep- people to see them being honored in front of all these people. So I-I knew the … I knew how that would fit in his mind. I understood the network marketer and how it's important to have credibility to be honored in front of his own people. I understood that psychology. |

c):

| | |
|---|---|
| EP: | He was expecting the money so he was expecting Roman to give money, and then he was going to give money - Jesse was going to take that money and then give money to the campaign or to the RNC - whoever was hosting the event, right? |
| DW: | Well, I don't know. I don't know how-how that's worded without talking to Jesse's attorney and I don't know if that's the-the right description. But the point was we wanted to honor Roman Vasilenko. He wanted to go home with a picture with a celebrity and launch his own charitable stuff - still does, still wants to launch that. And Oprah Winfrey would have been great and Steven Seagal would've been great. |

*Id.*, p. 19-20, 28.

4

**4. (a-c):** Mr. Benton's value and purpose according to Mr. Wead's and Mr. Vasilenko's perspectives.

a):

| | |
|---|---|
| DW: | Well he-he uh Roman definitely wanted to do, wanted to create recreate what we had done in the United States. He wanted to recreate it in CIS. |
| EP: | What was Jesse gonna do though? |
| KS: | [Coughs] |
| DW: | Well Jesse had political knowledge… uh convention planning knowledge… uh how to get celebrities in America that c-could come over. If he couldn't get them this time, maybe he could get them in the future. Maybe he'd put together a plan to help get Oprah or Steven Seagal or some of these other people. Uh… and who else you know would you recommend? Who else could you get? I-I didn't know of anybody else. An agent uh so- |

b):

| | |
|---|---|
| DW: | We felt here's someone who has political connections, but more importantly political knowledge and knows how to put on events and put them on all across the country, hundreds of conventions, rented hotels, negotiated venues, understands everything from how you get a commission off of taxis in the city on the day you have the convention, knows stuff that we don't know, and he could help this guy launch a Charity Awards in Russia. That that was very real in our minds. We had done this before, and we knew it could work in Russia because what Roman had that we didn't have in the United States is he had a network. We had these network marketing organizations in the United States. That's how we were able to put on these big events with the Carters and with other people. |

5

    c):

| | |
|---|---|
| DW: | --uh so that's you know I would've told him. And our view was we were hiring Jesse for, to help us with the Charity Awards which-- |
| EP: | Okay. |
| DW: | --and we wanted him to get celebrities. I mean that was the whole idea. If he had a picture with Jimmy Carter or some celebrity he went back to Russia he'd say we want to do this in Russia. We want to have a Charity Awards and this-- |
| EP: | Okay, okay. |
| DW: | --would be his credibility [UI]. But- |

*Id.*, p. 33-34, 38, 103-104.

## II.   <u>Conclusion</u>

Wherefore, it is respectfully requested that the Court admit these statements in this case pursuant to Federal Rule of Evidence 807.

Dated:  November 1, 2022                      Respectfully submitted,

                                                      By: */s/ Brian W. Stolarz*
                                                         Brian W. Stolarz (D.C. Bar No. 466160)
                                                         Norton Rose Fulbright US LLP
                                                         799 9th Street, NW, Suite 1000
                                                         Washington, DC 20001-4501
                                                         Telephone: (202) 662-0309
                                                         Facsimile: (202) 662-4643
                                                         Email: brian.stolarz@nortonrosefulbright.com
                                                         *Counsel for Defendant Jesse R. Benton*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that this document filed through the CM/ECF system on November 1, 2022, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Brian W. Stolarz*
Brian W. Stolarz
