# Exhibit A

# Re:

| | |
|---|---|
| **From:** | Doug Wead <dougwead@aol.com> |
| **To:** | olgatk@list.ru |
| **Date:** | Mon, 14 Sep 2015 18:57:51 -0700 |

It is too long of a trip.  10k and business class yes.  (If I buy a business class ticket with my am xpress platinum, camille can fly free.)

meanwhile, we have to get you some income.  cori is helping us get a russian language website going.  i know america isn't so popular but learning to speak english will help in life and business. (as you know well.)

-----Original Message-----
From: Ольга Ковалёва <olgatk@list.ru>
To: dougwead <dougwead@aol.com>
Sent: Mon, Sep 14, 2015 4:21 pm

Hi, Doug! You never answered to my letter so I am writing again. Roman Vasilenko invites you as his guest to his event in Moscow on January, 10, 2016. It'll be their big seminar where they'll sum up their results and celebrate their success . He'll pay you $3000 plus business class tickets plus your stay in Moscow. You don't have to speak, just be a guest. Next day you go home. Doug, please, let me know what you decide. Olga.

--
Ольга Ковалёва

LAB-SW-4302-000100
DOJ_0000164854

# **Exhibit B**

# charity awards

| From: | Doug Wead <dougwead@aol.com> |
|---|---|
| To: | olgatk@list.ru |
| Date: | Wed, 06 Jan 2016 07:55:24 -0800 |

Olga...

if you get a chance, before you go to moscow.... take a look at this website and thoroughly acquaint yourself with it.  You remember the dinner.  We are having another this year and there may be a way we can be helpful to Roman.

http://charityawards.com/

Sometime, during our stay, I would like to have ten minutes alone with you and Roman, to share about this.  But first I want to meet with you and talk about it.

We are honoring former president jimmy carter this year and it is turning into quite a big deal.

Thanks,

Doug Wead

LAB-SW-4302-000176
DOJ_0000164930

# **Exhibit C**



**Dave Donaldson <davepdonaldson@gmail.com>**

---

## Charity Awards Committee Member Invitation
1 message

---

**Doug Wead** <dougwead@aol.com>            Fri, Jan 15, 2016 at 7:54 AM
To: davepdonaldson@gmail.com
Cc: camillewead@gmail.com

Dave, look this over and call me back asap to discuss. I just spoke for this gentleman in Moscow. We are seeking some start-up money to pay Camille, hire Cori and pay my own expenses.


Memo to Roman Vasilenko

Through: Olga Kovalova

From: Doug Wead

Sorry for the delay but quite a list of people are involved in this process and it took time to come up with an equitable plan that is fair to all of the others.

In general, the Charity Awards Committee likes the idea of seeing this event and the spirit of this event spreading to Eastern Europe and Russia. We hope that you will catch this vision and help make it a reality.

Since other participants at the Committee level are helping to finance the event and we are asking them for a $100,000 donation, we have to look at your lesser role of participation as a long term project which will accomplish great things at some future date. As an event here in America we have seen millions of dollars raised for charity and volunteers from the private sector honored and praised for their work. We anticipate that at some future date the same things will happen at such events in Europe or the CIS. And that you can be a leader in making that happen. That is the hope. And it is in that spirit everyone agreed to proceed by taking one step at a time.

Here are three intermediate steps that you can take to a role in this years event. This is something that we have not offered to any other person or organization but would constitute an exclusive arrangement between yourself and the organization.

#1) Charity Awards Committee

- You would donate $20,000
- You would immediately be added to the Charity Awards Stationary as a member of the Committee and listed along with the past members including some of the world's most famous and celebrated artists, athletes and movie stars. This is the stationary we showed you and includes the names of the former presidents and first ladies who have served as Honorary Co-

Chairmen.
- You would be added to the Charity Awards website, listed as a member of the Committee.
- This would allow you to send out letters on this letterhead and to create your own letterhead listing yourself as a Committee Member. (Olga will explain this.)
- As a Committee Member, you and a guest will be invited to attend and participate in any and all future Charity Awards Events without further donation or dinner ticket expense.
- You will be invited to attend the next Awards Event in the USA where you would sit at a table at the very front, near the stage and be brought to the podium to be given your award.
- We will make every effort to select an appropriate celebrity to make this presentation.
- If for some reason the event is delayed or cancelled or you are unable to attend because of conflict in schedule, we can arrange to have the presentation in Europe.
- At some future LIG event, when you have me in as a speaker, I could bring a Charity Award naming you as a Committee Member to present to you in front of your people. The Award would have the names of the past Co-Chairman, including Ronald Reagan and others. You could also help design this award. (Olga will explain.)
- If desired, we could coordinate a press release for such an event, listing the past presidents and first ladies who participated as Honorary Co-Chairmen.
- If circumstances allowed we could do both, present the award to you in the USA and again in Europe.

#2)  Charity Awards Honorary Co-Chairman

- You would donate an additional $20,000.  This would bring the total donation to $40,000.
- You would immediately be added to the Charity Awards Stationary, listed as a Co-Chairman, along with the past Co- Chairman which include Ronald Reagan and others. (All of these folks are presidents and first ladies except for William Shattner of Star Trek fame, Entertainer Bob Hope and Amway president, Rich DeVos.
- You would be added to the Charity Awards website, listed as an Honorary Co-Chairman and pictured with Reagan and others.
- You will be invited to attend the next Awards Event in the USA where you would sit onstage, at the head table, with any attendant celebrities and be brought to the podium to be given your award.
- We will make every effort to select an appropriate celebrity to make this presentation.
- If for some reason the event is delayed or cancelled or you are unable to attend, we can arranged to have the presentation in Europe.
- At some future LIG event, when you have me in as a speaker, I could bring a Charity Award naming you as a Co-Chairman and present it to you in front of your people. The Award would have the names of the past Co-Chairman, including Ronald Reagan and others, along with your own. You could also help design this award. (Olga will explain.)
- We could arrange for a 4 minute video of President Reagan describing the birth of the Charity Awards which could be shown before the presentation. (Olga could provide for translation which could be shown as captions.)
- If desired, we could coordinate a press release for such an event, listing the past presidents and first ladies who participated as Honorary Co-Chairmen.
- If circumstances allowed we could do both, present the award to you in the USA and again in Europe.
- You would be invited to all celebrity receptions and photo lines with distinguished guests.
- You would join three other Honorary Co-Chairmen in presenting the Humanitarian of the Year Award. (This year we expect that to be former President Jimmy Carter.)
- You would get a video version of the event.

- If the health of the former president prevents him from coming to the event we will try to arrange for the four Co-Chairmen, including Mr. Vasilenko, to go to Mr. Carter and present the award to him.  A videotape of this presentation would be shown at the event and be made available to the Chairmen.

#3) Annual Charity Businessman of the Year Award

- You would donate an additional $60,000 for a total of $100,000.
- You would have all of the opportunities described above.
- You would be presented with this prestigious award that has only been given on three previous occasions to the president of General Motors, the president of Amway and the president of North American Van Lines.
- You would be given the award at the event.
- Our event has been featured on national news and carried by entertainment news.  We expect it to be televised.

Background:  The story of the Charity Awards, its origin and its history can be found at:

http://charityawards.com/


Current plans for the 2016 Charity Awards

#1) The event would take place on a Friday in April or later in September, depending on the health and availability of the former president.
#2) It would be held at the Marriott Hotel in Atlanta, Georgia.
#3) It would honor former president Jimmy Carter.
#4) It would seek to benefit Mercy Corps which was born out of the original Charity event which was held in the Carter White House in 1980.
#5) It would seek to benefit Atlanta charities and particularly Habitat for Humanity, one of the Carter's favorite charities.
#6) It would seek to honor Convoy of Hope who has sponsored city wide events in Atlanta that have been designed to help the inner city.
#7) First Financial Security would provide the audio visual.  We would reserve 1,000 plates for this company.
#8) An additional 1,000 plates would be made available to other charities and celebrities.

Why president Carter?

#1) He is the unanimous choice of this year's organizers.
#2) Both the media and the public are coming to the conclusion that he is the greatest former president in American history.
#3) Our first event was in the Carter White House which offers a nice connection to this celebration of his life.

Why the Charity Awards?

#1) We are a neutral, bipartisan and independently sponsored organization which makes us credible in presenting him with this honor.
#2) With eleven First Ladies and Presidents as past participants we have the gravitas to lend

dignity to this ceremony.

## Participating Celebrities

#1) The event always attracts a large representation of entertainment, sports, political and business celebrities.
#2) On this occasion - in addition to such celebs - we would invite and provide transportation and expenses for presidential historians, Doris Kerns Goodwin, Michael Beschloss, Douglas Brinkley, Richard Norton Smith and others.

## Other Awards

#1) As in the past, we would appoint a blue ribbon committee to nominate other Award Winners. We have a long history of distinguished winners. For example, in the past, our Charity in Sports Award has been presented, at our event, to Hank Aaron, Johnny Unitas, Stan Musial, Willie Mays, George Foreman and Brian Kilmeade. Once again, we would want to honor an outstanding person in the world of sports who has been helpful for charity.
#2) Each participating charity would be asked to select one of its own volunteers or workers to receive an award. This award would be co-presented to the recipient by a celebrity and a representative of the respective charity.
#3) An Awards would be presented to our corporate sponsor. In the past such awards have gone to the Chairman of General Motors, to Rich DeVos, Foster Freiss and others.

## Habitat for Humanity

We will want to make sure we have no conflict with Habitat. In no way are we trying to usurp their unique relationship with former president Carter. Habitat is his charity of choice. By the same token, if they give him such an award it doesn't really make news. I'm sure they have already given him many awards. Our bipartisan, independent award, however, also received by Ronald Reagan, becomes newsworthy. Since our organization does not raise funds we would seek to work with Habitat to see if there are new, creative ways they can benefit from our event.

## Television

With the proliferation of television channels and options we will seek to have our event televised.

Below is a first draft of a letter that should come from several charities that mutually agree to participate.

## First Draft

Dear Mr. President:

Your constant efforts in advancing human rights, extensive travel to conduct peace negotiations, advance disease prevention and eradication in developing countries, has not only touched the hearts of all who benefited from your hard work and acts of kindness but has left an imprint on the Charity Awards Committee.

On behalf of the Committee it would be an honor and our privilege to present to you the Presidential Life Time Achievement award. This will be a one time award, never given before. It is meant to honor your work as the most effective former president - in American history - on behalf of charity and philanthropy around the world.

The Awards Committee would like to make this presentation at a banquet in Atlanta, Georgia in April, 2016. We will seek to have this event televised.

We feel that this may be the perfect platform to make this declaration crowning your lifetime of achievement. We are independent and bipartisan. We raise no money at our events and make no charge for the seats which are awarded to major charities. We attract a large gathering of public figures in the world of business, entertainment, sports and charity. And finally, we hosted our first event in the East Room of your White House in 1980. Today, Mercy Corps, which came out of that event is a major world NGO that has distributed two billion dollars of food and medicine around the world.

We understand that at this time in your life you will be reserving your energy for family and personal health. We will work with your staff to find a way and a time to achieve this presentation that will be comfortable and honorable to you and the First Lady.

With deep appreciation,

Committee Members:

Presidents or representatives of the participating charities? Or perhaps a Committee chosen from Mercy Corps and Convoy?.
(This list of Charities or committee members will show the diversity and bi-partisan nature of our event.)

# **Exhibit D**

| | |
|---|---|
| **From:** | Doug Wead <dougwead@aol.com> |
| **To:** | olgatk@list.ru <olgatk@list.ru> |
| **Sent:** | 1/15/2016 9:51:20 PM |
| **Subject:** | CA Co-Chairmen |

Olga, here is the revised memo.  It has been approved.  Pls pass it onto Roman.  FYI, talking to Committee Members today it now looks like the September date is more likely.

thanks

doug wead


Memo to Roman Vasilenko

Through: Olga Kovalova

From: Doug Wead

Sorry for the delay but quite a list of people are involved in this process and it took time to come up with an equitable plan that is fair to all of the others.

In general, the Charity Awards Committee likes the idea of seeing this event and the spirit of this event spreading to Eastern Europe and Russia.  We hope that you will catch this vision and help make it a reality.

Since other participants at the Committee level are helping to finance the event and we are asking them for a $100,000 donation, we have to look at your lesser role of participation as a long term project which will accomplish great things at some future date.  As an event here in America we have seen millions of dollars raised for charity and volunteers from the private sector honored and praised for their work.  We anticipate that at some future date the same things will happen at such events in Europe or the CIS.  And that you can be a leader in making that happen. That is the hope.  And it is in that spirit everyone agreed to proceed by taking one step at a time.

Here are three intermediate steps that you can take to a role in this years event.  This is something that we have not offered to any other person or organization but would constitute an exclusive arrangement between yourself and the organization.

#1) Charity Awards Committee

- You would donate $30,000
- You would immediately be added to the Charity Awards Stationary as a member of the Committee and listed along with the past members including some of the world's most famous and celebrated artists, athletes and movie stars. This is the stationary we showed you and includes the names of the former presidents and first ladies who have served as Honorary Co-Chairmen.
- You would be added to the Charity Awards website, listed as a member of the Committee.
- This would allow you to send out letters on this letterhead and to create your own letterhead listing yourself as a Committee Member. (Olga will explain this.)
- As a Committee Member, you and a guest will be invited to attend and participate in any and all future Charity Awards Events without further donation or dinner ticket expense.
- You will be invited to attend the next Awards Event in the USA where you would sit at a table at the very front, near the stage and be brought to the podium to be given your award.
- We will make every effort to select an appropriate celebrity to make this presentation.
- If for some reason the event is delayed or cancelled or you are unable to attend because of conflict in schedule, we can arrange to have the presentation in Europe.
- At some future LIG event, when you have me in as a speaker, I could bring a Charity Award

naming you as a Committee Member to present to you in front of your people. The Award would have the names of the past Co-Chairman, including Ronald Reagan and others. You could also help design this award. (Olga will explain.)
- If desired, we could coordinate a press release for such an event, listing the past presidents and first ladies who participated as Honorary Co-Chairmen.
- If circumstances allowed we could do both, present the award to you in the USA and again in Europe.

#2)  Charity Awards Honorary Co-Chairman

- You would donate an additional $30,000.  This would bring the total donation to $60,000.
- You would immediately be added to the Charity Awards Stationary, listed as a Co-Chairman, along with the past Co- Chairman which include Ronald Reagan and others. (All of these folks are presidents and first ladies except for William Shattner of Star Trek fame, Entertainer Bob Hope and Amway president, Rich DeVos.
- You would be added to the Charity Awards website, listed as an Honorary Co-Chairman and pictured with Reagan and others.
- You will be invited to attend the next Awards Event in the USA where you would sit onstage, at the head table, with any attendant celebrities and be brought to the podium to be given your award.
- We will make every effort to select an appropriate celebrity to make this presentation.
- If for some reason the event is delayed or cancelled or you are unable to attend, we can arranged to have the presentation in Europe.
- At some future LIG event, when you have me in as a speaker, I could bring a Charity Award naming you as a Co-Chairman and present it to you in front of your people. The Award would have the names of the past Co-Chairman, including Ronald Reagan and others, along with your own. You could also help design this award. (Olga will explain.)
- We could arrange for a 4 minute video of President Reagan describing the birth of the Charity Awards which could be shown before the presentation. (Olga could provide for translation which could be shown as captions.)
- If desired, we could coordinate a press release for such an event, listing the past presidents and first ladies who participated as Honorary Co-Chairmen.
- If circumstances allowed we could do both, present the award to you in the USA and again in Europe.
- You would be invited to all celebrity receptions and photo lines with distinguished guests.
- You would join three other Honorary Co-Chairmen in presenting the Humanitarian of the Year Award. (This year we expect that to be former President Jimmy Carter.)
- You would get a video version of the event.
- If the health of the former president prevents him from coming to the event we will try to arrange for the four Co-Chairmen, including Mr. Vasilenko, to go to Mr. Carter and present the award to him.  A videotape of this presentation would be shown at the event and be made available to the Chairmen.

#3) Annual Charity Businessman of the Year Award

- You would donate an additional $40,000 for a total of $100,000.
- You would have all of the opportunities described above.
- You would be presented with this prestigious award that has only been given on three previous occasions to the president of General Motors, the president of Amway and the president of North American Van Lines.
- You would be given the award at the event.
- Our event has been featured on national news and carried by entertainment news.  We expect it to be televised.

Background:  The story of the Charity Awards, its origin and its history can be found at:

http://charityawards.com/

Current plans for the 2016 Charity Awards

#1) The event would take place on a Friday in April or later in September, depending on the health and availability of the former president.
#2) It would be held at the Marriott Hotel in Atlanta, Georgia.
#3) It would honor former president Jimmy Carter.
#4) It would seek to benefit Mercy Corps which was born out of the original Charity event which was held in the Carter White House in 1980.
#5) It would seek to benefit Atlanta charities and particularly Habitat for Humanity, one of the Carter's favorite charities.
#6) It would seek to honor Convoy of Hope who has sponsored city wide events in Atlanta that have been designed to help the inner city.
#7) First Financial Security would provide the audio visual.  We would reserve 1,000 plates for this company.
#8) An additional 1,000 plates would be made available to other charities and celebrities.

Why president Carter?

#1) He is the unanimous choice of this year's organizers.
#2) Both the media and the public are coming to the conclusion that he is the greatest former president in American history.
#3) Our first event was in the Carter White House which offers a nice connection to this celebration of his life.

Why the Charity Awards?

#1) We are a neutral, bipartisan and independently sponsored organization which makes us credible in presenting him with this honor.
#2) With eleven First Ladies and Presidents as past participants we have the gravitas to lend dignity to this ceremony.

Participating Celebrities

#1) The event always attracts a large representation of entertainment, sports, political and business celebrities.
#2) On this occasion - in addition to such celebs -  we would invite and provide transportation and expenses for presidential historians, Doris Kerns Goodwin, Michael Beschloss, Douglas Brinkley, Richard Norton Smith and others.

Other Awards

#1) As in the past, we would appoint a blue ribbon committee to nominate other Award Winners.  We have a long history of distinguished winners.  For example, in the past, our Charity in Sports Award has been presented, at our event, to Hank Aaron, Johnny Unitas, Stan Musial, Willie Mays, George Foreman and Brian Kilmeade.  Once again, we would want to honor an outstanding person in the world of sports who has been helpful for charity.
#2) Each participating charity would be asked to select one of its own volunteers or workers to receive an award. This award would be co-presented to the recipient by a celebrity and a representative of the respective charity.
#3) An Awards would be presented to our corporate sponsor.  In the past such awards have gone to the Chairman of General Motors, to Rich DeVos, Foster Freiss and others.

Habitat for Humanity

We will want to make sure we have no conflict with Habitat.  In no way are we trying to usurp their

unique relationship with former president Carter. Habitat is his charity of choice. By the same token, if they give him such an award it doesn't really make news. I'm sure they have already given him many awards. Our bipartisan, independent award, however, also received by Ronald Reagan, becomes newsworthy. Since our organization does not raise funds we would seek to work with Habitat to see if there are new, creative ways they can benefit from our event.

Television

With the proliferation of television channels and options we will seek to have our event televised.

Below is a first draft of a letter that should come from several charities that mutually agree to participate.

First Draft

Dear Mr. President:

Your constant efforts in advancing human rights, extensive travel to conduct peace negotiations, advance disease prevention and eradication in developing countries, has not only touched the hearts of all who benefited from your hard work and acts of kindness but has left an imprint on the Charity Awards Committee.

On behalf of the Committee it would be an honor and our privilege to present to you the Presidential Life Time Achievement award. This will be a one time award, never given before. It is meant to honor your work as the most effective former president - in American history - on behalf of charity and philanthropy around the world.

The Awards Committee would like to make this presentation at a banquet in Atlanta, Georgia in April, 2016. We will seek to have this event televised.

We feel that this may be the perfect platform to make this declaration crowning your lifetime of achievement. We are independent and bipartisan. We raise no money at our events and make no charge for the seats which are awarded to major charities. We attract a large gathering of public figures in the world of business, entertainment, sports and charity. And finally, we hosted our first event in the East Room of your White House in 1980. Today, Mercy Corps, which came out of that event is a major world NGO that has distributed two billion dollars of food and medicine around the world.

We understand that at this time in your life you will be reserving your energy for family and personal health. We will work with your staff to find a way and a time to achieve this presentation that will be comfortable and honorable to you and the First Lady.

With deep appreciation,

Committee Members:

Presidents or representatives of the participating charities? Or perhaps a Committee chosen from Mercy Corps and Convoy?.
(This list of Charities or committee members will show the diversity and bi-partisan nature of our event.)

# **<u>Exhibit E</u>**

# Re:

| | |
|---|---|
| From: | Dougwead <dougwead@aol.com> |
| To: | Ольга Ковалёва <olgatk@list.ru> |
| Date: | Sun, 07 Feb 2016 15:42:42 -0800 |

Yaaay.  U r a genius

Sent from my iPhone

On Feb 7, 2016, at 4:40 PM, Ольга Ковалёва <olgatk@list.ru> wrote:

> Doug, I've got a letter from Roman. He wants to get a Business Award and is ready to pay $100000. See, if I am promised 10 percent I can persuade a person to pay any amount of money :)))) If he pays $100000 will he also become a cochairman?  Also,  he asks for the event to take place after September, 18.
>
> --
> Отправлено из Mail.Ru для Android

LAB-SW-4302-000184
DOJ_0000164938

# **Exhibit F**

# Re: Re[7]: Re[6]: Re[5]: Re[4]: Students

---

From:       Doug Wead <dougwead@aol.com>
To:         olgatk@list.ru
Date:       Wed, 23 Mar 2016 06:21:00 -0700

---

Oh great.

Meanwhile, ask Roman who he would prefer to meet.... in order of importance.  Some dates will be in conflict with these folks and some will be unavailable or reject the invitation. They are all under consideration by the Committee and we are talking to some to learn more about their charity work but none have been formally invited.

Maria Sharapova
Laura Bush
Steven Seagal
former President Jimmy Carter
Viacheslav Fetisov
Vladislav Tretiak
Michelle Obama
Muhammed Ali
Oprah Winfey
Mikhail Baryshnikov


Any one else he names.


-----Original Message-----
From: Ольга Ковалёва <olgatk@list.ru>
To: Doug Wead <dougwead@aol.com>
Sent: Wed, Mar 23, 2016 6:27 am
Subject: Re[7]: Re[6]: Re[5]: Re[4]: Students

Doug, sorry, money is here. She has found it. Everything is fine.
--
Отправлено из Mail.Ru для Android
четверг, 17 марта 2016г., 16:47 +02:00 от Doug Wead <dougwead@aol.com>:

> what about Sep 24 or 25? This would allow him to have great video footage for his seminars. this is the favorite date
> for many of the charities.
>
> thanks
>
> doug wead
>
> -----Original Message-----
> From: Ольга Ковалёва <olgatk@list.ru>
> To: Doug Wead <dougwead@aol.com>
> Sent: Thu, Mar 17, 2016 10:13 am
> Subject: Re[6]: Re[5]: Re[4]: Students
>
> Doug, talked to Roman. He can't cine for September, 3. He will participate in the elections to the Russian Parliament
> on the 18, so he'll be busy. And he has seminars on October 7-15.
> --
> Отправлено из Mail.Ru для Android
> среда, 16 марта 2016г., 23:15 +02:00 от Doug Wead <dougwead@aol.com>:
>
>> i will check...
>>
>> -----Original Message-----
>> From: Ольга Ковалёва <olgatk@list.ru>
>> To: Doug Wead <dougwead@aol.com>
>> Sent: Wed, Mar 16, 2016 4:19 pm
>> Subject: Re[5]: Re[4]: Students
>>
>> Doug, is it possible to have Dinner on September, 24 or 25?

LAB-SW-4302-000201
DOJ_0000164955

--
Отправлено из Mail.Ru для Android
среда, 16 марта 2016г., 21:43 +02:00 от Doug Wead <dougwead@aol.com>:

What do you think the market can bare?  WE could do $17,500 if you thought it would get you more students.
But they would have to actually pay.  That would be a $9,000 scholarship for each one.


-----Original Message-----
From: Ольга Ковалёва <olgatk@list.ru>
To: Doug Wead <dougwead@aol.com>
Sent: Wed, Mar 16, 2016 3:25 pm
Subject: Re[4]: Students

Doug, does it mean my prospects will pay $21500 this year? Do I understand correctly? As to dinner, I'll ask
Roman what is best for him. But I know they have a seminar on October,8. I'll get back to you. > Среда, 16
марта 2016, 20:28 +02:00 от Doug Wead <dougwead@aol.com>: > > > Hi Olga > > Here is the info. > > All of
your students - Russian speaking students - get a $6k scholarship.  As of now. Do you feel that they need
more?  I know the economy is tough. > > Meanwhile, as to dates for the dinner. > > What about the week
of September 3?  This would be the day before Mother Theresa receives her sainthood in Rome so we would
be honoring her and Jimmy Carter. Many of our celebs like that idea. > > Also what about the date of Oct 9th?
> > Finally, be prepared, the location may be Washington DC. We are getting close to a final decision but keep
in mind, we have the calendars of some of the most important folks in the world to work out. > > Thanks, > >
Doug Wead > > > > > -----Original Message----- > From: Ольга Ковалёва <olgatk@list.ru> > To: Dougwead
<dougwead@aol.com> > Sent: Tue, Mar 15, 2016 6:25 pm > Subject: Re[2]: Students > > Doug, Roman is
ready to transfer the money for the Dinner. Is its date known already? Has a decision been taken about a
discount for CIS students? Or not? I need to tell my prospects. Thanks, Olga. > > > > > Пятница, 11 марта
2016, 20:57 +02:00 от Dougwead < dougwead@aol.com >: > > > > > > > > > > What is the price for
Russian speaking students?  Can we give them a better deal. > > > > > > Sent from my iPhone > > > > > On
Mar 11, 2016, at 11:35 AM, Ольга Ковалёва < olgatk@list.ru > wrote: > > > > > > > >I'll find out. Doug, what is
the fee for CIS students for the next year? I have a prospect. What about Charity Dinner date?  I am with
Roman now, he is a bit worried. > > > >-- > > > >Отправлено из Mail.Ru для Android четверг, 10 марта
2016г., 23:55 +02:00 от Dougwead < dougwead@aol.com >: > > > > > > > > >>Olga if we were to talk about the
academic achievements of our Russian kids on our website what could we say? > > > > > > > > >>Can you get
the info on the student who won the Moscow univ English olympics? > > > >> > > > >>Did most of our CCA
kids get into good universities in Russia? > > > >> > > > >>Sent from my iPhone

# **Exhibit G**

# Re: Re[8]: Re[7]: Re[6]: Re[5]: Re[4]: Students

| | |
|---|---|
| **From:** | Doug Wead <dougwead@aol.com> |
| **To:** | olgatk@list.ru |
| **Date:** | Wed, 23 Mar 2016 15:06:08 -0700 |

Okay.


-----Original Message-----
From: Ольга Ковалёва <olgatk@list.ru>
To: Doug Wead <dougwead@aol.com>
Sent: Wed, Mar 23, 2016 3:13 pm
Subject: Re[8]: Re[7]: Re[6]: Re[5]: Re[4]: Students

Doug, he would be happy to meet Oprah, Steven Seagal, Vladisav Tretyak and President Carter.
--
Отправлено из Mail.Ru для Android
среда, 23 марта 2016г., 15:21 +02:00 от Doug Wead <dougwead@aol.com>:

> Oh great.
>
> Meanwhile, ask Roman who he would prefer to meet.... in order of importance.  Some dates will be in conflict with
> these folks and some will be unavailable or reject the invitation. They are all under consideration by the Committee
> and we are talking to some to learn more about their charity work but none have been formally invited.
>
> Maria Sharapova
> Laura Bush
> Steven Seagal
> former President Jimmy Carter
> Viacheslav Fetisov
> Vladislav Tretiak
> Michelle Obama
> Muhammed Ali
> Oprah Winfey
> Mikhail Baryshnikov
>
>
> Any one else he names.
>
>
> -----Original Message-----
> From: Ольга Ковалёва <olgatk@list.ru>
> To: Doug Wead <dougwead@aol.com>
> Sent: Wed, Mar 23, 2016 6:27 am
> Subject: Re[7]: Re[6]: Re[5]: Re[4]: Students
>
> Doug, sorry, money is here. She has found it. Everything is fine.
> --
> Отправлено из Mail.Ru для Android
> четверг, 17 марта 2016г., 16:47 +02:00 от Doug Wead <dougwead@aol.com>:
>
>> what about Sep 24 or 25? This would allow him to have great video footage for his seminars. this is the favorite
>> date for many of the charities.
>>
>> thanks
>>
>> doug wead
>>
>> -----Original Message-----
>> From: Ольга Ковалёва <olgatk@list.ru>
>> To: Doug Wead <dougwead@aol.com>
>> Sent: Thu, Mar 17, 2016 10:13 am
>> Subject: Re[6]: Re[5]: Re[4]: Students
>>
>> Doug, talked to Roman. He can't cine for September, 3. He will participate in the elections to the Russian
>> Parliament on the 18, so he'll be busy. And he has seminars on October 7-15.

LAB-SW-4302-000203

DOJ_0000164957

--
Отправлено из Mail.Ru для Android
среда, 16 марта 2016 г., 23:15 +02:00 от Doug Wead <dougwead@aol.com>:

> i will check...
>
>
> -----Original Message-----
> From: Ольга Ковалёва <olgatk@list.ru>
> To: Doug Wead <dougwead@aol.com>
> Sent: Wed, Mar 16, 2016 4:19 pm
> Subject: Re[5]: Re[4]: Students
>
> Doug, is it possible to have Dinner on September, 24 or 25?
> --
> Отправлено из Mail.Ru для Android
> среда, 16 марта 2016 г., 21:43 +02:00 от Doug Wead <dougwead@aol.com>:
>
>> What do you think the market can bare?  WE could do $17,500 if you thought it would get you more
>> students.  But they would have to actually pay.  That would be a $9,000 scholarship for each one.
>>
>>
>> -----Original Message-----
>> From: Ольга Ковалёва <olgatk@list.ru>
>> To: Doug Wead <dougwead@aol.com>
>> Sent: Wed, Mar 16, 2016 3:25 pm
>> Subject: Re[4]: Students
>>
>> Doug, does it mean my prospects will pay $21500 this year? Do I understand correctly? As to dinner, I'll ask
>> Roman what is best for him. But I know they have a seminar on October,8. I'll get back to you. > Среда, 16
>> марта 2016, 20:28 +02:00 от Doug Wead <dougwead@aol.com>: > > > Hi Olga > > Here is the info. > >
>> All of your students - Russian speaking students - get a $6k scholarship.  As of now. Do you feel that they
>> need more?  I know the economy is tough. > > Meanwhile, as to dates for the dinner. > > What about the
>> week of September 3?  This would be the day before Mother Theresa receives her sainthood in Rome so
>> we would be honoring her and Jimmy Carter. Many of our celebs like that idea. > > Also what about the
>> date of Oct 9th? > > Finally, be prepared, the location may be Washington DC. We are getting close to a
>> final decision but keep in mind, we have the calendars of some of the most important folks in the world to
>> work out. > > Thanks, > > Doug Wead > > > > -----Original Message----- > From: Ольга Ковалёва
>> <olgatk@list.ru> > To: Dougwead <dougwead@aol.com> > Sent: Tue, Mar 15, 2016 6:25 pm > Subject:
>> Re[2]: Students > > Doug, Roman is ready to transfer the money for the Dinner. Is its date known already?
>> Has a decision been taken about a discount for CIS students? Or not? I need to tell my prospects. Thanks,
>> Olga. > > > > > Пятница, 11 марта 2016, 20:57 +02:00 от Dougwead < dougwead@aol.com >: > > > > > >
>> > > > > > What is the price for Russian speaking students?  Can we give them a better deal. > > > > > >
>> Sent from my iPhone > > > > > > On Mar 11, 2016, at 11:35 AM, Ольга Ковалёва < olgatk@list.ru > wrote:
>> > > > > > > >I'll find out. Doug, what is the fee for CIS students for the next year? I have a prospect. What
>> about Charity Dinner date?  I am with Roman now, he is a bit worried. > > > >-- > > > >Отправлено из
>> Mail.Ru для Android четверг, 10 марта 2016г., 23:55 +02:00 от Dougwead < dougwead@aol.com >: > > >
>> > > > > >Olga if we were to talk about the academic achievements of our Russian kids on our website
>> what could we say? > > > >> > > > >>Can you get the info on the student who won the Moscow univ
>> English olympics? > > > >> > > > >>Did most of our CCA kids get into good universities in Russia? > > > >>
>> > > > >>Sent from my iPhone

# **Exhibit H**

# invite letter

| | |
|---|---|
| From: | Doug Wead <dougwead@aol.com> |
| To: | olgatk@list.ru |
| Date: | Mon, 18 Jul 2016 07:29:14 -0700 |
| Attachments: | olha invite to wdc.jpg (149.56 kB) |

Hi Olga,

Attached is the invite letter with the changes made. Pls confirm that this was received and it is okay.

There was one other thing that I forgot to mention. In addition to the address and pictures, it would be very helpful to have info on any charitable work that Roman or his organization has done.

Thanks

Doug Wead

LAB-SW-4302-000222

DOJ_0000164976

# **Exhibit I**

# pls confirm invite to roman

| | |
|---|---|
| From: | Doug Wead <dougwead@aol.com> |
| To: | olgatk@list.ru |
| Date: | Mon, 18 Jul 2016 09:10:05 -0700 |
| Attachments: | ca invite to roman for visa.jpg (153.72 kB) |

Hi Olga,

Here, attached, is the invitation for Roman Vasilenko. Pls confirm that you got it. And let me know if he needs something more to start the Visa process.

Don't forget the pictures and anything you can get about charity work he may have done.

Thanks,

Doug Wead

LAB-SW-4302-000228

DOJ_0000164982

# **Exhibit J**

dd

| | |
|---|---|
| From: | Doug Wead <dougwead@aol.com> |
| To: | cburkhert@yahoo.com |
| Date: | Tue, 02 Aug 2016 08:33:54 -0700 |

Cori,

At the present time we have a page labeled news.

This should be changed to Awards....

This page should keep with the theme of the other pages in style but its content should change from "news" to "awards."


Winner of the Humanitarian Award

2016 Winner:

Roman Vasilinko

(Picture – we have several pics of roman.)

Roman Vasilinko joins a distinguished list of past recipients of the Humanitarian Award, including presidents and first ladies and billionaire businesspersons.  Polish president Lech Walesa, whose speech to the Charity event was smuggled out of Poland during his time under house arrest, was the last foreign recipient of the award. Mr. Walesa's speech to the event was broadcast to the world.

(Small pics of Vasilinko on the cover of three different magazines, including Forbes.)

Mr. Vasilinko's business and charitable work has been featured in numerous publications. He is the third "billionaire businessman" featured in Forbes Magazine to be a recipient of the award. Mr. Vasilinko is working to bring a Charity Awards program to Eastern Europe and Russia to help honor heroes of volunteerism.

(I am going to get Olga to translate this page in Russian.)

Some of the past winners of the Humanitarian Award

(PLs run a string of photos across the top of the list.)

Efrem Zimbalist, Jr., Andy Williams, Lady Bird Johnson, Lech Walesa, Hank Aaron, Gerald Ford, Rich DeVoss, Bob Hope, Coretta Scott King, Rosemary Clooney, Rosalynn Carter, George Kennedy, Pat Boone, Nancy Reagan, Ronald Reagan, Fred MacMurray, Phyllis Diller, William Shattner, Sandy Meisner, George H.W. Bush, Barbara Bush, Joe Frazier, Foster Freiss, Ron Paul, Mike Huckabee.


Cori - As we discussed, the connections to social media on this page should be taken out. We simply don't have the time to develop them. Unless you have some automated idea.

Instead, let's link to Mercy Corp's Facebook page.

https://www.facebook.com/mercycorps/

Attached is a copy of the program from a past Mercy Corps event which can be shown, with the caption, "Please follow Mercy Corps on Facebook" and then go to the link.

# **Exhibit K**

# Re: Request for Your Insight/Expertise re Fund Raising

| | |
|---|---|
| **From:** | Doug Wead <dougwead@aol.com> |
| **To:** | clare@communicate31.com |
| **Cc:** | brendan@communicate31.com, jesserbenton@gmail.com |
| **Date:** | Wed, 19 Jul 2017 04:06:54 -0700 |

Clare,

It is pretty encouraging to hear you describe my fundraising abilities.  Actually, I haven't raised a dime in 40 years.  Ha.  The Charity Awards is an awards celebration and we don't actually raise money at the event. And our last one was in 2001.  Mercy Corps does a great job but I am not involved in their fundraising.

There is a man who is a tremendous fundraiser, who did much to help the soft money fundraising for Donald Trump in 2016. He has access to people and mailing lists.  I will copy him on this email thread.

Thanks,

Doug Wead


-----Original Message-----
From: Clare Mann <clare@communicate31.com>
To: Doug Wead <dougwead@aol.com>
Cc: Brendan Norris <brendan@communicate31.com>
Sent: Mon, Jul 17, 2017 5:40 am
Subject: Request for Your Insight/Expertise re Fund Raising

Hi Doug,

I hope you are in great form and being entertained by your president!

Great that we got you on Australia TV although I haven't been able to locate a copy of the piece!

<u>Can I ask for your help?</u>

We have two dear colleagues who are just about to release a scathing expose the Australian Kangaroo culling. Despite the rhetoric, this Australian icon is facing a real threat of extinction.

Our two colleagues are coming to Washington between 3rd and 6th August to present the **film Kangaroo** at National Animal Rights Conference on Friday 4th August ,  It was premiered at the Sant Barbara International Film Festival.

With your expertise in raising large sums of money for worthy causes, would you have <u>at least 30 mins when our colleagues could meet with you and ask your advice/direction on navigating the American philanthropic arena to distribute this film?</u>

Included below is some information about the film.  The reason it is so important for this film to be shown in North America is that after Europe the USA is the second largest importer of kangaroo meat and skins in the world.  Unless Americans and Europeans stop buying products made from kangaroos, we will lose this magnificent animal.

Yours in anticipation in whatever help you can provide my colleagues.

Warmest

Clare

Communicate31, Level 26, 44 Market St, Sydney, NSW 2000, Australia
P: +61 1 300 788 031 F: +61 1 300 768 809 M:+61 422 516 566

LAB-SW-4302-000640
DOJ_0000165394

clare@communicate31.com   www.communicate31.com

BACKGROUND

…The nightly killing of kangaroos is the largest wildlife slaughter on the planet that feeds commercial markets across the USA and Europe.
After Europe, the USA is the second largest importer of kangaroo meat and skins in the world.
Unless Americans and Europeans stop buying products made from kangaroos - we will lose this magnificent animal.

This is a wildlife issue of international significance. Regional and local extinction of kangaroos is happening.
Americans are usually shocked to know they may be feeding kangaroo to their dogs or wearing kangaroo skins as soccer cleats. Second Nature Films  **are launching the Film's Trailer** at the National Animal Rights Conference in Washington DC on Friday August 4th.

**Please help us get this story out there.**

BRANDS THAT USE KANGAROO PRODUCTS

LAB-SW-4302-000641
DOJ_0000165395

# **Exhibit L**

# photos

| | |
|---|---|
| From: | Doug Wead <dougwead@aol.com> |
| To: | jesserbenton@gmail.com |
| Date: | Wed, 26 Oct 2016 11:43:34 -0700 |

Hi Jesse,

Why are they holding back the pictures? Roman already has his, which I took on the spot. So there is no reason to hold back from him.

In my case, if I had my photo I would run it in a pro Trump blog which would announce to all of my Ron Paul - Rand Paul, Bush 41 and 43 and Reagan fans that I am supporting Trump. If Reagan publicly mentions me in speeches (see link) why would Trump be ashamed of me? It is frustrating because I think I could have gotten a couple more $100,000 donations but how can I do it when I know they won't get their photos?

Reagan talking about Wead:

https://www.youtube.com/watch?v=OkYKEdOTQN8

thanks

doug wead

LAB-SW-4302-000598

DOJ_0000165352

# **<u>Exhibit M</u>**

# Re: Presidential Inaugural Committee

| | |
|---|---|
| From: | Doug Wead <dougwead@aol.com> |
| To: | jesserbenton@gmail.com |
| Date: | Thu, 15 Dec 2016 06:05:39 -0800 |

Hi Jesse,

Do you know, if through the money we steered to the cause, are Myriam and I are listed as contributors anywhere? To the PAC or the Campaign? And if so, how much are we credited? It doesn't matter but I would just like to know.

Thanks

Doug Wead

-----Original Message-----
From: Jesse Benton <jesserbenton@gmail.com>
To: Doug Wead <dougwead@aol.com>
Sent: Wed, Dec 14, 2016 2:50 pm
Subject: Fwd: Presidential Inaugural Committee

Sent from my iPhone

Begin forwarded message:

> From: Owen Dorney <Odorney@58PIC2017.org>
> Date: December 14, 2016 at 11:22:40 AM EST
> Cc: Stephanie Xu <SXu@58PIC2017.org>
> Subject: Presidential Inaugural Committee

Friends,

I hope this finds you doing well. Thank you for your high level support of Trump Victory and/or the RNC- what an amazing victory that we could not have done without your generous support! I have spoken with some of you but I wanted to make sure you had the information on the Presidential Inaugural Committee (PIC) benefits for the historic Inauguration next month.

We appreciate your consideration of personal or corporate support of the PIC. The PIC is charged with raising money for all Inauguration activities outside of the swearing in. I have attached the benefits for PIC contributions. Thank you for your consideration.

If you would like to attend and participate in the Inaugural activities please let me know (if you have not already) so we can add you to our registration list for next week. This will be emailed out so we can add you or an assistant if you wish. Your current contribution to Trump Victory and/or RNC for 2016 is what we use to determine your level of benefit within the attached programs. If you contribute to PIC this will be added to what you have already done to help you reach the higher levels.

Please email Stephanie Xu cc'd to find out what level your current contribution gives you access.

We do NOT have a finalized and public schedule yet but we hope to by the end of this week. Thank you again for your support and we're looking forward to a wonderful week of Inaugural events!

As always I can be reached on my cell 781-548-1059 or by using this email.

LAB-SW-4302-000610

DOJ_0000165364

Best,

Owen

Owen Dorney
58th Presidential Inaugural Committee
(781) 548-1059

LAB-SW-4302-000611
DOJ_0000165365

# **Exhibit N**

# invoices

| | |
|---|---|
| **From:** | Doug Wead <dougwead@aol.com> |
| **To:** | olgatk@list.ru |
| **Cc:** | fesparza@canyonville.net, cburkhert@yahoo.com, lbates@canyonville.net |
| **Date:** | Fri, 05 Oct 2018 11:35:46 -0700 |

Hi Olga,

Here are expenses for the Oregon part of the trip.

Transportation. Includes coach pick up in Roseburg to Canyonville for two days. Nov 27 & 28. . $4,223.61
Hotel in Canyonville  Nov 27.  $1,951.00
Catered Lunch Reception Nov 28.  $1,526.00

Total amount $6,326.61

Among for Charity Awards covered by Canyonville Academy, which should be sent to them.

$10,000 head table honoree. $2,000 per guest. 14 guests? $28,000

Total, $38,000

I tried to reach you by Skype to answer any questions. Pls call when you are able and I will give you any information you require.

Thanks.


Please  send  a Wire transfer
Bank Information :

Bank's Name:      Umpqua Bank
Bank's Address: 541 South Main St.
             Canyonville, OR 97417
                              U.S.A.
Bank's Telephone Number:  541-839-4271


SWIFT CODE      UMPQUS6P


Beneficiary:      Canyonville  Academy
Account Number  970036364


Information          Charity Awards Dinner


Doug Wead
dougwead.com
Facebook
Twitter
YouTube Channel

LAB-SW-4302-000534
DOJ_0000165288

# **<u>Exhibit O</u>**

# honorary degree

| | |
|---|---|
| **From:** | Doug Wead <dougwead@aol.com> |
| **To:** | olgatk@list.ru, cburkhert@yahoo.com, lbates@canyonville.net |
| **Date:** | Fri, 09 Nov 2018 11:15:20 -0800 |

Hi Olga,

It turns out that President Putin received an honorary doctorate in economics from Athens University.

http://en.kremlin.ru/events/president/news/26920

We will do the same thing in Canyonville.

Cori, Lisa, can we have a Honorary Doctorate in Economics ready for Roman?

Thanks,

Doug Wead
dougwead.com
Facebook
Twitter
YouTube Channel

LAB-SW-4302-000540
DOJ_0000165294