# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  :  
vs.  :  Criminal Case No.: 21-569 (TNM)  
JESSE R. BENTON,  :  
      Defendant.  :

## RIGHT TO TESTIFY

I understand that as a criminal defendant I have a fundamental constitutional right to testify in my own behalf, that this right is personal to me, and that this fundamental constitutional right cannot be waived or given up for me by my lawyer. I acknowledge that this fundamental constitutional right has been explained to me by the United States District Judge Trevor N. McFadden, presiding judge, and that it is my decision:

\_\_\_\_\_ TO TESTIFY

__X__ NOT TO TESTIFY

This the __14__ day of November, 2022.

_____  
JESSE R. BENTON – Defendant

_____  
Attorney for Defendant

WITNESSED BY:

_____  
Trevor N. McFadden  
United States District Judge