| Government | ☐ |
| Plaintiff | |
| Defendant | ☑ |
| Joint | ☐ |
| Court | ☐ |

United States

**VS.**

Jesse R. Benton

Civil/Criminal No. 21-CR-00569

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | 9/22/16 E-mail -- C. Franklin to S. Robinson | 11/10/2022 | 11/10/2022 | Sarah Robinson Burnett | |
| 2 | 9/22/16 E-mail -- T. Slate to C. Franklin | | | | |
| 3 | Charity Awards Website Pages | 11/10/2022 | 11/10/2022 | Erin Phan | |
| 4 | R. Vasilenko Instagram Pages 4.1-4.0, 4.10 | 11/10/2022 | 11/10/2022 | Erin Phan | |
| 5 | O. Kovalova Invoice | 11/10/2022 | ← | Erin Phan | |
| 6 | R. Vasilenko Magazine Cover | 11/10/2022 | 11/10/2022 | Erin Phan | |
| 7 | 12/11/18 E-mail -- D. Wead to O. Kovalova | | | | |
| 8 | Charity Awards International 2016 990 | | | | |
| 9 | Charity Awards International 2017 990 | | | | |
| 10 | 10/31/16 C.W. Franklin LLC Invoice | 11/14/2022 | 11/14/2022 | Caitlin Franklin | |

| Government | ☐ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ☑ |
| Joint | ☐ |
| Court | ☐ |

United States

**VS.**

Jesse R. Benton

**Civil/Criminal No.**  21-CR-00569

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 11 | 7/6/2017 White House Press Release | | | | |
| 12 | C. Franklin Grand Jury Testimony | | | | |
| 13 | 9/15/16 E-mail -- D. Warrington to J. Benton | 11/14/2022 | 11/14/2022 | David A. Warrington | |
| 14 | R. Vasilenko Instagram Photo | 11/16/2022 | — | Erin Phan | |
| 15 | R. Vasilenko Instagram Photo | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |