NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
# WASHINGTON, D.C.  20001

UNITED STATES OF AMERICA

    vs.　　　　　　　　　　　　　　　Criminal Number  1:21-cr-00569-TNM

## JESSE R. BENTON
    (Defendant)

TO:　ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:　(Please check one)

☐ CJA　　　■ RETAINED　　　☐ FEDERAL PUBLIC DEFENDER

_____
*(Signature)*

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Stephanie H. Metherall, Pro Hac Vice (VSB #97118)
*(Attorney & Bar ID Number)*

Norton Rose Fulbright US LLP
*(Firm Name)*

799 9th Street NW, Suite 1000
*(Street Address)*

Washington, DC 20001
*(City)　(State)　(Zip)*

(202) 662-4533
*(Telephone Number)*