# Exhibit 1

Disbursements

| committee_name | recipient_name | recipient_s | disbursement_description | disbursement_date | disbursement_amount |
|---|---|---|---|---|---|
| REINVENTING A NEW DIRECTION POLITICAL ACTION COMMITTEE | BENTON, JESSE R | KY | TRAVEL REIMBURSEMENT | 2/25/2015 | $ 3,001.93 |
| AMERICA'S LIBERTY PAC | TITAN STRATEGIES | KY | PR AND MEDIA CONSULTING | 3/12/2015 | $ 7,500.00 |
| REINVENTING A NEW DIRECTION POLITICAL ACTION COMMITTEE | BENTON, JESSE R | KY | TRAVEL REIMBURSEMENT | 3/19/2015 | $ 2,290.65 |
| AMERICA'S LIBERTY PAC | TITAN STRATEGIES | KY | PR AND MEDIA CONSULTING | 4/10/2015 | $ 11,500.00 |
| AMERICA'S LIBERTY PAC | TITAN STRATEGIES | KY | PR AND MEDIA CONSULTING | 5/4/2015 | $ 11,500.00 |
| AMERICA'S LIBERTY PAC | TITAN STRATEGIES | KY | PR AND MEDIA CONSULTING | 5/29/2015 | $ 5,000.00 |
| AMERICA'S LIBERTY PAC | TITAN STRATEGIES | KY | DIGITAL MARKETING/SOCIAL MEDIA | 6/17/2015 | $ 12,500.00 |
| AMERICA'S LIBERTY PAC | TITAN STRATEGIES | KY | DIGITAL MARKETING/SOCIAL MEDIA | 6/18/2015 | $ 15,000.00 |
| AMERICA'S LIBERTY PAC | TITAN STRATEGIES | KY | DIGITAL MARKETING AND SOCIAL MEDIA | 7/2/2015 | $ 68,450.00 |
| AMERICA'S LIBERTY PAC | TITAN STRATEGIES | KY | PUBLIC RELATIONS CONSULTANT | 7/3/2015 | $ 5,000.00 |
| AMERICA'S LIBERTY PAC | TITAN STRATEGIES | KY | PUBLIC RELATIONS CONSULTANT | 7/31/2015 | $ 5,000.00 |
| AMERICA'S LIBERTY PAC | TITAN STRATEGIES | KY | PUBLIC RELATIONS CONSULTANT | 8/6/2015 | $ 5,000.00 |
| AMERICA'S LIBERTY PAC | TITAN STRATEGIES | KY | TRAVEL REIMBURSEMENT | 8/6/2015 | $ 4,901.12 |
| AMERICA'S LIBERTY PAC | TITAN STRATEGIES | KY | PUBLIC RELATIONS CONSULTANT | 9/1/2015 | $ 5,000.00 |
| AMERICA'S LIBERTY PAC | TITAN STRATEGIES | KY | DIGITAL MARKETING AND SOCIAL MEDIA | 9/14/2015 | $ 13,500.00 |
| AMERICA'S LIBERTY PAC | TITAN STRATEGIES | KY | PUBLIC RELATIONS CONSULTANT | 10/1/2015 | $ 5,000.00 |
| AMERICA'S LIBERTY PAC | TITAN STRATEGIES | KY | PUBLIC RELATIONS CONSULTANT | 10/7/2015 | $ 1,000.00 |
| AMERICA'S LIBERTY PAC | TITAN STRATEGIES | KY | PUBLIC RELATIONS CONSULTANT | 10/8/2015 | $ 4,000.00 |
| AMERICA'S LIBERTY PAC | TITAN STRATEGIES | KY | PUBLIC RELATIONS CONSULTANT | 10/20/2015 | $ 6,000.00 |
| AMERICA'S LIBERTY PAC | TITAN STRATEGIES | KY | PUBLIC RELATIONS CONSULTANT | 11/2/2015 | $ 5,000.00 |
| AMERICA'S LIBERTY PAC | TITAN STRATEGIES | KY | PUBLIC RELATIONS CONSULTANT | 11/25/2015 | $ 5,000.00 |
| AMERICA'S LIBERTY PAC | TITAN STRATEGIES | KY | PUBLIC RELATIONS CONSULTANT | 12/17/2015 | $ 15,000.00 |
| AMERICA'S LIBERTY PAC | TITAN STRATEGIES | KY | PUBLIC RELATIONS CONSULTANT | 12/30/2015 | $ 5,000.00 |
| AMERICA'S LIBERTY PAC | TITAN STRATEGIES | KY | PR & MEDIA CONSULTING | 1/15/2016 | $ 2,500.00 |
| AMERICA'S LIBERTY PAC | TITAN STRATEGIES | KY | PR & MEDIA CONSULTAING | 1/27/2016 | $ 5,000.00 |
| AMERICA'S LIBERTY PAC | TITAN STRATEGIES | KY | PUBLIC RELATIONS CONSULTING | 2/26/2016 | $ 5,000.00 |
| GREAT AMERICA PAC | TITAN STRATEGIES LLC | KY | CAREY ACCOUNT - VIDEO PRODUCTION | 3/17/2016 | $ 3,500.00 |
| MARCO RUBIO FOR PRESIDENT | TITAN STRATEGIES LLC | KY | STRATEGIC CONSULTING | 3/25/2016 | $ 13,650.00 |
| AMERICA'S LIBERTY PAC | TITAN STRATEGIES | KY | PR AND MEDIA CONSULTING | 3/30/2016 | $ 5,000.00 |
| AMERICA'S LIBERTY PAC | TITAN STRATEGIES | KY | PUBLIC RELATIONS AND MEDIA CONSULTING | 4/27/2016 | $ 5,000.00 |
| AMERICA'S LIBERTY PAC | TITAN STRATEGIES | KY | PR AND MEDIA CONSULTING | 5/26/2016 | $ 3,000.00 |
| AMERICA'S LIBERTY PAC | TITAN STRATEGIES | KY | PR AND MEDIA CONSULTING | 6/29/2016 | $ 5,000.00 |
| AMERICA'S LIBERTY PAC | TITAN STRATEGIES | KY | PR AND MEDIA CONSULTING | 7/28/2016 | $ 5,000.00 |
| AMERICA'S LIBERTY PAC | TITAN STRATEGIES | KY | P/R AND MEDIA CONSULTING | 8/31/2016 | $ 3,000.00 |
| AMERICA'S LIBERTY PAC | TITAN STRATEGIES | KY | P/R AND MEDIA CONSULTING | 9/28/2016 | $ 3,000.00 |
| AMERICA'S LIBERTY PAC | TITAN STRATEGIES | KY | PUBLIC RELATIONS AND MEDIA CONSULTING | 10/27/2016 | $ 3,000.00 |
| AMERICA'S LIBERTY PAC | TITAN STRATEGIES | KY | P/R AND MEDIA CONSULTING | 11/1/2016 | $ 6,000.00 |
| ERIC BRAKEY FOR US SENATE | TITAN STRATEGIES | KY | POSTAGE | 10/1/2017 | $ 1,319.00 |
| ERIC BRAKEY FOR US SENATE | TITAN STRATEGIES | KY | DIGITAL SERVICES | 10/2/2017 | $ 5,500.00 |
| ERIC BRAKEY FOR US SENATE | TITAN STRATEGIES | KY | TRAVEL EXPENSES | 11/9/2017 | $ 2,000.00 |
| ERIC BRAKEY FOR US SENATE | TITAN STRATEGIES | KY | POLLING EXPENSE | 11/22/2017 | $ 3,500.00 |
| REINVENTING A NEW DIRECTION POLITICAL ACTION COMMITTEE | TITAN STRATEGIES LLC | KY | DOMAIN PURCHASE | 11/22/2017 | $ 2,000.00 |
| ERIC BRAKEY FOR US SENATE | TITAN STRATEGIES | KY | TRAVEL EXPENSE | 1/5/2018 | $ 1,893.67 |
| ERIC BRAKEY FOR US SENATE | TITAN STRATEGIES | KY | TRAVEL EXPENSE | 1/5/2018 | $ 1,893.67 |
| ERIC BRAKEY FOR US SENATE | TITAN STRATEGIES | KY | REIMBURSEMENT TRAVEL EXPENSE | 5/1/2018 | $ 2,517.95 |
| ERIC BRAKEY FOR US SENATE | TITAN STRATEGIES | KY | REIMBURSEMENT TRAVEL EXPENSE | 5/1/2018 | $ 2,517.95 |
| ERIC BRAKEY FOR US SENATE | TITAN STRATEGIES | KY | POLLING EXPENSE | 5/2/2018 | $ 4,000.00 |
| ERIC BRAKEY FOR US SENATE | TITAN STRATEGIES | KY | POLLING EXPENSE | 5/2/2018 | $ 4,000.00 |
| ERIC BRAKEY FOR US SENATE | TITAN STRATEGIES | KY | PHONES | 10/2/2018 | $ 1,160.00 |
| ERIC BRAKEY FOR US SENATE | TITAN STRATEGIES | KY | MAILERS | 10/2/2018 | $ 2,500.00 |
| ERIC BRAKEY FOR US SENATE | TITAN STRATEGIES | KY | RESEARCH SERVICES | 10/2/2018 | $ 5,000.00 |
| ERIC BRAKEY FOR US SENATE | TITAN STRATEGIES | KY | VIDEO PRODUCTION | 10/2/2018 | $ 5,000.00 |
| ERIC BRAKEY FOR US SENATE | TITAN STRATEGIES | KY | VOTER TEXT MESSAGING SERVICES | 10/11/2018 | $ 8,000.00 |
| ERIC BRAKEY FOR US SENATE | TITAN STRATEGIES | KY | RESEARCH SERVICES | 10/11/2018 | $ 6,500.00 |
| ERIC BRAKEY FOR US SENATE | TITAN STRATEGIES | KY | MEDIA BUY | 10/15/2018 | $ 16,000.00 |
| ERIC BRAKEY FOR US SENATE | TITAN STRATEGIES | KY | MEDIA BUY | 10/19/2018 | $ 15,000.00 |
| ERIC BRAKEY FOR US SENATE | TITAN STRATEGIES | KY | MEDIA BUY | 10/19/2018 | $ 31,000.00 |
| ERIC BRAKEY FOR US SENATE | TITAN STRATEGIES | KY | MEDIA BUY | 11/1/2018 | $ 12,000.00 |
| ERIC BRAKEY FOR US SENATE | TITAN STRATEGIES | KY | MEDIA BUY | 11/5/2018 | $ 7,000.00 |
| MAINE 2018 VICTORY COMMITTEE | TITAN STRATEGIES | KY | FUNDRAISING SERVICES | 11/12/2018 | $ 12,000.00 |
| CONSTITUTIONAL RIGHTS PAC | TITAN STRATEGIES | CA | REVENUE SHARTING | 12/2/2019 | $ 4,500.00 |
| CONSTITUTIONAL RIGHTS PAC | TITAN STRATEGIES | CA | REVENUE SHARING | 12/6/2019 | $ 10,400.00 |
| CONSTITUTIONAL RIGHTS PAC | TITAN STRATEGIES | CA | PROJECT CONSULTING | 12/18/2019 | $ 4,112.00 |

**Total** $ 460,107.94

Disbursement Totals

| Year | Amount |
|---|---|
| 2015 | $ 221,143.70 |
| 2016 | $ 67,650.00 |
| 2017 | $ 14,319.00 |
| 2018 | $ 137,983.24 |
| 2019 | $ 19,012.00 |

Independent Expenditure Totals

| Year | Amount |
|---|---|
| 2015 | $ 79,681.00 |
| 2016 | $ 142,145.49 |
| 2017 | $ 220,700.00 |
| 2018 | $ 715,000.00 |
| 2019 | $ - |

Disbursements and IE Totals

| Year | Amount |
|---|---|
| 2015 | $ 300,824.70 |
| 2016 | $ 209,795.49 |
| 2017 | $ 235,019.00 |
| 2018 | $ 852,983.24 |
| 2019 | $ 19,012.00 |

Indepedent Expenditures

| committee_name | payee_name | payee_state | expenditure_description | expenditure_date | dissemination_date | expenditure_amount | candidate_name |
|---|---|---|---|---|---|---|---|
| AMERICA'S LIBERTY PAC | TITAN STRATEGIES | KY | DIRECT MAIL | 10/20/2015 | 10/20/2015 | $ 39,840.50 | PAUL, RAND |
| AMERICA'S LIBERTY PAC | TITAN STRATEGIES | KY | DIRECT MAIL | 10/20/2015 | 10/20/2015 | $ 39,840.50 | PAUL, RAND |
| GREAT AMERICA PAC | TITAN STRATEGIES LLC | KY | VIDEO PRODUCTION | 4/1/2016 | 4/18/2016 | $ 8,200.00 | TRUMP, DONALD J. |
| KELLIPAC | TITAN STRATEGIES | KY | CONSULTING JULY | 7/6/2016 | | $ 5,000.00 | WARD, KELLI |
| KELLIPAC | TITAN STRATEGIES | KY | CONDUCT POLL | 7/6/2016 | | $ 2,200.00 | WARD, KELLI |
| KELLIPAC | TITAN STRATEGIES | KY | EMAIL LIST | 8/1/2016 | 8/4/2016 | $ 4,500.00 | WARD, KELLI |
| KELLIPAC | TITAN STRATEGIES | KY | MONTHLY CONSULTATION FEE | 8/1/2016 | 8/1/2016 | $ 5,000.00 | WARD, KELLI |
| KELLIPAC | TITAN STRATEGIES | KY | STATEWIDE MAILING | 8/3/2016 | 8/9/2016 | $ 67,245.49 | WARD, KELLI |
| KELLIPAC | TITAN STRATEGIES | KY | COMMERCIL PRODUCTION | 8/8/2016 | 8/18/2016 | $ 50,000.00 | WARD, KELLI |
| KELLIPAC | TITAN STRATEGIES | KY | STRATEGY/CONSULTIND AUG-NOV | 8/9/2017 | 8/9/2017 | $ 20,000.00 | WARD, KELLI |
| KELLIPAC | TITAN STRATEGIES | KY | POLLING DATA, MEDIA PRODUCTION, MEDIA BUY | 8/11/2017 | 8/14/2017 | $ 138,700.00 | WARD, KELLI |
| KELLIPAC | TITAN STRATEGIES | KY | RADIO/DIGITAL CAMPAIGN, PRODUCION, RE | 9/6/2017 | 9/7/2017 | $ 62,000.00 | WARD, KELLI |
| KELLIPAC | TITAN STRATEGIES | KY | TELEVISION MEDIA PURCHASE | 3/15/2018 | 8/2/2018 | $ 268,000.00 | WARD, KELLI |
| KELLIPAC | TITAN STRATEGIES | KY | MEDIA PURCHASE | 7/11/2018 | 7/13/2018 | $ 447,000.00 | WARD, KELLI |
| | | | | | Total | $ 1,157,526.49 | |

| | | |
|---|---|---|
| 2015 | $ | 79,681.00 |
| 2016 | $ | 142,145.49 |
| 2017 | $ | 220,700.00 |
| 2018 | $ | 715,000.00 |
| 2019 | $ | - |