# Exhibit 2

**From:** Jesse Benton <jesserbenton@gmail.com>
**To:** Eric Beach <ebeach@frontlinestrat.com>
**Sent:** 10/3/2016 8:32:52 PM
**Subject:** Weekly digital invoice

Attached - assuming you want to keep this going?

**INVOICE #0003**

# DSGB Strategies LLC

142 Berry Lane
Chula, GA 31733
(571) 242-7500

**October 2, 2016**

## Great America PAC

101 South West Street, Suite 555
Alexandria, VA 22314

## FOR

Creative work, digital ad placement

| DESCRIPTION | AMOUNT |
|---|---|
| Ad buy - Google, Fadebook, SnapChat | $75,000.00 |
| SUBTOTAL | $75,000.00 |
| TAX RATE | 0.00% |
| OTHER | $0.00 |
| TOTAL | $75,000.00 |

Make all checks payable to DSGB Strategies LLC. If you have any questions concerning this invoice, contact 571-242-7500

**THANK YOU FOR YOUR BUSINESS!**