# **<u>EXHIBIT 1</u>**

February 5, 2023

Dear Judge McFadden,

This letter has been spinning through my head since my conviction. There is so much I want to say and I hope I do not fall terribly short. I can only pray that it will help you decide that I am worthy of mercy.

My father was a schoolteacher and I grew up in a working-class area near West Philadelphia. I have always tried to be an honest person, I keep my word, and I strive to be a man of integrity. I have no great talents or exceptional ability, but I have worked hard and have a grateful heart for all I have been given. I overcame dyslexia and got a solid public school education. For much of my 20s, I worked lower paying political jobs that allowed me to pursue my passions, while making ends meet by working with my hands on home renovations.

I am a follower of Jesus and completely devoted to my family.

My wife Valori is the best thing that ever happened to me. Her love gives me purpose. She has helped me grow in my faith, and reminds me to look to God, especially when things are hard. Every day with her is a gift and I can't bear the thought of being without her.

Our 12-year-old daughter Caroline is my greatest joy. She is bright, inquisitive, and a kind friend. She is a gifted athlete and beautiful singer who still belts out songs from *The Little Mermaid* as she cleans up her room. Caroline works so hard at her studies and her training. One of my favorite things are the long talks we have during our drive to soccer practice, and I look forward to them all day.

I know that the Court found that I intentionally broke the law, and I have no choice but to accept that. When the Government told the Jury in their closing that I am a liar who operates to hide and conceal crimes, it stung deeply. That is not the type of person I strive to be. Any mistakes I have made, in this case or elsewhere, were never done with malice or sinister intent.

I understand why the Jury accepted the Government's argument. I gave them little reason to believe otherwise. I have several regrets, and one of them is that I was a coward and failed to testify on my own behalf. I was scared, and I hid behind a lawyer

The Jury never heard details about my arrangements with Doug Wead, who worked directly with three American Presidents, and whom I trusted. They never heard how other seasoned colleagues suggested I could be hired as a consultant and purchase tickets for my clients, nor did they hear from me about my detailed conversations with my longtime lawyer, an expert I trusted, who told me what I proposed was ok. I did not set straight the falsehood that Mr. Vasilenko was a candidate for office, or swear under oath that I submitted the passports of

Doug Wead, Ms. Kovolova, Mr. Vasilenko and their camera man to the Secret Service. And, there was no way for them to know that Mr. Wead and I reached out to the FBI at the onset of the Mueller investigation to proactively ensure they were aware. What's more, I failed to give any context to my prior conviction, namely that I was young, overworked, and in a bit over my head. I failed to properly supervise senior staff who were 15 years or more older than me, but I never intentionally broke the rules.

Given my failure to speak up, I can only imagine what the Jury, and you too Judge McFadden, must think of me.

Ultimately, though, my biggest regret is my failure of personal judgment. My actions were easily portrayed or perceived by others very differently than I had intended. I should have thought things through from every angle and made sure nothing I did could be misconstrued.

I had lost almost everything; we were dead broke and I was facing prison. The government accuses me of greed, but I assure you this was not the case. I was literally trying to keep the lights on for my family, but not in an unethical or illegal way. I should have steered clear of anything related to campaign finance, which an expert at trial testified is, "clear as mud."

In July of 2014, I voluntarily participated in what I was told was a witness prep session to help the Government gather evidence. After many of my truthful answers were that I simply did not recall seeing documents, a senior Government agent, literally nose to nose, yelled that my life as I knew it was over. Since then, every day has been a struggle.

A leak to the Press weeks later forced me into a humiliating and costly resignation. Eleven months later, I was indicted the day before the first GOP Presidential debate. I was acquitted at trial, but re-indicted on charges that had first been dismissed for prosecutorial misconduct. I had spent my life savings on my first defense, could no longer pay my lawyer, and I was convicted.

I served a term of house arrest and for five years I struggled under the weight of a felony conviction. Traditional jobs were not available to me, but with effort and elbow grease I was able to sustain my family through contract and freelance work. I was determined to accept God's plan and use the struggle to become a better person. I am still deeply flawed and a sinner, but I think I am such a different person, changed for the better. I am humbler, more patient, less arrogant and have left Politics behind for good.

I never asked for a pardon, but people who believed in me and thought I had been wrongly prosecuted fought for me. When I got the news, it felt like a grueling journey was finally over and tremendous weight had been lifted off my back. I felt like I could breathe again.

No longer a second-class citizen, I had found a salaried position with benefits from an exciting new energy company. Less than a month later, a small army of FBI agents raided my home and I was soon indicted, the dream ripped away.

I'll likely be a felon for the rest of my life, and the weight feels so much heavier the second time. I am now delivering food for DoorDash and taking whatever freelance jobs I can find.

I learned while preparing for trial the Government had me under investigation from 2015 to 2020 and emailed about my pardon in 2021, shortly after it was granted. I try not to think the worst, but I struggle to comprehend why my pardon and new administration changed things. I also struggle to reconcile the immense resources the Government has used to investigate someone as insignificant as me. I pray every day for the strength to carry on, accept this second crushing and find God's purpose in it, but sometimes I feel like my family and I are being ground into dust for no reason I can understand.

As you decide how to punish me, I hope you will consider all we have endured for such a long time. My family and I have lived under grueling stress and intense pressure for eight years. The tight chest, the shaky hands, the sleepless nights, have been so hard to bear.

I am in complete financial ruin. I have nothing; no home, no savings, no investments, no retirement, no career, and a mountain of legal bills that I will struggle for years to pay. My professional life I worked so hard to build, and rebuild, have twice been torn down.

My family has suffered so much.  The isolation of losing friends, repeated humiliations in the media, lost traditions, the lost dream of more children, and perpetual stress and strain that sometimes feel unbearable. Three trials, one acquittal, two convictions, and hopes and dreams for the future waylaid, perhaps forever. The hurt and pain in Valori's eyes rip me up inside.

As far as deterrence for crimes of others, I think that has been accomplished. I am a laughingstock, forever a punch line, and a two-time loser who lost it all. Because I was once linked to prominent individuals, my case has received far more media attention than it otherwise would, and a loud and clear message has been delivered to the Public. I am thoroughly and completely humbled for all to see and provide a cautionary tale for aspiring political activists.

I care little about myself. All I want is to sustain my family, be with my wife and watch my daughter grow. I have a long struggle ahead of me, but I know I can still be useful. I'm not sure what my path will be, but I think I could help others pursue their dreams, start a business, or help the community.

My family needs me. Valori chose to be a homemaker and I agreed to provide for her.  I can't even imagine the grief of failing to keep that promise and leave her with nothing.

Caroline is on a path to do something meaningful in this world. She is so strong, but for all my faults and shortcomings, she needs my unconditional love and support. On our daily drives to soccer, we have a little ritual on days when she is feeling down.

"Daddy, am I pretty?" she asks, and I reply, "Yes baby, you are so beautiful."

Next she'll ask, "Daddy, am I smart? "You are so smart, baby," I reply, "and I'm so proud of you."

Finally, she asks, "Daddy, am I good at soccer?" and I answer, "You are wonderful and I love watching you play." Then, knowing she is loved and supported, Caroline is ready to go take on the world.

My family needs me, and I need them. Without them, I'm not sure I'll make it. Years ago, our pastor gave a sermon that stuck with me. He compared every Saturday from now until a child turns 18 to a jar full of marbles. With each passing weekend, one marble is removed until the jar is empty, never to be refilled. Those marbles are the most precious thing I will ever have and I ask you to please let me hold onto them.

Judge McFadden, for all my faults, I believe I can be more useful and do more good outside of prison than would be done by locking me away. I humbly ask for your mercy.

Thank you for considering my pleas.

Jesse Benton