**<u>EXHIBIT 2</u>**

Dear Judge McFadden,

My name is Valori Benton, and I am writing to ask for your mercy when sentencing my husband, Jesse.

It is hard to believe that I only get to write one, brief letter before my family's life is changed forever. We have endured so much over the years and there are so many things I feel are important for you to know before you sentence Jesse.

We have been married for 14 years and the Government has been targeting Jesse for 8 1/2 of those. They subpoenaed every internet provider, bank and telephone company in our area for five years from 2015 to 2020. I try to stay positive, but I am angry and very bitter with the events I have had to live out. It feels surreal. I'll never forget the three government lawyers sitting at the prosecution table, laughing and joking with each other like friends out to lunch while Jesse and I sat waiting for the Jury's verdict in November. It felt so cruel.

Needless to say, it hasn't always been easy and there has been a lot of heartache. But with the heartache, we have also grown in our marriage and our faith. Both our marriage and our faith have been tested but ultimately strengthened. Jesse is a good man and I wholeheartedly know that. He is kind, gentle and respectful. He always puts others ahead of himself and is generous with everything he has.

My husband does a great deal for our family. He is the sole breadwinner, the chef, and the handy man. After working a long day, he is often up late at night, sleeping only a few hours because he spent the evening on family time. On early soccer mornings you can usually find him whipping up stacks of "protein pancakes" and bringing me coffee while I get ready because he knows I am not a fan of early mornings.

Jesse has a servant's heart and does so much for others, but one time that sticks in my head happened during the Covid lockdown. After weeks of sheltering in place, some restaurants had just started serving limited takeout. Jesse, Caroline and I had driven to a local Chipotle and saw an older woman lying on the sidewalk right next to a dozen or more people, waiting spaced out in line for their food, people watched her struggle to get up and did nothing to help.  Jesse sprang into action and rushed over to her. While the rest of the crowd ignored her and tried to look away, he picked her up, let her lean on him, slowly walked her to her car and made sure she had her food and was ok to drive home. Jesse is always doings little things like this: pulling out our elderly neighbor's trashcans, buying a homeless family a meal from Kroger, or stopping to help a stranded motorist push his car off the road and into a service station.

He is the father every little girl wishes she had. He is attentive, doting, and loving. We have a tight knit family unit being just the three of us and we spend almost all our time together. Jesse and Caroline share the love of Philadelphia sports stats, fantasy football, history, and science. He is her study buddy for tests, her soccer trainer, and rides his bike after her on conditioning runs because, as he jokes, he is an old man and can no longer keep up.

Caroline is unfortunately aware of the situation after children from school on the playground told her before we had the chance. They pulled up Google and told her Dad was a Russian spy and

that he was "going to rot in prison." Just think about the psychological trauma in that. She did not come home and share with us or ask questions. Another mother reached out to me as her child was in tears and traumatized hearing the allegations because she has known "Mr. Jesse" since she was 3 years old when he coached her in Tee ball and couldn't fathom the thought.

It devastates me as her mother and I'm still not sure how she comprehends all of this because her way of coping is to shut down and not talk.  I not only have the everyday responsibilities of parenting, but I also must make sure Caroline is mentally ok when some days I'm not sure I am.

Caroline will be devastated if she has to be apart from him. We are in the tween stage which I believe to be a period of transition and very crucial for girls to have their fathers. Recent research has shown that a father's influence in his daughter's life is very significant and shapes her self-esteem, self-image, confidence and opinions of men. And he is a great father.

I can't bare the thought of my child being the one who ultimately gets the punishment after she has already had to take on so much, like move away from the only home she has ever known, friends, school, and all of the family traditions we had built in Kentucky.

I want to raise Caroline to love our country, because I firmly believe it was founded on great principles. I don't want her to become cynical at 12 years old, but with the knowledge I have and the experiences I have dealt with, that will be challenging.

I know Jesse looks strong and healthy, but that is because he works at it daily. I have seen him hospitalized three times, fighting for his life while in ketoacidosis. After many years of type 1 diabetes, different insulin and medications, he has finally found a regimen that works best for his body and lost over 40 lbs. Changing his medication regimen would be so detrimental. He is also dedicated to exercise, eats a very strict diet of lean meats, vegetables and nutritional shakes.  I have seen him come home after a business trip, or if he misreads a food label, and he is not the same energetic guy. Instead, he is sluggish and sick until he gets back into his routine.  I fear prison would rob Jesse of his hard-fought health and literally take years off his life.

Our family has suffered deeply.  We were once financially independent and had bought a home we had hoped to fill with more children, both natural and adopted.  We are now broke, living on weekly door-dash deposits and crushed by debt we may never dig out from. Days after the conviction, our bank canceled our accounts with no notice.

Our lives have been blown apart by negative media coverage off and on for years. When news of Jesse's grand jury appearance was leaked, every news outlet in Kentucky covered it for days. When he was indicted a year later, it was just as bad. We have now been through so many negative national news cycles I have lost count, but each one is traumatic and painful.

In April, my Mother lost her prolonged and valiant fight with cancer. Jesse has been my rock and an incredible Daddy caring for Caroline for a month while I was at Mom's bed side until her final breath. He even learned how to fix Caroline's hair!

I need Jesse with me as I grieve the loss of my best friend and mother. The stress and strain of

the investigations, indictments, and trial have made it nearly impossible to navigate the grieving process.

I can't even begin to describe the day my home was raided by the FBI on the one-month anniversary of the day I buried my mother, and the day I was to fly out and help my Dad clean out her belongings. Caroline was graduating from elementary school, and the 30-some agents spent hours tearing through my home. After begging and pleading they barely let me grab a dress to throw on so I wouldn't miss the ceremony. Being the Daddy's girl she is, Caroline was hurt not to see Jesse attending so I had to look my sweet girl in the eye and lie to her, saying that he couldn't get away from work that morning.

Through all the turmoil of the last 8 years, Jesse has amazed me with his perseverance. He refuses to be angry when I am, and constantly reminds me that nobody can take our joy when most days it's hard to find. He also reminds me God has a plan and that he will see us through if we are faithful. He loves our Country and has courage that everything will be ok. Instead of lashing out or blaming others, he looks inside to examine his own sins and how he can be a better Christ follower, husband, and father.

This is not even half of what I wanted to say but I know your time is limited. Thank you for reading this and I'm praying you will find mercy in your heart to spare Jesse from prison.

Respectfully yours,

Valori P. Benton

Valori Benton

RAND PAUL
KENTUCKY

# United States Senate
WASHINGTON, DC 20510

January 6, 2023

Dear Judge McFadden,

I am writing to express my enduring support for Jesse Benton, a good man whose liberty you hold in your hands.

My name is Dr. Rand Paul, and I serve the Commonwealth of Kentucky in the United States Senate.

I have known Jesse for fifteen years, and have always seen him to be hardworking and of good character. I have watched him grow from a talented, sometimes brash kid, into a mature, thoughtful man who puts others first and tries to do the right thing. He was a good guy when I first met him, and a better person today.

During my first Senate campaign, Jesse was there for me from the beginning, before our efforts were given a serious chance by the pundits. He uprooted his life, moved into a spare bedroom in my basement, and worked selflessly, never asking for a raise, and treated everyone he met with respect and honest dealing.

Despite a hectic schedule, he always made time for my three boys, William, Duncan, and Robert, who were 16, 14 and 11. He grilled them burgers and steaks, went to their baseball games, shot baskets and played guitars with them into the night, helping my wife Kelley and me maintain a sense of normalcy during very abnormal times. A decade later, Jesse and my sons all maintain a warm big-brother type relationship. I am glad Jesse is in their lives and consider him a positive influence.

Jesse has been a trusted advisor and I continue to trust his character and intentions. He has, for the most part, left professional politics behind, but despite all that has happened, I would be happy to hire him again or recommend him to my peers.

I have seen first-hand what a devoted, caring husband and father Jesse is. He and his daughter Caroline are extremely close and he is her number one cheerleader at soccer games. Studies show that loving and supportive fathers are critical to their daughter's healthy development. Caroline is only twelve years old, an only child, and will be devastated to have her beloved father taken away from her at this crucial stage in her life.

I have had long talks with Jesse about his troubles and have been thoroughly impressed with his positive attitude and deep introspection. Many feel he has been harshly treated, but Jesse has refused to play the victim, looking first to his own shortcomings, how he can do better, and how he can serve others through his penance.

Many of these conversations occurred during or after Jesse completed his initial sentence. One of reasons why I advocated that Jesse be pardoned was the way he accepted his punishment and vowed to be better. The infraction for which he is now being punished occurred during a brief window before he served his sentence and achieved what I think should be a core goal of the Justice system: personal betterment and rehabilitation.

My extensive, firsthand personal experience with Jesse leaves me no doubt that he does not belong in prison. The courts have ruled that Jesse has committed a crime, but society will not be better if he is locked away. His family will suffer, his community will be poorer, and no one will benefit.

I say this not just as Jesse's friend and supporter, but as someone who has been on the front lines of criminal justice reform for the past ten years. I've worked across the aisle to reduce incidents of incarceration for non-violent, low-level drug crimes and for administrative infractions, and Jesse is a textbook example of what our work was about.

Too often our system makes criminal things that should be civil and puts good and useful people in cells rather than allowing them to serve and benefit their family and community. I ask you to consider whether justice might be served not with imprisonment but by the burden of the conviction and the enormous financial cost of legal defense.  If you deem further punishment to be just, I hope you will consider fines and community service as opposed to incarceration. Let Jesse's punishment benefit others, and allow him to remain with his family.

For Liberty,

*Rand Paul*

Rand Paul, M.D.

*from the desk of*

# Congressman Ron Paul (retired)

220 Blackstock Lane
Lake Jackson, Texas 77566


January 23, 2023

Dear Judge McFadden,

Please accept this letter as my testimony to Jesse Benton's strong character, as well as my plea that you show him leniency and mercy.

I have known Jesse for 16 years, when he began working for me. I was quickly impressed by his positive attitude and strong work ethic. Jesse earned my trust and has never lost it, becoming my "right hand man" through two presidential campaigns and numerous other endeavors. He had a tough job, but always treated volunteers, supporters and co-workers with kindness and respect, even in the most stressful times.

My confidence and belief in Jesse has not waivered. He left my employment years ago, but I would welcome him back if I had an appropriate position, and I would not hesitate to recommend him to others.

Several times, I witnessed Jesse overcome by diabetic ketoacidosis. These episodes are acutely dangerous and very damaging to his long-term health. Jesse has consulted my advice as a friend, mentor and physician and works hard to regulate his levels.  I fear incarceration would cause him irreparable medical harm.

With my full support, Jesse married my granddaughter Valori. He fits well into our large family, and has been a devoted husband, fun and generous uncle, and wonderful father. I have seen Jesse routinely show generosity and courtesy, and regularly puts other first. He has a clear moral compass and is a positive influence in his community, church and society as a whole.

Jesse's commitment to his family stands out, particularly to his daughter Caroline. He is a loving and involved father, and Caroline will be devastated if he is imprisoned. She is a

bright, inquisitive and motivated young lady and I hate to think
how badly losing him would hurt her.

Jesse and I have had several long talks about his legal
struggles and have always been impressed by his attitude. He has
born tremendous strain and anguish for years, but he has refused
to submit to bitterness. Jesse doesn't point fingers or play the
victim and strives to be a better man.

I joined with others to help petition that Jesse be pardoned
because I felt he had been excessively persecuted. Jesse never
asked any of us to do it, and expected nothing, but we were all
happy to try for him because he deserved it. He was at my home
for a family Christmas gathering when the news came though, and
I saw the tears well up in his eyes. Watching him struggle once
again under the storm of legal jeopardy has been excruciating to
watch. He has lost his home and much of his livelihood. I hope
these hardships and pain can count as his punishment.

Jesse accepted his initial punishment and worked hard to rebuild
his life. Through it all, I saw a good man use the adversity in
his life to better himself.   I can see no use in sending him to
a lengthy prison, only loss for him, his family and so many
others.

I ask you again to please consider leniency and mercy for Jesse
and allow him to remain free where he can service his family and
contribute to others.

Thank you for taking the time to listen.

In Liberty,

Ron Paul

Ron Paul

**Rosenberg Reyes, MD**
4211 Springhurst Blvd. Ste 101
Louisville, KY. 40241
502-638-4908

Re: Jesse Benton
DOB: 10/04/1977                                    February 3, 2023

Dear Judge McFadden,

Jesse Benton has been my patient for four years. I treat him for Type One Diabetes and interrelated cardiovascular and renal disease.

When I first met Jesse, his health was in severe decline and I was concerned he faced a 10-year mortality window. Under my care, he has implemented a highly regimented drug, diet and lifestyle regimen that has stabilized his condition and greatly improved his health and projected lifespan.

In addition to the long-term ramifications, Jesse struggles with acute hypoglycemic attacks which can be very dangerous. It is critically important that Jesse continue his regime or he may go into diabetic ketoacidosis, ending up in ICU. A prison sentence would be harmful to Jesse's health and well being. Please consider a punishment that will allow him to remain free and under my care since he is a brittle diabetic with renal failure.

On a personal note, I have enjoyed taking care of Jesse. He is always gracious and treats our staff with respect. He has been very candid with me about his drive and motivation to stay alive and healthy so he can provide for his family. I find him to be a good and earnest man.

Thank you for your careful consideration.

Respectfully,

Dr. Rosenberg Reyes

United States District Judge
Trevor N. McFadden
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington D.C. 20001

Judge McFadden,

Please consider this letter as my sincerest expression of humility in my request for leniency for my brother-in-law, Jesse Benton.  My name is Vicki White and I am a preschool music teacher in Texas.  Jesse has been married to my sister Valori for fifteen years.  In those years, Jesse has become very special brother to me and a nurturing uncle to my four children.  He is a loving husband and a good father who takes care of his family. Jesse is very involved in his daughter's life and activities.  When we are together he often offers to watch the kids, take the kids to get ice cream or other activities.

I understand the magnitude of the charges, but I do not believe that a long jail sentence is the right thing for him, his family, or the judicial system.  While he may have been found guilty, I do not see him as a criminal.  I see Jesse as a kind and caring individual who I trust with my own children and who has a family that depends on him.  I can't imagine, as a mother and a wife, what it would be like to go through something like this.  My sister, Valori, and I recently lost our mother and by adding the potential loss of her husband, my sister would be devastated and broken.

I do not want this for my sister or my niece, Caroline, who absolutely loves her father. I don't think Jesse deserves to be taken from his family.  As for Caroline, who is almost a teenager, this is a very critical time for her to have her father in her life.  They have a special bond that I witness any time I am around them.  This bond that they share is very important, especially at a time where she is becoming a young woman.  By having Jesse in her life, I believe she will do better in school, have higher self-esteem, and make better life choices.

Jesse has, in my opinion, become very humbled by this situation. He has not had a job in politics in over 6 years and has moved his family back home to Texas. He does not seek high profile jobs.  Jesse just wants to be with his family and provide for them and enjoy the happiness they share.  For all of these reasons, I am truly begging for your mercy on Jesse during the sentencing process.  As a mother, wife and someone who is very close to the Benton family, I think it would be a tragedy for Jesse to see any prison time.

Thank you in advance for your consideration,
Vicki White
226 Windsong Drive
Angleton, TX 77515
979-997-2059

January 26th, 2023


Honorable Trevor McFadden, United States District Court, Washington, D.C. 333 Constitution Avenue., Northwest, Washington, D.C.

RE: *Jesse R. Benton*

This character letter concerns Jesse R. Benton.

My name is John J. Baeza and I am a retired NYPD Detective living in Brooksville, Florida.

I have been a longtime friend of Jesse. We met in 2010 and we have been very close friends since that time. I have traveled extensively with Jesse, visited his home, and enjoyed time with him, his wife Valorie, and his beautiful daughter Caroline. Caroline has come to call me Uncle John- which pleases me greatly. Caroline is Jesse's pride and joy and he dotes on her like the loving father he is and will always be. As a retired NYPD Detective I have developed the ability to develop a sense of who a person really is and what makes them tick. I have come to know Jesse about as well as any person other than his immediate family. Family, and especially his little daughter Caroline, makes Jesse tick.

I know him to be a conscientious, hardworking family man who is community-minded and centers his personal and professional attention on good causes. He has always been the consummate professional and is very easy to work with and get along with. I know this not only through my friendship with Jesse but working side-by-side with him for 15 months.

I am aware of the events regarding Jesse's indictment and conviction. I truly believe that Jesse has already suffered extensively for his actions. He has lost credibility in the public eye, in the business community, and in his chosen profession-at which he excels. This has cost him greatly.

I believe that an extended prison term will serve as a tremendous hardship for his wife Valorie, and especially for his daughter Caroline, who is in those fantastic growing years when she needs her father to be present. I would ask for you, the judge, to grant Jesse a sentence of probation. I believe that the loss of his business, the loss of business respect in the community, and the impact on his family, are significant punishments he has already suffered. I know Jesse understands these things.

As a proud and well decorated retired NYPD Detective it is without hesitation I know he will not be in a position to repeat his transgression and I know for certain that he will never find himself in this situation again. I will always be there to counsel him and make certain he follows a straight path. I am convinced that once Jesse speaks to me, a retired NYPD Detective, he will follow the righteous and honorable road ahead.

As a retired NYPD Detective I realize fully the ramifications of a jail sentence for Jesse. It will mark him for life and he will not be able to adjust to the honorable and righteous path I have lit for him with my advice. Sir, he does listen to me and I am happy to welcome any duty you would assign to me to make sure Jesse does not serve a prison sentence and would be happy to advise him if on probation. With all of my experience, and with respect to your, I will do whatever it takes to make certain there is no re-offense. I say this to you, who have been a law enforcement officer with the Madison County Sheriff's Office and the Fairfax Police Departments, with all sincerity and respect, as well as on a cop to cop basis.

I know my offer is a bit unconventional in its very nature, but I am certain I can help Jesse.

Thank you for your consideration your Honor.

Respectfully,

John J. Baeza, NYPD (ret.)

2

Eliza Bjorkman
516 Pembroke Ave
Lansdowne, PA 19050


January 21, 2023


Dear Judge McFadden,

I am writing to you today on behalf of Jesse Benton.  Jesse is my older brother and only sibling.  He shares a birthday with my five-year-old son, who thinks he's basically the coolest person on the planet.  In the months leading up to my son's birth, Jesse called to check in with me almost every day.  I fondly remember how off-the-wall excited he was when I spoke with him in the morning before my son was born.

My brother's presence is like a big, warm hug.  He is friendly, funny, open, and he puts people at ease. He is loyal and truthful.  I trust him with my darkest secrets.  He has always protected me and been someone I can rely on.

Jesse is devoted to his wife, daughter, and church.  He is intelligent and resourceful.  His presence is beneficial to any community.  He strives to better himself both physically and mentally.  When he commits to something, he commits himself completely.

I want to respectfully ask for leniency when considering Jesse's sentence.  The thought of going about my life without him is almost unbearable.  I am certain that it's more worthwhile for him to continue to be an asset to his family and community, than it is for his potential to be wasted behind bars.  His wife deserves his companionship, and his daughter deserves to grow up with her father by her side.  Thank you for your time and consideration.


Sincerely,

Eliza Bjorkman

Matthew and Michelle Cimino
112 Marquesa Trail
Georgetown, TX 78633
Cimino.matt@gmail.com or michelle.cimino6@gmail.com
512-450-8090 or 512-635-8597

1/09/23

United States District Judge Trevor N. McFadden
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

RE: Jesse Benton

Dear Judge McFadden:

Please consider this letter as me and my wife's sincerest expression of a request for leniency for our cousin Jesse Benton. I have known Jesse my entire life, looked up to him like a brother and have always known him to be an outstanding and devoted husband and father, ambitious and would give you the shirt off his back if it was the last one he had.  We grew up together at family gatherings, with traditions, hopes and dreams of a family of our own and ultimately a life we could be proud of built with integrity.

I have been impressed with his strength and the depth of his commitment to his family and friends helping anyone in need.  Jesse has moved on from the type of work that was the subject of this case, I know that he feels deep remorse for the events as they transpired. Jesse's work has always been by definition "behind the scenes," and I know that he is saddened by the negative light these events have cast upon himself, his professional associates and his family. I think his regret and sorrow have been compounded by the breadth of national media coverage, the persistence and volume of which I believe have become deafening. I know that Jesse has since left and does not intend to return to the type of work which was the subject of the case. Despite his considerable reputation, expertise, and the demand for his services, largely due to the events in question, he often talks about leaving politics behind for good.

I do not purport to have a firm grasp on the details of campaign finance, however, do know that Jesse has never been in any other kind of trouble, and that he would never get himself involved in a comparable circumstance again. I am often surprised to witness how narrow the distinctions can be between acceptable and unacceptable activities, as well as the often-arbitrary reasons and motivations why some are held to account and others are not.  I have candidly never thought a great deal about the term victimless crime and have always generally considered that laws are laws for a reason. However, when I think about who has been hurt by these actions, all I can come up with is the integrity of the political system. When I think about who will be hurt by separating Jesse from his work, family and society, all I can think about is his daughter Caroline.

I am sure that in your capacity you routinely must make difficult decisions, weighing the effects that sentences will have on the family members and communities of the defendants before you. However, I want to assure you that we are just one of many families that are prepared to offer Jesse whatever support he needs to put these events behind him and move on with his life. I am not intimately familiar with

alternative sentencing options, but I would urge you to please consider any form of sentence which enables Jesse to remain at home and continue to provide for his family. When I weigh the facts of the case as I understand them against the person we know, I truly believe that he does not deserve to be confined to an institution, and that the disruption and harm done to his family would far outweigh any benefit it would do for him or for society.

In summary, Jesse is by every measure of my estimation a good man. He has to my knowledge never breached his professional ethics before these events. Further, I know that the remorse, shame and fear he feels about the effects the case has had on his career and his family will cause him to never stray near the line of impropriety again. I do not believe Jesse deserves to go to jail, nor do I see how that outcome would serve to help anyone involved. Please provide Jesse with every consideration you can and please do not hesitate to contact me if there is any more detail I can provide about the contents of this letter, or the commitments our family would make to help Jesse through this difficult time.

Sincerely,

Matthew and Michelle Cimino
(512)-450-8090

Kristina B. Dousharm, AIA, NCARB
8 Willard Rd.
Red Hook, NY 12571
kd@kdousharm.com
845-706-1609

12/03/22

United States District Judge Trevor N. McFadden
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

RE: Jesse Benton

Dear Judge McFadden:

My name is Kristina Dousharm.  I am a registered architect in states of New York, Pennsylvania and Texas and the principal of Kristina Dousharm Architecture PLLC.  I am writing this letter is support of Jesse Benton, my first cousin.  From childhood through early adulthood, Jesse and I both lived in the Philadelphia area.  Our family is close and we spent a lot of time together growing up.  I know Jesse to be creative, industrious, and hardworking.

Our family has roots in the small town of Jefferson, Maine.  Although we now live in many different parts of the country (and the world), over the last decade, our extended family has regularly returned to Jefferson for a two-week summer reunion.  Jesse strongly values his family and as such, these trips were very important to him.  Jesse often expressed joy in watching his daughter, Caroline, bond with my children and other her cousins, in the same way that Jesse and I did when we were growing up.

Jesse has recently made a series of unfortunate choices, which are out of character for him.  It is clear that he is remorseful and wants to move his life in a positive direction.  Specifically, I believe that a prison term will not get Jesse the help that he needs.

As a member of Jesse's family, I can affirm that, if given the chance, he will be supported to make the necessary changes in his life.

Thank you in advance for you help and support to Jesse Benton in this important time.  Please do not hesitate to contact me for any additional information.


Sincerely,

Kristina B. Dousharm, AIA, NCARB

January 9, 2023

United States District Judge Trevor N. McFadden
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, D. C. 20001


Dear Judge McFadden,

My name is Laura Fite and I am a medical doctor (dermatologist) in Northeast
Texas. My husband is Jordan "Kent" Fite, also a medical doctor (radiologist) in
Northeast Texas. Jesse Benton is married to my cousin, Valori. I first met Jesse in the
fall of 2007. My grandfather was a candidate for the Republican ticket for the
presidential election of 2008 and Jesse was working for the campaign. We were true
underdogs in the campaign for 2008 but that never bothered Jesse or kept him from
treating our campaign like we were in the race. Jesse believed in the cause of liberty
and in preserving the principles our country was founded upon. I know he has not
lost these principles and is truly remorseful for anything he may have done to hurt
the American public or integrity of the election process. Even after moving into the
national spotlight and sometimes "playing the game" of politics in more high profile
campaigns he never lost sight of these values. When these principles seemed to be
compromised in his work, he opted to leave the political world for a new career
path.

Kent and I met during medical school and decided to marry during the third year of
school. Jesse became like a brother/advisor for both of us as we began our marriage
and began to settle into the real world. He readily was willing to advise us on
anything from relationship advice to business agreements as we entered the
workforce for the first time at age 30 to the purchase of our first home. But mostly
Jesse taught us about starting a family as they had children before we did. We have
learned from his example raising his daughter, Caroline, as we now have three
daughters of our own. Jesse has been committed to his family above all other things.
He lives only to see them happy.

As Jesse has moved out of politics and into more stable work, he has also made huge
strides with his personal health. He was diagnosed with type I diabetes in college.
This diagnosis is usually made in childhood and so it was a shock facing this later in
life. The effects of uncontrolled blood sugar truly wreak havoc and can cause death
at a very young age if not treated aggressively. Jesse has been able to make his
health a priority the last 5 years or so and is doing wonderful. He has been able to
start a new life-altering medication, changed his diet, lost weight and made exercise
a priority. Continued access to high quality medical care is of utmost importance for
his chronic medical condition.

Jesse is the father to a smart, outgoing but vulnerable 12-year-old girl named Caroline. She will need a father more than anything growing up in today's world. This past year has been extremely difficult for the entire family not only because of the stress of a federal trial but also because it comes in the wake of the death of Jesse's mother-in-law, Lori. She suffered for 7+ years with stage IV breast cancer. She was Caroline and Valori's best friend and confidant. They spoke on the phone every day. Losing this father/husband still in the aftermath of losing their grandmother/mother would be truly devastating.

Please consider a light sentence for this principled man whose family needs him for so many reasons. He is not a violent criminal. He has already suffered emotionally, intellectually and financially. He respects his country and its people. He regrets his actions in question at this trial. He would never have dreamed of doing anything to hurt his family who he cares about more than anything in the world.

Thank you for your time and your dedication to justice in our country.

Sincerely,

Laura Paul Fite, MD & J. Kent Fite, MD

6 Waterchase Ct.
Longview, TX 75605
979.292.4164

January 10, 2023

Mr. Jason Milligan

434 Country Lane

Louisville, KY 40207

United States District Court Judge Trevor N. McFadden

United States District Court of the District of Columbia

333 Constitution Avenue, NW

Washington, D.C. 20001

Dear Judge McFadden,

My name is Jason Milligan and I am the Vice President of National Contracting for Humana located in Louisville, Kentucky.  I met Jesse Benton in 2013 as our children were in mutual activities together during the summer months.  Jesse was new to Kentucky, and we quickly became friends.  I began to know Jesse was a generous person and a great friend.   All of his friends know him as a generous person who would do anything for friends or others in need.

Jesse's most significant accomplishment is his family.  I personally know the love for Valorie and Caroline that are the cornerstones of his life.   Everything he worked for from senatorial elections to public relations went to furthering his family's cause.  Both Jesse and I came from humble beginnings and I too realize the joy of providing the best opportunities for our families.

Jesse is a better person now that he is out of politics.  He is no longer furthering the causes for others, instead furthering the causes of his family.   I believe Jesse would be a great copywriter with all of this skills and knowledge leading to a simple and straightforward life.

Finally, I have witnessed Jesse's battle with diabetes.  After multiple physicians, he found the correct treatment plans.  Without his current treatment plan his life will be in danger.  Although Jesse now lives in Texas, I would support him in any job search in his future endeavors.  With this, I ask for leanancy during his sentencing.  He is my friend and I look forward to seeing him again very soon.

Sincerely,

*Jason Milligan, MBA*

Jason Milligan

United States District Judge
Trevor N. McFadden
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington D.C. 20001

Judge McFadden:

I write today to provide a letter of support and witness of character for Jesse Benton. For almost fifteen years, Jesse has been married to my sister and has become like a brother to me in that time. In all the years I've known Jesse, he has never tried to hurt or damage anybody around him intentionally.

I teach American Sign Language at the High School level in Texas. I am certified to teach history, however due to an illness I lost my hearing years ago. Jesse optimistically joined the entire family by attending night classes to learn sign language to improve communication skills as I became deaf. He shows this compassion for everyone he meets and makes a huge positive impact in the lives of those around him.

Jesse has always been willing to help others, in all capacities. Jesse takes pride in taking care of others. He also enjoys seeing those around him happy, especially his twelve-year-old daughter, Caroline. At this very important time in her life, she needs him more than ever. He has also been a good and loving husband to my sister and they need him desperately. Several lives hang in the balance of the decision at hand.

Jesse has been convicted on several counts and understands his actions caused others to be affected. I do not believe in my heart that his intent was to damage anyone or the integrity of any election. Jesse is honest about what he's learned, and the past several years have had serious consequences for him. He has already paid dearly.

It has been three election cycles and many years since Jesse left the profession of working in politics. This speaks volumes to "owning up" to his mistakes and making changes. He made a career and life change for which I am proud of him. He has made nothing but good decisions and been a good husband and father in that time.

A jury has determined Jesse committed a crime, and I know he is apologetic for his actions and I wholeheartedly believe he never meant to hurt anyone or break the law. Jesse is not a violent criminal and can be a positive citizen to society. There is nothing to gain and everything to lose for a harsh sentence. I implore you to take leniency on this father and husband.

Mark W. Pyeatt

*"The only man who never makes a mistake is the man who never does anything "Theodore Roosevelt*

February 4th, 2023

To The Honorable Judge McFadden:

I am pleased to serve as a character reference for Jesse Benton, whom I've had the pleasure of calling a colleague and personal friend since 2007.  We met when I was the Legislative Director for then Congressman Dr. Ron Paul.  He had originally applied for a job in our Congressional office but given his background in Communication, I referred him to Dr. Paul's 2008 Presidential Campaign.  I was very impressed by Jesse and told our Campaign Manager he would be a great asset as Press Secretary.

The rest is history.  Jesse and I ended up being what has turned into what I call "lifetime" colleagues- but most importantly I will always count him as a genuinely good friend- a rare feat in the political world.  We have worked on a number of campaigns and policy projects since our first meeting in the Cannon House Office Building- including Ron Paul 2012.

I have come to know Jesse as a man of strong principles and unwavering loyalty to the causes he believes in.  A truly dedicated man to his friends, family, and passions.  I am aware of several occasions where he volunteered to postpone his payments of salary so the campaign would have more cash on hand in the weeks leading up to the election.

In the Fall of 2008, the new press secretary in Dr. Paul's congressional office arranged for Dr. Paul to be interviewed for what she thought was a German documentary.  It  turned out to be a setup for "comedian"Sasha Baron Cohen to prank Dr. Paul.  When the story became public, many of Dr. Paul's supporters assumed it was Jesse who set up the interview.  He was well known from his work as press secretary during the campaign- and the congressional press secretary was not.  Consequently, there was a lot of misplaced criticism directed at Jesse, including

calls that he be fired. Most people in politics in Jesse's position would have made sure people knew he was not responsible, but Jesse took the heat to protect the reputation and position of a friend and colleague.

These stories are just a few of the many examples where Jesse has displayed outstanding character- both in and outside the office.  In the almost 20 years of working with Jesse Benton, I have remained grateful for that fateful encounter where I would find a profound addition to not only Dr. Paul's staff- but to my lifetime of working in the political realm.  All this to say- Jesse, Benton- a principled man of outstanding character and accomplishments is also human- prone to make mistakes just like all of us. I hope my words of recommendation are well received with understanding and grace.

If you need anything more from me please, please feel free to contact me at nksin905@gmail.com or 703-407-1589.

I truly appreciate your time and consideration of my referral of Mr. Benton.

Respectfully submitted,

Norman Kirk Singleton

202 Stillwood Court
Louisville, Kentucky 40223
January 1, 2023

United States District Judge Trevor N. McFadden
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

     **RE:   Jesse Benton's Sentencing**

Dear Judge McFadden:

     We are friends of Jesse and Valori Benton, and their daughter, Caroline, and have been for eight years. We first met Jesse and his family when they purchased a home in Louisville from friends of ours, and we have been social friends with them ever since. Jesse is from Philadelphia, and he and Amy instantly connected -- she's from Pennsylvania originally and lived in Philadelphia.

     The Bentons are also members of Big Spring Country Club where we got to know them better. Jesse and Valori struck us as wonderful parents to Caroline, who's been an exceptional child since we've known them. She is intelligent, polite, mannerly, and well behaved, and that's due in large part to Jesse's parenting. Where other children at the club seem entitled and behave as though they own the place, Jesse always kept Caroline more grounded, held her accountable, and expected better from her. On the rare occasion Caroline misbehaved, Jesse disciplined her when other parents may have made excuses instead.

     From our perspective, Jesse has always treated his role as father and husband with utmost importance. Everything he does is with the goal of providing every benefit possible to Caroline and Valori. He is a good father and husband. Despite traveling for work regularly, he returned home weekly to be with them regardless of the convenience and the grind of frequent air travel. When Valori had back surgery, Jesse was caretaker for her and Caroline while also managing his own health.

     We firmly believe that Jesse has learned from his past behavior, and he will not repeat it. Treating him leniently will not present a risk of recidivism. He is no longer working in politics or lobbying and has not been for several years. Leniency, to whatever extent it is within the Court's discretion, will also help Jesse's pre-teen daughter and wife move forward from this ordeal. While we recognize that Jesse has been tried and convicted, his conduct in that instance is not indicative of his overall character. With the wisdom gained from this experience, and the love and support of his family and friends, we are confident that Jesse will do everything possible to remain a good father, husband, and citizen of his community.

     Sincerely,

*Amy & Greg Taylor*

January 23, 2023

Dear Judge McFadden,

I write to you in support of Jesse Benton.

My name is Larry Ward, and I am president and founder of a marketing technology company.

I have known Jesse for over a decade and worked with him since 2017. In that time, he and I have become close friends and have always know him to be of strong moral character. Jesse is a man of word and has real integrity. He and I have done business on a handshake many times and I trust him.

Jesse always tries to do the right thing. I have seen him turn down work on lucrative projects because he disagreed with on principle. He has many times taken lower wages or commissions because he thought what he was offered was too much. On at least one project we worked on, Jesse went without pay so that the staff could get the money they needed, even though I knew his personal finances were tight.

Despite his troubles, I continue to trust Jesse. In fact, it is very surprising that he is in this current situation. As long as I have worked with Jesse, he has stressed careful compliance and worked to build processes and transparent systems that make sure lines are not stepped on. He is a voice of caution and reason that helps keep creative energy flowing while ensuring legal, moral and regulatory obligations are met and respected.

I think Jesse has a lot to offer the world and I would hate to see that wasted. Locking him away makes no sense and benefits no one. I respectfully ask you that Jesse receive punishment which allows him to remain free, with his family and contributing to our country.

Respectfully,

Larry Ward


P.S. Please feel free to reach out to me with any questions about Jesse. My email address is lward@marketrithm.com, my phone number is 202.288.9957.