February 9, 2023

Dear Judge McFadden,

As I wrote to you earlier, I feel like a coward for not speaking up at trial. I vowed not to be a coward again.

In that light, I wanted to send you an addendum to my letter after reading the Government's sentencing memo so you can at least read my final thoughts as you deliberate.

I realize that the prosecutors are tough, and once they decide to indict, their job is to win and seek punishment. The place for compassion or mercy lies with you, not them.

The Government seeks to paint me as a terrible person. It is painful to read that the Government of the Country I love thinks so little of me. But in seeking to portraying me as a bad guy, their memo has several misrepresentations I feel compelled to address.

For example, we took steps to sell our home, but would have taken a loss and compounded our financial woes. We struggled to stay in the home we loved, but lost that battle last year.

The money that was paid to my LLC included expenses like list rentals, studio time and media buying to place and produce the writing projects I performed. I don't have ready access to precise records, but my profits were a fraction. Our finances were a constant struggle, and there were times when I was down to my last dime.

The memo also completely mischaracterizes the Telegraph incident. I would never dream of something like that. The FEC explored the case and decided there was no probable cause.

Please know, Sir, that I am and remain repentant for my errors in judgment, and that I am better man today than I was. I have not made public statements criticizing the Government, the prosecution or this process. I used my time under punishment to take correspondence courses and shifted away from Politics completely.

I have now been brought to my knees a second time. It seems so surreal that the chapter of my life, now 7 years and from which I earnestly worked and struggled to find redemption, has once again grabbed me.

I ask you to be merciful.

Respectfully,

Jesse Benton