```
 1                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA
 2
      * * * * * * * * * * * * * * *    )
 3    UNITED STATES OF AMERICA,        )     Criminal Action
                                       )       No. 21-00569
 4                   Plaintiff,        )
                                       )
 5       vs.                           )
                                       )
 6    JESSE R. BENTON,                 )     Washington, D.C.
                                       )     November 10, 2022
 7                   Defendant.        )     1:34 p.m.
                                       )     AFTERNOON SESSION
 8    * * * * * * * * * * * * * * *    )

 9

10                       JURY TRIAL - DAY 2
                BEFORE THE HONORABLE TREVOR N. McFADDEN,
11                   UNITED STATES DISTRICT JUDGE

12

13    APPEARANCES:

14    FOR THE GOVERNMENT:     REBECCA G. ROSS, ESQ.
                              U.S. DEPARTMENT OF JUSTICE
15                            PUBLIC INTEGRITY SECTION
                              1301 New York Avenue
16                            Tenth Floor
                              Washington, D.C. 20530
17
                              MICHELLE PARIKH, ESQ.
18                            U.S. DEPARTMENT OF JUSTICE
                              1331 F Street, Northwest
19                            Washington, D.C. 20005

20                            MICHELLE WASSERMAN, ESQ.
                              UNITED STATES ATTORNEY'S OFFICE
21                              FOR THE DISTRICT OF COLUMBIA
                              555 Fourth Street, Northwest
22                            Eleventh Floor
                              Washington, D.C. 20530
23

24

25
```

1     APPEARANCES, CONT'D:

2     FOR THE DEFENDANT:        BRIAN W. STOLARZ, ESQ.
                                STEPHANIE METHERALL, ESQ.
3                               NORTON ROSE FULBRIGHT U.S., LLP
                                799 Ninth Street, Northwest
4                               Suite 1000
                                Washington, D.C. 20001
5

6     REPORTED BY:             MARIA V. WEINBECK, RMR, FCRR
                               Official Court Reporter
7                              United States District Court for the
                                 District of Minnesota
8                              300 South Fourth Street, Room 1005
                               Minneapolis, MN  55415
9                              (612) 664-5109

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

1                          I N D E X

2                                Direct      Cross        Red.

3

     WITNESSES FOR THE GOVERNMENT:

4
     Erin Phan                                82

5

6

7

8    EXHIBITS RECEIVED IN EVIDENCE                          PAGE

9    Defendant's Exhibit No. 6                              88

10   Defendant's Exhibit No. 3                              90

11   Defendant's Exhibit No. 4, pages 1-6                   104

12                          *   *   *

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1                        P R O C E E D I N G S

2                            (1:34 p.m.)

3        (Whereupon, the following proceedings were had in open

4     court:)

5              THE COURT:  All right.  Bring in the jury.

6              (Whereupon the jury is brought in.)

7              THE COURT:  Agent Phan, you can retake the witness

8     stand.

9              (Whereupon, the following proceedings were had in

10    open court:)

11             THE COURT:  Welcome back, ladies and gentlemen of

12    the jury.  Please feel free to have a seat.

13             Ms. Ross, you may continue with direct

14    examination.

15             Agent Phan, I'll remind you you are still under

16    oath.

17             THE WITNESS:  Yes, Your Honor.

18                              ERIN PHAN,

19    called on behalf of the government, was previously sworn,

20    was further examined and testified as follows:

21                  DIRECT EXAMINATION (CONTINUED)

22    BY MS. ROSS:

23    Q.  Agent Phan, can I draw your attention to the e-mail from

24    Olga Kovalova on September 8th beginning with Doug, please.

25    Can you read that for the jury, please?
```

```
 1   A.  Sure.  "The situation is getting really bad.  You don't

 2   answer Skype calls.  You don't react to e-mails.  We don't

 3   know what to think.  Should we cancel everything?  It's

 4   already September 9 and you don't give any information.

 5   Please react."

 6   Q.  Do you know when Mr. Vasilenko arrived in the United

 7   States?

 8   A.  September 28th, 2016.

 9   Q.  Prior to the date of this e-mail -- what is the date

10   there?

11   A.  September 8, '2016.

12   Q.  At this point had Mr. Vasilenko already wired the money

13   to Charity Awards?

14   A.  Yes.

15   Q.  Just as a reminder, how much money was that?

16   A.  $100,000.

17   Q.  At the time of this e-mail had you seen any evidence

18   that Mr. Wead had found a famous person for Mr. Vasilenko to

19   meet at the Charity Awards dinner?

20   A.  No.

21   Q.  How does Mr. Wead respond to this e-mail?

22   A.  "I tried to call you twice today and had no answer.

23   Tonight I will sit down and try to write a memo with

24   options.  Am taking Myriam to dinner for her birthday."

25   Q.  Agent Phan, who is Myriam?
```

1    A.  Doug Wead's wife.

2    Q.  Can we bring up Government Exhibit 7, please?

3             What does Mr. Wead ask Ms. Kovalova in this

4    e-mail?

5    A.  "Olga, what about Donald Trump?"

6    Q.  Who was Donald Trump in 2016?

7    A.  In 2016 Donald Trump was the Republican nominee for

8    President of the United States.

9    Q.  When was election day in 2016?

10   A.  November 8th.

11   Q.  What was the date of this e-mail?

12   A.  September 11, 2016.

13   Q.  And, Agent Phan, what is the time stamp listed there?

14   Can you explain that for the jury, please?

15   A.  Sure.  So the time stamp shows 1804, which is in

16   military time, translates to 6:04 p.m. civilian time.  And

17   the minus 0700 after the time there, that represents seven

18   hours behind Universal Coordinated Time, which would be

19   Pacific time.

20   Q.  Can you describe briefly for the jury the varying ways

21   e-mails you obtained through the course of an investigation

22   namely reflect the time an e-mail was sent?

23   A.  Sure.  We could receive it from the service provider in

24   Universal Coordinated Time.  We could also receive it in the

25   time zone in which the correspondence were in at the time

```
1    they sent the e-mail.  We also could receive it in the time

2    that the investigator, the location of the investigator who

3    was reviewing the e-mail at the time, so.

4    Q.  In this investigation, were you able to confirm the time

5    that e-mails were sent?

6    A.  Yes.

7    Q.  And how did you do that?

8    A.  I reviewed the metadata from the e-mails.

9           MS. ROSS:  Your Honor, may I approach the witness,

10   please.

11          THE COURT:  You may.

12          MS. ROSS:  I'm going to hand the witness what has

13   been marked for identification purposes only as Exhibit 20.

14          (Counsel conferring off the record.)

15          (Exhibit handed to witness.)

16   BY MS. ROSS:

17   Q.  Agent Phan, what is this document?

18   A.  This is a chart that I made showing the e-mails that

19   we're going to be seeing and then the date, the time and the

20   time on the exhibit and then the time translated into

21   Eastern time.

22   Q.  Who created this document?

23   A.  I did.

24   Q.  And can you just describe briefly how you did create

25   that?
```

1    A.  I reviewed the metadata for all of these e-mails to see

2    the original time stamp that the e-mails were sent; and if

3    that was in Universal Coordinated Time or Pacific time, I

4    translated it into Eastern time.

5              MS. ROSS:  Your Honor, the government seeks to

6    receive this document for demonstrative purposes only with

7    witness, but with permission we would like to show it

8    briefly to the jury.

9              MR. STOLARZ:  No objection.

10             THE COURT:  Without objection, the exhibit will be

11   received.

12             MS. ROSS:  Thank you.

13   BY MS. ROSS

14   Q.  Agent Phan, is this the chart that you were looking at

15   in front of you?

16   A.  Yes.

17   Q.  And does this show the times in Eastern time?

18   A.  Yes.

19   Q.  We can pull that down.  Thank you.

20             Turning your attention back to Government

21   Exhibit 7, can we put that back up, please.  What is the

22   time this e-mail was sent in Eastern Daylight Time?

23   A.  9:04 p.m.

24   Q.  Approximately how many days before Mr. Vasilenko was

25   supposed to arrive in the United States from Russia was this

```
 1    sent?

 2    A.  Approximately nine days.

 3    Q.  Can we bring up what's been previously admitted as

 4    Government Exhibit 6, please.

 5              Agent Phan, in August of 2016, how frequently had

 6    Mr. Wead and the defendant been in telephone communication?

 7    A.  They spoke once on the phone.

 8    Q.  And on September 11, 2016, which is the date of the

 9    e-mail that we just looked at, is there any phone contact

10    between Mr. Wead and the defendant?

11    A.  There was an attempted phone contact, yes.

12    Q.  Okay.  And can you just explain that for the jury,

13    please?

14    A.  Yes.  So as you can see in the chart there, Doug Wead

15    was the phone number in green, attempted to contact Jesse

16    Benton, the phone number in yellow, and that call went to

17    voicemail.

18    Q.  Looking more at this exhibit, did Mr. Wead and the

19    defendant speak the next day on September 12?

20    A.  Yes, they did.

21    Q.  How many times did they speak on September 12?

22    A.  Twice.

23    Q.  And how long is the first call?

24    A.  Approximately four minutes.

25    Q.  And how about the second call?
```

1    A.  Approximately four minutes and 15 seconds.

2    Q.  Can we please bring up what's been previously admitted

3    as Government Exhibit 8, please.  Can we focus on just the

4    top half of this e-mail, please.

5           Looking at the e-mail down at the bottom from

6    Ms. Kovalova, can you explain that for the jury, please?

7    A.  The e-mail at the bottom from Olga?  Would you like me

8    to read it?

9    Q.  Yes, please.

10   A.  "Well, I don't know what to say.  My source says yes, it

11   will happen, but no details yet."  And that was from Doug

12   Wead to Olga Kovalova.

13   Q.  I'm sorry.  Thank you for correcting me.

14           This e-mail at the bottom there, what's the date

15   that it was sent?

16   A.  September 13, 2016.

17   Q.  And I'm sorry.  Who was it from?

18   A.  From Doug Wead.

19   Q.  And then how does Ms. Kovalova respond to that?

20   A.  "Doug, should I tell Roman that he'll have a meeting

21   with Trump or should I keep silence?"

22   Q.  And how does Mr. Wead respond to that?

23   A.  "I just did Russia TV.  I'll be home soon, and we'll

24   Skype.  Wait until then."

25   Q.  What is the date of that e-mail?

 1    A.  September 13, 2016.

 2    Q.  And what is the time of that e-mail in Eastern Daylight

 3    Time?

 4    A.  7:56 a.m.

 5    Q.  Can we bring up back Exhibit 6, please.

 6            Can you please describe for the jury what the

 7    telephone records showed in respect to the defendant's

 8    communications with Mr. Wead on that same day?

 9    A.  Sure.  On September 13, Doug Wead attempted to call

10    Jesse Benton at 2:10 p.m. eastern.  That call went to

11    voicemail.  At 4:47 p.m. Jesse Benton attempted to contact

12    Doug Wead.  That call went to voicemail.  And at 7:03 p.m.

13    Doug Wead called Jesse Benton, and they spoke for

14    approximately 6 minutes, 42 seconds.

15    Q.  Can we please bring up Exhibit 9.

16            What is the date of this e-mail, Agent Phan?

17    A.  September 13, 2016.

18    Q.  And what time was this sent in Eastern Daylight Time?

19    A.  3:10 p.m.

20    Q.  Who was it sent to?

21    A.  Jesse Benton -- I mean, I'm sorry.  kwalsh84@gmail.com.

22    Q.  During the course of your investigation, did you learn

23    who Kwalsh is?

24    A.  Yes.

25    Q.  And who is she?

1    A.  Katie Walsh.  She was the chief of staff for the RNC at

2    that time.

3    Q.  Can you please just read this first paragraph for the

4    jury.

5    A.  "I have a friend who spends most of his time in the

6    Caribbean -- must be nice, right -- who has caught the Trump

7    bug in a big way.  He wants to fly in for an event hopefully

8    near NY or DC where he can attend a funder and get a photo.

9    The photo is important to him.  Is there any way you might

10   share a list of events where a photo might be possible?

11   Ideally he'd like to come between 9-21 and 9-27, if at all

12   possibly."

13   Q.  Can we please pull up Government Exhibit 10, please.

14            How does Ms. Walsh write back to that?

15   A.  "Hi Jesse.  I'm Cara, RNC finance director, who can get

16   you a schedule.  Thanks for reaching out."

17   Q.  Who is Cara?

18   A.  Cara is Cara Mason.  She was the RNC finance director at

19   the time.

20   Q.  And looking at the top e-mail, does Ms. Mason respond?

21   A.  Yes.

22   Q.  And what does she say?

23   A.  "Jesse and I are on it."

24   Q.  Was there an attachment?

25   A.  Yes.

1    Q.  And can you just read the attachment?

2    A.  Trump Victory September events.

3    Q.  Can we turn to page 2 of this exhibit, please.

4              What is this?

5    A.  That's the attachment to the e-mail.

6    Q.  Now, looking specifically at the list provided for

7    Donald Trump there, it's an event in Philadelphia,

8    Pennsylvania?

9    A.  Yes.

10   Q.  What date?

11   A.  September 22, 2016.

12   Q.  Can we bring up Government Exhibit 11, please.  Can we

13   pull up just the top three e-mails there?

14             Looking at that bottom e-mail, what does the

15   defendant write?

16   A.  "Thank you so much, Cara.  Two more questions.  One,

17   what would be the minimum to be able to participate in a

18   photo line at either Greenwich 9.1, Philly 9.2 or NYC 9.9?

19   Not that this is all he'll give, but he'll ask me.  Two, how

20   do I RSVP to the event."

21   Q.  How does Ms. Mason respond?

22   A.  "CT is $50,000.  This event may get moved.  NYC is

23   $35,000.  Just let me know and I will get it to the right

24   person."

25   Q.  How does the defendant respond?

1    A.  "Is there a photo op in Philly or no?"

2    Q.  What is the date of that top e-mail?

3    A.  September 13, 2016.

4    Q.  What is the time?

5    A.  4:34 p.m. Eastern.

6    Q.  Can we please bring up Government Exhibit 13.

7            Looking at this bottom e-mail, what is the date of

8    this bottom e-mail?

9    A.  September 14, 2016.

10   Q.  And can you just read the first two sentences of that

11   e-mail, please?

12   A.  "Doug, I've talked to Roman.  He is happy and ready to

13   wire his donation."

14   Q.  And then just skipping forward, can you pick up where it

15   says "he asked for"?

16   A.  "He asked for info where to send his donation.  It would

17   be great to get it today.  He is leaving for his election

18   trip."

19   Q.  Does Mr. Wead respond to this e-mail?

20   A.  Yes.

21   Q.  And what does he say?

22   A.  "Thank you so much.  We want to do this correctly."

23   Q.  Thank you.  We can take that down.

24           When Olga references the election trip, did you

25   find additional evidence of an election trip taken by

1    Mr. Vasilenko?

2    A.  I'm sorry.  Could you repeat the question?

3    Q.  Olga in the e-mail that we just saw, she references an

4    election trip.  Did you find additional evidence of an

5    election trip taken by Mr. Vasilenko?

6    A.  I don't recall.

7    Q.  Did we see an e-mail earlier today where an election

8    trip by Mr. Vasilenko was taken?

9    A.  Yes.

10   Q.  Okay.  Can we bring up what's been previously admitted

11   as Government Exhibit 14, please.

12            Agent Phan, who sent this e-mail at the top there?

13   A.  Sarah Robinson.

14   Q.  Who did she send it to?

15   A.  Jesse Benton, and Caitlin Franklin is copied.

16   Q.  What was attached to this e-mail?

17   A.  Two PDF files.

18   Q.  What time did she send it in Eastern Daylight Time?

19   A.  11:44 a.m.

20   Q.  And did we look at these two invitations earlier?  In

21   court were you here for Ms. Robinson's testimony earlier

22   today?

23   A.  I was.

24   Q.  And did we walk through the attachments to this email

25   earlier?

1    A.  Yes, we did.

2    Q.  And can you just briefly describe what those were for

3    the jury again?

4    A.  They were an invitation to the Round Table of the

5    Philadelphia event on September 22, 2016, and an invitation

6    to the reception event on the same date at the same

7    location.

8    Q.  And agent -- I'm sorry, Agent Phan.  What time did she

9    send this in Eastern Daylight Time?

10   A.  11:44 a.m.

11   Q.  Can we bring up what's been previously admitted as

12   Government Exhibit 6, please.

13          So you just testified that the defendant received

14   that email from Ms. Robinson with the contribution funds

15   attached at 11:44 a.m.  Did the defendant call Mr. Wead

16   shortly thereafter?

17   A.  Yes.

18   Q.  What time did the defendant call Mr. Wead?

19   A.  11:47 a.m.

20   Q.  Did they speak again that day?

21   A.  Yes.

22   Q.  What time?

23   A.  12:14 p.m.

24   Q.  And how long did that call last?

25   A.  Approximately 50 seconds.

1    Q.  Can we bring up what's been admitted as Government

2    Exhibit 15, please.

3            What does the defendant ask in the e-mail at the

4    very top there?

5    A.  "If I may ask one more question.  My friend is a little

6    high maintenance and wanted to have his body gal in the room

7    for the private briefing.  Is that okay or would she need to

8    have a full 25K ticket?  I was hoping maybe just to pay 10K

9    for her."

10   Q.  Can we turn to page 2 of this exhibit, please.

11           Agent Phan, can we look more closely at this

12   bottom e-mail here.  We looked at this e-mail a little bit

13   earlier.  Where does the defendant say that his friend

14   spends most of his time?

15   A.  In the Caribbean.

16   Q.  Can we please pull back up what's been admitted as

17   Government Exhibit 59 -- we looked at that a little bit

18   earlier -- and can we turn to page 2 of this exhibit,

19   please.

20           In the middle of the exhibit where Mr. Vasilenko

21   provides a list of the countries he's visited in the last

22   five years, Agent Phan, is the Caribbean listed there at

23   all?

24   A.  No, it's not.

25   Q.  Through the course of your investigation did you find

 1    anyone that the defendant helped from the Caribbean to

 2    attend the event in Philadelphia on September 22, 2016?

 3    A.  No, I didn't.

 4    Q.  Can we pull back up Government Exhibit 15 and go back to

 5    page 1, please.

 6                Agent Phan, was Roman Vasilenko from the

 7    Caribbean?

 8    A.  He was not.

 9    Q.  Looking at this e-mail again on top, what is the date of

10    that e-mail?

11    A.  September 15, 2016.

12    Q.  What time was it sent in Eastern Daylight?

13    A.  10:48 a.m.

14    Q.  Can we please bring up what has been admitted as

15    Government Exhibit 6, please.  And can we just pull up the

16    first two entries listed there under September 15th.

17                Agent Phan, you just testified that the defendant

18    sent that e-mail to Ms. Robinson at 10:48.  Do the defendant

19    and Mr. Wead speak later that day?

20    A.  Yes, they did.

21    Q.  Can you just describe that for the jury, please?

22    A.  Sure.  At 12:11 p.m. Mr. Wead attempted to contact

23    Mr. Benton.  That call went to voicemail.  And at 12:24 p.m.

24    Mr. Benton call Mr. Wead, and they spoke for approximately

25    two minutes.

1    Q.  Can we pull up Government Exhibit 17, please.

2              Starting at the bottom, what does the defendant

3    say about an invoice?

4    A.  "I'll get an invoice whenever appropriate."

5    Q.  Agent Phan, you just testified the defendant and

6    Mr. Wead spoke for a minute and 57 seconds at 12:24 on

7    September 15.  Approximately how many minutes later did the

8    defendant send this e-mail?

9    A.  Approximately 20 minutes.

10   Q.  And looking at this e-mail a little bit more closely,

11   what information does he provide there for the bank, the

12   final bank listed there.  I'm sorry.

13   A.  His wiring information for Republic Bank & Trust, the

14   Titan Strategies LLC.

15   Q.  What does Mr. Wead do in response?

16   A.  He forwards that information to Olga Kovalova.

17   Q.  And what time was that in Eastern Daylight Time?

18   A.  1:02 p.m.

19   Q.  And can you just read that there for the jury, please?

20   A.  Sure.  "This is the banking info for sending the wire.

21   My understanding is that it is for consulting services.

22   Your team will be able to meet with these folks when you get

23   here.  Do you need anything more?  Do you need an invoice?"

24   Q.  Does Ms. Kovalova respond?

25   A.  Yes.

```
1    Q.  And what does she say there?

2    A.  "Thank you, Doug.  I've sent everything to Roman.  If

3    you get me an invoice, it will be easier for him to make a

4    payment.  Otherwise, he'll have to make several payments.

5    Now, what about $20,000?"

6    Q.  Can we pull up what's been previously admitted as

7    Government Exhibit 51, please.

8              Is this e-mail just a separate chain discussing

9    the invoice?

10   A.  Yes.

11   Q.  Can we pull up the top half of this e-mail.  Thank you.

12   Can we go a little bit farther down.  Thank you.

13             What does Olga Kovalova write at the bottom there?

14   A.  "Can you send an invoice?  It would be easier to wire

15   the money."

16   Q.  And what does Mr. Wead do?

17   A.  He forwards that to Mr. Benton and says they require an

18   invoice, please.

19   Q.  How does the defendant respond?

20   A.  "Of course, but who should be invoiced?"

21   Q.  And how does Mr. Wead respond?

22   A.  "Olga, who should be invoiced?  Name, address, et

23   cetera.  Thanks."

24   Q.  What time is that sent?

25   A.  5:48 p.m.
```

 1    Q.  What is the date?

 2    A.  November 15, 2016.

 3    Q.  Based on this e-mail, did either the defendant or

 4    Mr. Wead seem to know who was being invoiced?

 5    A.  No.

 6    Q.  Can we bring up Government Exhibit 6, please.

 7              Before we pull up Government Exhibit 6, Agent

 8    Phan, I'm sorry, what was the date that this was sent?

 9    A.  The top e-mail was sent September 15, 2016.

10    Q.  Thank you.

11              Can we pull up Government Exhibit 6, please.  And

12    can we pull up the entries for September 16th.

13              Do the defendant and Mr. Wead have telephone

14    communications that day?

15    A.  Yes.

16    Q.  Can you describe --

17    A.  I'm sorry.  September 16 they do have communications.

18    Q.  And can you just describe that for the jury, please?

19    A.  That is phone call from Doug Wead to Jesse Benton at

20    10:12 a.m. on September 16, and they speak for approximately

21    three and a half minutes.

22    Q.  Can we pull up Government Exhibit 18, please.

23              Before we look at this e-mail in more depth, what

24    is the date that this e-mail was sent?

25    A.  September 16, 2016.

1    Q.  And what is the time that this e-mail was sent?

2    A.  10:24 a.m.

3    Q.  Agent Phan, you just testified that Mr. Wead called the

4    defendant on September 16th and they spoke for 3 minutes and

5    32 seconds at 10:12 a.m.  Approximately how many minutes

6    after that call was this e-mail sent?

7    A.  Approximately 12 minutes.

8    Q.  Can you just read the first two paragraphs of this

9    e-mail, please?

10   A.  Sure.  "We are working to make this idea effective.

11   Here is the plan.  The Charity Awards would like to see its

12   mission picked up and spread across the CIS.  There is a

13   Charity Awards in the UK, but none that I know of in western

14   Europe, nor eastern Europe or the CIS."

15              Would you like me to keep going?

16   Q.  That's okay.  What is CIS, Agent Phan?

17   A.  It stands for the Commonwealth of Independent States,

18   which is an intergovernmental organization comprised mostly

19   of the former members of the Soviet Union.

20   Q.  Did you investigate whether the Charity Awards spread

21   across the CIS?

22   A.  I did.

23   Q.  Did it?

24   A.  I found no evidence that it had.

25   Q.  Is there a Charity Awards in the UK?

1   A.  There is.

2   Q.  Was it associated at all with the Charity Awards

3   operated by Mr. Wead?

4   A.  No.

5   Q.  Did you uncover any connection between Mr. Wead and the

6   Charity Awards in the UK?

7   A.  No, I did not.

8   Q.  Did you also investigate whether Charity Awards had

9   spread across western Europe?

10  A.  I did.

11  Q.  Did it?

12  A.  I found no evidence that it had.

13  Q.  How about eastern Europe?

14  A.  I found no evidence that it had spread in eastern

15  Europe.

16  Q.  Can you please read the third paragraph there?

17  A.  Yes.  "Roman Vasilenko has the vision to make this work,

18  and that is why we have honored him this year.  He is

19  willing to hire consultants here who can help him, and he is

20  willing to donate to charities and NGOs in the USA who would

21  participate with such a program over there."

22  Q.  Did you uncover any evidence that Mr. Vasilenko

23  attempted to expand Charity Awards?

24  A.  I did not.

25  Q.  What does Mr. Wead continue to write down there?

1     A.  "Here is the information for sending an invoice for your

2     services.  Roman Vasilenko" -- it has a date of birth and

3     address in Saint Petersburg, Russia.  "Simply send him an

4     invoice for the consulting work that you will be doing.  We

5     look forward to you meeting with Roman and Olga."

6     Q.  Agent Phan, did you uncover any consulting work that the

7     defendant did for the Charity Awards dinner?

8     A.  I did not.

9     Q.  Did the defendant ever meet with Roman Vasilenko and

10    Olga Kovalova?

11    A.  I don't believe so.  I found no evidence that they had

12    met.

13    Q.  Can we pull up what's been admitted as Government

14    Exhibit 53, please.  And can we go to the bottom half of

15    this e-mail, please.

16            Looking at this bottom e-mail, who is that from?

17    A.  Olga Kovalova.

18    Q.  And who did she send it to?

19    A.  Doug Wead.

20    Q.  What does she write on there?

21    A.  "The money didn't go through.  I e-mailed Mr. Benton

22    with the request to send an invoice.  It was not attached in

23    his previous letter.  Roman is ready to wire the money as

24    soon as he gets an invoice".

25    Q.  What does Mr. Wead do?

1   A.  He responds to Olga, and he copies Mr. Benton.

2   Q.  And can you read that, please?

3   A.  "Hi, Olga.  Please copy Jesse Benton on all e-mails.

4   Jesse, did you send the invoice?  Can you send another?

5   Olga, please check today if Roman received it."

6   Q.  And can we pull up the top half of this exhibit, please.

7            How does Mr. Wead respond up there?

8            COURT REPORTER:  I'm sorry.  I didn't hear you.

9            MS. ROSS:  Just directing Agent Phan to the

10  paragraph that starts with the word "Jesse."

11           THE WITNESS:  "Jesse, it wouldn't hurt to send the

12  invoice anyways, so they have it on his end."

13  BY MS. ROSS:

14  Q.  And up here, what does the defendant send?

15  A.  He responds to that e-mail, copies Olga and attaches an

16  invoice.

17  Q.  What is the date of this e-mail, Agent Phan?

18  A.  September 19, 2016.

19  Q.  Okay.  I'm going to come back to this in a moment, but,

20  first, can we please pull up what's been admitted as

21  Government Exhibit 19, please.  And can we zoom in ON the

22  top half of this document, please.

23           Directing your attention to the date that this was

24  received, what is the date of that?

25  A.  September 19, 2016.

1    Q.  And how about the amount?  How much money was received?

2    A.  $49,000.

3    Q.  Where was this money going?

4    A.  To Titan Strategies, LLC, at 4003 Woodstone Way,

5    Louisville, Kentucky.

6    Q.  And who lived there at the time, Agent Phan?

7    A.  Mr. Benton.

8    Q.  Focusing on the bottom half of this document, where did

9    the money originate from?

10   A.  Roman Vasilenko.

11   Q.  And which bank?

12   A.  Bank Winter & Co. in Vienna Austria.

13   Q.  Can we zoom out and look at that whole document, please.

14          Agent Phan, what is this a record of?

15   A.  This is a wire transfer record.

16   Q.  Can we please pull back up Government Exhibit 53.

17   Turning to page 6, please.

18          What is this document?

19   A.  This is an invoice for services from Titan Strategies,

20   LLC.

21   Q.  And what is the date written on this invoice?

22   A.  September 16, 2016.

23   Q.  And who is it to?

24   A.  Mr. Roman Vasilenko in Saint Petersburg, Russia.

25   Q.  What are the items listed there?

1    A.  Consulting services, Charity Awards dinner.

2    Q.  For how much?

3    A.  $100,000.

4    Q.  What is the final bank account listed there?

5    A.  Titan Strategies at Republic Bank & Trust.

6    Q.  I'm looking at the address of the top there.  What

7    address did the defendant provide?

8    A.  4003 Woodstone Way, Louisville, Kentucky.

9    Q.  And the date on here, it says September 16, 2016.

10            Can we go back to page 1 of this exhibit, please.

11            What date was this sent?

12   A.  September 19, 2016.

13   Q.  We can close the exhibit down.

14            Did you ever find any communications between the

15   defendant and Mr. Vasilenko directly?

16   A.  No, I didn't.

17   Q.  Did you find any evidence that the defendant ever met

18   Mr. Vasilenko?

19   A.  No.

20   Q.  And during the course of your investigation, did agents

21   execute a search warrant on the defendant's residence at

22   4003 Woodstone Way in Louisville, Kentucky?

23   A.  Yes.

24   Q.  As part of the search warrant, did you review electronic

25   evidence that was seized from the defendant?

```
1    A.  Yes, I did.

2    Q.  Did you also review copies of hard documents that have

3    also been seized from the defendant's residence?

4    A.  Yes, I did.

5    Q.  Did you also review e-mails seized pursuant to the

6    search warrant of the defendant's e-mail account?

7    A.  Yep.

8    Q.  Did you find any documentation relating to any work that

9    the defendant did for Mr. Vasilenko relating to the Charity

10   Awards event?

11   A.  No, I did not.

12   Q.  Can we pull up Government Exhibit 16, please.

13            Looking at this bottom e-mail here, can you just

14   read what's on the CC line?

15   A.  Brendan Norris.

16   Q.  And then can we go up to the top e-mail there.

17            Can you just read what Mr. Wead writes in the

18   first paragraph about the Charity Awards, please?

19   A.  "It is pretty encouraging to hear you describe my

20   fundraising abilities.  Actually, I haven't raised a dime in

21   40 years.  Ha.  The Charity Awards is an awards celebration,

22   and we don't actually raise money at the event, and our last

23   one was in 2001.  Mercy Corps does a great job, but I am not

24   involved in their fundraising.  There is a man who is a

25   tremendous fundraiser, who did much to help the soft money
```

1    fundraising for Donald Trump in 2016.  He has access to

2    people and mailing lists.  I will copy him on this e-mail

3    thread.

4    Q.  And who does Mr. Wead CC on this e-mail?

5    A.  Jesse Benton.

6    Q.  What is the date of this e-mail?

7    A.  July 19, 2017.

8    Q.  When was this e-mail sent in relation to Mr. Vasilenko's

9    transfer of $100,000 to the Charity Awards bank account?

10   A.  It was after that time.

11   Q.  Can we please pull back up Government Exhibit 53 and

12   turning to page 1.

13          And, again, when did the defendant send this

14   invoice?

15   A.  September 19, 2016.

16   Q.  And what was the time of this, that this e-mail was

17   sent?

18   A.  11:20 a.m.

19   Q.  Can we bring back up Government Exhibit 6.

20          Agent Phan, can you just describe for the jury

21   what the toll records show about Mr. Wead and the

22   defendant's communications on that date, September 19th?

23   A.  Yes.  Mr. Wead called Mr. Benton at 5:27 p.m., and they

24   spoke for approximately 1 minute and 15 seconds.

25   Q.  Now, you can take that down.  Thank you.

 1              We looked earlier at an e-mail from Olga Kovalova

 2     saying that Mr. Vasilenko had wired 49,000 and would wire an

 3     additional 51,000.  Do you know if Mr. Vasilenko ever did

 4     so?

 5     A.  Yes, he did.

 6     Q.  How do you know?

 7     A.  I reviewed bank records to that effect.

 8     Q.  Can we pull up Government Exhibit 23.

 9              What is this?

10     A.  This is a wire transfer record.

11     Q.  Can we just zoom in on the top half, please.

12              Directing your attention to the date this was

13     received.  What is the date listed there?

14     A.  September 20, 2016.

15     Q.  And how about the amount?

16     A.  $51,000.

17     Q.  And the credit info, where does it say this money is

18     going?

19     A.  Titan Strategies, LLC, at 4003 Woodstone Way,

20     Louisville, Kentucky.

21     Q.  And focusing on the bottom half of this document, where

22     does it say the money originated from?

23     A.  Roman Vasilenko in Saint Petersburg, Russia.

24     Q.  Again, from which bank?

25     A.  Bank Winter & Co. in Vienna, Austria.

```
 1    Q.  Thank you.  You can pull that down.

 2              As part of your investigation, did you obtain

 3    foreign bank records?

 4    A.  I did.

 5    Q.  Can we pull up Government Exhibit 24, please.

 6              What are these documents here, Agent Phan?

 7    A.  These are bank records from Bank Winter & Co.

 8    Q.  And what language are these documents written in?

 9    A.  German.

10    Q.  Does this exhibit contain a translated version of those

11    original records?

12    A.  Yes, it does.

13    Q.  And is this just a subset of the original records?

14    A.  Yes.

15    Q.  Starting on page 1 here.  Who does it say was the

16    account holder?

17    A.  Roman Vasilenko.

18    Q.  And what city does it say his main residence is in?

19    A.  Saint Petersburg, Russia.

20    Q.  And looking at the top, where is his bank located?

21    A.  Vienna, Austria.

22    Q.  And we see over here where it says e-mail.  Do you see

23    that?

24    A.  Yes.

25    Q.  Did you investigate that e-mail account?
```

1    A.  I did.

2    Q.  And what did you learn?

3    A.  That Gmail account, I obtained a court order to see

4    what, if any, communications still remained in that account,

5    and the records show that there were no communications in

6    that account that were relevant to this investigation during

7    the relevant time period.

8    Q.  And just looking at the very bottom box, can you just

9    summarize, what did Mr. Vasilenko have to attest to down

10   here?

11   A.  "I hereby state that a banking relationship with Bank

12   Winter & Co. started/maintained in compliance with all tax

13   provisions that apply to me.  As concerns U.S. tax status, I

14   announce the following:  I am not a U.S. person, nor is

15   there any dual citizenship.  I am not a U.S. resident alien.

16   I was not born in the USA or in U.S. territory.  There are

17   no other reasons why I am a U.S. person under U.S. tax law".

18   Q.  Turning to page 3 of this exhibit, who has signature

19   authority on this account?

20   A.  Roman Vasilenko.

21   Q.  Does anybody else?

22   A.  No.

23   Q.  Can we go to page 7, please.

24         What is this document?

25   A.  This is an image of Roman Vasilenko's passport.

1    Q.  Which country?

2    A.  Russia.

3    Q.  Can we go to page 8, please.

4            As part of these records, did Mr. Vasilenko

5    provide a resume?

6    A.  Yes, he did.

7    Q.  And what professional skills and knowledge did he list

8    down there?

9    A.  "I hold state training license number -- and I can't

10   read the number -- from the International Business Academy

11   (IBA) -- and then another number -- international asset

12   protection, managing assets, broker, setting up marketing of

13   financial services, professional financial consultations,

14   training financial consultants and top managers, managing

15   cash flows, financial planning."

16   Q.  And go to page 11.

17           Just looking at the top there, what country and

18   city does he list for his address?

19   A.  Saint Petersburg, Russia.

20   Q.  And page 12, please.

21           Directing your attention to the instructed amount

22   of money, how much money is listed there?

23   A.  $49,000.

24   Q.  And how about the customer account ID?

25   A.  Titan Strategies, LLC.

```
 1    Q.  And how about which bank was used?

 2    A.  I'm sorry?

 3    Q.  Which bank did it say it was going to?

 4    A.  Republic Bank & Trust.

 5    Q.  Can we just look at the whole page, please.

 6              Agent Phan, what is this document?

 7    A.  This is a record of a credit transfer.

 8    Q.  Can we go to page 14, please.

 9              What is this document?

10    A.  This is a record of a foreign transfer.

11    Q.  And can we go to page 15?

12              What is this?

13    A.  This is another record of a credit transfer.

14    Q.  Okay.  I'm going to directing your attention again to

15    the instructed amount.  How much money was this for?

16    A.  $51,000.

17    Q.  And how about the customer account ID?  Where is this

18    money going?

19    A.  Titan Strategies, LLC.

20    Q.  And which bank?

21    A.  Republic Bank & Trust.

22    Q.  And can we go to page 17, please?

23              What is this document?

24    A.  This is a record of foreign transfer.

25    Q.  And can we go to page 18, please?
```

1                  What is this document?

2    A.  This is the invoice for services from Titan Strategies

3    for the consulting services for the Charity Awards dinner

4    for $100,000.

5    Q.  And, Agent Phan, just to clarify, was this included in

6    the bank records that you received?

7    A.  This was included from the bank records we received from

8    Bank Winter & Co.

9    Q.  Thank you.  Take that down.

10                 As part of the investigation, did you also review

11   bank records belonging to Titan Strategies?

12   A.  Yes, I did.

13   Q.  Can you pull up Government Exhibit 63, please.

14                 Does this exhibit include all of Titan Strategies

15   accounts from 2016?

16   A.  No.

17   Q.  What records does this include?

18   A.  This includes the bank statements for a subset of the

19   period of time.

20   Q.  Looking at page 1 of this exhibit, who does it say is

21   the authorized signer on this account?

22   A.  Jesse R. Benton.

23   Q.  And where is this billing record sent to?

24   A.  Titan Strategies, LLC, 4003 Woodstone Way, Louisville,

25   Kentucky.

```
1    Q.  Can we turn to page the 19 of the exhibit, please.

2             What is the date of this billing statement?

3    A.  September 30, 2016.

4    Q.  And then focusing on the 19th and 20th under deposits.

5             COURT REPORTER:  I'm sorry.  What did you say?

6    19th?

7             MS. ROSS:  Yes.  Thank you.  I'm sorry.  That's on

8    page 20 of this exhibit.

9    BY MS. ROSS:

10   Q.  Focusing on the 19th and 20th there, what does that

11   reflect?

12   A.  On the 19th of September 2016 there was a wire in for

13   $49,000, and on the next day September 20, 2016, there was a

14   wire in for $51,000.

15   Q.  Go to page 21, please.

16            On September 18th, prior to receiving that first

17   wire, what do these bank records reflect the defendant's

18   balance in his account was?

19   A.  $8,639.62.

20   Q.  How about on September 19th after receiving that first

21   wire?

22   A.  $57,619.62.

23   Q.  And how about after receiving that second wire on the

24   20th?

25   A.  $105,776.71.
```

1     Q.  Thank you.  We can take that down.

2               Agent Phan, how many days before the Trump Victory

3     event did the defendant receive that second wire?

4     A.  One day.  I'm sorry.  That was two days.  The last wire

5     was received on the 20th, and the event was on the 22nd.

6     Q.  Thank you, Agent Phan.  We just saw the defendant

7     receive the remainder of that money on the 20th.  Did the

8     defendant and Mr. Wead speak that day?

9               Can we pull up Government Exhibit 6, please.

10    Thank you.  And zoom in on the September 20th, please.

11    A.  Yes.

12    Q.  Agent Phan, on September 20th, so the day the defendant

13    received that second wire, does he speak with Mr. Wead over

14    the phone?

15    A.  Yes.

16    Q.  Okay.  Can you just describe the communication between

17    Mr. Wead and the defendant on that day?

18    A.  Yes.  On September 20 at 3:03 p.m. Mr. Wead sent

19    Mr. Benton two text messages.  At 3:44 p.m. Mr. Wead

20    attempted to call Mr. Benton, and that call went to

21    voicemail.  At 3:54 p.m. Mr. Wead attempted to call

22    Mr. Benton.  That call also went to voicemail.  And at 8:30

23    p.m. Mr. Wead attempted to call Mr. Benton, and that call

24    also went to voicemail.

25    Q.  Can we pull up Government Exhibit 55, please.

1          What is this?

2    A.  This is an e-mail from hotels.com to Jesse Benton.

3    Q.  And what is it for?

4    A.  It's for three rooms for one night, checking in

5    September 22, 2016, and checking out on September 23, 2016,

6    at the Ritz Carlton in Philadelphia.

7    Q.  What's the significance of that Ritz Carlton?

8    A.  That was the location of the Trump Victory event on

9    September 22, 2016.

10   Q.  And looking at the top header again, what time was this

11   e-mail received?

12   A.  11:50 a.m.

13   Q.  Can we please pull up Government Exhibit 25?  Can we

14   look at the very bottom e-mail, please.

15          What does the defendant say he wants to buy here?

16   A.  "We'd like to buy two tickets to tomorrow night's Philly

17   Round Table, 50K total.  Doug Wead and a guest will attend

18   for us.  Doug is a former White House advisor to H.W. Bush

19   and is doing debate commentary for Shepherd Smith at FOX."

20   Q.  Do you know what Shepherd Smith is?

21   A.  Yes.  He was a media personality, a host on Fox News

22   show.

23   Q.  The defendant writes there, "Doug Wead and a guest."

24   Does he say who that guest is?

25   A.  No, he does not.

1    Q.  Agent Phan, when was this e-mail sent in relation to the

2    wires the defendant received from Roman Vasilenko?

3    A.  The next day.

4    Q.  Can we pull up next to this exhibit what was admitted

5    into evidence as Government Exhibit 63, please.  And can we

6    go to page 21 of that exhibit.  And can we zoom in on

7    September 18th, please.

8             Agent Phan, looking at the date here prior --

9    prior to receiving the wires from Mr. Vasilenko, could the

10   defendant have paid $50,000 for the two tickets out of this

11   account?

12   A.  No, he could not.

13   Q.  Okay.  We can get rid of Exhibit 63.  Thank you.  Let's

14   focus on Exhibit 25.

15            Looking at the rest of the exhibit, does the

16   defendant ask more questions to Ms. Franklin?  I direct your

17   attention to where he says, "just a few quick questions."

18   A.  Thank you.  Yes.

19   Q.  And what does he say there?

20   A.  "Just a few quick questions.  One, how many attendees

21   are expected at the Round Table.  Two, may Mr. Wead and his

22   guest snap a picture on their own iPhones."

23   Q.  Does Ms. Franklin respond?

24   A.  Yes.

25   Q.  What did she say?

1     A.  "Approximately 30 Round Table attendees and

2     unfortunately no personal photos may be taken, but we do

3     have the photo op that they will be a part of."

4     Q.  What time was that?

5     A.  7:05 p.m.

6     Q.  Can we go to Government Exhibit 6, please.

7          And we were just looking at the e-mail between the

8     defendant and the employees of the RNC on the 21st.  Did the

9     defendant and Mr. Wead speak over the phone that day?

10    A.  Yes, they did.

11    Q.  Can you just describe for the jury what their

12    communications were on the 21st?

13    A.  Yes.  At 7:47 a.m. Mr. Wead attempted to call

14    Mr. Benton, and that call went to voicemail.

15          At 12:18 p.m. Mr. Wead called Mr. Benton.  They

16    spoke for approximately three and a half minutes.

17          At 12:26 p.m. Mr. Wead called Mr. Benton, and they

18    spoke for approximately 12 and a half minutes.

19          At 2:22 p.m. Mr. Wead called Mr. Benton.  They

20    spoke for approximately 12 minutes.

21          At 6:12 p.m. Mr. Wead called Mr. Benton.  That

22    call went to voicemail.

23          At 6:39 p.m. Mr. Benton sent Mr. Wead two text

24    messages.

25          And at 6:41 p.m. Mr. Benton sent Mr. Wead another

```
1      text message.

2      Q.  Can we pull up Government Exhibit 54, please.

3              What is this document, Agent Phan?

4      A.  This is an e-mail from team@jjtransportation.com to

5      Mr. Benton.

6      Q.  What is the date this e-mail was received?

7      A.  September 21st, 2016.

8      Q.  At what time?

9      A.  7:09 p.m.

10     Q.  We just looked at an e-mail, and you testified about an

11     e-mail from Ms. Franklin to the defendant on September 21st

12     at 7:05 regarding a photo op in Philadelphia.  Approximately

13     how many minutes after that did the defendant receive this

14     e-mail?

15     A.  Approximately four minutes.

16     Q.  Thank you.  Is there an attachment to this e-mail?

17     A.  Yes, there is.

18     Q.  Okay.  Can we turn to page 2.

19              What is this attachment?

20     A.  This is a trip confirmation from J & J Transportation in

21     Allentown, Pennsylvania.

22     Q.  Looking at the top there, what is the contact name

23     listed?

24     A.  Jesse Benton.

25     Q.  What is the phone number provided?
```

1    A.  202-246-6363.

2    Q.  Just to clarify, Agent Phan, was that the same phone

3    number that you used to analyze the phone records?

4    A.  Yes, it is.

5    Q.  And then looking at the left side of this, what was the

6    passenger name?

7    A.  Douglas Wead.

8    Q.  And what was the phone number provided?

9    A.  541-680-6016.

10   Q.  And was that the phone number you used to analyze the

11   phone records?

12   A.  Yes.

13   Q.  Looking at this credit card, the payment evidence listed

14   there, what is written there?

15   A.  MC and four digits.  8060.

16   Q.  Were agents able to verify whose credit card that was?

17   A.  Yes.

18   Q.  And whose was it?

19   A.  Mr. Vasilenko's.

20   Q.  Do you see the pick-up date listed there?

21   A.  Yes.

22   Q.  What is that date?

23   A.  September 22, 2016.

24   Q.  What is the significance of that date?

25   A.  That was the date that the Trump Victory was held at the

```
 1   Ritz Carlton in Philadelphia.

 2   Q.  Can we turn to the reservation details down below,

 3   please.

 4            Starting there with the pick-up address, Agent

 5   Phan, were you able to confirm what that address

 6   corresponded to?

 7   A.  Yes.

 8   Q.  And where was that?

 9   A.  That was the hotel that Mr. Vasilenko was staying.

10   Q.  And the drop-off address, what is that?

11   A.  The Ritz Carlton in Philadelphia.

12   Q.  And what is significance of that?

13   A.  That was the location of the Trump Victory event on

14   September 22, 2016.

15   Q.  Can we pull up Exhibit 66, please.

16            Agent Phan, what is this record?

17   A.  Reservation records from J & J Transportation.

18   Q.  I'm looking at the credit card information there.  What

19   are the last four digits listed there?

20   A.  8060.

21   Q.  And who does it say that credit card belongs to?

22   A.  Roman Vasilenko.

23   Q.  Can we go to Government Exhibit 60, please.

24            Can you walk this through for the jury, please?

25   A.  Yes.  This is a Ritz Carlton invoice for Roy Douglas
```

1    Wead.  Arrival date of 9-22-16.  Departure date 9-23-16.

2    Q.  And do you see the credit card charged on there?

3    A.  Yes.

4    Q.  And those last four digits, were those the same last

5    four digits as a credit card for Roman Vasilenko we saw on

6    Government Exhibits 54 and 66?

7    A.  Yes.  It was a Mastercard ending in 8060.

8    Q.  Can we go to page 2 of this exhibit, please.

9            And what does this exhibit show?

10   A.  This is a Ritz Carlton hotel invoice for Olga Kovalova.

11   Arrival date of 9-22-16.  Departure date of 9-23-16.

12   Q.  I'm looking at the MasterCard down there.  Are those the

13   last four digits of the credit card for Roman Vasilenko that

14   we saw on Exhibits 54 and 66?

15   A.  Yes.

16   Q.  And turning to page 3, please.

17            Who is this hotel reservation for?

18   A.  Roman Vasilenko.

19   Q.  And when is the arrival date listed there?

20   A.  September 22, 2016.

21   Q.  And the departure date?

22   A.  September 23rd, 2016.

23   Q.  Can we pull up Government Exhibit 27.

24            Directing your attention to the September 22,

25   2016, e-mail at the bottom from Jesse Benton that begins

1    "one more quick thing," do you see that?

2    A.  Yes.

3    Q.  What does he write there?

4    A.  "One more quick thing.  I was told this shouldn't be a

5    problem, and I submitted her screening info to Secret

6    Service.  Doug and Roman will have a staffer with them named

7    Olga Kovalova.  She will hang with them in the room until

8    Mr. Trump arrives and then stand off to the side.  She can

9    even leave the room if need be."

10   Q.  Through the course of your investigation, did you

11   uncover anything that would suggest that the defendant ever

12   reported Olga Kovalova's information to Secret Service?

13   A.  No.

14   Q.  I'm going to come back to this e-mail in a second, but

15   first I'm going to ask you, What are vitals?

16   A.  Vitals in this context are identifying information,

17   personal identifying information, date of birth, social

18   security number, related to an attendee of the event.

19   Q.  What kind of information are asked for in vitals?

20   A.  Personal identifying information, so date of birth,

21   social security number, the identifying information so the

22   Secret Service can vet the attendee.

23   Q.  Did the defendant receive information about

24   Mr. Vasilenko and Ms. Kovalova that he could have used to

25   provide the necessary information for vitals to the Secret

 1    Service?

 2    A.  Yes.

 3    Q.  Can we pull up Government Exhibit 22, please.

 4            What is this e-mail?

 5    A.  An e-mail from Doug Wead to Jesse Benton on

 6    September 22, 2016.

 7    Q.  Is there an attachment?

 8    A.  Yes.  There is a JPEG attachment.

 9    Q.  Can we turn to page 2, please.

10            What is this document?

11    A.  That is a picture of Roman Vasilenko's Russian passport.

12    Q.  Turning back to page 1, please.

13            What date was this sent?

14    A.  September 22, 2016.

15    Q.  And the time?

16    A.  9:41 a.m.

17    Q.  Is that Eastern Daylight Time?

18    A.  Yes.

19    Q.  Can we pull up Government Exhibit 21, looking at that

20    top e-mail.

21            What is this e-mail?

22    A.  An e-mail from Doug Wead to Jesse Benton.

23    Q.  What is the date this was sent?

24    A.  September 22, 2016.

25    Q.  What time was this sent?

1    A.  9:50 a.m.

2    Q.  Is there an attachment to this e-mail?

3    A.  Yes.

4    Q.  Can we turn to page 2 of this exhibit.

5            What is this?

6    A.  This is a picture of the Ukrainian passport of Olga

7    Kovalova.

8    Q.  Can we pull back up Government Exhibit 6.

9            Agent Phan, while the defendant was receiving the

10   passports we just looked at Government Exhibits 22 and 21,

11   were the defendant and Mr. Wead communicating?

12   A.  Yes.

13   Q.  Can you describe the communication between Mr. Wead and

14   the defendant on September 22nd?

15   A.  Yes.  At 9:38 a.m. Mr. Benton contacts Mr. Wead.  That

16   call goes to voicemail.  At 9:39 a.m. Mr. Wead calls

17   Mr. Benton, and they speak for approximately 12 minutes.

18   Q.  I'm going to stop you right there, Agent Phan.  That

19   call at 9:39, if that call lasted 12 minutes, when would it

20   have ended?

21   A.  9:51 a.m.

22   Q.  You just testified, Agent Phan, that the defendant

23   received Ms. Kovalova's passport at 9:50.  How soon after

24   receiving Ms. Kovalova's passport did the defendant and

25   Mr. Wead hang up?

1    A.  Less than one minute.

2    Q.  And can you please just describe the defendant's

3    communications with Mr. Wead after that on September 22nd?

4    A.  Sure.  At 3:06 p.m. Mr. Wead called Mr. Benton.  They

5    spoke for approximately 20 seconds.  Also at 3:06 p.m.

6    Mr. Wead called Mr. Benton.  They spoke for approximately

7    two and a half minutes.  And at 6:07 p.m. Mr. Wead contacted

8    Mr. Benton, and they spoke for approximately four and a half

9    minutes.

10   Q.  Agent Phan, do you know when the Philadelphia Trump

11   Victory fundraising event was supposed to start?

12   A.  Approximately 4:30.

13   Q.  Can we -- we can bring this down.  Thank you.

14           Agent Phan, if you know, did the fundraising event

15   for Donald Trump take place in Philadelphia on

16   September 22nd, 2016?

17   A.  It did.

18   Q.  Have you seen photos taken of that event?

19   A.  Yes, I have.

20   Q.  Were you able to obtain photographs taken at that event?

21   A.  Yes, I was.

22   Q.  Can we pull up Government Exhibit 56, please?  What is

23   this exhibit?

24   A.  It is a photograph from the Round Table event.

25   Q.  How did you obtain these photos?

1    A.  They were obtained from Mr. Wead's cell phone.

2    Q.  Let's just talk about this for a second here.  Do you

3    see Mr. Vasilenko in this photo?

4    A.  Yes, I do.

5    Q.  Where is he sitting?

6    A.  He's on the right side of the photograph wearing a blue

7    tie.

8    Q.  Who is sitting behind him there?

9    A.  That is Olga Kovalova.

10   Q.  Where in relation to Donald Trump is Mr. Vasilenko

11   sitting?

12   A.  He's approximately three individuals to the left,

13   Mr. Trump's left.

14   Q.  Can we turn to page 2, please.

15          Do you see Mr. Vasilenko in this photo?

16   A.  I do.

17   Q.  And where is he?

18   A.  He's on the right side of the photograph in the blue

19   tie.

20   Q.  And who is sitting behind him?

21   A.  Ms. Kovalova.

22   Q.  Can we go to page 3, please.

23          What is this a picture of, Agent Phan?

24   A.  It's a picture of Mr. Trump and Mr. Vasilenko getting

25   their photos taken.

```
1    Q.  And can we go to page 4, please.

2             What is this a photo of?

3    A.  It's a photo of Mr. Vasilenko in the foreground and

4    Mr. Trump in the background.

5    Q.  Okay.  We can take that down.  Thank you.

6             Agent Phan, in addition to the photos that we just

7    looked at, were you also able to obtain videos of the

8    fundraising event?

9    A.  Yes.

10            MS. ROSS:  Your Honor, may I approach?

11            THE COURT:  You may.

12            MS. ROSS:  For the record, I'm handing the witness

13   what's been marked as Government Exhibits 28A, B and C.

14   BY MS. ROSS

15   Q.  Were you able to review the contents of this CD,

16   Agent Phan?

17   A.  Yes, I was.

18   Q.  And what is on the CD?

19   A.  Videos from the Trump Victory event.

20   Q.  And are those videos that are marked 28A, B and C?

21   A.  Yes.

22   Q.  How do you know this was the CD you reviewed?

23   A.  Because I signed and dated it when I reviewed it.

24            MS. ROSS:  Your Honor, permission to approach to

25   take back what's marked as Government Exhibits 28A, B and C.
```

1    BY MS. ROSS:

2    Q.  Can we pull up just for the witness what has been marked

3    for identification purposes as Government Exhibits D, E and

4    F.

5            What are these exhibits, Agent Phan?

6    A.  Those are transcripts of the videos that were marked as

7    I believe A, B and C, 28.

8    Q.  Were you able to verify that they are true and accurate

9    transcripts of those videos?

10   A.  Yes, I was.

11           MS. ROSS:  Your Honor, with permission, we'd like

12   to publish for demonstrative purposes what has been marked

13   as Government Exhibits 28D, E and F.

14           MR. STOLARZ:  No objection.

15           THE COURT:  Without objection, D, E and F may be

16   published.

17           MS. ROSS:  We will now play for the jury what's

18   been marked as Government's Exhibits 28A, B and C and

19   display for the jury what has been marked for identification

20   purposes only as Government's Exhibits D, E and F.

21           (Whereupon, video played.)

22   Q.  Thank you.  We can take that down.

23           Agent Phan, who was standing next to Mr. Vasilenko

24   in that last video?

25   A.  Mr. Wead.

1    Q.  I want to return to Government Exhibit 27, please.

2              Looking at the top of this e-mail here beginning

3    "Jesse," who is this e-mail from?

4    A.  Caitlin Franklin.

5    Q.  What's the date of this e-mail?

6    A.  September 22, 2016.

7    Q.  When was it sent?

8    A.  9:19 p.m.

9    Q.  What does the defendant write at the top there?

10   A.  "Thank you again so much.  You must have had a crazy

11   time with Mr. Trump almost cancelling and then showing up

12   for photos.  Thank for getting Olga in.  And the check is in

13   the mail literally.  I dropped it in the box yesterday.

14   Smiley face."

15   Q.  So the defendant wrote there that the check is in the

16   mail.  Did you review bank records for the defendant?

17   A.  I did.

18   Q.  Did you ever find a check he had written to the

19   Republican National Committee for $50,000?

20   A.  No.

21   Q.  How about a check to Trump Victory for $50,000?

22   A.  No.

23   Q.  Did you ever find a check that he had written to any

24   other committee affiliated with this fundraising event?

25   A.  No.

1   Q.  Did you ever find a check written for any other amount

2   to any other committees affiliated with this event?

3   A.  No.

4   Q.  Can we pull up Government Exhibit 31.  And can we look

5   at this top e-mail, please.

6           What does the defendant write there?

7   A.  "Doug is great, BTW.  He is doing debate commentary for

8   Shepherd Smith, so he was very pleased to get to see 'the

9   man' in person."

10  Q.  Based on this e-mail, did the defendant know that

11  Mr. Wead had attended the Round Table event with Donald

12  Trump?

13  A.  Yes.

14  Q.  Did we in fact see evidence of that Round Table event

15  earlier today?

16  A.  Yes, we did.

17  Q.  What was that?

18  A.  Photographs and videos.

19  Q.  We can pull that down.  Thank you.

20          I'm going to shift gears just a little bit.  Agent

21  Phan, you testified about an awards dinner that

22  Mr. Vasilenko had paid to attend.  Just to clarify, was the

23  money that he paid to Mr. Wead for that event, was that

24  separate and apart that he wired to the defendant?

25  A.  Yes.

```
1    Q.  In 2016 did Charity Awards have an event?

2    A.  Yes, they did.

3    Q.  Did Jimmy Carter attend that event?

4    A.  No, he did not.

5    Q.  Have you reviewed photographs of that event?

6    A.  I have.

7    Q.  So earlier today in Government Exhibit 68, we saw a list

8    of famous people that Mr. Vasilenko was perhaps interested

9    in meeting and that Mr. Wead had provided him.  Just to be

10   clear, was Oprah at that event?

11   A.  No, she was not.

12   Q.  Was Steven Seagal?

13   A.  No.

14   Q.  Was there any evidence that the defendant attempted to

15   get any of those people to this event?

16              MR. STOLARZ:  Objection.  Defendant Benton or

17   Defendant Wead.  I object to the mischaracterization of the

18   evidence.

19              THE COURT:  All right.  Overruled.  I think it's a

20   point you can make in closing, but you were talking about

21   the defendant Benton.  Correct?

22              MS. ROSS:  Yes, Your Honor.

23              THE COURT:  Okay.  You may answer, agent.

24              THE WITNESS:  Can you repeat the question, please.

25   BY MS. ROSS:
```

1    Q.  Agent Phan, in the course of your investigation, did you

2    uncover any evidence that the defendant attempted to get any

3    of those people to this event?

4    A.  No, I did not.

5    Q.  Did you uncover any evidence that Mr. Wead attempted to

6    get any of those people to this event?

7    A.  Other than Jimmy Carter, no.

8    Q.  And what was that event?

9    A.  It was a late lunch at Maggiano's Little Italy in

10   Tyson's Corner.

11   Q.  Can we pull up what's been admitted as Government

12   Exhibit 32.

13              What is this document?

14   A.  This is a banquet event order from Maggiano's Little

15   Italy in Tyson's Corner.

16   Q.  I'm looking at the top of this record.  What is the date

17   of this record?

18   A.  September 24, 2016.

19   Q.  Under the "Post As," what's listed there?

20   A.  National Charity Awards dinner.

21   Q.  And who is listed as a contact?

22   A.  Myriam Wead.

23   Q.  And, again, who is that?

24   A.  Doug Wead's wife.

25   Q.  And that address that's listed there, Agent Phan, what

```
 1    does it say there?

 2    A.  15070 Sawgrass Place, Haymarket, Virginia.

 3    Q.  Who lived at that address at the time?

 4    A.  Mr. Wead.

 5    Q.  Turning to page 4 of this exhibit in the middle.  Zoom

 6    in on the middle of that page, please.

 7             Can you read that for the jury?

 8    A.  "Myriam, I need this filled out, please.  Name of the

 9    client or organization.  Date of event; 9-24-2016.  Contact

10    person; Myriam Wead.  Address; 15070 Sawgrass Place.  Phone

11    number; 571-214-1542.  Fax number; none.  Name of party;

12    National Charity Awards dinner.  Arrival time; 4:30 p.m.

13    End time; 6:30 p.m.  Number of guests; 14.  How did you hear

14    about us; locals".

15    Q.  Can we turn to the last page, page 7 of this exhibit,

16    please.

17             And what does it say here with regards to the

18    final payment?

19    A.  $1,210.06.

20    Q.  Can we go back to the first page of this exhibit,

21    please.

22             What was the date of this event?

23    A.  September 24, 2016.

24    Q.  Thank you.  We can pull that down.

25             Agent Phan, did the defendant travel to D.C. while
```

1    Mr. Vasilenko was in the U.S.?

2    A.  No.

3    Q.  Did the defendant attend this event?

4    A.  No.

5    Q.  Can we please pull up Government Exhibit 57.

6           Looking at this e-mail here at the bottom, what is

7    the date this e-mail was sent?

8    A.  October 2, 2016.

9    Q.  At what time?

10   A.  1:41 p.m.

11   Q.  What did Mr. Wead write down here?

12   A.  "Hi, Jesse.  Okay.  Here's the situation.  I have two

13   people who can do 100K.  But I would ruin my relationship

14   with them if it didn't happen or the photos were as late as

15   it appears they will be.  Still no photos from Philly.  One

16   couple is in North Carolina, the other from Arizona, but

17   have their own jet.  We might have worked out October 3, but

18   it would have been difficult for them schedule-wise, and I

19   don't want to risk the time delay for photos.  10K is

20   understandable, but 100K should justify someone getting them

21   their photo by e-mail."

22   Q.  How does the defendant respond?

23   A.  "Let me check again in the Philly photos.  October 3rd

24   is a unique date for us, as my associate is the host of the

25   event and can pull strings for me.  I wish we had have had

1    Mr. Vasilenko postpone his trip to come to this one, if the

2    event was, if finalized, until he was already here.  I would

3    not risk your relationships on an event other than this one

4    on the 3rd where we have more control.  Other events we

5    would be at the mercy of the RNC and campaign, which are

6    quiet, chaotic and staffed by very bright, but overworked

7    sleep-deprived people."

8    Q.  Thank you.  You can bring that down.

9            Agent Phan, I want to shift away a little bit and

10   discuss Mr. Vasilenko's photo with Donald Trump a bit more.

11           Can we pull up what's been admitted as Government

12   Exhibit 34.

13           And looking at this middle e-mail from Mr. Wead,

14   what does he write here?

15   A.  "Hi, Olga.  I am putting pressure on them for our

16   photos."

17   Q.  What date is that sent?

18   A.  October 2, 2016.

19   Q.  What is the time, the Eastern Daylight Time that was

20   sent?

21   A.  7:39 p.m.

22   Q.  Agent Phan, we just looked at Government Exhibit 57,

23   where Mr. Wead reached out to the defendant at 1:41 p.m. on

24   October 7th.  How much later did he send this e-mail?

25   A.  I'm sorry.  Could you repeat the question?

1   Q.  Sure.  So we were just looking at Government Exhibit 57,

2   and we saw there and you testified that Mr. Wead reached out

3   to the defendant at 1:41 p.m. on October -- I'm sorry --

4   October 2nd.  I think I misstated that.  On October 2nd.

5   How much later was this e-mail sent?

6   A.  So the prior e-mail was at 1:41 p.m., correct?

7   Q.  Yes.

8   A.  And this e-mail was at 7:39 p.m.  So approximately six

9   hours.

10  Q.  And how does Ms. Kovalova respond to this?

11  A.  "Hi, Doug.  Yes, it would be nice to have them.  Roman

12  Vasilenko is getting a bit impatient.  Thanks for the link.

13  I'll watch it when I get to the hotel.  Now I am on my way

14  to Kentucky to see Noah's Ark."

15  Q.  Can we have up -- we can get rid of this.  Thank you.

16          After Mr. Wead received this e-mail from Olga

17  saying Roman was getting a bit inpatient, does he speak with

18  defendant again?

19          Can we pull up Government Exhibit 6, please.

20  A.  Yes.

21  Q.  When do they speak on the phone again?

22  A.  October 8.

23  Q.  And can you just describe what that says for the jury?

24  A.  Yes.  So 3:50 p.m. Mr. Benton attempted to contact

25  Mr. Wead.  That call went to voicemail.

1           At 3:58 p.m. Mr. Wead attempts to call Mr. Benton.

2     That call went to voicemail.

3           At 6:20 p.m. Mr. Benton tries to contact Mr. Wead.

4     That call went to voicemail.

5           And at 6:48 p.m. Mr. Wead called Mr. Benton, and

6     they spoke for approximately seven minutes.

7     Q.  Can we pull up Government Exhibit 36, please.

8           We're just going to pick up this chain a little

9     bit farther along.  Can we focus on where it begins the

10    defendant writing, "just making sure everything"?  What does

11    the defendant write there?

12    A.  "Hey, just making sure everything was received?  Also, I

13    know you have much bigger fish to fry, but any word on when

14    guests might receive their photos?"

15    Q.  And, Agent Phan, who did he send this e-mail to?

16    A.  Caitlin Franklin.

17    Q.  Does Ms. Franklin respond?

18    A.  Yes.

19    Q.  What does she write there?

20    A.  "Hi.  Sorry for the delay, but photos should be out

21    within the next week or so, and I will let you know as soon

22    as they are mailed out."

23    Q.  Agent Phan, just to be clear, during your investigation

24    did you find any evidence that the defendant had sent any

25    money to Ms. Franklin at this point?

1    A.   No.

2    Q.   What is the time that this e-mail was sent in Eastern

3    Daylight Time?

4    A.   7:52 p.m.

5    Q.   Can we pull up Government Exhibit 35, please.

6              What is the date of this e-mail?

7    A.   October 10, 2016.

8    Q.   And who is this from?

9    A.   Doug Wead.

10   Q.   To whom?

11   A.   Olga Kovalova.

12   Q.   What does he write here?

13   A.   "Hi, Olga.  I just got this text message from Jesse

14   Benton.  According to RNC, pics should be mailed out within

15   2 weeks.  Sorry for the delay.  Yaay."

16   Q.   What time is this e-mail sent?

17   A.   8:20 p.m.

18   Q.   Agent Phan, we just looked at Government Exhibit 36, and

19   you testified that Ms. Franklin sent that e-mail at 7:52.

20   Approximately how many minutes later did Mr. Wead send this

21   e-mail to Ms. Kovalova?

22   A.   Approximately 30 minutes.

23   Q.   Can we please pull up what's been admitted as Government

24   Exhibit 71.

25              Looking at this bottom e-mail, what's written down

1   there?

2   A.  "Dear, Mr. Benton.  Sorry to bother you, but Roman

3   Vasilenko has asked me to find out if we'll ever get

4   pictures with Mr. Trump.  It has been a month since we had

5   photos with him and no pictures.  We'll appreciate it if you

6   can update us about this situation.  Best regards, Olga."

7   Q.  And actually who is that e-mail from?

8   A.  Olga Kovalova.

9   Q.  And who does she write it to?

10  A.  Mr. Benton.

11  Q.  Does the defendant respond?

12  A.  Yes.

13  Q.  What does he write about that?

14  A.  "I am so sorry they haven't come yet.  The RNC is slow.

15  Frowning face.  I asked 2 weeks ago, and they said they

16  would be sent, well, in 2 weeks.  I will e-mail them again

17  right now and ask for an update."

18  Q.  And what is the date on this top e-mail?

19  A.  October 24, 2016.

20  Q.  Approximately how many weeks after the Trump Victory

21  fundraising event in Philadelphia was this e-mail sent?

22  A.  Approximately four weeks.

23  Q.  And as of October 24th, Agent Phan, did you uncover any

24  evidence that the defendant had paid Trump Victory the

25  $50,000 contribution he promised them?

```
 1    A.   No.
 2    Q.   Can we pull up Government Exhibit 38, please.
 3              Looking at this top e-mail, what is the date of
 4    this top e-mail?
 5    A.   October 24, 2016.
 6    Q.   And can we zoom in a little bit more on that full top
 7    e-mail, please.   Thank you.
 8              What does the defendant write here to
 9    Ms. Franklin?
10    A.   "I am so sorry.   I got this.   It looks like your last
11    couple e-mails went to spam.   I bought the tickets and
12    gifted them to Doug and Roman, so the money comes from me.
13    And I think I brain farted and forgot to send the
14    authorization.   I will resend as soon as I am at my desk."
15    Q.   I'm sorry.   What the date of this?
16    A.   October 24, 2016.
17    Q.   Agent Phan, did you investigate whether any of
18    Ms. Franklin's e-mails went to the defendant's spam box?
19    A.   I was unable to investigate that.
20    Q.   Why is that?
21    A.   Because it appeared that Mr. Benton had deleted these
22    e-mails from his inbox.   They did not exist in his e-mail at
23    the time I was reviewing the account.
24    Q.   Where did -- sorry.   Where did you get this e-mail from?
25    A.   I got this from Caitlin Franklin's e-mail account.
```

```
1    Q.  Did you cross-reference the e-mails in Ms. Franklin's

2    account that included the defendant between approximately

3    September and November 2016 with --

4    A.  Yes.

5    Q.  -- with the e-mails that were in the defendant's mailbox

6    that contained Ms. Franklin at the same time period?

7    A.  Yes, I did.

8    Q.  And was there a difference between the two accounts?

9    A.  Yes.

10   Q.  How many communications with the defendant between

11   approximately September and November 2016 were in

12   Ms. Franklin's account?

13   A.  Approximately 42.

14   Q.  And how many communications with Ms. Franklin between

15   that same time period, so approximately September and

16   November of 2016, were in the defendant's account?

17   A.  Approximately five.

18   Q.  Is there any investigative significance when an e-mail

19   appears in one account and not the other?

20              MR. STOLARZ:  Objection.

21              THE COURT:  Counsel, approach.

22              (Whereupon, the following proceedings were had at

23   sidebar outside the presence of the jury:)

24              THE COURT:  Where are we going with this?

25              MS. ROSS:  Just one question to see when the
```

 1    e-mail account -- just to see what it means to her and what

 2    might be in the account and what might not be.  It helps to

 3    establish like some investigation could take place why

 4    others could, why some is in one account and not the other.

 5    Just showing her investigation and in making sure she gets

 6    what she was able to investigate and what she couldn't for

 7    other reasons.

 8              THE COURT:  I'm going to sustain the objection.

 9              (Whereupon, the following proceedings were had in

10    open court:)

11              THE COURT:  All right.  The objection is

12    sustained.

13              Ms. Ross, if we could move on.

14    BY MS. ROSS:

15    Q.  Could we please pull up Government Exhibit 42.

16              Looking at this bottom e-mail, what does

17    Ms. Kovalova write down here?

18    A.  "Doug, I am afraid Roman will shred me into little

19    pieces because of this picture with Trump.  More than a

20    month has passed and no picture.  Is it possible it will

21    never come?  It's scary."

22    Q.  How does Mr. Wead respond?

23    A.  "I know.  Thank God, I took those on my camera.  I keep

24    pestering him.  It must have to do with Russian politics."

25    Q.  What is the date of that e-mail?

1    A.  October 26, 2016.

2    Q.  Can we pull up what's been admitted as Government's

3    Exhibit 43, please.

4         Looking at this bottom e-mail, what's the date of

5    that e-mail?

6    A.  October 26, 2016.

7    Q.  What does Mr. Wead write there?

8    A.  "Hi, Jesse.  Why are they holding back the pictures?

9    Roman already has his, which I took on the spot.  So there

10   is no reason to hold back from him.  In my case if I had my

11   photo, I would run it in a pro Trump blog, which would

12   announce to all of my Ron Paul-Rand Paul, Bush 41 and 43 and

13   Reagan fans that I am supporting Trump.  If Reagan publicly

14   mentions me in speeches (see link), why would Trump be

15   ashamed of me?  It is frustrating because I think I could

16   have gotten a couple more $100,000 donations, but how can I

17   do it when I know they won't get their photos."

18   Q.  Does the defendant respond?

19   A.  Yes.

20   Q.  What does he write there?

21   A.  "I honestly don't know, and I am really sorry.  I have

22   been promised them multiple times now.  Incompetence at the

23   RNC maybe?  I don't know."

24   Q.  And what is the date of that e-mail?

25   A.  October 26, 2016.

1    Q.  Can we pull up Government Exhibit 39, please.

2              What is this e-mail?

3    A.  An e-mail from Jesse Benton to Caitlin Franklin on

4    October 22, 2016, with the subject "Philly event CC auth."

5    Q.  What does he write down there?

6    A.  "Sorry for all the confusion."

7    Q.  Agent Phan, can you just clarify, what is the date that

8    is written on this e-mail?

9    A.  October 26, 2016.

10   Q.  And I'm sorry.  What is written in the body of that

11   e-mail?

12   A.  "Sorry for all the confusion."

13   Q.  Is there an attachment?

14   A.  Yes.

15   Q.  Can we turn to page 2 of this exhibit.

16              What is this attachment?

17   A.  That is the attachment to the e-mail.  It's a

18   contribution form.

19   Q.  And in the course of your investigation, did you also

20   see the same form and color?

21   A.  Yes.

22   Q.  Can we pull up Government Exhibit 58, please.

23   A.  Yep.

24   Q.  Is this the colored version of the attachment we just

25   saw?

1    A.  Yes.

2    Q.  Where did you get this contribution form from?

3    A.  Caitlin Franklin's e-mail account.

4    Q.  Was it in the defendant's?

5    A.  No.

6    Q.  I want to look at this contribution form in a little bit

7    more detail.  Can we zoom in on the top portion of this,

8    please.

9         What information does the defendant fill out as

10   the contributor?

11   A.  He checked the box, "No, I cannot attend, but would like

12   to contribute $25,000" and provided his name, Jesse Benton;

13   employer, self; occupation, consultant; his address, 4003

14   Woodstone Way, Louisville, Kentucky; cell phone,

15   202-246-6363; e-mail address, JesseRBenton@gmail.com; and he

16   provides a signature.

17   Q.  Can we look at the bottom, please.

18        What credit card information did the defendant

19   provide down here?

20   A.  American Express.

21   Q.  And can you please read what information is listed there

22   under the payment information?

23   A.  Jesse Benton is the same on the personal credit card,

24   card number ending in 5010, contribution amount of $25,000,

25   a security code and his signature.

 1   Q.  And what is the contribution amount listed there?

 2   A.  $25,000.

 3   Q.  Agent Phan, how much money had the defendant originally

 4   promised to Trump Victory?

 5   A.  $50,000.

 6   Q.  We can pull that down.  Thank you.

 7            Through the course of your investigation, did you

 8   obtain records from American Express for the card number

 9   that we just looked at?

10   A.  Yes.

11   Q.  Can we please pull up Government Exhibit 64.

12            THE COURT:  Why don't we take a pause here for a

13   mid-afternoon break.  Why don't we come back in 15 minutes.

14            And again, Agent Phan, I'll direct you not to

15   discuss the substance of your testimony over the break.

16            THE WITNESS:  Yes, Your Honor.  Thank you.

17                 (Recess at 3:02 p.m.)

18       (Whereupon, the following proceedings were had in open

19   court:)

20            THE CLERK:  Please be seated and come to order.

21       (Whereupon, the jury enters the courtroom and is

22   seated.)

23       (Whereupon, the following proceedings were had in open

24   court:)

25            THE COURT:  Welcome back, ladies and gentlemen of

```
 1      the jury.  Have a seat.

 2                  Agent Phan, I'll ask you to retake the stand and

 3      remind that you are still under oath.

 4                  Ms. Ross.

 5      BY MS. ROSS

 6      Q.  Before we turn to the bank records, can we please pull

 7      up what we looked at earlier Government Exhibit 59, please.

 8      Can we look at the column on the right there, please.

 9                  Agent Phan, I want to direct your attention to the

10      middle here, where it says address where he was staying in

11      the U.S.  What hotel is listed there?

12      A.  The Hampton Inn hotel in Gainesville, Virginia.

13      Q.  And can we go back to Government Exhibit 22, please.

14                  Agent Phan, what was attached to this e-mail

15      again?

16      A.  A picture of Roman Vasilenko's passport.

17      Q.  And, Agent Phan, during the course of your investigation

18      did you find any evidence that the defendant ever forwarded

19      this information onto the RNC?

20      A.  No.

21      Q.  Did you find any information that he forwarded it onto

22      Trump Victory?

23      A.  No.

24      Q.  Did you find any evidence that he forwarded it onto

25      Secret Service?
```

```
 1    A.  No.

 2    Q.  Can we pull up Government Exhibit 64, please.

 3            Agent Phan, does this include the American Express

 4    billing records from October 21st to the closing of

 5    November 21st, 2016?

 6    A.  Yes.

 7    Q.  And is this just a subset of the records you obtained

 8    from American Express for this account?

 9    A.  Yes.

10    Q.  And on the first page here, at the top, who is Valerie

11    Benton?

12    A.  Jesse Benton's wife.

13    Q.  I'm looking at the bottom there.  Who is this -- what is

14    the address that this bill is sent to?

15    A.  4003 Woodstone Way in Louisville, Kentucky.

16    Q.  And, again, was that the defendant's home address at the

17    time?

18    A.  Yes.

19    Q.  Turning to page 3 of this exhibit where it says

20    payments, will you zoom in there?

21            Where it says -- who else has a card on this

22    account?

23    A.  Jesse Benton.

24    Q.  And what are the last five digits of that card there?

25    A.  75010.
```

1    Q.  Can we pull up next to this exhibit what we were looking

2    at right before the break, Government Exhibit 58, please.

3                 Agent Phan, is that, looking at the contribution

4    form that the defendant provided to Ms. Franklin, is that

5    the same credit card number that's reflected on this

6    account?

7    A.  Yes, it is.

8    Q.  We can take down Exhibit 58.  Thank you.  And can we go

9    to page 8 of Government Exhibit 64, please.

10                Looking down at the bottom of this bill down here,

11   what charges are reflected on the 27th?

12   A.  The charge to Trump Victory for $25,000.

13   Q.  And what's the date there?

14   A.  October 27, 2016.

15   Q.  Can we go back to page 3 of this exhibit.

16                I'm going to direct your attention to the payment

17   section.  Was there an online payment for the defendant's

18   card shortly after October 27th?

19   A.  Yes.

20   Q.  What is the date there?

21   A.  October 29, 2016.

22   Q.  And for how much money?

23   A.  $36,796.22.

24   Q.  Can we pull up Government Exhibit 63, please.  These are

25   the bank records for Republic Bank for Titan Strategies that

1     we looked at a bit earlier.

2             Turning to page 23 of this exhibit, Agent Phan,

3     was there a payment made from American Express from the

4     Titan Strategies account?

5     A.  Yes.

6     Q.  And how much was that for?

7     A.  $36,796.22.

8     Q.  And is that the same amount that we just saw in the

9     American Express records?

10    A.  Yes.

11    Q.  Can we bring up Government Exhibit 6, please.

12            Did the defendant and Mr. Wead contact one another

13    after the defendant sent the contribution form on the 26th?

14    A.  Yes.

15    Q.  And can we just pull up that next date there.

16            Can you describe for the jury what the toll

17    records show with regards to the defendant's communications

18    with Mr. Wead on the 27th?

19    A.  Yes.  On the 27th at 3:32 p.m. Mr. Benton called

20    Mr. Wead, and they spoke for approximately 43 minutes.

21    Q.  Can we pull up Government Exhibit 40, please.  And can

22    we zoom in on that middle e-mail, please.

23            What does the defendant say there?

24    A.  "Roman, please.  When we both get sec, let's connect

25    about Doug.  He was upset that the Round Table didn't

1    happen, as he was doing debate commentary and wanted to

2    interact with and see Trump, so aid in that.  I was working

3    to get him to another event.  I am not sure of that happened

4    or not."

5    Q.  Agent Phan, didn't Mr. Wead attend a Round Table event

6    at the Trump Victory fundraising event in Philadelphia?

7    A.  Yes.

8    Q.  And did we see evidence of that earlier today?

9    A.  Yes, we did.

10   Q.  Where?

11   A.  In the videos and photographs from the event.

12   Q.  Agent Phan, we previously reviewed some e-mails earlier

13   today.  In those e-mails how much did the defendant say he

14   was going to contribute to Trump Victory.

15          MR. STOLARZ:  Objection.  Asked and answered.

16          THE COURT:  Overruled.

17          THE WITNESS:  Can you repeat the question?

18   BY MS. ROSS:

19   Q.  We looked at some e-mails earlier today, and in those

20   e-mails the defendant made a promise to Trump Victory about

21   how much he was going to contribute.  How much was that

22   amount?

23   A.  $50,000.

24   Q.  And how much did we see the defendant contribute -- say

25   he was going to contribute on that contribution form?

1   A.  $25,000.

2   Q.  In the course of your investigation, did you see any

3   additional contribution of $25,000 from Mr. Wead's ticket?

4   A.  No.

5   Q.  Ultimately, do Mr. Wead, Mr. Vasilenko and Olga

6   Kovalova -- do they receive their photos?

7   A.  Yes, they do.

8   Q.  Agent Phan, if you know, what format, in general, were

9   those photos delivered in?

10  A.  Initially, they were e-mailed in the JPEG file, I

11  believe.

12  Q.  Were those -- when the -- when Mr. Wead initially

13  received those, do you know where they came from?

14  A.  So he received them via FedEx from I believe Caitlin

15  Franklin.

16  Q.  And when Mr. Wead originally received those photographs,

17  were they hard copies?

18  A.  Yes.

19  Q.  And then did he ultimately send those photos to Olga

20  Kovalova?

21  A.  Yes.

22  Q.  And when he sent them to Olga Kovalova, what format were

23  they in?

24  A.  He e-mailed them in a JPEG format, I believe, a digital

25  format.

1    Q.  Could we pull up Government Exhibit 44, please.

2              Agent Phan, looking at this e-mail, what is the

3    date this e-mail was sent?

4    A.  November 3, 2016.

5    Q.  And who is it from?

6    A.  Doug Wead.

7    Q.  And who is it to?

8    A.  Olga Kovalova.

9    Q.  What does Mr. Wead write here?

10   A.  "Olga, your pictures arrived today.  Yaaay.  They are

11   attached."

12   Q.  And what's attached to this e-mail?

13   A.  Two JPEG files.

14   Q.  And can we go to page 2 of this exhibit.

15              Who is in this photo, Agent Phan?

16   A.  That's Mr. Trump and Mr. Vasilenko.

17   Q.  And can we go to page 3 of this exhibit, please.

18              And who is in this photo?

19   A.  Mr. Trump and Olga Kovalova.

20   Q.  And can we pull up what's previously been admitted as

21   Government Exhibit 12, please.

22              And, Agent Phan, who is in this e-mail?

23   A.  Mr. Trump and Doug Wead.

24   Q.  How did Mr. Wead receive this photo?

25   A.  He received it in a hard copy format.

```
 1    Q.  Can we pull up what's been previously admitted --

 2              I'm sorry.  When you say, "He received it in a

 3    hard copy format," how did he get that hard copy format?

 4    A.  Through FedEx.

 5    Q.  Can we pull up Government Exhibit 45, please.

 6              And looking at this top e-mail, who is it from?

 7    A.  Doug Wead.

 8    Q.  Who is this to?

 9    A.  Jesse Benton.

10    Q.  And what is the date?

11    A.  December 15, 2016.

12    Q.  What does Mr. Wead write there?

13    A.  "Hi, Jesse.  Do you know if through the money we steered

14    for the cause are Myriam and I are listed as contributors

15    anywhere?  To the PAC or the campaign?  And if so, how much

16    are we credited?  It doesn't matter, but I would just like

17    to know."

18    Q.  Did you check FEC records to determine if Mr. Wead made

19    any contributions to a federal election in the 2016 election

20    cycle?

21    A.  Yes.

22    Q.  Did he?

23    A.  No.

24    Q.  Did you check FEC records to determine if Myriam Wead

25    made any contributions to a federal election in the 2016
```

1       election cycle?

2       A.  Yes.

3       Q.  Did she?

4       A.  No.

5       Q.  Having reviewed evidence in the course of your

6       investigation, did you find any other money besides

7       Mr. Vasilenko's that Mr. Wead had steered to the 2016

8       presidential election?

9       A.  No.

10      Q.  Having reviewed evidence in the course of your

11      investigation, did you find any other contribution that

12      Mr. Wead directly or indirectly steered to the 2016

13      presidential election?

14      A.  No.

15      Q.  We can pull that down.  Thank you.

16              Agent Phan, are a person's prior campaign

17      contributions available online?

18      A.  Yes.

19      Q.  Did you obtain the defendant's prior federal election

20      campaign contributions?

21      A.  Yes.

22      Q.  Can we pull up Government Exhibit 48.

23              What is this exhibit?

24      A.  This is a FEC form that campaigns or political

25      committees file with the FEC, and these particular documents

1    here represent the federal contributions given by Jesse

2    Benton.

3    Q.  And how did you pull the documents in this exhibit?

4    A.  From the FEC's website.

5    Q.  Can we pull up what's been admitted as Government

6    Exhibit 49, please.

7            Agent Phan, what is this exhibit?

8    A.  This is a summary chart that I created of Jesse Benton's

9    federal political contributions.

10   Q.  And is this based off of the records that we were just

11   talking about in Government Exhibit 49?

12   A.  Yes.

13   Q.  And, Agent Phan, looking at what's highlighted there in

14   yellow, can you just walk us through what that shows there

15   from October 27, 2016?

16   A.  Yes.  So October 27, 2016, there is reflected the

17   contribution to Trump Victory for $25,000.  And then the two

18   entries below that show the transfer from that Trump Victory

19   Joint Fundraising Committee to the Republican National

20   Committee to Donald J. Trump For President, Inc., which was

21   Donald Trump's presidential campaign committee.

22   Q.  Can you just explain what you noted there at the bottom

23   about those two contributions there for Trump Victory and

24   Donald J. Trump For President?

25   A.  Yes.  So in the FEC filings, the contributor name was

 1    reported as Jesse Bentor.

 2    Q.  Can we pull up what's previously been admitted as

 3    Government Exhibit 58, please, next to this exhibit.  And

 4    can we zoom in on the top box there under "contributor

 5    information."

 6              Agent Phan, what's written there, does that kind

 7    of look like Bentor?

 8    A.  Yes.

 9    Q.  Agent Phan, were you able to verify in other ways that

10    the contribution that was listed by --

11              Oh, you can pull that down.  Thank you.  And can

12    we just pull back up Government Exhibit 49.

13              Agent Phan, through the course of your

14    investigation, were you able to verify through other means

15    that the defendant was listed as the contributor for the

16    $25,000 for Trump Victory and the 2700 for Donald J. Trump

17    For President?

18    A.  Yes.

19    Q.  And can you just please explain how you were able to do

20    that?

21    A.  Yes.  The address and occupation and employer were all

22    the same.

23    Q.  And listed on the contribution and on the FEC records,

24    was that the address we've seen throughout your testimony

25    today on Woodstone Way?

1    A.  Yes.

2    Q.  Okay.  Looking at the contributions made prior to

3    October 27, 2016, looking at those kind of initial

4    contributions at the top there, Agent Phan, did your

5    investigation reveal a relationship, a familial relationship

6    between Rand Paul and the defendant?

7    A.  Yes.

8    Q.  And what is that relationship?

9    A.  Mr. Benton is married to the niece of Rand Paul.

10   Q.  And how about Ron Paul?  Is there a relationship, a

11   familial relationship between the defendant and Ron Paul?

12   A.  Yes.

13   Q.  And what is that?

14   A.  Mr. Benton is married to the granddaughter of Ron Paul.

15   Q.  And, Agent Phan, prior to October of 2016, what was the

16   most amount of money that the defendant had ever

17   contributed?

18   A.  $2,500.

19   Q.  Okay.  And then can we please zoom in on the

20   contributions made after October 27th, 2016.

21        Agent Phan, what's the most amount of money the

22   defendant contributed since October 2016?

23   A.  $2,800.

24            MS. ROSS:  No further questions, Your Honor.

25            THE COURT:  All right.  Mr. Stolarz.

```
 1                   MR. STOLARZ:  Thank you, Your Honor.

 2                   THE COURT:  Sorry about the noise, folks.  There's

 3        another jury trial next to us.  A busy day at the

 4        courthouse.

 5                              CROSS-EXAMINATION

 6        BY MR. STOLARZ:

 7        Q.  Agent Phan, good afternoon.

 8        A.  Good afternoon, sir.

 9        Q.  Regarding Mr. Wead, he was an advisor to George H.W.

10        Bush?

11        A.  Yes, sir.

12        Q.  You've been to his home; is that right?

13        A.  Mr. Wead's home.

14        Q.  Right.

15        A.  Yes.

16        Q.  In fact, when you were at his home, you saw a wall of

17        photos with Wead and politicians and, you know, D.C.

18        important people; is that right?

19        A.  That's correct.

20        Q.  He wrote books about American history; is that right?

21        A.  Yes.  Generally, yes.

22        Q.  And he was frequently on TV as a political commentator?

23        A.  Yes.

24        Q.  And he was also, Mr. Wead, a motivational speaker; is

25        that right?
```

1    A.  Yes.

2    Q.  For multi-level marketing business; is that right?

3    A.  That's correct.

4    Q.  In your investigation, have you determined whether

5    Mr. Wead has ever been to Russia to speak and give

6    motivational speeches?

7    A.  Yes.

8    Q.  Can you proximate how many times he has been there?

9    A.  I don't know in total.  I can tell you I know of at

10   least two occasions that he travelled to Russia to speak.

11   Q.  Was one of them in connection with the Russian Olympics

12   in Sochi?

13   A.  It was in Sochi.  It was after the Olympics took place,

14   though.

15   Q.  You interviewed Mr. Wead before he died; is that right?

16   A.  I did.

17   Q.  At his home?

18          MS. ROSS:  Objection, Your Honor.

19          THE COURT:  Overruled.

20   BY MR. STOLARZ:

21   Q.  It was at his home?

22   A.  Yes, sir.

23   Q.  You interviewed him for about an hour or so; is that

24   right?

25   A.  Probably more, longer than that.  One to two hours I

 1     would estimate.

 2     Q.  And at the end of that interview you told him you had a

 3     search warrant for his house?

 4     A.  Yes, sir.

 5     Q.  And his daughter and his grandchildren were there, and

 6     you asked them to leave and do the search?

 7     A.  I told them that they were welcome to stay or they were

 8     free to go.  They had the option.

 9     Q.  Isn't it true that you didn't tell Mr. Wead about the

10     search warrant until after the interview was over, at least

11     it was at the very end?

12                 MS. ROSS:  Objection, Your Honor.

13                 THE COURT:  Sustained.

14     BY MR. STOLARZ

15     Q.  Mr. Vasilenko is a Russian businessman; is that right?

16     A.  Yes, sir.

17     Q.  He's purportedly a billionaire?

18     A.  I don't know.

19     Q.  He also works in multi-level marketing; is that right?

20     A.  He does.

21     Q.  He has his own business, is that true?

22     A.  Yes.

23     Q.  Is it called Life is Good?

24     A.  Yes.

25     Q.  Has Mr. Vasilenko paid Mr. Wead to speak in Russia on

1    multi-level marketing?

2    A.  Yes.

3    Q.  The reference to the Caribbean that was referenced

4    earlier, you don't know what Mr. Wead told Mr. Benton about

5    Mr. Vasilenko's background on the initial call, right?

6    A.  I do not.

7    Q.  You have the list of calls, but you weren't -- the FBI

8    wasn't listening in; is that right?

9    A.  That's correct.

10   Q.  And you have no information that Mr. Benton had

11   Mr. Vasilenko's entire travel history or where he had been

12   in his life, right?

13   A.  I have no information to indicate that, no.

14   Q.  Did you do a thorough background check on Mr. Vasilenko?

15   A.  Can you explain "background check"?

16   Q.  You're the FBI.  Tell me what the FBI would do with a

17   person like Mr. Vasilenko.  Did you -- well, you must have

18   something better than Google, right?

19   A.  We have access to certain databases, yes.  So, yeah,

20   normally a background check would include searching those

21   databases to see if he's in those databases and, you know,

22   open source searching, which we refer to generally Internet

23   searching, googling.

24   Q.  So there's things that the public has and some things

25   that the public doesn't have database-wise?

1    A.  Yes, sir.

2    Q.  So you know what he looks like?

3    A.  I'm sorry?

4    Q.  You know what he looks like?

5    A.  Yes, sir.

6    Q.  Have you reviewed his Instagram page?

7    A.  I have looked at his Instagram page, but very briefly.

8    I didn't do a deep dive on it.

9    Q.  Did you see that he had 70,000 followers?

10   A.  I don't recall the number of followers.

11   Q.  And is very good at self-promotion?  Would you agree

12   with that?

13   A.  He had a very active Instagram page.

14   Q.  Do you see that he liked to take pictures with important

15   people?  Did you see that?

16   A.  I don't recall seeing pictures of him with important

17   people in the extent of what I looked at on his Instagram

18   account.  Again, I didn't do a deep dive on it.

19   Q.  Just for identification only, not on the screen stuff,

20   can you look at Exhibit 14 in front of you there, please.

21   Don't put it up yet.  The blue book right next to you.

22   It's just for identification only.  14.  Look at that

23   picture and let me know if that is something familiar to you

24   or something you reviewed in connection with his Instagram

25   page.

```
1    A.  No, I didn't.  I don't recall reviewing that picture as

2    part of his Instagram page.

3    Q.  Okay.  Can you go to Exhibit 15?  Same question.

4    Identification only, not for admission of itself.

5    A.  I don't recall seeing that picture either.

6    Q.  So his posts are all about how to be successful in

7    business?  Would that be fair?

8    A.  A number of them are, yes.

9    Q.  Wearing nice suits?

10   A.  Yes.

11   Q.  Limousines and private jets, that kind of stuff?

12   A.  I don't recall seeing that in his Instagram.

13   Q.  Beaches and resorts, those kinds of things, have you

14   seen that, his fishing, those types of sporting events?

15   A.  I don't recall, sir.

16   Q.  He's on the -- he's been on covers of magazines in

17   Russia; is that right?

18   A.  I do recall seeing a magazine cover of him, yes.

19   Q.  I'm going to show you what's been marked for

20   identification as Defendant's Exhibit 6.

21                      (Counsel conferring.)

22   Q.  Just for identification only at this time, can you look

23   at Defendant's Exhibit 6?  Is that a magazine?

24                      (Counsel conferring.)

25              MR. STOLARZ:  Your Honor, we're just trying to
```

1    move forward.  If they don't have objection, I will just

2    move it in.  So the government has no objection to

3    Exhibit 6.  I ask that it be moved into evidence at this

4    time.  Defendant's 6.

5              MS. ROSS:  No objection, Your Honor.

6              THE COURT:  Without objection, Exhibit 6 is in and

7    may be published.

8    BY MR. STOLARZ

9    Q.  On Exhibit 6, is this a magazine cover that

10   Mr. Vasilenko was on?  Is that him?

11   A.  Yes, sir.

12   Q.  Is that a fancy watch?  I wouldn't know.

13   A.  It appears that way to me.

14   Q.  And the title of the magazine is Life is Good Style.  Do

15   you see that?

16   A.  Yes.

17   Q.  And Life is Good is the name of his company?

18   A.  Yes.

19   Q.  Thank you.  I'm not going to ask you to read the pages

20   of it, because it's in Russian, but I wanted you to see

21   that.  Thank you.

22              Going to the Charity Awards, Mr. Wead founded or

23   at least was a co-founder of the Charity Awards; is that

24   right?

25   A.  I'm sorry.  Could you repeat the question?

1    Q.  Sure.  Pivoting now to the Charity Awards?

2    A.  Yes, sir.

3    Q.  Mr. Wead was a founder or co-founder of the Charity

4    Awards; is that right?

5    A.  Yes, sir.

6    Q.  And in the Reagan and Bush years, it was a very

7    prominent awards ceremony, was it not?

8    A.  It seemed to be a well-attended event, yes.

9    Q.  Former presidents attended?

10   A.  Yes.

11   Q.  Former first ladies?

12   A.  Yes.

13   Q.  For many years it sponsored a very large dinner at hotel

14   ballrooms in D.C.?

15   A.  For a number of years.

16   Q.  And at those -- Charity Awards was not a charity itself.

17   It was a way to give people awards for doing charity; is

18   that right?

19   A.  That's my understanding, yes.

20   Q.  Did the Charity Awards have a website?

21   A.  They did.

22   Q.  And did you review it?

23   A.  I did.

24   Q.  Showing you --

25              MR. STOLARZ:  I move for the admission of Exhibit

```
1     Number 3, which is a Charity Awards website.  The government

2     has indicated no objection.

3               MS. ROSS:  No objection, Your Honor.

4               THE COURT:  Without objection, 3 is in and may be

5     published.

6               MR. STOLARZ:  Thank you.

7     BY MR. STOLARZ

8     Q.  Showing you what's been admitted as Defendant's 3, is

9     this the Charity Awards website that you reviewed?

10    A.  Yes, sir.

11    Q.  And on the bottom left, though, it's a little grainy.

12    Well, I have to do this the old-fashioned way.  Oh, mine is

13    bad too.

14              Okay.  Is the 2016 winner of the Humanitarian

15    Award Roman Vasilenko?

16    A.  Yes.

17    Q.  It's a little grainy, but is that his picture?

18    A.  Yes, that's his picture there.

19    Q.  That guy right there?

20    A.  Yes.

21    Q.  And he's the 2016 winner.  I'm not going to read the

22    rest.  It's fuzzy.  But he was profiled on the website; is

23    that right?

24    A.  Yes, sir.

25    Q.  Go to the next page, please.  Okay.  That's slightly
```

CROSS - VASILENKO

 1    better.  Okay.

 2              Do you see where it says Roman Vasilenko, honorary

 3    chairperson?  Do you see that?

 4    A.  Yes.

 5    Q.  And then next to President Reagan and Nancy Reagan?  Do

 6    you see that?

 7    A.  Yes.

 8    Q.  Bob Hope, William Shatner, Coretta Scott King, George W.

 9    and Laura Bush?  Do you see all those folks?

10    A.  Yes, sir.

11    Q.  Go up.  Down.  Sorry.

12              President Ford, Andy Williams, Lady Bird Johnson,

13    other people that were listed as honorary chairman?  Do you

14    see that?

15    A.  Yes, sir.

16    Q.  Okay.  The top here.  Gosh.  The jury can --

17              MR. STOLARZ:  Your Honor, would the jury have the

18    exhibits in the room with them?

19              THE COURT:  Yes.

20              MR. STOLARZ:  The printed-out version they will

21    have to review, because I don't want to read something

22    that's illegible.

23    BY MR. STOLARZ:

24    Q.  But again there's the 2016 winner and that's

25    Mr. Vasilenko; is that right?

1    A.  Yes, sir.

2    Q.  In the document you have in front of you, can you read

3    the description or is it too grainy for you as well?

4    A.  I can try to.

5    Q.  I have pretty good eyes, too, but you can great, but if

6    not, this is the only version I have of it.  Thank you?

7    A.  It says, "Roman Vasilenko joined a distinguished list of

8    past recipients of the Humanitarian Award, including

9    Presidents and First Ladies and billionaire business

10   persons.  Polish President Lech Walesa gave a speech to the

11   charity event, was smuggled out of Poland during his time

12   under house arrest.  He was the last foreign recipient of

13   the award.  Mr. Walesa's speech to the event was broadcast

14   to the world.  Mr. Vasilenko's business and charitable work

15   has been featured in numerous publications.  He is the third

16   billionaire business person featured in the Forbes magazine

17   to be the recipient of the award.  Mr. Vasilenko is working

18   to bring a Charity Awards program to Eastern Europe and

19   Russia to help honor heroes of volunteerism."

20   Q.  Thank you.  I appreciate that with your eyes there.

21   A.  Yes.

22   Q.  Underneath that photo or that description, is that

23   Mr. Wead on the dais right there?

24   A.  Yes.

25   Q.  Thank you.  So in that profile, it talks about seeking

1   to bring the Charity Awards to Eastern Europe; is that

2   right?  Or to Russia.  I don't want to misstate what it

3   said.

4   A.  So "working to bring the Charity Awards program to

5   Eastern Europe and Russia."

6   Q.  Thank you and you testified on direct that you saw that

7   did not occur, correct?

8   A.  Yes, sir.

9   Q.  But this is aspirational as it stands, right?  I'm

10  intending to do it.  I want to do it, right?  Seeks to, is

11  that what it is?

12  A.  Working to.

13  Q.  Yeah.  It doesn't say in there that he has done it or

14  set up a foundation in Eastern Europe or Russia, right?

15  A.  No, sir.

16  Q.  All right.  The Charity Awards were prominent for a

17  period of time and then Mr. Wead was trying to revitalize

18  them; is that right?

19  A.  Yes, in the 2016 time frame is what he said his

20  intention was, yes.

21  Q.  Are you aware of a meeting with President Trump and

22  Ivanka Trump about human trafficking about young women in

23  Africa that needed help in that regard?

24              MS. ROSS:  Objection, Your Honor, evidence.

25              THE COURT:  Approach the bench.

```
 1              (Whereupon, the following proceedings were had at sidebar

 2                     outside the presence of the jury:)

 3              MR. STOLARZ:  Your Honor, the government is making

 4      a claim that the Charity Awards is defunct.  I have evidence

 5      that there's at least a meeting with President Trump in

 6      which Mr. Wead attended with women that he's taken from an

 7      oppressive part of Africa to meet with Mr. Trump

 8      demonstrating the Charity Awards was still around, to

 9      challenge the views that it was one big cover to get $25,000

10      into the campaign.

11              MS. ROSS:  It's misleading to the jury, that

12      wasn't set up through the Charity Awards.  It was set up

13      through the Canyonville Christian Academy.  It was after the

14      event and, yeah, it's just unrelated, so it's misleading to

15      suggest that the Charity Awards had anything to do with that

16      when in fact it was due to the separate entity the Christian

17      Academy.

18              THE COURT:  That's fair.  I think I'm going to

19      allow the defense to go into it.  From what I can tell,

20      Mr. Wead has headed up both of those, so it seems to me it's

21      about the time line.  I hope we're not going to spend a lot

22      of time.  Mr. Wead is not on trial.

23              MR. STOLARZ:  No, I know.

24              THE COURT:  Okay, thanks.

25              (Whereupon, the following proceedings were had in
```

```
 1    open court:)
 2              THE COURT:  The objection is overruled.
 3    BY MR. STOLARZ:
 4    Q.  Agent Phan, are you aware of a meeting with President
 5    Trump and Ivanka Trump about human trafficking with young
 6    women that Mr. Wead had helped in 2017?
 7    A.  Yes.
 8    Q.  And were you aware that Mr. Wead attended a White House
 9    session with Mr. Trump and Ivanka Trump?
10    A.  Yes.
11    Q.  And to the time frame of the events in this case, you've
12    testified that Mr. Vasilenko -- strike that.
13              Mr. Vasilenko wanted to meet a celebrity in the
14    United States, is that fair?
15    A.  Yes.
16    Q.  And can you pull up Government Exhibit 59, please.  And,
17    initially, he paid Mr. Wead a $100,000 in April of 2016 for
18    that purpose, is that right?
19    A.  Correct.
20    Q.  And that is before Mr. Benton is involved at all, right?
21    A.  Correct.
22    Q.  Showing you what's been previously admitted as
23    Government Exhibit 59, if you look at the specification for
24    his visit, it says, "tourism/medical treatment," do you see
25    that?  Right there.
```

```
 1    A.  Yes.
 2    Q.  You have no evidence that he received any medical
 3    treatment, right?
 4    A.  No, sir.
 5    Q.  But he was a tourist in D.C., in the United States,
 6    essentially?
 7    A.  That's what it says on the form.
 8    Q.  Thank you.  Showing you -- Mr. Wead presented a list of
 9    potential celebrities we talked about, right?
10    A.  Yes.
11    Q.  And just go down to -- further down.  That's good.
12    Okay, where Mr. Wead said this would allow him to have great
13    video footage for his seminars.  Do you see that?
14    A.  I do.
15    Q.  What seminars are you aware of that Mr. Vasilenko
16    participated in?
17    A.  He would host seminars for his company Life Is Good.
18    Q.  In Russia?
19    A.  Yes.
20    Q.  So it was then -- once those celebrities were not
21    available or didn't get contacted, it was Mr. Wead's idea to
22    reference former President Trump; is that right?
23    A.  Sorry, could you repeat?
24    Q.  Sure, it was a bad question.
25              After this e-mail where all the celebrities were
```

1    referenced, no meetings with any celebrity listed in this

2    e-mail ever happened, right?

3    A.  Correct.

4    Q.  And Mr. Benton was not asked to go try to get any of

5    these celebrities, right?

6    A.  No, he was not.

7    Q.  And is it true that it was Mr. Wead not Mr. Benton who

8    suggested Donald Trump to Olga Kovalova and, thusly, to

9    Roman Vasilenko?

10   A.  That's correct.

11   Q.  And Vasilenko through Ms. Kovalova was excited about the

12   opportunity to meet Mr. Trump?

13   A.  Yes.

14   Q.  Okay.  Showing you what's been previously admitted as

15   Government Exhibit 18.  This is, again, this is from

16   Mr. Wead to Mr. Benton with a CC to Ms. Kovalova.

17            The second paragraph we've already talked about

18   the picking up the mission.

19            We direct your attention to the third paragraph:

20   "Vasilenko has the vision to make this work and that's why

21   we have honored him this year.  He is willing to hire

22   consultants here who can help him."  Do you see that?

23   A.  Yes.

24   Q.  And in Mr. Benton's day-to-day work is he is a

25   consultant, is he not?

1    A.  Yes, a political consultant.

2    Q.  And you had referenced the Great America PAC in your

3    direct, do you remember that?

4    A.  Yes, sir.

5    Q.  Do you know or are you aware how long Mr. Benton was

6    associated with that PAC?

7    A.  So from its inception, there was a period of time where

8    I'm not aware of his involvement and then he became involved

9    again later in 2016.

10   Q.  And in 2016, isn't it fair that he was only with that

11   PAC for a month or less?

12   A.  When you say "with", could you be more specific?

13   Q.  I guess associated with that PAC in 2016 for a very

14   brief period of time?

15   A.  He was still doing work for the PAC later in 2016.

16   Q.  Are you aware that he publicly resigned from that post

17   in May of 2016?

18   A.  I knew he had a formal position with the PAC at its

19   inception, and I believe in March of 2016 he publicly

20   stepped down.

21   Q.  Okay.  Regarding consultants, back to this exhibit, "And

22   he's willing to donate to charities and NGOs."  These are

23   aspirational thoughts from involving Mr. Wead trying to get

24   Charity Awards off the ground in Eastern Europe and Russia,

25   is that right?

```
 1                   THE COURT REPORTER:  I'm sorry, I didn't hear the

 2       last part.

 3                   MR. STOLARZ:  Yeah, that was a bad question.

 4       Sorry.

 5                   THE COURT REPORTER:  I just missed the last few

 6       words.

 7                   MR. STOLARZ:  No, we can withdraw.  I'll start

 8       again.

 9       BY MR. STOLARZ:

10       Q.  Mr. Wead was trying to revitalize the Charity Awards in

11       the U.S., right?

12       A.  Yes.

13       Q.  And also trying to get a Charity Awards-type function in

14       Eastern Europe and Russia, correct?

15       A.  That's what he says in the e-mail, yes.

16       Q.  And it was Mr. Vasilenko portrayed himself to have

17       wealth; is that right?

18       A.  Yes.

19       Q.  And presumably could afford to hire consultants and make

20       donations and maybe make something like this work, correct?

21       A.  Potentially, yes.

22       Q.  Agent, are you aware after you interviewed Mr. Wead that

23       Mr. Benton had consulted legal counsel in this case?

24       A.  Yes.

25       Q.  Not me -- regarding the Vasilenko trip?
```

```
 1    A.  I'm aware that Mr. Benton contacted counsel to discuss

 2    the event in 2016.

 3    Q.  And you've actually in fact spoken with his legal

 4    counsel Mr. Warrington?

 5    A.  Yes.

 6    Q.  And interviewed him prior to trial?

 7    A.  Yes.

 8    Q.  You've also analyzed Mr. Benton's political

 9    contributions, do you see that, I mean, yes?

10    A.  Yes, sir.

11    Q.  Exhibit 49, sorry.  And showing you what's been marked

12    or admitted as Exhibit 49.  These are mostly to the Paul

13    family.  In fact, the first almost half part; is that right?

14    A.  Yes.

15    Q.  And if you see the third from the bottom, there is one

16    to ActBlue for $25, do you see that?

17    A.  Yes.

18    Q.  So it's technically bipartisan?

19    A.  I guess so.

20    Q.  You have done a thorough dive into Mr. Benton's life in

21    this case, right?

22    A.  Yes.

23    Q.  You subpoenaed Google for his e-mails?

24    A.  Search warrants on his Google account, yes, sir.

25    Q.  Search warrant.  Bank records, right?
```

```
 1    A.  Yes.

 2    Q.  Telephone records?

 3    A.  Yes.

 4    Q.  Have you done surveillance on his house?

 5    A.  I did not.

 6    Q.  Has the FBI done surveillance on his house?

 7    A.  Yes, sir.

 8    Q.  There was a search warrant also conducted at his house,

 9    right?

10    A.  Yes, sir.

11    Q.  Were you there that day?

12    A.  I was not.

13    Q.  Are you aware that Mr. Benton was forced to stand

14    outside with only his shorts and no shirt on while they did

15    the search?

16    A.  I'm sorry.  Could you repeat that?

17    Q.  Are you aware that at the time of the search warrant,

18    Mr. Benton was forced to stand outside in his shorts and no

19    shirt while the --

20            MS. ROSS:  Objection, relevance, Your Honor.

21            MR. STOLARZ:  It goes to how the government

22    treated Mr. Benton during the search warrant.

23            THE COURT:  Sustained.

24    BY MR. STOLARZ:

25    Q.  Do you know how many agents attended the search warrant?
```

```
 1    A.  I --
 2              MS. ROSS:  Objection, Your Honor.
 3              THE COURT:  Sustained.
 4    BY MR. STOLARZ:
 5    Q.  Mr. Benton is not -- Mr. Benton's family of origin is
 6    not the Paul family.  Mr. Benton's family of origin is not
 7    in politics like the Paul family, am I right?
 8    A.  I don't know.
 9    Q.  Did you do any research on Mr. Benton's family origins,
10    his mother, father, those people?
11    A.  I did not.
12    Q.  And Mr. Benton is no longer in politics; is that right?
13    A.  I don't know.
14    Q.  Did you conduct any research on Mr. Benton after the
15    events that occurred in this case about what he's currently
16    doing?
17              MS. ROSS:  Objection, relevance, Your Honor.
18              THE COURT:  Sustained.
19    BY MR. STOLARZ:
20    Q.  The entity Titan Strategies you referenced, is that
21    Mr. Benton's consultancy; is that right?
22    A.  Titan Strategies, yes.
23    Q.  Is that now a defunct entity or is it active?
24    A.  I don't know its current status.
25    Q.  Do you know whether it has a website?
```

1    A.  No, sir, I don't know if it has a website currently.

2    Q.  Regarding the -- regarding the Washington, D.C. trip,

3    when Mr. Vasilenko came, he came with other Russians, is

4    that right?

5    A.  He did.

6    Q.  I'll show you what's Government Exhibit 8.  So there

7    Olga e-mails Doug and lists the names of those who will come

8    to Washington, do you see that?

9    A.  Yes, sir.

10   Q.  Have you done searches or checks on all of these

11   individuals?

12   A.  We did.

13   Q.  And immigration, did immigration clear, the United

14   States Immigration clear all of these Russians to enter the

15   United States?

16   A.  I don't recall if all of them were cleared or if all of

17   them came to the United States.

18              MS. ROSS:  Objection, Your Honor.  Relevance.

19              THE COURT:  It's overruled.

20   BY MR. STOLARZ:

21   Q.  Okay.  While in Washington, did Mr. Vasilenko and others

22   take a tour of the United States Capitol?

23   A.  Yes.

24   Q.  I'm going to show you what's been marked for

25   identification as Exhibit 4.

```
 1              MR. STOLARZ:  Your Honor, we had spoke with the
 2      government.  They do not oppose the admission of Exhibit 4,
 3      pages 4-1 through 4-6.  There are six photos.  There are
 4      more than six photos in the exhibit, but they have not
 5      objected to 1 through 6.  So I move the admission of
 6      Exhibits 4, pages 4-1 through 4-6.
 7              THE COURT:  Ms. Ross?
 8              MS. ROSS:  Your Honor, we have no objection to
 9      Defense Exhibit 4, pages 1 through 6.  It is the remaining
10      pages of that exhibit that we would object to.
11              THE COURT:  All right.  Pages 1 through 6 are in
12      on Defense Exhibit 4.
13              MR. STOLARZ:  Thank you.
14              THE COURT:  You may publish.
15      BY MR. STOLARZ:
16      Q.  Showing you what's been marked as Defendant Exhibit 4-1,
17      that's just my bad handwriting on the right there, is this a
18      photo of Mr. Vasilenko and others outside of the United
19      States Capitol?
20      A.  Yes, sir.
21      Q.  Do you know anyone else in the photo besides
22      Mr. Vasilenko?
23      A.  No, sir.
24      Q.  Do you know that Mr. Benton organized the tour for
25      Mr. Vasilenko and others to attend?
```

```
1     A.  The tour of what?

2     Q.  The tour of the United States Capitol?

3     A.  I believe so.

4     Q.  I'm sorry?

5     A.  I believe so.  Yes.

6     Q.  4-2.  This is another photograph of Mr. Vasilenko and

7     others at the Lincoln Memorial, do you see that?

8     A.  I'm sorry, I just wanted to correct.  The last question,

9     could you repeat that question again because I think I

10    misheard you.

11    Q.  Sure, and I want that to be clear, so if I ask you an

12    unclear question, please tell me.

13          Do you understand that the Capitol tour that

14    Vasilenko and others attended was organized or set up by

15    Mr. Benton?

16    A.  I'm sorry.  I misheard you.  I'm not aware of that, no.

17    Q.  Do you know of any other Capitol Hill contacts that

18    Mr. Vasilenko had that would have enabled him to take a

19    Capitol tour?

20    A.  Mr. Wead.

21    Q.  Exhibit 4-2, is this a photo of Mr. Vasilenko and others

22    at the Lincoln Memorial?

23    A.  That looks like the Lincoln Memorial, yes.

24    Q.  And they're all wearing a certain type of polo shirt.

25    Can you identify the logo on the polo shirt is
```

1    Mr. Vasilenko's company Life Is Good?

2    A.  Yes.

3    Q.  And they're all doing the thumbs up sign, which is their

4    trademark sign when they take photos for this entity.

5    A.  I've seen other photos of them with their thumbs up.

6    Q.  Next page, please.

7         And this Exhibit 4-3, a photo of Mr. Vasilenko and

8    Mr. Wead; is that right?

9    A.  That's right.

10   Q.  And, again, Mr. Vasilenko is wearing a polo shirt with

11   his company logo on it; is that right?

12   A.  Yes, sir.

13   Q.  While in the Washington, D.C. area, Mr. Vasilenko and

14   others went to dinner in a private room at a restaurant; is

15   that right?

16   A.  Yes.

17   Q.  There were 14 people that attended the dinner?

18   A.  I don't know the exact number that attended.

19   Approximately, I would say less than 20.

20   Q.  The dinner was $1,200, right?

21   A.  Yes, sir.

22   Q.  Beer, wine and a four course meal; is that correct?

23   A.  To the best of my recollection, yes.

24   Q.  Mr. Vasilenko was presented with an award at that dinner

25   by Mr. Wead; is that right?

```
 1    A.  Yes.

 2    Q.  That is the Charity Awards dinner of 2016, correct?

 3    A.  Yes, sir.

 4    Q.  And Mr. Benton assisted in organizing the location and

 5    the dinner in 2016?

 6    A.  No, sir.

 7    Q.  From your information, as far as you know?

 8    A.  Could you repeat the question?

 9    Q.  Sure.  The dinner itself that was attended by

10    Mr. Vasilenko and the others was organized by Mr. Benton?

11    A.  No, sir.

12    Q.  With the Philadelphia event, did you ever personally

13    inquire of the Secret Service to determine who had been

14    cleared and not cleared for this event?

15    A.  I did.

16    Q.  And where is the proof of that contact?

17    A.  I made a phone call to a Secret Service agent, and he

18    told me that there was --

19    Q.  Stop.

20    A.  Sorry.

21    Q.  I walked into it.  I withdraw the question.

22            Do you have a physical or electronic evidence of

23    uploads to the portal regarding the Philly event?

24    A.  Yes, sir.

25    Q.  And were you here earlier when Ms. Robinson said that on
```

```
1    occasion Secret Service does not have to clear somebody?

2    A.  Can you repeat the question, please?

3    Q.  Were you here earlier when Ms. Robinson said -- Barrett,

4    said that the Secret Service doesn't always clear people,

5    that there are exceptions?

6    A.  There are, yes.

7    Q.  Mr. Vasilenko and others stayed at the Ritz-Carlton in

8    Philadelphia; is that right?

9    A.  Yes.

10   Q.  Transported in a Lincoln Navigator from Virginia to

11   Philadelphia?

12   A.  I can't recall the precise make and model of the

13   vehicle, but, yes, they were transported from a hotel from

14   Virginia to the Ritz-Carlton in Philadelphia.

15   Q.  And the transportation was organized by Mr. Benton,

16   right?

17   A.  Yes, sir, he made the contact with the transportation

18   company.

19   Q.  Are you aware that Ms. Kovalova received a commission

20   for helping organize this trip to the United States?

21   A.  She received a commission on the amount of money that

22   Mr. Vasilenko paid to attend the Charity Awards dinner.

23   Q.  And how much did Ms. Kovalova receive?

24   A.  Ten percent.

25   Q.  I show you what's in front of you, Defendant's 5.
```

1    Showing you what is for identification only as Exhibit 5,

2    does this document refresh your recollection as to how much

3    Olga Kovalova received or how much she sought from

4    Mr. Vasilenko regarding the 2016 Charity Awards dinner?

5         MS. ROSS:  Objection, lack of foundation.

6         THE COURT:  Sustained.

7    BY MR. STOLARZ:

8    Q.  You testified that Ms. Kovalova received a commission?

9    A.  Yes, sir.

10   Q.  And from your recollection, it's 10 percent?

11   A.  Yes, sir.

12   Q.  So would that be 10 percent of each of the 100,000 that

13   was submitted that was sent in April of 2016 and then in

14   100,000 in September of 2016?

15   A.  No, it was the $100,000 initial payment that

16   Mr. Vasilenko made but $20,000 of that was refunded, so the

17   total commission was 10 percent of the $80,000.

18   Q.  Have you ever seen an invoice from Ms. Kovalova

19   regarding her services?

20   A.  I have, yes.

21   Q.  I ask you to look at Exhibit 5 in front of you.

22   A.  Yes.

23   Q.  Ma'am, is this the invoice from Ms. Kovalova?

24   A.  This is an invoice from Ms. Kovalova.

25        MR. STOLARZ:  Your Honor, I move the admission of

1      Defendant's Exhibit 5.

2                MS. ROSS:  Objection, Your Honor.  May we

3      approach?

4                THE COURT:  You may.

5        (Whereupon, the following proceedings were had at sidebar

6                  outside the presence of the jury:)

7                MS. ROSS:  Your Honor, there are contemporaneous

8      --

9                THE COURT REPORTER:  I'm sorry, can you move

10     closer to the mic?

11               MS. ROSS:  It says it was an invoice, there are

12     contemporaneous e-mails that are with this invoice.  It's

13     not an invoice for services.  It purports to be, but if you

14     look, it's just an invoice provided from the bank, that the

15     money makes it to the account.  It was something the bank

16     sent, and also so I have to go down this path, it wasn't an

17     invoice for services.  This was an invoice we talked about

18     on direct where the money was refunded back to

19     Mr. Vasilenko.  It was $20,000 withdrawn from the $100,000.

20     That's what it is.  It is not an invoice for services.  It's

21     basically an invoice to insure that the transfer went

22     through so to ask her about it in that context is

23     misleading.

24               THE COURT:  So I feel like it's a hearsay

25     objection.

1          MR. STOLARZ:  I got it from them, and she's seen

2     it in her investigation.

3          THE COURT:  That doesn't work.

4          (Whereupon, the following proceedings were had in

5     open court:)

6          THE COURT:  The objection is sustained.

7     BY MR. STOLARZ:

8     Q.  Agent Phan, we've seen videos taken by Mr. Wead of the

9     event, right?

10    A.  I'm not sure if he was the one taking them, but they

11    were seized from his phone, his cell phone.

12    Q.  I see.  So it was seized from his phone, so you don't

13    know who took them?

14    A.  I don't know who took them, correct, yes.

15    Q.  And the photos that we saw, those were also from Mr.

16    Wead's phone that you seized at the search warrant?

17    A.  Yes, sir.

18    Q.  Have you personally talked with anyone who was at the

19    event?

20    A.  Yes.

21    Q.  And who have you talked to?

22    A.  Caitlin Franklin, Sarah Robinson Burnett, and Mr. Wead.

23    Q.  Through those conversations, do you have any information

24    or evidence that Mr. Vasilenko and Mr. Trump were ever

25    one-on-one other than the time to take the picture?

1    A.  I'm not aware of that, no.

2    Q.  And there is no video, for example, of anything that may

3    have been discussed or said during the handshake, right?

4    A.  That's correct.

5    Q.  Mr. Vasilenko did not speak English as his primary

6    English, right?

7    A.  That's correct.  As his primary language, no he did not

8    speak English as his primary language.

9    Q.  And Ms. Kovalova was there as his translator, right?

10   A.  She was.

11   Q.  In the video of the round table, Mr. Trump is talking

12   about polling numbers; is that right?

13   A.  That's correct.

14   Q.  Nothing there about foreign policy or Russia of any

15   kind, right?

16   A.  No, sir.

17   Q.  The round table was very short, do you understand that?

18   Do you know that?

19   A.  I don't know precisely how long it was.

20              THE COURT:  Do you mean time?

21              MR. STOLARZ:  Short in time, sorry.

22   BY MR. STOLARZ:

23   Q.  Do you know how long it lasted?

24   A.  I don't.

25   Q.  Do you know whether there was any Q and A from any

1    attendees at the round table?

2    A.  I'm not aware of that.

3    Q.  Okay.  Do you have any questions from Mr. Vasilenko or

4    Olga translating for Mr. Vasilenko asking any questions of

5    anyone at that round table?

6           MS. ROSS:  Objection, Your Honor, lack of

7    foundation.  She doesn't know.

8           THE COURT:  Sustained.

9    BY MR. STOLARZ:

10   Q.  Okay.  You spoke to Ms. Franklin, right?

11   A.  Yes, sir.

12   Q.  You spoke to Ms. Burnett?

13          THE COURT:  Sir, I don't think you can collect

14   hearsay and not make it hearsay.

15          MR. STOLARZ:  I'm not asking for hearsay.  I'm

16   asking whether she has information whether any questions

17   were asked by them not only for truth, whether the fact of

18   whether the question was asked or not.

19          THE COURT:  I think that would be hearsay.  I'm

20   staying the objection.  If there's video, I think you can

21   refer to that.  That she's seen.

22   BY MR. STOLARZ:

23   Q.  In the video we've seen, no questions about Russia,

24   foreign policy or anything related to Eastern Europe; is

25   that right?

1    A.  That's correct.

2    Q.  In the -- after the round table, which was at a

3    rectangle by the way, they went to a ballroom, right?

4    A.  I don't know.

5            MS. ROSS:  Objection, Your Honor.  It's the same

6    language.

7            THE COURT:  Overruled.

8    BY MR. STOLARZ:

9    Q.  The second video was from the ballroom, the second video

10   we saw, right, with Mr. Vasilenko in the foreground and

11   Mr. Trump in the background in the ballroom?

12   A.  I don't know if it was in a ballroom.  It was a room at

13   a hotel.

14   Q.  All right.  It was a room in a hotel, right?

15   A.  Yes.

16   Q.  And Mr. Trump spoke and Mr. Vasilenko was in the room as

17   well?

18   A.  Yes.

19   Q.  That video, there's no video of him asking any questions

20   or saying anything to Mr. Trump in those videos, right?

21   A.  Correct.

22   Q.  In either video?

23   A.  Correct.

24   Q.  Have you analyzed Mr. Vasilenko's speeches at his

25   seminars?

```
 1              MS. ROSS:  Objection, Your Honor, relevance.

 2              THE COURT:  Overruled.

 3   BY MR. STOLARZ:

 4   Q.  Have you?

 5   A.  I recall viewing one speech that he had given at a

 6   seminar.

 7   Q.  And do you recall in that speech he bragged about

 8   meeting Mr. Trump and sitting in his office and speaking

 9   with him personally?

10   A.  Yes.

11   Q.  None of that is true, right?  Mr. Vasilenko has never

12   met with Mr. Trump, sat in his office and spoke with him

13   personally?

14   A.  I don't have any knowledge of that.

15   Q.  Regarding the photograph, you understand that

16   Mr. Vasilenko was upset about not receiving his photo in a

17   timely manner; is that right?

18   A.  Yes.

19   Q.  Is it fair to say Mr. Vasilenko really wanted that

20   photograph?

21   A.  Fair to say, yes.

22   Q.  Showing you Government Exhibit 71, please.  Thank you.

23              Showing you what's been previously admitted as

24   Government Exhibit 71.  Ms. Kovalova is e-mailing Mr. Benton

25   asking for where the photo is, right?
```

1    A.  Yes.

2    Q.  She said, "It's been a month since we had photos with

3    him and no pictures."  Do you see that?

4    A.  Yes.

5    Q.  And Ms. Kovalova also pestered Mr. Wead about the

6    pictures, right?

7    A.  Yes.

8    Q.  I ask you to go to 42.  In Government Exhibit 42, which

9    has previously been admitted, Olga says, "Doug, I'm afraid

10   Roman will shred me into little pieces because of this

11   picture with Trump.  More than a month has passed and no

12   picture."  So you have no evidence that Mr. Vasilenko

13   actually did shred Olga into little pieces, right?

14   A.  I have no idea.

15   Q.  Ms. Kovalova is still alive?

16   A.  As far as I know.

17   Q.  Did you ever talk with her?

18   A.  I have not.

19   Q.  Has anyone from the FBI ever talked to her?

20   A.  Not to my knowledge, no.

21   Q.  Eventually, he got the photograph meaning "he" being

22   Roman Vasilenko; is that right?

23   A.  That's my understanding, yes.

24   Q.  And when he got the photo, he blasted it out on

25   Instagram to his followers on November 9th; is that right?

1    A.  Yes.  So he had posted the picture prior to that date

2    and then again on November 9th.

3    Q.  I'm going to show you Defense Exhibit 4 and 5.  Show 5

4    first, please.

5              MS. ROSS:  Objection, Your Honor.

6              THE COURT:  Defense 5 --

7              MR. STOLARZ:  4-5.  I'm sorry.

8    BY MR. STOLARZ

9    Q.  Go two more now, and then two pages down.

10              Okay.  Showing you what's been marked as Defense

11    4-5.  Was this the photo that Mr. Wead took of the two of

12    them, Agent?

13    A.  That was the photo that we seized off of Doug Wead's

14    phone.

15    Q.  And Mr. Vasilenko posted this particular picture on

16    Instagram, right?

17    A.  Yes, sir.

18    Q.  And then he receives the formal photo -- if you go to --

19    the formal photo also gets put on Instagram, right?  It's

20    one more toward you.

21    A.  Yes, sir.

22    Q.  And showing you 4-4, he added a banner to the top and a

23    footer to the bottom, do you see that?

24    A.  Yes.

25    Q.  He did not receive the photo with the Russian language

```
 1    on the top or bottom, right?
 2    A.  Not to my knowledge.
 3    Q.  Do you know what the Russian words in Russian say at the
 4    top?
 5    A.  I do.
 6    Q.  What does it say?
 7    A.  "Two Presidents."
 8    Q.  And what does the bottom left here say (indicating)?
 9    A.  "Donald Trump."
10    Q.  And what is that (indicating)?
11    A.  "Versus Roman Vasilenko."
12    Q.  And what is that right there that I'm circling
13    (indicating)?
14    A.  The Life is Good logo.
15    Q.  That's Mr. Vasilenko's business logo?
16    A.  Yes, sir.
17    Q.  And there are many likes and comments over here from
18    whoever commented, right?
19    A.  Yes.
20    Q.  In your investigation, have you uncovered any
21    communications between Mr. Vasilenko or anyone on his behalf
22    and the Trump campaign about anything Mr. Vasilenko sought
23    from the campaign after the photo?
24              MS. ROSS:  Objection, Your Honor, relevance.
25              THE COURT:  Overruled.
```

Case 1:21-cr-00569-TNM

```
 1                    THE WITNESS:  Can you repeat the question, please?
 2   BY MR. STOLARZ:
 3   Q.  Sure.  In your investigation, have you uncovered any
 4   communications between Mr. Vasilenko or anyone connected to
 5   him with Donald Trump's campaign or him himself about
 6   anything Mr. Vasilenko sought from the campaign after the
 7   photo?
 8   A.  No.
 9   Q.  Did Mr. Vasilenko ever seek assistance with his company
10   Life is Good in the United States or Russia or anywhere
11   else?
12   A.  I don't know.
13   Q.  Did Mr. Vasilenko ever ask for any foreign policy
14   assistance of Mr. Trump?
15   A.  I don't know.
16   Q.  How about any trade agreements?
17   A.  I don't know.
18   Q.  Or any economic help in any way?
19                    MS. ROSS:  Objection, Your Honor.  Asked and
20   answered and relevance.
21                    THE COURT:  I agree that it's asked and answered.
22   BY MR. STOLARZ:
23   Q.  Showing you what the Government has admitted as Number
24   16, this e-mail was shown to you earlier in which Mr. Wead
25   stated that he hasn't raised a dime in 40 years and that the
```

1    last charity event was in 2001, do you see that?

2    A.  Yes.

3    Q.  We've already established there was a charity dinner,

4    albeit with 14 people in 2016, right?

5    A.  Yes, I don't know the exact number who attended, but it

6    was in 2016, and it was less than 20 people.

7    Q.  If you go to the bottom of this e-mail, the context to

8    which Mr. Wead receives it, are you aware that it has to do

9    with helping to raise funds for Australian kangaroo culling,

10   do you see that?

11   A.  I see that.

12   Q.  Someone reaches out to Mr. Wead asks for help to raise

13   money to assist in the kangaroo culling crisis in Australia,

14   right?

15   A.  That appears to be the case.

16   Q.  And that has nothing to do about anything we're talking

17   about in this court, right?

18   A.  No, sir.

19   Q.  And if you go to the top, he is essentially putting this

20   person off and not giving her any assistance in Australian

21   kangaroo culling support, right?

22   A.  He didn't agree to help her with that, no.

23   Q.  Going to 57.  Thank you, Steph.

24           Showing you what's been admitted as Government's

25   57.  Mr. Wead states he has two people who can do $100,000.

```
 1     Do you see that?

 2     A.  Yes.

 3     Q.  The two people referenced here are Americans, not

 4     Russians, correct?

 5     A.  I don't know from the e-mail.

 6     Q.  Did you do any research into who Mr. Wead was presenting

 7     to Mr. Benton for the $100,000?

 8     A.  No.

 9     Q.  Do you see here this, "One couple is in North Carolina

10     and the other from Arizona but have their own jet."  Do you

11     see that?

12     A.  Yes.

13     Q.  And this is also a request from Mr. Benton to

14     potentially help to get someone a photograph with President

15     Trump; is that right?

16     A.  Yes.

17     Q.  Okay.  Thank you, Steph.

18             Are you aware that Mr. Vasilenko comes back to the

19     United States in November of 2018?

20     A.  Yes.

21     Q.  And Mr. Benton proposes a meeting with Mitch McConnell

22     or Rand Paul that does not happen?

23     A.  That was in a discussion of a 2017 event, I believe.

24     Q.  Which event is that, Agent?  Sorry.

25     A.  So there was some discussion in the early part of 2017
```

1    between Mr. Wead and Mr. Benton about having another Charity

2    Awards event.

3    Q.  A year after the 2016 dinner?

4    A.  It was, I think, less than a year.  It was within a few

5    months.

6    Q.  And in 2018, Mr. Vasilenko comes to the Christian,

7    private Christian school that Mr. Wead is affiliated with,

8    right?

9              MS. ROSS:  Objection, Your Honor, relevance.

10             THE COURT:  Overruled.

11             THE WITNESS:  Can you repeat the question, please?

12   BY MR. STOLARZ:

13   Q.  Sure.  Mr. Vasilenko comes back to the United States in

14   2018 to attend an event at the private Christian school that

15   Mr. Wead is affiliated with?

16   A.  Yes, sir.

17   Q.  Are you aware that Mr. Wead called Mr. Vasilenko like a

18   son to him?

19   A.  Yes.

20   Q.  And that Mr. Vasilenko took a picture of himself at the

21   Hollywood Walk of Fame next to the Trump star, do you see

22   that?

23   A.  Yes, sir.

24   Q.  Showing you for identification only, looking at 4-10.

25             MS. ROSS:  Yeah, Your Honor, our objection on this

1   was relevance.

2          MR. STOLARZ:  I can approach and talk about it, if

3   you'd like.

4          THE COURT:  You don't need to approach, and I'm

5   overruling the objection.

6   BY MR. STOLARZ:

7   Q.  You can put up 14.  Thank you.

8          Showing what's been identified in evidence as

9   Exhibit 4-10, is this Mr. Vasilenko with his hand on the

10  Donald Trump star at the Hollywood Walk of Fame?

11  A.  Yes.

12  Q.  And is he wearing the Life is Good gear, I guess a

13  jacket or sweater?

14  A.  Yes.

15  Q.  And he's doing the old thumbs up that he likes to do?

16  A.  Yes.

17  Q.  Mr. Vasilenko was never arrested in this case, was he?

18  A.  No.

19  Q.  He is still in Russia, as far as you know?

20  A.  As far as I know.

21  Q.  Do you ever talk to him?

22  A.  No, I do not.

23  Q.  Did anyone at the FBI talk to him?

24  A.  Not to my knowledge, no.

25  Q.  No one in the FBI knows about what was in his mind when

```
1    he came to the United States in 2016, right?

2    A.  Well, I can say from the evidence that's been presented,

3    we know through the e-mails Olga Kovalova sent to Mr. Wead

4    and Mr. Benton.

5    Q.  About wanting to meet a celebrity?

6    A.  About wanting to get a business award, number one, and

7    then also that he was happy to wire his donation for the

8    political event.

9    Q.  All right.  Maybe you can answer the question this time.

10   Has anyone at the FBI ever spoken with Mr. Vasilenko about

11   the reason why he came to the United States Capitol in 2016?

12   A.  No.

13   Q.  And in the chart of the telephone records back and

14   forth, you've already said that you don't know what was said

15   between Mr. Benton and Mr. Wead.  You referenced text

16   messages.  Do you have the text messages between the two

17   parties?

18   A.  I don't believe so, no.

19           MR. STOLARZ:  Nothing further, Your Honor.  Thank

20   you.

21           THE COURT:  All right.  Thank you, sir.  How long

22   do you think your redirect is, Ms. Ross?

23           MS. ROSS:  Your Honor, maybe half an hour.

24           THE COURT:  All right.  So let's do that on

25   Monday.
```

1          So, ladies and gentlemen, I think we'll break here

2     for the date and for the week end as well.  You'll recall we

3     have Veteran's Day tomorrow, so I'll ask you all to be back

4     for us to resume at 9:30 on Monday.  And I'll just remind

5     you don't do research.  Don't talk about it.  Have a

6     wonderful weekend.

7               (Whereupon, the jury exits the courtroom at 4:31

8     p.m.)

9               (Whereupon, the following proceedings were had in

10    open court:)

11         THE COURT:  All right.  Anything that we -- well,

12    let me ask you, Ms. Ross, how are we going on your case?

13         MS. ROSS:  I think we're moving fairly quickly,

14    Your Honor.  We'll probably have half an hour for redirect

15    and then we have two more witnesses.  Ms. Franklin's

16    testimony will probably take about an hour, maybe not even

17    that long, and then we have our FEC witness Mike Hartsock.

18    I think we'll take a half hour, if that.

19         THE COURT:  All right.  So you are ready to start

20    your case on Monday?

21         MR. STOLARZ:  Yes, that's helpful, and I will.

22         THE COURT:  Anything else we need to discuss

23    today?

24         MR. STOLARZ:  Not from the defense.

25         THE COURT:  Okay.

1          MS. ROSS:  Nothing from the government, Your

2     Honor.  Thank you.

3          THE COURT:  So I'll ask you all to let me know if

4     something comes up over the weekend that we can address at

5     9:00.  If there's nothing, let's just be ready to start at

6     9:30.

7          I also wanted to let you know -- Oh, Agent Phan

8     you may step down.  I'll also direct you not to discuss the

9     substance of your testimony with anyone between now and

10    Monday.

11         THE WITNESS:  Yes, sir.  Thank you, Your Honor.

12         THE COURT:  Juror number 4 approached Ms. Chaclan,

13    and said that he's done some work with the Carter Center.

14    He doesn't -- it had nothing to do with this case.  That

15    doesn't strike me as an issue, but I wanted to let you all

16    know if you all think it is an issue, you can raise that on

17    Monday morning.

18         All right, folks, have a good weekend.

19         And, Mr. Benton, I'll direct you to return for

20    trial on Monday morning.  If you don't, the case can be

21    continued to verdict in your absence.

22         THE DEFENDANT:  Yes, sir.

23         THE COURT:  And a bench warrant would be issued

24    for your arrest.  Thanks.

25         All right.  Thanks, folks.

1          (Court adjourned at 4:34 p.m.)

2

3                    *       *       *

4

5

6

7

8

9                    **<u>CERTIFICATE</u>**

10

11          I, MARIA V. WEINBECK, RMR, FCRR, certify that the

12    foregoing is a true and accurate transcript of my

13    stenographic notes, and is a full, true, and complete

14    transcript from the proceedings produced to the best of my

15    ability.

16

17               Certified by:   *s/ Maria V. Weinbeck*
                              Maria V. Weinbeck, RMR-FCRR
18

19

20

21

22

23

24

25

## $

**$1,200** [1] - 106:20
**$1,210.06** [1] - 56:19
**$100,000** [10] - 5:16, 27:3, 29:9, 35:4, 66:16, 95:17, 109:15, 110:19, 120:25, 121:7
**$105,776.71** [1] - 36:25
**$2,500** [1] - 81:18
**$2,800** [1] - 81:23
**$20,000** [3] - 20:5, 109:16, 110:19
**$25** [1] - 100:16
**$25,000** [9] - 68:12, 68:24, 69:2, 72:12, 75:1, 75:3, 79:17, 80:16, 94:9
**$35,000** [1] - 13:23
**$36,796.22** [2] - 72:23, 73:7
**$49,000** [3] - 26:2, 33:23, 36:13
**$50,000** [7] - 13:22, 39:10, 52:19, 52:21, 62:25, 69:5, 74:23
**$51,000** [3] - 30:16, 34:16, 36:14
**$57,619.62** [1] - 36:22
**$8,639.62** [1] - 36:19
**$80,000** [1] - 109:17

## '

**'2016** [1] - 5:11
**'the** [1] - 53:8

## 0

**0700** [1] - 6:17

## 1

**1** [10] - 18:5, 27:10, 29:12, 29:24, 31:15, 35:20, 46:12, 104:5, 104:9, 104:11
**1-6** [1] - 3:11
**10** [6] - 1:6, 12:13, 61:7, 109:10, 109:12, 109:17
**100,000** [2] - 109:12, 109:14
**1000** [1] - 2:4
**1005** [1] - 2:8
**100K** [1] - 57:13, 57:20
**104** [1] - 3:11
**10:12** [2] - 21:20, 22:5

**10:24** [1] - 22:2
**10:48** [2] - 18:13, 18:18
**10K** [2] - 17:8, 57:19
**11** [4] - 6:12, 9:8, 13:12, 33:16
**11:20** [1] - 29:18
**11:44** [3] - 15:19, 16:10, 16:15
**11:47** [1] - 16:19
**11:50** [1] - 38:12
**12** [9] - 9:19, 9:21, 22:7, 33:20, 40:18, 40:20, 47:17, 47:19, 76:21
**12:11** [1] - 18:22
**12:14** [1] - 16:23
**12:18** [1] - 40:15
**12:24** [2] - 18:23, 19:6
**12:26** [1] - 40:17
**13** [6] - 10:16, 11:1, 11:9, 11:17, 14:3, 14:16
**1301** [1] - 1:15
**1331** [1] - 1:18
**14** [9] - 14:9, 15:11, 34:8, 56:13, 86:20, 86:22, 106:17, 120:4, 123:7
**15** [12] - 10:1, 17:2, 18:4, 18:11, 19:7, 21:2, 21:9, 29:24, 34:11, 69:13, 77:11, 87:3
**15070** [2] - 56:2, 56:10
**15th** [1] - 18:16
**16** [7] - 21:17, 21:20, 21:25, 26:22, 27:9, 28:12, 119:24
**16th** [2] - 21:12, 22:4
**17** [2] - 19:1, 34:22
**18** [3] - 21:22, 34:25, 97:15
**1804** [1] - 6:15
**18th** [2] - 36:16, 39:7
**19** [7] - 25:18, 25:21, 25:25, 27:12, 29:7, 29:15, 36:1
**19th** [6] - 29:22, 36:4, 36:6, 36:10, 36:12, 36:20
**1:02** [1] - 19:18
**1:34** [2] - 1:7, 4:2
**1:41** [4] - 57:10, 58:23, 59:3, 59:6

## 2

**2** [16] - 1:10, 13:3, 17:10, 17:18, 41:18,

44:8, 46:9, 47:4, 49:14, 57:8, 58:18, 61:15, 62:15, 62:16, 67:15, 76:14
**20** [9] - 7:13, 19:9, 30:14, 36:8, 36:13, 37:18, 48:5, 106:19, 120:6
**20001** [1] - 2:4
**20005** [1] - 1:19
**2001** [2] - 28:23, 120:1
**2016** [99] - 5:8, 6:6, 6:7, 6:9, 6:12, 9:5, 9:8, 10:16, 11:1, 11:17, 13:11, 14:3, 14:9, 16:5, 18:2, 18:11, 21:2, 21:9, 21:25, 25:18, 25:25, 26:22, 27:9, 27:12, 29:1, 29:15, 30:14, 35:15, 36:3, 36:12, 36:13, 38:5, 38:9, 41:7, 42:23, 43:14, 44:20, 44:22, 44:25, 46:6, 46:14, 46:24, 48:16, 52:6, 54:1, 55:18, 56:23, 57:8, 58:18, 61:7, 62:19, 63:5, 63:16, 64:3, 64:11, 64:16, 66:1, 66:6, 66:25, 67:4, 67:9, 71:5, 72:14, 72:21, 76:4, 77:11, 77:19, 77:25, 78:7, 78:12, 79:15, 79:16, 81:3, 81:15, 81:20, 81:22, 90:14, 90:21, 91:24, 93:19, 95:17, 98:9, 98:10, 98:13, 98:15, 98:17, 98:19, 100:2, 107:2, 107:5, 109:4, 109:13, 109:14, 120:4, 120:6, 122:3, 124:1, 124:11
**2017** [4] - 29:7, 95:6, 121:23, 121:25
**2018** [3] - 121:19, 122:6, 122:14
**202-246-6363** [2] - 42:1, 68:15
**2022** [1] - 1:6
**20530** [2] - 1:16, 1:22
**20th** [7] - 36:4, 36:10, 36:24, 37:5, 37:7, 37:10, 37:12
**21** [4] - 36:15, 39:6, 46:19, 47:10
**21-00569** [1] - 1:3
**21st** [6] - 40:8, 40:12,

41:7, 41:11, 71:4, 71:5
**22** [17] - 13:11, 16:5, 18:2, 38:5, 38:9, 42:23, 43:14, 44:20, 44:24, 46:3, 46:6, 46:14, 46:24, 47:10, 52:6, 67:4, 70:13
**22nd** [4] - 37:5, 47:14, 48:3, 48:16
**23** [3] - 30:8, 38:5, 73:2
**23rd** [1] - 44:22
**24** [6] - 31:5, 55:18, 56:23, 62:19, 63:5, 63:16
**24th** [1] - 62:23
**25** [2] - 38:13, 39:14
**25K** [1] - 17:8
**26** [4] - 66:1, 66:6, 66:25, 67:9
**26th** [1] - 73:13
**27** [6] - 44:23, 52:1, 72:14, 79:15, 79:16, 81:3
**2700** [1] - 80:16
**27th** [5] - 72:11, 72:18, 73:18, 73:19, 81:20
**28** [1] - 51:7
**28A** [4] - 50:13, 50:20, 50:25, 51:18
**28D** [1] - 51:13
**28th** [1] - 5:8
**29** [1] - 72:21
**2:10** [1] - 11:10
**2:22** [1] - 40:19
**2nd** [1] - 59:4

## 3

**3** [13] - 3:10, 22:4, 32:18, 44:16, 49:22, 57:17, 71:19, 72:15, 76:4, 76:17, 90:1, 90:4, 90:8
**30** [3] - 36:3, 40:1, 61:22
**300** [1] - 2:8
**31** [1] - 53:4
**32** [2] - 22:5, 55:12
**34** [1] - 58:12
**35** [1] - 61:5
**36** [2] - 60:7, 61:18
**38** [1] - 63:2
**39** [1] - 67:1
**3:02** [1] - 69:17
**3:03** [1] - 37:18
**3:06** [2] - 48:4, 48:5
**3:10** [1] - 11:19
**3:32** [1] - 73:19

**3:44** [1] - 37:19
**3:50** [1] - 59:24
**3:54** [1] - 37:21
**3:58** [1] - 60:1
**3rd** [2] - 57:23, 58:4

## 4

**4** [10] - 3:11, 50:1, 56:5, 103:25, 104:2, 104:6, 104:9, 104:12, 117:3, 126:12
**4-1** [1] - 104:3, 104:6, 104:16
**4-10** [2] - 122:24, 123:9
**4-2** [1] - 105:6, 105:21
**4-3** [1] - 106:7
**4-4** [1] - 117:22
**4-5** [2] - 117:7, 117:11
**4-6** [1] - 104:3, 104:6
**40** [3] - 28:21, 73:21, 119:25
**4003** [7] - 26:4, 27:8, 27:22, 30:19, 35:24, 68:13, 71:15
**41** [1] - 66:12
**42** [5] - 11:14, 64:13, 65:15, 116:8
**43** [3] - 66:3, 66:12, 73:20
**44** [1] - 76:1
**45** [1] - 77:5
**48** [1] - 78:22
**49** [5] - 79:6, 79:11, 80:12, 100:11, 100:12
**49,000** [1] - 30:2
**4:30** [2] - 48:12, 56:12
**4:31** [1] - 125:7
**4:34** [2] - 14:5, 127:1
**4:47** [1] - 11:11

## 5

**5** [7] - 108:25, 109:1, 109:21, 110:1, 117:3, 117:6
**50** [1] - 16:25
**5010** [1] - 68:24
**50K** [1] - 38:17
**51** [1] - 20:7
**51,000** [1] - 30:3
**53** [3] - 24:14, 26:16, 29:11
**54** [3] - 41:2, 44:6, 44:14
**541-680-6016** [1] - 42:9

**55** [1] - 37:25
**55415** [1] - 2:8
**555** [1] - 1:21
**56** [1] - 48:22
**57** [6] - 19:6, 57:5, 58:22, 59:1, 120:23, 120:25
**571-214-1542** [1] - 56:11
**58** [4] - 67:22, 72:2, 72:8, 80:3
**59** [4] - 17:17, 70:7, 95:16, 95:23
**5:27** [1] - 29:23
**5:48** [1] - 20:25

**6**

**6** [25] - 3:9, 9:4, 11:5, 11:14, 16:12, 18:15, 21:6, 21:7, 21:11, 26:17, 29:19, 37:9, 40:6, 47:8, 59:19, 73:11, 87:20, 87:23, 88:3, 88:4, 88:6, 88:9, 104:5, 104:9, 104:11
**60** [1] - 43:23
**612** [1] - 2:9
**63** [4] - 35:13, 39:5, 39:13, 72:24
**64** [3] - 69:11, 71:2, 72:9
**66** [3] - 43:15, 44:6, 44:14
**664-5109** [1] - 2:9
**68** [1] - 54:7
**6:04** [1] - 6:16
**6:07** [1] - 48:7
**6:12** [1] - 40:21
**6:20** [1] - 60:3
**6:30** [1] - 56:13
**6:39** [1] - 40:23
**6:41** [1] - 40:25
**6:48** [1] - 60:5

**7**

**7** [4] - 6:2, 8:21, 32:23, 56:15
**70,000** [1] - 86:9
**71** [3] - 61:24, 115:22, 115:24
**75010** [1] - 71:25
**799** [1] - 2:3
**7:03** [1] - 11:12
**7:05** [2] - 40:5, 41:12
**7:09** [1] - 41:9
**7:39** [2] - 58:21, 59:8
**7:47** [1] - 40:13

**7:52** [2] - 61:4, 61:19
**7:56** [1] - 11:4
**7th** [1] - 58:24

**8**

**8** [6] - 5:11, 10:3, 33:3, 59:22, 72:9, 103:6
**8060** [3] - 42:15, 43:20, 44:7
**82** [1] - 3:4
**88** [1] - 3:9
**8:20** [1] - 61:17
**8:30** [1] - 37:22
**8th** [2] - 4:24, 6:10

**9**

**9** [2] - 5:4, 11:15
**9-21** [1] - 12:11
**9-22-16** [2] - 44:1, 44:11
**9-23-16** [2] - 44:1, 44:11
**9-24-2016** [1] - 56:9
**9-27** [1] - 12:11
**9.1** [1] - 13:18
**9.2** [1] - 13:18
**9.9** [1] - 13:18
**90** [1] - 3:10
**9:00** [1] - 126:5
**9:04** [1] - 8:23
**9:19** [1] - 52:8
**9:30** [2] - 125:4, 126:6
**9:38** [1] - 47:15
**9:39** [2] - 47:16, 47:19
**9:41** [1] - 46:16
**9:50** [2] - 47:1, 47:23
**9:51** [1] - 47:21
**9th** [2] - 116:25, 117:2

**A**

**a.m** [17] - 11:4, 15:19, 16:10, 16:15, 16:19, 18:13, 21:20, 22:2, 22:5, 29:18, 38:12, 40:13, 46:16, 47:1, 47:15, 47:16, 47:21
**abilities** [1] - 28:20
**ability** [1] - 127:15
**able** [13] - 7:4, 13:17, 19:22, 42:16, 43:5, 48:20, 50:7, 50:15, 51:8, 65:6, 80:9, 80:14, 80:19
**absence** [1] - 126:21
**Academy** [3] - 33:10, 94:13, 94:17
**access** [2] - 29:1,

85:19
**according** [1] - 61:14
**account** [31] - 27:4, 28:6, 29:9, 31:16, 31:25, 32:3, 32:4, 32:6, 32:19, 33:24, 34:17, 35:21, 36:18, 39:11, 63:23, 63:25, 64:2, 64:12, 64:16, 64:19, 65:1, 65:2, 65:4, 68:3, 71:8, 71:22, 72:6, 73:4, 86:18, 100:24, 110:15
**accounts** [2] - 35:15, 64:8
**accurate** [2] - 51:8, 127:12
**ActBlue** [1] - 100:16
**Action** [1] - 1:3
**active** [2] - 86:13, 102:23
**added** [1] - 117:22
**addition** [1] - 50:6
**additional** [4] - 14:25, 15:4, 30:3, 75:3
**address** [19] - 20:22, 24:3, 27:6, 27:7, 33:18, 43:4, 43:5, 43:10, 55:25, 56:3, 56:10, 68:13, 68:15, 70:10, 71:14, 71:16, 80:21, 80:24, 126:4
**adjourned** [1] - 127:1
**admission** [5] - 87:4, 89:25, 104:2, 104:5, 109:25
**admitted** [27] - 9:3, 10:2, 15:10, 16:11, 17:1, 17:16, 18:14, 20:6, 24:13, 25:20, 39:4, 55:11, 58:11, 61:23, 66:2, 76:20, 77:1, 79:5, 80:2, 90:8, 95:22, 97:14, 100:12, 115:23, 116:9, 119:23, 120:24
**advisor** [2] - 38:18, 82:9
**affiliated** [4] - 52:24, 53:2, 122:7, 122:15
**afford** [1] - 99:19
**afraid** [2] - 65:18, 116:9
**Africa** [2] - 93:23, 94:7
**afternoon** [3] - 69:13, 82:1, 82:8
**AFTERNOON** [1] - 1:7
**agent** [13] - 4:7, 4:15,

4:23, 5:25, 16:8, 18:6, 34:6, 48:14, 54:23, 55:1, 95:4, 99:22, 107:17
**Agent** [80] - 6:13, 7:17, 8:14, 9:5, 11:16, 15:12, 16:8, 17:11, 17:22, 18:17, 19:5, 21:7, 22:3, 22:16, 24:6, 25:9, 25:17, 26:6, 26:14, 29:20, 31:6, 35:5, 37:2, 37:6, 37:12, 39:1, 39:8, 41:3, 42:2, 43:4, 43:16, 47:9, 47:18, 47:22, 48:10, 49:23, 50:6, 50:16, 51:5, 51:23, 53:20, 55:25, 56:25, 58:9, 58:22, 60:15, 60:23, 61:18, 62:23, 63:17, 67:7, 69:3, 69:14, 70:2, 70:9, 70:14, 70:17, 71:3, 72:3, 73:2, 74:5, 74:12, 75:8, 76:2, 76:15, 76:22, 78:16, 79:7, 79:13, 80:6, 80:9, 80:13, 81:4, 81:15, 81:21, 82:7, 111:8, 117:12, 121:24, 126:7
**agents** [3] - 27:20, 42:16, 101:25
**ago** [1] - 62:15
**agree** [3] - 86:11, 119:21, 120:22
**agreements** [1] - 119:16
**aid** [1] - 74:2
**albeit** [1] - 120:4
**alien** [1] - 32:15
**alive** [1] - 116:15
**Allentown** [1] - 41:21
**allow** [2] - 94:19, 96:12
**almost** [2] - 52:11, 100:13
**AMERICA** [1] - 1:3
**America** [1] - 98:2
**American** [7] - 68:20, 69:8, 71:3, 71:8, 73:3, 73:9, 82:20
**Americans** [1] - 121:3
**amount** [12] - 26:1, 30:15, 33:21, 34:15, 53:1, 68:24, 69:1, 73:8, 74:22, 81:16, 81:21, 108:21
**analyze** [2] - 42:3,

42:10
**analyzed** [2] - 100:8, 114:24
**Andy** [1] - 91:12
**announce** [2] - 32:14, 66:12
**answer** [4] - 5:2, 5:22, 54:23, 124:9
**answered** [3] - 74:15, 119:20, 119:21
**anyways** [1] - 25:12
**apart** [1] - 53:24
**aPPEARANCES** [1] - 1:13
**APPEARANCES** [1] - 2:1
**appeared** [1] - 63:21
**apply** [1] - 32:13
**appreciate** [2] - 62:5, 92:20
**approach** [8] - 7:9, 50:10, 50:24, 64:21, 93:25, 110:3, 123:2, 123:4
**approached** [1] - 126:12
**appropriate** [1] - 19:4
**April** [2] - 95:17, 109:13
**area** [1] - 106:13
**Arizona** [2] - 57:16, 121:10
**Ark** [1] - 59:14
**arrest** [2] - 92:12, 126:24
**arrested** [1] - 123:17
**arrival** [4] - 44:1, 44:11, 44:19, 56:12
**arrive** [1] - 8:25
**arrived** [2] - 5:6, 76:10
**arrives** [1] - 45:8
**ashamed** [1] - 66:15
**aspirational** [2] - 93:9, 98:23
**asset** [1] - 33:11
**assets** [1] - 33:12
**assist** [1] - 120:13
**assistance** [3] - 119:9, 119:14, 120:20
**assisted** [1] - 107:4
**associate** [1] - 57:24
**associated** [3] - 23:2, 98:6, 98:13
**attached** [6] - 15:16, 16:15, 24:22, 70:14, 76:11, 76:12
**attaches** [1] - 25:15
**attachment** [1] - 12:24, 13:1, 13:5, 41:16, 41:19, 46:7,

46:8, 47:2, 67:13,
67:16, 67:17, 67:24
**attachments** [1] -
15:24
**attempted** [14] - 9:11,
9:15, 11:9, 11:11,
18:22, 23:23, 37:20,
37:21, 37:23, 40:13,
54:14, 55:2, 55:5,
59:24
**attempts** [1] - 60:1
**attend** [11] - 12:8,
18:2, 38:17, 53:22,
54:3, 57:3, 68:11,
74:5, 104:25,
108:22, 122:14
**attended** [11] - 53:11,
89:8, 89:9, 94:6,
95:8, 101:25,
105:14, 106:17,
106:18, 107:9, 120:5
**attendee** [2] - 45:18,
45:22
**attendees** [3] - 39:20,
40:1, 113:1
**attention** [11] - 4:23,
8:20, 25:23, 30:12,
33:21, 34:14, 39:17,
44:24, 70:9, 72:16,
97:19
**attest** [1] - 32:9
**ATTORNEY'S** [1] -
1:20
**August** [1] - 9:5
**Australia** [1] - 120:13
**Australian** [2] - 120:9,
120:20
**Austria** [3] - 26:12,
30:25, 31:21
**auth** [1] - 67:4
**authority** [1] - 32:19
**authorization** [1] -
63:14
**authorized** [1] - 35:21
**available** [2] - 78:17,
96:21
**Avenue** [1] - 1:15
**award** [4] - 92:13,
92:17, 106:24, 124:6
**Award** [2] - 90:15,
92:8
**Awards** [43] - 5:13,
5:19, 22:11, 22:13,
22:20, 22:25, 23:2,
23:6, 23:8, 23:23,
24:7, 27:1, 28:10,
28:18, 28:21, 29:9,
35:3, 54:1, 55:20,
56:12, 88:22, 88:23,
89:1, 89:4, 89:16,

89:20, 90:1, 90:9,
92:18, 93:1, 93:4,
93:16, 94:4, 94:8,
94:12, 94:15, 98:24,
99:10, 99:13, 107:2,
108:22, 109:4, 122:2
**awards** [4] - 28:21,
53:21, 89:7, 89:17
**Awards-type** [1] -
99:13
**aware** [18] - 93:21,
95:4, 95:8, 96:15,
98:5, 98:8, 98:16,
99:22, 100:1,
101:13, 101:17,
105:16, 108:19,
112:1, 113:2, 120:8,
121:18, 122:17

## B

**background** [6] -
50:4, 85:5, 85:14,
85:15, 85:20, 114:11
**bad** [5] - 5:1, 90:13,
96:24, 99:3, 104:17
**balance** [1] - 36:18
**ballroom** [4] - 114:3,
114:9, 114:11,
114:12
**ballrooms** [1] - 89:14
**bank** [24] - 19:11,
19:12, 26:11, 27:4,
29:9, 30:7, 30:24,
31:3, 31:7, 31:20,
34:1, 34:3, 34:20,
35:6, 35:7, 35:11,
35:18, 36:17, 52:16,
70:6, 72:25, 100:25,
110:14, 110:15
**Bank** [10] - 19:13,
26:12, 27:5, 30:25,
31:7, 32:11, 34:4,
34:21, 35:8, 72:25
**banking** [2] - 19:20,
32:11
**banner** [1] - 117:22
**banquet** [1] - 55:14
**Barrett** [1] - 108:3
**based** [3] - 21:3,
53:10, 79:10
**beaches** [1] - 87:13
**became** [1] - 98:8
**beer** [1] - 106:22
**BEFORE** [1] - 1:10
**beginning** [4] - 4:24,
52:2
**begins** [2] - 44:25,
60:9
**behalf** [2] - 4:19,

118:21
**behind** [3] - 6:18,
49:8, 49:20
**belonging** [1] - 35:11
**belongs** [1] - 43:21
**below** [2] - 43:2, 79:18
**bench** [2] - 93:25,
126:23
**BENTON** [1] - 1:6
**Benton** [87] - 9:16,
11:10, 11:11, 11:13,
11:21, 15:15, 18:23,
18:24, 20:17, 21:19,
24:21, 25:1, 25:3,
26:7, 29:5, 29:23,
35:22, 37:19, 37:20,
37:22, 37:23, 38:2,
40:14, 40:15, 40:17,
40:19, 40:21, 40:23,
40:25, 41:5, 41:24,
44:25, 46:5, 46:22,
47:15, 47:17, 48:4,
48:6, 48:8, 54:16,
54:21, 59:24, 60:1,
60:3, 60:5, 61:14,
62:2, 62:10, 63:21,
67:3, 68:12, 68:23,
71:11, 71:23, 73:19,
77:9, 79:2, 81:9,
81:14, 85:4, 85:10,
95:20, 97:4, 97:7,
97:16, 98:5, 99:23,
100:1, 101:13,
101:18, 101:22,
102:5, 102:12,
102:14, 104:24,
105:15, 107:4,
107:10, 108:15,
115:24, 121:7,
121:13, 121:21,
122:1, 124:4,
124:15, 126:19
**Benton's** [9] - 71:12,
79:8, 97:24, 100:8,
100:20, 102:5,
102:6, 102:9, 102:21
**Bentor** [2] - 80:1, 80:7
**best** [3] - 62:6, 106:23,
127:14
**better** [2] - 85:18, 91:1
**between** [19] - 9:10,
12:11, 23:5, 27:14,
40:4, 40:7, 47:13,
64:2, 64:8, 64:10,
64:14, 81:6, 81:11,
118:21, 119:4,
122:1, 124:15,
124:16, 126:9
**big** [2] - 12:7, 94:9
**bigger** [1] - 60:13

**bill** [2] - 71:14, 72:10
**billing** [3] - 35:23,
36:2, 71:4
**billionaire** [3] - 84:17,
92:9, 92:16
**bipartisan** [1] - 100:18
**Bird** [1] - 91:12
**birth** [3] - 24:2, 45:17,
45:20
**birthday** [1] - 5:24
**bit** [13] - 17:12, 17:17,
19:10, 20:12, 53:20,
58:9, 58:10, 59:12,
59:17, 60:9, 63:6,
68:6, 73:1
**blasted** [1] - 116:24
**blog** [1] - 66:11
**blue** [3] - 49:6, 49:18,
86:21
**bob** [1] - 91:8
**body** [2] - 17:6, 67:10
**book** [1] - 86:21
**books** [1] - 82:20
**born** [1] - 32:16
**bother** [1] - 62:2
**bottom** [31] - 10:5,
10:7, 10:14, 13:14,
14:7, 14:8, 17:12,
19:2, 20:13, 24:14,
24:16, 26:8, 28:13,
30:21, 32:8, 38:14,
44:25, 57:6, 61:25,
65:16, 66:4, 68:17,
71:13, 72:10, 79:22,
90:11, 100:15,
117:23, 118:1,
118:8, 120:7
**bought** [1] - 63:11
**box** [5] - 32:8, 52:13,
63:18, 68:11, 80:4
**bragged** [1] - 115:7
**brain** [1] - 63:13
**break** [4] - 69:13,
69:15, 72:2, 125:1
**Brendan** [1] - 28:15
**BRIAN** [1] - 2:2
**brief** [1] - 98:14
**briefing** [1] - 17:7
**briefly** [5] - 6:20, 7:24,
8:8, 16:2, 86:7
**bright** [1] - 58:6
**bring** [20] - 4:5, 6:2,
9:3, 10:2, 11:5,
11:15, 13:12, 14:6,
15:10, 16:11, 17:1,
18:14, 21:6, 29:19,
48:13, 58:8, 73:11,
92:18, 93:1, 93:4
**broadcast** [1] - 92:13
**broker** [1] - 33:12

**brought** [1] - 4:6
**BTW** [1] - 53:7
**bug** [1] - 12:7
**Burnett** [1] - 111:22
**burnett** [1] - 113:12
**Bush** [5] - 38:18,
66:12, 82:10, 89:6,
91:9
**Business** [1] - 33:10
**business** [8] - 83:2,
84:21, 87:7, 92:9,
92:14, 92:16,
118:15, 124:6
**businessman** [1] -
84:15
**busy** [1] - 82:3
**buy** [2] - 38:15, 38:16
**BY** [37] - 2:6, 4:22,
7:16, 8:13, 25:13,
36:9, 50:14, 51:1,
54:25, 65:14, 70:5,
74:18, 82:6, 83:20,
84:14, 88:8, 90:7,
91:23, 95:3, 99:9,
101:24, 102:4,
102:19, 103:20,
104:15, 109:7,
111:7, 112:22,
113:9, 113:22,
114:8, 115:3, 117:8,
119:2, 119:22,
122:12, 123:6

## C

**Caitlin** [8] - 15:15,
52:4, 60:16, 63:25,
67:3, 68:3, 75:14,
111:22
**camera** [1] - 65:23
**campaign** [10] - 58:5,
77:15, 78:16, 78:20,
79:21, 94:10,
118:22, 118:23,
119:5, 119:6
**campaigns** [1] - 78:24
**cancel** [1] - 5:3
**cancelling** [1] - 52:11
**cannot** [1] - 68:11
**Canyonville** [1] -
94:13
**Capitol** [7] - 103:22,
104:19, 105:2,
105:13, 105:17,
105:19, 124:11
**Cara** [5] - 12:15,
12:17, 12:18, 13:16
**card** [15] - 42:13,
42:16, 43:18, 43:21,
44:2, 44:5, 44:13,

68:18, 68:23, 68:24, 69:8, 71:21, 71:24, 72:5, 72:18
**Caribbean** [6] - 12:6, 17:15, 17:22, 18:1, 18:7, 85:3
**Carlton** [8] - 38:6, 38:7, 43:1, 43:11, 43:25, 44:10, 108:7, 108:14
**Carolina** [2] - 57:16, 121:9
**Carter** [3] - 54:3, 55:7, 126:13
**case** [11] - 66:10, 95:11, 99:23, 100:21, 102:15, 120:15, 123:17, 125:12, 125:20, 126:14, 126:20
**cash** [1] - 33:15
**caught** [1] - 12:6
**CC** [4] - 28:14, 29:4, 67:4, 97:16
**CD** [3] - 50:15, 50:18, 50:22
**celebration** [1] - 28:21
**celebrities** [4] - 96:9, 96:20, 96:25, 97:5
**celebrity** [3] - 95:13, 97:1, 124:5
**cell** [3] - 49:1, 68:14, 111:11
**Center** [1] - 126:13
**ceremony** [1] - 89:7
**certain** [2] - 85:19, 105:24
**CERTIFICATE** [1] - 127:9
**Certified** [1] - 127:17
**certify** [1] - 127:11
**cetera** [1] - 20:23
**Chaclan** [1] - 126:12
**chain** [2] - 20:8, 60:8
**chairman** [1] - 91:13
**chairperson** [1] - 91:3
**challenge** [1] - 94:9
**chaotic** [1] - 58:6
**charge** [1] - 72:12
**charged** [1] - 44:2
**charges** [1] - 72:11
**charitable** [1] - 92:14
**charities** [2] - 23:20, 98:22
**charity** [5] - 89:16, 89:17, 92:11, 120:1, 120:3
**Charity** [43] - 5:13, 5:19, 22:11, 22:13, 22:20, 22:25, 23:2,

23:6, 23:8, 23:23, 24:7, 27:1, 28:9, 28:18, 28:21, 29:9, 35:3, 54:1, 55:20, 56:12, 88:22, 88:23, 89:1, 89:3, 89:16, 89:20, 90:1, 90:9, 92:18, 93:1, 93:4, 93:16, 94:4, 94:8, 94:12, 94:15, 98:24, 99:10, 99:13, 107:2, 108:22, 109:4, 122:1
**chart** [5] - 7:18, 8:14, 9:14, 79:8, 124:13
**check** [13] - 25:5, 52:12, 52:15, 52:18, 52:21, 52:23, 53:1, 57:23, 77:18, 77:24, 85:14, 85:15, 85:20
**checked** [1] - 68:11
**checking** [2] - 38:4, 38:5
**checks** [1] - 103:10
**chief** [1] - 12:1
**Christian** [5] - 94:13, 94:16, 122:6, 122:7, 122:14
**circling** [1] - 118:12
**CIS** [4] - 22:12, 22:14, 22:16, 22:21
**citizenship** [1] - 32:15
**city** [2] - 31:18, 33:18
**civilian** [1] - 6:16
**claim** [1] - 94:4
**clarify** [4] - 35:5, 42:2, 53:22, 67:7
**clear** [7] - 54:10, 60:23, 103:13, 103:14, 105:11, 108:1, 108:4
**cleared** [3] - 103:16, 107:14
**CLERK** [1] - 69:20
**client** [1] - 56:9
**close** [1] - 27:13
**closely** [2] - 17:11, 19:10
**closer** [1] - 110:10
**closing** [2] - 54:20, 71:4
**Co** [5] - 26:12, 30:25, 31:7, 32:12, 35:8
**co** [2] - 88:23, 89:3
**co-founder** [2] - 88:23, 89:3
**code** [1] - 68:25
**collect** [1] - 113:13
**color** [1] - 67:20
**colored** [1] - 67:24
**COLUMBIA** [2] - 1:1,

1:21
**column** [1] - 70:8
**commentary** [2] - 38:19, 53:7, 74:1
**commentator** [1] - 82:22
**commented** [1] - 118:18
**comments** [1] - 118:17
**commission** [4] - 108:19, 108:21, 109:8, 109:17
**Committee** [3] - 52:19, 79:19, 79:20
**committee** [2] - 52:24, 79:21
**committees** [1] - 53:2, 78:25
**Commonwealth** [1] - 22:17
**communicating** [1] - 47:11
**communication** [3] - 9:6, 37:16, 47:13
**communications** [14] - 11:8, 21:14, 21:17, 27:14, 29:22, 32:4, 32:5, 40:12, 48:3, 64:10, 64:14, 73:17, 118:21, 119:4
**company** [6] - 88:17, 96:17, 106:1, 106:11, 108:18, 119:9
**complete** [1] - 127:13
**compliance** [1] - 32:12
**comprised** [1] - 22:18
**concerns** [1] - 32:13
**conduct** [1] - 102:14
**conducted** [1] - 101:8
**conferring** [3] - 7:14, 87:21, 87:24
**confirm** [2] - 7:4, 43:5
**confirmation** [1] - 41:20
**confusion** [2] - 67:6, 67:12
**connect** [1] - 73:24
**connected** [1] - 119:4
**connection** [3] - 23:5, 83:11, 86:24
**consultancy** [1] - 102:21
**consultant** [3] - 68:13, 97:25, 98:1
**consultants** [5] - 23:19, 33:14, 97:22, 98:21, 99:19

**consultations** [1] - 33:13
**consulted** [1] - 99:23
**consulting** [5] - 19:21, 24:4, 24:6, 27:1, 35:3
**CONT'D** [1] - 2:1
**contact** [13] - 9:9, 9:11, 9:15, 11:11, 18:22, 41:22, 55:21, 56:9, 59:24, 60:3, 73:12, 107:16, 108:17
**contacted** [3] - 48:7, 96:21, 100:1
**contacts** [2] - 47:15, 105:17
**contain** [1] - 31:10
**contained** [1] - 64:6
**contemporaneous** [2] - 110:7, 110:12
**contents** [1] - 50:15
**context** [3] - 45:16, 110:22, 120:7
**continue** [2] - 4:13, 23:25
**continued** [1] - 126:21
**CONTINUED** [1] - 4:21
**contribute** [5] - 68:12, 74:14, 74:21, 74:24, 74:25
**contributed** [2] - 81:17, 81:22
**contribution** [15] - 16:14, 62:25, 67:18, 68:2, 68:6, 68:24, 69:1, 72:3, 73:13, 74:25, 75:3, 78:11, 79:17, 80:10, 80:23
**contributions** [11] - 77:19, 77:25, 78:17, 78:20, 79:1, 79:9, 79:23, 81:2, 81:4, 81:20, 100:9
**contributor** [4] - 68:10, 79:25, 80:4, 80:15
**contributors** [1] - 77:14
**control** [1] - 58:4
**conversations** [1] - 111:23
**Coordinated** [3] - 6:18, 6:24, 8:3
**copied** [1] - 15:15
**copies** [4] - 25:1, 25:15, 28:2, 75:17
**copy** [5] - 25:3, 29:2, 76:25, 77:3
**Coretta** [1] - 91:8

**Corner** [2] - 55:10, 55:15
**Corps** [1] - 28:23
**correct** [23] - 54:21, 59:6, 82:19, 83:3, 85:9, 93:7, 95:19, 95:21, 97:3, 97:10, 99:14, 99:20, 105:8, 106:22, 107:2, 111:14, 112:4, 112:7, 112:13, 114:1, 114:21, 114:23, 121:4
**correcting** [1] - 10:13
**correctly** [1] - 14:22
**corresponded** [1] - 43:6
**correspondence** [1] - 6:25
**counsel** [7] - 7:14, 64:21, 87:21, 87:24, 99:23, 100:1, 100:4
**countries** [1] - 17:21
**country** [2] - 33:1, 33:17
**couple** [4] - 57:16, 63:11, 66:16, 121:9
**course** [6] - 5:21, 11:22, 17:25, 20:20, 27:20, 45:10, 55:1, 67:19, 69:7, 70:17, 75:2, 78:5, 78:10, 80:13, 106:22
**court** [11] - 4:4, 4:10, 15:21, 32:3, 65:10, 69:19, 69:24, 95:1, 111:5, 120:17, 125:10
**Court** [3] - 2:6, 2:7, 127:1
**COURT** [65] - 1:1, 4:5, 4:7, 4:11, 7:11, 8:10, 25:8, 36:5, 50:11, 51:15, 54:19, 54:23, 64:21, 64:24, 65:8, 65:11, 69:12, 69:25, 74:16, 81:25, 82:2, 83:19, 84:13, 88:6, 90:4, 91:19, 93:25, 94:18, 94:24, 95:2, 99:1, 99:5, 101:23, 102:3, 102:18, 103:19, 104:7, 104:11, 104:14, 109:6, 110:4, 110:9, 110:24, 111:3, 111:6, 112:20, 113:8, 113:13, 113:19, 114:7, 115:2, 117:6,

118:25, 119:21,
122:10, 123:4,
124:21, 124:24,
125:11, 125:19,
125:22, 125:25,
126:3, 126:12,
126:23
**courthouse** [1] - 82:4
**courtroom** [2] - 69:21,
125:7
**cover** [3] - 87:18, 88:9,
94:9
**covers** [1] - 87:16
**crazy** [1] - 52:10
**create** [1] - 7:24
**created** [2] - 7:22,
79:8
**credit** [13] - 30:17,
34:7, 34:13, 42:13,
42:16, 43:18, 43:21,
44:2, 44:5, 44:13,
68:18, 68:23, 72:5
**credited** [1] - 77:16
**Criminal** [1] - 1:3
**crisis** [1] - 120:13
**cross** [1] - 64:1
**CROSS** [1] - 82:5
**Cross** [1] - 3:2
**CROSS-
EXAMINATION** [1] -
82:5
**cross-reference** [1] -
64:1
**CT** [1] - 13:22
**culling** [3] - 120:9,
120:13, 120:21
**current** [1] - 102:24
**customer** [2] - 33:24,
34:17
**cycle** [2] - 77:20, 78:1

**D**

**D.C** [11] - 1:6, 1:16,
1:19, 1:22, 2:4,
56:25, 82:17, 89:14,
96:5, 103:2, 106:13
**dais** [1] - 92:23
**database** [1] - 85:25
**database-wise** [1] -
85:25
**databases** [3] - 85:19,
85:21
**date** [66] - 5:9, 6:11,
7:19, 9:8, 10:14,
10:25, 11:16, 13:10,
14:2, 14:7, 16:6,
18:9, 21:1, 21:8,
21:24, 24:2, 25:17,
25:23, 25:24, 26:21,

27:9, 27:11, 29:6,
29:22, 30:12, 30:13,
36:2, 39:8, 41:6,
42:20, 42:22, 42:24,
42:25, 44:1, 44:11,
44:19, 44:21, 45:17,
45:20, 46:13, 46:23,
52:5, 55:16, 56:9,
56:22, 57:7, 57:24,
58:17, 61:6, 62:18,
63:3, 63:15, 65:25,
66:4, 66:24, 67:7,
72:13, 72:20, 73:15,
76:3, 77:10, 117:1,
125:2
**dated** [1] - 50:23
**daughter** [1] - 84:5
**DAY** [1] - 1:10
**day-to-day** [1] - 97:24
**Daylight** [10] - 8:22,
11:2, 11:18, 15:18,
16:9, 18:12, 19:17,
46:17, 58:19, 61:3
**days** [4] - 8:24, 9:2,
37:2, 37:4
**DC** [1] - 12:8
**dear** [1] - 62:2
**debate** [3] - 38:19,
53:7, 74:1
**December** [1] - 77:11
**deep** [2] - 86:8, 86:18
**Defendant** [3] - 1:7,
54:17, 104:16
**defendant** [91] - 9:6,
9:10, 9:19, 13:15,
13:25, 16:13, 16:15,
16:18, 17:3, 17:13,
18:1, 18:17, 18:18,
19:2, 19:5, 19:8,
20:19, 21:3, 21:13,
22:4, 24:7, 24:9,
25:14, 27:7, 27:15,
27:17, 27:25, 28:9,
29:13, 37:3, 37:6,
37:8, 37:12, 37:17,
38:15, 38:23, 39:2,
39:10, 39:16, 40:8,
40:9, 41:11, 41:13,
45:11, 45:23, 47:9,
47:11, 47:14, 47:22,
47:24, 52:9, 52:15,
52:16, 53:6, 53:10,
53:24, 54:14, 54:16,
54:21, 55:2, 56:25,
57:3, 57:22, 58:23,
59:3, 59:18, 60:10,
60:11, 60:24, 62:11,
62:24, 63:8, 64:2,
64:10, 66:18, 68:9,
68:18, 69:3, 70:18,

72:4, 73:12, 73:13,
73:23, 74:13, 74:20,
74:24, 80:15, 81:6,
81:11, 81:16, 81:22
**DEFENDANT** [2] - 2:2,
126:22
**defendant's** [16] -
11:7, 27:21, 28:3,
28:6, 29:22, 36:17,
48:2, 63:18, 64:5,
64:16, 68:4, 71:16,
72:17, 73:17, 78:19,
88:4
**Defendant's** [8] - 3:9,
3:10, 3:11, 87:20,
87:23, 90:8, 108:25,
110:1
**defense** [3] - 94:19,
117:6, 125:24
**Defense** [4] - 104:9,
104:12, 117:3,
117:10
**defunct** [2] - 94:4,
102:23
**delay** [3] - 57:19,
60:20, 61:15
**deleted** [1] - 63:21
**delivered** [1] - 75:9
**demonstrating** [1] -
94:8
**demonstrative** [2] -
8:6, 51:12
**DEPARTMENT** [2] -
1:14, 1:18
**departure** [3] - 44:1,
44:11, 44:21
**deposits** [1] - 36:4
**deprived** [1] - 58:7
**depth** [1] - 21:23
**describe** [15] - 6:20,
7:24, 11:6, 16:2,
18:21, 21:16, 21:18,
28:19, 29:20, 37:16,
40:11, 47:13, 48:2,
59:23, 73:16
**description** [2] - 92:3,
92:22
**desk** [1] - 63:14
**detail** [1] - 68:7
**details** [2] - 10:11,
43:2
**determine** [3] - 77:18,
77:24, 107:13
**determined** [1] - 83:4
**died** [1] - 83:15
**difference** [1] - 64:8
**difficult** [1] - 57:18
**digital** [1] - 75:24
**digits** [6] - 42:15,
43:19, 44:4, 44:5,

44:13, 71:24
**dime** [2] - 28:20,
119:25
**dinner** [20] - 5:19,
5:24, 24:7, 27:1,
35:3, 53:21, 55:20,
56:12, 89:13,
106:14, 106:17,
106:20, 106:24,
107:2, 107:5, 107:9,
108:22, 109:4,
120:3, 122:3
**direct** [11] - 4:13,
39:16, 69:14, 70:9,
72:16, 93:6, 97:19,
98:3, 110:18, 126:8,
126:19
**Direct** [1] - 3:2
**DIRECT** [1] - 4:21
**directing** [6] - 25:9,
25:23, 30:12, 33:21,
34:14, 44:24
**directly** [2] - 27:15,
78:12
**director** [2] - 12:15,
12:18
**discuss** [5] - 58:10,
69:15, 100:1,
125:22, 126:8
**discussed** [1] - 112:3
**discussing** [1] - 20:8
**discussion** [2] -
121:23, 121:25
**display** [1] - 51:19
**distinguished** [1] -
92:7
**DISTRICT** [4] - 1:1,
1:1, 1:11, 1:21
**District** [2] - 2:7, 2:7
**dive** [3] - 86:8, 86:18,
100:20
**document** [18] - 7:17,
7:22, 8:6, 25:22,
26:8, 26:13, 26:18,
30:21, 32:24, 34:6,
34:9, 34:23, 35:1,
41:3, 46:10, 55:13,
92:2, 109:2
**documentation** [1] -
28:8
**documents** [5] - 28:2,
31:6, 31:8, 78:25,
79:3
**Donald** [17] - 6:5, 6:6,
6:7, 13:7, 29:1,
48:15, 49:10, 53:11,
58:10, 79:20, 79:21,
79:24, 80:16, 97:8,
118:9, 119:5, 123:10
**donate** [2] - 23:20,

98:22
**donation** [3] - 14:13,
14:16, 124:7
**donations** [2] - 66:16,
99:20
**done** [6] - 93:13,
100:20, 101:4,
101:6, 103:10,
126:13
**Doug** [31] - 4:24, 6:1,
9:14, 10:11, 10:18,
11:9, 11:12, 11:13,
14:12, 20:2, 21:19,
24:19, 38:17, 38:18,
38:23, 45:6, 46:5,
46:22, 53:7, 55:24,
59:11, 61:9, 63:12,
65:18, 73:25, 76:6,
76:23, 77:7, 103:7,
116:9, 117:13
**doug** [1] - 10:20
**Douglas** [2] - 42:7,
43:25
**down** [39] - 5:23, 8:19,
10:5, 14:23, 20:12,
23:25, 27:13, 29:25,
31:1, 32:9, 33:8,
35:9, 37:1, 43:2,
44:12, 48:13, 50:5,
51:22, 53:19, 56:24,
57:11, 58:8, 61:25,
65:17, 67:5, 68:19,
69:6, 72:8, 72:10,
78:15, 80:11, 91:11,
96:11, 98:20,
110:16, 117:9, 126:8
**draw** [1] - 4:23
**drop** [1] - 43:10
**drop-off** [1] - 43:10
**dropped** [1] - 52:13
**dual** [1] - 32:15
**due** [1] - 94:16
**during** [8] - 11:22,
27:20, 32:6, 60:23,
70:17, 92:11,
101:22, 112:3

**E**

**e-mail** [139] - 4:23, 5:9,
5:17, 5:21, 6:4, 6:11,
6:22, 7:1, 7:3, 8:22,
9:9, 10:4, 10:5, 10:7,
10:14, 10:25, 11:2,
11:16, 12:20, 13:5,
13:14, 14:2, 14:7,
14:8, 14:11, 14:19,
15:3, 15:7, 15:12,
15:16, 17:3, 17:12,
18:9, 18:10, 18:18,

19:8, 19:10, 20:8,
20:11, 21:3, 21:9,
21:23, 21:24, 22:1,
22:6, 22:9, 24:15,
24:16, 25:15, 25:17,
28:6, 28:13, 28:16,
29:2, 29:4, 29:6,
29:8, 29:16, 30:1,
31:22, 31:25, 38:2,
38:11, 38:14, 39:1,
40:7, 41:4, 41:6,
41:10, 41:11, 41:14,
41:16, 44:25, 45:14,
46:4, 46:5, 46:20,
46:21, 46:22, 47:2,
52:2, 52:3, 52:5,
53:5, 53:10, 57:6,
57:7, 57:21, 58:13,
58:24, 59:5, 59:6,
59:8, 59:16, 60:15,
61:2, 61:6, 61:16,
61:19, 61:21, 61:25,
62:7, 62:16, 62:18,
62:21, 63:3, 63:4,
63:7, 63:22, 63:24,
63:25, 64:18, 65:1,
65:16, 65:25, 66:4,
66:5, 66:24, 67:2,
67:3, 67:8, 67:11,
67:17, 68:3, 68:15,
70:14, 73:22, 76:2,
76:3, 76:12, 76:22,
77:6, 96:25, 97:2,
99:15, 119:24,
120:7, 121:5
**e-mailed** [3] - 24:21,
75:10, 75:24
**e-mailing** [1] - 115:24
**e-mails** [23] - 5:2,
6:21, 7:5, 7:8, 7:18,
8:1, 8:2, 13:13, 25:3,
28:5, 63:11, 63:18,
63:22, 64:1, 64:5,
74:12, 74:13, 74:19,
74:20, 100:23,
103:7, 110:12, 124:3
**early** [1] - 121:25
**easier** [2] - 20:3, 20:14
**eastern** [4] - 11:10,
22:14, 23:13, 23:14
**Eastern** [21] - 7:21,
8:4, 8:17, 8:22, 11:2,
11:18, 14:5, 15:18,
16:9, 18:12, 19:17,
46:17, 58:19, 61:2,
92:18, 93:1, 93:5,
93:14, 98:24, 99:14,
113:24
**economic** [1] - 119:18
**effect** [1] - 30:7

**effective** [1] - 22:10
**either** [4] - 13:18,
21:3, 87:5, 114:22
**election** [14] - 6:9,
14:17, 14:24, 14:25,
15:4, 15:5, 15:7,
77:19, 77:25, 78:1,
78:8, 78:13, 78:19
**electronic** [2] - 27:24,
107:22
**Eleventh** [1] - 1:22
**email** [2] - 15:24,
16:14
**employees** [1] - 40:8
**employer** [2] - 68:13,
80:21
**enabled** [1] - 105:18
**encouraging** [1] -
28:19
**End** [1] - 56:13
**end** [4] - 25:12, 84:2,
84:11, 125:2
**ended** [1] - 47:20
**ending** [2] - 44:7,
68:24
**English** [3] - 112:5,
112:6, 112:8
**enter** [1] - 103:14
**enters** [1] - 69:21
**entire** [1] - 85:11
**entity** [4] - 94:16,
102:20, 102:23,
106:4
**entries** [3] - 18:16,
21:12, 79:18
**ERIN** [1] - 4:18
**Erin** [1] - 3:4
**ESQ** [5] - 1:14, 1:17,
1:20, 2:2, 2:2
**essentially** [2] - 96:6,
120:19
**establish** [1] - 65:3
**established** [1] -
120:3
**estimate** [1] - 84:1
**et** [1] - 20:22
**Europe** [12] - 22:14,
23:9, 23:13, 23:15,
92:18, 93:1, 93:5,
93:14, 98:24, 99:14,
113:24
**event** [63] - 12:7, 13:7,
13:20, 13:22, 16:5,
16:6, 18:2, 28:10,
28:22, 37:3, 37:5,
38:13, 43:13, 45:18,
48:11, 48:14, 48:18,
48:20, 48:24, 50:8,
50:19, 52:24, 53:2,
53:11, 53:14, 53:23,

54:1, 54:3, 54:5,
54:10, 54:15, 55:3,
55:6, 55:8, 55:14,
56:9, 56:22, 57:3,
57:25, 58:2, 58:3,
62:21, 67:4, 74:3,
74:5, 74:6, 74:11,
89:8, 92:11, 92:13,
94:14, 100:2,
107:12, 107:14,
107:23, 111:9,
111:19, 120:1,
121:23, 121:24,
122:2, 122:14, 124:8
**events** [6] - 12:10,
13:2, 58:4, 87:14,
95:11, 102:15
**eventually** [1] - 116:21
**evidence** [33] - 5:17,
14:25, 15:4, 22:24,
23:12, 23:14, 23:22,
24:11, 27:17, 27:25,
39:5, 42:13, 53:14,
54:14, 54:18, 55:2,
55:5, 60:24, 62:24,
70:18, 70:24, 74:8,
78:5, 78:10, 88:3,
93:24, 94:4, 96:2,
107:22, 111:24,
116:12, 123:8, 124:2
**EVIDENCE** [1] - 3:8
**exact** [2] - 106:18,
120:5
**examination** [1] - 4:14
**EXAMINATION** [2] -
4:21, 82:5
**examined** [1] - 4:20
**example** [1] - 112:2
**exceptions** [1] - 108:5
**excited** [1] - 97:11
**execute** [1] - 27:21
**Exhibit** [114] - 3:9,
3:10, 3:11, 6:2, 7:13,
8:21, 9:4, 10:3, 11:5,
11:15, 12:13, 13:12,
14:6, 15:11, 16:12,
17:2, 17:17, 18:4,
18:15, 19:1, 20:7,
21:6, 21:7, 21:11,
21:22, 24:14, 25:21,
26:16, 28:12, 29:11,
29:19, 30:8, 31:5,
35:13, 37:9, 37:25,
38:13, 39:5, 39:13,
39:14, 40:6, 41:2,
43:15, 43:23, 44:23,
46:3, 46:19, 47:8,
48:22, 52:1, 53:4,
54:7, 55:12, 57:5,
58:12, 58:22, 59:1,

59:19, 60:7, 61:5,
61:18, 61:24, 63:2,
65:15, 66:3, 67:1,
67:22, 69:11, 70:7,
70:13, 71:2, 72:2,
72:8, 72:9, 72:24,
73:11, 73:21, 76:1,
76:21, 77:5, 78:22,
79:6, 79:11, 80:3,
80:12, 86:20, 87:3,
87:20, 87:23, 88:3,
88:6, 88:9, 89:25,
95:16, 95:23, 97:15,
100:11, 100:12,
103:6, 103:25,
104:2, 104:9,
104:12, 104:16,
105:21, 106:7,
109:1, 109:21,
110:1, 115:22,
115:24, 116:8,
117:3, 123:9
**exhibit** [41] - 7:15,
7:20, 8:10, 9:18,
13:3, 17:10, 17:18,
17:20, 25:6, 27:10,
27:13, 31:10, 32:18,
35:14, 35:20, 36:1,
36:8, 39:4, 39:6,
39:15, 44:8, 44:9,
47:4, 48:23, 56:5,
56:15, 56:20, 67:15,
71:19, 72:1, 72:15,
73:2, 76:14, 76:17,
78:23, 79:3, 79:7,
80:3, 98:21, 104:4,
104:10
**exhibits** [2] - 51:5,
91:18
**Exhibits** [10] - 44:6,
44:14, 47:10, 50:13,
50:25, 51:3, 51:13,
51:18, 51:20, 104:6
**EXHIBITS** [1] - 3:8
**exist** [1] - 63:22
**exits** [1] - 125:7
**expand** [1] - 23:23
**expected** [1] - 39:21
**explain** [6] - 6:14,
9:12, 10:6, 79:22,
80:19, 85:15
**Express** [6] - 68:20,
69:8, 71:3, 71:8,
73:3, 73:9
**extent** [1] - 86:17
**eyes** [2] - 92:5, 92:20

---

**F**

---

**face** [2] - 52:14, 62:15

**fact** [6] - 53:14, 82:16,
94:16, 100:3,
100:13, 113:17
**fair** [6] - 87:7, 94:18,
95:14, 98:10,
115:19, 115:21
**fairly** [1] - 125:13
**Fame** [2] - 122:21,
123:10
**familial** [1] - 81:5,
81:11
**familiar** [1] - 86:23
**family** [6] - 100:13,
102:5, 102:6, 102:7,
102:9
**famous** [2] - 5:18,
54:8
**fancy** [1] - 88:12
**fans** [1] - 66:13
**far** [4] - 107:7, 116:16,
123:19, 123:20
**farted** [1] - 63:13
**fashioned** [1] - 90:12
**father** [1] - 102:10
**fax** [1] - 56:11
**FBI** [8] - 85:7, 85:16,
101:6, 116:19,
123:23, 123:25,
124:10
**FCRR** [3] - 2:6,
127:11, 127:17
**featured** [2] - 92:15,
92:16
**FEC** [7] - 77:18, 77:24,
78:24, 78:25, 79:25,
80:23, 125:17
**FEC's** [1] - 79:4
**federal** [4] - 77:19,
77:25, 78:19, 79:1,
79:9
**FedEx** [2] - 75:14,
77:4
**few** [4] - 39:17, 39:20,
99:5, 122:4
**file** [2] - 75:10, 78:25
**files** [2] - 15:17, 76:13
**filings** [1] - 79:25
**fill** [1] - 68:9
**filled** [1] - 56:8
**final** [3] - 19:12, 27:4,
56:18
**finalized** [1] - 58:2
**finance** [2] - 12:15,
12:18
**financial** [4] - 33:13,
33:14, 33:15
**first** [15] - 9:23, 12:3,
14:10, 18:16, 22:8,
25:20, 28:18, 36:16,
36:20, 45:15, 56:20,

71:10, 89:11, 100:13, 117:4
**First** [1] - 92:9
**fish** [1] - 60:13
**fishing** [1] - 87:14
**five** [3] - 17:22, 64:17, 71:24
**Floor** [2] - 1:16, 1:22
**flows** [1] - 33:15
**fly** [1] - 12:7
**focus** [3] - 10:3, 39:14, 60:9
**focusing** [3] - 26:8, 30:21, 36:4
**Focusing** [1] - 36:10
**folks** [5] - 19:22, 82:2, 91:9, 126:18, 126:25
**followers** [3] - 86:9, 86:10, 116:25
**following** [12] - 4:3, 4:9, 32:14, 64:22, 65:9, 69:18, 69:23, 94:1, 94:25, 110:5, 111:4, 125:9
**follows** [1] - 4:20
**footage** [1] - 96:13
**footer** [1] - 117:23
**FOR** [5] - 1:1, 1:14, 1:21, 2:2, 3:3
**Forbes** [1] - 92:16
**forced** [2] - 101:13, 101:18
**Ford** [1] - 91:12
**foregoing** [1] - 127:12
**foreground** [2] - 50:3, 114:10
**foreign** [7] - 31:3, 34:10, 34:24, 92:12, 112:14, 113:24, 119:13
**forgot** [1] - 63:13
**form** [9] - 67:18, 67:20, 68:2, 68:6, 72:4, 73:13, 74:25, 78:24, 96:7
**formal** [3] - 98:18, 117:18, 117:19
**format** [7] - 75:8, 75:22, 75:24, 75:25, 76:25, 77:3
**former** [5] - 22:19, 38:18, 89:9, 89:11, 96:22
**forth** [1] - 124:14
**forward** [3] - 14:14, 24:5, 88:1
**forwarded** [3] - 70:18, 70:21, 70:24
**forwards** [2] - 19:16, 20:17

**foundation** [3] - 93:14, 109:5, 113:7
**founded** [1] - 88:22
**founder** [3] - 88:23, 89:3
**four** [11] - 9:24, 10:1, 41:15, 42:15, 43:19, 44:4, 44:5, 44:13, 48:8, 62:22, 106:22
**Fourth** [2] - 1:21, 2:8
**FOX** [1] - 38:19
**Fox** [1] - 38:21
**frame** [2] - 93:19, 95:11
**Franklin** [17] - 15:15, 39:16, 39:23, 41:11, 52:4, 60:16, 60:17, 60:25, 61:19, 63:9, 64:6, 64:14, 67:3, 72:4, 75:15, 111:22, 113:10
**Franklin's** [6] - 63:18, 63:25, 64:1, 64:12, 68:3, 125:15
**free** [2] - 4:12, 84:8
**frequently** [2] - 9:5, 82:22
**friend** [3] - 12:5, 17:5, 17:13
**front** [5] - 8:15, 86:20, 92:2, 108:25, 109:21
**frowning** [1] - 62:15
**frustrating** [1] - 66:15
**fry** [1] - 60:13
**FULBRIGHT** [1] - 2:3
**full** [5] - 17:8, 63:6, 127:13
**function** [1] - 99:13
**funder** [1] - 12:8
**fundraiser** [1] - 28:25
**Fundraising** [1] - 79:19
**fundraising** [9] - 28:20, 28:24, 29:1, 48:11, 48:14, 50:8, 52:24, 62:21, 74:6
**funds** [2] - 16:14, 120:9
**fuzzy** [1] - 90:22

## G

**Gainesville** [1] - 70:12
**gal** [1] - 17:6
**gear** [1] - 123:12
**gears** [1] - 53:20
**general** [1] - 75:8
**generally** [2] - 82:21, 85:22
**gentlemen** [2] - 4:11,

69:25, 125:1
**George** [2] - 82:9, 91:8
**German** [1] - 31:9
**gifted** [1] - 63:12
**given** [2] - 79:1, 115:5
**Gmail** [1] - 32:3
**God** [1] - 65:23
**Google** [3] - 85:18, 100:23, 100:24
**googling** [1] - 85:23
**gosh** [1] - 91:16
**Government** [88] - 6:2, 8:20, 9:4, 10:3, 12:13, 13:12, 14:6, 15:11, 16:12, 17:1, 17:17, 18:4, 18:15, 19:1, 20:7, 21:6, 21:7, 21:11, 21:22, 24:13, 25:21, 26:16, 28:12, 29:11, 29:19, 30:8, 31:5, 35:13, 37:9, 37:25, 38:13, 39:5, 40:6, 41:2, 43:23, 44:6, 44:23, 46:3, 46:19, 47:8, 47:10, 48:22, 50:13, 50:25, 51:3, 51:13, 52:1, 53:4, 54:7, 55:11, 57:5, 58:11, 58:22, 59:1, 59:19, 60:7, 61:5, 61:18, 61:23, 63:2, 65:15, 67:1, 67:22, 69:11, 70:7, 70:13, 71:2, 72:2, 72:9, 72:24, 73:11, 73:21, 76:1, 76:21, 77:5, 78:22, 79:5, 79:11, 80:3, 80:12, 95:16, 95:23, 97:15, 103:6, 115:22, 115:24, 116:8, 119:23
**GOVERNMENT** [2] - 1:14, 3:3
**government** [8] - 4:19, 8:5, 88:2, 90:1, 94:3, 101:21, 104:2, 126:1
**Government's** [4] - 51:18, 51:20, 66:2, 120:24
**grainy** [3] - 90:11, 90:17, 92:3
**grandchildren** [1] - 84:5
**granddaughter** [1] - 81:14
**Great** [1] - 98:2
**great** [5] - 14:17, 28:23, 53:7, 92:5,

96:12
**green** [1] - 9:15
**Greenwich** [1] - 13:18
**ground** [1] - 98:24
**guess** [3] - 98:13, 100:19, 123:12
**guest** [4] - 38:17, 38:23, 38:24, 39:22
**guests** [2] - 56:13, 60:14
**guy** [1] - 90:19

## H

**H.W** [2] - 38:18, 82:9
**half** [17] - 10:4, 20:11, 21:21, 24:14, 25:6, 25:22, 26:8, 30:11, 30:21, 40:16, 40:18, 48:7, 48:8, 100:13, 124:23, 125:14, 125:18
**Hampton** [1] - 70:12
**hand** [2] - 7:12, 123:9
**handed** [1] - 7:15
**handing** [1] - 50:12
**handshake** [1] - 112:3
**handwriting** [1] - 104:17
**hang** [2] - 45:7, 47:25
**happy** [2] - 14:12, 124:7
**hard** [5] - 28:2, 75:17, 76:25, 77:3
**Hartsock** [1] - 125:17
**Haymarket** [1] - 56:2
**headed** [1] - 94:20
**header** [1] - 38:10
**hear** [4] - 25:8, 28:19, 56:13, 99:1
**hearsay** [5] - 110:24, 113:14, 113:15, 113:19
**held** [1] - 42:25
**help** [6] - 23:19, 28:25, 92:19, 93:23, 97:22, 119:18, 120:12, 120:22, 121:14
**helped** [2] - 18:1, 95:6
**helpful** [1] - 125:21
**helping** [2] - 108:20, 120:9
**helps** [1] - 65:2
**hereby** [1] - 32:11
**heroes** [1] - 92:19
**hi** [6] - 12:15, 57:12, 58:15, 59:11, 60:20, 61:13, 66:8, 77:13
**Hi** [1] - 25:3
**high** [1] - 17:6

**highlighted** [1] - 79:13
**Hill** [1] - 105:17
**himself** [3] - 99:16, 119:5, 122:20
**hire** [3] - 23:19, 97:21, 99:19
**history** [2] - 82:20, 85:11
**hold** [2] - 33:9, 66:10
**holder** [1] - 31:16
**holding** [1] - 66:8
**Hollywood** [2] - 122:21, 123:10
**home** [7] - 10:23, 71:16, 82:12, 82:13, 82:16, 83:17, 83:21
**honestly** [1] - 66:21
**Honor** [40] - 4:17, 7:9, 8:5, 50:10, 50:24, 51:11, 54:22, 69:16, 81:24, 82:1, 83:18, 84:12, 87:25, 88:5, 90:3, 91:17, 93:24, 94:3, 101:20, 102:2, 102:17, 103:18, 104:1, 104:8, 109:25, 110:2, 110:7, 113:6, 114:5, 115:1, 117:5, 118:24, 119:19, 122:9, 122:25, 124:19, 124:23, 125:14, 126:2, 126:11
**honor** [1] - 92:19
**HONORABLE** [1] - 1:10
**honorary** [2] - 91:2, 91:13
**honored** [2] - 23:18, 97:21
**hope** [1] - 94:21
**Hope** [1] - 91:8
**hopefully** [1] - 12:7
**hoping** [1] - 17:8
**host** [3] - 38:21, 57:24, 96:17
**hotel** [10] - 43:9, 44:10, 44:17, 59:13, 70:11, 70:12, 89:13, 108:13, 114:13, 114:14
**hotels.com** [1] - 38:2
**hour** [5] - 83:23, 124:23, 125:14, 125:16, 125:18
**hours** [3] - 6:18, 59:9, 83:25
**house** [5] - 84:3, 92:12, 101:4, 101:6,

101:8
**House** [2] - 38:18, 95:8
**human** [2] - 93:22, 95:5
**Humanitarian** [2] - 90:14, 92:8
**hurt** [1] - 25:11

## I

**IBA** [1] - 33:11
**ID** [2] - 33:24, 34:17
**idea** [3] - 22:10, 96:21, 116:14
**ideally** [1] - 12:11
**identification** [11] - 7:13, 51:3, 51:9, 86:19, 86:22, 87:4, 87:20, 87:22, 103:25, 109:1, 122:24
**identified** [1] - 123:8
**identify** [1] - 105:25
**identifying** [4] - 45:16, 45:17, 45:20, 45:21
**illegible** [1] - 91:22
**image** [1] - 32:25
**immigration** [2] - 103:13
**Immigration** [1] - 103:14
**impatient** [1] - 59:12
**important** [4] - 12:9, 82:18, 86:14, 86:16
**IN** [1] - 3:8
**inbox** [1] - 63:22
**Inc** [1] - 79:20
**inception** [2] - 98:7, 98:19
**include** [4] - 35:14, 35:17, 71:3, 85:20
**included** [3] - 35:5, 35:7, 64:2
**includes** [1] - 35:18
**including** [1] - 92:8
**incompetence** [1] - 66:22
**Independent** [1] - 22:17
**indicate** [1] - 85:13
**indicated** [1] - 90:2
**indicating** [3] - 118:8, 118:10, 118:13
**indirectly** [1] - 78:12
**individuals** [2] - 49:12, 103:11
**info** [4] - 14:16, 19:20, 30:17, 45:5
**information** [26] - 5:4,

19:11, 19:13, 19:16, 24:1, 43:18, 45:12, 45:16, 45:17, 45:19, 45:20, 45:21, 45:23, 45:25, 68:9, 68:18, 68:21, 68:22, 70:19, 70:21, 80:5, 85:10, 85:13, 107:7, 111:23, 113:16
**initial** [3] - 81:3, 85:5, 109:15
**Inn** [1] - 70:12
**inpatient** [1] - 59:17
**inquire** [1] - 107:13
**Instagram** [10] - 86:6, 86:7, 86:13, 86:17, 86:24, 87:2, 87:12, 116:25, 117:16, 117:19
**instructed** [2] - 33:21, 34:15
**insure** [1] - 110:21
**INTEGRITY** [1] - 1:15
**intending** [1] - 93:10
**intention** [1] - 93:20
**interact** [1] - 74:2
**interested** [1] - 54:8
**intergovernmental** [1] - 22:18
**International** [1] - 33:10
**international** [1] - 33:11
**Internet** [1] - 85:22
**interview** [2] - 84:2, 84:10
**interviewed** [4] - 83:15, 83:23, 99:22, 100:6
**investigate** [6] - 22:20, 23:8, 31:25, 63:17, 63:19, 65:6
**investigation** [25] - 6:21, 7:4, 11:22, 17:25, 27:20, 31:2, 32:6, 35:10, 45:10, 55:1, 60:23, 65:3, 65:5, 67:19, 69:7, 70:17, 75:2, 78:6, 78:11, 80:14, 81:5, 83:4, 111:2, 118:20, 119:3
**investigative** [1] - 64:18
**investigator** [2] - 7:2
**invitation** [2] - 16:4, 16:5
**invitations** [1] - 15:20
**invoice** [30] - 19:3, 19:4, 19:23, 20:3,

20:9, 20:14, 20:18, 24:1, 24:4, 24:22, 25:4, 25:12, 25:16, 26:19, 26:21, 29:14, 35:2, 43:25, 44:10, 109:18, 109:23, 109:24, 110:11, 110:12, 110:13, 110:14, 110:17, 110:20, 110:21
**invoice"** [1] - 24:24
**invoiced** [3] - 20:20, 20:22, 21:4
**involved** [3] - 28:24, 95:20, 98:8
**involvement** [1] - 98:8
**involving** [1] - 98:23
**iPhones** [1] - 39:22
**issue** [2] - 126:15, 126:16
**issued** [1] - 126:23
**Italy** [2] - 55:9, 55:15
**items** [1] - 26:25
**itself** [3] - 87:4, 89:16, 107:9

## J

**jacket** [1] - 123:13
**Jesse** [34] - 9:15, 11:10, 11:11, 11:13, 11:21, 12:15, 12:23, 15:15, 21:19, 25:3, 25:4, 25:10, 25:11, 29:5, 35:22, 38:2, 41:24, 44:25, 46:5, 46:22, 52:3, 57:12, 61:13, 66:8, 67:3, 68:12, 68:23, 71:12, 71:23, 77:9, 77:13, 79:1, 79:8, 80:1
**JESSE** [1] - 1:6
**JesseRBenton@ gmail.com** [1] - 68:15
**jet** [2] - 57:17, 121:10
**jets** [1] - 87:11
**Jimmy** [2] - 54:3, 55:7
**job** [1] - 28:23
**Johnson** [1] - 91:12
**joined** [1] - 92:7
**Joint** [1] - 79:19
**JPEG** [4] - 46:8, 75:10, 75:24, 76:13
**JUDGE** [1] - 1:11
**July** [1] - 29:7
**juror** [1] - 126:12
**JURY** [1] - 1:10

**jury** [33] - 4:5, 4:6, 4:12, 4:25, 6:14, 6:20, 8:8, 9:12, 10:6, 11:6, 12:4, 16:3, 18:21, 19:19, 21:18, 29:20, 40:11, 43:24, 51:17, 51:19, 56:7, 59:23, 64:23, 69:21, 70:1, 73:16, 82:3, 91:16, 91:17, 94:2, 94:11, 110:6, 125:17
**JUSTICE** [2] - 1:14, 1:18
**justify** [1] - 57:20

## K

**kangaroo** [3] - 120:9, 120:13, 120:21
**Katie** [1] - 12:1
**keep** [3] - 10:21, 22:15, 65:23
**Kentucky** [8] - 26:5, 27:8, 27:22, 30:20, 35:25, 59:14, 68:14, 71:15
**kind** [5] - 45:19, 80:6, 81:3, 87:11, 112:15
**kinds** [1] - 87:13
**King** [1] - 91:8
**knowledge** [5] - 33:7, 115:14, 116:20, 118:2, 123:24
**knows** [1] - 123:25
**Kovalova** [42] - 4:24, 6:3, 10:6, 10:12, 10:19, 19:16, 19:24, 20:13, 24:10, 24:17, 30:1, 44:10, 45:7, 45:24, 47:7, 49:9, 49:21, 59:10, 61:11, 61:21, 62:8, 65:17, 75:6, 75:20, 75:22, 76:8, 76:19, 97:8, 97:11, 97:16, 108:19, 108:23, 109:3, 109:8, 109:18, 109:23, 109:24, 112:9, 115:24, 116:5, 116:15, 124:3
**Kovalova's** [3] - 45:12, 47:23, 47:24
**Kwalsh** [1] - 11:23
**kwalsh84@gmail. com** [1] - 11:21

## L

**lack** [2] - 109:5, 113:6

**Ladies** [1] - 92:9
**ladies** [4] - 4:11, 69:25, 89:11, 125:1
**Lady** [1] - 91:12
**language** [5] - 31:8, 112:7, 112:8, 114:6, 117:25
**large** [1] - 89:13
**last** [17] - 16:24, 17:21, 28:22, 37:4, 43:19, 44:4, 44:13, 51:24, 56:15, 63:10, 71:24, 92:12, 99:2, 99:5, 105:8, 120:1
**lasted** [2] - 47:19, 112:23
**late** [2] - 55:9, 57:14
**Laura** [1] - 91:9
**law"** [1] - 32:17
**learn** [2] - 11:22, 32:2
**least** [4] - 83:10, 84:10, 88:23, 94:5
**leave** [2] - 45:9, 84:6
**leaving** [1] - 14:17
**Lech** [1] - 92:10
**left** [5] - 42:5, 49:12, 49:13, 90:11, 118:8
**legal** [2] - 99:23, 100:3
**less** [5] - 48:1, 98:11, 106:19, 120:6, 122:4
**letter** [1] - 24:23
**level** [3] - 83:2, 84:19, 85:1
**license** [1] - 33:9
**Life** [8] - 84:23, 88:14, 88:17, 96:17, 106:1, 118:14, 119:10, 123:12
**life** [2] - 85:12, 100:20
**limousines** [1] - 87:11
**Lincoln** [4] - 105:7, 105:22, 105:23, 108:10
**line** [3] - 13:18, 28:14, 94:21
**link** [2] - 59:12, 66:14
**list** [9] - 12:10, 13:6, 17:21, 33:7, 33:18, 54:7, 85:7, 92:7, 96:8
**listed** [25] - 6:13, 17:22, 18:16, 19:12, 26:25, 27:4, 30:13, 33:22, 41:23, 42:13, 42:20, 43:19, 44:19, 55:19, 55:21, 55:25, 68:21, 69:1, 70:11, 77:14, 80:10, 80:15, 80:23, 91:13, 97:1
**listening** [1] - 85:8

**lists** [2] - 29:2, 103:7
**literally** [1] - 52:13
**lived** [2] - 26:6, 56:3
**LLC** [7] - 19:14, 26:4, 26:20, 30:19, 33:25, 34:19, 35:24
**LLP** [1] - 2:3
**locals"** [1] - 56:14
**located** [1] - 31:20
**location** [5] - 7:2, 16:7, 38:8, 43:13, 107:4
**logo** [4] - 105:25, 106:11, 118:14, 118:15
**look** [18] - 15:20, 17:11, 21:23, 24:5, 26:13, 34:5, 38:14, 53:4, 68:6, 68:17, 70:8, 80:7, 86:20, 86:22, 87:22, 95:23, 109:21, 110:14
**looked** [15] - 9:9, 17:12, 17:17, 30:1, 41:10, 47:10, 50:7, 58:22, 61:18, 69:9, 70:7, 73:1, 74:19, 86:7, 86:17
**looking** [45] - 8:14, 9:18, 10:5, 12:20, 13:6, 13:14, 14:7, 18:9, 19:10, 24:16, 27:6, 28:13, 31:20, 32:8, 33:17, 35:20, 38:10, 39:8, 39:15, 40:7, 41:22, 42:5, 42:13, 43:18, 44:12, 46:19, 52:2, 55:16, 57:6, 58:13, 59:1, 61:25, 63:3, 65:16, 66:4, 71:13, 72:1, 72:3, 72:10, 76:2, 77:6, 79:13, 81:2, 81:3, 122:24
**looks** [4] - 63:10, 86:2, 86:4, 105:23
**Louisville** [7] - 26:5, 27:8, 27:22, 30:20, 35:24, 68:14, 71:15
**lunch** [1] - 55:9

**M**

**ma'am** [1] - 109:23
**magazine** [5] - 87:18, 87:23, 88:9, 88:14, 92:16
**magazines** [1] - 87:16
**Maggiano's** [2] - 55:9, 55:14

**mail** [141] - 4:23, 5:9, 5:17, 5:21, 6:4, 6:11, 6:22, 7:1, 7:3, 8:22, 9:9, 10:4, 10:5, 10:7, 10:14, 10:25, 11:2, 11:16, 12:20, 13:5, 13:14, 14:2, 14:7, 14:8, 14:11, 14:19, 15:3, 15:7, 15:12, 15:16, 17:3, 17:12, 18:9, 18:10, 18:18, 19:8, 19:10, 20:8, 20:11, 21:3, 21:9, 21:23, 21:24, 22:1, 22:6, 22:9, 24:15, 24:16, 25:15, 25:17, 28:6, 28:13, 28:16, 29:2, 29:4, 29:6, 29:8, 29:16, 30:1, 31:22, 31:25, 38:2, 38:11, 38:14, 39:1, 40:7, 41:4, 41:6, 41:10, 41:11, 41:14, 41:16, 44:25, 45:14, 46:4, 46:5, 46:20, 46:21, 46:22, 47:2, 52:2, 52:3, 52:5, 52:13, 52:16, 53:5, 53:10, 57:6, 57:7, 57:21, 58:13, 58:24, 59:5, 59:6, 59:8, 59:16, 60:15, 61:2, 61:6, 61:16, 61:19, 61:21, 61:25, 62:7, 62:16, 62:18, 62:21, 63:3, 63:4, 63:7, 63:22, 63:24, 63:25, 64:18, 65:1, 65:16, 65:25, 66:4, 66:5, 66:24, 67:2, 67:3, 67:8, 67:11, 67:17, 68:3, 68:15, 70:14, 73:22, 76:2, 76:3, 76:12, 76:22, 77:6, 96:25, 97:2, 99:15, 119:24, 120:7, 121:5
**mailbox** [1] - 64:5
**mailed** [5] - 24:21, 60:22, 61:14, 75:10, 75:24
**mailing** [2] - 29:2, 115:24
**mails** [23] - 5:2, 6:21, 7:5, 7:8, 7:18, 8:1, 8:2, 13:13, 25:3, 28:5, 63:11, 63:18, 63:22, 64:1, 64:5, 74:12, 74:13, 74:19, 74:20, 100:23, 103:7, 110:12, 124:3

**main** [1] - 31:18
**maintenance** [1] - 17:6
**man** [1] - 28:24
**man'** [1] - 53:9
**managers** [1] - 33:14
**managing** [2] - 33:12, 33:14
**manner** [1] - 115:17
**March** [1] - 98:19
**MARIA** [2] - 2:6, 127:11
**Maria** [2] - 127:17, 127:17
**marked** [14] - 7:13, 50:13, 50:20, 50:25, 51:2, 51:6, 51:12, 51:18, 51:19, 87:19, 100:11, 103:24, 104:16, 117:10
**marketing** [4] - 33:12, 83:2, 84:19, 85:1
**married** [2] - 81:9, 81:14
**Mason** [1] - 12:18
**mason** [2] - 12:20, 13:21
**Mastercard** [2] - 44:7, 44:12
**matter** [1] - 77:16
**MC** [1] - 42:15
**McConnell** [1] - 121:21
**McFADDEN** [1] - 1:10
**meal** [1] - 106:22
**mean** [3] - 11:21, 100:9, 112:20
**meaning** [1] - 116:21
**means** [2] - 65:1, 80:14
**media** [1] - 38:21
**medical** [1] - 96:2
**meet** [7] - 5:19, 19:22, 24:9, 94:7, 95:13, 97:12, 124:5
**meeting** [8] - 10:20, 24:5, 54:9, 93:21, 94:5, 95:4, 115:8, 121:21
**meetings** [1] - 97:1
**members** [1] - 22:19
**memo** [1] - 5:23
**Memorial** [3] - 105:7, 105:22, 105:23
**mentions** [1] - 66:14
**mercy** [2] - 28:23, 58:5
**message** [2] - 41:1, 61:13
**messages** [4] - 37:19, 40:24, 124:16

**met** [3] - 24:12, 27:17, 115:12
**metadata** [2] - 7:8, 8:1
**METHERALL** [1] - 2:2
**mic** [1] - 110:10
**MICHELLE** [2] - 1:17, 1:20
**mid** [1] - 69:13
**mid-afternoon** [1] - 69:13
**middle** [6] - 17:20, 56:5, 56:6, 58:13, 70:10, 73:22
**might** [6] - 12:9, 12:10, 57:17, 60:14, 65:2
**Mike** [1] - 125:17
**military** [1] - 6:16
**mind** [1] - 123:25
**mine** [1] - 90:12
**minimum** [1] - 13:17
**Minneapolis** [1] - 2:8
**Minnesota** [1] - 2:7
**minus** [1] - 6:17
**minute** [3] - 19:6, 29:24, 48:1
**minutes** [24] - 9:24, 10:1, 11:14, 18:25, 19:7, 19:9, 21:21, 22:4, 22:5, 22:7, 40:16, 40:18, 40:20, 41:13, 41:15, 47:17, 47:19, 48:7, 48:9, 60:6, 61:20, 61:22, 69:13, 73:20
**mischaracterization** [1] - 54:17
**misheard** [2] - 105:10, 105:16
**misleading** [3] - 94:11, 94:14, 110:23
**missed** [1] - 99:5
**mission** [2] - 22:12, 97:18
**misstate** [1] - 93:2
**misstated** [1] - 59:4
**Mitch** [1] - 121:21
**MN** [1] - 2:8
**model** [1] - 108:12
**moment** [1] - 25:19
**Monday** [6] - 124:25, 125:4, 125:20, 126:10, 126:17, 126:20
**money** [30] - 5:12, 5:15, 20:15, 24:21, 24:23, 26:1, 26:3, 26:9, 28:22, 28:25, 30:17, 30:22, 33:22, 34:15, 34:18, 37:7,

53:23, 60:25, 63:12, 69:3, 72:22, 77:13, 78:6, 81:16, 81:21, 108:21, 110:15, 110:18, 120:13
**month** [5] - 62:4, 65:20, 98:11, 116:2, 116:11
**months** [1] - 122:5
**morning** [2] - 126:17, 126:20
**most** [4] - 12:5, 17:14, 81:16, 81:21
**mostly** [2] - 22:18, 100:12
**mother** [1] - 102:10
**motivational** [2] - 82:24, 83:6
**move** [7] - 65:13, 88:1, 88:2, 89:25, 104:5, 109:25, 110:9
**moved** [2] - 13:22, 88:3
**moving** [1] - 125:13
**MR** [52] - 8:9, 51:14, 54:16, 64:20, 74:15, 82:1, 82:6, 83:20, 84:14, 87:25, 88:8, 89:25, 90:6, 90:7, 91:17, 91:20, 91:23, 94:3, 94:23, 95:3, 99:3, 99:7, 99:9, 101:21, 101:24, 102:4, 102:19, 103:20, 104:1, 104:13, 104:15, 109:7, 109:25, 111:1, 111:7, 112:21, 112:22, 113:9, 113:15, 113:22, 114:8, 115:3, 117:7, 117:8, 119:2, 119:22, 122:12, 123:2, 123:6, 124:19, 125:21, 125:24
**MS** [51] - 4:22, 7:9, 7:12, 7:16, 8:5, 8:12, 8:13, 25:9, 25:13, 36:7, 36:9, 50:10, 50:12, 50:14, 50:24, 51:1, 51:11, 51:17, 54:22, 54:25, 64:25, 65:14, 70:5, 74:18, 81:24, 83:18, 84:12, 88:5, 90:3, 93:24, 94:11, 101:20, 102:2, 102:17, 103:18, 104:8, 109:5, 110:2, 110:7,

10

110:11, 113:6,
114:5, 115:1, 117:5,
118:24, 119:19,
122:9, 122:25,
124:23, 125:13,
126:1
**multi** [3] - 83:2, 84:19,
85:1
**multi-level** [3] - 83:2,
84:19, 85:1
**multiple** [1] - 66:22
**must** [4] - 12:6, 52:10,
65:24, 85:17
**Myriam** [7] - 5:24,
5:25, 55:22, 56:8,
56:10, 77:14, 77:24

**N**

**name** [8] - 20:22,
41:22, 42:6, 56:8,
56:11, 68:12, 79:25,
88:17
**named** [1] - 45:6
**namely** [1] - 6:22
**names** [1] - 103:7
**Nancy** [1] - 91:5
**national** [1] - 55:20
**National** [3] - 52:19,
56:12, 79:19
**Navigator** [1] - 108:10
**near** [1] - 12:8
**necessary** [1] - 45:25
**need** [7] - 17:7, 19:23,
45:9, 56:8, 123:4,
125:22
**needed** [1] - 93:23
**never** [3] - 65:21,
115:11, 123:17
**New** [1] - 1:15
**News** [1] - 38:21
**next** [15] - 9:19, 36:13,
39:3, 39:4, 51:23,
60:21, 72:1, 73:15,
80:3, 82:3, 86:21,
90:25, 91:5, 106:6,
122:21
**NGOs** [2] - 23:20,
98:22
**nice** [3] - 12:6, 59:11,
87:9
**niece** [1] - 81:9
**night** [1] - 38:4
**night's** [1] - 38:16
**nine** [1] - 9:2
**Ninth** [1] - 2:3
**Noah's** [1] - 59:14
**noise** [1] - 82:2
**nominee** [1] - 6:7
**none** [3] - 22:13,

56:11, 115:11
**normally** [1] - 85:20
**Norris** [1] - 28:15
**North** [2] - 57:16,
121:9
**Northwest** [3] - 1:18,
1:21, 2:3
**NORTON** [1] - 2:3
**noted** [1] - 79:22
**notes** [1] - 127:13
**nothing** [6] - 112:14,
120:16, 124:19,
126:1, 126:5, 126:14
**November** [11] - 1:6,
6:10, 21:2, 64:3,
64:11, 64:16, 71:5,
76:4, 116:25, 117:2,
121:19
**Number** [3] - 56:13,
90:1, 119:23
**number** [23] - 9:15,
9:16, 33:9, 33:10,
33:11, 41:25, 42:3,
42:8, 42:10, 45:18,
45:21, 56:11, 68:24,
69:8, 72:5, 86:10,
87:8, 89:15, 106:18,
120:5, 124:6, 126:12
**numbers** [1] - 112:12
**numerous** [1] - 92:15
**NY** [1] - 12:8
**NYC** [2] - 13:18, 13:22

**O**

**oath** [2] - 4:16, 70:3
**object** [2] - 54:17,
104:10
**objected** [1] - 104:5
**objection** [39] - 8:9,
8:10, 51:14, 51:15,
54:16, 64:20, 65:8,
65:11, 74:15, 83:18,
84:12, 88:1, 88:2,
88:5, 88:6, 90:2,
90:3, 90:4, 93:24,
95:2, 101:20, 102:2,
102:17, 103:18,
104:8, 109:5, 110:2,
110:25, 111:6,
113:6, 113:20,
114:5, 115:1, 117:5,
118:24, 119:19,
122:9, 122:25, 123:5
**obtain** [5] - 31:2,
48:20, 48:25, 50:7,
69:8, 78:19
**obtained** [4] - 6:21,
32:3, 49:1, 71:7
**occasion** [1] - 108:1

**occasions** [1] - 83:10
**occupation** [2] -
68:13, 80:21
**occur** [1] - 93:7
**occurred** [1] - 102:15
**October** [29] - 57:8,
57:17, 57:23, 58:18,
58:24, 59:3, 59:4,
59:22, 61:7, 62:19,
62:23, 63:5, 63:16,
66:1, 66:6, 66:25,
67:4, 67:9, 71:4,
72:14, 72:18, 72:21,
79:15, 79:16, 81:3,
81:15, 81:20, 81:22
**OF** [5] - 1:1, 1:3, 1:14,
1:18, 1:21
**office** [2] - 115:8,
115:12
**OFFICE** [1] - 1:20
**Official** [1] - 2:6
**old** [2] - 90:12, 123:15
**old-fashioned** [1] -
90:12
**Olga** [42] - 4:24, 6:5,
10:7, 10:12, 14:24,
15:3, 19:16, 20:13,
20:22, 24:5, 24:10,
24:17, 25:1, 25:3,
25:5, 25:15, 30:1,
44:10, 45:7, 45:12,
47:6, 49:9, 52:12,
58:15, 59:16, 61:11,
61:13, 62:6, 62:8,
75:5, 75:19, 75:22,
76:8, 76:10, 76:19,
97:8, 103:7, 109:3,
113:4, 116:9,
116:13, 124:3
**Olympics** [2] - 83:11,
83:13
**ON** [1] - 25:21
**once** [2] - 9:7, 96:20
**one** [7] - 13:16, 17:5,
28:23, 37:4, 38:4,
39:20, 45:1, 45:4,
48:1, 57:15, 58:1,
58:3, 64:19, 64:25,
65:4, 73:12, 83:11,
83:25, 94:9, 100:15,
111:10, 111:25,
115:5, 117:20,
123:25, 124:6
**One** [1] - 121:9
**one-on-one** [1] -
111:25
**online** [2] - 72:17,
78:17
**op** [3] - 14:1, 40:3,
41:12

**open** [9] - 4:3, 4:10,
65:10, 69:18, 69:23,
85:22, 95:1, 111:5,
125:10
**operated** [1] - 23:3
**opportunity** [1] -
97:12
**oppose** [1] - 104:2
**oppressive** [1] - 94:7
**Oprah** [1] - 54:10
**option** [1] - 84:8
**options** [1] - 5:24
**order** [3] - 32:3, 55:14,
69:20
**organization** [2] -
22:18, 56:9
**organize** [1] - 108:20
**organized** [4] -
104:24, 105:14,
107:10, 108:15
**organizing** [1] - 107:4
**origin** [2] - 102:5,
102:6
**original** [3] - 8:2,
31:11, 31:13
**originally** [2] - 69:3,
75:16
**originate** [1] - 26:9
**originated** [1] - 30:22
**origins** [1] - 102:9
**otherwise** [1] - 20:4
**outside** [6] - 64:23,
94:2, 101:14,
101:18, 104:18,
110:6
**overruled** [9] - 54:19,
74:16, 83:19, 95:2,
103:19, 114:7,
115:2, 118:25,
122:10
**overruling** [1] - 123:5
**overworked** [1] - 58:6
**own** [4] - 39:22, 57:17,
84:21, 121:10

**P**

**p.m** [49] - 1:7, 4:2,
6:16, 8:23, 11:10,
11:11, 11:12, 11:19,
14:5, 16:23, 18:22,
18:23, 19:18, 20:25,
29:23, 37:18, 37:19,
37:21, 37:23, 40:5,
40:15, 40:17, 40:19,
40:21, 40:23, 40:25,
41:9, 48:4, 48:5,
48:7, 52:8, 56:12,
56:13, 57:10, 58:21,
58:23, 59:3, 59:6,

59:8, 59:24, 60:1,
60:3, 60:5, 61:4,
61:17, 69:17, 73:19,
125:8, 127:1
**PAC** [7] - 77:15, 98:2,
98:6, 98:11, 98:13,
98:15, 98:18
**Pacific** [2] - 6:19, 8:3
**PAGE** [1] - 3:8
**page** [52] - 13:3,
17:10, 17:18, 18:5,
26:17, 27:10, 29:12,
31:15, 32:18, 32:23,
33:3, 33:16, 33:20,
34:5, 34:8, 34:11,
34:22, 34:25, 35:20,
36:1, 36:8, 36:15,
39:6, 41:18, 44:8,
44:16, 46:9, 46:12,
47:4, 49:14, 49:22,
50:1, 56:5, 56:6,
56:15, 56:20, 67:15,
71:10, 71:19, 72:9,
72:15, 73:2, 76:14,
76:17, 86:6, 86:7,
86:13, 86:25, 87:2,
90:25, 106:6
**pages** [8] - 3:11,
88:19, 104:3, 104:6,
104:9, 104:10,
104:11, 117:9
**paid** [7] - 39:10, 53:22,
53:23, 62:24, 84:25,
95:17, 108:22
**paragraph** [6] - 12:3,
23:16, 25:10, 28:18,
97:17, 97:19
**paragraphs** [1] - 22:8
**PARIKH** [1] - 1:17
**part** [10] - 27:24, 31:2,
33:4, 35:10, 40:3,
87:2, 94:7, 99:2,
100:13, 121:25
**participate** [2] - 13:17,
23:21
**participated** [1] -
96:16
**particular** [2] - 78:25,
117:15
**parties** [1] - 124:17
**party** [1] - 56:11
**passed** [2] - 65:20,
116:11
**passenger** [1] - 42:6
**passport** [6] - 32:25,
46:11, 47:6, 47:23,
47:24, 70:16
**passports** [1] - 47:10
**past** [1] - 92:8
**path** [1] - 110:16

11

**Paul** [11] - 66:12, 81:6, 81:9, 81:10, 81:11, 81:14, 100:12, 102:6, 102:7, 121:22
**Paul-Rand** [1] - 66:12
**pause** [1] - 69:12
**pay** [1] - 17:8
**payment** [8] - 20:4, 42:13, 56:18, 68:22, 72:16, 72:17, 73:3, 109:15
**payments** [2] - 20:4, 71:20
**PDF** [1] - 15:17
**Pennsylvania** [2] - 13:8, 41:21
**people** [19] - 29:2, 54:8, 54:15, 55:3, 55:6, 57:13, 58:7, 82:18, 86:15, 86:17, 89:17, 91:13, 102:10, 106:17, 108:4, 120:4, 120:6, 120:25, 121:3
**percent** [4] - 108:24, 109:10, 109:12, 109:17
**perhaps** [1] - 54:8
**period** [7] - 32:7, 35:19, 64:6, 64:15, 93:17, 98:7, 98:14
**permission** [3] - 8:7, 50:24, 51:11
**person** [9] - 5:18, 13:24, 32:14, 32:17, 53:9, 56:10, 85:17, 92:16, 120:20
**person's** [1] - 78:16
**personal** [4] - 40:2, 45:17, 45:20, 68:23
**personality** [1] - 38:21
**personally** [4] - 107:12, 111:18, 115:9, 115:13
**persons** [1] - 92:10
**pestered** [1] - 116:5
**pestering** [1] - 65:24
**Petersburg** [5] - 24:3, 26:24, 30:23, 31:19, 33:19
**Phan** [88] - 3:4, 4:7, 4:15, 4:23, 5:25, 6:13, 7:17, 8:14, 9:5, 11:16, 15:12, 16:8, 17:11, 17:22, 18:6, 18:17, 19:5, 21:8, 22:3, 22:16, 24:6, 25:9, 25:17, 26:6, 26:14, 29:20, 31:6, 34:6, 35:5, 37:2,

37:6, 37:12, 39:1, 39:8, 41:3, 42:2, 43:5, 43:16, 47:9, 47:18, 47:22, 48:10, 48:14, 49:23, 50:6, 50:16, 51:5, 51:23, 53:21, 55:1, 55:25, 56:25, 58:9, 58:22, 60:15, 60:23, 61:18, 62:23, 63:17, 67:7, 69:3, 69:14, 70:2, 70:9, 70:14, 70:17, 71:3, 72:3, 73:2, 74:5, 74:12, 75:8, 76:2, 76:15, 76:22, 78:16, 79:7, 79:13, 80:6, 80:9, 80:13, 81:4, 81:15, 81:21, 82:7, 95:4, 111:8, 126:7
**PHAN** [1] - 4:18
**Philadelphia** [15] - 13:7, 16:5, 18:2, 38:6, 41:12, 43:1, 43:11, 48:10, 48:15, 62:21, 74:6, 107:12, 108:8, 108:11, 108:14
**Philly** [7] - 13:18, 14:1, 38:16, 57:15, 57:23, 67:4, 107:23
**phone** [24] - 9:7, 9:9, 9:11, 9:15, 9:16, 21:19, 37:14, 40:9, 41:25, 42:2, 42:3, 42:8, 42:10, 42:11, 49:1, 56:10, 59:21, 68:14, 107:17, 111:11, 111:12, 111:16, 117:14
**photo** [32] - 12:8, 12:9, 12:10, 13:18, 14:1, 40:3, 41:12, 49:3, 49:15, 50:2, 50:3, 57:21, 58:10, 66:11, 76:15, 76:18, 76:24, 92:22, 104:18, 104:21, 105:21, 106:7, 115:16, 115:25, 116:24, 117:11, 117:13, 117:18, 117:19, 117:25, 118:23, 119:7
**photograph** [8] - 48:24, 49:6, 49:18, 105:6, 115:15, 115:20, 116:21, 121:14
**photographs** [5] -

48:20, 53:18, 54:5, 74:11, 75:16
**photos** [25] - 40:2, 48:18, 48:25, 49:25, 50:6, 52:12, 57:14, 57:15, 57:19, 57:23, 58:16, 60:14, 60:20, 62:5, 66:17, 75:6, 75:9, 75:19, 82:17, 104:3, 104:4, 106:4, 106:5, 111:15, 116:2
**physical** [1] - 107:22
**pick** [4] - 14:14, 42:20, 43:4, 60:8
**pick-up** [2] - 42:20, 43:4
**picked** [1] - 22:12
**picking** [1] - 97:18
**pics** [1] - 61:14
**picture** [19] - 39:22, 46:11, 47:6, 49:23, 49:24, 65:19, 65:20, 70:16, 86:23, 87:1, 87:5, 90:17, 90:18, 111:25, 116:11, 116:12, 117:1, 117:15, 122:20
**pictures** [8] - 62:4, 62:5, 66:8, 76:10, 86:14, 86:16, 116:3, 116:6
**pieces** [3] - 65:19, 116:10, 116:13
**pivoting** [1] - 89:1
**Place** [2] - 56:2, 56:10
**place** [3] - 48:15, 65:3, 83:13
**Plaintiff** [1] - 1:4
**plan** [1] - 22:11
**planning** [1] - 33:15
**play** [1] - 51:17
**played** [1] - 51:21
**pleased** [1] - 53:8
**point** [3] - 5:12, 54:20, 60:25
**Poland** [1] - 92:11
**policy** [3] - 112:14, 113:24, 119:13
**Polish** [1] - 92:10
**political** [6] - 78:24, 79:9, 82:22, 98:1, 100:8, 124:8
**politicians** [1] - 82:17
**politics** [3] - 65:24, 102:7, 102:12
**polling** [1] - 112:12
**polo** [3] - 105:24, 105:25, 106:10
**portal** [1] - 107:23
**portion** [1] - 68:7

**portrayed** [1] - 99:16
**position** [1] - 98:18
**possible** [2] - 12:10, 65:20
**possibly** [1] - 12:12
**post** [1] - 98:16
**Post** [1] - 55:19
**posted** [2] - 117:1, 117:15
**postpone** [1] - 58:1
**posts** [1] - 87:6
**potential** [1] - 96:9
**potentially** [2] - 99:21, 121:14
**precise** [1] - 108:12
**precisely** [1] - 112:19
**presence** [3] - 64:23, 94:2, 110:6
**presented** [3] - 96:8, 106:24, 124:2
**presenting** [1] - 121:6
**president** [1] - 91:12
**President** [11] - 6:8, 79:20, 79:24, 80:17, 91:5, 92:10, 93:21, 94:5, 95:4, 96:22, 121:14
**presidential** [3] - 78:8, 78:13, 79:21
**presidents** [1] - 89:9
**Presidents** [2] - 92:9, 118:7
**pressure** [1] - 58:15
**presumably** [1] - 99:19
**pretty** [2] - 28:19, 92:5
**previous** [1] - 24:23
**previously** [14] - 4:19, 9:3, 10:2, 15:10, 16:11, 20:6, 74:12, 76:20, 77:1, 80:2, 95:22, 97:14, 115:23, 116:9
**primary** [3] - 112:5, 112:7, 112:8
**printed** [1] - 91:20
**printed-out** [1] - 91:20
**private** [5] - 17:7, 87:11, 106:14, 122:7, 122:14
**pro** [1] - 66:11
**problem** [1] - 45:5
**proceedings** [12] - 4:3, 4:9, 64:22, 65:9, 69:18, 69:23, 94:1, 94:25, 110:5, 111:4, 125:9, 127:14
**produced** [1] - 127:14
**professional** [2] - 33:7, 33:13

**profile** [1] - 92:25
**profiled** [1] - 90:22
**program** [3] - 23:21, 92:18, 93:4
**prominent** [2] - 89:7, 93:16
**promise** [1] - 74:20
**promised** [2] - 62:25, 66:22, 69:4
**promotion** [1] - 86:11
**proof** [1] - 107:16
**proposes** [1] - 121:21
**protection** [1] - 33:12
**provide** [5] - 19:11, 27:7, 33:5, 45:25, 68:19
**provided** [7] - 13:6, 41:25, 42:8, 54:9, 68:12, 72:4, 110:14
**provider** [1] - 6:23
**provides** [2] - 17:21, 68:16
**provisions** [1] - 32:13
**proximate** [1] - 83:8
**PUBLIC** [1] - 1:15
**public** [2] - 85:24, 85:25
**publications** [1] - 92:15
**publicly** [3] - 66:13, 98:16, 98:19
**publish** [2] - 51:12, 104:14
**published** [3] - 51:16, 88:7, 90:5
**pull** [71] - 8:19, 12:13, 13:13, 17:16, 18:4, 18:15, 19:1, 20:6, 20:11, 21:7, 21:11, 21:12, 21:22, 24:13, 25:6, 25:20, 26:16, 28:12, 29:11, 30:8, 31:1, 31:5, 35:13, 37:9, 37:25, 38:13, 39:4, 41:2, 43:15, 44:23, 46:3, 46:19, 47:8, 48:22, 51:2, 53:4, 53:19, 55:11, 56:24, 57:5, 57:25, 58:11, 59:19, 60:7, 61:5, 61:23, 63:2, 65:15, 66:2, 67:1, 67:22, 69:6, 69:11, 70:6, 71:2, 72:1, 72:24, 73:15, 73:21, 76:7, 76:20, 77:1, 77:5, 78:15, 78:22, 79:3, 79:5, 80:2, 80:11, 80:12, 95:16
**purportedly** [1] -

84:17
**purports** [1] - 110:13
**purpose** [1] - 95:18
**purposes** [5] - 7:13, 8:6, 51:3, 51:12, 51:20
**pursuant** [1] - 28:5
**put** [4] - 8:21, 86:21, 117:19, 123:7
**putting** [2] - 58:15, 120:19

# Q

**questions** [10] - 13:16, 39:16, 39:17, 39:20, 81:24, 113:3, 113:4, 113:16, 113:23, 114:19
**quick** [4] - 39:17, 39:20, 45:1, 45:4
**quickly** [1] - 125:13
**quiet** [1] - 58:6

# R

**raise** [4] - 28:22, 120:9, 120:12, 126:16
**raised** [2] - 28:20, 119:25
**Rand** [4] - 66:12, 81:6, 81:9, 121:22
**reached** [2] - 58:23, 59:2
**reaches** [1] - 120:12
**reaching** [1] - 12:16
**react** [2] - 5:2, 5:5
**read** [18] - 4:25, 10:8, 12:3, 13:1, 14:10, 19:19, 22:8, 23:16, 25:2, 28:14, 28:17, 33:10, 56:7, 68:21, 88:19, 90:21, 91:21, 92:2
**ready** [4] - 14:12, 24:23, 125:19, 126:5
**Reagan** [5] - 66:13, 89:6, 91:5
**really** [3] - 5:1, 66:21, 115:19
**reason** [2] - 66:10, 124:11
**reasons** [2] - 32:17, 65:7
**REBECCA** [1] - 1:14
**receive** [13] - 6:23, 6:24, 7:1, 8:6, 37:3, 37:7, 41:13, 45:23, 60:14, 75:6, 76:24,

108:23, 117:25
**RECEIVED** [1] - 3:8
**received** [26] - 8:11, 16:13, 25:5, 25:24, 26:1, 30:13, 35:6, 35:7, 37:5, 37:13, 38:11, 39:2, 41:6, 47:23, 59:16, 60:12, 75:13, 75:14, 75:16, 76:25, 77:2, 96:2, 108:19, 108:21, 109:3, 109:8
**receives** [2] - 117:18, 120:8
**receiving** [7] - 36:16, 36:20, 36:23, 39:9, 47:9, 47:24, 115:16
**reception** [1] - 16:6
**Recess** [1] - 69:17
**recipient** [2] - 92:12, 92:17
**recipients** [1] - 92:8
**recollection** [3] - 106:23, 109:2, 109:10
**record** [13] - 7:14, 26:14, 26:15, 30:10, 34:7, 34:10, 34:13, 34:24, 35:23, 43:16, 50:12, 55:16, 55:17
**records** [32] - 11:7, 29:21, 30:7, 31:3, 31:7, 31:11, 31:13, 32:5, 33:4, 35:6, 35:7, 35:11, 35:17, 36:17, 42:3, 42:11, 43:17, 52:16, 69:8, 70:6, 71:4, 71:7, 72:25, 73:9, 73:17, 77:18, 77:24, 79:10, 80:23, 100:25, 101:2, 124:13
**rectangle** [1] - 114:3
**Red** [1] - 3:2
**redirect** [2] - 124:22, 125:14
**refer** [2] - 85:22, 113:21
**reference** [3] - 64:1, 85:3, 96:22
**referenced** [6] - 85:3, 97:1, 98:2, 102:20, 121:3, 124:15
**references** [2] - 14:24, 15:3
**reflect** [3] - 6:22, 36:11, 36:17
**reflected** [3] - 72:5, 72:11, 79:16
**refresh** [1] - 109:2

**refunded** [2] - 109:16, 110:18
**regard** [1] - 93:23
**regarding** [10] - 41:12, 82:9, 98:21, 99:25, 103:2, 107:23, 109:4, 109:19, 115:15
**regards** [3] - 56:17, 62:6, 73:17
**related** [2] - 45:18, 113:24
**relating** [2] - 28:8, 28:9
**relation** [3] - 29:8, 39:1, 49:10
**relationship** [7] - 32:11, 57:13, 81:5, 81:8, 81:10, 81:11
**relationships** [1] - 58:3
**relevance** [8] - 101:20, 102:17, 103:18, 115:1, 118:24, 119:20, 122:9, 123:1
**relevant** [2] - 32:6, 32:7
**remainder** [1] - 37:7
**remained** [1] - 32:4
**remaining** [1] - 104:9
**remember** [1] - 98:3
**remind** [3] - 4:15, 70:3, 125:4
**reminder** [1] - 5:15
**repeat** [12] - 15:2, 54:24, 58:25, 74:17, 88:25, 96:23, 101:16, 105:9, 107:8, 108:2, 119:1, 122:11
**REPORTED** [1] - 2:6
**reported** [2] - 45:12, 80:1
**REPORTER** [5] - 25:8, 36:5, 99:1, 99:5, 110:9
**Reporter** [1] - 2:6
**represent** [1] - 79:1
**represents** [1] - 6:17
**Republic** [5] - 19:13, 27:5, 34:4, 34:21, 72:25
**Republican** [3] - 6:7, 52:19, 79:19
**request** [2] - 24:22, 121:13
**require** [1] - 20:17
**research** [4] - 102:9, 102:14, 121:6, 125:5
**resend** [1] - 63:14

**reservation** [3] - 43:2, 43:17, 44:17
**residence** [3] - 27:21, 28:3, 31:18
**resident** [1] - 32:15
**resigned** [1] - 98:16
**resorts** [1] - 87:13
**respect** [1] - 11:7
**respond** [18] - 5:21, 10:19, 10:22, 12:20, 13:21, 13:25, 14:19, 19:24, 20:19, 20:21, 25:7, 39:23, 57:22, 59:10, 60:17, 62:11, 65:22, 66:18
**responds** [2] - 25:1, 25:15
**response** [1] - 19:15
**rest** [2] - 39:15, 90:22
**restaurant** [1] - 106:14
**resume** [2] - 33:5, 125:4
**retake** [2] - 4:7, 70:2
**return** [2] - 52:1, 126:19
**reveal** [1] - 81:5
**review** [8] - 27:24, 28:2, 28:5, 35:10, 50:15, 52:16, 89:22, 91:21
**reviewed** [12] - 7:8, 8:1, 30:7, 50:22, 50:23, 54:5, 74:12, 78:5, 78:10, 86:6, 86:24, 90:9
**reviewing** [3] - 7:3, 63:23, 87:1
**revitalize** [2] - 93:17, 99:10
**rid** [2] - 39:13, 59:15
**risk** [2] - 57:19, 58:3
**Ritz** [8] - 38:6, 38:7, 43:1, 43:11, 43:25, 44:10, 108:7, 108:14
**Ritz-Carlton** [2] - 108:7, 108:14
**RMR** [3] - 2:6, 127:11, 127:17
**RMR-FCRR** [1] - 127:17
**RNC** [9] - 12:1, 12:15, 12:18, 40:8, 58:5, 61:14, 62:14, 66:23, 70:19
**Robinson** [6] - 15:13, 16:14, 18:18, 107:25, 108:3, 111:22
**Robinson's** [1] - 15:21
**Roman** [38] - 10:20,

14:12, 18:6, 20:2, 23:17, 24:2, 24:5, 24:9, 24:23, 25:5, 26:10, 26:24, 30:23, 31:17, 32:20, 32:25, 39:2, 43:22, 44:5, 44:13, 44:18, 45:6, 46:11, 59:11, 59:17, 62:2, 63:12, 65:18, 66:9, 70:16, 73:24, 90:15, 91:2, 92:7, 97:9, 116:10, 116:22, 118:11
**Ron** [4] - 66:12, 81:10, 81:11, 81:14
**Room** [1] - 2:8
**room** [8] - 17:6, 45:7, 45:9, 91:18, 106:14, 114:12, 114:14, 114:16
**rooms** [1] - 38:4
**ROSE** [1] - 2:3
**ROSS** [52] - 1:14, 4:22, 7:9, 7:12, 7:16, 8:5, 8:12, 8:13, 25:9, 25:13, 36:7, 36:9, 50:10, 50:12, 50:14, 50:24, 51:1, 51:11, 51:17, 54:22, 54:25, 64:25, 65:14, 70:5, 74:18, 81:24, 83:18, 84:12, 88:5, 90:3, 93:24, 94:11, 101:20, 102:2, 102:17, 103:18, 104:8, 109:5, 110:2, 110:7, 110:11, 113:6, 114:5, 115:1, 117:5, 118:24, 119:19, 122:9, 122:25, 124:23, 125:13, 126:1
**Ross** [6] - 4:13, 65:13, 70:4, 104:7, 124:22, 125:12
**round** [5] - 112:11, 112:17, 113:1, 113:5, 114:2
**Round** [9] - 16:4, 38:17, 39:21, 40:1, 48:24, 53:11, 53:14, 73:25, 74:5
**Roy** [1] - 43:25
**RSVP** [1] - 13:20
**ruin** [1] - 57:13
**run** [1] - 66:11
**Russia** [23] - 8:25, 10:23, 24:3, 26:24, 30:23, 31:19, 33:2, 33:19, 83:5, 83:10,

84:25, 87:17, 92:19, 93:2, 93:5, 93:14, 96:18, 98:24, 99:14, 112:14, 113:23, 119:10, 123:19
**Russian** [8] - 46:11, 65:24, 83:11, 84:15, 88:20, 117:25, 118:3
**Russians** [3] - 103:3, 103:14, 121:4

# S

**Saint** [3] - 24:3, 26:24, 30:23
**saint** [2] - 31:19, 33:19
**Sarah** [2] - 15:13, 111:22
**sat** [1] - 115:12
**saw** [12] - 15:3, 37:6, 44:5, 44:14, 54:7, 59:2, 67:25, 73:8, 82:16, 93:6, 111:15, 114:10
**Sawgrass** [2] - 56:2, 56:10
**scary** [1] - 65:21
**schedule** [2] - 12:16, 57:18
**schedule-wise** [1] - 57:18
**school** [2] - 122:7, 122:14
**Scott** [1] - 91:8
**screen** [1] - 86:19
**screening** [1] - 45:5
**Seagal** [1] - 54:12
**search** [14] - 27:21, 27:24, 28:6, 84:3, 84:6, 84:10, 100:24, 100:25, 101:8, 101:15, 101:17, 101:22, 101:25, 111:16
**searches** [1] - 103:10
**searching** [3] - 85:20, 85:22, 85:23
**seat** [2] - 4:12, 70:1
**seated** [2] - 69:20, 69:22
**sec** [1] - 73:24
**second** [9] - 9:25, 36:23, 37:3, 37:13, 45:14, 49:2, 97:17, 114:9
**seconds** [7] - 10:1, 11:14, 16:25, 19:6, 22:5, 29:24, 48:5
**Secret** [9] - 45:5, 45:12, 45:22, 45:25,

70:25, 107:13, 107:17, 108:1, 108:4
**SECTION** [1] - 1:15
**section** [1] - 72:17
**security** [3] - 45:18, 45:21, 68:25
**see** [52] - 8:1, 9:14, 15:7, 22:11, 31:22, 32:3, 42:20, 44:2, 45:1, 49:3, 49:15, 53:8, 53:14, 59:14, 64:25, 65:1, 66:14, 67:20, 74:2, 74:8, 74:24, 75:2, 85:21, 86:9, 86:14, 86:15, 88:15, 88:20, 91:2, 91:3, 91:6, 91:9, 91:14, 95:24, 96:13, 97:22, 100:9, 100:15, 100:16, 103:8, 105:7, 111:12, 116:3, 117:23, 120:1, 120:10, 120:11, 121:1, 121:9, 121:11, 122:21
**seeing** [5] - 7:19, 86:16, 87:5, 87:12, 87:18
**seek** [1] - 119:9
**seeking** [1] - 92:25
**seeks** [2] - 8:5, 93:10
**seem** [1] - 21:4
**seized** [7] - 27:25, 28:3, 28:5, 111:11, 111:12, 111:16, 117:13
**self** [2] - 68:13, 86:11
**self-promotion** [1] - 86:11
**seminar** [1] - 115:6
**seminars** [4] - 96:13, 96:15, 96:17, 114:25
**send** [19] - 14:16, 15:14, 15:18, 16:9, 19:8, 20:14, 24:3, 24:18, 24:22, 25:4, 25:11, 25:14, 29:13, 58:24, 60:15, 61:20, 63:13, 75:19
**sending** [2] - 19:20, 24:1
**sent** [48] - 6:22, 7:1, 7:5, 8:2, 8:22, 9:1, 10:15, 11:18, 11:20, 15:12, 18:12, 18:18, 20:2, 20:24, 21:8, 21:9, 21:24, 22:1, 22:6, 27:11, 29:8, 29:17, 35:23, 37:18,

39:1, 40:23, 40:25, 46:13, 46:23, 46:25, 52:7, 57:7, 58:17, 58:20, 59:5, 60:24, 61:2, 61:16, 61:19, 62:16, 62:21, 71:14, 73:13, 75:22, 76:3, 109:13, 110:16, 124:3
**sentences** [1] - 14:10
**separate** [3] - 20:8, 53:24, 94:16
**September** [67] - 4:24, 5:4, 5:8, 5:11, 6:12, 9:8, 9:19, 9:21, 10:16, 11:1, 11:9, 11:17, 13:2, 13:11, 14:3, 14:9, 16:5, 18:2, 18:11, 18:16, 19:7, 21:9, 21:12, 21:17, 21:20, 21:25, 22:4, 25:18, 25:25, 26:22, 27:9, 27:12, 29:15, 29:22, 30:14, 36:3, 36:12, 36:13, 36:16, 36:20, 37:10, 37:12, 37:18, 38:5, 38:9, 39:7, 41:7, 41:11, 42:23, 43:14, 44:20, 44:22, 44:24, 46:6, 46:14, 46:24, 47:14, 48:3, 48:16, 52:6, 55:18, 56:23, 64:3, 64:11, 64:15, 109:14
**service** [1] - 6:23
**Service** [9] - 45:6, 45:12, 45:22, 46:1, 70:25, 107:13, 107:17, 108:1, 108:4
**services** [11] - 19:21, 24:2, 26:19, 27:1, 33:13, 35:2, 35:3, 109:19, 110:13, 110:17, 110:20
**session** [1] - 95:9
**SESSION** [1] - 1:7
**set** [4] - 93:14, 94:12, 105:14
**setting** [1] - 33:12
**seven** [2] - 6:17, 60:6
**several** [1] - 20:4
**share** [1] - 12:10
**Shatner** [1] - 91:8
**Shepherd** [3] - 38:19, 38:20, 53:8
**shift** [2] - 53:20, 58:9
**shirt** [5] - 101:14, 101:19, 105:24, 105:25, 106:10

**short** [2] - 112:17, 112:21
**shortly** [2] - 16:16, 72:18
**shorts** [2] - 101:14, 101:18
**show** [14] - 8:7, 8:17, 29:21, 32:5, 38:22, 44:9, 73:17, 79:18, 87:19, 103:6, 103:24, 108:25, 117:3
**showed** [1] - 11:7
**showing** [19] - 7:18, 52:11, 65:5, 89:24, 90:8, 95:22, 96:8, 97:14, 100:11, 104:16, 109:1, 115:22, 115:23, 117:10, 117:22, 119:23, 120:24, 122:24, 123:8
**shown** [1] - 119:24
**shows** [2] - 6:15, 79:14
**shred** [3] - 65:18, 116:10, 116:13
**side** [4] - 42:5, 45:8, 49:6, 49:18
**sidebar** [3] - 64:23, 94:1, 110:5
**sign** [2] - 106:3, 106:4
**signature** [3] - 32:18, 68:16, 68:25
**signed** [1] - 50:23
**signer** [1] - 35:21
**significance** [4] - 38:7, 42:24, 43:12, 64:18
**silence** [1] - 10:21
**simply** [1] - 24:3
**sit** [1] - 5:23
**sitting** [5] - 49:5, 49:8, 49:11, 49:20, 115:8
**situation** [3] - 5:1, 57:12, 62:6
**six** [3] - 59:8, 104:3, 104:4
**skills** [1] - 33:7
**skipping** [1] - 14:14
**Skype** [2] - 5:2, 10:24
**sleep** [1] - 58:7
**sleep-deprived** [1] - 58:7
**slightly** [1] - 90:25
**slow** [1] - 62:14
**smiley** [1] - 52:14
**Smith** [3] - 38:19, 38:20, 53:8
**smuggled** [1] - 92:11

**snap** [1] - 39:22
**Sochi** [2] - 83:12, 83:13
**social** [2] - 45:17, 45:21
**soft** [1] - 28:25
**someone** [3] - 57:20, 120:12, 121:14
**son** [1] - 122:18
**soon** [5] - 10:23, 24:24, 47:23, 60:21, 63:14
**Sorry** [2] - 99:4, 107:20
**sorry** [42] - 10:13, 10:17, 11:21, 15:2, 16:8, 19:12, 21:8, 21:17, 25:8, 34:2, 36:5, 36:7, 37:4, 58:25, 59:3, 60:20, 61:15, 62:2, 62:14, 63:10, 63:15, 63:24, 66:21, 67:6, 67:10, 67:12, 77:2, 82:2, 86:3, 88:25, 91:11, 96:23, 99:1, 100:11, 101:16, 105:4, 105:8, 105:16, 110:9, 112:21, 117:7, 121:24
**sought** [3] - 109:3, 118:22, 119:6
**source** [2] - 10:10, 85:22
**South** [1] - 2:8
**Soviet** [1] - 22:19
**spam** [2] - 63:11, 63:18
**speaker** [1] - 82:24
**speaking** [1] - 115:8
**specific** [1] - 98:12
**specifically** [1] - 13:6
**specification** [1] - 95:23
**speech** [4] - 92:10, 92:13, 115:5, 115:7
**speeches** [3] - 66:14, 83:6, 114:24
**spend** [1] - 94:21
**spends** [2] - 12:5, 17:14
**spoken** [2] - 100:3, 124:10
**sponsored** [1] - 89:13
**sporting** [1] - 87:14
**spot** [1] - 66:9
**spread** [4] - 22:12, 22:20, 23:9, 23:14
**staff** [1] - 12:1
**staffed** [1] - 58:6

**staffer** [1] - 45:6
**stamp** [3] - 6:13, 6:15, 8:2
**stand** [5] - 4:8, 45:8, 70:2, 101:13, 101:18
**standing** [1] - 51:23
**stands** [2] - 22:17, 93:9
**star** [1] - 122:21, 123:10
**start** [4] - 48:11, 99:7, 125:19, 126:5
**started/maintained** [1] - 32:12
**starting** [3] - 19:2, 31:15, 43:4
**starts** [1] - 25:10
**state** [2] - 32:11, 33:9
**statement** [1] - 36:2
**statements** [1] - 35:18
**states** [1] - 120:25
**States** [19] - 2:7, 5:7, 6:8, 8:25, 22:17, 95:14, 96:5, 103:14, 103:15, 103:17, 103:22, 104:19, 105:2, 108:20, 119:10, 121:19, 122:13, 124:1, 124:11
**STATES** [4] - 1:1, 1:3, 1:11, 1:20
**status** [2] - 32:13, 102:24
**stay** [1] - 84:7
**stayed** [1] - 108:7
**staying** [3] - 43:9, 70:10, 113:20
**steered** [3] - 77:13, 78:7, 78:12
**stenographic** [1] - 127:13
**step** [1] - 126:8
**Steph** [2] - 120:23, 121:17
**STEPHANIE** [1] - 2:2
**stepped** [1] - 98:20
**Steven** [1] - 54:12
**still** [8] - 4:15, 32:4, 57:15, 70:3, 94:8, 98:15, 116:15, 123:19
**Stolarz** [1] - 81:25
**STOLARZ** [53] - 2:2, 8:9, 51:14, 54:16, 64:20, 74:15, 82:1, 82:6, 83:20, 84:14, 87:25, 88:8, 89:25, 90:6, 90:7, 91:17, 91:20, 91:23, 94:3,

94:23, 95:3, 99:3, 99:7, 99:9, 101:21, 101:24, 102:4, 102:19, 103:20, 104:1, 104:13, 104:15, 109:7, 109:25, 111:1, 111:7, 112:21, 112:22, 113:9, 113:15, 113:22, 114:8, 115:3, 117:7, 117:8, 119:2, 119:22, 122:12, 123:2, 123:6, 124:19, 125:21, 125:24
**stop** [2] - 47:18, 107:19
**Strategies** [15] - 19:14, 26:4, 26:19, 27:5, 30:19, 33:25, 34:19, 35:2, 35:11, 35:14, 35:24, 72:25, 73:4, 102:20, 102:22
**Street** [4] - 1:18, 1:21, 2:3, 2:8
**strike** [2] - 95:12, 126:15
**strings** [1] - 57:25
**stuff** [2] - 86:19, 87:11
**Style** [1] - 88:14
**subject** [1] - 67:4
**submitted** [2] - 45:5, 109:13
**subpoenaed** [1] - 100:23
**subset** [3] - 31:13, 35:18, 71:7
**substance** [2] - 69:15, 126:9
**successful** [1] - 87:6
**suggest** [2] - 45:11, 94:15
**suggested** [1] - 97:8
**Suite** [1] - 2:4
**suits** [1] - 87:9
**summarize** [1] - 32:9
**summary** [1] - 79:8
**support** [1] - 120:21
**supporting** [1] - 66:13
**supposed** [2] - 8:25, 48:11
**surveillance** [2] - 101:4, 101:6
**sustain** [1] - 65:8
**sustained** [8] - 65:12, 84:13, 101:23, 102:3, 102:18, 109:6, 111:6, 113:8
**sweater** [1] - 123:13

**sworn** [1] - 4:19

---

## T

**Table** [9] - 16:4, 38:17, 39:21, 40:1, 48:24, 53:11, 53:14, 73:25, 74:5
**table** [5] - 112:11, 112:17, 113:1, 113:5, 114:2
**talks** [1] - 92:25
**tax** [3] - 32:12, 32:13, 32:17
**team** [1] - 19:22
**team@ jjtransportation. com** [1] - 41:4
**technically** [1] - 100:18
**telephone** [5] - 9:6, 11:7, 21:13, 101:2, 124:13
**Ten** [1] - 108:24
**Tenth** [1] - 1:16
**territory** [1] - 32:16
**testified** [13] - 4:20, 16:13, 18:17, 19:5, 22:3, 41:10, 47:22, 53:21, 59:2, 61:19, 93:6, 95:12, 109:8
**testimony** [5] - 15:21, 69:15, 80:24, 125:16, 126:9
**text** [6] - 37:19, 40:23, 41:1, 61:13, 124:15, 124:16
**THE** [78] - 1:1, 1:10, 1:14, 1:21, 2:2, 3:3, 4:5, 4:7, 4:11, 4:17, 7:11, 8:10, 25:11, 50:11, 51:15, 54:19, 54:23, 54:24, 64:21, 64:24, 65:8, 65:11, 69:12, 69:16, 69:20, 69:25, 74:16, 74:17, 81:25, 82:2, 83:19, 84:13, 88:6, 90:4, 91:19, 93:25, 94:18, 94:24, 95:2, 99:1, 99:5, 101:23, 102:3, 102:18, 103:19, 104:7, 104:11, 104:14, 109:6, 110:4, 110:9, 110:24, 111:3, 111:6, 112:20, 113:8, 113:13, 113:19, 114:7, 115:2, 117:6,

118:25, 119:1, 119:21, 122:10, 122:11, 123:4, 124:21, 124:24, 125:11, 125:19, 125:22, 125:25, 126:3, 126:11, 126:12, 126:22, 126:23
**thereafter** [1] - 16:16
**third** [4] - 23:16, 92:15, 97:19, 100:15
**thorough** [2] - 85:14, 100:20
**thoughts** [1] - 98:23
**thread** [1] - 29:3
**three** [5] - 13:13, 21:21, 38:4, 40:16, 49:12
**throughout** [1] - 80:24
**thumbs** [3] - 106:3, 106:5, 123:15
**thusly** [1] - 97:8
**ticket** [2] - 17:8, 75:3
**tickets** [3] - 38:16, 39:10, 63:11
**tie** [2] - 49:7, 49:19
**timely** [1] - 115:17
**Titan** [15] - 19:14, 26:4, 26:19, 27:5, 30:19, 33:25, 34:19, 35:2, 35:11, 35:14, 35:24, 72:25, 73:4, 102:20, 102:22
**title** [1] - 88:14
**today** [13] - 5:22, 14:17, 15:7, 15:22, 25:5, 53:15, 54:7, 74:8, 74:13, 74:19, 76:10, 80:25, 125:23
**toll** [2] - 29:21, 73:16
**tomorrow** [2] - 38:16, 125:3
**tonight** [1] - 5:23
**took** [7] - 65:23, 66:9, 83:13, 111:13, 111:14, 117:11, 122:20
**top** [38] - 10:4, 12:20, 13:13, 14:2, 15:12, 17:4, 18:9, 20:11, 21:9, 25:6, 25:22, 27:6, 28:16, 30:11, 31:20, 33:14, 33:17, 38:10, 41:22, 46:20, 52:2, 52:9, 53:5, 55:16, 62:18, 63:3, 63:4, 63:6, 68:7, 71:10, 77:6, 80:4, 81:4, 91:16, 117:22,

118:1, 118:4, 120:19
**total** [3] - 38:17, 83:9, 109:17
**tour** [6] - 103:22, 104:24, 105:1, 105:2, 105:13, 105:19
**tourism/medical** [1] - 95:24
**tourist** [1] - 96:5
**toward** [1] - 117:20
**trade** [1] - 119:16
**trademark** [1] - 106:4
**trafficking** [2] - 93:22, 95:5
**training** [2] - 33:9, 33:14
**transcript** [2] - 127:12, 127:14
**transcripts** [2] - 51:6, 51:9
**transfer** [9] - 26:15, 29:9, 30:10, 34:7, 34:10, 34:13, 34:24, 79:18, 110:21
**translated** [3] - 7:20, 8:4, 31:10
**translates** [1] - 6:16
**translating** [1] - 113:4
**translator** [1] - 112:9
**Transportation** [2] - 41:20, 43:17
**transportation** [2] - 108:15, 108:17
**transported** [2] - 108:10, 108:13
**travel** [2] - 56:25, 85:11
**travelled** [1] - 83:10
**treated** [1] - 101:22
**treatment** [2] - 95:24, 96:3
**tremendous** [1] - 28:25
**TREVOR** [1] - 1:10
**trial** [4] - 82:3, 94:22, 100:6, 126:20
**TRIAL** [1] - 1:10
**tried** [1] - 5:22
**tries** [1] - 60:3
**trip** [11] - 14:18, 14:24, 14:25, 15:4, 15:5, 15:8, 41:20, 58:1, 99:25, 103:2, 108:20
**true** [7] - 51:8, 84:9, 84:21, 97:7, 115:11, 127:12, 127:13
**Trump** [53] - 6:5, 6:6, 6:7, 10:21, 12:6, 13:7, 29:1, 37:2,

38:8, 42:25, 43:13, 48:10, 48:15, 49:10, 50:19, 52:21, 53:12, 58:10, 62:20, 62:24, 65:19, 66:11, 66:13, 66:14, 69:4, 70:22, 72:12, 74:2, 74:6, 74:14, 74:20, 76:23, 79:17, 79:18, 79:23, 79:24, 80:16, 93:21, 93:22, 94:5, 94:7, 95:5, 95:9, 96:22, 97:8, 116:11, 118:9, 118:22, 121:15, 122:21, 123:10

**trump** [19] - 13:2, 45:8, 49:24, 50:4, 52:11, 62:4, 76:16, 76:19, 79:20, 95:9, 97:12, 111:24, 112:11, 114:11, 114:16, 114:20, 115:8, 115:12, 119:14

**Trump's** [2] - 79:21, 119:5

**trump's** [1] - 49:13

**Trust** [4] - 19:13, 27:5, 34:4, 34:21

**truth** [1] - 113:17

**try** [3] - 5:23, 92:4, 97:4

**trying** [5] - 87:25, 93:17, 98:23, 99:10, 99:13

**turn** [12] - 13:3, 17:10, 17:18, 36:1, 41:18, 43:2, 46:9, 47:4, 49:14, 56:15, 67:15, 70:6

**turning** [9] - 8:20, 26:17, 29:12, 32:18, 44:16, 46:12, 56:5, 71:19, 73:2

**TV** [2] - 10:23, 82:22

**twice** [2] - 5:22, 9:22

**two** [30] - 13:16, 13:19, 14:10, 15:17, 15:20, 18:16, 18:25, 22:8, 37:4, 37:19, 38:16, 39:10, 39:21, 40:23, 48:7, 57:12, 64:8, 76:13, 79:17, 79:23, 83:10, 83:25, 117:9, 117:11, 118:7, 120:25, 121:3, 124:16, 125:15

**type** [2] - 99:13, 105:24

**types** [1] - 87:14

**Tyson's** [2] - 55:10, 55:15

## U

**U.S** [12] - 1:14, 1:18, 2:3, 32:13, 32:14, 32:15, 32:16, 32:17, 57:1, 70:11, 99:11

**UK** [3] - 22:13, 22:25, 23:6

**Ukrainian** [1] - 47:6

**ultimately** [2] - 75:5, 75:19

**unable** [1] - 63:19

**unclear** [1] - 105:12

**uncover** [7] - 23:5, 23:22, 24:6, 45:11, 55:2, 55:5, 62:23

**uncovered** [2] - 118:20, 119:3

**under** [9] - 4:15, 18:16, 32:17, 36:4, 55:19, 68:22, 70:3, 80:4, 92:12

**underneath** [1] - 92:22

**understandable** [1] - 57:20

**unfortunately** [1] - 40:2

**Union** [1] - 22:19

**unique** [1] - 57:24

**united** [1] - 2:7

**UNITED** [4] - 1:1, 1:3, 1:11, 1:20

**United** [17] - 5:6, 6:8, 8:25, 95:14, 96:5, 103:13, 103:15, 103:17, 103:22, 104:18, 105:2, 108:20, 119:10, 121:19, 122:13, 124:1, 124:11

**Universal** [3] - 6:18, 6:24, 8:3

**unrelated** [1] - 94:14

**up** [102] - 6:2, 8:21, 9:3, 10:2, 11:5, 11:15, 12:13, 13:12, 13:13, 14:6, 14:14, 15:10, 16:11, 17:1, 17:16, 18:4, 18:14, 18:15, 19:1, 20:6, 20:11, 21:6, 21:7, 21:11, 21:12, 21:22, 22:12, 24:13, 25:6, 25:7, 25:14, 25:20, 26:16, 28:12, 28:16,

29:11, 29:19, 30:8, 31:5, 33:12, 35:13, 37:9, 37:25, 38:13, 39:4, 41:2, 42:20, 43:4, 43:15, 44:23, 46:3, 46:19, 47:8, 47:25, 48:22, 51:2, 52:11, 53:4, 55:11, 57:5, 58:11, 59:15, 59:19, 60:7, 60:8, 61:5, 61:23, 63:2, 65:15, 66:2, 67:1, 67:22, 69:11, 70:7, 71:2, 72:1, 72:24, 73:11, 73:15, 73:21, 76:1, 76:20, 77:1, 77:5, 78:22, 79:5, 80:2, 80:12, 86:21, 91:11, 93:14, 94:12, 94:20, 95:16, 97:18, 105:14, 106:3, 106:5, 123:7, 123:15, 126:4

**update** [2] - 62:6, 62:17

**uploads** [1] - 107:23

**upset** [2] - 73:25, 115:16

**USA** [2] - 23:20, 32:16

## V

**Valerie** [1] - 71:10

**varying** [1] - 6:20

**Vasilenko** [111] - 5:6, 5:12, 5:18, 8:24, 15:1, 15:5, 15:8, 17:20, 18:6, 23:17, 23:22, 24:2, 24:9, 26:10, 26:24, 27:15, 27:18, 28:9, 30:2, 30:3, 30:23, 31:17, 32:9, 32:20, 33:4, 39:2, 39:9, 43:9, 43:22, 44:5, 44:13, 44:18, 45:24, 49:3, 49:10, 49:15, 49:24, 50:3, 51:23, 53:22, 54:8, 57:1, 58:1, 59:12, 62:3, 75:5, 76:16, 84:15, 84:25, 85:14, 85:17, 88:10, 90:15, 91:2, 91:25, 92:7, 92:17, 95:12, 95:13, 96:15, 97:9, 97:11, 97:20, 99:16, 99:25, 103:3, 103:21, 104:18, 104:22, 104:25, 105:6, 105:14, 105:18, 105:21,

106:7, 106:10, 106:13, 106:24, 107:10, 108:7, 108:22, 109:4, 109:16, 110:19, 111:24, 112:5, 113:3, 113:4, 114:10, 114:16, 115:11, 115:16, 115:19, 116:12, 116:22, 117:15, 118:11, 118:21, 118:22, 119:4, 119:6, 119:9, 119:13, 121:18, 122:6, 122:13, 122:17, 122:20, 123:9, 123:17, 124:10

**Vasilenko's** [13] - 29:8, 32:25, 42:19, 46:11, 58:10, 70:16, 78:7, 85:5, 85:11, 92:14, 106:1, 114:24, 118:15

**vehicle** [1] - 108:13

**verdict** [1] - 126:21

**verify** [4] - 42:16, 51:8, 80:9, 80:14

**version** [4] - 31:10, 67:24, 91:20, 92:6

**versus** [1] - 118:11

**vet** [1] - 45:22

**Veteran's** [1] - 125:3

**via** [1] - 75:14

**Victory** [20] - 13:2, 37:2, 38:8, 42:25, 43:13, 48:11, 50:19, 52:21, 62:20, 62:24, 69:4, 70:22, 72:12, 74:6, 74:14, 74:20, 79:17, 79:18, 79:23, 80:16

**video** [12] - 51:21, 51:24, 96:13, 112:2, 112:11, 113:20, 113:23, 114:9, 114:19, 114:22

**videos** [9] - 50:7, 50:19, 50:20, 51:6, 51:9, 53:18, 74:11, 111:8, 114:20

**Vienna** [3] - 26:12, 30:25, 31:21

**viewing** [1] - 115:5

**views** [1] - 94:9

**Virginia** [4] - 56:2, 70:12, 108:10, 108:14

**vision** [2] - 23:17,

97:20

**visit** [1] - 95:24

**visited** [1] - 17:21

**vitals** [4] - 45:15, 45:16, 45:19, 45:25

**voicemail** [13] - 9:17, 11:11, 11:12, 18:23, 37:21, 37:22, 37:24, 40:14, 40:22, 47:16, 59:25, 60:2, 60:4

**volunteerism** [1] - 92:19

**vs** [1] - 1:5

## W

**wait** [1] - 10:24

**Walesa** [1] - 92:10

**Walesa's** [1] - 92:13

**Walk** [2] - 122:21, 123:10

**walk** [3] - 15:24, 43:24, 79:14

**walked** [1] - 107:21

**wall** [1] - 82:16

**Walsh** [2] - 12:1, 12:14

**wants** [2] - 12:7, 38:15

**warrant** [12] - 27:21, 27:24, 28:6, 84:3, 84:10, 100:25, 101:8, 101:17, 101:22, 101:25, 111:16, 126:23

**warrants** [1] - 100:24

**Warrington** [1] - 100:4

**Washington** [9] - 1:6, 1:16, 1:19, 1:22, 2:4, 103:2, 103:8, 103:21, 106:13

**WASSERMAN** [1] - 1:20

**watch** [2] - 59:13, 88:12

**ways** [2] - 6:20, 80:9

**Wead** [151] - 5:18, 5:21, 6:3, 9:6, 9:10, 9:14, 9:18, 10:12, 10:18, 10:22, 11:8, 11:9, 11:12, 11:13, 14:19, 16:15, 16:18, 18:19, 18:22, 18:24, 19:6, 19:15, 20:16, 20:21, 21:4, 21:13, 21:19, 22:3, 23:3, 23:5, 23:25, 24:19, 24:25, 25:7, 28:17, 29:4, 29:21, 29:23, 37:8, 37:13, 37:17, 37:18, 37:19, 37:21,

16

37:23, 38:17, 38:23,
39:21, 40:9, 40:13,
40:15, 40:17, 40:19,
40:21, 40:23, 40:25,
42:7, 44:1, 46:5,
46:22, 47:11, 47:13,
47:15, 47:16, 47:25,
48:3, 48:4, 48:6,
48:7, 51:25, 53:11,
53:23, 54:9, 54:17,
55:5, 55:22, 56:4,
56:10, 57:11, 58:13,
58:23, 59:2, 59:16,
59:25, 60:1, 60:3,
60:5, 61:9, 61:20,
65:22, 66:7, 73:12,
73:18, 73:20, 74:5,
75:5, 75:12, 75:16,
76:6, 76:9, 76:23,
76:24, 77:7, 77:12,
77:18, 77:24, 78:7,
78:12, 82:9, 82:17,
82:24, 83:5, 83:15,
84:9, 84:25, 85:4,
88:22, 89:3, 92:23,
93:17, 94:6, 94:20,
94:22, 95:6, 95:8,
95:17, 96:8, 96:12,
97:7, 97:16, 98:23,
99:10, 99:22,
105:20, 106:8,
106:25, 111:8,
111:22, 116:5,
117:11, 119:24,
120:8, 120:12,
120:25, 121:6,
122:1, 122:7,
122:15, 122:17,
124:3, 124:15
**Wead's** [8] - 6:1, 49:1,
55:24, 75:3, 82:13,
96:21, 111:16,
117:13
**wealth** [1] - 99:17
**wearing** [5] - 49:6,
87:9, 105:24,
106:10, 123:12
**website** [7] - 79:4,
89:20, 90:1, 90:9,
90:22, 102:25, 103:1
**week** [2] - 60:21,
125:2
**weekend** [3] - 125:6,
126:4, 126:18
**weeks** [5] - 61:15,
62:15, 62:16, 62:20,
62:22
**Weinbeck** [2] -
127:17, 127:17
**WEINBECK** [2] - 2:6,

127:11
**welcome** [3] - 4:11,
69:25, 84:7
**well-attended** [1] -
89:8
**western** [2] - 22:13,
23:9
**White** [2] - 38:18, 95:8
**whole** [2] - 26:13, 34:5
**wife** [3] - 6:1, 55:24,
71:12
**William** [1] - 91:8
**Williams** [1] - 91:12
**willing** [4] - 23:19,
23:20, 97:21, 98:22
**wine** [1] - 106:22
**winner** [3] - 90:14,
90:21, 91:24
**Winter** [5] - 26:12,
30:25, 31:7, 32:12,
35:8
**wire** [16] - 14:13,
19:20, 20:14, 24:23,
26:15, 30:2, 30:10,
36:12, 36:14, 36:17,
36:21, 36:23, 37:3,
37:4, 37:13, 124:7
**wired** [3] - 5:12, 30:2,
53:24
**wires** [2] - 39:2, 39:9
**wiring** [1] - 19:13
**wise** [2] - 57:18, 85:25
**wish** [1] - 57:25
**withdraw** [2] - 99:7,
107:21
**withdrawn** [1] -
110:19
**witness** [8] - 4:7, 7:9,
7:12, 7:15, 8:7,
50:12, 51:2, 125:17
**WITNESS** [8] - 4:17,
25:11, 54:24, 69:16,
74:17, 119:1,
122:11, 126:11
**witnesses** [1] - 125:15
**WITNESSES** [1] - 3:3
**women** [3] - 93:22,
94:6, 95:6
**wonderful** [1] - 125:6
**Woodstone** [8] - 26:4,
27:8, 27:22, 30:19,
35:24, 68:14, 71:15,
80:25
**word** [2] - 25:10,
60:13
**words** [2] - 99:6,
118:3
**works** [1] - 84:19
**world** [1] - 92:14
**write** [23] - 5:23,

12:14, 13:15, 20:13,
23:25, 24:20, 45:3,
52:9, 53:6, 57:11,
58:14, 60:11, 60:19,
61:12, 62:9, 62:13,
63:8, 65:17, 66:7,
66:20, 67:5, 76:9,
77:12
**writes** [2] - 28:17,
38:23
**writing** [1] - 60:10
**written** [10] - 26:21,
31:8, 42:14, 52:18,
52:23, 53:1, 61:25,
67:8, 67:10, 80:6
**wrote** [2] - 52:15,
82:20

## Y

**yaaay** [1] - 76:10
**yaay** [1] - 61:15
**year** [4] - 23:18, 97:21,
122:3, 122:4
**years** [6] - 17:22,
28:21, 89:6, 89:13,
89:15, 119:25
**yellow** [2] - 9:16,
79:14
**yesterday** [1] - 52:13
**York** [1] - 1:15
**young** [2] - 93:22,
95:5

## Z

**zone** [1] - 6:25
**zoom** [12] - 25:21,
26:13, 30:11, 37:10,
39:6, 56:5, 63:6,
68:7, 71:20, 73:22,
80:4, 81:19