```
 1                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
 2
      * * * * * * * * * * * * * * *    )
 3    UNITED STATES OF AMERICA,        )    Criminal Action
                                       )     No. 21-00569
 4                    Plaintiff,       )
                                       )
 5      vs.                            )
                                       )
 6    JESSE R. BENTON,                 )    Washington, D.C.
                                       )    November 14, 2022
 7                    Defendant.       )    9:27 a.m.
                                       )    MORNING SESSION
 8    * * * * * * * * * * * * * * *    )

 9

10                      JURY TRIAL - DAY 3
              BEFORE THE HONORABLE TREVOR N. McFADDEN,
11                  UNITED STATES DISTRICT JUDGE

12

13    APPEARANCES:

14    FOR THE GOVERNMENT:      REBECCA G. ROSS, ESQ.
                               U.S. DEPARTMENT OF JUSTICE
15                             PUBLIC INTEGRITY SECTION
                               1301 New York Avenue
16                             Tenth Floor
                               Washington, D.C. 20530
17
                               MICHELLE PARIKH, ESQ.
18                             U.S. DEPARTMENT OF JUSTICE
                               1331 F Street, Northwest
19                             Washington, D.C. 20005

20                             MICHELLE WASSERMAN, ESQ.
                               UNITED STATES ATTORNEY'S OFFICE
21                               FOR THE DISTRICT OF COLUMBIA
                               555 Fourth Street, Northwest
22                             Eleventh Floor
                               Washington, D.C. 20530
23

24

25
```

```
 1        APPEARANCES, CONT'D:

 2        FOR THE DEFENDANT:        BRIAN W. STOLARZ, ESQ.
                                    STEPHANIE METHERALL, ESQ.
 3                                  NORTON ROSE FULBRIGHT U.S., LLP
                                    799 Ninth Street, Northwest
 4                                  Suite 1000
                                    Washington, D.C. 20001
 5

 6        REPORTED BY:              LISA EDWARDS, RDR, CRR
                                    Official Court Reporter
 7                                  United States District Court for the
                                      District of Columbia
 8                                  333 Constitution Avenue, Northwest
                                    Room 6706
 9                                  Washington, D.C. 20001
                                    (202) 354-3269
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

<pre>
1                          I N D E X

2

3                               Direct     Cross      Red.

4
     WITNESSES FOR THE GOVERNMENT:
5
     Erin Phan                                          8
6
     Caitlin Franklin            47        83        102
7
     Michael Hartsock           105       118        124
8

9

10   EXHIBITS RECEIVED IN EVIDENCE                    PAGE

11   Government's Exhibit No. 84                       16
     Government's Exhibit No. 86                       22
12   Government's Exhibit No. 76                       27
     Government's Exhibit No. 90                       29
13   Government's Exhibit No. 91                       32
     Government's Exhibit No. 89                       35
14   Government's Exhibit No. 78                       40
     Government's Exhibit No. 87                       42
15   Government's Exhibit No. 88                       43

16   Defendant's Exhibit No. 10                       100

17

18

19

20

21

22

23

24

25
</pre>

```
 1                THE COURT:  Good morning.

 2                THE COURTROOM DEPUTY:  Your Honor, this is

 3     Criminal Case 21-569, the United States of America versus

 4     Jesse R. Benton.

 5                Counsel, please come forward to identify

 6     yourselves for the record, starting with the Government.

 7                MS. ROSS:  Good morning, your Honor.  Rebecca Ross

 8     for the Government.  Joining me at counsel table is Lauren

 9     Fastenau, Michelle Wasserman and Michelle Parikh, who just

10     stepped out but will return shortly.  Then we also have

11     Special Agent Carolyn Nakamura at the back bench as well as

12     Special Agent Erin Phan, who is still on the witness stand.

13                THE COURT:  Good morning, ladies.

14                MR. STOLARZ:  Good morning, your Honor.  Brian

15     Stolarz and Stephanie Metherall on behalf of Mr. Benton, who

16     is present.

17                I'd asked the clerk to bring you out before the

18     jury.  There is one matter -- or two matters I wanted to

19     raise with you; one housekeeping, one substantive.

20                The housekeeping is, Ms. Metherall -- we filed a

21     motion for pro hac vice.  It did not include a certificate

22     of good standing, in part because we wanted to get the

23     motion on file and did not have the certificate of good

24     standing at this time.  We've asked for a rush.  It's not

25     going to get here until tomorrow.  The office was closed on
```

1    Friday.

2              My hope was I was going to have her cross the FEC

3    witness they have, a short witness, in part to get her trial

4    experience.  But the good standing certificate will not be

5    here until tomorrow.

6              If your Honor is not comfortable with that, I'll

7    do the cross.  If you're okay with that, she can do the

8    cross.  But that's a housekeeping matter for you.

9              THE COURT:  I think I would want to wait to get

10   the full application before I had her cross him.

11             MR. STOLARZ:  Very well.

12             Then the substantive matter is, this morning in

13   the cafeteria I received a dozen new exhibits that I had not

14   previously been served with for the redirect of Agent Phan.

15   Obviously, they were in discovery, but not in the exhibit

16   binders that you received prior to trial.

17             And I'm going to object to the introduction of

18   those.  Some of them are before conspiracy; some of them are

19   after; some of them are irrelevant.  I just don't -- I don't

20   care for surprises, typically.  But as opposed to my earlier

21   stance, when they gave me the binders and I did not put up

22   any objections, I'm going to ask them to lay foundations for

23   each of these.

24             But also, I would request recross because now

25   these are exhibits I've never seen, and so perhaps it's

1    better for a rebuttal case.  But I just got 12 exhibits

2    about 20 minutes ago.

3              THE COURT:  Okay.  I'll hear from the Government

4    about that in a minute.

5              I guess I'll tell you my general sense:  If the

6    Government believes they're documents that were -- they

7    didn't have reason to want to introduce before, but because

8    of your cross they do, I guess I'm not terribly concerned

9    about that in criminal cases.  As you well know, surprises

10   do come up.

11             MR. STOLARZ:  Indeed.

12             THE COURT:  I don't think that automatically gives

13   you a right to a recross.  You can certainly call Agent Phan

14   in your own case if you'd like.  And of course you're

15   perfectly within your rights to require the Government to

16   prove the admissibility of each of those.  And I'd be

17   inclined just to deal with that in the normal course.

18             MR. STOLARZ:  Thank you.

19             THE COURT:  Ms. Ross, I think you're doing the

20   redirect here.  Am I remembering that correctly?

21             MS. ROSS:  Yes, your Honor.

22             It's our position that he opened the door to every

23   exhibit that we plan to admit through the agent.  They will

24   directly respond to points that he had made.  We had not

25   previously planned on admitting these exhibits; but because

```
1    he asked Special Agent Phan about certain things, it's our
2    position that they're relevant and should come in.
3                THE COURT:  Mr. Stolarz, is there anything in
4    particular that we need to deal with?  I'd prefer to deal
5    with this just in the normal course so I kind of see the
6    foundation.  But if there's something you're particularly
7    concerned about the jury even hearing, I can try to deal
8    with that now.
9                MR. STOLARZ:  Well, there's one email in
10   particular that is after the conspiracy that is charged.
11   And there is -- I object to all of them.  And again, I agree
12   with you:  We can see how it comes in through context.  I
13   may not object to some of them as they lay their foundation,
14   as I'll be fair.
15               There's also an excerpt from Mr. Wead's book which
16   I don't think has any relevance or ability to come in.
17               There's as well Exhibit No. 76, which is an email
18   after the U.S. election and after the charged conspiracy
19   regarding Mr. Vasilenko in Russian -- a request to have him
20   go on Russian TV regarding the picture.
21               Those are the two that jumped out at me.  As I
22   say, I may not have objections to others.  But those are the
23   two that jumped out at me, which is why I asked the Court to
24   come out.
25               THE COURT:  I think we can deal with those as we
```

```
1    proceed.

2              MR. STOLARZ:  Very well.  Thank you.

3              THE COURT:  So we can call in the jury.

4              THE COURTROOM DEPUTY:  Jury panel.

5              (Whereupon, the jury entered the courtroom at 9:44

6    a.m. and the following proceedings were had:)

7              THE COURT:  Welcome back, ladies and gentlemen.

8    Please have a seat.  I hope you all had a good weekend.

9    We're ready to resume the testimony of Agent Phan, and I'll

10   ask her to retake the stand.

11             As you all may recall, we had the Government

12   direct examination of Agent Phan and the defense's cross.

13   And now Ms. Ross will have a brief opportunity to provide

14   redirect.

15             Agent Phan, I'll remind you you're still under

16   oath.

17             Ms. Ross.

18        (ERIN PHAN, GOVERNMENT WITNESS, PREVIOUSLY SWORN.)

19                    REDIRECT EXAMINATION

20   BY MS. ROSS:

21   Q.  Agent Phan, good morning.

22   A.  Good morning.

23   Q.  When defense counsel was questioning you last week, he

24   asked you whether you had spoken to Mr. Vasilenko.  You

25   testified you had not.
```

Phan - REDIRECT - By Ms. Ross

```
 1                    Do you remember that?
 2     A.  Yes.
 3     Q.  Why did you not interview Mr. Vasilenko?
 4     A.  Because he's a Russian national residing in Russia, so
 5     we can't just show up on his doorstep or call him.  We have
 6     to work through the foreign governments in order to make
 7     contact with him.
 8     Q.  You were also asked about whether anyone in the FBI ever
 9     spoke to Ms. Kovalova.  You testified that you did not.
10                    Can you explain why you did not interview
11     Ms. Kovalova?
12     A.  Yes.  She was also a foreign national living in a
13     foreign country, so the same rules apply.  We would have to
14     go through the foreign government in order to make contact
15     with her.
16     Q.  Agent Phan, Mr. Stolarz asked you some questions about
17     Doug Wead.
18                    Do you remember that?
19     A.  Yes.
20     Q.  He asked you about Doug Wead being an author.
21                    Do you remember that?
22     A.  Yes.
23     Q.  Have you reviewed a book that Doug Wead wrote?
24     A.  Yes.
25     Q.  Which one was that?
```

1    A.  *Game of Thorns*.

2    Q.  In that book, does Mr. Wead discuss foreign

3    contributions?

4    A.  Yes.

5          MS. ROSS:  Can we pull up just for the witness

6    what has been marked as Government's Exhibit 77.  This is

7    just for the witness, please.

8          I'm sorry.  We're having some technical

9    difficulties.  With your Honor's permission, may I approach

10   and show the witness?

11         THE COURT:  You may.

12         MS. ROSS:  Mr. Stolarz, you have a copy of this?

13         MR. STOLARZ:  I do.  Thank you.

14   BY MS. ROSS:

15   Q.  Agent Phan, I've just handed you what's been marked as

16   Government's Exhibit 77.

17         Do you recognize this?

18   A.  Yes, I do.

19   Q.  What is it?

20   A.  It's a book entitled *The Game of Thorns* by Doug Wead.

21   Q.  And was Mr. Wead working on this book before September

22   2016?

23   A.  Yes.

24   Q.  How do you know that?

25   A.  I reviewed emails.

1          MS. ROSS:  Your Honor, at this point, the

2     Government moves to admit what's been marked as Government's

3     Exhibit 77.

4          MR. STOLARZ:  Objection.

5          THE COURT:  If the parties can approach.

6          (Whereupon, the following proceedings were had at

7     sidebar outside the presence of the jury:)

8          THE COURT:  Is this on relevance grounds?

9          MR. STOLARZ:  It is principally relevance, yes.

10         I also want to note that this appears to be a

11    draft.  I know this as I am an author myself.  At the bottom

12    left:  First pass.  This is a draft of a book that is

13    completely irrelevant to this issue.

14         THE COURT:  Ms. Ross, tell me about the relevance.

15         MS. ROSS:  It's going to Doug Wead's knowledge and

16    intent of contributions.

17         We're going to have the agent read a small section

18    of this one-page question where he asked about illegal

19    foreign contributions, which is going to his knowledge and

20    intent that foreign contributions are, in fact, illegal.

21         THE COURT:  I mean, he's not on trial.  Why is

22    his --

23         MS. ROSS:  He is a Co-Defendant in this case.

24         THE COURT:  He's not.  Right?

25         MS. ROSS:  He's part of the conspiracy.  He was a

 1    co-conspirator in this case.

 2              THE COURT:  Sorry.  So is this like co-conspirator

 3    comments?

 4              MR. STOLARZ:  He's a dead guy.  That's what my

 5    objection is.  This is not in furtherance of the conspiracy.

 6    This is a book that was in draft form for your Honor that

 7    later on may not have had this.  Even if it did, it's not in

 8    furtherance of a conspiracy.

 9              So I object on relevance and hearsay.  This is not

10    801(d)(2)(E) evidence.

11              THE COURT:  Which specifically do you want to

12    read?

13              MS. ROSS:  "Where the president and the parties

14    see no illegal foreign donation."

15              And the reason why we think this is important is

16    because Mr. Stolarz has put directly at issue the intent and

17    purpose of why they were making these contributions.  So to

18    establish that his co-conspirator knew that illegal

19    foreign -- that illegal donations were -- that foreign

20    donations were in fact illegal kind of goes to the whole

21    scheme of why they were covering things up.  So it helps

22    establish that -- what Mr. Wead knew, that Mr. Wead knew

23    what they were doing was illegal.  It was all part of their

24    plan to cover it up.

25              And if Mr. Stolarz has issues with the fact that

1    it is a draft, she did testify that he was working on it

2    before September 2016.  So it goes directly to intent.

3              And I can certainly draw out that this was a draft

4    and that is just a small excerpt of that book.

5              THE COURT:  So I'm going to sustain the objection.

6    I'm not sure that Mr. Wead's knowledge or intent is all that

7    relevant here.  I think arguably Mr. Vasilenko's may be, and

8    certainly the Defendant's is.  But this feels a little too

9    tenuous.

10             So I'm going to sustain the objection.

11             (Whereupon, the following proceedings were had in

12   open court:)

13             THE COURT:  I'm sustaining the objection.

14             MS. ROSS:  May the record reflect that I have

15   obtained Government's Exhibit 77 back from the witness.

16   BY MS. ROSS:

17   Q.  Agent Phan, Mr. Stolarz asked you last Thursday about

18   Charity Awards.

19             Do you remember that?

20   A.  Yes.

21   Q.  Do you remember he showed you a printout of the Charity

22   Awards website, which was Defense Exhibit 3?

23   A.  Yes.

24   Q.  One thing Mr. Stolarz had you read was from

25   Mr. Vasilenko's biography on this website.  And it says:

Phan - REDIRECT - By Ms. Ross

1    Mr. Vasilenko is working to bring a Charity Awards program

2    to Eastern Europe and Russia.

3              Did you find any evidence of that?

4    A.  No.

5    Q.  Agent Phan, Mr. Stolarz asked you about whether Mr. Wead

6    was trying to revitalize Charity Awards.

7              Did you investigate whether Mr. Wead was trying to

8    revitalize Charity Awards?

9    A.  I did.

10   Q.  Did you find any evidence of that other than Mr. Wead's

11   own statements?

12   A.  No.

13             MS. ROSS:  Can we pull up just for the witness

14   what has been marked as Government's Exhibit 84, please.

15   BY MS. ROSS:

16   Q.  Now --

17             MR. STOLARZ:  It's on the screens.

18             THE COURT:  It's supposed to be on your screens,

19   but the jury can't see it.

20             THE JURY:  No.

21             MR. STOLARZ:  I'm sorry.  I didn't realize we

22   could splice it like that.

23             THE COURT:  We are very technologically

24   sophisticated.

25             (Laughter.)

Phan - REDIRECT - By Ms. Ross

```
1     BY MS. ROSS:

2     Q.  Agent Phan, what is this document?

3     A.  It's a billing statement from Carr Workplaces.

4     Q.  Where did you get it?

5     A.  Through a grand jury subpoena.

6              MS. ROSS:  Your Honor, at point the Government

7     moves to admit and publish to the jury what's been marked as

8     Government's Exhibit 84.

9              MR. STOLARZ:  I object.

10             THE COURT:  On relevance grounds?

11             MR. STOLARZ:  Yes.

12             THE COURT:  What's the relevance here, ma'am?

13             MS. ROSS:  It's going to establish -- he put

14    directly at issue whether Mr. Wead was trying to revitalize

15    Charity Awards.  And this goes to show that at this point

16    they weren't even -- they didn't have office space.  They

17    had stopped paying for that in 2015.

18             THE COURT:  So the objection is overruled.

19    BY MS. ROSS:

20    Q.  Agent Phan, can you explain what this document is?

21             THE COURT:  Are you looking to publish the

22    exhibit?

23             MS. ROSS:  Yes, your Honor.

24             THE COURT:  Remind me what number this is.

25             MS. ROSS:  Government's Exhibit 84, please.
```

```
 1              THE COURT:  84 is admitted over defense objection.
 2              (Whereupon, Government's Exhibit No. 84 was
 3    entered into evidence.)
 4              THE COURT:  It may be published.
 5    BY MS. ROSS:
 6    Q.  Agent Phan, can you explain what this document is?
 7    A.  Yes.  This is a billing statement from Carr Workplaces.
 8    Q.  And so looking at the top there, the address that's
 9    listed there, do you remember reviewing the Charity Awards
10    website?
11    A.  Yes.
12    Q.  Was there an address listed on the website?
13    A.  Yes, there was.
14    Q.  Is that the same address that was listed here?
15    A.  1455 Pennsylvania Avenue, Northwest, in Washington,
16    D.C., was the same address on the website.
17    Q.  What is Carr Workplaces, Agent Phan?
18    A.  It's a virtual office space.
19    Q.  Based on the review of the evidence, when did Charity
20    Awards stop paying Carr Workplaces?
21    A.  Could you just scroll down to the bottom, please?  So
22    the last payment received was January 2nd, 2015.
23    Q.  After that date, what was the address that was used for
24    Charity Awards?
25    A.  Doug Wead's residence.
```

1    Q.  Did you find any physical office space for Charity

2    Awards outside of Mr. Wead's residence?

3    A.  No.

4           MS. ROSS:  Can we please pull up what has

5    previously been admitted as Government's Exhibit 59, please.

6    And can we zoom in on the box on the right-hand corner in

7    the middle there.

8    BY MS. ROSS:

9    Q.  Looking at what's listed there, what is the organization

10   name that's listed there?

11   A.  Charity Awards International.

12   Q.  And what's the address that's provided.

13   A.  15070 Sawgrass Place, Haymarket, Virginia.

14   Q.  And whose address is that, Agent Phan?

15   A.  Doug Wead's residence at that time.

16   Q.  Okay.

17          MS. ROSS:  Can we please bring up what's been

18   admitted into evidence as Government's Exhibit 3.  Can we

19   just place both pages of those side by side.

20   BY MS. ROSS:

21   Q.  Agent Phan, after Mr. Vasilenko's $100,000 wire on April

22   2016, did Charity Awards receive any additional money apart

23   from what Mr. Wead received from Canyonville Christian

24   Academy?

25   A.  No.

```
 1    Q.  What did Mr. Wead do with the money from Canyonville
 2    Christian Academy?
 3    A.  He withdrew that money to -- in the name of -- in a
 4    check to himself.
 5    Q.  Was there any evidence he attempted to use that for
 6    charitable purposes?
 7    A.  No.
 8    Q.  Did you find any expenses for any work related to
 9    Charity Awards spreading its mission?
10    A.  Could you repeat the question, please?
11    Q.  Did you find any evidence for any work related to
12    Charity Awards spreading its mission?
13    A.  No.
14    Q.  Did you find any charitable work Mr. Vasilenko did on
15    behalf of Charity Awards?
16    A.  No.
17           MS. ROSS:  Thank you.  We can pull that down.
18    BY MS. ROSS:
19    Q.  On Thursday, Mr. Stolarz asked if you knew what Mr. Wead
20    told the Defendant about Mr. Vasilenko's background on their
21    initial call.
22           Do you remember that?
23    A.  Yes.
24    Q.  Did you find any evidence that Mr. Wead told the
25    Defendant that Mr. Vasilenko was from the Caribbean?
```

 1   A.  Could you repeat the question, please?

 2   Q.  Did you find any evidence that Mr. Wead ever told the

 3   Defendant that Mr. Vasilenko was from the Caribbean?

 4   A.  No.

 5           MS. ROSS:  Can we please bring up Government's

 6   Exhibit 9, please.  Can we zoom in on that first paragraph,

 7   please.

 8   BY MS. ROSS:

 9   Q.  Looking at the second paragraph here, does the Defendant

10   write, "I have a friend who spends most of his time in the

11   Caribbean"?

12   A.  Yes.

13   Q.  Is there any evidence that the Defendant was friends

14   with Mr. Vasilenko?

15   A.  No.

16   Q.  Is there any evidence they ever spoke directly?

17   A.  No.

18   Q.  Does the Defendant reference Mr. Wead in this email at

19   all?

20   A.  No.

21   Q.  Is there evidence that Mr. Wead informed the Defendant

22   that Mr. Vasilenko was a Russian national?

23   A.  Yes.

24   Q.  What evidence was that, Agent Phan?

25   A.  A passport.

```
 1              MS. ROSS:  Can we please bring up Government's
 2    Exhibit 22, please.
 3    BY MS. ROSS:
 4    Q.  Agent Phan, what did Mr. Wead send to the Defendant in
 5    this email?
 6    A.  A photograph of Mr. Vasilenko's passport.
 7              MS. ROSS:  Can we go to Page 2 of this exhibit,
 8    please.
 9    BY MS. ROSS:
10    Q.  What is this?
11    A.  This is a photograph of Mr. Vasilenko's passport.
12    Q.  Was that attached to Mr. Wead's email?
13    A.  Yes.
14              MS. ROSS:  We can take that down.  Thank you.
15    BY MS. ROSS:
16    Q.  Agent Phan, did you find any evidence that the Defendant
17    ever informed the Republican National Committee that Roman
18    Vasilenko was a Russian foreign national?
19    A.  No.
20    Q.  Did you find any evidence that the Defendant ever
21    informed Trump Victory that Roman Vasilenko was a Russian
22    foreign national?
23    A.  No.
24    Q.  Did you find any evidence that the Defendant ever
25    informed the Secret Service that Roman Vasilenko was a
```

1    Russian foreign national?

2    A.  No.

3    Q.  And just to be clear, Agent Phan, did the Defendant

4    attend the fundraising event in Philadelphia?

5    A.  No.

6    Q.  Do you remember on Thursday Mr. Stolarz asked you about

7    whether the Defendant organized a tour of the Capitol for

8    Mr. Vasilenko?  Do you remember that?

9    A.  Yes.

10    Q.  Agent Phan, in your review of the evidence in this

11    investigation, did you find any evidence that the Defendant

12    ever helped organize a tour of the Capitol for

13    Mr. Vasilenko?

14    A.  No.

15              MS. ROSS:  Can we please bring up just for the

16    witness what has been marked as Government's Exhibit 86,

17    please.

18    BY MS. ROSS:

19    Q.  Agent Phan, do you recognize this email?

20              MS. ROSS:  And can you put both pages side by side

21    for the witness, please.  Thank you.

22              THE WITNESS:  Yes.

23    BY MS. ROSS:

24    Q.  What is the date of this top email there?

25    A.  September 15th, 2016.

1    Q.  And how did you get this email?

2    A.  Through a search warrant.

3              MS. ROSS:  Your Honor, at this point the

4    Government moves to admit what's been marked as Government's

5    Exhibit 86 and publish it for the jury.

6              MR. STOLARZ:  No objection.

7              THE COURT:  Without objection, 86 is in and may be

8    published.

9              (Whereupon, Government's Exhibit No. 86 was

10   entered into evidence.)

11             MS. ROSS:  Thank you.

12             Starting at Page 2, can we zoom in on the header,

13   please.

14   BY MS. ROSS:

15   Q.  What is the date of this email?

16   A.  September 9, 2016.

17   Q.  And who is it from?

18   A.  Doug Wead.

19   Q.  And looking down at the bottom of this email, beginning

20   with "We would like," what does Mr. Wead write?

21   A.  "We would like to introduce Mr. Vasilenko to a member of

22   the U.S. Senate, arrange a Capitol tour for his entourage

23   and arrange a private tour of the White House for him if

24   that is possible."

25   Q.  Turning back to Page 1 -- I'm sorry.  Before I do that,

1    Agent Phan, is the Defendant included anywhere on this

2    email?

3    A.  No.

4    Q.  Turning back to Page 1, I'm going to direct your

5    attention to the bottom of this email, Mr. Sullivan's

6    response, in which he forwards the individual to another

7    individual.  Can you just read the first two sentences of

8    that email that he wrote there?

9    A.  "I am helping Doug Wead on a project as a friend.  He

10   has a Russian running for the Duma coming to the U.S. who

11   would like to meet a U.S. senator."

12   Q.  Then looking at the response to that email, can you just

13   read those first two sentences there?

14   A.  "It has been an [sic] busy week.  Just now able to get

15   back to you with some senator leads.  The following Senate

16   members are on the Senate Armed Services Committee."

17   Q.  Is the Defendant on that email?

18   A.  No.

19   Q.  And then looking at that whole response there, is there

20   a list of schedules for various senators there?

21   A.  Yes.

22        MS. ROSS:  Can we just look at the top email now,

23   please.

24   BY MS. ROSS:

25   Q.  What does Mr. Wead write to Ms. Kovalova?

```
1    A.  "Hi.  Olga.  At this point, I think we will not have

2    time for meetings with senators.  Do you agree?"

3    Q.  Looking back at the entirety of this email, Agent Phan,

4    does the Defendant appear anywhere on this email?

5    A.  No.

6              MS. ROSS:  Thank you.  We can take that down.

7    BY MS. ROSS:

8    Q.  Agent Phan, do you remember Mr. Stolarz asking you

9    questions about Mr. Vasilenko's Instagram followers?

10   A.  Yes.

11   Q.  And do you remember him asking you about his

12   self-promotion?

13   A.  Yes.

14             MS. ROSS:  Can we please bring up just for the

15   witness what has been marked as Government's Exhibit 76,

16   please.

17   BY MS. ROSS:

18   Q.  Agent Phan, what is this?

19   A.  This is an email chain between Doug Wead and Olga

20   Kovalova, November of 2016.

21   Q.  And how did you get this email, Agent Phan?

22   A.  Through a search warrant.

23             MS. ROSS:  Your Honor, at this point, the

24   Government moves to admit and publish to the jury what's

25   been marked as Government's Exhibit 76, please.
```

Phan - REDIRECT - By Ms. Ross

1              MR. STOLARZ:  I object.

2              THE COURT:  On what basis?

3              MR. STOLARZ:  I'd like to approach.

4              THE COURT:  The parties may approach.

5              (Whereupon, the following proceedings were had at

6      sidebar outside the presence of the jury:)

7              THE COURT:  Michelle, put that back up, please.

8              MR. STOLARZ:  I have it here.

9              THE COURT:  Never mind.

10             MR. STOLARZ:  Your Honor, the basis of my

11     objection is this is after the United States election.  I

12     believe they're trying to put this in to counter the purpose

13     defense that we have proffered.  This is after the president

14     has already been elected.

15             He's requested to go on Russian TV.  There's no

16     evidence that he did or didn't.

17             But my objection is this is after the election.

18     It's not technically after the conspiracy dates of the

19     indictment, but it is irrelevant.  It's after the election.

20     And my defense is that he is -- the purpose of the picture

21     before the election was to not influence a federal election.

22     This is after.

23             THE COURT:  Ms. Ross?

24             MR. ROSS:  Your Honor, defense counsel has

25     repeatedly put at issue whether there was a -- whether

1   Mr. Vasilenko received anything.  He's put his intent for

2   the illegal foreign contribution directly at issue.  He

3   asked Ms. Robinson a whole line of questions about -- he

4   asked Ms. Robinson a whole line of questions about whether

5   Mr. Vasilenko ever reached out.  And this goes directly to

6   the influence of the election and the purpose of it.

7   Clearly, it benefited him.  We have an obligation to show

8   the jury that he did gain from the contribution.

9          And additionally, your Honor, the case law as

10  we've briefed, even though the benefit comes after, it

11  doesn't impact that purpose of the original contribution

12  even if it came before the election.  It still benefits him

13  after.  And that's exactly what happened here.

14          THE COURT:  Let me just read it.

15          Do you want to respond briefly?

16          MR. STOLARZ:  Just an invitation to speak on

17  Russian television after the election is over has absolutely

18  nothing to do with his purpose in coming here in September

19  of 2016.

20          THE COURT:  So I'm going to deny the objection.  I

21  think obviously intent is very hard to prove.  And it can be

22  shown, including by what somebody says or does afterwards.

23  And so I think it is relevant, and I'm overruling the

24  objection.

25          MR. STOLARZ:  Thank you.

```
 1              (Whereupon, the following proceedings were had in
 2      open court:)
 3              THE COURT:  I'm overruling the objection.
 4              Ms. Ross, what exhibit number is this?
 5              MS. ROSS:  Your Honor, this is Government's
 6      Exhibit 76.
 7              THE COURT:  76 is in and may be published.
 8              (Whereupon, Government's Exhibit No. 76 was
 9      entered into evidence.)
10              MS. ROSS:  Thank you, your Honor.
11      BY MS. ROSS:
12      Q.  Agent Phan, looking at this bottom email, who is this
13      email from?
14      A.  Olga Kovalova.
15      Q.  Can you just read that bottom email, please.
16      A.  "Doug, I had a call from Roman now.  He badly needs your
17      help.  Due to the picture with Trump, he is considered now
18      in Russia to be almost the only one who personally met and
19      knows Trump.
20              "Roman has been invited to speak in a special
21      program dedicated to Trump on the first Russian channel, the
22      main, the most influential TV channel in Russia.  He will be
23      asked to speak about Trump, about his attitude towards
24      Russia and his possible political moves connected with
25      Russia.
```

1          "Roman asks your advice.  Can you write what he

2    should say to your mind?  He needs this on Tuesday.  If you

3    can, please help him."

4    Q.  Agent Phan, what is the date that this email was

5    written?

6    A.  November 13th, 2016.

7    Q.  When was Election Day in 2016?

8    A.  November 8.

9    Q.  Approximately how many days after Donald Trump was

10   elected in 2016 did Ms. Kovalova send this email?

11   A.  Approximately five.

12   Q.  How does Mr. Wead respond?

13   A.  "First, I admire the new American president because he

14   has treated the Russian government and the Russian people

15   with respect.  And he has been highly complimentary about

16   our own President Putin.

17        "Having said that, we are two different countries

18   with different needs and different agendas, and that won't

19   change no matter who the American president may be.  So

20   people shouldn't get carried away or expect too much.  At

21   least we have someone in President Trump who speaks frankly

22   and truthfully, and that's the way we like it in Russia.  So

23   our government will know what to expect."

24   Q.  What was the date of that response?

25   A.  November 13th, 2016.

Phan - REDIRECT - By Ms. Ross

 1              MS. ROSS:  Thank you.  We can take that down.

 2    BY MS. ROSS:

 3    Q.  Agent Phan, you were asked some questions about whether

 4    Roman Vasilenko asked for anything from the campaign after

 5    the photo.

 6              Do you recall that?

 7    A.  Yes.

 8    Q.  I'd like to show you --

 9              MS. ROSS:  Can we show just the witness, please,

10    what's been marked as Government's Exhibit 90.

11    BY MS ROSS:

12    Q.  Agent Phan, what is this?

13    A.  An email from Jesse Benton to Cara Mason.

14    Q.  What is the date of this email?

15    A.  October 14th, 2016.

16    Q.  How did you get this email?

17    A.  Through a grand jury subpoena.

18              MS. ROSS:  Your Honor, the Government moves to

19    admit and publish to the jury what's been marked as

20    Government's Exhibit 90.

21              MR. STOLARZ:  No objection.

22              THE COURT:  Without objection, 90 is in and may be

23    published.

24              (Whereupon, Government's Exhibit No. 90 was

25    entered into evidence.)

1     BY MS. ROSS:

2     Q.  Special Agent Phan, what's the date of this email?

3     A.  October 14th, 2016.

4     Q.  And who is it from?

5     A.  Jesse Benton.

6     Q.  And who does he send it to?

7     A.  Cara Mason.

8     Q.  Can you remind the jury, who is Cara Mason?

9     A.  She was the finance director of the RNC at that time.

10    Q.  What is the subject of this email?

11    A.  Debate tickets.

12    Q.  Can you just read that email, please?

13    A.  "Sorry to bother you.  I know there's tickets are

14    probably like seeing the Beatles, but what would it take to

15    get two for Wednesday night?  Is already donating 35K

16    enough?"

17    Q.  Thank you.

18             MS. ROSS:  We can take that down.

19    BY MS. ROSS:

20    Q.  Agent Phan, do you remember Mr. Stolarz asking you about

21    Great America PAC?

22    A.  Yes.

23    Q.  You testified last Thursday that you executed search

24    warrants on various email accounts connected to this

25    investigation.

1          Do you remember that as well?

2   A.  Yes.

3   Q.  Did you execute an email search warrant on anybody

4   connected to Great America PAC besides the Defendant?

5   A.  Yes.

6   Q.  Who is that?

7   A.  Eric Beach.

8   Q.  Was that for the email account

9   ebeach@frontlinestrategies.com?

10  A.  It was ebeach@frontlinestrat.com.

11  Q.  Do you remember when Mr. Stolarz asked you if the

12  Defendant was associated with the Great America PAC for a

13  month or less?

14  A.  I recall the question that -- how long Mr. Benton was

15  involved with the Great America PAC.

16  Q.  Did you find evidence that the Defendant was paid by the

17  PAC for longer than a month?

18  A.  Yes.

19          MS. ROSS:  Can we pull up for the witness what has

20  been marked as Government's Exhibit 91, please.

21  BY MS. ROSS:

22  Q.  Agent Phan, what is this email?

23  A.  This is an email from Jesse Benton to Eric Beach.

24  Q.  What is the date of this email?

25  A.  March 9, 2016.

```
1    Q.  How did you get this email?

2    A.  Through a search warrant.

3            MS. ROSS:  At this point, the Government moves to

4    admit what's been marked as Government's Exhibit 91 and

5    publish it for the jury, please.

6            MR. STOLARZ:  Objection, your Honor.

7            THE COURT:  On what basis?

8            MR. STOLARZ:  Outside the scope of the conspiracy.

9            THE COURT:  Overruled.

10           91 is in and may be published.

11           (Whereupon, Government's Exhibit No. 91 was

12   entered into evidence.)

13   BY MS. ROSS:

14   Q.  Agent Phan, who is this email from?

15   A.  Jesse Benton.

16   Q.  And who is it to?

17   A.  Eric Beach.

18   Q.  What was Eric Beach's role in Great America PAC?

19   A.  He was the chairman, cofounder.

20   Q.  And what is the date of this email?

21   A.  March 9, 2016.

22   Q.  What does the Defendant write?

23   A.  "Hey man, just so we have the most basic understanding

24   between us, as chief strategist for Great PAC, my comp will

25   be:
```

Phan - REDIRECT - By Ms. Ross

1          "5 percent of gross fundraising once your initial

2     25K is recouped; 12K per month once we reach 500K raised; a

3     50/50 split with you on all media points and contractor

4     commissions.

5          "If agreed, please reply yes."

6          MS. ROSS:  Can we please pull up just for the

7     witness what has been marked as Government's Exhibit 80,

8     please.

9     BY MS. ROSS:

10    Q.  Agent Phan, what is this document?

11    A.  It's a press release for Great America PAC.

12    Q.  And where did you get it?

13    A.  Through an email search warrant.

14          MS. ROSS:  We can pull that exhibit down.  Thank

15    you.

16          Can we please pull up what's been marked as

17    Government's Exhibit 89.

18    BY MS. ROSS:

19    Q.  Agent Phan, what is this?

20    A.  An email from Jesse Benton to Eric Beach.

21    Q.  What is the date of this?

22    A.  May 5th, 2016.

23    Q.  And how did you get this email?

24    A.  Through an email search warrant.

25          MS. ROSS:  At this point, the Government moves to

Phan - REDIRECT - By Ms. Ross

1  admit and publish to the jury what's been marked as

2  Government's Exhibit 89.

3             MR. STOLARZ:  Your Honor, object and request to

4  approach, please.

5             THE COURT:  What's the basis of the objection?

6             MR. STOLARZ:  The second paragraph relates to --

7  well, the facts regarding the stipulation the Government and

8  the defense have entered into regarding the prior

9  conviction.

10            THE COURT:  The parties can approach.

11            (Whereupon, the following proceedings were had at

12  sidebar outside the presence of the jury:)

13            THE COURT:  What's the relevance of this,

14  Ms. Ross?

15            MS. ROSS:  On cross of the agent, he left the

16  impression that the Defendant only worked for Great America

17  PAC for this brief period of time.  This shows that he

18  started getting paid from Great America back in March.  He

19  publicly stepped down in May.  And then our next line of

20  questioning is going to establish that he continued to work

21  for them after this.

22            Additionally, I think there was a misstatement by

23  the agent during her testimony on the stand on Thursday,

24  where she said that he had publicly resigned in March.  I

25  think she testified March.  It was, in fact, May.  So this

Phan - REDIRECT - By Ms. Ross

1    is -- we need to correct the record on that.  It also just

2    goes directly to the point that he was working for them for

3    in fact longer.

4                THE COURT:  Your concern -- tell me your concern,

5    Mr. Stolarz.

6                MR. STOLARZ:  The date -- I'm going to withdraw my

7    objection to the exhibit, your Honor.

8                THE COURT:  The parties may step back.

9                MS. ROSS:  Thank you, your Honor.

10               (Whereupon, the following proceedings were had in

11   open court:)

12               THE COURT:  Mr. Stolarz, are you withdrawing your

13   objection?

14               MR. STOLARZ:  Yes.  No objection to the exhibit,

15   your Honor.  Thank you.

16               THE COURT:  So, Ms. Ross, remind us what exhibit

17   number this is.

18               MS. ROSS:  Can we please admit and publish to the

19   jury what's been marked as Government's Exhibit 89.

20               THE COURT:  89 is in and may be published to the

21   jury.

22               (Whereupon, Government's Exhibit No. 89 was

23   entered into evidence.)

24               MS. ROSS:  Thank you.

25

1    BY MS. ROSS:

2    Q.  Agent Phan, looking at this bottom email here, what is

3    the date of that email?

4    A.  May 5th, 2016.

5    Q.  And who is it from?

6    A.  Leigh Beach.

7    Q.  Who is Leigh Beach?

8    A.  Eric Beach's wife.

9    Q.  Can you just read that -- what's written down there,

10   please.

11   A.  "For immediate release.  May 5, 2016.  Contact

12   leigh@greatamericapac.com.  Louisville, Kentucky.

13        "Jesse Benton released the following statement

14   today:  It's been a privilege to be a part of the birth of

15   Great America PAC these past few months.  I have always been

16   involved in politics because I believe in America and I

17   remain committed to our mission.

18        "I have had some ongoing legal issues over FEC

19   paperwork from the 2012 cycle and I've had a setback which

20   puts my family in a tight spot.  Unfortunately, the appeals

21   process will take up a substantial amount of my time, so I

22   am going to take a step back from my leadership role with

23   GAPAC and continue to advise the team on a volunteer basis

24   while I work things out."

25   Q.  And then looking at the top here, what does the

1    Defendant write?

2    A.  "Perfect.  Thanks."

3    Q.  When does this indicate that the Defendant publicly

4    resigned from Great America PAC?

5    A.  May 5th, 2016.

6    Q.  Does it indicate the Defendant intends to continue on a

7    volunteer basis?

8    A.  Yes.

9    Q.  Agent Phan, you testified last Thursday that you

10   believed in March of 2016 the Defendant publicly stepped

11   down.

12             Agent Phan, was that just a mistake?

13   A.  Yes.

14   Q.  Did the Defendant publicly step down in May of 2016?

15   A.  Yes.  That's correct.

16   Q.  Did you find evidence that after he stepped down in May

17   of 2016, he continued to work for Great America PAC?

18   A.  Yes.

19             MS. ROSS:  Can we pull up just for the witness

20   what has been marked as Government's Exhibit 78, please.

21   BY MS. ROSS:

22   Q.  Do you recognize this?

23   A.  Yes.

24   Q.  What is it?

25   A.  It's a letter from Mr. Benton.

```
1   Q.  And where did you find it?

2   A.  On Mr. Benton's computer.

3   Q.  Did you review the metadata for it?

4   A.  I did.

5   Q.  And what did that metadata indicate?

6   A.  That Mr. Benton had authored this letter.

7            MS. ROSS:  At this point, the Government moves to

8   admit what's been marked as Government's Exhibit 78 and

9   publish it for the jury.

10           MR. STOLARZ:  Objection.

11           THE COURT:  On what basis?

12           MR. STOLARZ:  It's undated.  The metadata that she

13  just referenced -- it's an undated document with no email

14  attached to it.

15           MS. ROSS:  I can follow up with the agent, your

16  Honor.

17           THE COURT:  Okay.

18  BY MS. ROSS:

19  Q.  Agent Phan, in your review of the metadata, when did it

20  indicate this document had been saved?

21           MR. STOLARZ:  Objection.

22           THE COURT:  On what basis?

23           MR. STOLARZ:  Speculation.  We received no

24  evidence of that metadata.

25           THE COURT:  I think she did testify that she
```

1    reviewed it, so I'm overruling the objection.

2              You may answer, Agent Phan.

3              THE WITNESS:  Can you repeat the question, please?

4    BY MS. ROSS:

5    Q.  What did the metadata indicate about when this had been

6    last saved?

7    A.  I believe it was September of 2016.

8    Q.  Agent Phan, are you sure about that date?

9    A.  No.  I'm not sure about that date.

10   Q.  Agent Phan, if I showed you an email with the metadata

11   information in it, would that help refresh your

12   recollection?

13   A.  Yes.

14             MS. ROSS:  Your Honor, permission to approach the

15   witness?

16             THE COURT:  Why don't you just put it on the ELMO.

17   This is just --

18             MR. STOLARZ:  I've never seen it.  Just show me

19   what it is, please.

20             MS. ROSS:  (Tenders document to counsel.)

21             THE COURT:  You can put it on the ELMO.

22   BY MS. ROSS:

23   Q.  Agent Phan, when you're done reading, just let me know.

24   A.  Okay.

25             MS. ROSS:  Taking this down, this has been marked

1  for identification purposes only as Government's Exhibit

2  R-539.  We've showed the witness and I've taken it down.

3  BY MS. ROSS:

4  Q.  Agent Phan, did Government's Exhibit R-539 help refresh

5  your recollection as to what the metadata revealed about

6  Government's Exhibit 78?

7  A.  Yes.

8  Q.  And what did the metadata indicate about that exhibit?

9  A.  The document was written in July of 2016.

10         MS. ROSS:  Your Honor, at this point, the

11  Government moves to admit and publish to the jury what's

12  been marked as Government's Exhibit 78.

13         MR. STOLARZ:  Your Honor, objection.  The date is

14  before the charged date of the conspiracy and there's also a

15  provenance question.  It is whether it was sent by email or

16  letter, or whether it was even sent at all.  Objection.

17         THE COURT:  The objection is overruled.

18         78 is in.

19         (Whereupon, Government's Exhibit No. 78 was

20  entered into evidence.)

21         THE COURT:  You may publish it to the jury.

22         MS. ROSS:  Thank you, your Honor.

23  BY MS. ROSS:

24  Q.  Agent Phan, can you just describe this for the jury?

25  A.  This is a letter written by Jesse Benton.

1    Q.  I'm not going to have you read this whole letter, Agent

2    Phan.  But can you please just read the third paragraph

3    starting with "I am excited"?

4    A.  "I am excited by your potential investment in this

5    presidential race.  Trump is poised to win election in

6    historic fashion, but he sorely needs strongly [sic]

7    financial backing."

8    Q.  And the first sentence of the seventh paragraph,

9    beginning with "Great America PAC," please.

10   A.  "Great America PAC is the largest and most active

11   pro-Trump super PAC."

12   Q.  And can you just read the last paragraph on this page,

13   beginning with "detailed progress."

14   A.  "Detailed progress of our efforts would be relayed

15   directly to Mr. Trump in a legal manner through Rudy

16   Giuliani, perhaps his closest personal advisor and confidant

17   outside of this nuclear family."

18   Q.  And turning to Page 2 of this exhibit, who signs it?

19   A.  Jesse Benton.

20           MS. ROSS:  And we can take this down now.  Thank

21   you.

22   BY MS. BENTON:

23   Q.  Did you find evidence that the Defendant continued his

24   work for Great America PAC around the time Mr. Vasilenko was

25   planning his trip to the United States?

```
 1    A.  Yes.

 2              MS. ROSS:  Can we pull up just for the witness

 3    what has been marked as Government's Exhibit 87, please.

 4    BY MS. ROSS:

 5    Q.  Agent Phan, what is this document?

 6    A.  An email from Jesse Benton to Brent Lowder and Eric

 7    Beach.

 8    Q.  What is the date of this email?

 9    A.  September 12, 2016.

10    Q.  How did you get it?

11    A.  Through email search warrant.

12              MS. ROSS:  The Government moves to admit and

13    publish for the jury what's been marked as Government's

14    Exhibit 87.

15              MR. STOLARZ:  No objection.

16              THE COURT:  Without objection, 87 is in and may be

17    published.

18              (Whereupon, Government's Exhibit No. 87 was

19    entered into evidence.)

20    BY MS. ROSS:

21    Q.  Agent Phan, can you read this email for the jury,

22    please?

23    A.  "Trump has been dark on TV since Thursday (no money).

24    Right now, it appears like there are literally no pro-Trump

25    groups up right now.  The need for air cover is accurate --
```

Phan - REDIRECT - By Ms. Ross

1    acute."

2    Q.  Who is this email from?

3    A.  Jesse Benton.

4    Q.  And who is it to?

5    A.  Brent Lowder and Eric Beach.

6    Q.  And what is the date of this email?

7    A.  September 12, 2016.

8           MS. ROSS:  Can we please pull up just for the

9    witness now what has been marked as Government's Exhibit No.

10   88, please.

11   BY MS. ROSS:

12   Q.  What is this email, Agent Phan?

13   A.  An email from Jesse Benton to Eric Beach.

14   Q.  What is the date of it?

15   A.  September 13, 2016.

16   Q.  And where did you get it?

17   A.  Email search warrant.

18          MS. ROSS:  The Government moves to admit and

19   publish to the jury what's been marked as Government's

20   Exhibit 88.

21          MR. STOLARZ:  No objection.

22          THE COURT:  Without objection, 88 is in and may be

23   published.

24          (Whereupon, Government's Exhibit No. 88 was

25   entered into evidence.)

1              MS. ROSS:  Thank you.

2      BY MS. ROSS:

3      Q.  Agent Phan, who is this email from?

4      A.  Jesse Benton.

5      Q.  And who is it to?

6      A.  Eric Beach.

7      Q.  What's the subject that's written?

8      A.  Trump funders.

9              MS. ROSS:  Can we pull up Government's Exhibit 87

10     next to Government's Exhibit 88, please.

11     BY MS. ROSS:

12     Q.  Approximately how many days after sending the email to

13     Eric Beach in Government's Exhibit 87 did the Defendant send

14     this email?

15     A.  Approximately one day later.

16     Q.  And what does the Defendant write in this email in

17     Government's Exhibit 88?

18     A.  "Might be helpful."

19     Q.  Is there an attachment to that email?

20     A.  Yes.

21             MS. ROSS:  We can take down Government's Exhibit

22     87.  Thank you.

23     BY MS. ROSS:

24     Q.  And turning to Page 2 of Government's Exhibit 88, Agent

25     Phan, is this what was attached to that email that we just

1    saw?

2    A.  Yes.

3    Q.  And did we look at this document during your testimony

4    last week?

5    A.  Yes, we did.

6    Q.  Can we please pull -- can you describe for the jury,

7    what is this document?

8    A.  It's a list of September events for Trump Victory.

9          MS. ROSS:  We please pull up Government's Exhibit

10   10, please, which has already been admitted.

11   BY MS. ROSS:

12   Q.  Agent Phan, looking at Government's Exhibit 10, was

13   there an attachment to this email?

14   A.  Yes.

15         MS. ROSS:  Can we turn to Page 2 of Exhibit 10,

16   please.

17   BY MS. ROSS:

18   Q.  Looking at this document, is this the same document that

19   we just looked at --

20   A.  Yes.

21   Q.  -- that the Defendant sent to Mr. Beach?

22   A.  Yes.

23   Q.  All right.

24         MS. ROSS:  We can go back to Page 1 of this

25   exhibit, please.

Phan - REDIRECT - By Ms. Ross

1    BY MS. ROSS:

2    Q.  When did Ms. Mason send this to the Defendant?

3    A.  September 13, 2016.

4          MS. ROSS:  And can we put up Government's Exhibit

5    88, please, next to Government's Exhibit 10.

6    BY MS. ROSS:

7    Q.  What was the date that the Defendant sent this to Eric

8    Beach?

9    A.  September 13th, 2016.

10   Q.  And then now just looking at Government's Exhibit 88,

11   what time did the Defendant send this to Eric Beach in UTC?

12   A.  8:23 p.m.

13   Q.  And you testified last week that UTC is four hours ahead

14   of Eastern Daylight Time.  Is this sent at 4:23 Eastern

15   Daylight Time?

16   A.  Yes.

17         MR. ROSS:  Next to Government's Exhibit 88, can we

18   please bring up what has already been admitted into evidence

19   as Government's Exhibit 13, please.

20   BY MS. ROSS:

21   Q.  The day after the Defendant sent Eric Beach the list of

22   Donald Trump fundraising events and writes "Might be

23   helpful," what does Olga Kovalova say the very next day?

24   A.  "Doug, I've talked to Roman.  He is happy and ready to

25   wire his donation."

Phan - REDIRECT - By Ms. Ross

```
1              MS. ROSS:  Thank you.  No further questions.
2              THE COURT:  Agent Phan, you may step down.
3              THE WITNESS:  Thank you.
4              THE COURT:  Thank you.
5              (Witness excused.)
6              THE COURT:  Ms. Ross, you may call your next
7    witness.
8              MS. PARIKH:  The Government calls Caitlin
9    Franklin.
10             (Thereupon, Ms. Franklin entered the courtroom and
11   the following proceedings were had:)
12             THE COURT:  Good morning, ma'am.  If you could
13   come on up here and remain standing for a moment.
14         CAITLIN FRANKLIN, GOVERNMENT WITNESS, SWORN.
15             THE COURT:  Good morning.  Feel free to adjust the
16   microphones.
17                       DIRECT EXAMINATION
18   BY MS. PARIKH:
19   Q.  Good morning.
20   A.  Hi.
21   Q.  Would you please introduce yourself to the jury and
22   spell your first and last name for the record.
23   A.  Hi.  I'm Caitlin Franklin.  C-A-I-T-L-I-N, last name
24   Franklin, F-R-A-N-K-L-I-N.
25   Q.  And, Ms. Franklin, where do you work?
```

```
1    A.  I'm a -- sorry.  I'm an independent fundraising

2    consultant based out of Hershey, Pennsylvania.

3    Q.  And what -- just briefly, what kind of work does that

4    entail?

5    A.  Political fundraising.

6    Q.  Were you employed in the same capacity in 2016?

7    A.  Yes, I was.

8    Q.  Did you do political fundraising work in connection with

9    the 2016 election?

10   A.  I did.

11   Q.  Who were your clients in connection with that election?

12   A.  In 2016, the Republican National Committee was a client

13   along with Trump Victory.

14   Q.  And what did you do for the RNC and Trump Victory?

15   A.  I was their Pennsylvania-based fundraising consultant.

16   Q.  And where did you work before you had your own

17   fundraising company?

18   A.  Prior to owning my own company, I worked -- well, I

19   started at the RNC in 2008, I believe, and worked there.

20   And then I worked for Speaker John Boehner when he became

21   the speaker as his finance director.

22   Q.  How long were you working for the RNC?

23   A.  That's a good question.  Sorry.  2008 until about 2010

24   or '11.

25   Q.  What were you doing for the RNC?
```

1    A.  I was in the finance department.  So I started as a

2    staff assistant in -- around fundraising in the finance

3    department.

4    Q.  In 2016, who did you report to in connection with your

5    work for the RNC and Trump Victory?

6    A.  In 2016, I would have reported to Sarah Robinson.

7    Q.  How was Sarah Robinson employed in 2016?

8    A.  She was employed by the RNC as -- I was going to say her

9    title, but I actually don't know it.  I think it was Midwest

10   finance director or regional director.  Sorry.

11   Q.  Can you explain the relationship between Trump Victory

12   and the RNC?

13   A.  Sure.  So the RNC is a party organization and then Trump

14   Victory was when Trump became -- Donald Trump became the

15   nominee.  He would have been -- they would have done a joint

16   fundraising committee between the RNC, the campaign and then

17   a few state parties, I believe.

18   Q.  And can you just briefly explain how a joint fundraising

19   committee works.

20   A.  Sure.  A JFC is essentially a fundraising vehicle for

21   accepting larger contributions.  It's comprised of several

22   different entities most of the time, all within FEC

23   guidelines and campaign limits.

24   Q.  And so when someone contributes to a joint fundraising

25   committee, what happens?

1   A.  Your donation would fall kind of like in a waterfall.

2   If it's a $25,000 contribution, it would go to the first

3   entity, which in this case I believe would have been Donald

4   J. Trump for President.  At that time, I think it was --

5   about 2,700 would go to that and then the other portion

6   would go to the RNC.

7          And again, if the contribution was bigger, it

8   would just fall along the guidelines.

9          MS. PARIKH:  I'd like to show to the witness

10  what's already in evidence as Government's Exhibit 14 and

11  turn specifically to Page 4.

12  BY MS. PARIKH:

13  Q.  Ms. Franklin, do you recognize this document?

14  A.  I do.

15  Q.  What is it?

16  A.  This is an event invitation for an event that happened

17  on Thursday, September 22nd, 2016.

18  Q.  And directing your attention to the bottom of the page,

19  do you have an understanding as to why your name is listed

20  on this?

21  A.  Yes.  As the Pennsylvania fundraising consultant, I

22  would have been the RSVP staff contact for this.

23  Q.  Does this accurately list what your email address and

24  phone number were in 2016?

25  A.  Yes.

 1          MS. PARIKH:  I'd like to turn to the next page of

 2    this document, please.

 3    BY MS. PARIKH:

 4    Q.  Ms. Franklin, if you had received this completed

 5    contribution form in connection with the Philadelphia

 6    fundraiser, what would you have done with it?

 7    A.  The completed form, I would have sent it to the

 8    Republican National Committee, probably Sarah or somebody on

 9    her team.

10    Q.  As a general matter, when you received completed forms,

11    did you examine them at all before turning them over to the

12    RNC?

13    A.  Yes.

14    Q.  What were you examining them for?

15    A.  I would typically look just to make sure that they had

16    filled out all the appropriate information.  It asks for

17    name, address, employer occupation, which level at which

18    they plan to attend or not attend.

19    Q.  Ms. Franklin, if you had received a form that you

20    believed had been submitted making a contribution from a

21    foreign national, what would you have done with the form?

22    A.  I -- as a client of mine, I would have flagged that for

23    the RNC.

24    Q.  And why would you have done that?

25    A.  They were my client and I feel like -- well, obviously,

1    a foreign national would be an illegal contribution.  But

2    also, just the RNC is -- they would want to handle it in

3    however they'd like to.

4    Q.  Are you familiar with the term "conduit contribution"?

5    A.  Yes.

6    Q.  What does that mean?

7    A.  Conduit contributions are when you give in the name of

8    another.

9    Q.  If you believed that you had received a conduit

10   contribution, what would you have done?

11   A.  Again, that would be something that I would bring up

12   with the RNC as my client.

13   Q.  Why would you have done that?

14   A.  Like foreign nationals, we can't accept conduit

15   contributions.

16   Q.  Why is that?

17   A.  Within FEC guidelines, it's illegal.

18   Q.  Do you recall the Philadelphia fundraiser at the

19   Ritz-Carlton in September of 2016 for then-candidate Donald

20   Trump?

21   A.  I do.

22   Q.  And did you participate in the planning of that

23   fundraiser?

24   A.  Yes, I did.

25   Q.  What did you do to plan that fundraiser?

1    A.  So as the in-state fundraiser, I would have worked to

2    find Pennsylvania donors that would attend, got the host

3    committee.  I was working with our national committee man

4    and finance committee member, Bob Asher, to fund other

5    potential participants.

6    Q.  Did you attend the fundraiser?

7    A.  I did.

8    Q.  Generally, how busy was this period of time for the

9    campaign?

10   A.  September is pretty busy.

11   Q.  And for you personally, in your professional capacity,

12   how busy were you in September 2016?

13   A.  Very busy.  This would have been -- the day of this

14   fundraiser, I also had a Pittsburgh fundraiser that same

15   morning.  So obviously, I would have gone from Pittsburgh

16   over to Philadelphia, which is a lot.

17   Q.  Ms. Franklin, we're about to look at a series of emails.

18   Prior to your testimony here today, have you reviewed some

19   emails that you sent or received -- email exchanges with

20   Jesse Benton?

21   A.  Yes.  I have reviewed them.

22   Q.  Do you have a specific recollection of sending or

23   receiving those emails?

24   A.  I do not.

25   Q.  Do you have any reason to doubt that you sent or

1    received the emails that we're about to look at?

2    A.  No, I do not.

3    Q.  At this point in the 2016 campaign, were you sending and

4    receiving large volumes of email?

5    A.  Yes.

6    Q.  And have you sent and received a large number of emails

7    since 2016?

8    A.  Yes, I have.

9             MS. PARIKH:  I'd like to pull up for the witness

10   what is in evidence as Government's Exhibit 25.

11   BY MS. PARIKH:

12   Q.  Ms. Franklin, do you recognize this document as an email

13   exchange that you participated in?

14   A.  Yes, I do.

15   Q.  Ms. Franklin, prior to communicating with Jesse Benton

16   in 2016 by email, did you know who he was?

17   A.  No, I did not.

18   Q.  I'd like to direct your attention to the middle of page.

19   It's a September 21st, 2016, email, written at 4:11 p.m.

20   This is an email from you; and at the bottom of what's blown

21   out, there's a link.  What is that link for?

22   A.  So that link would have been used to collect vitals.

23   Vitals are important information needed for -- in this case,

24   we would have had the nominee in the room.  So background

25   information.

1    Q.  And if you know, what kind of background information is

2    asked for in connection with the vitals?

3    A.  Typically, it would be your name, your location and I

4    think Social Security number.  There could be more.

5    Q.  To what extent, if at all, was it your responsibility to

6    gather vitals for the 2016 Philadelphia fundraiser?

7    A.  I know I would send this out to the attendees.  So it

8    was -- I was expected to send it out to everybody.

9    Q.  Do you know what -- where the -- where the information

10   went when someone filled out this vitals link?

11   A.  I do not know where it went.

12   Q.  Do you know whether there's any mechanism for an

13   attendee to submit their information directly to the Secret

14   Service?

15   A.  I am not sure.

16   Q.  To what extent, if at all, was it important to gather

17   vitals for fundraising attendees?

18   A.  It was important.

19   Q.  Why is that?

20   A.  Again, the nominee would have been in the room, so they

21   would expect everybody to have their background provided

22   prior to that.  Safety.

23           MS. PARIKH:  We can take that one down.

24           I'd like to show the witness what's in evidence as

25   Government's Exhibit 26.

Franklin - DIRECT - By Ms. Parikh

1    BY MS. PARIKH:

2    Q.  Ms. Franklin, do you recognize this document as an email

3    exchange that you participated in?

4    A.  I do.

5    Q.  I'd like to focus your attention on the September 21st,

6    2016, email that you sent at 11:01 p.m. that reads, "Hi,

7    Jesse.  Do you happen to know the name of Mr. Wead's guest?

8    I want to make sure that we have a place card for the

9    roundtable.  Thank you very much."

10            Then above that -- let me stop there.

11            When in relation to the fundraiser did you send

12   this email?

13   A.  So the event would have been on the 22nd.  This was the

14   21st, so the day before, at 11:01.

15   Q.  All right.  Yes.

16   A.  Yes.

17            MS. PARIKH:  And then I'd like to show to the

18   witness the response from Mr. Benton.

19   BY MS. PARIKH:

20   Q.  So this reflects that on September 22nd, 2016, at 7:35

21   a.m., Mr. Benton responds "Mr. Roman Vasilenko."

22            So again, when in relation to the fundraiser would

23   this email have been received?

24   A.  That would have been the day of at 7:35 a.m.

25   Q.  Did you recognize the name Roman Vasilenko?

1   A.  No, I did not.

2   Q.  At the time that you received this, did you know

3   anything about Roman Vasilenko?

4   A.  No.

5   Q.  Specifically, what, if anything, did you know about

6   Mr. Vasilenko's country of citizenship?

7   A.  What did I know about it?  Nothing.

8   Q.  If you had believed that a foreign national was going to

9   be in attendance at the event, even if they were not going

10  to be buying the ticket, what, if anything, would you have

11  done?

12  A.  I probably would have brought it up with the RNC.

13  Q.  Why is that?

14  A.  Just to make them aware.  At that time, I believe,

15  foreign nationals could actually attend events.  But it's

16  still something that they should have been made aware of.

17  Q.  When you sent this email the day before the event asking

18  for the name of Mr. Wead's guest, if the name had never been

19  provided, what would have happened if a person showed up and

20  their name had not been previously provided to you or

21  someone else in connection with the fundraiser?

22          MR. STOLARZ:  Objection.  Calls for speculation on

23  that question.

24          THE COURT:  Overruled.

25          If you know.

1    BY MS. PARIKH:

2    Q.  You can answer, if you know.

3    A.  Sorry.  I'm shaking.

4    Q.  Lots of back-and-forth.

5         If a person had shown up at the fundraiser and

6    their name had not been previously provided either to you or

7    otherwise to Trump Victory or the RNC --

8    A.  And they just showed up?

9    Q.  That's right.

10   A.  Okay.

11   Q.  What would have happened?

12   A.  They likely would not have been allowed to attend.

13   Q.  Why is that?

14   A.  It was a private event.  So all the names would have

15   been cleared prior to that, meaning they would have had --

16   would have said, "I'm attending" or something of that

17   nature.

18        MS. PARIKH:  I'd like to pull this down and then

19   show to the witness what's in evidence as Government's

20   Exhibit 27.

21   BY MS. PARIKH:

22   Q.  Ms. Franklin, do you recognize this document as an email

23   exchange that you participated in?

24   A.  I do.

25   Q.  I'd like to focus your attention on the September 22nd,

1    8:21 a.m. email that you sent, which spans into Page 2.

2                MS. PARIKH:  If it's possible to split the screen.

3    Thank you, Ms. Fastenau.

4    BY MS. PARIKH:

5    Q.  The email reads, "Hi, Jesse.  It appears that we do not

6    yet have Mr. Vasilenko's vitals.  Could you please kindly

7    ask that he submit them ASAP?  Thank you."

8                MS. PARIKH:  And then if you could blow up for

9    Ms. Franklin the date and time of this email.

10   BY MS. PARIKH:

11   Q.  Ms. Franklin, when in relation to the event did you send

12   this email?

13   A.  The day of that event, that morning.

14   Q.  When you made the request for Mr. Benton to provide the

15   vitals, did you expect that Mr. Benton would provide more

16   than just Mr. Vasilenko's name?

17   A.  If I -- I'm sorry.  Do you mind repeating that?

18   Q.  Sure.

19                When you made a request for Mr. Benton to submit

20   his vitals, did you expect that he would be providing more

21   than just Mr. Vasilenko's name?

22   A.  Oh, yeah.  I would imagine so.

23   Q.  Do you know whether vitals were ever submitted for

24   Mr. Vasilenko?

25   A.  I do not.

1    Q.  Do you follow up with all the attendees for vitals if

2    they're outstanding the day of or just a subset?

3    A.  I guess if somebody's were outstanding, I would follow

4    up.  But it's not out of the -- out of the ordinary at that

5    point when he was the nominee that something would be

6    outstanding.

7    Q.  That you would follow up if something were outstanding?

8    A.  Yeah.  Sorry.

9    Q.  I'd like to focus on the email dated September 22nd,

10   2016, at 11:06 a.m.  Mr. Benton writes, "One more quick

11   thing.  I was told this shouldn't be a problem, and I

12   submitted her screening info to Secret Service.  Doug and

13   Roman will have an [sic] staffer with them named Olga

14   Kovalova.  She will hang with them in the room until

15   Mr. Trump arrives and then stand of [sic] to the side.  She

16   can even leave the room if need be."

17        Ms. Franklin, when Ms. Franklin sent this email

18   and named Olga Kovalova as a staffer, did you recognize that

19   name?

20   A.  I don't believe so.  No.

21   Q.  Did you know anything about Olga Kovalova's country of

22   citizenship?

23   A.  No.

24   Q.  I'd now like to turn to what's in evidence as

25   Government's Exhibit 203.  Ms. Franklin, do you recognize

1     this document as an email exchange that you participated in?

2     A.  I do.

3     Q.  If you know, who is Diane Batschelet,

4     B-A-T-S-C-H-E-L-E-T, for the record?

5     A.  Diane Batschelet is Bob Asher's assistant.

6     Q.  Who is Bob Asher?

7     A.  Bob was our finance committee -- he's the -- was the RNC

8     national committee man and he was also our -- kind of the

9     lead host committee member for this event.

10    Q.  Who is Kristin Corrigan?

11    A.  She was somebody that also worked with Bob closely, and

12    I had subcontracted her for this event.

13    Q.  And when in relation to the event did you send this

14    email?

15    A.  This was 5:56, I'm assuming p.m., on Thursday, the day

16    of the event.

17    Q.  And does this email have an attachment?

18    A.  I would imagine so.  Yes.

19              MS. PARIKH:  I'm going to ask for the third page

20    of the document  -- my apologies.  I'd ask that we turn to

21    the third page of the document.

22    BY MS. PARIKH:

23    Q.  Ms. Franklin, do you recognize this spreadsheet?

24    A.  Yes.

25    Q.  What is the purpose of this kind of spreadsheet in

1    connection with a fundraising event?

2    A.  This would be the tracking for the event.  As you can

3    see, there's the pledge versus received or paid; and then

4    also it notes if they are giving the contribution or raising

5    the contribution.  And then if their vitals had been

6    submitted, a "1" reflects that and then their roundtable

7    attendance.

8    Q.  Is everyone reflected on this page a roundtable

9    attendee?

10   A.  Yes.  It looks like.

11   Q.  How many roundtable attendees total do you have

12   scheduled for attendance?

13   A.  38 -- well -- yeah.

14   Q.  Can you tell by looking at this document how many vitals

15   were outside -- how many people's vitals were outstanding on

16   the day of the event?

17   A.  It looks like there were two, Roman Vasilenko and Doug

18   Wead.

19   Q.  Where would you have gotten the information about

20   whether the vitals were received yet?

21   A.  Typically, the RNC would let me know who had submitted

22   theirs and who had not.

23            MS. PARIKH:  We can take this down.

24   BY MS. PARIKH:

25   Q.  Ms. Franklin, you testified previously that you did

1    attend the fundraiser.  Is that right?

2    A.  Yes.

3    Q.  In Philadelphia?

4    A.  Yeah.

5    Q.  What did you do at the fundraiser itself?  What was your

6    role?

7    A.  At the fundraiser, we had different tiers at the event;

8    so there was a roundtable photo opportunity and then a

9    general reception.  And I would have been up -- it was in a

10   hotel.  I would have been up on the floor where the

11   roundtable and photo opportunity took place.  The roundtable

12   is -- was in one -- like across the hall and then I was in

13   the photo opportunity.  So I wasn't actually in the

14   roundtable.

15   Q.  Approximately how many people attended this fundraiser

16   in total?

17   A.  I think about maybe 100, because there was also the

18   general reception and that was a lot larger.

19   Q.  Did the 100 people include the roundtable attendees as

20   well?

21   A.  I believe so.  Yes.

22   Q.  Did Donald Trump speak at this event?

23   A.  He did.

24   Q.  How much time, if any at all, did you spend at the

25   roundtable?

1    A.  I wasn't in the roundtable.

2    Q.  Ms. Franklin, could you explain what the division of

3    labor was between you and Sarah Robinson on the day of the

4    event to the jury.

5    A.  Sure.  So I -- Sarah would have been my boss and she

6    would have been there -- I think she was most likely the

7    lead on the roundtable.  And we also that day -- there was

8    just a little bit of confusion about Mr. Trump's arrival and

9    what time, if he would actually be able to be in the

10   roundtable.  So she was probably dealing with that.  And

11   then I was in the photo opportunity.  So anybody that was in

12   that room, I would have helped them with the push and pull

13   and all those staff -- like fun things.

14   Q.  I'd like to go back to Government's Exhibit 27 and focus

15   your attention on the email dated September 22nd, 2016, at

16   9:19 p.m. that you wrote.

17        You wrote, "Jesse, we very much enjoyed meeting

18   Doug, Roman and Olga this evening and we hope that they

19   enjoyed the event.  We ended up being able to get Olga into

20   the room for the roundtable with Roman.  Please let me know

21   if they have any questions in followup.  Thanks for all of

22   your help, and I am glad all worked out."

23        You note in this email that Olga was able to get

24   into the roundtable.  Do you know how that happened?

25   A.  I don't recall exactly how it happened, but I don't

1    doubt that if it says it.

2    Q.  And I'd like to focus your attention on the topmost

3    email from Jesse Benton to you on September 22nd, 2016.

4         He writes back, "Thank you again so much.  You

5    must have had a crazy time with Mr. Trump (almost) canceling

6    and then showing up for the photos.

7         "Thanks for getting Olga in.  And the check is in

8    the mail.  Literally.  I dropped it in the box yesterday,"

9    smiley face.

10        Was there some issue with then-presidential

11   candidate Trump almost canceling and then showing up for the

12   event?

13   A.  There -- not necessarily canceling, but just that he --

14   something that he might be delayed.  So he might not

15   necessarily make the roundtable.  But I was in the photo

16   opportunity and I know he was definitely in the photo op and

17   then he also made remarks at the general reception.

18   Q.  In this email, Mr. Benton notes that he dropped the

19   check in the mail.

20        If an attendee tells you that they mailed in a

21   check, what, if any, followup would you normally do with the

22   RNC?

23   A.  I would probably notify them that the contribution's in

24   the mail.  You should expect it, because the mailing address

25   on the invitation, I think, is the RNC.  So just expect a

66

```
 1    contribution.
 2              MS. PARIKH:  At this point, I'd like to pull up
 3    for Ms. Franklin Government's Exhibit 33.
 4    BY MS. PARIKH:
 5    Q.  Ms. Franklin, do you recognize this as an email exchange
 6    that you participated in?
 7    A.  I do.
 8    Q.  I'd like to focus your attention on the email dated
 9    September 30th, 2016, at 12:55 p.m.
10              You I wrote, "Hi, Jesse.  Do you by chance have a
11    tracking number for the check in the mail?  As of yesterday,
12    the RNC had not yet received anything, so I am getting a
13    little concerned.  I know that the mail takes time, so I'm
14    sure it will show up, but just want to make sure we don't
15    need to cancel it, et cetera, if it got lost.  Thanks so
16    much."
17              As a general matter, why would you have asked for
18    a tracking number for a contributor who said that they were
19    going to send in a contribution by check?
20    A.  I think if -- you know, if it were a donation going in
21    the mail, you'd probably get a tracking number on something
22    like that, just to be able to track where it's at.
23    Q.  I'd like to focus your attention on the response dated
24    Monday, October 3rd, 2016, at 3:08 p.m.
25              Mr. Benton wrote, "Sorry.  I somehow missed this
```

1    email.  I really apologize.  How about if I put it on a

2    credit card and stop payment on the check?  If that works,

3    email me a link.  Or I can run and wire, but it will be

4    tomorrow a.m."

5          And then in response, on the same day, October

6    3rd, 2016, at 3:25 p.m., you write back, "Hi, Jesse.  Thank

7    you so much.  A credit card would be great.  I have attached

8    the reply form (Page 2).  If you want to include the credit

9    card information and then scan back to me, or I can take

10   over the phone as well.  Whatever is easiest.  If the office

11   should receive the check, should we send the check back to

12   you or shred for you?  Thank you."

13         I'd like to turn to Page 10 of this document.

14         Do you recognize this form as the same

15   contribution form that we were looking at earlier?

16   A.  Yes, I do.

17   Q.  Why would you have attached this form to the email

18   exchange we were just looking at?

19   A.  This would have been the form that you would provide

20   your credit card information on.

21         MS. PARIKH:  I'd like to show to the witness

22   what's in evidence as Government's Exhibit 37.

23   BY MS. PARIKH:

24   Q.  Ms. Franklin, do you recognize this document as an email

25   exchange that you participated in?

1      A.  I do.

2      Q.  I'd like to focus your attention on the email dated

3      October 10th, 2016, at 7:56 p.m.  This was an email from you

4      to Sarah Robinson, Taylor Slate and Casey Finzer.

5              Who is Taylor Slate?

6      A.  Taylor Slate would have been somebody on Sarah's team at

7      the RNC.  Same with Casey Finzer.  They both worked, I

8      think, below Sarah.

9      Q.  When in relation to the fundraiser did you send this

10     email?

11     A.  The fundraiser was on September 22nd.  This is October

12     10th.

13     Q.  You write, "Hi.  Was anything received via credit card

14     contribution form from Jesse Benton on behalf of Roman

15     Vasilenko?  It should be at least 50K from Roman.  He

16     originally sent in a check, but it never showed up or was

17     lost in the mail.  And Jesse just emailed that, 'Hey, just

18     making sure everything was received.'  Thank you."

19              In this email, you indicate -- you say, "It should

20     be at least 50K from Roman."  Why did you think the

21     contribution would be from Roman?

22     A.  I think in looking back on emails, there was an email

23     that suggested that there would be a total of 50,000.  It

24     was 25,000 per person to attend the roundtable.  There were

25     two people coming.

1    Q.  At this point, when you received -- when you wrote this

2    email, what, if anything, did you know about Roman

3    Vasilenko's citizenship status?

4    A.  I didn't know anything.

5    Q.  If you had known that Roman Vasilenko was a Russian

6    citizen, what, if anything, would you have done?

7    A.  That would have been --

8              MR. STOLARZ:  Objection.  Asked and answered.

9              THE COURT:  Sustained.

10   BY MS. PARIKH:

11   Q.  I'd like to turn to Government's Exhibit 201.  Do you

12   recognize this as an email exchange that you participated

13   in?

14   A.  I do.

15   Q.  I'd like to focus your attention on the email dated

16   October 18th, 2016, at 10:51 a.m. from you to Casey Finzer,

17   Taylor Slate and Sarah Robinson.

18              You write, "Anything from Roman Vasilenko or maybe

19   Doug Wead by chance?  He may not necessarily have a PA

20   address, if that changes anything.

21              "Jesse said that we should have received the

22   credit card info, but I know when we checked again last week

23   there still wasn't anything.  Thank you."

24              Ms. Franklin, how long after this Philadelphia

25   fundraiser did you send this email?

1    A.  About a month afterwards.  It's October 18th.

2    Q.  You say in this email, "He may not necessarily have a PA

3    address, if that changes anything."

4         Why, if at all, would it be significant that the

5    address might not be from Pennsylvania?

6    A.  Typically at the RNC they would have pulled a list by

7    Pennsylvania.  I was the Pennsylvania state fundraiser.  So

8    they may have been looking for a check from somebody from

9    Pennsylvania.

10   Q.  Why would you have followed up with Casey Finzer, Taylor

11   Slate and Sarah Robinson at this point?

12   A.  To see if they had received anything directly to the

13   RNC.

14   Q.  Focusing your attention on the response dated October

15   18th, 2016, at 10:58 a.m., Casey Finzer writes back to say,

16   "I still do not see anything from them.  I will let you know

17   if they come in sometime today.

18        "Thank you."

19        I'd like to now turn to what's in evidence as

20   Government's Exhibit 38.  Ms. Franklin, do you recognize

21   this document as an email exchange that you participated in?

22   A.  I do.

23   Q.  I'd like to focus your attention on the email dated

24   October 18th, 2016, at 11:02 p.m.

25        You write, "Hi, Jesse.  Do you mind confirming the

1    names and states that the contributions will be under?  They

2    said that they have not yet received the contribution

3    information for Roman Vasilenko, but I realize that the

4    contribution could be coming from someone else and perhaps a

5    different state than PA.

6                "Thank you."

7                When you say in this email, "They said that they

8    have not yet received the contribution information," who is

9    the "they" in that sentence?

10   A.  I would imagine it would be the RNC had not yet received

11   anything.

12   Q.  And why would you have been trying to confirm the names

13   and states for the outstanding contributions at this point?

14   A.  Probably -- I didn't know -- or I know in Pennsylvania

15   we have a lot of people who give through their political

16   action committees or -- so that's what I was thinking,

17   maybe.

18   Q.  At this point, do you know who's going to be sending in

19   the contribution?

20   A.  At this point?  It doesn't look like I do.

21   Q.  I'd like to turn back to Government's Exhibit 201.

22   Focusing on the topmost email, dated October 18th, 2016, at

23   11:02 a.m., you write to Casey Finzer, copying Taylor Slate

24   and Sarah Robinson, saying, "Gracias.  Just circled back

25   with Jesse again.  This is starting to be shady.  Thanks."

1          What did you mean when you said, "This is starting

2     to be shady"?

3     A.  I don't remember specifically.  But I would imagine

4     based on the emails prior to this it's -- it appears as

5     though somebody is trying to get out of -- they got two

6     tickets for an event and they're trying to get out of that

7     actual contribution.

8     Q.  I'd like to return to Government's Exhibit 38.

9          MS. PARIKH:  And blow out October 19, please,

10    2016, at 12:49 p.m. as well as the email exchange below it,

11    or the emails below it.  Thank you.

12    BY MS. PARIKH:

13    Q.  You write on October 19th, 2016, at 12:49 p.m., "Hi.

14    Just circling back.  I am so sorry for the inconvenience,

15    but do you mind letting me know the names and states that we

16    should be expecting the contributions from?  I may be

17    searching in the database incorrectly, as they are not yet

18    showing up.  So I just want to make sure.  Thank you so

19    much."

20         Ms. Franklin, did you send this email after

21    receiving a response from Mr. Benton or did you respond to

22    your own email?

23    A.  It looks like I responded to myself.  So yeah.  I didn't

24    receive one from Jesse, I don't believe.

25    Q.  And in the October 19th email, you say, "I may be

1    searching in the database incorrectly."

2              What database are you referring to?

3    A.  I would imagine it was probably the RNC.  So if I'm

4    asking them to look through their database, have they seen

5    so-and-so's contribution.

6    Q.  When you say they are not yet showing up, what does that

7    mean?

8    A.  A contribution from any of the names, from the

9    attendees.

10   Q.  And why are you following up without receiving a

11   response from Jesse Benton at this point?

12   A.  It's a month after the event.  Probably to close it out

13   or the RNC was probably looking at my pledge paid and was

14   making sure I close out the event.

15   Q.  I'd like to --

16              THE COURT:  Ms. Parikh, is this a good place for

17   us to stop for a break?

18              MS. PARIKH:  Yes.  This is fine.  Thanks.

19              THE COURT:  Folks, why don't we take about a

20   15-minute break.

21              Ma'am, I'll ask you not to discuss the substance

22   of your testimony with anyone over the break.  Thanks.

23              (Whereupon, the jury exited the courtroom at 11:04

24   a.m. and the following proceedings were had:)

25              (Thereupon a recess was taken, after which the

1    following proceedings were had:)

2             THE COURT:  Ms. Parikh, I understand you had

3    something you wanted to discuss?

4             MS. PARIKH:  Yes, your Honor.  I am hoping one

5    pretty minor issue.

6             So Ms. Franklin testified with regard to

7    Government's Exhibit 203 that the time on the email was 5:56

8    p.m.  This is actually in UTC time, so it actually is 8:56

9    a.m. Eastern.  So I'd ask -- I don't think that she's going

10   to have any awareness of UTC or, you know, have some -- be

11   able to explain --

12            MR. STOLARZ:  Your Honor, the witness has entered

13   the courtroom.

14            MS. PARIKH:  I'm sorry.  It was in Pacific time.

15            THE COURT:  Can I have the attorneys approach?

16            (Whereupon, the following proceedings were had at

17   sidebar:)

18            MS. PARIKH:  I apologize.  I apologize.  I

19   misspoke.  It's actually in Pacific time; it's not UTC.

20            But regardless, I don't think she's going to be

21   able to explain what the time is.  So I would just ask if

22   your Honor were amenable to taking judicial notice of the

23   time.  It's just a misstatement on the record which we're

24   trying to correct.

25            THE COURT:  Do you have any objection?

```
1                    MR. STOLARZ:  No.

2                    So it's earlier in the day?

3                    MS. PARIKH:  That's right.

4                    MR. STOLARZ:  6:00 minus seven hours?

5                    MS. PARIKH:  8:56 a.m.

6                    THE COURT:  I'm certainly not figuring time system

7         this out.  Ms. Parikh, you can make a statement at the

8         beginning and I'll take judicial notice.

9                    Is that --

10                   MR. STOLARZ:  Yes.  Of course.  I want the record

11        to be right.  Whatever the math is, it is.

12                   MS. PARIKH:  So --

13                   THE COURT:  The jury has heard testimony about all

14        this.

15                   MS. PARIKH:  Yes.  Do you want me to do that with

16        the witness on the stand or before she comes in?

17                   THE COURT:  Well, when she's on the stand.  Just

18        before you continue your questioning of her, just clarify

19        that.

20                   MS. PARIKH:  Thank you, your Honor.

21                   THE COURT:  Thanks.

22                   (Whereupon, the following proceedings were had in

23        open court:)

24                   THE COURT:  Let's get the jury and Ms. Franklin

25        back in.
```

Franklin - DIRECT - By Ms. Parikh

```
1              THE WITNESS:  (Retakes the witness stand.)

2              THE COURTROOM DEPUTY:  Jury panel.

3              (Whereupon, the jury entered the courtroom at

4     11:20 a.m. and the following proceedings were had:)

5              THE COURT:  Welcome back, ladies and gentlemen.

6     You may all have a seat.

7              Ms. Franklin, I'll remind you you're still under

8     oath.

9              THE WITNESS:  Okay.

10             MS. PARIKH:  Thank you, your Honor.

11             Just one matter before we return to the prior

12    exhibit we were looking at.

13             Ms. Fastenau, if you could pull up Government's

14    Exhibit 203.

15             Your Honor, I'd like to note for the record the

16    date and time on this email are September 22nd, 2016, at

17    8:56 a.m. Eastern.  And I'd ask that the Court take judicial

18    notice of that date and time.

19             THE COURT:  Any objection, Mr. Stolarz?

20             MR. STOLARZ:  No objection.  Thank you.

21             THE COURT:  Without objection, I will take

22    judicial notice of that.

23             Ladies and gentlemen, this is just a fact that,

24    not surprisingly, Ms. Franklin isn't aware of how the UTC

25    works.  You've heard testimony about that.  I'll just ask
```

1    you to take that as granted, given the agreement between the

2    parties.

3              Ms. Parikh?

4              MS. PARIKH:  Thank you.

5              I'd ask to pull up now Government's Exhibit No.

6    38.   And I'd like to pull up the email dated October 24th,

7    2016, at 12:04 p.m. and the two emails below it as well, so

8    starting about a third of the way down.

9              Thank you.

10   BY MS. PARIKH:

11   Q.  Ms. Franklin, when we broke, we were talking about this

12   email exchange.  On October 24, 2016, at 12:04 p.m., you

13   write, "Hi, Jesse.  We still haven't received the credit

14   card information.  Do you have any idea on who the

15   contribution would be from, if not Roman, and/or have any

16   idea where the contribution might be?  Thanks so much."

17             Ms. Franklin, when in relation to the fundraiser

18   did you send this email?

19   A.  October 24, so it would have been after the event.

20   Q.  Approximately how long after?

21   A.  About a month after.

22   Q.  Why are you following up with Mr. Benton after not

23   having received a response to your prior emails?

24   A.  Trying to get a contribution or an answer or --

25   Q.  And --

 1    A.  It was my job to close out an event.

 2    Q.  I'm sorry.  Did you --

 3    A.  To close out the event.  Sorry.  I rambled.

 4    Q.  I spoke over you.

 5              MS. PARIKH:  I'd like to call out the topmost

 6    email in this chain, which is from Jesse Benton to

 7    Ms. Franklin on October 24th, 2016.

 8    BY MS. PARIKH:

 9    Q.  Mr. Benton writes, "I am so sorry.  I got this.  It

10    looks like your last couple emails went to spam.

11              "I bought the tickets and gifted them to Doug and

12    Roman, so the money comes from me.  And I think I

13    brain-farted and forgot to send the authorization.  I will

14    resend as soon as I am at my desk."

15              Ms. Franklin, based upon Mr. Benton's response

16    that I just read to you, who did you understand to be the

17    contributor?

18    A.  From this email, it sounds like "I bought the tickets,"

19    so Jesse would be the contributor.

20    Q.  Did you have a way in October of 2016 to independently

21    verify who the money was coming from?

22    A.  It would be from whomever the contribution was from.

23    Q.  To what extent, if at all, do you rely on the

24    contributor to provide accurate information about who the

25    source of the funds is?

1    A.  Entirely.

2    Q.  So I'd like to turn your attention to Government's

3    Exhibit 39.

4            Ms. Franklin, do you recognize this as an email

5    that you received?

6    A.  Yes, I do.

7    Q.  This is an email dated October 26th, 2016, from

8    Mr. Benton to you.  And it reads, "Sorry for all the

9    confusion" and it attaches a form.

10           MS. PARIKH:  So I'd ask to turn to Page 2 of this

11   document.

12   BY MS. PARIKH:

13   Q.  Ms. Franklin, do you recognize this form?

14   A.  This would have been the reply form, yes, for the event.

15   Q.  And based on this form, who do you understand the

16   contributor to be?

17   A.  The contributor would be Jesse Benton.

18           MS. PARIKH:  I'd like to turn to Government's

19   Exhibit 40.

20   BY MS. PARIKH:

21   Q.  Ms. Franklin, do you recognize this as an email exchange

22   that you participated in?

23   A.  I do.

24   Q.  I'd like to turn your attention to the email dated

25   October 26th, 2016, at 10:35 a.m.

1          You write, "Thank you.  Is this one to be credited

2     towards Roman or Doug?  Thanks so much."

3          When you asked who the contribution should be

4     credited to, what did you mean?

5     A.   There was an original pledge of 50,000.  So for each

6     attendee, there would have been 25,000.  So each ticket was

7     25,000 per person.  So was this for Roman's attendance or

8     Doug's attendance?

9     Q.   The response --

10         MS. PARIKH:  If we could pull that out for

11    Ms. Franklin.

12    BY MS. PARIKH:

13    Q.   The response is on October 26th at 10:42 a.m.

14    Mr. Benton responds and says, "Roman, please.

15         "When we both get sec, let's connect about Doug.

16    He was upset that the roundtable didn't happen as he was

17    doing debate commentary and wanted to interact with and see

18    Trump, so aid in that.  I was working to get him to another

19    event.  I am not sure of [sic] that happened or not."

20         Ms. Franklin, what do you understand Mr. Benton to

21    be telling you here?

22    A.   To me, it looks like he's trying to get out of the

23    additional $25,000 contribution.

24    Q.   And to the best of your knowledge, did a roundtable

25    actually take place at the September 22nd, 2016, fundraiser?

Franklin - DIRECT - By Ms. Parikh

1    A.  There was a roundtable that did take place.  I'm still

2    unclear if the nominee attended that or not.  But yes.

3    There was a roundtable.

4           MS. PARIKH:  I'd like to pull up what's in

5    evidence as Government's Exhibit 202.

6    BY MS. PARIKH:

7    Q.  Ms. Franklin, do you recognize this as an email exchange

8    that you participated in?

9    A.  Yes, I do.

10   Q.  I'd like to call out the topmost email here, which is an

11   email from you to Sarah Robinson -- and you are BCC-ing

12   yourself -- dated October 26th, 2016.  You say,

13   "Contribution attached for Roman Vasilenko from Jesse

14   Benton.  EPA003 25K.  Please note comments re:  no

15   roundtable and so Doug Wead doesn't want to contribute.  I

16   will talk to Jesse because, quite bluntly, that is complete

17   BS."

18           When you say, "That is complete BS," what did you

19   mean?

20   A.  I would imagine that just -- they did attend the event,

21   so where is the other 25,000?

22   Q.  And just for the record, what does EPA003 mean?

23   A.  They would have labeled each one of the events with a

24   tracking number.  So I'm not sure what the E was for, but

25   Pennsylvania 3.

1    Q.  And is that the -- was that the code for the

2    Philadelphia event, if you recall?

3    A.  Yes.  The Philadelphia event.  Sorry.

4    Q.  I'd like to return to Exhibit 40, Government's Exhibit

5    40, and call out the topmost email, which is an email from

6    you to Mr. Benton dated November 3rd, 2016.

7            You write, "Hi, Jesse.  Sorry for the delay, but

8    would love to connect.  We were anticipating at least 50K

9    from Mr. Vasilenko and Mr. Wead's attendance.  We were able

10   to assist in having Olga in the room as well, along with a

11   photo for all.  The roundtable with Mr. Trump did happen and

12   also included Chairman Priebus along with Eric Trump.  I did

13   not realize that there was any issue and that it resulted in

14   not contributing.

15           "Please give me a call whenever you get the

16   chance," and you list your number.  "Thank you so much."

17           Ms. Franklin, why did you note that you were

18   expecting at least 50K for Mr. Vasilenko and Doug Wead's

19   attendance?

20   A.  In the -- well, they both attended.  It was 25K per

21   person.  And the original pledge was for 50,000.

22   Q.  To your knowledge, did Jesse Benton ever contribute the

23   remaining $25,000?

24   A.  I don't believe so.

25   Q.  Ms. Franklin, apart from anything that you may have

```
1    deduced from your participation in this trial here, did you
2    at any point learn that Roman Vasilenko was a Russian
3    citizen?
4    A.  I did not.  No.
5             MS. PARIKH:  No further questions.
6             THE COURT:  Mr. Stolarz.
7             MR. STOLARZ:  Thank you.
8                      CROSS-EXAMINATION
9    BY MR. STOLARZ:
10   Q.  Ms. Franklin, good morning.
11   A.  Hi.
12   Q.  My name is Brian Stolarz.  I represent Mr. Benton.
13             If you don't understand any of my questions,
14   please just feel free to ask me to rephrase it.  Okay?
15   A.  Okay.
16   Q.  You are a political fundraising contractor?
17   A.  Yes.
18   Q.  Independent, so you have your own company?
19   A.  Yes, I do.
20   Q.  Do you have any full-time employees?
21   A.  No, I do not.
22   Q.  How about part-time employees?
23   A.  I have somebody that does some subcontract work.
24   Q.  On occasion or for --
25   A.  Occasion.  Yeah.
```

1    Q.  In 2008, you worked for the RNC in the -- their

2    financial department.  Is that right?

3    A.  The finance department.

4    Q.  What was your title there?

5    A.  I think staff assistant or -- to the chairman's advisory

6    board and the president's club.

7    Q.  In the financial department of the RNC?

8    A.  I don't recall what it would exactly have been.

9    Q.  Then you worked for Speaker Boehner?

10   A.  Yes, I did.

11   Q.  And when he retired, you went out on your own to start

12   your company?

13   A.  Yeah.  Around there.  Yeah.

14   Q.  So Speaker Boehner retired around October 2015.  Is that

15   right?

16   A.  I don't remember.  I'm sorry.

17   Q.  It's your --

18   A.  I was on the maternity leave.

19   Q.  Okay.  Congratulations.

20   A.  Thank you.

21   Q.  Then you started your company after you left Speaker

22   Boehner's office?

23   A.  I don't remember when exactly I started my -- like,

24   filed the paperwork.  But...

25   Q.  Is it fair to say that the 2016 presidential campaign

1     was your first campaign, first with your new company?

2     A.  With the new company, yes.

3     Q.  And it was a big one, a presidential race.  Right?

4     A.  Uh-huh.

5     Q.  You have to say "yes" or "no."  Sorry.

6     A.  Yes.

7     Q.  A very busy election season, especially towards the fall

8     of 2016?

9     A.  Yes.

10    Q.  And the event in Philadelphia was right before the

11    election, a couple months before?

12    A.  Correct.

13    Q.  Or a month and change.

14              A very busy time for you?

15    A.  Yes.  That was a busy time.

16    Q.  I'm going to ask you about photographs.  Is it common

17    generally to charge money to take a photograph with a

18    candidate?

19    A.  It's typical to have a photo opportunity at an event.

20    Q.  And I may have missed this.  Did you also work for

21    Senator Rubio in you -- in the past?

22    A.  I don't believe so.

23    Q.  A different witness.  Strike that.  Sorry.

24              It is -- you've seen photo lines before at

25    fundraising events?

```
1    A.  Yes.  I have seen photo lines.

2    Q.  About the Philadelphia event, do you know how many --

3    approximately how many pictures were taken there with the

4    candidate?

5    A.  I do not recall.  No.  I don't know.  I'm sorry.

6    Q.  Would you agree that Mr. Trump was a popular figure

7    before the 2016 election?

8    A.  Yes.  I would agree with that.  Yeah.

9    Q.  He had a kind of celebrity status to him.  Would you

10   agree?

11   A.  Yes.

12   Q.  In your world, what is a fundraiser?

13   A.  An event -- a fundraiser is an event where you raise

14   funds.

15   Q.  And if you refer to a person as a fundraiser, what are

16   they doing for the campaign?

17   A.  You are raising funds --

18           MS. PARIKH:  I'm sorry.  Objection.  Relevance.

19           THE COURT:  Overruled.

20           You may answer.

21           THE WITNESS:  So raising funds -- as a fundraising

22   consultant, I am raising funds for a client.

23   BY MR. STOLARZ:

24   Q.  Have you seen occasions in which people who raise funds

25   get perks like free tickets to events, fundraisers or
```

1    inaugurations, those types of things?

2              MS. PARIKH:  Objection.  Relevance.

3              THE COURT:  Overruled.

4              THE WITNESS:  In what capacity?  Like they'll just

5    get free tickets for things?

6    BY MR. STOLARZ:

7    Q.  Just -- I'll ask it again in a different way.

8              In your experience, have you seen that large

9    fundraisers get perks like free tickets to events such as

10   inauguration or the inaugural ball, those types of things?

11   A.  I'm sure that happens.

12   Q.  And you had testified earlier that a foreign national

13   can attend a fundraiser.  Is that right?

14   A.  I believe at that time they could attend.

15   Q.  Regarding the Philadelphia event, do you know how much

16   money was raised that evening in Philadelphia?

17   A.  I don't remember the exact amount.  I do remember it was

18   a successful event and we had reached goal.  There was

19   another Pennsylvania donor that got us over the mark.

20   Q.  Do you remember what that goal was, by any chance?

21   A.  I don't remember the goal.  I'm sorry.

22   Q.  That's fine.  No.  What you remember is fine.

23             How much of the money in Philadelphia were you

24   personally in charge of raising?

25   A.  So I would have been the consultant in charge of the

```
 1    event and I worked with different -- I don't know about me
 2    personally, like, calling and soliciting that exact amount.
 3    But -- I don't know.  I worked with our donors -- or our
 4    host committee to meet the event goal.
 5    Q.  Okay.  Do you get compensated by commission for the
 6    amount raised at an event?
 7              MS. PARIKH:  Objection to relevance.
 8              THE COURT:  Overruled.
 9              THE WITNESS:  Commission at this event?  I believe
10    I did have a contract that was -- there was a commission
11    component to it.
12    BY MR. STOLARZ:
13    Q.  Are you compensated in a manner in addition to your
14    commission or just commission?
15    A.  In this case, I believe I also would have been paid a
16    retainer as well.
17    Q.  And what does that mean?  A fee per month or a fee per
18    year?
19    A.  It was a fee per month.
20    Q.  Do you remember what that fee was?
21    A.  I don't.  I think it was probably about 10,000 per
22    month.
23    Q.  Do you know how much was raised in 2016 for Mr. Trump
24    overall?
25    A.  I do not.  I'm sorry.
```

Franklin - CROSS - By Mr. Stolarz

1    Q.  Have you seen in your work at the RNC or otherwise when

2    mistakes are made regarding contributions?

3                MS. PARIKH:  Objection.  Vague.

4                THE COURT:  I agree.  Can you rephrase that?

5    BY MR. STOLARZ:

6    Q.  Sure.  Have you ever had a situation in which a campaign

7    contribution had to be refunded due to a mistake?

8                MS. PARIKH:  Same objection.

9                THE COURT:  Yes.  I'm going to ask you to

10   rephrase, sir.

11               MR. STOLARZ:  Fine.

12   BY MR. STOLARZ:

13   Q.  Have you ever refunded a campaign contribution yourself?

14   A.  Myself, no.  I wouldn't -- I'm not in charge of refunds.

15   Q.  How about at your time at the RNC?  Had you ever

16   refunded a contribution?

17   A.  So me personally, I would never be the person in charge

18   of refunding anybody because it would be -- in the RNC's

19   case, they have an entire department and -- that facilitates

20   contributions and contribution refunds.

21   Q.  I'm going to show you what's been in evidence as

22   Government's 14.

23               Showing you what's been in evidence as

24   Government's Exhibit 14, there's an email on the top from

25   Ms. Robinson to Mr. Benton, CC-ing you.

```
 1                  Do you see that?
 2    A.  I do see that.
 3    Q.  And it states, "I have copied in Caitlin on our PA team
 4    as well."
 5                  Do you see that?
 6    A.  Yes.
 7    Q.  Is this your first contact regarding this particular
 8    contribution --
 9    A.  Yes.
10    Q.  -- as far as you know?  As far as you know?
11    A.  Yes.
12    Q.  I'm not trying to trick you.
13    A.  Yes.
14              MR. STOLARZ:  Go down to the bottom, Stephanie,
15    please.  Right there.  Please.
16    BY MR. STOLARZ:
17    Q.  In an email down the way, it says, "What would be the
18    minimum giving level to participate in a photo line at
19    Greenwich, Philly or New York?"
20                  Do you see where I am in the middle?
21    A.  I do see that.
22    Q.  Were there photo lines as far as you understand at
23    various events during that fundraising season?
24    A.  Yes.
25    Q.  It says here, "Not that that's all he'll give, but he'll
```

```
 1    ask me."
 2              Do you see that?
 3    A.  I do see that.
 4    Q.  That's a reference to -- it is -- from Mr. Benton,
 5    that's referencing a third party?
 6              MS. PARIKH:  Objection.  Calls for speculation.
 7    She didn't write this email.  She's not actually on this
 8    either.
 9              THE COURT:  Overruled.
10    BY MR. STOLARZ:
11    Q.  I can ask you a different way.
12              It's Mr. Benton writing about someone else.
13    "He'll give."  Right?
14    A.  If I'm looking at this email that I was not on, yes, it
15    does appear that he says that.
16    Q.  And just to be clear, you don't get it until the very
17    top email, which you're forwarded, just to reorient you to
18    the top of the email.  You do receive the trail, but you're
19    not on this particular email.  Is that right?
20    A.  Correct.
21    Q.  But this email does not say from Mr. Benton that "I am
22    going to give."  Right?
23    A.  No, it does not.
24    Q.  I'm showing you what's been identified as Government's
25    Exhibit 26 -- or in evidence; sorry -- as Government's 26.
```

1   Going down to the bottom, Mr. Benton states that he wants

2   two tickets for the roundtable, 50,000 total.  "Doug Wead

3   and a guest will attend for us."

4           Do you see that?

5   A.  I do see that.

6   Q.  And then you ask for the name of the guest at 11:01

7   p.m. -- a late night for you -- you ask for the name of the

8   guest.  Right?

9   A.  Yes.

10   Q.  And then promptly the next morning, Mr. Benton tells you

11   Mr. Roman Vasilenko.  Is that right?

12   A.  That's correct.

13   Q.  At that moment, you knew there would be a guest and you

14   knew his name was Roman Vasilenko as of 7:35 in the morning

15   of the event.  Right?

16   A.  Correct.

17   Q.  Now I'm going to go to Government's 203.  We had

18   discussed earlier about vitals.  Do you remember that

19   conversation you had with the Government?

20   A.  I do.

21   Q.  I'm going to ask you to look through this spreadsheet

22   that's attached to this email -- actually, first, on Page 3,

23   where it says in the spreadsheet, it says "raiser tracking

24   number."

25           Do you see that?

Franklin - CROSS - By Mr. Stolarz

1    A.  I do.

2    Q.  What does raiser tracking number mean?

3    A.  I'm not sure in this specific instance, but typically --

4    so there's -- for this event, the host committee was asked

5    to give or raise a certain amount.  So I could have put in

6    who the raiser was.

7    Q.  And what does the raiser mean?

8    A.  Somebody that's -- that would be, like, for example, Bob

9    Asher didn't personally write 100,000, but he would have

10   gotten others to attend and contribute.  So he would be the

11   raiser.

12   Q.  Thank you.

13          So on the bottom here, Mr. Benton is listed as the

14   raiser twice.  Is that right?

15   A.  Yes.  That is correct.

16   Q.  And then regarding vitals, you mentioned on this page

17   that Mr. Vasilenko and Mr. Wead, the vitals were not listed

18   on the number "1" there.  Is that right?

19   A.  That's correct.

20          MR. STOLARZ:  I'll ask you to go to the next page,

21   please.

22   BY MR. STOLARZ:

23   Q.  Do you see on this page here at the top, it says vitals?

24   Do you see the vitals column?  Do you see that?

25   A.  I do.

1    Q.  And do you see all the reds?

2    A.  Yes.

3    Q.  Are those also instances in which vitals have not been

4    provided as of the date of the spreadsheet or email?

5    A.  I would imagine that's correct.

6    Q.  And on the next three pages down, do you see again this

7    one -- this document here, Page 7 of the document, where it

8    says there was additional reds with no numbers in them in

9    the vitals column?  Do you see those?

10   A.  Yes.  There's a lot of red.

11   Q.  A lot of red.  Right.  And that red is the vitals column

12   that the RNC is tracking?

13   A.  Yeah.  I believe that's where I would get my list.

14   Q.  Thank you.

15        Regarding the event itself, did you say you were

16   at the photo line?

17   A.  Yes.  I was at the photo line.

18   Q.  Moving people in, moving people out, keeping the line

19   going?

20   A.  Yes.  Push and pull.

21   Q.  What's it called?

22   A.  Push and pull.  You push them in, pull them out.

23   Q.  So it's quick.  Right?

24   A.  It's supposed to be.  Yes.

25   Q.  And is the average, you know, time there less than a

1    minute between the candidate and the person?

2    A.  Yes.  Typically.

3    Q.  Even just within seconds, take a picture and go?

4    A.  Ideally, yes.

5    Q.  Regarding the roundtable questions, you weren't at the

6    roundtable.  Right?

7    A.  I was not in the roundtable.  I was there prior to

8    anything, because I was on the floor of it.  And I went in

9    to make sure the roundtable was all set up.  I wasn't in the

10   roundtable.  No.

11   Q.  So you don't know whether there was an active Q & A

12   session at the roundtable.  Right?

13   A.  No.  Sorry.

14   Q.  Showing you Exhibit 38, an exhibit in evidence --

15          MR. STOLARZ:  Next page, please, Steph.

16   BY MR. STOLARZ:

17   Q.  Showing you what's been identified and in evidence as

18   Government's Exhibit 38, you state, "Jesse, we very much

19   enjoyed meeting Doug, Roman and Olga this evening.  I hope

20   they enjoyed the event."

21          Do you see that?

22   A.  I do.

23   Q.  Did you actually -- did you meet Mr. Wead, Mr. Vasilenko

24   and Ms. Kovalova?

25   A.  I don't recall meeting them.

1    Q.  But -- okay.  But you wrote the email right afterwards.

2    A.  Yes.

3    Q.  You don't recall whether you met them or not?

4    A.  Correct.  Yes.

5    Q.  All we have is this email, and that may or may not be

6    what happened?

7    A.  Right.  It could have been maybe a pleasantry to follow

8    up.

9    Q.  So you don't have any independent memory of meeting

10   someone -- Mr. Vasilenko, who didn't speak English?  That

11   didn't stand out to you?

12   A.  That I don't recall.  No.

13   Q.  Thank you.

14            And then after that, going up, in this very

15   challenging block of emails to read, Mr. Benton writes,

16   "Also, I know you have much bigger fish to fry, but any word

17   when guests might receive their photos?"

18            Do you see that?

19   A.  Yes.  I do see that.

20   Q.  Did the photos of the -- with the candidate take some

21   time to come back from the photographer who took them in

22   this case?

23   A.  I would imagine.  I don't know the specific amount of

24   time.  But yes.  Sometimes they take time to come back.

25   Q.  And then you state, "The photos should be out within the

```
1    next week or so."

2              Do you see that?

3    A.  Yes, I do.

4    Q.  Let me show you what's in evidence as Exhibit 37.  On

5    October 10 -- now, that's after the event.  Right?

6    A.  Yes.

7    Q.  In this email here, you state that -- "Was anything

8    received via credit card contribution form from Jesse Benton

9    on behalf of Roman Vasilenko?"

10             Do you see that?

11   A.  Yes.

12   Q.  As of that moment, October 10th, your understanding is

13   the money is on behalf of Mr. Vasilenko.  Is that right?

14   A.  From this email, yes.

15   Q.  And then it should be at least 50,000 from Roman.

16             Do you see that?

17   A.  At least 50.  Yes.  That's what the email says.

18   Q.  And then Ms. Slate responds -- can you tell me who

19   Ms. Slate is, please?

20   A.  Taylor Slate would have worked for -- or with Sarah

21   Robinson, for her.

22   Q.  At the RNC?

23   A.  Yes.  Sorry.

24   Q.  Thank you.  That's fine.

25             And then you write, "Sorry.  I was confusing.  The
```

1    contribution would be from Roman Vasilenko."

2            Do you see that?

3    A.  I do.

4    Q.  "Jesse was handling everything, so whatever was sent may

5    have been from him, but Roman is the contributor."

6            Do you see that?

7    A.  I do see that.

8    Q.  So as of this moment right here, it is your

9    understanding that Mr. Vasilenko is the contributor for the

10   event that took place in September?

11   A.  In this email.  Yes.

12           MR. STOLARZ:  Could I have 201, please?

13   BY MR. STOLARZ:

14   Q.  Showing you what's been identified -- in evidence as

15   Government's Exhibit 201, Government's 201, this is eight

16   days later.  You state, "Anything from Vasilenko or maybe

17   Doug Wead?"

18           Do you see that?

19   A.  I do see that.

20   Q.  Still at that point, ten days later, it is your

21   understanding that the contribution would come from Roman

22   Vasilenko.  Is that right?

23   A.  I believe so.

24   Q.  Thank you.

25           At the top there you say, "This is starting to be

```
 1    shady."
 2              Do you see that?
 3    A.  I do see that.
 4    Q.  You're worried you're not going to get your money?
 5    A.  Right.  It sounds like they're trying to get out of
 6    giving.
 7    Q.  Now, at any point, did you Google Roman Vasilenko or
 8    Olga Kovalova?
 9    A.  I don't believe so.
10              MS. PARIKH:  Objection.  Relevance.
11              THE COURT:  Overruled.
12    BY MR. STOLARZ:
13    Q.  Showing you 38, Government's 38, at the top of this --
14    so six days after the prior email I just showed you,
15    Mr. Benton then says, "I bought the tickets and gifted them
16    to Doug and Roman."
17              Do you see that?
18    A.  I do.
19    Q.  So to compare the last two documents we've seen, you
20    have conflicting documents.  You would agree with that.
21    Right?
22    A.  I would agree that the email chain is confusing.
23    Q.  Do you ever personally yourself raise any red flags or
24    question the RNC about the confusing emails?
25    A.  I believe that it was shady that we haven't gotten a
```

1    contribution.  That was -- I mean, they're not going to

2    contribute towards the event.

3    Q.  Did you ever -- thank you.

4         Did you ever raise any questions regarding an

5    email that you wrote saying Mr. Vasilenko was the

6    contributor and then receiving a subsequent email that

7    Mr. Benton bought the tickets?  Did you ever send any

8    concerns or red flags about that confusion?

9    A.  I don't believe so.

10   Q.  Showing you -- actually, I can't show you yet.

11        MR. STOLARZ:  This is Defendant's 10, your Honor.

12   BY MR. STOLARZ:

13   Q.  Look in your binder.  No. 10.  I don't know how to do it

14   fancy.  We're only --

15   A.   Okay.

16        MR. STOLARZ: Your Honor, I understand from the

17   Government there will be no objection to this, so I move

18   into evidence Defense Exhibit No. 10.

19        MS. PARIKH:  No objection, your Honor.

20        THE COURT:  Without objection, 10 is in.

21        (Whereupon, Defendant's Exhibit No. 10 was entered

22   into evidence.)

23        THE COURT:  And it may be published to the jury.

24        MR. STOLARZ:  Thank you.

25

```
1    BY MR. STOLARZ:

2    Q.  Can you tell the jury what this is, please?

3    A.  This would be an invoice.

4    Q.  From your company?

5    A.  From -- yes.

6    Q.  And if you scroll in here, you seek 3 and a half percent

7    for the $25,000 amount of money that came in.  Is that

8    right?

9    A.  Correct.

10   Q.  So the fact that the $50,000 didn't come in, you were

11   shorted 3 and a half percent of that money personally?

12   A.  Yeah.  I wouldn't have been able to commission on

13   something that didn't come in.

14   Q.  Thank you.

15           At any point, Ms. Franklin, did you receive any

16   followup communication from the RNC that the contribution in

17   this case was not proper?

18   A.  No.  I don't believe so.

19   Q.  Did you ever -- were you ever involved in any process to

20   return or refund that contribution?

21   A.  No.  I don't believe so.

22   Q.  Did they ever seek to recoup the commission that they

23   paid you?

24   A.  No.

25           MR. STOLARZ:  Thank you, your Honor.  I have
```

1     nothing further.

2              THE COURT:  Ms. Parikh, any redirect?

3              MS. PARIKH:  Yes, your Honor.  Very briefly.

4                        REDIRECT EXAMINATION

5     BY MS. PARIKH:

6     Q.  Ms. Franklin, you were asked some questions by

7     Mr. Stolarz about the spreadsheet that you tracked that

8     reflected among other things whether vitals information was

9     received.

10              Do you recall those questions?

11    A.  Yes, I do.

12    Q.  Now, as a general matter, was it more, less or equally

13    as important to get vitals from roundtable attendees?

14    A.  It was more important to get them from roundtable

15    attendees.  That was the full list, it looked like, of all

16    the attendees at the event, which would have been some in

17    the general reception.

18              But in a smaller space like a roundtable, it would

19    be more important to get vitals.

20    Q.  Why is that?

21    A.  They would in theory have closer proximity to the

22    nominee or president.

23    Q.  And, Ms. Franklin, you were also asked some questions

24    about how long it took to get the photos from the event.

25              Do you recall that?

1    A.   Yes.

2    Q.   As a general matter, would the photos be sent out

3    following a fundraising event if a contribution was still

4    outstanding to that contributor?

5    A.   Typically, no.  I'm sure there are exceptions, but...

6    Q.   You were asked some questions about -- you were asked a

7    question about whether you Googled Roman Vasilenko.

8              Do you recall that?

9    A.   The question, yes.  I do recall the question.

10   Q.   Ms. Franklin, how many contributors' names came to your

11   attention or potential contributors' names came to your

12   attention in 2016 connected to --

13   A.   A lot.

14   Q.   -- then-candidate Trump's campaign?  My apologies.

15   A.   A lot.

16   Q.   Would it have been possible for you to research all of

17   the names that you saw?

18   A.   I typically would not.  No.

19   Q.   Are there any other reasons that in this case you would

20   not have done any additional research?

21   A.   Sorry.  This -- I was a Pennsylvania fundraiser.  So I

22   care -- not care more, but my -- I want to know who the

23   Pennsylvania donors are.

24              This was something that was passed along to me

25   from the RNC, and I didn't really give it much of a -- like

1   there was no room for a future relationship or anything.

2   So...

3   Q.  When you say this is something that was passed on to you

4   from the RNC, do you mean Mr. Benton was passed along to you

5   from the RNC?

6   A.  Yeah.  Like the situation in general.  They were outside

7   of Pennsylvania.  So it's not like somebody that I went out

8   and solicited for a contribution.  This was something that

9   was handed to me from the RNC and I was told to have them at

10  the event.

11  Q.  Ms. Franklin, you were asked some questions about the

12  commission that you earned on the contributions that you

13  raised.

14          Do you recall that?

15  A.  Yes, I do.

16  Q.  Is it industry standard to charge a commission for a

17  consultant such as yourself for work that you've done in

18  fundraising events?

19  A.  Yes.  I get a commission.

20  Q.  And 3.5 percent, is that industry standard for a

21  consultant to receive?

22  A.  I would say that's below industry standard.

23  Q.  Was that true in 2016?

24  A.  I was also making a retainer, so I think perhaps that

25  offset some of the commission.  But that is a pretty low

1    percentage.

2           MS. PARIKH:  No further questions.

3           THE COURT:  Ms. Franklin, you may step down.

4    You're free to go.  Thank you for your testimony here today.

5           (Witness excused.)

6           THE COURT:  The Government may call its next

7    witness.

8           MS. WASSERMAN:  The United States calls Michael

9    Hartsock.

10          (Thereupon, Mr. Hartsock entered the courtroom and

11   the following proceedings were had:)

12          THE COURT:  Good afternoon -- good morning still,

13   sir.  You can stand right up there for just a moment.

14        MICHAEL HARTSOCK, GOVERNMENT WITNESS, SWORN.

15          THE COURT:  Have a seat.  Feel free to adjust the

16   microphone there.  Thank you, sir.

17                       DIRECT EXAMINATION

18   BY MS. WASSERMAN:

19   Q.  Good -- still -- afternoon.  Could you please state and

20   spell your name for the record.

21   A.  Michael Hartsock, H-A-R-T-S-O-C-K.

22   Q.  Mr. Hartsock, where are you employed?

23   A.  The Federal Election Commission.

24   Q.  Is that sometimes shortened to the FEC?

25   A.  Yes.

```
1    Q.  What is the FEC?

2    A.  The FEC is an independent regulatory agency of the

3    Federal Government.  Our main purpose is to administer and

4    enforce the federal election campaign finance laws.

5    Q.  Where is the FEC located?

6    A.  Washington, D.C.

7    Q.  What specifically do you do for the FEC?

8    A.  I work in the agency's reports analysis division.

9    Q.  And what is your title?

10   A.  My current title is branch chief.

11   Q.  What is the reports analysis division of the FEC?

12   A.  We're the division at the agency that is responsible for

13   reviewing and analyzing all the financial disclosure reports

14   that are filed by registered political committees.

15   Q.  And do you check that -- the information that is

16   disclosed?

17   A.  Yes.

18   Q.  And do you check for potential violations of law?

19   A.  Yes.

20   Q.  How long have you worked for the FEC?

21   A.  I've been with the agency for 18 years.

22   Q.  Now, what does the FEC do?

23   A.  We administer and enforce the campaign finance laws.  So

24   if a committee were to fail to comply with a certain law or

25   regulation, we could potentially take enforcement action
```

1    against that committee.

2              We also work to promote transparency by publishing

3    all the financial disclosure reports that committees file to

4    the public, so anyone could take a look at those reports.

5    Q.  What is the FEC's general mission?

6    A.  To administer and enforce the campaign finance laws.

7    Q.  And you just mentioned this, but is transparency in

8    campaign finance important to the FEC?

9    A.  Yes.

10   Q.  Why?

11   A.  I would say first and foremost, it's important that the

12   public has access to accurate information so anyone could be

13   able to see, for example, who's making a contribution to a

14   given committee.  It's also important from the FEC's

15   standpoint that we have accurate information so we can

16   properly analyze the data contained within the reports.

17   Q.  Now, do political committees file statements of

18   organization with the FEC?

19   A.  Yes.

20   Q.  What is a statement of organization?

21   A.  The statement of organization is typically the first

22   report that a committee files when they register.  And it's

23   used to disclose all the basic information about the

24   committee.

25   Q.  Do political committees file reports with the FEC?

1    A.  Yes.

2    Q.  And what kinds of information is contained in those

3    reports?

4    A.  Typically, the committees will file either a monthly or

5    a quarterly report to disclose all their financial activity,

6    so all the money going into the committee's account and all

7    the money being disbursed from the committee's account.

8    Q.  Do those reports contain information about contributions

9    made to the committee?

10   A.  Yes.

11   Q.  Do those reports contain the names of contributors to

12   the political committee?

13   A.  Yes.

14   Q.  Do they contain the address or addresses of contributors

15   to those political committees?

16   A.  Yes.

17   Q.  Do they contain employment information for contributors

18   to those political committees?

19   A.  Yes.

20   Q.  And is all that information identifying information for

21   the contributor to that political committee?

22   A.  Yes.

23          MS. WASSERMAN:  If we could pull up what has

24   previously been admitted as Government's Exhibit 301.

25

```
 1   BY MS. WASSERMAN:
 2   Q.  What is Government's Exhibit 301?
 3   A.  This is an FEC Form 1, otherwise known as a statement of
 4   organization.
 5   Q.  And who is Government's Exhibit 301 for?
 6   A.  Donald J. Trump for President, Incorporated.
 7   Q.  Was Donald J. Trump for President the name of the
 8   official campaign committee for Donald Trump?
 9   A.  Yes.
10   Q.  Now, was Donald J. Trump for President a committee
11   required to report its contributors to the FEC?
12   A.  Yes.
13   Q.  I'm now showing you what's been previously admitted as
14   Government's Exhibit 302.
15           What is Government's Exhibit 302?
16   A.  This is an FEC Form 1, otherwise known as a statement of
17   organization.
18   Q.  And who is Government's Exhibit 302 for?
19   A.  The Republican National Committee.
20   Q.  Now, is the Republican National Committee another
21   example of a committee that is required to report its
22   contributors to the FEC?
23   A.  Yes.
24   Q.  I'm now showing you what's been previously admitted as
25   Government's Exhibit 303.
```

Hartsock - DIRECT - By Ms. Wasserman

```
 1              What is Government's Exhibit 303?
 2   A.  This is an FEC Form 1, statement of organization.
 3   Q.  For which entity?
 4   A.  Trump Victory.
 5   Q.  And is Trump Victory also a committee that's required to
 6   report its contributors to the FEC?
 7   A.  Yes.
 8   Q.  I'm now going to show you what's been previously
 9   admitted as Government's Exhibit 304.
10              What is Government's Exhibit 304?
11   A.  This is an FEC Form 3X.  It's otherwise known as a
12   report of receipts and disbursements.  And this is the
13   monthly or quarterly report that is used by an unauthorized
14   committee to disclose all their financial activity for the
15   reporting period.
16   Q.  And Government's Exhibit 304, which entity is it for?
17   A.  The Republican National Committee.
18   Q.  Now, is FEC -- is an FEC Form 3X an example of a report
19   that a committee is required to file with the FEC?
20   A.  Yes.
21          MS. WASSERMAN:  If we could turn to Page 2 of this
22   document and blow up B.
23   BY MS. WASSERMAN:
24   Q.  Who is listed as a contributor to the RNC on this
25   document, Government's Exhibit 304?
```

1    A.   Jesse Benton.

2    Q.   And what is the date of receipt of that contribution?

3    A.   October 27, 2016.

4    Q.   And what is the mailing address for that individual?

5    A.   4003 Woodstone Way, Louisville, Kentucky 40241-5837.

6    Q.   And what is the amount of the contribution?

7    A.   $22,300.

8    Q.   And at the bottom of your screen where it says

9    "Aggregate year to date," what does that mean?

10   A.   That field notes the total amount of contributions that

11   individual has given to a particular committee for the

12   calendar year.

13   Q.   So Jesse Benton appearing on this report, he was one of

14   the contributors who is reported by the RNC?

15   A.   Yes.

16   Q.   So I'm now going to --

17              MS. WASSERMAN:   We can take that down.

18   BY MS. WASSERMAN:

19   Q.   I'm now going to show you what's been previously

20   admitted as Government's Exhibit 305.

21              What is Government's Exhibit 305?

22   A.   This is an FEC Form 3X, a report of receipts and

23   disbursements.

24   Q.   And is that the same -- FEC Form 3X, that was the same

25   type of report that was submitted by the RNC that we just

1    looked at?

2    A.  Yes.

3    Q.  Again, is that an example of a report that a committee

4    is required to file with the RNC -- with the FEC?  Excuse

5    me.

6    A.  Yes.

7    Q.  Now, turning to Page 2 of this document -- sorry.  Who

8    is this form for?

9    A.  Trump Victory.

10   Q.  Now, turning to Page 2 of this document, if we could

11   pull up B, who is listed as the contributor to Trump Victory

12   on this document?

13   A.  Jesse Bentor.

14   Q.  And what is the date of receipt?

15   A.  October 27th, 2016.

16   Q.  What is the mailing address for the contributor?

17   A.  4003 Woodstone Way, Louisville, Kentucky 40241.

18   Q.  And what is the amount of the contribution?

19   A.  $25,000.

20   Q.  And now pulling up what's been -- I'm now going to show

21   you what's been previously admitted as Government's Exhibit

22   306.

23           What is this document?

24   A.  This is an FEC Form 3P.  It's a report of receipts and

25   disbursements.  This form is used by presidential campaign

1    committees.

2    Q.  And specifically, whose presidential campaign committee

3    is this Form 3P for?

4    A.  Donald J. Trump for President, Incorporated.

5    Q.  And is Government's Exhibit 306 an example of a report

6    that a committee is required to file with the FEC?

7    A.  Yes.

8    Q.  So turning to Page 2 of this document, blowing up C, who

9    is listed as the contributor on this document?

10   A.  Jesse Bentor.

11   Q.  And what is the mailing address?

12   A.  4003 Woodstone Way, Louisville, Kentucky 40241.

13   Q.  And what is the date of receipt of the contribution?

14   A.  October 27th, 2016.

15   Q.  And what is the amount of the contribution?

16   A.  $2,700.

17   Q.  Now, how are committee reports typically submitted to

18   the FEC?

19   A.  The majority of committees file their reports

20   electronically with the FEC.  However, we do still have a

21   small amount of committees that file their reports on paper.

22   Q.  What happens after the FEC receives those reports

23   electronically?

24   A.  Once the report is received electronically, it will be

25   posted to the FEC's website for the public to see.

 1    Q.  Why does the FEC publish those reports online?

 2    A.  We do this to further our goal of transparency, making

 3    the information available to anyone in the public.

 4    Q.  So is the FEC website accessible to any member of the

 5    public?

 6    A.  Yes.

 7    Q.  Does the FEC website have search features?

 8    A.  Yes.

 9    Q.  Are the reports searchable by the name of the

10    contributor?

11    A.  Yes.

12    Q.  Are the reports searchable by the ZIP code of the

13    contributor?

14    A.  Yes.

15    Q.  Are the reports searchable by the city of the

16    contributor?

17    A.  Yes.

18    Q.  Are the reports also searchable by the occupation of the

19    contributor?

20    A.  Yes.

21    Q.  Without the publishing of these reports, would the

22    public have any other window into who was funding political

23    committees or how they were spending their money?

24    A.  Not that I'm aware of.

25    Q.  Does it matter to the FEC that the reports that you

1    receive are accurate?

2    A.   Yes.

3    Q.   Why?

4              MR. STOLARZ:  Objection.  Asked and answered.

5              THE COURT:  Overruled.

6    BY MS. WASSERMAN:

7    Q.   You can answer the question.

8    A.   Could you repeat that, please?

9    Q.   Of course.

10             Why -- the question was:  Does it matter to the

11   FEC that the reports are accurate?  And the follow-up was:

12   Why?

13   A.   I would say, first and foremost, so the public has

14   access to accurate information to see who's contributing to

15   what committee; and then, second of all, for the mission of

16   the FEC.  We need accurate information to work with.

17   Q.   Is it important to the FEC that committee reports

18   identify the true source who made the contribution as posted

19   to a conduit?

20   A.   Yes.

21   Q.   Why is it important to the FEC that the committee

22   reports identify the true source rather than a conduit?

23   A.   We need to know exactly who made the contribution to

24   whatever entities the contribution is going to.

25   Q.   And if -- in your personal experience, when the FEC

Hartsock - DIRECT - By Ms. Wasserman

1    becomes aware that a report is not accurate, does the FEC

2    have the ability to follow up?

3    A.  Yes.

4    Q.  And what kind of steps can the FEC take in that

5    situation?

6    A.  In my role in the reports analysis division, one of the

7    things that we could potentially do is send the committee

8    what's referred to as a request for additional information

9    letter.  It's basically a letter asking the committee to

10   provide additional information about the matter.

11   Q.  After getting additional information, are there other

12   additional steps the FEC can take in that situation?

13   A.  Yes.

14   Q.  What are those steps?

15   A.  One of the things that we may do in the reports analysis

16   division is refer the committee and the matter to an

17   enforcement division within our agency.

18   Q.  In your personal experience, when the FEC becomes aware

19   that a report is not accurate, is that something that

20   matters to the FEC?

21   A.  Yes.

22   Q.  Why?

23   A.  We would want to present the public with accurate and

24   thorough information, and we also want to be able to perform

25   accurate analysis of the reports when they're filed.

1    Q.  Does it matter to the FEC if the listed contributor

2    might be a foreign national?

3    A.  Yes.

4    Q.  Why?

5    A.  Foreign nationals are prohibited from making

6    contributions in connection with federal elections.

7    Q.  If the FEC became aware that a foreign national

8    contributed to a committee, does the FEC have the power to

9    follow up on that issue?

10   A.  Yes.

11   Q.  And what kind of steps could the FEC take in that

12   situation?

13   A.  Again, we may in the reports analysis division send the

14   committee a request for additional information letter or we

15   may refer them for enforcement action, legal proceedings

16   against the committee.

17   Q.  Does the FEC accept as true the names and other

18   information listed on the reports it receives from the

19   committees?

20   A.  Yes.

21   Q.  Once the FEC accepts as true the information listed on

22   the reports, does it publish the reports for the public?

23   A.  Yes.

24            MS. WASSERMAN:  No further questions, your Honor.

25            THE COURT:  Mr. Stolarz, cross-examination.

```
1                         CROSS-EXAMINATION
2    BY MR. STOLARZ:
3    Q.  Good afternoon, sir.
4    A.  Good morning, sir.  Or good afternoon.
5    Q.  We're arguing already.
6             You're in the reports analysis division of the
7    FEC?
8    A.  Yes.
9    Q.  The FEC has a whole team of lawyers.  Is that right?
10   A.  We have a division that's referred to as the Office of
11   General Counsel.  Yes.
12   Q.  A team of compliance officers as well?
13   A.  We do have a compliance officer.  Yes.
14   Q.  You've mentioned the FEC has enforcement mechanisms.  Is
15   that right?
16   A.  Yes.
17   Q.  And those are civil administrative proceedings.  Right?
18   A.  To my understanding.  Yes.
19   Q.  The FEC can't institute criminal proceedings against
20   somebody.  It's all civil.  Right?  For money?
21   A.  That's my understanding.  Yes.
22   Q.  And civil fines are given routinely from the FEC?
23             MS. WASSERMAN:  Objection.  Relevance.
24             THE COURT:  Overruled.
25   BY MR. STOLARZ:
```

```
 1    Q.  You can answer.

 2    A.  I'm sorry.  Can you repeat that?

 3    Q.  Sure.  It always happens that way.

 4             Civil fines are given routinely by the FEC?

 5    A.  Yes.  It does happen fairly frequently.

 6    Q.  In your experience, how many enforcement -- civil

 7    enforcement cases per year?

 8             MS. WASSERMAN:  Objection.  Lacks foundation.

 9    He's not in that division.

10             MR. STOLARZ:  It's cross-examination.

11             THE COURT:  Overruled.

12             If you know.

13             THE WITNESS:  I don't know.

14    BY MR. STOLARZ:

15    Q.  In your experience, sir, there are many lawyers who

16    specialize in election law.  Is that right?

17    A.  It's my understanding.  Yes.

18    Q.  From both inside and outside the FEC.  Is that right?

19    A.  Yes.

20    Q.  And you would agree, sir, that on occasion, mistakes

21    happen in which the FEC has to step in and take action.

22    Right?

23             MS. WASSERMAN:  Objection.  Vague.

24             THE COURT:  Overruled.

25             THE WITNESS:  Could you repeat, sir?  I'm sorry.
```

1     BY MR. STOLARZ:

2     Q.  Sure.

3             When mistakes occur, the FEC steps in to take

4     action.  Is that right?

5     A.  I'm not sure what you mean by "mistakes."

6     Q.  If a contribution goes over a certain limit, a personal

7     limit, that can be a mistake that needs to be rectified.  Is

8     that right?

9             MS. WASSERMAN:  Objection, your Honor.  I think we

10    may need to do a sidebar on this.

11            THE COURT:  The parties can approach.

12            (Whereupon, the following proceedings were had at

13    sidebar outside the presence of the jury:)

14            MS. WASSERMAN:  So the FEC -- and Mr. Stolarz

15    would know this, because this came up in Mr. Benton's last

16    trial, where Mr. Hartsock also testified.  The FEC has

17    confidential thresholds that he's not allowed to talk about.

18    So he's not allowed to -- if we're getting into thresholds

19    and enforcement actions, he's not in enforcement; he's in

20    the reporting division.

21            But he's been instructed by counsel, who's sitting

22    here, by the FEC that he can't talk about the confidential

23    thresholds.  So that's why he's pausing.  And it's not

24    relevant to this case.  And he's not -- he'll say that he's

25    not -- he'll answer that he's not allowed to answer about

Hartsock - CROSS - By Mr. Stolarz

```
 1    thresholds.  They consider it privileged and confidential
 2    information.
 3              THE COURT:  I didn't understand you to be asking
 4    that.  So --
 5              MR. STOLARZ:  Well, that is the issue from the
 6    past trial.  There was a materiality issue and what is
 7    material to them.
 8              That's not my grounds here.  I'm trying to
 9    establish that mistakes occur and they fix them without
10    any -- I'm not trying to go where Mr. -- not where
11    Mr. Winter -- whoever went there in Iowa.  That was an issue
12    there:  What is material to you?
13              I don't really care what's material to him.  I
14    want him to tell the jury that mistakes happen and the FEC
15    can fix them.
16              MS. WASSERMAN:  I think the question, though, was
17    getting into dollar amounts.  So that's a question where he
18    is going to start pausing.
19              MR. STOLARZ:  That was just an example of a
20    mistake.  I wasn't going to -- I know the issue we talked
21    about.
22              MS. WASSERMAN:  Perfect.
23              MR. STOLARZ:  I'm not going into it.
24              THE COURT:  Okay.
25              MS. WASSERMAN:  I'd like to have it noted for the
```

1   record, she could hear everything I said.

2                  THE COURT:  Thanks.

3                  (Whereupon, the following proceedings were had in

4   open court:)

5                  THE COURT:  The objection is overruled.

6                  Mr. Stolarz, could you repeat the question?

7                  MR. STOLARZ:  Sure.

8   BY MR. STOLARZ:

9   Q.  So for an example only, without specifics, sometimes a

10  contribution may go over a limit; and that may need to be

11  investigated and fixed.  Right?

12  A.  Yes.

13  Q.  Thank you.

14                 And are there occasions in which a campaign has to

15  refund a contribution to a donor, generally speaking, not

16  specific to any donor?

17  A.  Yes.  That's possible.

18  Q.  You testified on direct that it's important that the

19  public can see who contributes to whom.  Right?

20  A.  Yes.

21  Q.  That's why you get out of bed every day?

22  A.  Yes.

23  Q.  I want to show you what's been marked -- in evidence as

24  Government's Exhibit 305.  Do you see here where it's listed

25  as -- where the donor is listed as Jesse Bentor?  Do you see

1    that?

2    A.  Yes.

3    Q.  It does not say Jesse Benton.  Right?

4    A.  Yes.

5    Q.  And so if a member of the public were to put the name

6    Jesse Benton into the FEC search function, this would not

7    come up?

8    A.  Correct.

9           MR. STOLARZ:  306, please.

10   BY MR. STOLARZ:

11   Q.  Same question here, sir, showing you what's in evidence

12   as Government's Exhibit 306.  Again, this says Jesse Bentor.

13   Do you see that?

14   A.  Yes.

15   Q.  So if a member of the public were to put Jesse Benton

16   into the FEC search function, this would not come up.

17   Right?

18   A.  Yes.

19   Q.  And do you know whether this has been -- this document

20   has been fixed on the FEC website to reflect Jesse Benton

21   rather than Jesse Bentor?  Do you personally know whether

22   it's been fixed?

23   A.  I do not know.

24          MR. STOLARZ:  No further questions.

25          THE COURT:  Thank you, sir.

Hartsock - CROSS - By Mr. Stolarz

```
1              Any redirect, Ms. Wasserman?

2              MS. WASSERMAN:  Just one minute, your Honor.

3                      REDIRECT EXAMINATION

4   BY MS. WASSERMAN:

5   Q.  Very quickly, Mr. Hartsock, the FEC website search

6   function includes other options to search other than just by

7   name.  Correct?

8   A.  Yes.

9   Q.  So are the reports also searchable by the ZIP code of

10  the contributor?

11  A.  Yes.

12  Q.  Are they also searchable by the city of the contributor?

13  A.  Yes.

14  Q.  Are they also searchable by the occupation of the

15  contributor?

16  A.  Yes.

17  Q.  Would that be another way to find a contributor?

18  A.  Yes.

19              MS. WASSERMAN:  No further questions, your Honor.

20              THE COURT:  Mr. Hartsock, you may step down.

21  You're free go.

22              THE WITNESS:  Thank you, sir.

23              (Witness excused.)

24              THE COURT:  Ms. Wasserman, does the Government

25  have any further evidence?
```

1          MS. ROSS:  Your Honor, we have one administrative

2     issue and then we have just Government's Exhibit 30, which

3     is a stipulation, to read for the jury.

4          THE COURT:  Okay.  Please proceed.

5          MS. ROSS:  The first issue is at the beginning of

6     trial, we moved into evidence a number of exhibits.  We

7     moved into evidence Government's Exhibits 29, 41, 46, 47 and

8     52.

9          And those exhibits do not exist.  So we just

10    wanted to correct the record on that.

11         THE COURT:  Okay.

12         MS. ROSS:  And then can we please pull up for the

13    jury what has been admitted as Government's Exhibit 30,

14    please.

15         At this time, I'm just going to read into the

16    record what has been marked as Government's Exhibit 30:

17         The United States of America and the Defendant,

18    Jesse R. Benton, who we refer to as the Defendant, by and

19    through the undersigned attorneys, hereby notify the Court

20    and the jury that the parties have agreed to the following

21    factual stipulations:

22         On November 19th, 2015, a federal grand jury

23    returned a superseding indictment against Jesse R. Benton,

24    the Defendant, and two others.

25         The Defendant was charged with violating the

1    following criminal statutes:  18 USC 371, conspiracy to

2    commit an offense against the United States; 18 USC Sections

3    1519 and 2, causing false records; 52 USC Sections

4    30104(a)(1), 204104(b)(5)(A) and 30109(d)(1)(A)(i) and 18

5    USC Section 2, causing false campaign expenditure reports;

6    18 USC Section 1001(a)(1) and 2, false statements.

7              52 USC Sections 30104(a)(1), 204104(b)(5)(A) and

8    03 -- and 0 -- I'm sorry -- and 30109(d)(1)(A)(i) are

9    criminal violations under the Federal Election Campaign Act.

10             As alleged in the November 19, 2015, superseding

11   indictment, the manner and means of the charged conspiracy

12   included the following:

13             The conspirators would and did use two

14   intermediary companies to -- going to Page 2; thank you --

15   to conceal the payments to a state senator by a political

16   committee.  The conspirators would and did conceal the

17   payments to the state senator by a political committee by

18   using false invoices.  The conspirators would and did cause

19   a political committee to keep false records and submit false

20   reports to the FEC.

21             On May 5, 2016, a jury found the Defendant guilty

22   on Counts 1 through 4 of the November 19, 2015, superseding

23   indictment.  The jury found the Defendant guilty of

24   violating 18 USC 371, conspiracy to commit an offense

25   against the United States; 18 USC Sections 1519 and 2,

1    causing false records; 52 USC Sections 30104(a)(1),

2    204104(b)(5)(A) and 30109(d)(1)(A)(i), causing false

3    campaign expenditure reports; and 18 USC Sections 1001(a)(1)

4    and 2, false statements scheme.

5                The judgment is attached to this stipulation as

6    Exhibit A.

7                On December 23, 2020, President Donald J. Trump

8    granted the Defendant a full and unconditional pardon.  The

9    pardon is attached to this stipulation as Exhibit B.

10               A press release was issued at the time of the

11   pardon, which is attached to this stipulation as Exhibit C.

12               Your Honor, at this time, we would ask the

13   limiting instruction about this exhibit.

14               THE COURT:  If the parties can approach for one

15   moment.

16               (Whereupon, the following proceedings were had at

17   sidebar outside the presence of the jury:)

18               THE COURT:  So I'm looking at the Instruction

19   2.321 in evidence.  Are you seeking this?

20               MR. STOLARZ:  Yes.  That's the one.

21               THE COURT:  I'll go ahead and read it.

22               MR. STOLARZ:  Thanks.

23               MS. ROSS:  Thank you, your Honor.

24               THE COURT:  And you're about to rest?

25               MS. ROSS:  Yes.

1           THE COURT:  Great.

2           (Whereupon, the following proceedings were had in

3    open court:)

4           THE COURT:  Ladies and gentlemen of the jury,

5    you've heard evidence that Mr. Benton committed several

6    crimes that -- election-related crimes.  The Government just

7    read them in detail, and I'm not going to reread them.

8           It's up to you to decide whether to accept that

9    evidence.  If you find that Mr. Benton committed these other

10   crimes, you may use this evidence only for the limited

11   purpose of deciding whether the circumstances of the other

12   crimes and the charged offenses are so similar that it is

13   likely that the person who committed those crimes also

14   committed the crimes alleged in this indictment.

15          If you conclude that the crimes in that prior

16   conviction are so similar to the charged offenses that it is

17   likely that the same person committed both of them, you may

18   use this evidence in determining whether the Government has

19   proved beyond a reasonable doubt that Mr. Benton is the

20   person who committed the election-related crimes charged in

21   this indictment.

22          You may not use this evidence for any other

23   purpose.

24          Mr. Benton is only on trial for the crimes charged

25   here.  He is not charged in this case with those other

1    crimes that were previously adjudicated.

2           And you may not use this evidence to conclude that

3    Mr. Benton has a bad character or that Mr. Benton has a

4    criminal personality.  The law does not allow you to convict

5    him simply because you believe he may have done bad things

6    not specifically charged as crimes in this case.

7           Ms. Ross?

8           MS. ROSS:  Your Honor, may we have a brief

9    sidebar, please?

10          THE COURT:  All right.

11          (Whereupon, the following proceedings were had at

12   sidebar outside the presence of the jury:)

13          MS. WASSERMAN:  So I think the Court's ruling was

14   that we could use it for knowledge of willfulness.  It seems

15   like the limiting instruction the Court just read was more

16   about identity.  And so we are permitted to use it for

17   purposes of knowledge and willfulness, and we just wanted to

18   point that out.  I believe the parties briefed that.

19          THE COURT:  I think I'm going to leave it like

20   that.  I feel like there's a lot of blanks in here.

21          MS. WASSERMAN:  Yes.

22          THE COURT:  For the final jury instructions, I

23   want you all to work on actually telling me what you think

24   it should say.

25          MS. WASSERMAN:  That's fine.

1          THE COURT:  We'll deal with it then.

2          MR. STOLARZ:  If they're going to rest, do you

3   want my motion after lunch or now?

4          THE COURT:  We'll deal with this as soon as we

5   excuse the jury.

6          MR. STOLARZ:  Thank you.

7          MS. WASSERMAN:  Thank you.

8          (Whereupon, the following proceedings were had in

9   open court:)

10          THE COURT:  Ms. Ross?

11          MS. ROSS:  Your Honor, the Government rests.

12          THE COURT:  Ladies and gentlemen, you've heard the

13   evidence now from the Government.  This is an ideal time for

14   us to take our lunch.  I've got to deal with a couple issues

15   with the attorneys.

16          So let me ask you to come back at 1:45.  As we've

17   discussed in the past, please do not do any research about

18   this case over the lunch break and do not talk about it with

19   anyone, including one another.

20          Thanks, folks.  Have a good lunch.

21          (Whereupon, the jury exited the courtroom at 12:29

22   p.m. and the following proceedings were had:)

23          THE COURT:  Mr. Stolarz.

24          MR. STOLARZ:  Your Honor, at this time, Mr. Benton

25   moves for a judgment of acquittal pursuant to Rule 29 of the

1    Federal Rules of Criminal Procedure, which states that after

2    the Government closes its evidence, or after the close of

3    all the evidence, the Court on the Defendant's motion must

4    enter a judgment of acquittal of any offense in which the

5    evidence is insufficient to sustain a conviction.

6          Your Honor, in this case, I referenced it in the

7    motion to dismiss, in our oral argument then, and I had

8    referenced the potential proof problem with the contribution

9    issue.  And I believe that that has come true.

10         I don't believe the Government has provided

11   sufficient evidence to sustain a conviction that the purpose

12   of the money in this case was to influence any election for

13   federal office pursuant to 52 USC 301018(a)(i).

14         This is a picture for a Russian man about his

15   image.  The picture that he received, he slapped his

16   business logo on it and put it on Instagram.  This is a

17   picture to burnish his image and nothing more.  And that's

18   all the Government has proven.

19         So for Counts 1, 2 and 3, we believe that the

20   motion for judgment of acquittal should stand for that.

21         For 4, 5 and 6, if the contribution was not for

22   the purpose of influencing an election of federal office --

23   we believe those forms are not inaccurate.  But even so, the

24   Government has not provided sufficient evidence that anybody

25   was duped here.  No red flags were raised.

1          The last witness, or two witnesses ago,

2     Ms. Franklin said the emails are confusing.  And that

3     confusion does not raise sufficient evidence to sustain a

4     conviction in this case.

5          Therefore, we move under Rule 29 for judgment of

6     acquittal on all Counts, 1 through 6.

7          Thank you.

8          THE COURT:  Mr. Stolarz, do you think -- should I

9     be trying to determine whether your client was trying to

10    influence the election, Mr. Vasilenko was trying to

11    influence the election or both?

12         MR. STOLARZ:  Their theory is a conduit.  The

13    money -- if -- their theory that they've put up here is that

14    it's Vasilenko's money.  Vasilenko's head is what we have to

15    get into here.

16         And the only proof that we have is pre-, which is

17    the photo is important to him; current, at the event, he

18    took the picture; afterwards, Where is my picture?  And then

19    Olga saying, I'm going to get sliced into pieces for the

20    picture.  No followup at all about anything other than the

21    picture.

22         If they are -- if their theory is that the money's

23    an illegal foreign national contribution, it has to be from

24    Vasilenko.  If their theory is a conduit with Mr. Benton in

25    the middle, the money has to be from Vasilenko.  So they

1      have not proven that Vasilenko's contribution was for the

2      purpose of influencing any election of federal office.  Not

3      a purpose; the purpose.

4              All they've proven is that a Russian came here and

5      took a picture and he left and he put it on Instagram.

6      That's not a crime.  And that's not what -- they've not

7      proven any offense.

8              And they can't -- and I will remark at the motion

9      to dismiss oral argument, you asked:  Who was influencing

10     who?  And the Government at that point said it was

11     Mr. Benton's mind we had to get into.  That is against their

12     entire theory.  If the money's from Mr. Vasilenko, that's

13     who's relevant here.

14             So, your Honor, I think they have simply not

15     proven anything.  And no disrespect.  They're actually

16     really nice people to work with.  I'm fond of their work

17     ethic and approach.  But they've not proven anything here.

18     It's not a crime what they've proven here.  They've proved a

19     picture with a logo that did not say "Vote for Trump."  It

20     did not say, "Here's a link to the RNC" or "I am excited to

21     be a Trump supporter."  It says, "Life is good."

22             He had his own purpose for that.  And he can spend

23     his money how he wants to.  And that's what he spent his

24     money on.  That's the purpose of this picture.  We don't

25     believe they've proved a contribution under the statute.

1        THE COURT:  Thank you, Mr. Stolarz.

2        MR. STOLARZ:  Thank you.

3        THE COURT:  I'll hear from the Government.

4        MS. ROSS:  Your Honor, viewing the evidence in the

5   light most favorable to the Government, we believe we have

6   more than sufficiently met our burden in this case.

7        I am prepared to walk through each count and the

8   evidence that we have put on to establish that.  But if your

9   Honor wants to direct me to a specific question, I'm happy

10  to start there.

11       THE COURT:  Why don't you focus on this issue:  Do

12  you agree that it's Mr. Vasilenko's intent that's relevant

13  here?  And, if so, how have you met your burden?

14       MS. ROSS:  Your Honor, under the plain language of

15  the statute, it says there has to be a purpose to influence

16  the election.  But it doesn't exactly say who.

17       So as long as somebody has that intent, it is

18  sufficient.

19       Here, that doesn't matter.  We don't even have to

20  reach that question because the Government has put on more

21  than enough evidence to establish that everyone here had

22  that intent, both the Defendant and Mr. Vasilenko.

23       And I'm happy to walk through that evidence, your

24  Honor.

25       THE COURT:  Yes.

1          MS. ROSS:  Starting with Mr. Vasilenko, it is

2     clear from numerous emails that they refer to it as a

3     donation.  And it is clear that that donation was separate

4     and apart from Charity Awards.

5          It was clear he was ready to pay an additional

6     $100,000 for a photo with a presidential candidate.

7          Mr. Stolarz asked a lot about Mr. Vasilenko's

8     influence and his Instagram followers.

9          There was nothing more beneficial to Instagram

10    followers than a photo with a presidential elect, let alone

11    a presidential candidate.  Clearly, that would be more

12    important to Mr. Vasilenko.  And his money that went to

13    that, that went to the cause, made that even more important.

14         Mr. Vasilenko attended the event, which was

15    clearly a fundraiser.  We had testimony from Ms. Robinson

16    about what made that fundraiser an obvious fundraiser.

17         And Mr. Vasilenko, he wasn't kept in the dark.  It

18    was clear from the very beginning that he was traveling to

19    an event.  When he got to that event, it was obviously a

20    fundraising event.  He himself is a politician who was on a

21    campaign trip.  He knows how -- he knew how this worked.

22    And so when he showed up there, it was clear that his money

23    had gone to that.

24         We heard testimony that said if you got to the

25    door and you hadn't contributed, you would be stopped and

1    asked more questions.

2            So everything about it from the very beginning,

3    the extra solicitation of additional money, the asking,

4    "What about Donald Trump?"  He knew who Donald Trump was.

5    The attending of the event --

6            THE COURT:  Remind me about that.  I was thinking

7    that Mr. Wead had suggested Donald Trump.  Are you saying

8    that Mr. Vasilenko suggested Donald Trump?

9            MS. WASSERMAN:  No, your Honor.  The email did

10   come from Mr. Wead.  He was the one who suggested it.

11           But the evidence that we laid out in the emails

12   was clear that he was eager to meet Donald Trump because of

13   course at the time he was a presidential candidate.

14   Mr. Vasilenko was running for office in Russia.  He cared

15   about his influence, as Mr. Stolarz pointed out on cross of

16   Agent Phan.  And so of course he jumped at that opportunity.

17   And he was willing to contribute extra for that.

18           And it was clear that that money was a political

19   contribution by the fact that Donald Trump was running for

20   office, by the fact that Mr. Vasilenko showed up to this

21   extra event and that the event itself was obviously a

22   fundraiser.

23           We saw video evidence of Mr. Vasilenko listening

24   to Donald Trump talk about his campaign and about his

25   opponent.  So every -- all of the circumstances and all of

1    the evidence has showed that it was clear that this money

2    was a contribution and that he intended to influence the

3    election as a result of that contribution.

4         We heard testimony --

5         THE COURT:  Is the theory, then, that he paid

6    money to get a photo, but he also wanted the photo to be

7    with the future president, not with a future runner-up to

8    the presidency?  Is that the idea?

9         MS. ROSS:  That's exactly right, your Honor,

10   because of course what's better than getting a photo with a

11   presidential candidate?  Getting a photo with a presidential

12   elect.

13        And we saw the impact of that through the email

14   that came in, through the agent on redirect that we looked

15   at.  It was clear that getting a photo with an American

16   president benefited Mr. Vasilenko.

17        So it just goes -- that email only further

18   supports that his intent was to increase his influence.  And

19   that's exactly what happened, because of the money that he

20   steered to Donald Trump's campaign.

21        THE COURT:  So one of the jury instructions says

22   that the word "willfully" means that the act was committed

23   voluntarily and purposely with the intent to do something

24   the law forbids; that is, with a bad purpose to disobey or

25   disregard the law.

1          Do you think there's any evidence that
2     Mr. Vasilenko was acting with some sort of bad purpose?
3          MS. ROSS:  Your Honor, in this case, we've charged
4     the Defendant.  And so whether -- under the first charge of
5     soliciting a foreign contribution, it is clear that the
6     Defendant had solicited the foreign contribution and that
7     Mr. Vasilenko was aware that it was a contribution.
8          And so all we have to prove is that the Defendant
9     had the requisite intent and that Mr. Vasilenko was aware
10    that it was a contribution, which, because of the evidence I
11    have just walked through, is clearly the case.
12         THE COURT:  So you think the "willfully" would
13    apply to the Defendant --
14         MS. ROSS:  It would, because --
15         THE COURT:  -- but the purpose of influencing
16    would apply to Mr. Vasilenko?
17         MS. ROSS:  Yes.  So that's not exactly right, your
18    Honor.
19         I think the theory is that the Defendant solicited
20    the contribution.  So he has to have the intent to -- he has
21    to have the requisite *mens rea* under the solicitation
22    theory.
23         And that Mr. Vasilenko clearly in this case had
24    knowledge that his contribution was going to the -- that he
25    was making a political contribution and that the Defendant

1    had the intent to influence the election by soliciting that

2    contribution.

3           I'm sorry.  That might have been the same thing

4    your Honor was saying.  I'm sorry if that was convoluted.

5    I'm happy to try to rephrase.

6           THE COURT:  Well, I thought we'd been talking

7    about why Mr. Vasilenko wanted to influence the election.

8    But I think you have just said that the Defendant wants to

9    influence the election.

10          MS. ROSS:  Again, I think that the plain language

11   of the statute, it's a little bit unclear on that.  My point

12   is to say that it is obviously the case that both the

13   Defendant and Mr. Vasilenko had that purpose here or that --

14   and that the evidence viewed in the light most favorable to

15   the Government has certainly established that.

16          THE COURT:  Okay.  Thank you, ma'am.

17          MS. ROSS:  Are there any other questions that your

18   Honor would like to address?  I'm happy to go into more

19   detail about any others.

20          THE COURT:  No.

21          MS. ROSS:  Thank you.

22          THE COURT:  I don't think that's necessary.

23          MS. ROSS:  Thank you, your Honor.

24          THE COURT:  Under Federal Rule of Criminal

25   Procedure 29(a), the Court must enter judgment of acquittal

1     of any offense for which the evidence is insufficient to

2     sustain a conviction.

3           In considering this motion, the Court should not

4     assess witness credibility, weigh evidence or draw

5     inferences of fact.

6           The applicable standard is whether the evidence

7     viewed in the light most favorable to the Government is

8     sufficient for any rational trier of fact to find the

9     essential elements of the crime beyond a reasonable doubt.

10          Based upon the following evidence viewed in the

11    light most favorable to the Government, a rational jury

12    could find guilt beyond a reasonable doubt.

13          And I'm going to focus here on the issue, I think,

14    Mr. Stolarz has raised, which, you know, frankly is I think

15    probably a close one and an interesting one about

16    Mr. Vasilenko's intent.

17          Ultimately, I agree with the Government that in

18    the light most favorable to them, they have put on

19    sufficient evidence that he intended to influence the

20    election for largely the reasons they just summarized.

21          I think there's evidence that he certainly wanted

22    the photo.  I don't think anybody quibbles with that.  But I

23    think it's also reasonable to believe that he wanted a photo

24    with a future president and not with a loser in the

25    presidential race.

1          I think that is shown in -- I think there's a

2    certain amount of just natural inferences that can be drawn,

3    especially when we're trying to get inside someone's head

4    and understanding one's motivation.

5          But I think there is evidence that Mr. Vasilenko

6    was running for office and is an influencer, has his own

7    business.  All of those things would be more buttressed by

8    having a photo with a future president rather than a future

9    runner-up to the presidency.

10          I think you see afterwards that that picture that

11    he placed on Instagram or Twitter, I think it said President

12    versus President with a picture of him and the picture of

13    him and Donald Trump that he paid for.  You see his real

14    interest in getting that photo.  Of course, by this time

15    Mr. Trump had won the election.

16          You also see the email from his interpreter

17    mentioning that he is practically the only person in Russia

18    who has met the future president, Donald Trump, and is now

19    going to be speaking on their main -- I believe it was

20    television station about President Trump.

21          All of that is very relevant, both to presumably

22    his candidacy for the Duma; also, his role as an influencer

23    and his role as president of his own company.  And all of

24    that is, I think, relevant, goes to his interest in

25    influencing an election for federal office.

1          I don't think the Government is necessarily

2     suggesting that it would have been any different had

3     Mr. Wead suggested Hillary Clinton instead.  I think the

4     point here is that as to Mr. Vasilenko, he wanted to get

5     bang for his buck; and the biggest bang for his buck is

6     being able to influence the election so that he has this

7     photo, this opportunity with a future president, not with

8     the person who's not going to be president.

9          To the extent -- although Mr. Stolarz doesn't

10    specifically bring it up, I think there's also evidence

11    that, at least construed in the light most favorable to the

12    Government, that Mr. Benton was acting willfully within the

13    purposes -- within the meanings of the statute and that he

14    was himself seeking to influence an election for federal

15    office through soliciting this contribution of money.

16         I look to his record as a Republican campaign

17    operative and the work that he did both in trying to make

18    this happen and looking to benefit from it afterwards,

19    wanting the tickets to the debate, what have you.

20         I don't think there really was much argument as to

21    the remaining counts.  As I say, I think this is an

22    important question here, the "willfully" and the

23    contribution and whether the Government has proved it beyond

24    a reasonable doubt.  But I think that's a jury question.

25         And therefore, the Defendant's motion for judgment

1    as a matter of law is denied.

2              Mr. Stolarz, tell me what we're expecting this

3    afternoon, sir.

4              MR. STOLARZ:  Sure.

5              I'll be re-calling Agent Phan for about 15

6    minutes, maybe less.

7              I'll have Mr. Warrington, his former attorney.

8    That might go about half an hour.

9              And that I don't believe -- that will probably

10   conclude it.  Obviously, Mr. Benton may make a decision at

11   the end.  But at this point, he's not planning to testify.

12   But he might.

13             THE COURT:  Okay.  So you know, I typically have a

14   colloquy with defendants who don't choose to testify.  So

15   you can --

16             MR. STOLARZ:  Excellent.

17             THE COURT:  -- prepare him for that.  Obviously,

18   that's entirely up to him.

19             Are we expecting -- I was trying to remember if

20   we've resolved the advice of counsel issue, or are we

21   expecting objections on that?  I guess I should hear from

22   the Government on that point.

23             MR. STOLARZ:  I think they're waiting to see how

24   the evidence came in before objecting -- I know --

25             THE COURT:  I'll just let them answer.

1          MS. PARIKH:  Your Honor, I think that's largely

2     correct.  Are we talking about the jury instructions or the

3     presentation of evidence at all?

4          THE COURT:  Well, I was trying to remember.  I

5     know in your trial brief there was an issue here with

6     Mr. Warrington.  I guess -- was it the evidence that you

7     wanted to cross-examine him on?

8          MS. PARIKH:  We did raise an issue as to whether

9     we could cross Mr. Warrington on the *Telegraph* article and

10    that prior conduct.

11         And on that point, my memory is that your Honor

12    said that you wanted to have a better understanding of the

13    relevance and address any hearsay objections.

14         I think at this point we would ask to address that

15    question after we hear what the direct is.

16         THE COURT:  So let's deal with that.  It sounds

17    like we're moving on maybe faster than I expected.

18         I think we've sent you all our draft jury

19    instructions.  I think Ms. Wasserman brought up one issue

20    with it already.  I need you all to take a close look on

21    this.  Scrub it, particularly where we have blanks like

22    that.  I need your feedback on any problems you have with

23    the draft jury instructions.

24         I know the Government wants to be heard on the

25    good-faith instruction.  But otherwise, my understanding is

1    we should be good to go.  So you all need to flag issues

2    that remain there.  And I plan to address that once the

3    defense rests.

4              Anything else we should discuss now, Mr. Parikh?

5              MS. PARIKH:  Just one question, which is:  Do you

6    instruct before closing?

7              THE COURT:  Before.

8              MS. PARIKH:  Thank you.

9              MR. STOLARZ:  That was my only question, too.

10             THE COURT:  All right.  See you all after lunch.

11             (Thereupon, a luncheon recess was taken, after

12   which the following proceedings were had:)

13             (Morning session concluded.)

14

15

16

17

18

19

20

21

22

23

24

25

**<u>CERTIFICATE</u>**

1

2

3              I, LISA EDWARDS, RDR, CRR, do hereby

4     certify that the foregoing constitutes a true and accurate

5     transcript of my stenographic notes, and is a full, true,

6     and complete transcript of the proceedings produced to the

7     best of my ability.

8

9

10             Dated this 14th day of November, 2022.

11

12             <u>/s/ Lisa Edwards, RDR, CRR</u>
               Official Court Reporter
13             United States District Court for the
                 District of Columbia
14             333 Constitution Avenue, Northwest
               Washington, D.C. 20001
15             (202) 354-3269

16

17

18

19

20

21

22

23

24

25

**$**

**$100,000** [2] - 17:21, 135:6
**$2,700** [1] - 113:16
**$22,300** [1] - 111:7
**$25,000** [5] - 50:2, 80:23, 82:23, 101:7, 112:19
**$50,000** [1] - 101:10

**'**

**'11** [1] - 48:24
**'Hey** [1] - 68:17

**/**

**/s** [1] - 146:12

**0**

**0** [1] - 126:8
**03** [1] - 126:8

**1**

**1** [11] - 22:25, 23:4, 45:24, 62:6, 93:18, 109:3, 109:16, 110:2, 126:22, 131:19, 132:6
**10** [12] - 3:16, 45:10, 45:12, 45:15, 46:5, 67:13, 97:5, 100:11, 100:13, 100:18, 100:20, 100:21
**10,000** [1] - 88:21
**100** [3] - 3:16, 63:17, 63:19
**100,000** [1] - 93:9
**1000** [1] - 2:4
**1001(a)(1** [2] - 126:6, 127:3
**102** [1] - 3:6
**105** [1] - 3:7
**10:35** [1] - 79:25
**10:42** [1] - 80:13
**10:51** [1] - 69:16
**10:58** [1] - 70:15
**10th** [3] - 68:3, 68:12, 97:12
**118** [1] - 3:7
**11:01** [3] - 56:6, 56:14, 92:6
**11:02** [2] - 70:24, 71:23

**11:04** [1] - 73:23
**11:06** [1] - 60:10
**11:20** [1] - 76:4
**12** [3] - 6:1, 42:9, 43:7
**124** [1] - 3:7
**12:04** [2] - 77:7, 77:12
**12:29** [1] - 130:21
**12:49** [2] - 72:10, 72:13
**12:55** [1] - 66:9
**12K** [1] - 33:2
**13** [3] - 43:15, 46:3, 46:19
**1301** [1] - 1:15
**1331** [1] - 1:18
**13th** [1] - 28:6, 28:25, 46:9
**14** [4] - 1:6, 50:10, 89:22, 89:24
**1455** [1] - 16:15
**14th** [3] - 29:15, 30:3, 146:10
**15** [1] - 143:5
**15-minute** [1] - 73:20
**15070** [1] - 17:13
**1519** [2] - 126:3, 126:25
**15th** [1] - 21:25
**16** [1] - 3:11
**18** [8] - 106:21, 126:1, 126:2, 126:4, 126:6, 126:24, 126:25, 127:3
**18th** [5] - 69:16, 70:1, 70:15, 70:24, 71:22
**19** [3] - 72:9, 126:10, 126:22
**19th** [3] - 72:13, 72:25, 125:22
**1:45** [1] - 130:16

**2**

**2** [18] - 20:7, 22:12, 41:18, 44:24, 45:15, 59:1, 79:10, 110:21, 112:7, 112:10, 113:8, 126:3, 126:5, 126:6, 126:14, 126:25, 127:4, 131:19
**2)** [1] - 67:8
**2,700** [1] - 50:5
**2.321** [1] - 127:19
**20** [1] - 6:2
**20001** [3] - 2:4, 2:9, 146:14

**20005** [1] - 1:19
**2008** [3] - 48:19, 48:23, 84:1
**201** [5] - 69:11, 71:21, 98:12, 98:15
**2010** [1] - 48:23
**2012** [1] - 36:19
**2015** [6] - 15:17, 16:22, 84:14, 125:22, 126:10, 126:22
**2016** [7] - 10:22, 13:2, 17:22, 21:25, 22:16, 24:20, 26:19, 28:6, 28:7, 28:10, 28:25, 29:15, 30:3, 31:25, 32:21, 33:22, 36:4, 36:11, 37:5, 37:10, 37:14, 37:17, 39:7, 40:9, 42:9, 43:7, 43:15, 46:3, 46:9, 46:15, 48:9, 48:12, 49:4, 49:6, 49:7, 50:17, 50:24, 52:19, 53:12, 54:3, 54:7, 54:16, 54:19, 55:6, 56:6, 56:20, 60:10, 64:15, 65:3, 66:9, 66:24, 67:6, 68:3, 69:16, 70:15, 70:24, 71:22, 72:10, 72:13, 76:16, 77:7, 77:12, 78:7, 78:20, 79:7, 79:25, 80:25, 81:12, 82:6, 84:25, 85:8, 86:7, 88:23, 103:12, 104:23, 111:3, 112:15, 113:14, 126:21
**202** [3] - 2:9, 81:5, 146:15
**2020** [1] - 127:7
**2022** [2] - 1:6, 146:10
**203** [4] - 60:25, 74:7, 76:14, 92:17
**204104(b)(5)(A** [3] - 126:4, 126:7, 127:2
**20530** [2] - 1:16, 1:22
**21-00569** [1] - 1:3
**21-569** [1] - 4:3
**21st** [3] - 54:19, 56:5, 56:14
**22** [2] - 3:11, 20:2
**22nd** [10] - 50:17, 56:13, 56:20, 58:25, 60:9, 64:15, 65:3, 68:11, 76:16, 80:25
**23** [1] - 127:7
**24** [2] - 77:12, 77:19
**24th** [2] - 77:6, 78:7
**25** [1] - 54:10

**25,000** [4] - 68:24, 80:6, 80:7, 81:21
**25K** [3] - 33:2, 81:14, 82:20
**26** [3] - 55:25, 91:25
**26th** [4] - 79:7, 79:25, 80:13, 81:12
**27** [4] - 3:12, 58:20, 64:14, 111:3
**27th** [2] - 112:15, 113:14
**29** [4] - 3:12, 125:7, 130:25, 132:5
**29(a** [1] - 139:25
**2nd** [1] - 16:22

**3**

**3** [8] - 1:10, 13:22, 17:18, 81:25, 92:22, 101:6, 101:11, 131:19
**3.5** [1] - 104:20
**30** [3] - 125:2, 125:13, 125:16
**301** [3] - 108:24, 109:2, 109:5
**301018(a)(i)** [1] - 131:13
**30104(a)(1** [3] - 126:4, 126:7, 127:1
**30109(d)(1)(A)(i** [3] - 126:4, 126:8, 127:2
**302** [3] - 109:14, 109:15, 109:18
**303** [2] - 109:25, 110:1
**304** [4] - 110:9, 110:10, 110:16, 110:25
**305** [3] - 111:20, 111:21, 122:24
**306** [4] - 112:22, 113:5, 123:9, 123:12
**30th** [1] - 66:9
**32** [1] - 3:13
**33** [1] - 66:3
**333** [2] - 2:8, 146:14
**35** [1] - 3:13
**354-3269** [2] - 2:9, 146:15
**35K** [1] - 30:15
**37** [2] - 67:22, 97:4
**371** [2] - 126:1, 126:24
**38** [6] - 62:13, 70:20, 72:8, 77:6, 95:14, 95:18, 99:13
**39** [1] - 79:3
**3:08** [1] - 66:24

**3:25** [1] - 67:6
**3P** [2] - 112:24, 113:3
**3rd** [2] - 66:24, 67:6, 82:6
**3X** [4] - 110:11, 110:18, 111:22, 111:24

**4**

**4** [3] - 50:11, 126:22, 131:21
**40** [4] - 3:14, 79:19, 82:4, 82:5
**4003** [3] - 111:5, 112:17, 113:12
**40241** [2] - 112:17, 113:12
**40241-5837** [1] - 111:5
**41** [1] - 125:7
**42** [1] - 3:14
**43** [1] - 3:15
**46** [1] - 125:7
**47** [2] - 3:6, 125:7
**4:11** [1] - 54:19
**4:23** [1] - 46:14

**5**

**5** [4] - 33:1, 36:11, 126:21, 131:21
**50** [1] - 97:17
**50,000** [5] - 68:23, 80:5, 82:21, 92:2, 97:15
**50/50** [1] - 33:3
**500K** [1] - 33:2
**50K** [4] - 68:15, 68:20, 82:8, 82:18
**52** [5] - 125:8, 126:3, 126:7, 127:1, 131:13
**555** [1] - 1:21
**59** [1] - 17:5
**5:56** [2] - 61:15, 74:7
**5th** [3] - 33:22, 36:4, 37:5

**6**

**6** [2] - 131:21, 132:6
**6706** [1] - 2:8
**6:00** [1] - 75:4

## 7

**7** [1] - 94:7
**76** [7] - 3:12, 7:17, 24:15, 24:25, 27:6, 27:7, 27:8
**77** [4] - 10:6, 10:16, 11:3, 13:15
**78** [7] - 3:14, 37:20, 38:8, 40:6, 40:12, 40:18, 40:19
**799** [1] - 2:3
**7:35** [3] - 56:20, 56:24, 92:14
**7:56** [1] - 68:3

## 8

**8** [2] - 3:5, 28:8
**80** [1] - 33:7
**801(d)(2)(E** [1] - 12:10
**83** [1] - 3:6
**84** [6] - 3:11, 14:14, 15:8, 15:25, 16:1, 16:2
**86** [5] - 3:11, 21:16, 22:5, 22:7, 22:9
**87** [8] - 3:14, 42:3, 42:14, 42:16, 42:18, 44:9, 44:13, 44:22
**88** [11] - 3:15, 43:10, 43:20, 43:22, 43:24, 44:10, 44:17, 44:24, 46:5, 46:10, 46:17
**89** [6] - 3:13, 33:17, 34:2, 35:19, 35:20, 35:22
**8:21** [1] - 59:1
**8:23** [1] - 46:12
**8:56** [3] - 74:8, 75:5, 76:17

## 9

**9** [4] - 19:6, 22:16, 31:25, 32:21
**90** [5] - 3:12, 29:10, 29:20, 29:22, 29:24
**91** [5] - 3:13, 31:20, 32:4, 32:10, 32:11
**9:19** [1] - 64:16
**9:27** [1] - 1:7
**9:44** [1] - 8:5

## A

**a.m** [17] - 1:7, 8:6, 56:21, 56:24, 59:1, 60:10, 67:4, 69:16, 70:15, 71:23, 73:24, 74:9, 75:5, 76:4, 76:17, 79:25, 80:13
**ability** [3] - 7:16, 116:2, 146:7
**able** [12] - 23:14, 64:9, 64:19, 64:23, 66:22, 74:11, 74:21, 82:9, 101:12, 107:13, 116:24, 142:6
**absolutely** [1] - 26:17
**Academy** [2] - 17:24, 18:2
**accept** [3] - 52:14, 117:17, 128:8
**accepting** [1] - 49:21
**accepts** [1] - 117:21
**access** [2] - 107:12, 115:14
**accessible** [1] - 114:4
**account** [3] - 31:8, 108:6, 108:7
**accounts** [1] - 30:24
**accurate** [13] - 42:25, 78:24, 107:12, 107:15, 115:1, 115:11, 115:14, 115:16, 116:1, 116:19, 116:23, 116:25, 146:4
**accurately** [1] - 50:23
**acquittal** [5] - 130:25, 131:4, 131:20, 132:6, 139:25
**act** [1] - 137:22
**Act** [1] - 126:9
**acting** [2] - 138:2, 142:12
**Action** [1] - 1:3
**action** [5] - 71:16, 106:25, 117:15, 119:21, 120:4
**actions** [1] - 120:19
**active** [2] - 41:10, 95:11
**activity** [2] - 108:5, 110:14
**actual** [1] - 72:7
**acute** [1] - 43:1
**addition** [1] - 88:13
**additional** [11] -

17:22, 80:23, 94:8, 103:20, 116:8, 116:10, 116:11, 116:12, 117:14, 135:5, 136:3
**additionally** [2] - 26:9, 34:22
**address** [21] - 16:8, 16:12, 16:14, 16:16, 16:23, 17:12, 17:14, 50:23, 51:17, 65:24, 69:20, 70:3, 70:5, 108:14, 111:4, 112:16, 113:11, 139:18, 144:13, 144:14, 145:2
**addresses** [1] - 108:14
**adjudicated** [1] - 129:1
**adjust** [2] - 47:15, 105:15
**administer** [3] - 106:3, 106:23, 107:6
**administrative** [2] - 118:17, 125:1
**admire** [1] - 28:13
**admissibility** [1] - 6:16
**admit** [13] - 6:23, 11:2, 15:7, 22:4, 24:24, 29:19, 32:4, 34:1, 35:18, 38:8, 40:11, 42:12, 43:18
**admitted** [12] - 16:1, 17:5, 17:18, 45:10, 46:18, 108:24, 109:13, 109:24, 110:9, 111:20, 112:21, 125:13
**admitting** [1] - 6:25
**advice** [2] - 28:1, 143:20
**advise** [1] - 36:23
**advisor** [1] - 41:16
**advisory** [1] - 84:5
**afternoon** [5] - 105:12, 105:19, 118:3, 118:4, 143:3
**afterwards** [6] - 26:22, 70:1, 96:1, 132:18, 141:10, 142:18
**agency** [4] - 106:2, 106:12, 106:21, 116:17
**agency's** [1] - 106:8
**agendas** [1] - 28:18
**Agent** [54] - 4:11, 4:12, 5:14, 6:13, 7:1,

8:9, 8:12, 8:21, 9:16, 10:15, 13:17, 14:5, 15:20, 16:6, 16:17, 17:14, 17:21, 19:24, 20:4, 21:3, 21:10, 21:19, 23:1, 24:3, 24:8, 24:21, 27:12, 28:4, 29:12, 30:2, 30:20, 31:22, 32:14, 33:10, 33:19, 36:2, 37:9, 37:12, 39:2, 39:8, 39:10, 39:23, 40:4, 40:24, 41:1, 42:5, 42:21, 43:12, 44:3, 44:24, 45:12, 47:2, 136:16, 143:5
**agent** [12] - 6:23, 8:15, 11:17, 15:2, 20:16, 24:18, 29:3, 34:15, 34:23, 38:15, 38:19, 137:14
**aggregate** [1] - 111:9
**ago** [2] - 6:2, 132:1
**agree** [11] - 7:11, 24:2, 86:6, 86:8, 86:10, 89:4, 99:20, 99:22, 119:20, 134:12, 140:17
**agreed** [2] - 33:5, 125:20
**agreement** [1] - 77:1
**ahead** [2] - 46:13, 127:21
**aid** [1] - 80:18
**air** [1] - 42:25
**alleged** [2] - 126:10, 128:14
**allow** [1] - 129:4
**allowed** [4] - 58:12, 120:17, 120:18, 120:25
**almost** [3] - 27:18, 65:5, 65:11
**alone** [1] - 135:10
**amenable** [1] - 74:22
**AMERICA** [1] - 1:3
**America** [17] - 4:3, 30:21, 31:4, 31:12, 31:15, 32:18, 33:11, 34:16, 34:18, 36:15, 36:16, 37:4, 37:17, 41:9, 41:10, 41:24, 125:17
**American** [3] - 28:13, 28:19, 137:15
**amount** [13] - 36:21, 87:17, 88:2, 88:6, 93:5, 96:23, 101:7, 111:6, 111:10, 112:18, 113:15,

113:21, 141:2
**amounts** [1] - 121:17
**analysis** [7] - 106:8, 106:11, 116:6, 116:15, 116:25, 117:13, 118:6
**analyze** [1] - 107:16
**analyzing** [1] - 106:13
**answer** [9] - 39:2, 58:2, 77:24, 86:20, 115:7, 119:1, 120:25, 143:25
**answered** [2] - 69:8, 115:4
**anticipating** [1] - 82:8
**apart** [3] - 17:22, 82:25, 135:4
**apologies** [2] - 61:20, 103:14
**apologize** [3] - 67:1, 74:18
**appeals** [1] - 36:20
**appear** [2] - 24:4, 91:15
**aPPEARANCES** [1] - 1:13
**APPEARANCES** [1] - 2:1
**appearing** [1] - 111:13
**applicable** [1] - 140:6
**application** [1] - 5:10
**apply** [3] - 9:13, 138:13, 138:16
**approach** [11] - 10:9, 11:5, 25:3, 25:4, 34:4, 34:10, 39:14, 74:15, 120:11, 127:14, 133:17
**appropriate** [1] - 51:16
**April** [1] - 17:21
**arguably** [1] - 13:7
**arguing** [1] - 118:5
**argument** [3] - 131:7, 133:9, 142:20
**Armed** [1] - 23:16
**arrange** [2] - 22:22, 22:23
**arrival** [1] - 64:8
**arrives** [1] - 60:15
**article** [1] - 144:9
**ASAP** [1] - 59:7
**Asher** [3] - 53:4, 61:6, 93:9
**Asher's** [1] - 61:5
**assess** [1] - 140:4

**assist** [1] - 82:10
**assistant** [3] - 49:2, 61:5, 84:5
**associated** [1] - 31:12
**assuming** [1] - 61:15
**attached** [10] - 20:12, 38:14, 44:25, 67:7, 67:17, 81:13, 92:22, 127:5, 127:9, 127:11
**attaches** [1] - 79:9
**attachment** [3] - 44:19, 45:13, 61:17
**attempted** [1] - 18:5
**attend** [14] - 21:4, 51:18, 53:2, 53:6, 57:15, 58:12, 63:1, 68:24, 81:20, 87:13, 87:14, 92:3, 93:10
**attendance** [7] - 57:9, 62:17, 62:21, 80:7, 80:8, 82:9, 82:19
**attended** [4] - 63:15, 81:2, 82:20, 135:14
**attendee** [4] - 55:13, 62:9, 65:20, 80:6
**attendees** [9] - 55:7, 55:17, 60:1, 62:11, 63:19, 73:9, 102:13, 102:15, 102:16
**attending** [2] - 58:16, 136:5
**attention** [17] - 23:5, 50:18, 54:18, 56:5, 58:25, 64:15, 65:2, 66:8, 66:23, 68:2, 69:15, 70:14, 70:23, 79:2, 79:24, 103:11, 103:12
**attitude** [1] - 27:23
**attorney** [1] - 143:7
**ATTORNEY'S** [1] - 1:20
**attorneys** [3] - 74:15, 125:19, 130:15
**author** [2] - 9:20, 11:11
**authored** [1] - 38:6
**authorization** [1] - 78:13
**automatically** [1] - 6:12
**available** [1] - 114:3
**Avenue** [4] - 1:15, 2:8, 16:15, 146:14
**average** [1] - 94:25
**Awards** [16] - 13:18, 13:22, 14:1, 14:6, 14:8, 15:15, 16:9,
97:13
**believes** [1] - 6:6
**below** [5] - 68:8, 72:10, 72:11, 77:7, 104:22
**bench** [1] - 4:11
**beneficial** [1] - 135:9
**benefit** [2] - 26:10, 142:18
**benefited** [2] - 26:7, 137:16
**benefits** [1] - 26:12
**BENTON** [2] - 1:6, 41:22
**Benton** [72] - 4:4, 4:15, 29:13, 30:5, 31:14, 31:23, 32:15, 33:20, 36:13, 37:25, 38:6, 40:25, 41:19, 42:6, 43:3, 43:13, 44:4, 53:20, 54:15, 56:18, 56:21, 59:14, 59:15, 59:19, 60:10, 65:3, 65:18, 66:25, 68:14, 72:21, 73:11, 77:22, 78:6, 78:9, 79:8, 79:17, 80:14, 80:20, 81:14, 82:6, 82:22, 83:12, 89:25, 91:4, 91:12, 91:21, 92:1, 92:10, 93:13, 96:15, 97:8, 99:15, 100:7, 104:4, 111:1, 111:13, 123:3, 123:6, 123:15, 123:20, 125:18, 125:23, 128:5, 128:9, 128:19, 128:24, 129:3, 130:24, 132:24, 142:12, 143:10
**Benton's** [4] - 38:2, 78:15, 120:15, 133:11
**Bentor** [5] - 112:13, 113:10, 122:25, 123:12, 123:21
**best** [2] - 80:24, 146:7
**better** [3] - 6:1, 137:10, 144:12
**between** [7] - 24:19, 32:24, 49:11, 49:16, 64:3, 77:1, 95:1
**beyond** [4] - 128:19, 140:9, 140:12, 142:23
**big** [1] - 85:3
**bigger** [2] - 50:7, 96:16
**biggest** [1] - 142:5
**billing** [2] - 15:3, 16:7

16:20, 16:24, 17:2, 17:11, 17:22, 18:9, 18:12, 18:15, 135:4
**aware** [9] - 57:14, 57:16, 76:24, 114:24, 116:1, 116:18, 117:7, 138:7, 138:9
**awareness** [1] - 74:10

## B

**back-and-forth** [1] - 58:4
**background** [4] - 18:20, 54:24, 55:1, 55:21
**backing** [1] - 41:7
**bad** [4] - 129:3, 129:5, 137:24, 138:2
**badly** [1] - 27:16
**ball** [1] - 87:10
**bang** [2] - 142:5
**based** [7] - 16:19, 48:2, 48:15, 72:4, 78:15, 79:15, 140:10
**basic** [2] - 32:23, 107:23
**basis** [8] - 25:2, 25:10, 32:7, 34:5, 36:23, 37:7, 38:11, 38:22
**Batschelet** [2] - 61:3, 61:5
**BATSCHELET** [1] - 61:4
**BCC** [1] - 81:11
**BCC-ing** [1] - 81:11
**beach** [1] - 45:21
**Beach** [14] - 31:7, 31:23, 32:17, 33:20, 36:6, 36:7, 42:7, 43:5, 43:13, 44:6, 44:13, 46:8, 46:11, 46:21
**Beach's** [2] - 32:18, 36:8
**Beatles** [1] - 30:14
**became** [4] - 48:20, 49:14, 117:7
**becomes** [2] - 116:1, 116:18
**bed** [1] - 122:21
**BEFORE** [1] - 1:10
**beginning** [7] - 22:19, 41:9, 41:13, 75:8, 125:5, 135:18, 136:2
**behalf** [5] - 4:15, 18:15, 68:14, 97:9,

**binder** [1] - 100:13
**binders** [2] - 5:16, 5:21
**biography** [1] - 13:25
**birth** [1] - 36:14
**bit** [2] - 64:8, 139:11
**blanks** [1] - 129:20, 144:21
**block** [1] - 96:15
**blow** [3] - 59:8, 72:9, 110:22
**blowing** [1] - 113:8
**blown** [1] - 54:20
**bluntly** [1] - 81:16
**board** [1] - 84:6
**Bob** [6] - 53:4, 61:5, 61:6, 61:7, 61:11, 93:8
**Boehner** [3] - 48:20, 84:9, 84:14
**Boehner's** [1] - 84:22
**book** [8] - 7:15, 9:23, 10:2, 10:20, 10:21, 11:12, 12:6, 13:4
**boss** [1] - 64:5
**bother** [1] - 30:13
**bottom** [13] - 11:11, 16:21, 22:19, 23:5, 27:12, 27:15, 36:2, 50:18, 54:20, 90:14, 92:1, 93:13, 111:8
**bought** [4] - 78:11, 78:18, 99:15, 100:7
**box** [2] - 17:6, 65:8
**brain** [1] - 78:13
**brain-farted** [1] - 78:13
**branch** [1] - 106:10
**break** [4] - 73:17, 73:20, 73:22, 130:18
**Brent** [2] - 42:6, 43:5
**Brian** [2] - 4:14, 83:12
**BRIAN** [1] - 2:2
**brief** [4] - 8:13, 34:17, 129:8, 144:5
**briefed** [2] - 26:10, 129:18
**briefly** [4] - 26:15, 48:3, 49:18, 102:3
**bring** [10] - 4:17, 14:1, 17:17, 19:5, 20:1, 21:15, 24:14, 46:18, 52:11, 142:10
**broke** [1] - 77:11
**brought** [2] - 57:12, 144:19
**BS** [1] - 81:17, 81:18

**buck** [1] - 142:5
**burden** [2] - 134:6, 134:13
**burnish** [1] - 131:17
**business** [2] - 131:16, 141:7
**busy** [8] - 23:14, 53:8, 53:10, 53:12, 53:13, 85:7, 85:14, 85:15
**but..** [2] - 84:24, 103:5
**buttressed** [1] - 141:7
**buying** [1] - 57:10
**BY** [98] - 2:6, 8:20, 10:14, 13:16, 14:15, 15:1, 15:19, 16:5, 17:8, 17:20, 18:18, 19:8, 20:3, 20:9, 20:15, 21:18, 21:23, 22:14, 23:24, 24:7, 24:17, 27:11, 29:2, 29:11, 30:1, 30:19, 31:21, 32:13, 33:9, 33:18, 36:1, 37:21, 38:18, 39:4, 39:22, 40:3, 40:23, 41:22, 42:4, 42:20, 43:11, 44:2, 44:11, 44:23, 45:11, 45:17, 46:1, 46:6, 46:20, 47:18, 50:12, 51:3, 54:11, 56:1, 56:19, 58:1, 58:21, 59:4, 59:10, 61:22, 62:24, 66:4, 67:23, 69:10, 72:12, 77:10, 78:8, 79:12, 79:20, 80:12, 81:6, 83:9, 86:23, 87:6, 88:12, 89:5, 89:12, 90:16, 91:10, 93:22, 95:16, 98:13, 99:12, 100:12, 101:1, 102:5, 105:18, 109:1, 110:23, 111:18, 115:6, 118:2, 118:25, 119:14, 120:1, 122:8, 123:10, 124:4

## C

**cafeteria** [1] - 5:13
**CAITLIN** [2] - 47:14, 47:23
**Caitlin** [4] - 3:6, 47:8, 47:23, 90:3
**calendar** [1] - 111:12
**campaign** [25] - 29:4, 49:16, 49:23,

53:9, 54:3, 84:25,
85:1, 86:16, 89:6,
89:13, 103:14, 106:4,
106:23, 107:6, 107:8,
109:8, 112:25, 113:2,
122:14, 126:5, 127:3,
135:21, 136:24,
137:20, 142:16
**Campaign** [1] -
126:9
**cancel** [1] - 66:15
**canceling** [3] - 65:5,
65:11, 65:13
**candidacy** [1] -
141:22
**candidate** [11] -
52:19, 65:11, 85:18,
86:4, 95:1, 96:20,
103:14, 135:6,
135:11, 136:13,
137:11
**Canyonville** [2] -
17:23, 18:1
**capacity** [3] - 48:6,
53:11, 87:4
**Capitol** [3] - 21:7,
21:12, 22:22
**Cara** [3] - 29:13,
30:7, 30:8
**card** [9] - 56:8, 67:2,
67:7, 67:9, 67:20,
68:13, 69:22, 77:14,
97:8
**care** [4] - 5:20,
103:22, 121:13
**cared** [1] - 136:14
**Caribbean** [3] -
18:25, 19:3, 19:11
**Carlton** [1] - 52:19
**Carolyn** [1] - 4:11
**Carr** [4] - 15:3, 16:7,
16:17, 16:20
**carried** [1] - 28:20
**Case** [1] - 4:3
**case** [24] - 6:1, 6:14,
11:23, 12:1, 26:9,
50:3, 54:23, 88:15,
89:19, 96:22, 101:17,
103:19, 120:24,
128:25, 129:6,
130:18, 131:6,
131:12, 132:4, 134:6,
138:3, 138:11,
138:23, 139:12
**cases** [2] - 6:9, 119:7
**Casey** [6] - 68:4,
68:7, 69:16, 70:10,
70:15, 71:23
**causing** [4] - 126:3,
126:5, 127:1, 127:2

**CC** [1] - 89:25
**CC-ing** [1] - 89:25
**celebrity** [1] - 86:9
**certain** [5] - 7:1,
93:5, 106:24, 120:6,
141:2
**certainly** [6] - 6:13,
13:3, 13:8, 75:6,
139:15, 140:21
**CERTIFICATE** [1] -
146:1
**certificate** [3] - 4:21,
4:23, 5:4
**certify** [1] - 146:4
**cetera** [1] - 66:15
**chain** [3] - 24:19,
78:6, 99:22
**chairman** [1] - 32:19
**Chairman** [1] - 82:12
**chairman's** [1] - 84:5
**challenging** [1] -
96:15
**chance** [4] - 66:10,
69:19, 82:16, 87:20
**change** [2] - 28:19,
85:13
**changes** [2] - 69:20,
70:3
**channel** [2] - 27:21,
27:22
**character** [1] - 129:3
**charge** [7] - 85:17,
87:24, 87:25, 89:14,
89:17, 104:16, 138:4
**charged** [12] - 7:10,
7:18, 40:14, 125:25,
126:11, 128:12,
128:16, 128:20,
128:24, 128:25,
129:6, 138:3
**charitable** [2] - 18:6,
18:14
**Charity** [16] - 13:18,
13:21, 14:1, 14:6,
14:8, 15:15, 16:9,
16:19, 16:24, 17:1,
17:11, 17:22, 18:9,
18:12, 18:15, 135:4
**check** [13] - 18:4,
65:7, 65:19, 65:21,
66:11, 66:19, 67:2,
67:11, 68:16, 70:8,
106:15, 106:18
**checked** [1] - 69:22
**chief** [2] - 32:24,
106:10
**choose** [1] - 143:14
**Christian** [2] - 17:23,
18:2
**circled** [1] - 71:24

**circling** [1] - 72:14
**circumstances** [2] -
128:11, 136:25
**citizen** [2] - 69:6,
83:3
**citizenship** [3] -
57:6, 60:22, 69:3
**city** [2] - 114:15,
124:12
**civil** [5] - 118:17,
118:20, 118:22,
119:4, 119:6
**clarify** [1] - 75:18
**clear** [12] - 21:3,
91:16, 135:2, 135:3,
135:5, 135:18,
135:22, 136:12,
136:18, 137:1,
137:15, 138:5
**cleared** [1] - 58:15
**clearly** [5] - 26:7,
135:11, 135:15,
138:11, 138:23
**clerk** [1] - 4:17
**client** [6] - 48:12,
51:22, 51:25, 52:12,
86:22, 132:9
**clients** [1] - 48:11
**Clinton** [1] - 142:3
**close** [7] - 73:12,
73:14, 78:1, 78:3,
131:2, 140:15, 144:20
**closed** [1] - 4:25
**closely** [1] - 61:11
**closer** [1] - 102:21
**closes** [1] - 131:2
**closest** [1] - 41:16
**closing** [1] - 145:6
**club** [1] - 84:6
**Co** [1] - 11:23
**co** [3] - 12:1, 12:2,
12:18
**co-conspirator** [2] -
12:1, 12:2, 12:18
**Co-Defendant** [1] -
11:23
**code** [3] - 82:1,
114:12, 124:9
**cofounder** [1] -
32:19
**collect** [1] - 54:22
**colloquy** [1] - 143:14
**Columbia** [2] - 2:7,
146:13
**COLUMBIA** [2] - 1:1,
1:21
**column** [3] - 93:24,
94:9, 94:11
**comfortable** [1] - 5:6
**coming** [5] - 23:10,

26:18, 68:25, 71:4,
78:21
**commentary** [1] -
80:17
**comments** [2] - 12:3,
81:14
**Commission** [1] -
105:23
**commission** [11] -
88:5, 88:9, 88:10,
88:14, 101:12,
101:22, 104:12,
104:16, 104:19,
104:25
**commissions** [1] -
33:4
**commit** [2] - 126:2,
126:24
**committed** [8] -
36:17, 128:5, 128:9,
128:13, 128:14,
128:17, 128:20,
137:22
**Committee** [7] -
20:17, 23:16, 48:12,
51:8, 109:19, 109:20,
110:17
**committee** [42] -
49:16, 49:19, 49:25,
53:3, 53:4, 61:7, 61:8,
61:9, 88:4, 93:4,
106:24, 107:1,
107:14, 107:22,
107:24, 108:9,
108:12, 108:21,
109:8, 109:10,
109:21, 110:5,
110:14, 110:19,
111:11, 112:3, 113:2,
113:6, 113:17,
115:15, 115:17,
115:21, 116:7, 116:9,
116:16, 117:8,
117:14, 117:16,
126:16, 126:17,
126:19
**committee's** [2] -
108:6, 108:7
**committees** [13] -
71:16, 106:14, 107:3,
107:17, 107:25,
108:4, 108:15,
108:18, 113:1,
113:19, 113:21,
114:23, 117:19
**common** [1] - 85:16
**communicating** [1] -
54:15
**communication** [1] -
101:16

**comp** [1] - 32:24
**companies** [1] -
126:14
**company** [9] - 48:17,
48:18, 83:18, 84:12,
84:21, 85:1, 85:2,
101:4, 141:23
**compare** [1] - 99:19
**compensated** [2] -
88:5, 88:13
**complete** [3] - 81:16,
81:18, 146:6
**completed** [3] - 51:4,
51:7, 51:10
**completely** [1] -
11:13
**compliance** [2] -
118:12, 118:13
**complimentary** [1] -
28:15
**comply** [1] - 106:24
**component** [1] -
88:11
**comprised** [1] -
49:21
**computer** [1] - 38:2
**conceal** [2] - 126:15,
126:16
**concern** [2] - 35:4
**concerned** [3] - 6:8,
7:7, 66:13
**concerns** [1] - 100:8
**conclude** [3] -
128:15, 129:2, 143:10
**concluded** [1] -
145:13
**conduct** [1] - 144:10
**conduit** [8] - 52:4,
52:7, 52:9, 52:14,
115:19, 115:22,
132:12, 132:24
**confidant** [1] - 41:16
**confidential** [3] -
120:17, 120:22, 121:1
**confirm** [1] - 71:12
**confirming** [1] -
70:25
**conflicting** [1] -
99:20
**confusing** [4] -
97:25, 99:22, 99:24,
132:2
**confusion** [4] - 64:8,
79:9, 100:8, 132:3
**congratulations** [1] -
84:19
**connect** [2] - 80:15,
82:8
**connected** [4] -
27:24, 30:24, 31:4,

103:12
**connection** [8] - 48:8, 48:11, 49:4, 51:5, 55:2, 57:21, 62:1, 117:6
**consider** [1] - 121:1
**considered** [1] - 27:17
**considering** [1] - 140:3
**conspiracy** [12] - 5:18, 7:10, 7:18, 11:25, 12:5, 12:8, 25:18, 32:8, 40:14, 126:1, 126:11, 126:24
**conspirator** [3] - 12:1, 12:2, 12:18
**conspirators** [3] - 126:13, 126:16, 126:18
**constitutes** [1] - 146:4
**Constitution** [2] - 2:8, 146:14
**construed** [1] - 142:11
**consultant** [7] - 48:2, 48:15, 50:21, 86:22, 87:25, 104:17, 104:21
**CONT'D** [1] - 2:1
**contact** [5] - 9:7, 9:14, 36:11, 50:22, 90:7
**contain** [4] - 108:8, 108:11, 108:14, 108:17
**contained** [2] - 107:16, 108:2
**context** [1] - 7:12
**continue** [3] - 36:23, 37:6, 75:18
**continued** [3] - 34:20, 37:17, 41:23
**contract** [1] - 88:10
**contractor** [2] - 33:3, 83:16
**contribute** [5] - 81:15, 82:22, 93:10, 100:2, 136:17
**contributed** [2] - 117:8, 135:25
**contributes** [2] - 49:24, 122:19
**contributing** [2] - 82:14, 115:14
**contribution** [74] - 26:2, 26:8, 26:11, 50:2, 50:7, 51:5, 51:20, 52:1, 52:4, 52:10, 62:4, 62:5,

66:1, 66:19, 67:15, 68:14, 68:21, 71:2, 71:4, 71:8, 71:19, 72:7, 73:5, 73:8, 77:15, 77:16, 77:24, 78:22, 80:3, 80:23, 81:13, 89:7, 89:13, 89:16, 89:20, 90:8, 97:8, 98:1, 98:21, 100:1, 101:16, 101:20, 103:3, 104:8, 107:13, 111:2, 111:6, 112:18, 113:13, 113:15, 115:18, 115:23, 115:24, 120:6, 122:10, 122:15, 131:8, 131:21, 132:23, 133:1, 133:25, 136:19, 137:2, 137:3, 138:5, 138:6, 138:7, 138:10, 138:20, 138:24, 138:25, 139:2, 142:15, 142:23
**contribution's** [1] - 65:23
**contributions** [17] - 10:3, 11:16, 11:19, 11:20, 12:17, 49:21, 52:7, 52:15, 71:1, 71:13, 72:16, 89:2, 89:20, 104:12, 108:8, 111:10, 117:6
**contributor** [24] - 66:18, 78:17, 78:19, 78:24, 79:16, 79:17, 98:5, 98:9, 100:6, 103:4, 108:21, 110:24, 112:11, 112:16, 113:9, 114:10, 114:13, 114:16, 114:19, 117:1, 124:10, 124:12, 124:15, 124:17
**contributors** [7] - 108:11, 108:14, 108:17, 109:11, 109:22, 110:6, 111:14
**contributors'** [2] - 103:10, 103:11
**conversation** [1] - 92:19
**convict** [1] - 129:4
**conviction** [6] - 34:9, 128:16, 131:5, 131:11, 132:4, 140:2
**convoluted** [1] - 139:4
**copied** [1] - 90:3

**copy** [1] - 10:12
**copying** [1] - 71:23
**corner** [1] - 17:6
**correct** [16] - 35:1, 37:15, 74:24, 85:12, 91:20, 92:12, 92:16, 93:15, 93:19, 94:5, 96:4, 101:9, 123:8, 124:7, 125:10, 144:2
**correctly** [1] - 6:20
**Corrigan** [1] - 61:10
**Counsel** [1] - 118:11
**counsel** [7] - 4:5, 4:8, 8:23, 25:24, 39:20, 120:21, 143:20
**count** [1] - 134:7
**counter** [1] - 25:12
**countries** [1] - 28:17
**country** [3] - 9:13, 57:6, 60:21
**Counts** [3] - 126:22, 131:19, 132:6
**counts** [1] - 142:21
**couple** [3] - 78:10, 85:11, 130:14
**course** [9] - 6:14, 6:17, 7:5, 75:10, 115:9, 136:13, 136:16, 137:10, 141:14
**COURT** [147] - 1:1, 4:1, 4:13, 5:9, 6:3, 6:12, 6:19, 7:3, 7:25, 8:3, 8:7, 10:11, 11:5, 11:8, 11:14, 11:21, 11:24, 12:2, 12:11, 13:5, 13:13, 14:18, 14:23, 15:10, 15:12, 15:18, 15:21, 15:24, 16:1, 16:4, 22:7, 25:2, 25:4, 25:7, 25:9, 25:23, 26:14, 26:20, 27:3, 27:7, 29:22, 32:7, 32:9, 34:5, 34:10, 34:13, 35:4, 35:8, 35:12, 35:16, 35:20, 38:11, 38:17, 38:22, 38:25, 39:16, 39:21, 40:17, 40:21, 42:16, 43:22, 47:2, 47:4, 47:6, 47:12, 47:15, 57:24, 69:9, 73:16, 73:19, 74:2, 74:15, 74:25, 75:6, 75:13, 75:17, 75:21, 75:24, 76:5, 76:19, 76:21, 83:6, 86:19, 87:3, 88:8, 89:4, 89:9, 91:9, 99:11, 100:20, 100:23, 102:2, 105:3,

105:6, 105:12, 105:15, 115:5, 117:25, 118:24, 119:11, 119:24, 120:11, 121:3, 121:24, 122:2, 122:5, 123:25, 124:20, 124:24, 125:4, 125:11, 127:14, 127:18, 127:21, 127:24, 128:1, 128:4, 129:10, 129:19, 129:22, 130:1, 130:4, 130:10, 130:12, 130:23, 132:8, 134:1, 134:3, 134:11, 134:25, 136:6, 137:5, 137:21, 138:12, 138:15, 139:6, 139:16, 139:20, 139:22, 139:24, 143:13, 143:17, 143:25, 144:4, 144:16, 145:7, 145:10
**Court** [11] - 2:6, 2:7, 7:23, 76:17, 125:19, 129:15, 131:3, 139:25, 140:3, 146:12, 146:13
**court** [3] - 13:12, 27:2, 35:11, 75:23, 122:4, 128:3, 130:9
**Court's** [1] - 129:13
**courtroom** [7] - 8:5, 47:10, 73:23, 74:13, 76:3, 105:10, 130:21
**COURTROOM** [3] - 4:2, 8:4, 76:2
**cover** [2] - 12:24, 42:25
**covering** [1] - 12:21
**crazy** [1] - 65:5
**credibility** [1] - 140:4
**credit** [8] - 67:2, 67:7, 67:8, 67:20, 68:13, 69:22, 77:13, 97:8
**credited** [2] - 80:1, 80:4
**crime** [3] - 133:6, 133:18, 140:9
**crimes** [11] - 128:6, 128:10, 128:12, 128:13, 128:14, 128:15, 128:20, 128:24, 129:1, 129:6
**Criminal** [4] - 1:3, 4:3, 131:1, 139:24
**criminal** [5] - 6:9, 118:19, 126:1, 126:9,

129:4
**cross** [12] - 5:2, 5:7, 5:8, 5:10, 6:8, 8:12, 34:15, 117:25, 119:10, 136:15, 144:7, 144:9
**CROSS** [2] - 83:8, 118:1
**Cross** [1] - 3:3
**cross-examination** [2] - 117:25, 119:10
**CROSS-EXAMINATION** [2] - 83:8, 118:1
**cross-examine** [1] - 144:7
**CRR** [3] - 2:6, 146:3, 146:12
**current** [1] - 106:10, 132:17
**cycle** [1] - 36:19

## D

**D.C** [9] - 1:6, 1:16, 1:19, 1:22, 2:4, 2:9, 16:16, 106:6, 146:14
**dark** [2] - 42:23, 135:17
**data** [1] - 107:16
**database** [4] - 72:17, 73:1, 73:2, 73:4
**date** [28] - 16:23, 21:24, 22:15, 28:4, 28:24, 29:14, 30:2, 31:24, 32:20, 33:21, 35:6, 36:3, 39:8, 39:9, 40:13, 40:14, 42:8, 43:6, 43:14, 46:7, 59:9, 76:16, 76:18, 94:4, 111:2, 111:9, 112:14, 113:13
**dated** [14] - 60:9, 64:15, 66:8, 66:23, 68:2, 69:15, 70:14, 70:23, 71:22, 77:6, 79:7, 79:24, 81:12, 82:6
**Dated** [1] - 146:10
**dates** [1] - 25:18
**DAY** [1] - 1:10
**Daylight** [2] - 46:14, 46:15
**days** [5] - 28:9, 44:12, 98:16, 98:20, 99:14
**dead** [1] - 12:4
**deal** [9] - 6:17, 7:4, 7:7, 7:25, 130:1,

130:4, 130:14, 144:16
**dealing** [1] - 64:10
**debate** [3] - 30:11,
80:17, 142:19
**December** [1] -
127:7
**decide** [1] - 128:8
**deciding** [1] - 128:11
**decision** [1] - 143:10
**dedicated** [1] - 27:21
**deduced** [1] - 83:1
**DEFENDANT** [1] -
2:2
**Defendant** [53] - 1:7,
11:23, 18:20, 18:25,
19:3, 19:9, 19:13,
19:18, 19:21, 20:4,
20:16, 20:20, 20:24,
21:3, 21:7, 21:11,
23:1, 23:17, 24:4,
31:4, 31:12, 31:16,
32:22, 34:16, 37:1,
37:3, 37:6, 37:10,
37:14, 41:23, 44:13,
44:16, 45:21, 46:2,
46:7, 46:11, 46:21,
125:17, 125:18,
125:24, 125:25,
126:21, 126:23,
127:8, 134:22, 138:4,
138:6, 138:8, 138:13,
138:19, 138:25,
139:8, 139:13
**Defendant's** [6] -
3:16, 13:8, 100:11,
100:21, 131:3, 142:25
**defendants** [1] -
143:14
**Defense** [2] - 13:22,
100:18
**defense** [7] - 8:23,
16:1, 25:13, 25:20,
25:24, 34:8, 145:3
**defense's** [1] - 8:12
**definitely** [1] - 65:16
**delay** [1] - 82:7
**delayed** [1] - 65:14
**denied** [1] - 143:1
**deny** [1] - 26:20
**department** [6] -
49:1, 49:3, 84:2, 84:3,
84:7, 89:19
**DEPARTMENT** [2] -
1:14, 1:18
**DEPUTY** [3] - 4:2,
8:4, 76:2
**describe** [2] - 40:24,
45:6
**desk** [1] - 78:14
**detail** [2] - 128:7,

139:19
**detailed** [2] - 41:13,
41:14
**determine** [1] - 132:9
**determining** [1] -
128:18
**Diane** [2] - 61:3, 61:5
**different** [11] - 28:17,
28:18, 49:22, 63:7,
71:5, 85:23, 87:7,
88:1, 91:11, 142:2
**difficulties** [1] - 10:9
**DIRECT** [2] - 47:17,
105:17
**Direct** [1] - 3:3
**direct** [6] - 8:12,
23:4, 54:18, 122:18,
134:9, 144:15
**directing** [1] - 50:18
**directly** [11] - 6:24,
12:16, 13:2, 15:14,
19:16, 26:2, 26:5,
35:2, 41:15, 55:13,
70:12
**director** [4] - 30:9,
48:21, 49:10
**disbursed** [1] - 108:7
**disbursements** [3] -
110:12, 111:23,
112:25
**disclose** [3] -
107:23, 108:5, 110:14
**disclosed** [1] -
106:16
**disclosure** [2] -
106:13, 107:3
**discovery** [1] - 5:15
**discuss** [4] - 10:2,
73:21, 74:3, 145:4
**discussed** [2] -
92:18, 130:17
**dismiss** [1] - 131:7,
133:9
**disobey** [1] - 137:24
**disregard** [1] -
137:25
**disrespect** [1] -
133:15
**district** [1] - 146:13
**DISTRICT** [4] - 1:1,
1:1, 1:11, 1:21
**District** [3] - 2:7, 2:7,
146:13
**division** [12] - 64:2,
106:8, 106:11,
106:12, 116:6,
116:16, 116:17,
117:13, 118:6,
118:10, 119:9, 120:20
**document** [37] -

15:2, 15:20, 16:6,
33:10, 38:13, 38:20,
39:20, 40:9, 42:5,
45:3, 45:7, 45:18,
50:13, 51:2, 54:12,
56:2, 58:22, 61:1,
61:20, 61:21, 62:14,
67:13, 67:24, 70:21,
79:11, 94:7, 110:22,
110:25, 112:7,
112:10, 112:12,
112:23, 113:8, 113:9,
123:19
**documents** [3] - 6:6,
99:19, 99:20
**dollar** [1] - 121:17
**Donald** [22] - 28:9,
46:22, 49:14, 50:3,
52:19, 63:22, 109:6,
109:7, 109:8, 109:10,
113:4, 127:7, 136:4,
136:7, 136:8, 136:12,
136:19, 136:24,
137:20, 141:13,
141:18
**donating** [1] - 30:15
**donation** [6] - 12:14,
46:25, 50:1, 66:20,
135:3
**donations** [2] -
12:19, 12:20
**done** [12] - 39:23,
49:15, 51:6, 51:21,
51:24, 52:10, 52:13,
57:11, 69:6, 103:20,
104:17, 129:5
**donor** [4] - 87:19,
122:15, 122:16,
122:25
**donors** [3] - 53:2,
88:3, 103:23
**door** [2] - 6:22,
135:25
**doorstep** [1] - 9:5
**doubt** [6] - 53:25,
65:1, 128:19, 140:9,
140:12, 142:24
**Doug** [25] - 9:17,
9:20, 9:23, 10:20,
11:15, 16:25, 17:15,
22:18, 23:9, 24:19,
27:16, 46:24, 60:12,
62:17, 64:18, 69:19,
78:11, 80:2, 80:15,
81:15, 82:18, 92:2,
95:19, 98:17, 99:16
**Doug's** [1] - 80:8
**down** [29] - 16:21,
18:17, 20:14, 22:19,
24:6, 29:1, 30:18,

33:14, 34:19, 36:9,
37:11, 37:14, 37:16,
39:25, 40:2, 41:20,
44:21, 47:2, 55:23,
58:18, 62:23, 77:8,
90:14, 90:17, 92:1,
94:6, 105:3, 111:17,
124:20
**dozen** [1] - 5:13
**draft** [7] - 11:11,
11:12, 12:6, 13:1,
13:3, 144:18, 144:23
**draw** [2] - 13:3,
140:4
**drawn** [1] - 141:2
**dropped** [2] - 65:8,
65:18
**due** [2] - 27:17, 89:7
**Duma** [2] - 23:10,
141:22
**duped** [1] - 131:25
**during** [3] - 34:23,
45:3, 90:23

## E

**eager** [1] - 136:12
**earned** [1] - 104:12
**easiest** [1] - 67:10
**Eastern** [5] - 14:2,
46:14, 74:9, 76:17
ebeach@
frontlinestrat.com [1]
- 31:10
ebeach@
frontlinestrategies.
com [1] - 31:9
**Edwards** [1] - 146:12
**EDWARDS** [2] - 2:6,
146:3
**efforts** [1] - 41:14
**eight** [1] - 98:15
**either** [3] - 58:6,
91:8, 108:4
**elect** [2] - 135:10,
137:12
**elected** [2] - 25:14,
28:10
**Election** [3] - 28:7,
105:23, 126:9
**election** [34] - 7:18,
25:11, 25:17, 25:19,
25:21, 26:6, 26:12,
26:17, 41:5, 48:9,
48:11, 85:7, 85:11,
86:7, 106:4, 119:16,
128:6, 128:20,
131:12, 131:22,
132:10, 132:11,

133:2, 134:16, 137:3,
139:1, 139:7, 139:9,
140:20, 141:15,
141:25, 142:6, 142:14
**election-related** [2] -
128:6, 128:20
**elections** [1] - 117:6
**electronically** [3] -
113:20, 113:23,
113:24
**elements** [1] - 140:9
**Eleventh** [1] - 1:22
**ELMO** [2] - 39:16,
39:21
**email** [155] - 7:9,
7:17, 19:18, 20:5,
20:12, 21:19, 21:24,
22:1, 22:15, 22:19,
23:2, 23:5, 23:8,
23:12, 23:17, 23:22,
24:3, 24:4, 24:19,
24:21, 27:12, 27:13,
27:15, 28:4, 28:10,
29:13, 29:14, 29:16,
30:2, 30:10, 30:12,
30:24, 31:3, 31:8,
31:22, 31:23, 31:24,
32:1, 32:14, 32:20,
33:13, 33:20, 33:23,
33:24, 36:2, 36:3,
38:13, 39:10, 40:15,
42:6, 42:8, 42:11,
42:21, 43:2, 43:6,
43:12, 43:13, 43:17,
44:3, 44:12, 44:14,
44:16, 44:19, 44:25,
45:13, 50:23, 53:19,
54:4, 54:12, 54:16,
54:19, 54:20, 56:2,
56:6, 56:12, 56:23,
57:17, 58:22, 59:1,
59:5, 59:9, 59:12,
60:9, 60:17, 61:1,
61:14, 61:17, 64:15,
64:23, 65:3, 65:18,
66:5, 66:8, 67:1, 67:3,
67:17, 67:24, 68:2,
68:3, 68:10, 68:19,
68:22, 69:2, 69:12,
69:15, 69:25, 70:2,
70:21, 70:23, 71:7,
71:22, 72:10, 72:20,
72:22, 72:25, 74:7,
76:16, 77:6, 77:12,
77:18, 78:6, 78:18,
79:4, 79:7, 79:21,
79:24, 81:7, 81:10,
81:11, 82:5, 89:24,
90:17, 91:7, 91:14,
91:17, 91:18, 91:19,

91:21, 92:22, 94:4,
96:1, 96:5, 97:7,
97:14, 97:17, 98:11,
99:14, 99:22, 100:5,
100:6, 136:9, 137:13,
137:17, 141:16
 **emailed** [1] - 68:17
 **emails** [17] - 10:25,
53:17, 53:19, 53:23,
54:1, 54:6, 68:22,
72:4, 72:11, 77:7,
77:23, 78:10, 96:15,
99:24, 132:2, 135:2,
136:11
 **employed** [4] - 48:6,
49:7, 49:8, 105:22
 **employees** [2] -
83:20, 83:22
 **employer** [1] - 51:17
 **employment** [1] -
108:17
 **end** [1] - 143:11
 **ended** [1] - 64:19
 **enforce** [3] - 106:4,
106:23, 107:6
 **enforcement** [8] -
106:25, 116:17,
117:15, 118:14,
119:6, 119:7, 120:19
 **English** [1] - 96:10
 **enjoyed** [4] - 64:17,
64:19, 95:19, 95:20
 **entail** [1] - 48:4
 **enter** [2] - 131:4,
139:25
 **entered** [16] - 8:5,
16:3, 22:10, 27:9,
29:25, 32:12, 34:8,
35:23, 40:20, 42:19,
43:25, 47:10, 74:12,
76:3, 100:21, 105:10
 **entire** [2] - 89:19,
133:12
 **entirely** [2] - 79:1,
143:18
 **entirety** [1] - 24:3
 **entities** [2] - 49:22,
115:24
 **entitled** [1] - 10:20
 **entity** [2] - 50:3,
110:3, 110:16
 **entourage** [1] -
22:22
 **EPA003** [2] - 81:14,
81:22
 **equally** [1] - 102:12
 **Eric** [15] - 31:7,
31:23, 32:17, 32:18,
33:20, 36:8, 42:6,
43:5, 43:13, 44:6,

44:13, 46:7, 46:11,
46:21, 82:12
 **Erin** [2] - 3:5, 4:12
 **ERIN** [1] - 8:18
 **especially** [2] - 85:7,
141:3
 **ESQ** [5] - 1:14, 1:17,
1:20, 2:2, 2:2
 **essential** [1] - 140:9
 **essentially** [1] -
49:20
 **establish** [7] - 12:18,
12:22, 15:13, 34:20,
121:9, 134:8, 134:21
 **established** [1] -
139:15
 **et** [1] - 66:15
 **ethic** [1] - 133:17
 **Europe** [1] - 14:2
 **evening** [3] - 64:18,
87:16, 95:19
 **event** [62] - 21:4,
50:16, 56:13, 57:9,
57:17, 58:14, 59:11,
59:13, 61:9, 61:12,
61:13, 61:16, 62:1,
62:2, 62:16, 63:7,
63:22, 64:4, 64:19,
65:12, 72:6, 73:12,
73:14, 77:19, 78:1,
78:3, 79:14, 80:19,
81:20, 82:2, 82:3,
85:10, 85:19, 86:2,
86:13, 87:15, 87:18,
88:1, 88:4, 88:6, 88:9,
92:15, 93:4, 94:15,
95:20, 97:5, 98:10,
100:2, 102:16,
102:24, 103:3,
104:10, 132:17,
135:14, 135:19,
135:20, 136:5, 136:21
 **events** [9] - 45:8,
46:22, 57:15, 81:23,
85:25, 86:25, 87:9,
90:23, 104:18
 **EVIDENCE** [1] - 3:10
 **evidence** [90] -
12:10, 14:3, 14:10,
16:3, 16:19, 17:18,
18:5, 18:11, 18:24,
19:2, 19:13, 19:16,
19:21, 19:24, 20:16,
20:20, 20:24, 21:10,
21:11, 22:10, 25:16,
27:9, 29:25, 31:16,
32:12, 35:23, 37:16,
38:24, 40:20, 41:23,
42:19, 43:25, 46:18,
50:10, 54:10, 55:24,

58:19, 60:24, 67:22,
70:19, 81:5, 89:21,
89:23, 91:25, 95:14,
95:17, 97:4, 98:14,
100:18, 100:22,
122:23, 123:11,
124:25, 125:6, 125:7,
127:19, 128:5, 128:9,
128:10, 128:18,
128:22, 129:2,
130:13, 131:2, 131:3,
131:5, 131:11,
131:24, 132:3, 134:4,
134:8, 134:21,
134:23, 136:11,
136:23, 137:1, 138:1,
138:10, 139:14,
140:1, 140:4, 140:6,
140:10, 140:19,
140:21, 141:5,
142:10, 143:24,
144:3, 144:6
 **exact** [2] - 87:17,
88:2
 **exactly** [9] - 26:13,
64:25, 84:8, 84:23,
115:23, 134:16,
137:9, 137:19, 138:17
 **examination** [3] -
8:12, 117:25, 119:10
 **EXAMINATION** [7] -
8:19, 47:17, 83:8,
102:4, 105:17, 118:1,
124:3
 **examine** [2] - 51:11,
144:7
 **examining** [1] -
51:14
 **example** [6] - 93:8,
107:13, 109:21,
110:18, 112:3, 113:5,
121:19, 122:9
 **excellent** [1] -
143:16
 **exceptions** [1] -
103:5
 **excerpt** [2] - 7:15,
13:4
 **exchange** [13] -
54:13, 56:3, 58:23,
61:1, 66:5, 67:18,
67:25, 69:12, 70:21,
72:10, 77:12, 79:21,
81:7
 **exchanges** [1] -
53:19
 **excited** [3] - 41:3,
41:4, 133:20
 **excuse** [2] - 112:4,
130:5

 **excused** [3] - 47:5,
105:5, 124:23
 **execute** [1] - 31:3
 **executed** [1] - 30:23
 **Exhibit** [121] - 3:11,
3:11, 3:12, 3:12, 3:13,
3:13, 3:14, 3:14, 3:15,
3:16, 7:17, 10:6,
10:16, 11:3, 13:15,
13:22, 14:14, 15:8,
15:25, 16:2, 17:5,
17:18, 19:6, 20:2,
21:16, 22:5, 22:9,
24:15, 24:25, 27:6,
27:8, 29:10, 29:20,
29:24, 31:20, 32:4,
32:11, 33:7, 33:17,
34:2, 35:19, 35:22,
37:20, 38:8, 40:1,
40:4, 40:6, 40:12,
40:19, 42:3, 42:14,
42:18, 43:9, 43:20,
43:24, 44:9, 44:10,
44:13, 44:17, 44:21,
44:24, 45:9, 45:12,
45:15, 46:4, 46:5,
46:10, 46:17, 46:19,
50:10, 54:10, 55:25,
58:20, 60:25, 64:14,
66:3, 67:22, 69:11,
70:20, 71:21, 72:8,
74:7, 76:14, 77:5,
79:3, 79:19, 81:5,
82:4, 89:24, 91:25,
95:14, 95:18, 97:4,
98:15, 100:18,
100:21, 108:24,
109:2, 109:5, 109:14,
109:15, 109:18,
109:25, 110:1, 110:9,
110:10, 110:16,
110:25, 111:20,
111:21, 112:21,
113:5, 122:24,
123:12, 125:2,
125:13, 125:16,
127:6, 127:9, 127:11
 **exhibit** [15] - 5:15,
6:23, 15:22, 20:7,
27:4, 33:14, 35:7,
35:14, 35:16, 40:8,
41:18, 45:25, 76:12,
95:14, 127:13
 **Exhibits** [1] - 125:7
 **EXHIBITS** [1] - 3:10
 **exhibits** [6] - 5:13,
5:25, 6:1, 6:25, 125:6,
125:9
 **exist** [1] - 125:9
 **exited** [2] - 73:23,

130:21
 **expect** [7] - 28:20,
28:23, 55:21, 59:15,
59:20, 65:24, 65:25
 **expected** [2] - 55:8,
144:17
 **expecting** [5] -
72:16, 82:18, 143:2,
143:19, 143:21
 **expenditure** [2] -
126:5, 127:3
 **expenses** [1] - 18:8
 **experience** [6] - 5:4,
87:8, 115:25, 116:18,
119:6, 119:15
 **explain** [8] - 9:10,
15:20, 16:6, 49:11,
49:18, 64:2, 74:11,
74:21
 **extent** [4] - 55:5,
55:16, 78:23, 142:9
 **extra** [3] - 136:3,
136:17, 136:21

## F

 **F-R-A-N-K-L-I-N** [1] -
47:24
 **face** [1] - 65:9
 **facilitates** [1] - 89:19
 **fact** [11] - 11:20,
12:20, 12:25, 34:25,
35:3, 76:23, 101:10,
136:19, 136:20,
140:5, 140:8
 **facts** [1] - 34:7
 **factual** [1] - 125:21
 **fail** [1] - 106:24
 **fair** [2] - 7:14, 84:25
 **fairly** [1] - 119:5
 **faith** [1] - 144:25
 **fall** [3] - 50:1, 50:8,
85:7
 **false** [9] - 126:3,
126:5, 126:6, 126:18,
126:19, 127:1, 127:2,
127:4
 **familiar** [1] - 52:4
 **family** [2] - 36:20,
41:17
 **fancy** [1] - 100:14
 **far** [3] - 90:10, 90:22
 **farted** [1] - 78:13
 **fashion** [1] - 41:6
 **Fastenau** [3] - 4:9,
59:3, 76:13
 **faster** [1] - 144:17
 **favorable** [6] - 134:5,
139:14, 140:7,

140:11, 140:18,
142:11
**FBI** [1] - 9:8
**features** [1] - 114:7
**FEC** [71] - 5:2, 36:18,
49:22, 52:17, 105:24,
106:1, 106:2, 106:5,
106:7, 106:11,
106:20, 106:22,
107:8, 107:18,
107:25, 109:3,
109:11, 109:16,
109:22, 110:2, 110:6,
110:11, 110:18,
110:19, 111:22,
111:24, 112:4,
112:24, 113:6,
113:18, 113:20,
113:22, 114:1, 114:4,
114:7, 114:25,
115:11, 115:16,
115:17, 115:21,
115:25, 116:1, 116:4,
116:12, 116:18,
116:20, 117:1, 117:7,
117:8, 117:11,
117:17, 117:21,
118:7, 118:9, 118:14,
118:19, 118:22,
119:4, 119:18,
119:21, 120:3,
120:14, 120:16,
120:22, 121:14,
123:6, 123:16,
123:20, 124:5, 126:20
**FEC's** [3] - 107:5,
107:14, 113:25
**federal** [9] - 25:21,
106:4, 117:6, 125:22,
131:13, 131:22,
133:2, 141:25, 142:14
**Federal** [5] - 105:23,
106:3, 126:9, 131:1,
139:24
**fee** [4] - 88:17, 88:19,
88:20
**feedback** [1] -
144:22
**few** [2] - 36:15, 49:17
**field** [1] - 111:10
**figure** [1] - 86:6
**figuring** [1] - 75:6
**file** [10] - 4:23, 107:3,
107:17, 107:25,
108:4, 110:19, 112:4,
113:6, 113:19, 113:21
**filed** [4] - 4:20,
84:24, 106:14, 116:25
**files** [1] - 107:22
**filled** [2] - 51:16,

55:10
**final** [1] - 129:22
**finance** [12] - 30:9,
48:21, 49:1, 49:2,
49:10, 53:4, 61:7,
84:3, 106:4, 106:23,
107:6, 107:8
**financial** [7] - 41:7,
84:2, 84:7, 106:13,
107:3, 108:5, 110:14
**fine** [6] - 73:18,
87:22, 89:11, 97:24,
129:25
**fines** [2] - 118:22,
119:4
**Finzer** [6] - 68:4,
68:7, 69:16, 70:10,
70:15, 71:23
**first** [18] - 11:12,
19:6, 23:7, 23:13,
27:21, 28:13, 41:8,
47:22, 50:2, 85:1,
90:7, 92:22, 107:11,
107:21, 115:13,
125:5, 138:4
**fish** [1] - 96:16
**five** [1] - 28:11
**fix** [2] - 121:9, 121:15
**fixed** [3] - 122:11,
123:20, 123:22
**flag** [1] - 145:1
**flagged** [1] - 51:22
**flags** [3] - 99:23,
100:8, 131:25
**floor** [2] - 63:10, 95:8
**Floor** [2] - 1:16, 1:22
**focus** [12] - 56:5,
58:25, 60:9, 64:14,
65:2, 66:8, 66:23,
68:2, 69:15, 70:23,
134:11, 140:13
**focusing** [2] - 70:14,
71:22
**folks** [2] - 73:19,
130:20
**follow** [8] - 38:15,
60:1, 60:3, 60:7, 96:7,
115:11, 116:2, 117:9
**follow-up** [1] -
115:11
**followed** [1] - 70:10
**followers** [3] - 24:9,
135:8, 135:10
**following** [31] - 8:6,
11:6, 13:11, 23:15,
25:5, 27:1, 34:11,
35:10, 36:13, 47:11,
57:10, 73:24, 74:1,
74:16, 75:22, 76:4,
77:22, 103:3, 105:11,

120:12, 122:3,
125:20, 126:1,
126:12, 127:16,
128:2, 129:11, 130:8,
130:22, 140:10,
145:12
**followup** [4] - 64:21,
65:21, 101:16, 132:20
**fond** [1] - 133:16
**FOR** [5] - 1:1, 1:14,
1:21, 2:2, 3:4
**forbids** [1] - 137:24
**foregoing** [1] - 146:4
**foreign** [26] - 9:6,
9:12, 9:13, 9:14, 10:2,
11:19, 11:20, 12:14,
12:19, 20:18, 20:22,
21:1, 26:2, 51:21,
52:1, 52:14, 57:8,
57:15, 87:12, 117:2,
117:5, 117:7, 132:23,
138:5, 138:6
**foremost** [2] -
107:11, 115:13
**forgot** [1] - 78:13
**Form** [9] - 109:3,
109:16, 110:2,
110:11, 110:18,
111:22, 111:24,
112:24, 113:3
**form** [18] - 12:6,
51:5, 51:7, 51:19,
51:21, 67:8, 67:14,
67:15, 67:17, 67:19,
68:14, 79:9, 79:13,
79:14, 79:15, 97:8,
112:8, 112:25
**former** [1] - 143:7
**forms** [2] - 51:10,
131:23
**forth** [1] - 58:4
**forward** [1] - 4:5
**forwarded** [1] -
91:17
**forwards** [1] - 23:6
**foundation** [3] - 7:6,
7:13, 119:8
**foundations** [1] -
5:22
**four** [1] - 46:13
**Fourth** [1] - 1:21
**FRANKLIN** [1] -
47:14
**Franklin** [51] - 3:6,
47:9, 47:10, 47:23,
47:24, 47:25, 50:13,
51:4, 51:19, 53:17,
54:12, 54:15, 56:2,
58:22, 59:9, 59:11,
60:17, 60:25, 61:23,

62:25, 64:2, 66:3,
66:5, 67:24, 69:24,
70:20, 72:20, 74:6,
75:24, 76:7, 76:24,
77:11, 77:17, 78:7,
78:15, 79:4, 79:13,
79:21, 80:11, 80:20,
81:7, 82:17, 82:25,
83:10, 101:15, 102:6,
102:23, 103:10,
104:11, 105:3
**franklin** [1] - 132:2
**frankly** [2] - 28:21,
140:14
**free** [8] - 47:15,
83:14, 86:25, 87:5,
87:9, 105:4, 105:15,
124:21
**frequently** [1] -
119:5
**Friday** [1] - 5:1
**friend** [2] - 19:10,
23:9
**friends** [1] - 19:13
**fry** [1] - 96:16
**FULBRIGHT** [1] - 2:3
**full** [5] - 5:10, 83:20,
102:15, 127:8, 146:5
**full-time** [1] - 83:20
**fun** [1] - 64:13
**function** [3] - 123:6,
123:16, 124:6
**fund** [1] - 53:4
**funders** [1] - 44:8
**funding** [1] - 114:22
**fundraiser** [32] -
51:6, 52:18, 52:23,
52:25, 53:1, 53:6,
53:14, 55:6, 56:11,
56:22, 57:21, 58:5,
63:1, 63:5, 63:7,
63:15, 68:9, 68:11,
69:25, 70:7, 77:17,
80:25, 86:12, 86:13,
86:15, 87:13, 103:21,
135:15, 135:16,
136:22
**fundraisers** [2] -
86:25, 87:9
**fundraising** [23] -
21:4, 33:1, 46:22,
48:1, 48:5, 48:8,
48:15, 48:17, 49:2,
49:16, 49:18, 49:20,
49:24, 50:21, 55:17,
62:1, 83:16, 85:25,
86:21, 90:23, 103:3,
104:18, 135:20
**funds** [6] - 78:25,
86:14, 86:17, 86:21,

86:22, 86:24
**furtherance** [2] -
12:5, 12:8
**future** [8] - 104:1,
137:7, 140:24, 141:8,
141:18, 142:7

## G

**gain** [1] - 26:8
**Game** [2] - 10:1,
10:20
**GAPAC** [1] - 36:23
**gather** [2] - 55:6,
55:16
**general** [11] - 6:5,
51:10, 63:9, 63:18,
65:17, 66:17, 102:12,
102:17, 103:2, 104:6,
107:5
**General** [1] - 118:11
**generally** [3] - 53:8,
85:17, 122:15
**gentlemen** [8] - 8:7,
76:5, 76:23, 128:4,
130:12
**gifted** [2] - 78:11,
99:15
**Giuliani** [1] - 41:16
**given** [5] - 77:1,
107:14, 111:11,
118:22, 119:4
**glad** [1] - 64:22
**goal** [5] - 87:18,
87:20, 87:21, 88:4,
114:2
**good-faith** [1] -
144:25
**Google** [1] - 99:7
**Googled** [1] - 103:7
**GOVERNMENT** [5] -
1:14, 3:4, 8:18, 47:14,
105:14
**Government** [45] -
4:6, 4:8, 6:3, 6:6,
6:15, 8:11, 11:2, 15:6,
22:4, 24:24, 29:18,
32:3, 33:25, 34:7,
38:7, 40:11, 42:12,
43:18, 47:8, 92:19,
100:17, 105:6, 106:3,
124:24, 128:6,
128:18, 130:11,
130:13, 131:2,
131:10, 131:18,
131:24, 133:10,
134:3, 134:5, 134:20,
139:15, 140:7,
140:11, 140:17,

142:1, 142:12, 142:23, 143:22, 144:24
**government** [3] - 9:14, 28:14, 28:23
**Government's** [115] - 3:11, 3:11, 3:12, 3:12, 3:13, 3:13, 3:14, 3:14, 3:15, 10:6, 10:16, 11:2, 13:15, 14:14, 15:8, 15:25, 16:2, 17:5, 17:18, 19:5, 20:1, 21:16, 22:4, 22:9, 24:15, 24:25, 27:5, 27:8, 29:10, 29:20, 29:24, 31:20, 32:4, 32:11, 33:7, 33:17, 34:2, 35:19, 35:22, 37:20, 38:8, 40:1, 40:4, 40:6, 40:12, 40:19, 42:3, 42:13, 42:18, 43:9, 43:19, 43:24, 44:9, 44:10, 44:13, 44:17, 44:21, 44:24, 45:9, 45:12, 46:4, 46:5, 46:10, 46:17, 46:19, 50:10, 54:10, 55:25, 58:19, 60:25, 64:14, 66:3, 67:22, 69:11, 70:20, 71:21, 72:8, 74:7, 76:13, 77:5, 79:2, 79:18, 81:5, 82:4, 89:22, 89:24, 91:24, 91:25, 92:17, 95:18, 98:15, 99:13, 108:24, 109:2, 109:5, 109:14, 109:15, 109:18, 109:25, 110:1, 110:9, 110:10, 110:16, 110:25, 111:20, 111:21, 112:21, 113:5, 122:24, 123:12, 125:2, 125:7, 125:13, 125:16
**governments** [1] - 9:6
**Gracias** [1] - 71:24
**grand** [3] - 15:5, 29:17, 125:22
**granted** [2] - 77:1, 127:8
**Great** [15] - 30:21, 31:4, 31:12, 31:15, 32:18, 32:24, 33:11, 34:16, 34:18, 36:15, 37:4, 37:17, 41:9, 41:10, 41:24
**great** [2] - 67:7,

128:1
**Greenwich** [1] - 90:19
**gross** [1] - 33:1
**grounds** [3] - 11:8, 15:10, 121:8
**groups** [1] - 42:25
**guess** [5] - 6:5, 6:8, 60:3, 143:21, 144:6
**guest** [6] - 56:7, 57:18, 92:3, 92:6, 92:8, 92:13
**guests** [1] - 96:17
**guidelines** [3] - 49:23, 50:8, 52:17
**guilt** [1] - 140:12
**guilty** [2] - 126:21, 126:23
**guy** [1] - 12:4

## H

**H-A-R-T-S-O-C-K** [1] - 105:21
**hac** [1] - 4:21
**half** [3] - 101:6, 101:11, 143:8
**hall** [1] - 63:12
**hand** [1] - 17:6
**handed** [2] - 10:15, 104:9
**handle** [1] - 52:2
**handling** [1] - 98:4
**hang** [1] - 60:14
**happy** [5] - 46:24, 134:9, 134:23, 139:5, 139:18
**hard** [1] - 26:21
**Hartsock** [8] - 3:7, 105:9, 105:10, 105:21, 105:22, 120:16, 124:5, 124:20
**HARTSOCK** [1] - 105:14
**Haymarket** [1] - 17:13
**head** [2] - 132:14, 141:3
**header** [1] - 22:12
**hear** [5] - 6:3, 122:1, 134:3, 143:21, 144:15
**heard** [7] - 75:13, 76:25, 128:5, 130:12, 135:24, 137:4, 144:24
**hearing** [1] - 7:7
**hearsay** [2] - 12:9, 144:13
**help** [5] - 27:17, 28:3, 39:11, 40:4,

64:22
**helped** [2] - 21:12, 64:12
**helpful** [2] - 44:18, 46:23
**helping** [1] - 23:9
**helps** [1] - 12:21
**hereby** [2] - 125:19, 146:3
**Hershey** [1] - 48:2
**Hi** [2] - 59:5, 68:13
**hi** [1] - 24:1, 47:20, 47:23, 56:6, 66:10, 67:6, 70:25, 72:13, 77:13, 82:7, 83:11
**highly** [1] - 28:15
**Hillary** [1] - 142:3
**himself** [3] - 18:4, 135:20, 142:14
**historic** [1] - 41:6
**Honor** [63] - 4:2, 4:7, 4:14, 5:6, 6:21, 11:1, 12:6, 15:6, 15:23, 22:3, 24:23, 25:10, 25:24, 26:9, 27:5, 27:10, 29:18, 32:6, 34:3, 35:7, 35:9, 35:15, 38:16, 39:14, 40:10, 40:13, 40:22, 74:4, 74:12, 74:22, 75:20, 76:10, 76:15, 100:1, 100:16, 100:19, 101:25, 102:3, 117:24, 120:9, 124:2, 124:19, 125:1, 127:12, 127:23, 129:8, 130:11, 130:24, 131:6, 133:14, 134:4, 134:9, 134:14, 134:24, 136:9, 137:9, 138:3, 138:18, 139:4, 139:18, 139:23, 144:1, 144:11
**Honor's** [1] - 10:9
**HONORABLE** [1] - 1:10
**hope** [4] - 5:2, 8:8, 64:18, 95:19
**hoping** [1] - 74:4
**host** [4] - 53:2, 61:9, 88:4, 93:4
**hotel** [1] - 63:10
**hour** [1] - 143:8
**hours** [2] - 46:13, 75:4
**House** [1] - 22:23
**housekeeping** [3] - 4:19, 4:20, 5:8

## I

**idea** [3] - 77:14, 77:16, 137:8
**ideal** [1] - 130:13
**ideally** [1] - 95:4
**identification** [1] - 40:1
**identified** [3] - 91:24, 95:17, 98:14
**identify** [3] - 4:5, 115:18, 115:22
**identifying** [1] - 108:20
**identity** [1] - 129:16
**illegal** [1] - 11:18, 11:20, 12:14, 12:18, 12:19, 12:20, 12:23, 26:2, 52:1, 52:17, 132:23
**image** [2] - 131:15, 131:17
**imagine** [8] - 59:22, 61:18, 71:10, 72:3, 73:3, 81:20, 94:5, 96:23
**immediate** [1] - 36:11
**impact** [2] - 26:11, 137:13
**important** [17] - 12:15, 54:23, 55:16, 55:18, 102:13, 102:14, 102:19, 107:8, 107:11, 107:14, 115:17, 115:21, 122:18, 132:17, 135:12, 135:13, 142:22
**impression** [1] - 34:16
**IN** [3] - 3:10
**in-state** [1] - 53:1
**inaccurate** [1] - 131:23
**inaugural** [1] - 87:10
**inauguration** [1] - 87:10
**inaugurations** [1] - 87:1
**inclined** [1] - 6:17
**include** [3] - 4:21, 63:19, 67:8
**included** [3] - 23:1, 82:12, 126:12
**includes** [1] - 124:6
**including** [2] - 26:22, 130:19
**inconvenience** [1] -

72:14
**Incorporated** [2] - 109:6, 113:4
**incorrectly** [2] - 72:17, 73:1
**increase** [1] - 137:18
**indeed** [1] - 6:11
**independent** [4] - 48:1, 83:18, 96:9, 106:2
**independently** [1] - 78:20
**indicate** [7] - 37:3, 37:6, 38:5, 38:20, 39:5, 40:8, 68:19
**indictment** [6] - 25:19, 125:23, 126:11, 126:23, 128:14, 128:21
**individual** [4] - 23:6, 23:7, 111:4, 111:11
**industry** [3] - 104:16, 104:20, 104:22
**inferences** [2] - 140:5, 141:2
**influence** [16] - 25:21, 26:6, 131:12, 132:10, 132:11, 134:15, 135:8, 136:15, 137:2, 137:18, 139:1, 139:7, 139:9, 140:19, 142:6, 142:14
**influencer** [2] - 141:6, 141:22
**influencing** [5] - 131:22, 133:2, 133:9, 138:15, 141:25
**influential** [1] - 27:22
**info** [2] - 60:12, 69:22
**information** [35] - 39:11, 51:16, 54:23, 54:25, 55:1, 55:9, 55:13, 62:19, 67:9, 67:20, 71:3, 71:8, 77:14, 78:24, 102:8, 106:15, 107:12, 107:15, 107:23, 108:2, 108:8, 108:17, 108:20, 114:3, 115:14, 115:16, 116:8, 116:10, 116:11, 116:24, 117:14, 117:18, 117:21, 121:2
**informed** [4] - 19:21, 20:17, 20:21, 20:25
**ing** [2] - 81:11, 89:25
**initial** [2] - 18:21,

33:1
  **inside** [2] - 119:18,
141:3
  **Instagram** [6] - 24:9,
131:16, 133:5, 135:8,
135:9, 141:11
  **instance** [1] - 93:3
  **instances** [1] - 94:3
  **instead** [1] - 142:3
  **institute** [1] - 118:19
  **instruct** [1] - 145:6
  **instructed** [1] -
120:21
  **instruction** [3] -
127:13, 129:15,
144:25
  **Instruction** [1] -
127:18
  **instructions** [5] -
129:22, 137:21,
144:2, 144:19, 144:23
  **insufficient** [2] -
131:5, 140:1
  **INTEGRITY** [1] - 1:15
  **intended** [2] - 137:2,
140:19
  **intends** [1] - 37:6
  **intent** [16] - 11:16,
11:20, 12:16, 13:2,
13:6, 26:1, 26:21,
134:12, 134:17,
134:22, 137:18,
137:23, 138:9,
138:20, 139:1, 140:16
  **interact** [1] - 80:17
  **interest** [2] - 141:14,
141:24
  **interesting** [1] -
140:15
  **intermediary** [1] -
126:14
  **International** [1] -
17:11
  **interpreter** [1] -
141:16
  **interview** [2] - 9:3,
9:10
  **introduce** [3] - 6:7,
22:21, 47:21
  **introduction** [1] -
5:17
  **investigate** [1] - 14:7
  **investigated** [1] -
122:11
  **investigation** [2] -
21:11, 30:25
  **investment** [1] - 41:4
  **invitation** [3] - 26:16,
50:16, 65:25
  **invited** [1] - 27:20

  **invoice** [1] - 101:3
  **invoices** [1] - 126:18
  **involved** [3] - 31:15,
36:16, 101:19
  **Iowa** [1] - 121:11
  **irrelevant** [3] - 5:19,
11:13, 25:19
  **issue** [22] - 11:13,
12:16, 15:14, 25:25,
26:2, 65:10, 74:5,
82:13, 117:9, 121:5,
121:6, 121:11,
121:20, 125:2, 125:5,
131:9, 134:11,
140:13, 143:20,
144:5, 144:8, 144:19
  **issued** [1] - 127:10
  **issues** [4] - 12:25,
36:18, 130:14, 145:1
  **itself** [3] - 63:5,
94:15, 136:21

## J

  **January** [1] - 16:22
  **JESSE** [1] - 1:6
  **Jesse** [52] - 4:4,
29:13, 30:5, 31:23,
32:15, 33:20, 36:13,
40:25, 41:19, 42:6,
43:3, 43:13, 44:4,
53:20, 54:15, 56:7,
59:5, 64:17, 65:3,
66:10, 67:6, 68:14,
68:17, 69:21, 70:25,
71:25, 72:24, 73:11,
77:13, 78:6, 78:19,
79:17, 81:13, 81:16,
82:7, 82:22, 95:18,
97:8, 98:4, 111:1,
111:13, 112:13,
113:10, 122:25,
123:3, 123:6, 123:12,
123:15, 123:20,
123:21, 125:18,
125:23
  **JFC** [1] - 49:20
  **job** [1] - 78:1
  **John** [1] - 48:20
  **joining** [1] - 4:8
  **joint** [3] - 49:15,
49:18, 49:24
  **JUDGE** [1] - 1:11
  **judgment** [7] - 127:5,
130:25, 131:4,
131:20, 132:5,
139:25, 142:25
  **judicial** [4] - 74:22,
75:8, 76:17, 76:22

  **July** [1] - 40:9
  **jumped** [3] - 7:21,
7:23, 136:16
  **jury** [58] - 4:18, 7:7,
8:3, 8:4, 8:5, 11:7,
14:19, 15:5, 15:7,
22:5, 24:24, 25:6,
26:8, 29:17, 29:19,
30:8, 32:5, 34:1,
34:12, 35:19, 35:21,
38:9, 40:11, 40:21,
40:24, 42:13, 42:21,
43:19, 45:6, 47:21,
64:4, 73:23, 75:13,
75:24, 76:2, 76:3,
100:23, 101:2,
120:13, 121:14,
125:3, 125:13,
125:20, 125:22,
126:21, 126:23,
127:17, 128:4,
129:12, 129:22,
130:5, 130:21,
137:21, 140:11,
142:24, 144:2,
144:18, 144:23
  **JURY** [2] - 1:10,
14:20
  **JUSTICE** [2] - 1:14,
1:18

## K

  **keep** [1] - 126:19
  **keeping** [1] - 94:18
  **Kentucky** [4] - 36:12,
111:5, 112:17, 113:12
  **kept** [1] - 135:17
  **kind** [10] - 7:5, 12:20,
48:3, 50:1, 55:1, 61:8,
61:25, 86:9, 116:4,
117:11
  **kindly** [1] - 59:6
  **kinds** [1] - 108:2
  **knowledge** [8] -
11:15, 11:19, 13:6,
80:24, 82:22, 129:14,
129:17, 138:24
  **known** [4] - 69:5,
109:3, 109:16, 110:11
  **knows** [2] - 27:19,
135:21
  **Kovalova** [11] - 9:9,
9:11, 23:25, 24:20,
27:14, 28:10, 46:23,
60:14, 60:18, 95:24,
99:8
  **Kovalova's** [1] -
60:21

  **Kristin** [1] - 61:10

## L

  **labeled** [1] - 81:23
  **labor** [1] - 64:3
  **lacks** [1] - 119:8
  **ladies** [6] - 4:13, 8:7,
76:5, 76:23, 128:4,
130:12
  **laid** [1] - 136:11
  **language** [2] -
134:14, 139:10
  **large** [3] - 54:4, 54:6,
87:8
  **largely** [2] - 140:20,
144:1
  **larger** [2] - 49:21,
63:18
  **largest** [1] - 41:10
  **last** [16] - 8:23,
13:17, 16:22, 30:23,
37:9, 39:6, 41:12,
45:4, 46:13, 47:22,
47:23, 69:22, 78:10,
99:19, 120:15, 132:1
  **late** [1] - 92:7
  **laughter** [1] - 14:25
  **Lauren** [1] - 4:8
  **law** [8] - 26:9,
106:18, 106:24,
119:16, 129:4,
137:24, 137:25, 143:1
  **laws** [3] - 106:4,
106:23, 107:6
  **lawyers** [2] - 118:9,
119:15
  **lay** [2] - 5:22, 7:13
  **lead** [2] - 61:9, 64:7
  **leadership** [1] -
36:22
  **leads** [1] - 23:15
  **learn** [1] - 83:2
  **least** [8] - 28:21,
68:15, 68:20, 82:8,
82:18, 97:15, 97:17,
142:11
  **leave** [3] - 60:16,
84:18, 129:19
  **left** [4] - 11:12,
34:15, 84:21, 133:5
  **legal** [3] - 36:18,
41:15, 117:15
  **Leigh** [2] - 36:6, 36:7
  **leigh@
greatamericapac.
com** [1] - 36:12
  **less** [4] - 31:13,
94:25, 102:12, 143:6

  **letter** [8] - 37:25,
38:6, 40:16, 40:25,
41:1, 116:9, 117:14
  **letting** [1] - 72:15
  **level** [2] - 51:17,
90:18
  **life** [1] - 133:21
  **light** [4] - 134:5,
139:14, 140:7,
140:11, 140:18,
142:11
  **likely** [4] - 58:12,
64:6, 128:13, 128:17
  **limit** [3] - 120:6,
120:7, 122:10
  **limited** [1] - 128:10
  **limiting** [2] - 127:13,
129:15
  **limits** [1] - 49:23
  **line** [7] - 26:3, 26:4,
34:19, 90:18, 94:16,
94:17, 94:18
  **lines** [3] - 85:24,
86:1, 90:22
  **link** [6] - 54:21,
54:22, 55:10, 67:3,
133:20
  **LISA** [2] - 2:6, 146:3
  **Lisa** [1] - 146:12
  **list** [8] - 23:20, 45:8,
46:21, 50:23, 70:6,
82:16, 94:13, 102:15
  **listed** [16] - 16:9,
16:12, 16:14, 17:9,
17:10, 50:19, 93:13,
93:17, 110:24,
112:11, 113:9, 117:1,
117:18, 117:21,
122:24, 122:25
  **listening** [1] - 136:23
  **literally** [2] - 42:24,
65:8
  **living** [1] - 9:12
  **LLP** [1] - 2:3
  **located** [1] - 106:5
  **location** [1] - 55:3
  **logo** [2] - 131:16,
133:19
  **look** [12] - 23:22,
45:3, 51:15, 53:17,
54:1, 71:20, 73:4,
92:21, 100:13, 107:4,
142:16, 144:20
  **looked** [4] - 45:19,
102:15, 112:1, 137:14
  **looking** [24] - 15:21,
16:8, 17:9, 19:9,
22:19, 23:12, 23:19,
24:3, 27:12, 36:2,
36:25, 45:12, 45:18,

46:10, 62:14, 67:15,
67:18, 68:22, 70:8,
73:13, 76:12, 91:14,
127:18, 142:18
**looks** [5] - 62:10,
62:17, 72:23, 78:10,
80:22
**loser** [1] - 140:24
**lost** [2] - 66:15,
68:17
**Louisville** [4] -
36:12, 111:5, 112:17,
113:12
**love** [1] - 82:8
**low** [1] - 104:25
**Lowder** [2] - 42:6,
43:5
**lunch** [5] - 130:3,
130:14, 130:18,
130:20, 145:10
**luncheon** [1] -
145:11

## M

**ma'am** [4] - 15:12,
47:12, 73:21, 139:16
**mail** [7] - 65:8, 65:19,
65:24, 66:11, 66:13,
66:21, 68:17
**mailed** [1] - 65:20
**mailing** [4] - 65:24,
111:4, 112:16, 113:11
**main** [3] - 27:22,
106:3, 141:19
**majority** [1] - 113:19
**man** [4] - 32:23,
53:3, 61:8, 131:14
**manner** [3] - 41:15,
88:13, 126:11
**March** [6] - 31:25,
32:21, 34:18, 34:24,
34:25, 37:10
**mark** [1] - 87:19
**marked** [27] - 10:6,
10:15, 11:2, 14:14,
15:7, 21:16, 22:4,
24:15, 24:25, 29:10,
29:19, 31:20, 32:4,
33:7, 33:16, 34:1,
35:19, 37:20, 38:8,
39:25, 40:12, 42:3,
42:13, 43:9, 43:19,
122:23, 125:16
**Mason** [4] - 29:13,
30:7, 30:8, 46:2
**material** [3] - 121:7,
121:12, 121:13
**materiality** [1] -

121:6
**maternity** [1] - 84:18
**math** [1] - 75:11
**matter** [16] - 4:18,
5:8, 5:12, 28:19,
51:10, 66:17, 76:11,
102:12, 103:2,
114:25, 115:10,
116:10, 116:16,
117:1, 134:19, 143:1
**matters** [2] - 4:18,
116:20
**McFADDEN** [1] -
1:10
**mean** [14] - 11:21,
52:6, 72:1, 73:7, 80:4,
81:19, 81:22, 88:17,
93:2, 93:7, 100:1,
104:4, 111:9, 120:5
**meaning** [1] - 58:15
**meanings** [1] -
142:13
**means** [2] - 126:11,
137:22
**mechanism** [1] -
55:12
**mechanisms** [1] -
118:14
**media** [1] - 33:3
**meet** [4] - 23:11,
88:4, 95:23, 136:12
**meeting** [4] - 64:17,
95:19, 95:25, 96:9
**meetings** [1] - 24:2
**member** [6] - 22:21,
53:4, 61:9, 114:4,
123:5, 123:15
**members** [1] - 23:16
**memory** [2] - 96:9,
144:11
**mens** [1] - 138:21
**mentioned** [3] -
93:16, 107:7, 118:14
**mentioning** [1] -
141:17
**met** [5] - 27:18, 96:3,
134:6, 134:13, 141:18
**metadata** [9] - 38:3,
38:5, 38:12, 38:19,
38:24, 39:5, 39:10,
40:5, 40:8
**Metherall** [2] - 4:15,
4:20
**METHERALL** [1] -
2:2
**MICHAEL** [1] -
105:14
**Michael** [3] - 3:7,
105:8, 105:21
**michelle** [1] - 25:7

**Michelle** [2] - 4:9
**MICHELLE** [2] -
1:17, 1:20
**microphone** [1] -
105:16
**microphones** [1] -
47:16
**middle** [4] - 17:7,
54:18, 90:20, 132:25
**Midwest** [1] - 49:9
**might** [1] - 44:18,
46:22, 65:14, 70:5,
77:16, 96:17, 117:2,
139:3, 143:8, 143:12
**mind** [6] - 25:9, 28:2,
59:17, 70:25, 72:15,
133:11
**mine** [1] - 51:22
**minimum** [1] - 90:18
**minor** [1] - 74:5
**minus** [1] - 75:4
**minute** [3] - 6:4,
95:1, 124:2
**minutes** [2] - 6:2,
143:6
**missed** [2] - 66:25,
85:20
**mission** [5] - 18:9,
18:12, 36:17, 107:5,
115:15
**misspoke** [1] - 74:19
**misstatement** [2] -
34:22, 74:23
**mistake** [4] - 37:12,
89:7, 120:7, 121:20
**mistakes** [6] - 89:2,
119:20, 120:3, 120:5,
121:9, 121:14
**moment** [6] - 47:13,
92:13, 97:12, 98:8,
105:13, 127:15
**Monday** [1] - 66:24
**money** [30] - 17:22,
18:1, 18:3, 78:12,
78:21, 85:17, 87:16,
87:23, 97:13, 99:4,
101:7, 101:11, 108:6,
108:7, 114:23,
118:20, 131:12,
132:13, 132:14,
132:25, 133:23,
133:24, 135:12,
135:22, 136:3,
136:18, 137:1, 137:6,
137:19, 142:15
**money's** [2] -
132:22, 133:12
**money)** [1] - 42:23
**month** [10] - 31:13,
31:17, 33:2, 70:1,

73:12, 77:21, 85:13,
88:17, 88:19, 88:22
**monthly** [2] - 108:4,
110:13
**months** [2] - 36:15,
85:11
**Morning** [1] - 145:13
**morning** [17] - 4:1,
4:7, 4:13, 4:14, 5:12,
8:21, 8:22, 47:12,
47:15, 47:19, 53:15,
59:13, 83:10, 92:10,
92:14, 105:12, 118:4
**MORNING** [1] - 1:7
**most** [12] - 19:10,
27:22, 32:23, 41:10,
49:22, 64:6, 134:5,
139:14, 140:7,
140:11, 140:18,
142:11
**motion** [9] - 4:21,
4:23, 130:3, 131:3,
131:7, 131:20, 133:8,
140:3, 142:25
**motivation** [1] -
141:4
**move** [2] - 100:17,
132:5
**moved** [2] - 125:6,
125:7
**moves** [13] - 11:2,
15:7, 22:4, 24:24,
27:24, 29:18, 32:3,
33:25, 38:7, 40:11,
42:12, 43:18, 130:25
**moving** [3] - 94:18,
144:17
**MR** [94] - 4:14, 5:11,
6:11, 6:18, 7:9, 8:2,
10:13, 11:4, 11:9,
12:4, 14:17, 14:21,
15:9, 15:11, 22:6,
25:1, 25:3, 25:8,
25:10, 25:24, 26:16,
26:25, 29:21, 32:6,
32:8, 34:3, 34:6, 35:6,
35:14, 38:10, 38:12,
38:21, 38:23, 39:18,
40:13, 42:15, 43:21,
46:17, 57:22, 69:8,
74:12, 75:1, 75:4,
75:10, 76:20, 83:7,
83:9, 86:23, 87:6,
88:12, 89:5, 89:11,
89:12, 90:14, 90:16,
91:10, 93:20, 93:22,
95:15, 95:16, 98:12,
98:13, 99:12, 100:11,
100:12, 100:16,
100:24, 101:1,

101:25, 115:4, 118:2,
118:25, 119:10,
119:14, 120:1, 121:5,
121:19, 121:23,
122:7, 122:8, 123:9,
123:10, 123:24,
127:20, 127:22,
130:2, 130:6, 130:24,
132:12, 134:2, 143:4,
143:16, 143:23, 145:9
**MS** [226] - 4:7, 6:21,
8:20, 10:5, 10:12,
10:14, 11:1, 11:15,
11:23, 11:25, 12:13,
13:14, 13:16, 14:13,
14:15, 15:1, 15:6,
15:13, 15:19, 15:23,
15:25, 16:5, 17:4,
17:8, 17:17, 17:20,
18:17, 18:18, 19:5,
19:8, 20:1, 20:3, 20:7,
20:9, 20:14, 20:15,
21:15, 21:18, 21:20,
21:23, 22:3, 22:11,
22:14, 23:22, 23:24,
24:6, 24:7, 24:14,
24:17, 24:23, 27:5,
27:10, 27:11, 29:1,
29:2, 29:9, 29:11,
29:18, 30:1, 30:18,
30:19, 31:19, 31:21,
32:3, 32:13, 33:6,
33:9, 33:14, 33:18,
33:25, 34:15, 35:9,
35:18, 35:24, 36:1,
37:19, 37:21, 38:7,
38:15, 38:18, 39:4,
39:14, 39:20, 39:22,
39:25, 40:3, 40:10,
40:22, 40:23, 41:20,
41:22, 42:2, 42:4,
42:12, 42:20, 43:8,
43:11, 43:18, 44:1,
44:2, 44:9, 44:11,
44:21, 44:23, 45:9,
45:11, 45:15, 45:17,
45:24, 46:1, 46:4,
46:6, 46:20, 47:1,
47:8, 47:18, 50:9,
50:12, 51:1, 51:3,
54:9, 54:11, 55:23,
56:1, 56:17, 56:19,
58:1, 58:18, 58:21,
59:2, 59:4, 59:8,
59:10, 61:19, 61:22,
62:23, 62:24, 66:2,
66:4, 67:21, 67:23,
69:10, 72:9, 72:12,
73:18, 74:4, 74:14,
74:18, 75:3, 75:5,
75:12, 75:15, 75:20,

76:10, 77:4, 77:10, 78:5, 78:8, 79:10, 79:12, 79:18, 79:20, 80:10, 80:12, 81:4, 81:6, 83:5, 86:18, 87:2, 88:7, 89:3, 89:8, 91:6, 99:10, 100:19, 102:3, 102:5, 105:2, 105:8, 105:18, 108:23, 109:1, 110:21, 110:23, 111:17, 111:18, 115:6, 117:24, 118:23, 119:8, 119:23, 120:9, 120:14, 121:16, 121:22, 121:25, 124:2, 124:4, 124:19, 125:1, 125:5, 125:12, 127:23, 127:25, 129:8, 129:13, 129:21, 129:25, 130:7, 130:11, 134:4, 134:14, 135:1, 136:9, 137:9, 138:3, 138:14, 138:17, 139:10, 139:17, 139:21, 139:23, 144:1, 144:8, 145:5, 145:8
**must** [3] - 65:5, 131:3, 139:25

**N**

**Nakamura** [1] - 4:11
**name** [26] - 17:10, 18:3, 47:22, 47:23, 50:19, 51:17, 52:7, 55:3, 56:7, 56:25, 57:18, 57:20, 58:6, 59:16, 59:21, 60:19, 83:12, 92:6, 92:7, 92:14, 105:20, 109:7, 114:9, 123:5, 124:7
**named** [2] - 60:13, 60:18
**names** [10] - 58:14, 71:1, 71:12, 72:15, 73:8, 103:10, 103:11, 103:17, 108:11, 117:17
**National** [6] - 20:17, 48:12, 51:8, 109:19, 109:20, 110:17
**national** [15] - 9:4, 9:12, 19:22, 20:18, 20:22, 21:1, 51:21, 52:1, 53:3, 57:8, 61:8, 87:12, 117:2, 117:7, 132:23

**nationals** [3] - 52:14, 57:15, 117:5
**natural** [1] - 141:2
**nature** [1] - 58:17
**necessarily** [5] - 65:13, 65:15, 69:19, 70:2, 142:1
**necessary** [1] - 139:22
**need** [12] - 7:4, 35:1, 42:25, 60:16, 66:15, 115:16, 115:23, 120:10, 122:10, 144:20, 144:22, 145:1
**needed** [1] - 54:23
**needs** [5] - 27:16, 28:2, 28:18, 41:6, 120:7
**never** [6] - 5:25, 25:9, 39:18, 57:18, 68:16, 89:17
**New** [2] - 1:15, 90:19
**new** [4] - 5:13, 28:13, 85:1, 85:2
**next** [13] - 34:19, 44:10, 46:5, 46:17, 46:23, 47:6, 51:1, 92:10, 93:20, 94:6, 95:15, 97:1, 105:6
**nice** [1] - 133:16
**night** [2] - 30:15, 92:7
**Ninth** [1] - 2:3
**nominee** [6] - 49:15, 54:24, 55:20, 60:5, 81:2, 102:22
**normal** [2] - 6:17, 7:5
**normally** [1] - 65:21
**Northwest** [6] - 1:18, 1:21, 2:3, 2:8, 16:15, 146:14
**NORTON** [1] - 2:3
**note** [1] - 10:10, 64:23, 76:15, 81:14, 82:17
**noted** [1] - 121:25
**notes** [4] - 62:4, 65:18, 111:10, 146:5
**nothing** [5] - 26:18, 57:7, 102:1, 131:17, 135:9
**notice** [4] - 74:22, 75:8, 76:18, 76:22
**notify** [2] - 65:23, 125:19
**November** [10] - 1:6, 24:20, 28:6, 28:8, 28:25, 82:6, 125:22, 126:10, 126:22, 146:10

**nuclear** [1] - 41:17
**number** [15] - 15:24, 27:4, 35:17, 50:24, 54:6, 55:4, 66:11, 66:18, 66:21, 81:24, 82:16, 92:24, 93:2, 93:18, 125:6
**numbers** [1] - 94:8
**numerous** [1] - 135:2

**O**

**oath** [2] - 8:16, 76:8
**object** [7] - 5:17, 7:11, 7:13, 12:9, 15:9, 25:1, 34:3
**objecting** [1] - 143:24
**objection** [53] - 11:4, 12:5, 13:5, 13:10, 13:13, 15:18, 16:1, 22:6, 22:7, 25:11, 25:17, 26:20, 26:24, 27:3, 29:21, 29:22, 32:6, 34:5, 35:7, 35:13, 35:14, 38:10, 38:21, 39:1, 40:13, 40:16, 40:17, 42:15, 42:16, 43:21, 43:22, 57:22, 69:8, 74:25, 76:19, 76:20, 76:21, 86:18, 87:2, 88:7, 89:3, 89:8, 91:6, 99:10, 100:17, 100:19, 100:20, 115:4, 118:23, 119:8, 119:23, 120:9, 122:5
**objections** [4] - 5:22, 7:22, 143:21, 144:13
**obligation** [1] - 26:7
**obtained** [1] - 13:15
**obvious** [1] - 135:16
**obviously** [9] - 5:15, 26:21, 51:25, 53:15, 135:19, 136:21, 139:12, 143:10, 143:17
**occasion** [3] - 83:24, 83:25, 119:20
**occasions** [2] - 86:24, 122:14
**occupation** [3] - 51:17, 114:18, 124:14
**occur** [2] - 120:3, 121:9
**October** [29] - 29:15, 30:3, 66:24, 67:5, 68:3, 68:11, 69:16,

70:1, 70:14, 70:24, 71:22, 72:9, 72:13, 72:25, 77:6, 77:12, 77:19, 78:7, 78:20, 79:7, 79:25, 80:13, 81:12, 84:14, 97:5, 97:12, 111:3, 112:15, 113:14
**OF** [5] - 1:1, 1:3, 1:14, 1:18, 1:21
**offense** [5] - 126:2, 126:24, 131:4, 133:7, 140:1
**offenses** [2] - 128:12, 128:16
**Office** [1] - 118:10
**office** [14] - 4:25, 15:16, 16:18, 17:1, 67:10, 84:22, 131:13, 131:22, 133:2, 136:20, 141:6, 141:25, 142:15
**OFFICE** [1] - 1:20
**officer** [1] - 118:13
**officers** [1] - 118:12
**official** [2] - 109:8, 146:12
**Official** [1] - 2:6
**offset** [1] - 104:25
**Olga** [15] - 24:1, 24:19, 27:14, 46:23, 60:13, 60:18, 60:21, 64:18, 64:19, 64:23, 65:7, 82:10, 95:19, 99:8, 132:19
**once** [5] - 33:1, 33:2, 113:24, 117:21, 145:2
**one** [33] - 4:18, 4:19, 7:9, 9:25, 11:18, 13:24, 27:18, 44:15, 55:23, 60:10, 63:12, 72:24, 74:4, 76:11, 80:1, 81:23, 85:3, 94:7, 111:13, 116:6, 116:15, 124:2, 125:1, 127:14, 127:20, 130:19, 136:10, 137:21, 140:15, 144:19, 145:5
**one's** [1] - 141:4
**one-page** [1] - 11:18
**ongoing** [1] - 36:18
**online** [1] - 114:1
**op** [1] - 65:16
**open** [7] - 13:12, 27:2, 35:11, 75:23, 122:4, 128:3, 130:9
**opened** [1] - 6:22
**operative** [1] - 142:17

**opponent** [1] - 136:25
**opportunity** [9] - 8:13, 63:8, 63:11, 63:13, 64:11, 65:16, 85:19, 136:16, 142:7
**opposed** [1] - 5:20
**options** [1] - 124:6
**oral** [2] - 131:7, 133:9
**order** [2] - 9:6, 9:14
**ordinary** [1] - 60:4
**organization** [8] - 17:9, 49:13, 107:18, 107:20, 107:21, 109:4, 109:17, 110:2
**organize** [1] - 21:12
**organized** [1] - 21:7
**original** [3] - 26:11, 80:5, 82:21
**originally** [1] - 68:16
**otherwise** [6] - 58:7, 89:1, 109:3, 109:16, 110:11, 144:25
**outside** [12] - 11:7, 17:2, 25:6, 32:8, 34:12, 41:17, 62:15, 104:6, 119:18, 120:13, 127:17, 129:12
**outstanding** [7] - 60:2, 60:3, 60:6, 60:7, 62:15, 71:13, 103:4
**overall** [1] - 88:24
**overruled** [14] - 15:18, 32:9, 40:17, 57:24, 86:19, 87:3, 88:8, 91:9, 99:11, 115:5, 118:24, 119:11, 119:24, 122:5
**overruling** [3] - 26:23, 27:3, 39:1
**own** [11] - 6:14, 14:11, 28:16, 48:16, 48:18, 72:22, 83:18, 84:11, 133:22, 141:6, 141:23
**owning** [1] - 48:18

**P**

**p.m** [17] - 46:12, 54:19, 56:6, 61:15, 64:16, 66:9, 66:24, 67:6, 68:3, 70:24, 72:10, 72:13, 74:8, 77:7, 77:12, 92:7, 130:22
**PA** [4] - 69:19, 70:2,

71:5, 90:3

**PAC** [16] - 30:21, 31:4, 31:12, 31:15, 31:17, 32:18, 32:24, 33:11, 34:17, 36:15, 37:4, 37:17, 41:9, 41:10, 41:11, 41:24

**Pacific** [2] - 74:14, 74:19

**Page** [20] - 20:7, 22:12, 22:25, 23:4, 41:18, 44:24, 45:15, 45:24, 50:11, 59:1, 67:8, 67:13, 79:10, 92:22, 94:7, 110:21, 112:7, 112:10, 113:8, 126:14

**PAGE** [1] - 3:10

**page** [12] - 11:18, 41:12, 50:18, 51:1, 54:18, 61:19, 61:21, 62:8, 93:16, 93:20, 93:23, 95:15

**pages** [3] - 17:19, 21:20, 94:6

**paid** [8] - 31:16, 34:18, 62:3, 73:13, 88:15, 101:23, 137:5, 141:13

**panel** [2] - 8:4, 76:2

**paper** [1] - 113:21

**paperwork** [2] - 36:19, 84:24

**paragraph** [6] - 19:6, 19:9, 34:6, 41:2, 41:8, 41:12

**pardon** [3] - 127:8, 127:9, 127:11

**PARIKH** [69] - 1:17, 47:8, 47:18, 50:9, 50:12, 51:1, 51:3, 54:9, 54:11, 55:23, 56:1, 56:17, 56:19, 58:1, 58:18, 58:21, 59:2, 59:4, 59:8, 59:10, 61:19, 61:22, 62:23, 62:24, 66:2, 66:4, 67:21, 67:23, 69:10, 72:9, 72:12, 73:18, 74:4, 74:14, 74:18, 75:3, 75:5, 75:12, 75:15, 75:20, 76:10, 77:4, 77:10, 78:5, 78:8, 79:10, 79:12, 79:18, 79:20, 80:10, 80:12, 81:4, 81:6, 83:5, 86:18, 87:2, 88:7, 89:3, 89:8, 91:6, 99:10, 100:19, 102:3, 102:5, 105:2,

144:1, 144:8, 145:5, 145:8

**Parikh** [7] - 4:9, 73:16, 74:2, 75:7, 77:3, 102:2, 145:4

**part** [6] - 4:22, 5:3, 11:25, 12:23, 36:14, 83:22

**part-time** [1] - 83:22

**participants** [1] - 53:5

**participate** [2] - 52:22, 90:18

**participated** [10] - 54:13, 56:3, 58:23, 61:1, 66:6, 67:25, 69:12, 70:21, 79:22, 81:8

**participation** [1] - 83:1

**particular** [5] - 7:4, 7:10, 90:7, 91:19, 111:11

**particularly** [2] - 7:6, 144:21

**parties** [11] - 11:5, 12:13, 25:4, 34:10, 35:8, 49:17, 77:2, 120:11, 125:20, 127:14, 129:18

**party** [2] - 49:13, 91:5

**pass** [1] - 11:12

**passed** [3] - 103:24, 104:3, 104:4

**passport** [3] - 19:25, 20:6, 20:11

**past** [4] - 36:15, 85:21, 121:6, 130:17

**pausing** [2] - 120:23, 121:18

**pay** [1] - 135:5

**paying** [2] - 15:17, 16:20

**payment** [2] - 16:22, 67:2

**payments** [2] - 126:15, 126:17

**Pennsylvania** [15] - 16:15, 48:2, 48:15, 50:21, 53:2, 70:5, 70:7, 70:9, 71:14, 81:25, 87:19, 103:21, 103:23, 104:7

**Pennsylvania-based** [1] - 48:15

**people** [10] - 28:14, 28:20, 63:15, 63:19, 68:25, 71:15, 86:24, 94:18, 133:16

**people's** [1] - 62:15

**per** [9] - 33:2, 68:24, 80:7, 82:20, 88:17, 88:19, 88:21, 119:7

**percent** [4] - 33:1, 101:6, 101:11, 104:20

**percentage** [1] - 105:1

**perfect** [2] - 37:2, 121:22

**perfectly** [1] - 6:15

**perform** [1] - 116:24

**perhaps** [4] - 5:25, 41:16, 71:4, 104:24

**period** [3] - 34:17, 53:8, 110:15

**perks** [2] - 86:25, 87:9

**permission** [2] - 10:9, 39:14

**permitted** [1] - 129:16

**person** [13] - 57:19, 58:5, 68:24, 80:7, 82:21, 86:15, 89:17, 95:1, 128:13, 128:17, 128:20, 141:17, 142:8

**personal** [4] - 41:16, 115:25, 116:18, 120:6

**personality** [1] - 129:4

**personally** [9] - 27:18, 53:11, 87:24, 88:2, 89:17, 93:9, 99:23, 101:11, 123:21

**PHAN** [1] - 8:18

**Phan** [60] - 3:5, 4:12, 5:14, 6:13, 7:1, 8:9, 8:12, 8:15, 8:21, 9:16, 10:15, 13:17, 14:5, 15:2, 15:20, 16:6, 16:17, 17:14, 17:21, 19:24, 20:4, 20:16, 21:3, 21:10, 21:19, 23:1, 24:3, 24:8, 24:18, 24:21, 27:12, 28:4, 29:3, 29:12, 30:2, 30:20, 31:22, 32:14, 33:10, 33:19, 36:2, 37:9, 37:12, 38:19, 39:2, 39:8, 39:10, 39:23, 40:4, 40:24, 41:2, 42:5, 42:21, 43:12, 44:3, 44:25, 45:12, 47:2, 136:16, 143:5

**Philadelphia** [14] - 21:4, 51:5, 52:18, 53:16, 55:6, 63:3, 69:24, 82:2, 82:3,

85:10, 86:2, 87:15, 87:16, 87:23

**Philly** [1] - 90:19

**phone** [2] - 50:24, 67:10

**photo** [28] - 29:5, 63:8, 63:11, 63:13, 64:11, 65:15, 65:16, 82:11, 85:19, 85:24, 86:1, 90:18, 90:22, 94:16, 94:17, 132:17, 135:6, 135:10, 137:6, 137:10, 137:11, 137:15, 140:22, 140:23, 141:8, 141:14, 142:7

**photograph** [3] - 20:6, 20:11, 85:17

**photographer** [1] - 96:21

**photographs** [1] - 85:16

**photos** [6] - 65:6, 96:17, 96:20, 96:25, 102:24, 103:2

**physical** [1] - 17:1

**picture** [17] - 7:20, 25:20, 27:17, 95:3, 131:14, 131:15, 131:17, 132:18, 132:20, 132:21, 133:5, 133:19, 133:24, 141:10, 141:12

**pictures** [1] - 86:3

**pieces** [1] - 132:19

**Pittsburgh** [2] - 53:14, 53:15

**Place** [1] - 17:13

**place** [7] - 17:19, 56:8, 63:11, 73:16, 80:25, 81:1, 98:10

**placed** [1] - 141:11

**plain** [2] - 134:14, 139:10

**Plaintiff** [1] - 1:4

**plan** [5] - 6:23, 12:24, 51:18, 52:25, 145:2

**planned** [1] - 6:25

**planning** [3] - 41:25, 52:22, 143:11

**pleasantry** [1] - 96:7

**pledge** [4] - 62:3, 73:13, 80:5, 82:21

**point** [32] - 11:1, 15:6, 15:15, 22:3, 24:1, 24:23, 32:3, 33:25, 35:2, 38:7, 40:10, 54:3, 60:5,

66:2, 69:1, 70:11, 70:13, 71:18, 71:20, 73:11, 83:2, 98:20, 99:7, 101:15, 129:18, 133:10, 139:11, 142:4, 143:11, 143:22, 144:11, 144:14

**pointed** [1] - 136:15

**points** [2] - 6:24, 33:3

**poised** [1] - 41:5

**political** [18] - 27:24, 48:5, 48:8, 71:15, 83:16, 106:14, 107:17, 107:25, 108:12, 108:15, 108:18, 108:21, 114:22, 126:15, 126:17, 126:19, 136:18, 138:25

**politician** [1] - 135:20

**politics** [1] - 36:16

**popular** [1] - 86:6

**portion** [1] - 50:5

**position** [2] - 6:22, 7:2

**possible** [5] - 22:24, 27:24, 59:2, 103:16, 122:17

**posted** [2] - 113:25, 115:18

**potential** [5] - 41:4, 53:5, 103:11, 106:18, 131:8

**potentially** [2] - 106:25, 116:7

**power** [1] - 117:8

**practically** [1] - 141:17

**pre** [1] - 132:16

**prefer** [1] - 7:4

**prepare** [1] - 143:17

**prepared** [1] - 134:7

**presence** [6] - 11:7, 25:6, 34:12, 120:13, 127:17, 129:12

**present** [2] - 4:16, 116:23

**presentation** [1] - 144:3

**presidency** [2] - 137:8, 141:9

**President** [11] - 28:16, 28:21, 50:4, 109:6, 109:7, 109:10, 113:4, 127:7, 141:11, 141:12, 141:20

**president** [13] -

12:13, 25:13, 28:13, 28:19, 102:22, 137:7, 137:16, 140:24, 141:8, 141:18, 141:23, 142:7, 142:8
**president's** [1] - 84:6
**presidential** [13] - 41:5, 65:10, 84:25, 85:3, 112:25, 113:2, 135:6, 135:10, 135:11, 136:13, 137:11, 140:25
**press** [2] - 33:11, 127:10
**presumably** [1] - 141:21
**pretty** [3] - 53:10, 74:5, 104:25
**previously** [13] - 5:14, 6:25, 17:5, 57:20, 58:6, 62:25, 108:24, 109:13, 109:24, 110:8, 111:19, 112:21, 129:1
**PREVIOUSLY** [1] - 8:18
**Priebus** [1] - 82:12
**principally** [1] - 11:9
**printout** [1] - 13:21
**private** [2] - 22:23, 58:14
**privilege** [1] - 36:14
**privileged** [1] - 121:1
**pro** [3] - 4:21, 41:11, 42:24
**pro-Trump** [2] - 41:11, 42:24
**problem** [2] - 60:11, 131:8
**problems** [1] - 144:22
**Procedure** [2] - 131:1, 139:25
**proceed** [2] - 8:1, 125:4
**proceedings** [26] - 8:6, 11:6, 13:11, 25:5, 27:1, 34:11, 35:10, 47:11, 73:24, 74:1, 74:16, 75:22, 76:4, 105:11, 117:15, 118:17, 118:19, 120:12, 122:3, 127:16, 128:2, 129:11, 130:8, 130:22, 145:12, 146:6
**process** [2] - 36:21, 101:19
**produced** [1] - 146:6
**professional** [1] -

53:11
**proffered** [1] - 25:13
**program** [2] - 14:1, 27:21
**progress** [2] - 41:13, 41:14
**prohibited** [1] - 117:5
**project** [1] - 23:9
**promote** [1] - 107:2
**promotion** [1] - 24:12
**promptly** [1] - 92:10
**proof** [2] - 131:8, 132:16
**proper** [1] - 101:17
**properly** [1] - 107:16
**prove** [5] - 6:16, 26:21, 138:8
**proved** [4] - 128:19, 133:18, 133:25, 142:23
**proven** [7] - 131:18, 133:1, 133:4, 133:7, 133:15, 133:17, 133:18
**provenance** [1] - 40:15
**provide** [6] - 8:13, 59:14, 59:15, 67:19, 78:24, 116:10
**provided** [8] - 17:12, 55:21, 57:19, 57:20, 58:6, 94:4, 131:10, 131:24
**providing** [1] - 59:20
**proximity** [1] - 102:21
**PUBLIC** [1] - 1:15
**public** [12] - 107:4, 107:12, 113:25, 114:3, 114:5, 114:22, 115:13, 116:23, 117:22, 122:19, 123:5, 123:15
**publicly** [5] - 34:19, 34:24, 37:3, 37:10, 37:14
**publish** [15] - 15:7, 15:21, 22:5, 24:24, 29:19, 32:5, 34:1, 35:18, 38:9, 40:11, 40:21, 42:13, 43:19, 114:1, 117:22
**published** [9] - 16:4, 22:8, 27:7, 29:23, 32:10, 35:20, 42:17, 43:23, 100:23
**publishing** [2] - 107:2, 114:21

**pull** [29] - 10:5, 14:13, 17:4, 18:17, 31:19, 33:6, 33:14, 33:16, 37:19, 42:2, 43:8, 44:9, 45:6, 45:9, 54:9, 58:18, 64:12, 66:2, 76:13, 77:5, 77:6, 80:10, 81:4, 94:20, 94:22, 108:23, 112:11, 125:12
**pulled** [1] - 70:6
**pulling** [1] - 112:20
**purpose** [22] - 12:17, 25:12, 25:20, 26:6, 26:11, 26:18, 61:25, 106:3, 128:11, 128:23, 131:11, 131:22, 133:2, 133:3, 133:22, 133:24, 134:15, 137:24, 138:2, 138:15, 139:13
**purposely** [1] - 137:23
**purposes** [4] - 18:6, 40:1, 129:17, 142:13
**pursuant** [2] - 130:25, 131:13
**push** [4] - 64:12, 94:20, 94:22
**put** [21] - 5:21, 12:16, 15:13, 21:20, 25:7, 25:12, 25:25, 26:1, 39:16, 39:21, 46:4, 67:1, 93:5, 123:5, 123:15, 131:16, 132:13, 133:5, 134:8, 134:20, 140:18
**Putin** [1] - 28:16
**puts** [1] - 36:20

## Q

**quarterly** [2] - 108:5, 110:13
**questioning** [3] - 8:23, 34:20, 75:18
**questions** [22] - 9:16, 24:9, 26:3, 26:4, 29:3, 47:1, 64:21, 83:5, 83:13, 95:5, 100:4, 102:6, 102:10, 102:23, 103:6, 104:11, 105:2, 117:24, 123:24, 124:19, 136:1, 139:17
**quibbles** [1] - 140:22
**quick** [2] - 60:10, 94:23
**quickly** [1] - 124:5

**quite** [1] - 81:16

## R

**R-539** [2] - 40:2, 40:4
**race** [3] - 41:5, 85:3, 140:25
**raise** [8] - 4:19, 86:13, 86:24, 93:5, 99:23, 100:4, 132:3, 144:8
**raised** [7] - 33:2, 87:16, 88:6, 88:23, 104:13, 131:25, 140:14
**raiser** [6] - 92:23, 93:2, 93:6, 93:7, 93:11, 93:14
**raising** [5] - 62:4, 86:17, 86:21, 86:22, 87:24
**rambled** [1] - 78:3
**rather** [3] - 115:22, 123:21, 141:8
**rational** [2] - 140:8, 140:11
**RDR** [3] - 2:6, 146:3, 146:12
**re** [2] - 81:14, 143:5
**re-calling** [1] - 143:5
**rea** [1] - 138:21
**reach** [2] - 33:2, 134:20
**reached** [2] - 26:5, 87:18
**read** [20] - 11:17, 12:12, 13:24, 23:7, 23:13, 26:14, 27:15, 30:12, 36:9, 41:1, 41:2, 41:12, 42:21, 78:16, 96:15, 125:3, 125:15, 127:21, 128:7, 129:15
**reading** [1] - 39:23
**reads** [3] - 56:6, 59:5, 79:8
**ready** [3] - 8:9, 46:24, 135:5
**real** [1] - 141:13
**realize** [3] - 14:21, 71:3, 82:13
**really** [5] - 67:1, 103:25, 121:13, 133:16, 142:20
**reason** [2] - 6:7, 12:15, 53:25
**reasonable** [5] - 128:19, 140:9, 140:12, 140:23,

142:24
**reasons** [2] - 103:19, 140:20
**Rebecca** [1] - 4:7
**REBECCA** [1] - 1:14
**rebuttal** [1] - 6:1
**receipt** [3] - 111:2, 112:14, 113:13
**receipts** [3] - 110:12, 111:22, 112:24
**receive** [8] - 17:22, 67:11, 72:24, 91:18, 96:17, 101:15, 104:21, 115:1
**received** [33] - 5:13, 5:16, 16:22, 17:23, 26:1, 38:23, 51:4, 51:10, 51:19, 52:9, 53:19, 54:1, 54:6, 56:23, 57:2, 62:3, 62:20, 66:12, 68:13, 68:18, 69:1, 69:21, 70:12, 71:2, 71:8, 71:10, 77:13, 77:23, 79:5, 97:8, 102:9, 113:24, 131:15
**RECEIVED** [1] - 3:10
**receives** [2] - 113:22, 117:18
**receiving** [5] - 53:23, 54:4, 72:21, 73:10, 100:6
**reception** [4] - 63:9, 63:18, 65:17, 102:17
**recess** [2] - 73:25, 145:11
**recognize** [20] - 10:17, 21:19, 37:22, 50:13, 54:12, 56:2, 56:25, 58:22, 60:18, 60:25, 61:23, 66:5, 67:14, 67:24, 69:12, 70:20, 79:4, 79:13, 79:21, 81:7
**recollection** [5] - 39:12, 40:5, 53:22
**record** [14] - 4:6, 13:14, 35:1, 47:22, 61:4, 74:23, 75:10, 76:15, 81:22, 105:20, 122:1, 125:10, 125:16, 142:16
**records** [3] - 126:3, 126:19, 127:1
**recoup** [1] - 101:22
**recouped** [1] - 33:2
**recross** [2] - 5:24, 6:13
**rectified** [1] - 120:7
**Red** [1] - 3:3

**red** [6] - 94:10, 94:11, 99:23, 100:8, 131:25
**REDIRECT** [3] - 8:19, 102:4, 124:3
**redirect** [6] - 5:14, 6:20, 8:14, 102:2, 124:1, 137:14
**reds** [2] - 94:1, 94:8
**refer** [5] - 86:15, 116:16, 117:15, 125:18, 135:2
**reference** [2] - 19:18, 91:4
**referenced** [3] - 38:13, 131:6, 131:8
**referencing** [1] - 91:5
**referred** [2] - 116:8, 118:10
**referring** [1] - 73:2
**reflect** [2] - 13:14, 123:20
**reflected** [2] - 62:8, 102:8
**reflects** [2] - 56:20, 62:6
**refresh** [2] - 39:11, 40:4
**refund** [2] - 101:20, 122:15
**refunded** [3] - 89:7, 89:13, 89:16
**refunding** [1] - 89:18
**refunds** [2] - 89:14, 89:20
**regard** [1] - 74:6
**regarding** [11] - 7:19, 7:20, 34:7, 34:8, 87:15, 89:2, 90:7, 93:16, 94:15, 95:5, 100:4
**regardless** [1] - 74:20
**regional** [1] - 49:10
**register** [1] - 107:22
**registered** [1] - 106:14
**regulation** [1] - 106:25
**regulatory** [1] - 106:2
**related** [4] - 18:8, 18:11, 128:6, 128:20
**relates** [1] - 34:6
**relation** [6] - 56:11, 56:22, 59:11, 61:13, 68:9, 77:17
**relationship** [2] - 49:11, 104:1

**relayed** [1] - 41:14
**release** [3] - 33:11, 36:11, 127:10
**released** [1] - 36:13
**relevance** [14] - 7:16, 11:8, 11:9, 11:14, 12:9, 15:10, 15:12, 34:13, 86:18, 87:2, 88:7, 99:10, 118:23, 144:13
**relevant** [8] - 7:2, 13:7, 26:23, 120:24, 133:13, 134:12, 141:21, 141:24
**rely** [1] - 78:23
**remain** [3] - 36:17, 47:13, 145:2
**remaining** [2] - 82:23, 142:21
**remark** [1] - 133:8
**remarks** [1] - 65:17
**remember** [26] - 9:1, 9:18, 9:21, 13:19, 13:21, 16:9, 18:22, 21:6, 21:8, 24:8, 24:11, 30:20, 31:1, 31:11, 72:3, 84:16, 84:23, 87:17, 87:20, 87:21, 87:22, 88:20, 92:18, 143:19, 144:4
**remembering** [1] - 6:20
**remind** [6] - 8:15, 15:24, 30:8, 35:16, 76:7, 136:6
**reorient** [1] - 91:17
**repeat** [7] - 18:10, 19:1, 39:3, 115:8, 119:2, 119:25, 122:6
**repeatedly** [1] - 25:25
**repeating** [1] - 59:17
**rephrase** [4] - 83:14, 89:4, 89:10, 139:5
**reply** [3] - 33:5, 67:8, 79:14
**report** [18] - 49:4, 107:22, 108:5, 109:11, 109:21, 110:6, 110:12, 110:13, 110:18, 111:13, 111:22, 111:25, 112:3, 112:24, 113:5, 113:24, 116:1, 116:19
**REPORTED** [1] - 2:6
**reported** [2] - 49:6, 111:14
**Reporter** [2] - 2:6, 146:12

**reporting** [2] - 110:15, 120:20
**reports** [36] - 106:8, 106:11, 106:13, 107:3, 107:4, 107:16, 107:25, 108:3, 108:8, 108:11, 113:17, 113:19, 113:21, 113:22, 114:1, 114:9, 114:12, 114:15, 114:18, 114:21, 114:25, 115:11, 115:17, 115:22, 116:6, 116:15, 116:25, 117:13, 117:18, 117:22, 118:6, 124:9, 126:5, 126:20, 127:3
**represent** [1] - 83:12
**Republican** [7] - 20:17, 48:12, 51:8, 109:19, 109:20, 110:17, 142:16
**request** [7] - 5:24, 7:19, 34:3, 59:14, 59:19, 116:8, 117:14
**requested** [1] - 25:15
**require** [1] - 6:15
**required** [6] - 109:11, 109:21, 110:5, 110:19, 112:4, 113:6
**requisite** [2] - 138:9, 138:21
**reread** [1] - 128:7
**research** [3] - 103:16, 103:20, 130:17
**resend** [1] - 78:14
**residence** [3] - 16:25, 17:2, 17:15
**residing** [1] - 9:4
**resigned** [2] - 34:24, 37:4
**resolved** [1] - 143:20
**respect** [1] - 28:15
**respond** [4] - 6:24, 26:15, 28:12, 72:21
**responded** [1] - 72:23
**responds** [3] - 56:21, 80:14, 97:18

**responsible** [1] - 106:12
**rest** [2] - 127:24, 130:2
**rests** [2] - 130:11, 145:3
**result** [1] - 137:3
**resulted** [1] - 82:13
**resume** [1] - 8:9
**retainer** [2] - 88:16, 104:24
**retake** [1] - 8:10
**retakes** [1] - 76:1
**retired** [2] - 84:11, 84:14
**return** [5] - 4:10, 72:8, 76:11, 82:4, 101:20
**returned** [1] - 125:23
**revealed** [1] - 40:5
**review** [4] - 16:19, 21:10, 38:3, 38:19
**reviewed** [5] - 9:23, 10:25, 39:1, 53:18, 53:21
**reviewing** [2] - 16:9, 106:13
**revitalize** [3] - 14:6, 14:8, 15:14
**right-hand** [1] - 17:6
**rights** [1] - 6:15
**Ritz** [1] - 52:19
**Ritz-Carlton** [1] - 52:19
**RNC** [45] - 30:9, 48:14, 48:19, 48:22, 48:25, 49:5, 49:8, 49:12, 49:13, 49:16, 50:6, 51:12, 51:23, 52:2, 52:12, 57:12, 58:7, 61:7, 62:21, 65:22, 65:25, 66:12, 68:7, 70:6, 70:13, 71:10, 73:3, 73:13, 84:1, 84:7, 89:1, 89:15, 94:12, 97:22, 99:24, 101:16, 103:25, 104:4, 104:5, 104:9, 110:24, 111:14, 111:25, 112:4, 133:20
**RNC's** [1] - 89:18
**Robinson** [13] - 26:3, 26:4, 49:6, 49:7, 64:3, 68:4, 69:17, 70:11, 71:24, 81:11, 89:25, 97:21, 135:15
**role** [2] - 32:18, 36:22, 63:6, 116:6, 141:22, 141:23

**Roman** [40] - 20:17, 20:21, 20:25, 27:16, 27:20, 28:1, 29:4, 46:24, 56:21, 56:25, 57:3, 60:13, 62:17, 64:18, 64:20, 68:14, 68:15, 68:20, 68:21, 69:2, 69:5, 69:18, 71:3, 77:15, 78:12, 80:2, 80:14, 81:13, 83:2, 92:11, 92:14, 95:19, 97:9, 97:15, 98:1, 98:5, 98:21, 99:7, 99:16, 103:7
**Roman's** [1] - 80:7
**room** [8] - 54:24, 55:20, 60:14, 60:16, 64:12, 64:20, 82:10, 104:1
**Room** [1] - 2:8
**ROSE** [1] - 2:3
**Ross** [11] - 4:7, 6:19, 8:13, 11:14, 25:23, 27:4, 34:14, 35:16, 47:6, 129:7, 130:10
**ROSS** [134] - 1:14, 4:7, 6:21, 8:20, 10:5, 10:12, 10:14, 11:1, 11:15, 11:23, 11:25, 12:13, 13:14, 13:16, 14:13, 14:15, 15:1, 15:6, 15:13, 15:19, 15:23, 15:25, 16:5, 17:4, 17:8, 17:17, 17:20, 18:17, 18:18, 19:5, 19:8, 20:1, 20:3, 20:7, 20:9, 20:14, 20:15, 21:15, 21:18, 21:20, 21:23, 22:3, 22:11, 22:14, 23:22, 23:24, 24:6, 24:7, 24:14, 24:17, 24:23, 25:24, 27:5, 27:10, 27:11, 29:1, 29:2, 29:9, 29:11, 29:18, 30:1, 30:18, 30:19, 31:19, 31:21, 32:3, 32:13, 33:6, 33:9, 33:14, 33:18, 33:25, 34:15, 35:9, 35:18, 35:24, 36:1, 37:19, 37:21, 38:7, 38:15, 38:18, 39:4, 39:14, 39:20, 39:22, 39:25, 40:3, 40:10, 40:22, 40:23, 41:20, 42:2, 42:4, 42:12, 42:20, 43:8, 43:11, 43:18, 44:1, 44:2, 44:9, 44:11, 44:21, 44:23,

45:9, 45:11, 45:15, 45:17, 45:24, 46:1, 46:4, 46:6, 46:17, 46:20, 47:1, 125:1, 125:5, 125:12, 127:23, 127:25, 129:8, 130:11, 134:4, 134:14, 135:1, 137:9, 138:3, 138:14, 138:17, 139:10, 139:17, 139:21, 139:23
**ross** [1] - 8:17
**roundtable** [33] - 56:9, 62:6, 62:8, 62:11, 63:8, 63:11, 63:14, 63:19, 63:25, 64:1, 64:7, 64:10, 64:20, 64:24, 65:15, 68:24, 80:16, 80:24, 81:1, 81:3, 81:15, 82:11, 92:2, 95:5, 95:6, 95:7, 95:9, 95:10, 95:12, 102:13, 102:14, 102:18
**routinely** [2] - 118:22, 119:4
**RSVP** [1] - 50:22
**Rubio** [1] - 85:21
**Rudy** [1] - 41:15
**Rule** [3] - 130:25, 132:5, 139:24
**rules** [1] - 9:13
**Rules** [1] - 131:1
**ruling** [1] - 129:13
**run** [1] - 67:3
**runner** [2] - 137:7, 141:9
**runner-up** [2] - 137:7, 141:9
**running** [4] - 23:10, 136:14, 136:19, 141:6
**rush** [1] - 4:24
**Russia** [9] - 9:4, 14:2, 27:18, 27:22, 27:24, 27:25, 28:22, 136:14, 141:17
**Russian** [17] - 7:19, 7:20, 9:4, 19:22, 20:18, 20:21, 21:1, 23:10, 25:15, 26:17, 27:21, 28:14, 69:5, 83:2, 131:14, 133:4

## S

**safety** [1] - 55:22
**Sarah** [12] - 49:6, 49:7, 51:8, 64:3, 64:5,

68:4, 68:8, 69:17, 70:11, 71:24, 81:11, 97:20
**Sarah's** [1] - 68:6
**saved** [2] - 38:20, 39:6
**saw** [4] - 45:1, 103:17, 136:23, 137:13
**Sawgrass** [1] - 17:13
**scan** [1] - 67:9
**scheduled** [1] - 62:12
**schedules** [1] - 23:20
**scheme** [2] - 12:21, 127:4
**scope** [1] - 32:8
**screen** [2] - 59:2, 111:8
**screening** [1] - 60:12
**screens** [2] - 14:17, 14:18
**scroll** [2] - 16:21, 101:6
**scrub** [1] - 144:21
**search** [14] - 22:2, 24:22, 30:23, 31:3, 32:2, 33:13, 33:24, 42:11, 43:17, 114:7, 123:6, 123:16, 124:5, 124:6
**searchable** [7] - 114:9, 114:12, 114:15, 114:18, 124:9, 124:12, 124:14
**searching** [2] - 72:17, 73:1
**season** [2] - 85:7, 90:23
**seat** [3] - 8:8, 76:6, 105:15
**sec** [1] - 80:15
**second** [3] - 19:9, 34:6, 115:15
**seconds** [1] - 95:3
**Secret** [3] - 20:25, 55:13, 60:12
**Section** [2] - 126:5, 126:6
**SECTION** [1] - 1:15
**section** [1] - 11:17
**Sections** [6] - 126:2, 126:3, 126:7, 126:25, 127:1, 127:3
**see** [50] - 7:5, 7:12, 12:14, 14:19, 62:3, 70:12, 70:16, 80:17, 90:1, 90:2, 90:5,

90:20, 90:21, 91:2, 91:3, 92:4, 92:5, 92:25, 93:23, 93:24, 94:1, 94:6, 94:9, 95:21, 96:18, 96:19, 97:2, 97:10, 97:16, 98:2, 98:6, 98:7, 98:18, 98:19, 99:2, 99:3, 99:17, 107:13, 113:25, 115:14, 122:19, 122:24, 122:25, 123:13, 141:10, 141:13, 141:16, 143:23, 145:10
**seeing** [1] - 30:14
**seek** [2] - 101:6, 101:22
**seeking** [2] - 127:19, 142:14
**self** [1] - 24:12
**self-promotion** [1] - 24:12
**Senate** [3] - 22:22, 23:15, 23:16
**Senator** [1] - 85:21
**senator** [4] - 23:11, 23:15, 126:15, 126:17
**senators** [2] - 23:20, 24:2
**send** [21] - 20:4, 28:10, 30:6, 44:13, 46:2, 46:11, 55:7, 55:8, 56:11, 59:11, 61:13, 66:19, 67:11, 68:9, 69:25, 72:20, 77:18, 78:13, 100:7, 116:7, 117:13
**sending** [4] - 44:12, 53:22, 54:3, 71:18
**sense** [1] - 6:5
**sent** [18] - 40:15, 40:16, 45:21, 46:7, 46:14, 46:21, 51:7, 53:19, 53:25, 54:6, 56:6, 57:17, 59:1, 60:17, 68:16, 98:4, 103:2, 144:18
**sentence** [2] - 41:8, 71:9
**sentences** [2] - 23:7, 23:13
**separate** [1] - 135:3
**September** [28] - 10:21, 13:2, 21:25, 22:16, 26:18, 39:7, 42:9, 43:7, 43:15, 45:8, 46:3, 46:9, 50:17, 52:19, 53:10, 53:12, 54:19, 56:5,

56:20, 58:25, 60:9, 64:15, 65:3, 66:9, 68:11, 76:16, 80:25, 98:10
**series** [1] - 53:17
**served** [5] - 5:14
**Service** [3] - 20:25, 55:14, 60:12
**Services** [1] - 23:16
**SESSION** [1] - 1:7
**session** [2] - 95:12, 145:13
**set** [1] - 95:9
**setback** [1] - 36:19
**seven** [1] - 75:4
**seventh** [1] - 41:8
**several** [2] - 49:21, 128:5
**shady** [4] - 71:25, 72:2, 99:1, 99:25
**shaking** [1] - 58:3
**short** [1] - 5:3
**shorted** [1] - 101:11
**shortened** [1] - 105:24
**shortly** [1] - 4:10
**show** [20] - 9:5, 10:10, 15:15, 26:7, 29:8, 29:9, 39:18, 50:9, 55:24, 56:17, 58:19, 66:14, 67:21, 89:21, 97:4, 100:10, 110:8, 111:19, 112:20, 122:23
**showed** [10] - 13:21, 39:10, 40:2, 57:19, 58:8, 68:16, 99:14, 135:22, 136:20, 137:1
**showing** [14] - 65:6, 65:11, 72:18, 73:6, 89:23, 91:24, 95:14, 95:17, 98:14, 99:13, 100:10, 109:13, 109:24, 123:11
**shown** [3] - 26:22, 58:5, 141:1
**shows** [1] - 34:17
**shred** [1] - 67:12
**sic** [5] - 23:14, 41:6, 60:13, 60:15, 80:19
**side** [5] - 17:19, 21:20, 60:15
**sidebar** [9] - 11:7, 25:6, 34:12, 74:17, 120:10, 120:13, 127:17, 129:9, 129:12
**significant** [1] - 70:4
**signs** [1] - 41:18
**similar** [2] - 128:12, 128:16

**simply** [2] - 129:5, 133:14
**sitting** [1] - 120:21
**situation** [5] - 89:6, 104:6, 116:5, 116:12, 117:12
**six** [1] - 99:14
**slapped** [1] - 131:15
**Slate** [9] - 68:4, 68:5, 68:6, 69:17, 70:11, 71:23, 97:18, 97:19, 97:20
**sliced** [1] - 132:19
**small** [3] - 11:17, 13:4, 113:21
**smaller** [1] - 102:18
**smiley** [1] - 65:9
**so's** [1] - 73:5
**so-and-so's** [1] - 73:5
**so..** [1] - 104:2
**Social** [1] - 55:4
**solicitation** [2] - 136:3, 138:21
**solicited** [3] - 104:8, 138:6, 138:19
**soliciting** [4] - 88:2, 138:5, 139:1, 142:15
**someone** [7] - 28:21, 49:24, 55:10, 57:21, 71:4, 91:12, 96:10
**sometime** [1] - 70:17
**sometimes** [3] - 96:24, 105:24, 122:9
**soon** [2] - 78:14, 130:4
**sophisticated** [1] - 14:24
**sorely** [1] - 41:6
**sorry** [38] - 10:8, 12:2, 14:21, 22:25, 30:13, 48:1, 48:23, 49:10, 58:3, 59:17, 60:8, 66:25, 72:14, 74:14, 78:2, 78:3, 78:9, 79:8, 82:3, 82:7, 84:16, 85:5, 85:23, 86:5, 86:18, 87:21, 88:25, 91:25, 95:13, 97:23, 97:25, 103:21, 112:7, 119:2, 119:25, 126:8, 139:3, 139:4
**sort** [1] - 138:2
**sounds** [3] - 78:18, 99:5, 144:16
**source** [3] - 78:25, 115:18, 115:22
**space** [4] - 15:16, 16:18, 17:1, 102:18
**spam** [1] - 78:10

**spans** [1] - 59:1
**Speaker** [4] - 48:20,
84:9, 84:14, 84:21
**speaker** [1] - 48:21
**speaking** [2] -
122:15, 141:19
**speaks** [1] - 28:21
**Special** [4] - 4:11,
4:12, 7:1, 30:2
**special** [1] - 27:20
**specialize** [1] -
119:16
**specific** [5] - 53:22,
93:3, 96:23, 122:16,
134:9
**specifically** [8] -
12:11, 50:11, 57:5,
72:3, 106:7, 113:2,
129:6, 142:10
**specifics** [1] - 122:9
**speculation** [3] -
38:23, 57:22, 91:6
**spell** [2] - 47:22,
105:20
**spend** [2] - 63:24,
133:22
**spending** [1] -
114:23
**spends** [1] - 19:10
**spent** [1] - 133:23
**splice** [1] - 14:22
**split** [2] - 33:3, 59:2
**spoken** [1] - 8:24
**spot** [1] - 36:20
**spreading** [2] - 18:9,
18:12
**spreadsheet** [6] -
61:23, 61:25, 92:21,
92:23, 94:4, 102:7
**staff** [4] - 49:2,
50:22, 64:13, 84:5
**staffer** [2] - 60:13,
60:18
**stance** [1] - 5:21
**stand** [10] - 4:12,
8:10, 34:23, 60:15,
75:16, 75:17, 76:1,
96:11, 105:13, 131:20
**standard** [4] -
104:16, 104:20,
104:22, 140:6
**standing** [4] - 4:22,
4:24, 5:4, 47:13
**standpoint** [1] -
107:15
**start** [3] - 84:11,
121:18, 134:10
**started** [5] - 34:18,
48:19, 49:1, 84:21,
84:23

**starting** [8] - 4:6,
22:12, 41:3, 71:25,
72:1, 77:8, 98:25,
135:1
**state** [11] - 49:17,
53:1, 70:7, 71:5,
95:18, 96:25, 97:7,
98:16, 105:19,
126:15, 126:17
**statement** [9] - 15:3,
16:7, 36:13, 75:7,
107:20, 107:21,
109:3, 109:16, 110:2
**statements** [4] -
14:11, 107:17, 126:6,
127:4
**states** [6] - 71:1,
71:13, 72:15, 90:3,
92:1, 131:1
**States** [9] - 2:7, 4:3,
25:11, 41:25, 105:8,
125:17, 126:2,
126:25, 146:13
**STATES** [4] - 1:1,
1:3, 1:11, 1:20
**station** [1] - 141:20
**status** [2] - 69:3,
86:9
**statute** [4] - 133:25,
134:15, 139:11,
142:13
**statutes** [1] - 126:1
**steered** [1] - 137:20
**stenographic** [1] -
146:5
**step** [7] - 35:8,
36:22, 37:14, 47:2,
105:3, 119:21, 124:20
**Steph** [1] - 95:15
**STEPHANIE** [1] - 2:2
**Stephanie** [2] - 4:15,
90:14
**stepped** [4] - 4:10,
34:19, 37:10, 37:16
**steps** [5] - 116:4,
116:12, 116:14,
117:11, 120:3
**still** [14] - 4:12, 8:15,
26:12, 57:16, 69:23,
70:16, 76:7, 77:13,
81:1, 98:20, 103:3,
105:12, 105:19,
113:20
**stipulation** [5] - 34:7,
125:3, 127:5, 127:9,
127:11
**stipulations** [1] -
125:21
**STOLARZ** [93] - 2:2,
4:14, 5:11, 6:11, 6:18,

7:9, 8:2, 10:13, 11:4,
11:9, 12:4, 14:17,
14:21, 15:9, 15:11,
22:6, 25:1, 25:3, 25:8,
25:10, 26:16, 26:25,
29:21, 32:6, 32:8,
34:3, 34:6, 35:6,
35:14, 38:10, 38:12,
38:21, 38:23, 39:18,
40:13, 42:15, 43:21,
57:22, 69:8, 74:12,
75:1, 75:4, 75:10,
76:20, 83:7, 83:9,
86:23, 87:6, 88:12,
89:5, 89:11, 89:12,
90:14, 90:16, 91:10,
93:20, 93:22, 95:15,
95:16, 98:12, 98:13,
99:12, 100:11,
100:12, 100:16,
100:24, 101:1,
101:25, 115:4, 118:2,
118:25, 119:10,
119:14, 120:1, 121:5,
121:19, 121:23,
122:7, 122:8, 123:9,
123:10, 123:24,
127:20, 127:22,
130:2, 130:6, 130:24,
132:12, 134:2, 143:4,
143:16, 143:23, 145:9
**Stolarz** [31] - 4:15,
7:3, 9:16, 10:12,
12:16, 12:25, 13:17,
13:24, 14:5, 18:19,
21:6, 24:8, 30:20,
31:11, 35:5, 35:12,
76:19, 83:6, 83:12,
102:7, 117:25,
120:14, 122:6,
130:23, 132:8, 134:1,
135:7, 136:15,
140:14, 142:9, 143:2
**stop** [4] - 16:20,
56:10, 67:2, 73:17
**stopped** [2] - 15:17,
135:25
**strategist** [1] - 32:24
**Street** [3] - 1:18,
1:21, 2:3
**strike** [1] - 85:23
**strongly** [1] - 41:6
**subcontract** [1] -
83:23
**subcontracted** [1] -
61:12
**subject** [2] - 30:10,
44:7
**submit** [4] - 55:13,
59:7, 59:19, 126:19

**submitted** [7] -
51:20, 59:23, 60:12,
62:6, 62:21, 111:25,
113:17
**subpoena** [2] - 15:5,
29:17
**subsequent** [1] -
100:6
**subset** [1] - 60:2
**substance** [1] -
73:21
**substantial** [1] -
36:21
**substantive** [2] -
4:19, 5:12
**successful** [1] -
87:18
**sufficient** [6] -
131:11, 131:24,
132:3, 134:18, 140:8,
140:19
**sufficiently** [1] -
134:6
**suggested** [5] -
68:23, 136:7, 136:8,
136:10, 142:3
**suggesting** [1] -
142:2
**Suite** [1] - 2:4
**Sullivan's** [1] - 23:5
**summarized** [1] -
140:20
**super** [1] - 41:11
**superseding** [3] -
125:23, 126:10,
126:22
**supporter** [1] -
133:21
**supports** [1] -
137:18
**supposed** [2] -
14:18, 94:24
**surprises** [2] - 5:20,
6:9
**surprisingly** [1] -
76:24
**sustain** [6] - 13:5,
13:10, 131:5, 131:11,
132:3, 140:2
**sustained** [1] - 69:9
**sustaining** [1] -
13:13
**SWORN** [3] - 8:18,
47:14, 105:14
**system** [1] - 75:6

## T

**table** [1] - 4:8

**Taylor** [7] - 68:4,
68:5, 68:6, 69:17,
70:10, 71:23, 97:20
**team** [6] - 36:23,
51:9, 68:6, 90:3,
118:9, 118:12
**technical** [1] - 10:8
**technically** [1] -
25:18
**technologically** [1] -
14:23
**Telegraph** [1] - 144:9
**television** [2] -
26:17, 141:20
**ten** [1] - 98:20
**tenders** [1] - 39:20
**Tenth** [1] - 1:16
**tenuous** [1] - 13:9
**term** [1] - 52:4
**terribly** [1] - 6:8
**testified** [11] - 8:25,
9:9, 30:23, 34:25,
37:9, 46:13, 62:25,
74:6, 87:12, 120:16,
122:18
**testify** [4] - 13:1,
38:25, 143:11, 143:14
**testimony** [11] - 8:9,
34:23, 45:3, 53:18,
73:22, 75:13, 76:25,
105:4, 135:15,
135:24, 137:4
**THE** [167] - 1:1, 1:10,
1:14, 1:21, 2:2, 3:4,
4:1, 4:2, 4:13, 5:9,
6:3, 6:12, 6:19, 7:3,
7:25, 8:3, 8:4, 8:7,
10:11, 11:5, 11:8,
11:14, 11:21, 11:24,
12:2, 12:11, 13:5,
13:13, 14:18, 14:20,
14:23, 15:10, 15:12,
15:18, 15:21, 15:24,
16:1, 16:4, 21:22,
22:7, 25:2, 25:4, 25:7,
25:9, 25:23, 26:14,
26:20, 27:3, 27:7,
29:22, 32:7, 32:9,
34:5, 34:10, 34:13,
35:4, 35:8, 35:12,
35:16, 35:20, 38:11,
38:17, 38:22, 38:25,
39:3, 39:16, 39:21,
40:17, 40:21, 42:16,
43:22, 47:2, 47:3,
47:4, 47:6, 47:12,
47:15, 57:24, 69:9,
73:16, 73:19, 74:2,
74:15, 74:25, 75:6,
75:13, 75:17, 75:21,

75:24, 76:1, 76:2, 76:5, 76:9, 76:19, 76:21, 83:6, 86:19, 86:21, 87:3, 87:4, 88:8, 88:9, 89:4, 89:9, 91:9, 99:11, 100:20, 100:23, 102:2, 105:3, 105:6, 105:12, 105:15, 115:5, 117:25, 118:24, 119:11, 119:13, 119:24, 119:25, 120:11, 121:3, 121:24, 122:2, 122:5, 123:25, 124:20, 124:22, 124:24, 125:4, 125:11, 127:14, 127:18, 127:21, 127:24, 128:1, 128:4, 129:10, 129:19, 129:22, 130:1, 130:4, 130:10, 130:12, 130:23, 132:8, 134:1, 134:3, 134:11, 134:25, 136:6, 137:5, 137:21, 138:12, 138:15, 139:6, 139:16, 139:20, 139:22, 139:24, 143:13, 143:17, 143:25, 144:4, 144:16, 145:7, 145:10

**theirs** [1] - 62:22
**then-candidate** [2] - 52:19, 103:14
**then-presidential** [1] - 65:10
**theory** [9] - 102:21, 132:12, 132:13, 132:22, 132:24, 133:12, 137:5, 138:19, 138:22
**therefore** [2] - 132:5, 142:25
**Thereupon** [4] - 47:10, 73:25, 105:10, 145:11
**they've** [7] - 132:13, 133:4, 133:6, 133:17, 133:18, 133:25
**thinking** [2] - 71:16, 136:6
**third** [5] - 41:2, 61:19, 61:21, 77:8, 91:5
**Thorns** [2] - 10:1, 10:20
**thorough** [1] - 116:24

**three** [1] - 94:6
**thresholds** [4] - 120:17, 120:18, 120:23, 121:1
**Thursday** [9] - 13:17, 18:19, 21:6, 30:23, 34:23, 37:9, 42:23, 50:17, 61:15
**ticket** [2] - 57:10, 80:6
**tickets** [12] - 30:11, 30:13, 72:6, 78:11, 78:18, 86:25, 87:5, 87:9, 92:2, 99:15, 100:7, 142:19
**tiers** [1] - 63:7
**tight** [1] - 36:20
**title** [4] - 49:9, 84:4, 106:9, 106:10
**today** [4] - 36:14, 53:18, 70:17, 105:4
**tomorrow** [3] - 4:25, 5:5, 67:4
**took** [6] - 63:11, 96:21, 98:10, 102:24, 132:18, 133:5
**top** [10] - 16:8, 21:24, 23:22, 36:25, 89:24, 91:17, 91:18, 93:23, 98:25, 99:13
**topmost** [5] - 65:2, 71:22, 78:5, 81:10, 82:5
**total** [5] - 62:11, 63:16, 68:23, 92:2, 111:10
**tour** [4] - 21:7, 21:12, 22:22, 22:23
**towards** [4] - 27:23, 80:2, 85:7, 100:2
**track** [1] - 66:22
**tracked** [1] - 102:7
**tracking** [8] - 62:2, 66:11, 66:18, 66:21, 81:24, 92:23, 93:2, 94:12
**trail** [1] - 91:18
**transcript** [2] - 146:5, 146:6
**transparency** [3] - 107:2, 107:7, 114:2
**traveling** [1] - 135:18
**treated** [1] - 28:14
**TREVOR** [1] - 1:10
**trial** [9] - 5:3, 5:16, 11:21, 83:1, 120:16, 121:6, 125:6, 128:24, 144:5
**TRIAL** [1] - 1:10
**trick** [1] - 90:12

**trier** [1] - 140:8
**trip** [2] - 41:25, 135:21
**true** [8] - 104:23, 115:18, 115:22, 117:17, 117:21, 131:9, 146:4, 146:5
**Trump** [54] - 20:21, 27:17, 27:19, 27:21, 27:23, 28:9, 28:21, 41:5, 41:11, 41:15, 42:23, 42:24, 45:8, 46:22, 48:13, 48:14, 49:5, 49:11, 49:13, 49:14, 52:20, 58:7, 60:15, 63:22, 65:5, 65:11, 80:18, 82:11, 82:12, 86:6, 88:23, 109:6, 109:7, 109:8, 109:10, 110:4, 110:5, 112:11, 113:4, 127:7, 133:19, 133:21, 136:4, 136:7, 136:8, 136:12, 136:19, 136:24, 141:13, 141:15, 141:18, 141:20
**trump** [3] - 44:8, 50:4, 112:9
**Trump's** [3] - 64:8, 103:14, 137:20
**truthfully** [1] - 28:22
**try** [2] - 7:7, 139:5
**trying** [21] - 14:6, 14:7, 15:14, 25:12, 71:12, 72:5, 72:6, 74:24, 77:24, 80:22, 90:12, 99:5, 121:8, 121:10, 132:9, 132:10, 141:3, 142:17, 143:19, 144:4
**Tuesday** [1] - 28:2
**turn** [14] - 45:15, 50:11, 51:1, 60:24, 61:20, 67:13, 69:11, 70:19, 71:21, 79:2, 79:10, 79:18, 79:24, 110:21
**turning** [8] - 22:25, 23:4, 41:18, 44:24, 51:11, 112:7, 112:10, 113:8
**TV** [4] - 7:20, 25:15, 27:22, 42:23
**twice** [1] - 93:14
**Twitter** [1] - 141:11
**two** [16] - 4:18, 7:21, 7:23, 23:7, 23:13, 28:17, 30:15, 62:17, 68:25, 72:5, 77:7,

92:2, 99:19, 125:24, 126:13, 132:1
**type** [1] - 111:25
**types** [2] - 87:1, 87:10
**typical** [1] - 85:19
**typically** [13] - 5:20, 51:15, 55:3, 62:21, 70:6, 93:3, 95:2, 103:5, 103:18, 107:21, 108:4, 113:17, 143:13

**U**

**U.S** [7] - 1:14, 1:18, 2:3, 7:18, 22:22, 23:10, 23:11
**ultimately** [1] - 140:17
**unauthorized** [1] - 110:13
**unclear** [2] - 81:2, 139:11
**unconditional** [1] - 127:8
**undated** [2] - 38:12, 38:13
**under** [10] - 8:15, 71:1, 76:7, 126:9, 132:5, 133:25, 134:14, 138:4, 138:21, 139:24
**undersigned** [1] - 125:19
**unfortunately** [1] - 36:20
**UNITED** [4] - 1:1, 1:3, 1:11, 1:20
**united** [1] - 2:7
**United** [8] - 4:3, 25:11, 41:25, 105:8, 125:17, 126:2, 126:25, 146:13
**up** [80] - 5:21, 6:10, 9:5, 10:5, 12:21, 12:24, 14:13, 17:4, 17:17, 19:5, 20:1, 21:15, 24:14, 25:7, 31:19, 33:6, 33:16, 36:21, 37:19, 38:15, 42:2, 42:25, 43:8, 44:9, 45:9, 46:4, 46:18, 47:13, 52:11, 54:9, 57:12, 57:19, 58:5, 58:8, 59:8, 60:1, 60:4, 60:7, 63:9, 63:10, 64:19, 65:6, 65:11, 66:2, 66:14,

68:16, 70:10, 72:18, 73:6, 73:10, 76:13, 77:5, 77:6, 77:22, 81:4, 95:9, 96:8, 96:14, 105:13, 108:23, 110:22, 112:11, 112:20, 113:8, 115:11, 116:2, 117:9, 120:15, 123:7, 123:16, 125:12, 128:8, 132:13, 135:22, 136:20, 137:7, 141:9, 142:10, 143:18, 144:19
**upset** [1] - 80:16
**USC** [11] - 126:1, 126:2, 126:3, 126:5, 126:6, 126:7, 126:24, 126:25, 127:1, 127:3, 131:13
**UTC** [6] - 46:11, 46:13, 74:8, 74:10, 74:19, 76:24

**V**

**vague** [2] - 89:3, 119:23
**various** [3] - 23:20, 30:24, 90:23
**Vasilenko** [69] - 7:19, 8:24, 9:3, 14:1, 18:14, 18:25, 19:3, 19:14, 19:22, 20:18, 20:21, 20:25, 21:8, 21:13, 22:21, 26:1, 26:5, 29:4, 41:24, 56:21, 56:25, 57:3, 59:24, 62:17, 68:15, 69:5, 69:18, 71:3, 81:13, 82:9, 82:18, 83:2, 92:11, 92:14, 93:17, 95:23, 96:10, 97:9, 97:13, 98:1, 98:9, 98:16, 98:22, 99:7, 100:5, 103:7, 132:10, 132:24, 132:25, 133:12, 134:22, 135:1, 135:12, 135:14, 135:17, 136:8, 136:14, 136:20, 136:23, 137:16, 138:2, 138:7, 138:9, 138:16, 138:23, 139:7, 139:13, 141:5, 142:4
**Vasilenko's** [18] - 13:7, 13:25, 17:21, 18:20, 20:6, 20:11,

24:9, 57:6, 59:6, 59:16, 59:21, 69:3, 132:14, 133:1, 134:12, 135:7, 140:16
**vehicle** [1] - 49:20
**verify** [1] - 78:21
**versus** [3] - 4:3, 62:3, 141:12
**via** [2] - 68:13, 97:8
**vice** [1] - 4:21
**Victory** [12] - 20:21, 45:8, 48:13, 48:14, 49:5, 49:11, 49:14, 58:7, 110:4, 110:5, 112:9, 112:11
**video** [1] - 136:23
**viewed** [3] - 139:14, 140:7, 140:10
**viewing** [1] - 134:4
**violating** [2] - 125:25, 126:24
**violations** [2] - 106:18, 126:9
**Virginia** [1] - 17:13
**virtual** [1] - 16:18
**vitals** [26] - 54:22, 54:23, 55:2, 55:6, 55:10, 55:17, 59:6, 59:15, 59:20, 59:23, 60:1, 62:5, 62:14, 62:15, 62:20, 92:18, 93:16, 93:17, 93:23, 93:24, 94:3, 94:9, 94:11, 102:8, 102:13, 102:19
**volumes** [1] - 54:4
**voluntarily** [1] - 137:23
**volunteer** [2] - 36:23, 37:7
**vote** [1] - 133:19
**vs** [1] - 1:5

## W

**wait** [1] - 5:9
**waiting** [1] - 143:23
**walk** [2] - 134:7, 134:23
**walked** [1] - 138:11
**wants** [5] - 92:1, 133:23, 134:9, 139:8, 144:24
**warrant** [8] - 22:2, 24:22, 31:3, 32:2, 33:13, 33:24, 42:11, 43:17
**warrants** [1] - 30:24
**Warrington** [3] -

143:7, 144:6, 144:9
**Washington** [9] - 1:6, 1:16, 1:19, 1:22, 2:4, 2:9, 16:15, 106:6, 146:14
**Wasserman** [4] - 4:9, 124:1, 124:24, 144:19
**WASSERMAN** [27] - 1:20, 105:8, 105:18, 108:23, 109:1, 110:21, 110:23, 111:17, 111:18, 115:6, 117:24, 118:23, 119:8, 119:23, 120:9, 120:14, 121:16, 121:22, 121:25, 124:2, 124:4, 124:19, 129:13, 129:21, 129:25, 130:7, 136:9
**waterfall** [1] - 50:1
**Wead** [35] - 9:17, 9:20, 9:23, 10:2, 10:20, 10:21, 12:22, 14:5, 14:7, 15:14, 17:23, 18:1, 18:19, 18:24, 19:2, 19:18, 19:21, 20:4, 22:18, 22:20, 23:9, 23:25, 24:19, 28:12, 62:18, 69:19, 81:15, 92:2, 93:17, 95:23, 98:17, 136:7, 136:10, 142:3
**Wead's** [12] - 7:15, 11:15, 13:6, 14:10, 16:25, 17:2, 17:15, 20:12, 56:7, 57:18, 82:9, 82:18
**website** [10] - 13:22, 13:25, 16:10, 16:12, 16:16, 113:25, 114:4, 114:7, 123:20, 124:5
**Wednesday** [1] - 30:15
**week** [6] - 8:23, 23:14, 45:4, 46:13, 69:22, 97:1
**weekend** [1] - 8:8
**weigh** [1] - 140:4
**welcome** [2] - 8:7, 76:5
**White** [1] - 22:23
**whole** [6] - 12:20, 23:19, 26:3, 26:4, 41:1, 118:9
**wife** [1] - 36:8
**willfully** [4] - 137:22, 138:12, 142:12, 142:22
**willfulness** [2] -

129:14, 129:17
**willing** [1] - 136:17
**win** [1] - 41:5
**window** [1] - 114:22
**Winter** [1] - 121:11
**wire** [3] - 17:21, 46:25, 67:3
**withdraw** [1] - 35:6
**withdrawing** [1] - 35:12
**withdrew** [1] - 18:3
**Witness** [2] - 105:5, 124:23
**witness** [34] - 4:12, 5:3, 10:5, 10:7, 10:10, 13:15, 14:13, 21:16, 21:21, 24:15, 29:9, 31:19, 33:7, 37:19, 39:15, 40:2, 42:2, 43:9, 47:5, 47:7, 50:9, 54:9, 55:24, 56:18, 58:19, 67:21, 74:12, 75:16, 76:1, 85:23, 105:7, 132:1, 140:4
**WITNESS** [14] - 8:18, 21:22, 39:3, 47:3, 47:14, 76:1, 76:9, 86:21, 87:4, 88:9, 105:14, 119:13, 119:25, 124:22
**witnesses** [1] - 132:1
**WITNESSES** [1] - 3:4
**won** [1] - 141:15
**Woodstone** [3] - 111:5, 112:17, 113:12
**word** [2] - 96:16, 137:22
**Workplaces** [4] - 15:3, 16:7, 16:17, 16:20
**works** [3] - 49:19, 67:2, 76:25
**world** [1] - 86:12
**worried** [1] - 99:4
**write** [19] - 19:10, 22:20, 23:25, 28:1, 32:22, 37:1, 44:16, 67:6, 68:13, 69:18, 70:25, 71:23, 72:13, 77:13, 80:1, 82:7, 91:7, 93:9, 97:25
**writes** [6] - 46:22, 60:10, 65:4, 70:15, 78:9, 96:15
**writing** [1] - 91:12
**written** [6] - 28:5, 36:9, 40:9, 40:25, 44:7, 54:19
**wrote** [9] - 9:23, 23:8, 64:16, 64:17,

66:10, 66:25, 69:1, 96:1, 100:5

## Y

**year** [4] - 88:18, 111:9, 111:12, 119:7
**years** [1] - 106:21
**yesterday** [2] - 65:8, 66:11
**York** [2] - 1:15, 90:19
**yourself** [5] - 47:21, 81:12, 89:13, 99:23, 104:17
**yourselves** [1] - 4:6

## Z

**ZIP** [2] - 114:12, 124:9
**zoom** [3] - 17:6, 19:6, 22:12