```
 1                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA
 2
      * * * * * * * * * * * * * * *    )
 3    UNITED STATES OF AMERICA,        )      Criminal Action
                                       )       No. 21-00569
 4                   Plaintiff,        )
                                       )
 5       vs.                           )
                                       )
 6    JESSE R. BENTON,                 )      Washington, D.C.
                                       )      November 15, 2022
 7                   Defendant.        )      9:32 a.m.
                                       )
 8    * * * * * * * * * * * * * * *    )

 9

10                        JURY TRIAL - DAY 4
             BEFORE THE HONORABLE TREVOR N. McFADDEN,
11                   UNITED STATES DISTRICT JUDGE

12

13    APPEARANCES:

14    FOR THE GOVERNMENT:     REBECCA G. ROSS, ESQ.
                              U.S. DEPARTMENT OF JUSTICE
15                            PUBLIC INTEGRITY SECTION
                              1301 New York Avenue
16                            Tenth Floor
                              Washington, D.C. 20530
17
                              MICHELLE PARIKH, ESQ.
18                            U.S. DEPARTMENT OF JUSTICE
                              1331 F Street, Northwest
19                            Washington, D.C. 20005

20                            MICHELLE WASSERMAN, ESQ.
                              UNITED STATES ATTORNEY'S OFFICE
21                              FOR THE DISTRICT OF COLUMBIA
                              555 Fourth Street, Northwest
22                            Eleventh Floor
                              Washington, D.C. 20530

23

24

25
```

```
1    APPEARANCES, CONT'D:

2    FOR THE DEFENDANT:        BRIAN W. STOLARZ, ESQ.
                               STEPHANIE METHERALL, ESQ.
3                              NORTON ROSE FULBRIGHT U.S., LLP
                               799 Ninth Street, Northwest
4                              Suite 1000
                               Washington, D.C. 20001
5

6    REPORTED BY:             LISA EDWARDS, RDR, CRR
                              Official Court Reporter
7                             United States District Court for the
                                District of Columbia
8                             333 Constitution Avenue, Northwest
                              Room 6706
9                             Washington, D.C. 20001
                              (202) 354-3269
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                              I N D E X

2

3     Closing Arguments by Ms. Wasserman                Page 5

4     Closing Arguments by Mr. Stolarz                  Page 37

5     Rebuttal Closing Arguments by Ms. Parikh          Page 68

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    THE COURT:  Good morning.
 2                    THE COURTROOM DEPUTY:  Your Honor, this is
 3      Criminal Case 21-569, the United States of America versus
 4      Jesse R. Benton.
 5                    Counsel, please come forward to identify
 6      yourselves for the record, starting with the Government.
 7                    MS. ROSS:  Good morning, your Honor.  Rebecca Ross
 8      on behalf of the United States.  I'm joined at counsel table
 9      by Michelle Parikh, Michelle Wasserman and Lauren Fastenau.
10      And at the back bench is Special Agent Erin Phan and Special
11      Agent Carolyn Nakamura.
12                    THE COURT:  Good morning, ladies.
13                    MR. STOLARZ:  Good morning, your Honor.  Brian
14      Stolarz on behalf of Mr. Benton, who's present, along with
15      Stephanie Metherall.  Good morning.
16                    THE COURT:  Good morning, folks.
17                    All right.  I think we're ready to bring in the
18      jury for closing arguments.
19                    While we're doing that, I received a draft verdict
20      form from the parties last night.  I take it both parties
21      are comfortable with this form.
22                    Ms. Ross?
23                    MS. ROSS:  Yes, your Honor.
24                    THE COURT:  And Mr. Stolarz?
25                    MR. STOLARZ:  Yes.  Thank you.
```

```
 1                    THE COURT:  Great.  We'll send that back with a
 2         few copies of the indictment and the final jury instructions
 3         after arguments.
 4                    THE COURTROOM DEPUTY:  Jury panel.
 5                    (Whereupon, the jury entered the courtroom at 9:34
 6         a.m. and the following proceedings were had:)
 7                    THE COURT:  Good morning, folks.  Welcome back.
 8         Please have a seat.
 9                    We are ready now to hear from the attorneys in
10         their closing arguments.  The Government will go first.
11                    Ms. Wasserman?
12                    MS. WASSERMAN:  In the waning days of the 2016
13         election, two experienced Republican political operatives,
14         the Defendant, Jesse Benton, and his co-conspirator, Doug
15         Wead, conspired together and worked together to funnel
16         $25,000 of a Russian foreign national's money to Trump
17         Victory.  This was money that you heard from Sarah Robinson
18         Burnett went straight into the presidential campaign at a
19         time when fundraising was crucial.  This was money that
20         violated that longstanding principle that United States
21         elections are for us only, a principle that Doug Wead and
22         Jesse Benton knew well.
23                    In opening statement, defense counsel told you
24         that a picture is worth a thousand words.  Well, ladies and
25         gentlemen, this picture, Government's Exhibit 44, was worth
```

1    a $25,000 political contribution.

2              And there's no question that in 2016, Jesse Benton

3    knew the law.  He knew what he was doing.  He knew what he

4    was doing was wrong.  Because, as you heard, by 2016, he was

5    an experienced political operative, somebody who had worked

6    as the campaign manager for Mitch McConnell on his Senate

7    campaign, for Rand Paul on his Senate campaign, who had been

8    chairman of Ron Paul for President in 2012 and who in 2016

9    was working as chief strategist for Great America PAC, a

10   super PAC working to help elect Donald Trump.

11             The Defendant by his own admission -- and this is

12   Government's Exhibit 1 -- in 2016 was an experienced

13   political operative and someone with deep experience in

14   political fundraising.

15             And you heard from Sarah Robinson Burnett that the

16   prohibition on foreign national contributions and that

17   prohibition on conduit contributions, those were well-known

18   by political fundraisers.  Those were well-known and are

19   well-known by individuals who worked as campaign managers.

20   They're well-known.  Those are two categories of people that

21   include the Defendant.

22             The Defendant knew the law.  He knew the rules of

23   the road in 2016.  He knew those rules and he chose to break

24   them.

25             Now you also heard about his co-conspirator, Doug

1    Wead, pictured here in Government's Exhibit 12.  And you

2    heard that he was also by 2016 an experienced political

3    operative, someone with decades of experience in politics,

4    someone who also knew the law, who also knew those critical

5    prohibitions.  He also knew the rules of the road.

6         So what you saw -- and this is on Government's

7    Exhibit 43 -- he was also working in 2016 to help elect

8    Donald Trump.  And that's relevant for your purposes, ladies

9    and gentlemen, because it goes to the intent and the motive

10   of these two men when they funneled Roman Vasilenko's money

11   into the 2016 presidential election.

12        So on September 12th, 2016, as you saw, these two

13   men connect for the first time on this matter.  This is the

14   moment of agreement.  These two phone calls at 9:37 a.m. and

15   9:48 a.m. on September 12, 2016, this is the moment the

16   conspiracy is born.  This is the moment the plan is hatched.

17        And you know that because on September 11th, 2016,

18   the day before, that's when Doug Wead sends that email to

19   Olga Kovalova.  "What about Donald Trump?"

20        And the very next day, September 13th, that's when

21   Jesse Benton reaches out to the RNC for the first time

22   asking about a fundraising event for his friend in the

23   Caribbean.

24        This is the moment that the conspiracy is born.

25   This is the moment where they reach their illicit agreement.

1          And make no mistake, ladies and gentlemen:  This

2     plan was a win-win.  Doug Wead and Jesse Benton got to

3     funnel money, a significant amount of money, to their

4     preferred candidate at a time when fundraising was crucial;

5     and, as you saw, they got to keep some money for themselves.

6     Doug Wead got to keep that $80,000 that Roman Vasilenko

7     initially sent him.  It was initially 100, but he returned

8     20.  He got to keep that money.  And Jesse Benton?  Well,

9     you saw what he did.  He skimmed $75,000 off the top.

10          So they got to keep money and they got to also

11     funnel money towards their preferred political candidate.

12     Greed and a political contribution:  That's what this case

13     is about.

14          And it's clear from the very beginning of this

15     conspiracy that the Defendant knows that this is going to be

16     a political contribution.  You saw in Government's Exhibit

17     9, the day after that critical phone call, the day after the

18     conspiracy was formed and the plan was hatched, what does

19     the Defendant do?  He reaches out to the RNC and asks about

20     a funder.  A fundraising event.  And he says his friend

21     caught the Trump bug, that his friend is supporting Donald

22     Trump.  A fundraising event.

23          He doesn't ask the RNC:  Is there a campaign stop

24     or a rally where the guy can get a picture for free?

25          He specifically asks about a fundraising event,

 1    because from the beginning the intention, the plan here, was

 2    for Roman Vasilenko to make a political contribution of that

 3    money to be funneled into the campaign.

 4            And you know in this -- you know in Exhibit 9 that

 5    he's talking about Roman Vasilenko because the dates that he

 6    suggests, September 21st and September 27th, line up almost

 7    exactly with the dates that Roman Vasilenko was traveling to

 8    the United States.  He was here September 20th through

 9    September 27th.  You know that he's talking about Roman

10    Vasilenko from the beginning.

11            But, of course, as you saw in Government's Exhibit

12    9, the Defendant leaves out a pretty crucial fact in that

13    initial email and literally all of his emails with the RNC.

14    He leaves out the fact that his friend is a Russian-born

15    national.  He never tells them that fact.

16            In fact, he lies to the RNC.  You saw that.  He

17    says that his friend, an individual who he never meets, who

18    is not his friend, spends most of his time in the Caribbean,

19    a fact that you saw was false.  He leaves out the critical

20    fact.

21            And you know that he knows by this point that the

22    Defendant -- that Roman Vasilenko; excuse me -- is a Russian

23    foreign national.

24            On cross-examination, defense counsel suggested,

25    Well, we don't know what Doug Wead told him.

1          You absolutely know what Doug Wead told him,

2     because two days later, he writes that email, Defendant's

3     Exhibit 13, to his friend, David Warrington, and he says:  I

4     want to buy a ticket for a Russian citizen.  Just two days

5     later.  The Defendant knew from the very beginning that

6     Roman Vasilenko was a Russian citizen and he was nonetheless

7     reaching out to the RNC to find a fundraiser for him to

8     attend.

9          And you also know from the very beginning that the

10    Defendant knew and understood that this event was going to

11    cost money and that Roman Vasilenko was going to be the one

12    making that contribution, because as you saw, Government's

13    Exhibit 11, that same day, September 13th, 2016, when he

14    initially reaches out to the RNC, he follows up:  "What

15    would be the minimum giving level?"  And then he follows on

16    in a sentence:  "Not that that's all he'll give, but he'll

17    ask me."

18         From the beginning, he's clear with the RNC:

19    Somebody else is going to be giving the money and he knows

20    this event's not free.  It's going to cost money, which

21    makes sense.  It's a political fundraiser in the closing

22    days of the 2016 campaign.  Fundraising is crucial.  Of

23    course the event is going to cost money.

24         And you know in this email he talks about how

25    someone else is going to make the contribution.  And you've

1    heard throughout this case that the Defendant told a lot of

2    lies.  We're going to cover those later.  But in this email,

3    this is one time where he tells the absolute truth:  Roman

4    Vasilenko does make a contribution.  You saw on September

5    19th and 20th, Roman Vasilenko wired the money to Titan

6    Strategies, the bank account for Defendant's business that

7    he had sole signatory authority over.  He wires him the

8    money, a total of $100,000.

9            And that's critical, ladies and gentlemen, because

10   even though on September 13th he tells the RNC -- he's

11   talking to the RNC about attending a fundraiser, he doesn't

12   actually commit to buy the tickets until September 21st --

13   and that's Government's Exhibit 25 -- the day after all of

14   the money arrives at his bank account.  He doesn't agree, he

15   doesn't actually request the tickets from Sarah Robinson

16   Burnett, until he has all of the money.  And as you can see

17   from the very beginning, even though Vasilenko wired

18   $100,000 from the very get-go, he was planning on taking

19   50,000 for himself.

20           And that makes sense, ladies and gentlemen,

21   because as you saw -- this is Government's Exhibit 63 -- the

22   Defendant couldn't actually make the contribution himself

23   the day that he committed to it -- or before.  Excuse me.

24   He couldn't actually make the contribution himself until he

25   had Roman Vasilenko's money.

1              You saw on September 12th, the day of that first

2      conversation, the day that the minds met, the plan was

3      hatched, he only had $5400 in his bank account.  So of

4      course it had to be Roman Vasilenko's money that was going

5      to this contribution.

6              And on September 18th, the day before Roman

7      Vasilenko's money hits his account, he only has $8600.  The

8      only way he can pay for those tickets is with Roman

9      Vasilenko's money.  There's no other way.

10              And you know that from the very beginning he

11      intended to use Roman Vasilenko's money to make this

12      contribution, because you heard from Sarah Robinson Burnett

13      that best practices at an event like this would be to

14      collect the contribution ahead of time, that that's best

15      practices.

16              And as an experienced political fundraiser, Jesse

17      Benton is going to know that.  He knows and is expecting

18      they're going to ask for the money before the event.  And he

19      can't afford it.  He's not paying for it himself.  His plan

20      from the beginning is to use Roman Vasilenko's money to make

21      that political contribution.

22              And of course, because of that, because the money

23      belongs to Roman Vasilenko, the Defendant has a pretty big

24      problem, because that form, Government's Exhibit 58, is a

25      lie.  This is the form that he submitted ultimately to

1    Caitlin Franklin with the contributor information.

2         Instead of putting Roman Vasilenko's name on

3    there, the Defendant put his name, his occupation, his

4    address, his personal credit card information.  He lied.

5         And as you heard from Sarah Robinson Burnett, if

6    he had filled this out for a foreign national, the foreign

7    national's information, they would have rejected the

8    contribution.  They would have returned the contribution and

9    flagged it for legal.  He has to lie for the scheme to work.

10   He has to lie.

11        And because he lied on this form, Trump Victory

12   accepted his money.  And then you heard about that

13   waterfall, that after Trump Victory gets the money, it then

14   distributed it, $2700 to the Trump campaign and the rest of

15   the money to the RNC, directly into the campaign for

16   president at a time when fundraising was crucial.

17        So because he lied on the form, Roman Vasilenko's

18   money was able to go to those three committees.  And because

19   he lied on this form, the RNC, Trump Victory and the general

20   Trump campaign, who rely on the truthfulness of this form

21   for their FEC reporting, they filed false reports.  They

22   report that Jesse Benton is the contributor, when that's a

23   lie, when the true contributor is Roman Vasilenko.

24        And because they file false reports unwittingly,

25   because he causes them to file those false reports, you

1    heard from Michael Hartsock the FEC can't do their important

2    work:  making sure that the election laws are followed,

3    preventing against foreign influence, preventing against

4    foreign contributions and ensuring the transparency of that

5    information, the transparency of who is actually

6    contributing to this nation's elections for the American

7    public.  The FEC can't do their job.

8         Because the Defendant lied on this form and

9    because of all of the other evidence you've heard in this

10   case, you can find the Defendant guilty of Count 2, which is

11   soliciting and causing a foreign national contribution;

12   Count 3, which is the conduit contribution, because he made

13   this contribution in his name instead of the name of a true

14   contributor; Counts 4, 5 and 6.  Those are the causing false

15   records counts, the counts that involve the fact that he

16   caused the RNC, Trump Victory and the Trump campaign to file

17   those false reports with the RNC.

18        And of course, there is no question that the

19   Defendant and Doug Wead knew that Roman Vasilenko was a

20   Russian foreign national.  I mean, they had his passport.

21   It's Government's Exhibit 22.  That's the reason for the

22   scheme.  That's why they had to do everything that they did,

23   because they knew he was a Russian foreign national and he

24   could not legally contribute.

25        And so in order to get his money into the

1      political process, they used Jesse Benton as a conduit to

2      make an illegal foreign national contribution and a conduit

3      contribution.  That's -- that was the heart and soul of the

4      scheme.  That's why they hatched their plan.

5              And you know, as you saw in the evidence

6      yesterday, that the Defendant was actively working to

7      influence the election.  There's no question.

8              As you saw, Government's Exhibit 87, on September

9      12th, 2016, the very same day as those two critical phone

10     calls, the very day that this plan was hatched, Jesse Benton

11     writes his friend, Eric Beach, who is running Great America

12     PAC at the time, and another gentleman by the name of Brent

13     Lowder.  And he emails them and says:  "Trump has been dark

14     on TV since Thursday (no money).  Right now, it appears like

15     there are literally no pro-Trump groups up right now.  The

16     need for air cover is acute."

17             He needs money.  He needs advertisements.  He

18     needs media coverage.  The Defendant knew on September 12th

19     the campaign needed money.

20             And that very next day, he gets the list of Trump

21     Victory fundraisers from Cara Mason.  That's Government's

22     Exhibit 10.  He gets that so he can figure out an event for

23     Roman Vasilenko to attend.  That happens the very next day.

24             What does he do with that?  He forwards it back to

25     Eric Beach.  That's Government's Exhibit 88:  "Might be

1     helpful."

2              And what happens on September 14th, 2016?  "Roman

3     is happy and ready to wire his donation."

4              The Defendant was absolutely soliciting a

5     contribution from -- the Defendant, working with Doug Wead,

6     were absolutely soliciting a political contribution from

7     Roman Vasilenko for the purpose of influencing the election.

8              Now, the Defendant is charged in this case with

9     six counts:  conspiracy; soliciting and causing a

10    contribution by a foreign national; contributions in the

11    name of another, which is another fancy way of saying

12    conduit contributions; and three counts of causing false

13    entry in a record, which is sometimes also called causing

14    false records.

15             Now, as previously discussed, because of that

16    false contributor form, because the Defendant lied on that

17    contributor form and because of all of the other evidence in

18    this case, you can find the Defendant guilty of Counts 2, 3,

19    4, 5 and 6.  But I'm going to focus for a minute on

20    conspiracy.

21             Now, the judge instructed you yesterday that

22    conspiracy is a kind of partnership in crime.  And the heart

23    of a conspiracy is that illicit agreement.  It is the

24    agreement between two people to commit a crime.

25             And here, as you're going to see on your verdict

1    form, there are three alleged objects of the conspiracy,

2    three crimes that the United States alleges that these two

3    men -- and we've proven -- that these two men agreed to

4    commit.  It's the solicitation and causing of that foreign

5    national contribution, the conduit contribution and the

6    false entry in records.

7         You only -- to find that the conspiracy existed,

8    you only need to agree on one.  You only need to find that

9    these two men agreed to commit one crime.  But the United

10   States has proven all three to you.

11        Once you find that meeting of the minds and that

12   the Defendant joined that agreement, you only need to find

13   that they did one overt act in furtherance of the

14   conspiracy.  One act, because that's the crime of

15   conspiracy.  The underlying crime never has to be committed.

16   The crime of conspiracy is complete when you have that

17   criminal agreement; the Defendant joins the conspiracy

18   knowing of its object and one co-conspirator commits one

19   overt act.

20        And under conspiracy law, co-conspirators are

21   responsible for each other's acts taken in furtherance.  So

22   if -- when Jesse Benton does something in furtherance of the

23   conspiracy, Doug Wead is responsible for it.  And when Doug

24   Wead does something in furtherance of the conspiracy, Jesse

25   Benton is responsible for it, even if they don't know about

1    what each other is doing, even if they're not involved.

2              And under conspiracy law, co-conspirators are also

3    responsible for each other's crimes.  So if Doug Wead

4    commits a crime, Jesse Benton -- in furtherance of the

5    conspiracy, Jesse Benton is responsible for it, and vice

6    versa.

7              So colloquially, this is sometimes called "In for

8    a penny, in for a pound."  Once you're in a conspiracy,

9    you're in for a penny, in for a pound.  You're responsible

10   for everything that happens in furtherance of that

11   conspiracy that's reasonably foreseeable.

12             Now, ladies and gentlemen, you have seen

13   significant evidence of the criminal agreement between Doug

14   Wead and Jesse Benton and you've seen significant evidence

15   of overt acts taken by each of these gentlemen in

16   furtherance of that conspiracy.

17             Now, as you saw, everything begins September 11th,

18   2016.  This is before that moment of agreement.  Doug Wead

19   leaves a voicemail for Jesse Benton.

20             The next day -- that same day; excuse me -- Doug

21   Wead emails Olga Kovalova for the first time suggesting

22   Donald Trump.  This is Government's Exhibit 7.

23             And then the very next day, September 12th, those

24   two calls, those two calls, those are an overt act in

25   furtherance of the conspiracy.  That moment of the meeting

1     of the minds:  an overt act.

2            And there's no transcript of what happened during

3     those calls.  But you can infer what those two gentlemen

4     discussed, because the very next day, the first thing in the

5     morning, Doug Wead writes Olga Kovalova back.  That's

6     Government's Exhibit 8.  "My source says yes, it will

7     happen.  But no details yet."  The response to her question

8     about Donald Trump.

9            His source, Jesse Benton, says it will happen.

10    What's "it"?  The meeting between Roman Vasilenko and Donald

11    Trump.  The fundraiser.

12            And this, again, is another overt act in

13    furtherance of the conspiracy.

14            And you know again at the very beginning that the

15    criminal agreement was that Roman Vasilenko's attending a

16    fundraiser and he's going to make the political contribution

17    because that very next day, the same day that Doug Wead is

18    talking to Olga Kovalova or emailing with Olga Kovalova,

19    Wead leaves a voicemail, 2:10 p.m., checking in.

20            And then Jesse Benton sends that email to the RNC

21    asking about a funder, asking about a funder for Roman

22    Vasilenko to attend.

23            From 4:01 until about 4:34, there was a number of

24    emails between Benton and the RNC.  He's gathering details.

25    "What's the minimum giving level?"  Again, you know from the

1    beginning that this is the intention, that Roman Vasilenko's

2    attending a fundraiser, making a contribution, because the

3    day after that critical conversation he's asking:  How much

4    is it going to cost?  And you know Jesse Benton doesn't

5    intend to pay for it himself.

6          He asks if there's a photo op in Philly or no.

7    That's Government's Exhibit 11.

8          And then what does Jesse Benton do?  Well, he does

9    what you would expect him to do.  He's part of a conspiracy.

10    He leaves a voicemail for Doug Wead, calls back reporting

11    back with the information he's gathered, because they're

12    part of a conspiracy because they've agreed.

13          At 7:03 p.m., Wead calls Benton.

14          And then the very next day, after they gather the

15    information, "I've talked to Roman.  He's happy and ready to

16    wire his donation."  This is the criminal agreement, ladies

17    and gentlemen.  They agree.  Jesse Benton gathers the

18    information and then Roman Vasilenko is ready and happy to

19    wire his donation.

20          And you know that everyone knows what's going on

21    here, that they know what it's for, because on September

22    14th, 2016, Jesse Benton writes back to the RNC:  "We'd like

23    to do the Philly event on September 22nd."  He confirms this

24    event.

25          But, of course, there's a problem.  Roman

1    Vasilenko may be ready and happy and ready to wire his

2    donation.  But he can't contribute directly.  He can't wire

3    his money directly to Trump Victory.

4              You heard from Sarah Robinson Burnett what would

5    happen.  They would flag that to legal and they would return

6    the money.  Then the gig is up.  Then they're caught and

7    then the money doesn't go where they intend it to go.  It's

8    not going to go into the campaign.

9              So what are they going to do?  Well, you saw

10   exactly what they did.  On September 15th, Benton calls

11   Wead; and then an email a few minutes later, Government's

12   Exhibit 17, sending Jesse Benton's banking information, the

13   banking information for his business, because what's going

14   to happen, the plan here, is that Roman Vasilenko is going

15   to wire the money to Jesse Benton, who will make the

16   contribution as a conduit, because that's the only way that

17   this works.

18             But, of course, they need to have a cover.  How

19   are they going to cover their tracks?  And so they talk

20   about an invoice.

21             But as you saw, on September 15th -- and there's a

22   lot of back-and-forth about this email -- Jesse Benton

23   doesn't even know who's to be invoiced, who's going to be

24   invoiced.  If this is a legitimate business relationship, of

25   course he knows who his client is.  He doesn't even know who

1     is supposed to be invoiced.

2              September 16th, Wead called Benton; and then

3     again, a few minutes later, the plan.  They talk on the

4     phone on September 16th at 10:12 a.m. and then a few minutes

5     later, Doug Wead sends the email with the plan.

6              Now, this plan, this is just the cover story.

7     This is two days after Roman Vasilenko is ready to wire his

8     donation.  It's the day after Jesse Benton is sent his

9     wiring details.  They need to come up with a reason.  How

10    are they going to explain why Roman Vasilenko, a Russian

11    foreign national, is wiring $100,000 to an American

12    political consultant?  What's the reason for that?

13             They come up with a plan.  But you know this plan

14    is nonsense.  You know this isn't true.

15             The Defendant never did any consulting work for

16    Roman Vasilenko.  You heard that.  There's no evidence of

17    any consulting work.  The Defendant didn't even attend the

18    charity -- the supposed charity awards dinner, which was 14

19    people at the Maggiano's in Tysons Corner.  He didn't attend

20    it.  He didn't even go to Washington, D.C.  He never met

21    with Roman Vasilenko.  The Defendant didn't do consulting

22    work for Roman Vasilenko.

23             This email is just the cover story that they come

24    up with several days after they've hatched their plan.

25             And so on the 19th of September, Vasilenko wires

1    the first $49,000.  And you know that the discussion of an

2    invoice is totally bogus because the first 49,000 went

3    without an invoice.  The whole point of the invoice, as you

4    saw through the emails, was just to allow Roman Vasilenko to

5    wire the money.  They needed something so the bank would let

6    him wire the money so the bank thought it was legit.  And he

7    sent 49,000 without an invoice.

8            And then Doug Wead writes back to Jesse Benton and

9    says, Well, it wouldn't hurt to give him an invoice.

10           Think about that for a second.  The man sent

11   $100,000 for purported consulting services and didn't even

12   want a receipt?  Of course not.  It's not real.  The invoice

13   that you saw is a lie.  It's part of the cover story, part

14   of these two men covering their tracks.  Another overt act.

15   Another sign of the conspiracy.

16           But what's interesting about this invoice, which

17   is dated September 16th, is that the Defendant has Roman

18   Vasilenko's name and his address, the information that the

19   RNC wanted.  The RNC asked for Roman Vasilenko's

20   information, and the Defendant absolutely had it.  There was

21   just no evidence that he ever provided that information.

22           And so the Defendant provides this fake invoice

23   for consulting services that are never rendered for awards

24   that are -- that's 14 people at a restaurant and it costs

25   $1200.

1          That same day, Wead calls Benton.  And the very

2     next day, Vasilenko wires the rest of the money.  $51,000.

3     A total of $100,000.

4          On September 20th, Wead starts blowing up Benton's

5     phone.  He texts Benton twice and leaves three voicemails.

6     Why?  Well, September 20th is the day that Roman Vasilenko

7     arrives in the United States.  They don't have the tickets

8     yet.  They don't have anything set up.  So he's calling the

9     Defendant.

10          And again, the next morning, at 7:47 a.m., pretty

11     early, he leaves another voicemail for the Defendant.

12          What happens next?  The Defendant emails Sarah

13     Robinson Burnett:  "We'd like two tickets to the Philly

14     roundtable."  He finally asks for the tickets after he's

15     sure all of Roman Vasilenko's money is in his account, after

16     he has the money he intends to pass on as a conduit.

17          On the 21st, they call three times.  They text

18     three times during this afternoon.  You'll see that they're

19     doing some logistics.

20          And then at 6:54 p.m., another email to the RNC

21     asking some questions:  Can they take photos?

22          And at 7:09 p.m., Benton books the car service for

23     Roman Vasilenko.  This is Government's Exhibit 54.  And this

24     is really interesting, ladies and gentlemen, because

25     although Benton makes the reservation, you see he says that

1    the passenger's name is Doug Wead, but there's three

2    passengers, he uses Roman Vasilenko's credit card to pay for

3    it.  Jesse Benton makes the reservation, but he has Roman

4    Vasilenko's credit card information.

5            So even though he supposedly -- Roman Vasilenko

6    supposedly paid $100,000 for consulting services, that

7    apparently didn't include the several-hundred-dollar car

8    service.

9            But more than that, what this means is that the

10   Defendant had Roman Vasilenko's credit card number.  If he

11   had wanted to fill out the contributor form correctly, if he

12   had wanted to fill that out with the credit card for the

13   actual contributor, he could have done it.  He had that

14   information.

15           But he didn't.  He lied.

16           The morning of the event, after you saw a number

17   of requests for this information, the Defendant finally

18   sends Caitlin Franklin Roman Vasilenko's name.  And you

19   heard from Ms. Franklin that that information is critical

20   because, without the name, he's not getting into the event.

21           But there is no evidence that the Defendant

22   provided anything else.  There's no evidence the Defendant

23   ever provided that requested vitals information for Roman

24   Vasilenko.  No evidence.  There's no evidence that he

25   contacted the Secret Service.  None.

1    And you know that that -- he didn't provide that

2    information because you heard from Sarah Robinson Burnett

3    and Caitlin Franklin:  The Russian national would have

4    raised red flags.  Although allowed to attend the events,

5    that's something that would have caught people's attention.

6        The Defendant didn't want to catch people's

7    attention.  He didn't want to raise red flags, because then

8    the gig is up then their scheme is caught.

9        At 9:39 a.m., Wead called Benton.  During that

10   phone call, he emails that passport.  That's Government's

11   Exhibit 22.  Again, no evidence that the Defendant ever

12   passed that on to the RNC.

13       And then of course on September 22nd, 2016, at

14   6:07 p.m., while the event is occurring, during the event,

15   Doug Wead calls Jesse Benton, checking in, telling him how

16   it's going.

17       Ladies and gentlemen, you have significant

18   evidence of the conspiracy from emails after the conspiracy

19   as well.  You saw in Government's Exhibit 43 Doug Wead

20   writes Jesse Benton after the event, when those photos still

21   have not arrived, when Jesse Benton hasn't yet made that

22   contribution:  "I think I could have gotten a couple more

23   $100,000 donations, but how can I do it when I know they

24   won't get their photos?"

25       Doug Wead admits in this email that what they've

 1    just done, what -- the money that they got from Roman

 2    Vasilenko was meant to be a $100,000 donation, a

 3    contribution.  This is him admitting that.

 4            And the Defendant?  He doesn't write back and say:

 5    "What are you talking about?  $100,000?  That was a

 6    consulting fee.  $100,000 donation?  No, no, no.  Of course

 7    not.  That was money that I earned."  The Defendant doesn't

 8    write that and say that.

 9            He writes back and says:  "I'm really sorry.

10    Incompetence at the RNC.  May be."  Excuse me.  He doesn't

11    write back and say:  "What we just did wasn't a $100,000

12    donation."  He writes back and says:  "I'm really sorry."

13    That's a tacit admission by the Defendant that what they

14    did, what -- the money that they were trying to steer from

15    Roman Vasilenko was a political contribution.

16            And you heard from Agent Phan there is no evidence

17    that Doug Wead steered any other money towards the 2016

18    presidential campaign.  This was the main amount.  This was

19    the one time that you saw him steering -- that the agent

20    that you saw, you heard, that he was putting -- that he was

21    steering money towards the 2016 presidential campaign.

22            And of course, Government's Exhibit 45, after the

23    election, the presidential inaugural committee writes Jesse

24    Benton thanking him for his high-level support for Trump

25    Victory.

1          He forwards that email to Doug Wead.  Doug Wead

2     writes back:  "Do you know if, through the money we steered

3     to the cause, are Myriam and I listed as contributors

4     anywhere?"

5          The money that he steered to the cause of 2016 was

6     Roman Vasilenko's.  Again, an admission by Doug Wead that

7     what they had done is steer Roman Vasilenko's money to the

8     cause, the cause of electing Donald Trump.

9          And so the Defendant is charged in Count 2 with

10     soliciting and causing a foreign national contribution.

11          And the Defendant's theory of defense, which you

12     heard yesterday in the jury instructions, is that the

13     contribution was not made for the purpose of influencing a

14     federal election.  But you know that to be false.

15     Collectively, the purpose of the Defendant, Doug Wead and

16     Roman Vasilenko was absolutely to influence the federal

17     election.

18          Now, you heard defense counsel talk in opening

19     about this email that happened a few months before where

20     they were suggesting Steven Seagal and Oprah and Michelle

21     Obama to Roman Vasilenko as celebrities that he could meet.

22     And you heard evidence that Roman Vasilenko wanted a

23     photograph.

24          But of course you know from your common sense that

25     just because somebody wants something from a political

1    contribution, that doesn't mean it's not a political

2    contribution.  So if somebody makes a political contribution

3    because they want to meet the candidate or have a photo with

4    them, or they want to attend a gala dinner or get a snazzy

5    tote bag or a sticker, just because they want that thing, it

6    doesn't mean that the money is not a political contribution.

7    People can have more than one reason for doing something.

8         And as you saw, the Defendant and Doug Wead were

9    actively working to elect Donald Trump in 2016.  You saw

10   significant evidence of that.

11        And this money, Roman Vasilenko's money, allowed

12   them to steer $25,000 ultimately toward that cause.  Money

13   that came at a time when fundraising was crucial.  That

14   money absolutely was for the purpose of influencing the

15   election to help elect Donald Trump.

16        Roman Vasilenko?  Well, sure.  Initially, there

17   was floated Oprah and Michelle Obama and Steven Seagal.  But

18   that was supposed to be included in that initial money he

19   paid Charity Awards.  That was included in the initial

20   $80,000.

21        When does he agree to give an extra $100,000?

22   When they suggest Donald Trump, an American political

23   candidate at the height of the 2016 election.  Why is Roman

24   Vasilenko agreeing to spend $100,000 more money to go see

25   Donald Trump, who, common sense, everyone knows was a widely

1    covered election?  He knows he's running for president.  So

2    of course he wants to put that money towards that candidate.

3         Vasilenko, you heard, he went to the event.  You

4    heard from Sarah Robinson Burnett once he's there, there's

5    no mistaking it.  It's absolutely a political fundraiser.

6    You couldn't construe it as anything else, which makes

7    sense.  They want to raise money.  People there have to know

8    what they're doing.  And he would have been solicited when

9    he walked in the door.  So he knew what was going on.

10        And he's sophisticated, ladies and gentlemen.  Not

11   only is he a businessman; he's also a Russian politician

12   running for a seat in the Russian parliament at that moment.

13   So what's better for Roman Vasilenko than having a picture

14   with an American presidential candidate?  You saw.  This is

15   Defense Exhibit 4-4.  Having a picture with the president of

16   the United States.  You heard Agent Phan testify on

17   cross-examination:  Two Presidents, Donald Trump versus

18   Roman Vasilenko.

19        One he helped elect through his illegal foreign

20   contribution.

21        And you heard and saw evidence yesterday that

22   Roman Vasilenko absolutely benefited from that access and

23   from that meeting, because Government's Exhibit 76, that due

24   to the picture with Trump, Roman was now considered in

25   Russia to be almost the only one who had personally met and

1    knows Trump and he had been invited to speak on the main

2    Russian TV channel offering political analysis about Donald

3    Trump and his attitude towards Russia.

4          Roman Vasilenko absolutely benefited from that

5    photograph.

6          The Defendant is charged in Count 2 with making a

7    conduit contribution, also called effecting a contribution

8    in the name of another.  You saw significant evidence of

9    that.  You saw the money go into his bank account.  You saw

10   that he put the money on his credit card and then ultimately

11   paid that credit card with the money from the bank account.

12   And he received the contribution from Roman Vasilenko.

13         And of course, that critical form on which he

14   lied, even though he knew the money came from Roman

15   Vasilenko.  He lied, put down his own name, so that the

16   money could go through.  This is why the money was able to

17   enter the political process, because the Defendant lied and

18   made a conduit contribution.

19         Now, the Defendant called -- the Defendant has a

20   case.  The Defendant -- excuse me.  The Defendant raised

21   what's called an advice of counsel defense.  And I'm going

22   to stop right here and just remind you that the burden of

23   proof in this case rests within the United States.  And that

24   burden never shifts.  The United States has to prove its

25   case beyond a reasonable doubt and the Defendant does not

1    have to put on any witnesses.

2           But he did put on case.  His case primarily rested

3    on Jesse Benton's friend, David Warrington, and you are

4    entitled to evaluate that case.

5           And as you heard in the jury instructions, the

6    Defendant is raising what's called an advice of counsel

7    defense.  Basically, that he took -- got advice from a

8    lawyer and relied on that advice and therefore he thought

9    what he was doing was okay.

10          And as you heard the judge instruct you, for the

11   advice of counsel defense to apply, the Defendant has to

12   fully and honestly lay out all the facts before his lawyer.

13   That's what that requires.

14          And you saw that Jesse Benton didn't.  When he

15   wrote his friend, David Warrington -- this again is

16   Defendant's Exhibit 13 -- he told him:  I want to buy a

17   ticket for a Russian citizen.  I buy tickets personally.

18          He lied.  Just two days earlier, he had written

19   the RNC and said:  My friend's purchasing the ticket.

20          He lied to his attorney.  The attorney can only

21   give good advice when the attorney has full facts.  The

22   Defendant did not give full facts to his attorney.  He

23   didn't write David Warrington and say:  Hey, the Russian

24   foreign national is going to make the contribution.  Is that

25   okay?  He didn't ask that question.

1      Because you heard Jesse Benton knows the answer.

2    That's illegal.  He didn't write David Washington and say:

3    Hey, is it okay if the Russian foreign national wires me the

4    money and then I make it instead of him?

5      He didn't ask that question.  Because Jesse Benton

6    knows the answer to that.  That's illegal.

7      He lied to his lawyer.  This is one more cover

8    story, another way for the Defendant to try and cover his

9    tracks.  Because the Defendant lied to David Warrington,

10    advice of counsel is no defense.

11      And finally, several of the crimes require that

12    the United States prove that the Defendant acted willfully,

13    which means that he acted voluntarily and purposely with the

14    intent to do something the law forbids.  And you know that

15    he acted willfully in this case.

16      First, you heard -- and what was admitted for a

17    very limited purpose, and that included considering the

18    Defendant's knowledge and willfulness -- that in May of

19    2016, the Defendant was convicted of campaigns under the

20    Federal Election Campaign Act, the same act under which he's

21    charged here, but a different section, and that he was also

22    convicted of crimes causing false records, the very same

23    crime he's charged with here.

24      Now, again, you can only consider this for the

25    limited purpose of knowledge and willfulness.  And one of

1     the purposes as well, *modus operandi*.

2              But, ladies and gentlemen, from that, you can

3     infer that the Defendant absolutely knew what he was doing

4     was wrong.  He knew the law.  He knew the rules.  He knew

5     what he was doing was wrong.  He knew his actions violated

6     the law.

7              And you know that the Defendant knew what he was

8     doing was wrong because you saw that he lied repeatedly:

9              He lied to the RNC, claiming that his friend was

10    from the Caribbean, and didn't tell them that he was a

11    Russian foreign national.  That's Government's Exhibit 9.

12             He lied to his lawyer and claimed that he was

13    going to buy the tickets to the event when that wasn't the

14    case.  That's Defendant's Exhibit 13.

15             He lied on his invoice and created a fake invoice

16    for services never rendered.  A fake invoice.

17             He lied about Olga to the RNC, claiming she was a

18    body gal.  She was an interpreter.

19             And of course, you saw that he lied repeatedly to

20    Caitlin Franklin after the event to try to avoid making the

21    contribution.

22             Government's Exhibit 27:  "The check is in the

23    mail."  That was a lie.

24             Government's Exhibit 38:  "Hey, just making sure

25    everything was received?"  That was a lie.

1          Government's Exhibit 38 again:  "I bought the
2    tickets and gifted them to Doug and Roman."  That was a lie
3    as well.
4          And then of course his most consequential lie, the
5    contributor form, where he lied and said that he had given
6    the contribution when he knew that the money came from Roman
7    Vasilenko.
8          If the Defendant thought that what he was doing
9    was okay, if he was acting in good faith, if he thought that
10   what he was doing was right, why lie?  Why lie repeatedly?
11   Why create a fake cover story?  A fake invoice?  Why lie
12   repeatedly to Caitlin Franklin?
13         If he thought that he had the blessing of his
14   attorney, why not just reach out to Sarah Robinson after he
15   heard from David Warrington and say:  Hey, just an FYI.
16   I've checked this with my lawyer.  This is all good.  The
17   guest is a Russian foreign national.  But don't worry.  I've
18   checked with a lawyer, and it's fine.
19         Why not just tell her that?  If he thought this
20   was all okay, why hide the fact that Roman Vasilenko was a
21   Russian?  If he thought this was all on the up-and-up, why
22   lie repeatedly and why repeatedly try to delay to make that
23   contribution?
24         Ladies and gentlemen, you know why he lied.  He
25   lied because he knew he had done something wrong.  And he

1    did not want to get caught.

2        In 2016, the Defendant and Doug Wead funneled

3    $25,000 from a Russian politician, businessman, directly

4    into a political election.  They did it so that they could

5    help elect their preferred candidate, Donald Trump.  And it

6    was a win-win.  They funneled money to the campaign,

7    directly into the campaign, at a time when fundraising was

8    crucial and they got to keep some money on the side.

9        And Roman Vasilenko?  You saw, ladies and

10   gentlemen.  He got far more than a photograph.  He got

11   access.  There he is in the photograph just seats away in

12   that blue tie from the next president of the United States.

13   And he got a photograph not with a losing American

14   presidential candidate, but with the next president of the

15   United States, someone he helped elect with an illegal

16   foreign contribution.

17       But the law forbids Roman Vasilenko from

18   contributing to the United States elections and the law

19   forbids Jesse Benton from serving as a conduit because

20   United States elections are for the United States only.  And

21   as you heard, the transparency and integrity of those

22   elections matters.

23       There is only one verdict supported by the

24   evidence in this case.  And that is that the Defendant is

25   guilty on all counts as charged.

1          THE COURT:  Thank you, Ms. Wasserman.

2          Mr. Stolarz.

3          MR. STOLARZ:  Thank you.  This is going to be a

4   workout.  Pardon me.  There we go.

5          Your Honor:

6          Ladies and gentlemen, thank you very much for

7   taking the time and attention to this case.  You were

8   clearly very engaged throughout, and we thank you for that.

9   Mr. Benton thanks you for that.

10          So here we are.  I get to go now.  The Government

11   gets to go again after that.  You thought you were done, but

12   you're not.  Why?  Because they get the last word, because

13   they have the burden of proof in this case.  We don't have

14   to say anything.  It's not my nature to be quiet.  But we

15   don't have to say anything.

16          Their burden is guilt beyond a reasonable doubt.

17   A doubt based on a reason, a doubt that, as the jury

18   instructions from the judge stated, would cause you to

19   hesitate to act in the graver or more important matters in

20   your life.

21          We gave you many reasons to doubt and many reasons

22   to hesitate.  But let's go over some.

23          They center around the two phrases I started with

24   in opening that have held throughout the case:  "A picture

25   is worth a thousand words" and "Look before you leap."

1          About this picture, it was exactly what I

2    referenced at the opening.  This case is about a picture.

3          Kind of silly, kind of goofy pictures, two guys

4    smiling with their thumbs up.  A picture going on Instagram,

5    Exhibit 4-4, which should be coming up soon.  We've all seen

6    it.

7          What's critical about this picture is there was no

8    evidence of any, any, one-on-one contact aside from that

9    photo, any.  In fact, we learned a pretty funny new term

10   from the very next witness, Ms. Franklin:  push and pull.

11   Push one in, pull one out, and in less than a minute per

12   picture.

13         There's no evidence of any conversation between

14   the two men or with the translator, no evidence of any

15   followup about any issues of importance to Vasilenko, like

16   for his business in the U.S. or in Russia.  No evidence

17   about any favors or quid pro quo or anything like that.  Not

18   a single thing, ladies and gentlemen.

19         This is not some nefarious backroom scheme to

20   funnel millions of dollars of Russian money to the Trump

21   campaign.  Not at all.  You heard no followup at all except

22   for one thing:  Where's the picture?  Roman wants his

23   picture.  Where's the picture?

24         Mr. Benton says in Government's 38:  "I know you

25   have much bigger fish to fry, but any word when guests might

1     receive their photos?"

2          That's the concern here:  the photo.

3          Government's Exhibit 34 -- and I give you these

4     numbers in case you want to take a look back there.  You

5     have the documents.  Take a look at them, please.  "Roman is

6     getting impatient about the picture."

7          Government's 42:  "I am going to get shred into

8     pieces if I don't get my picture."  Kind of dramatic,

9     actually.

10          Not "I will get shredded to pieces if I don't get

11    the favor I want or the help with my company."  Nope.  "I

12    want the picture."

13          And frankly, with due respect to the Government,

14    they're excellent lawyers.  That's all they proved to you,

15    that a Russian came here and took a picture and left.

16          So I'll use a nonlegal term here.  This has been a

17    whole lot of nothing.  Sound and fury signifying absolutely

18    nothing.

19          $25,000 for a picture, for a Russian guy to brag

20    on his Instagram to his followers, to get likes and smiley

21    faces and fire emojis?  What is he, my teenaged daughter?

22    Really?  That's what we're here for?  A smiley face?

23          Come on, now.  Not millions of dollars.  Not

24    millions of dollars.  25 for an Instagram post.

25          And here we are in this beautiful courthouse

1    taking up all this time, after search warrants at Wead's

2    house and Benton's house, agents coming in, raiding your

3    house, search warrants to Google, subpoenas to banks, phone

4    calls, credit card companies.  They did the deepest dive in

5    Mr. Benton's life.

6            And this is all you got?  This is all you got?

7            Sure.  Millions of bucks through a shell company

8    or offshore accounts, something kind of interesting like

9    that?  Sure.

10           But 25,000 for a photo?  Those dang emojis?

11           We all heard the parade of celebrities here.  It's

12   almost comical and absurd:  Oprah, Steven Seagal, Jimmy

13   Carter, a famous Russian goalie, Muhammad Ali, Maria

14   Sharapova, Mikhail Baryshnikov.

15           And on that point, ladies and gentlemen, if you

16   don't like what Wead did before he got to Mr. Benton,

17   saying, "Oh, I can get Oprah; oh, I can get Steven

18   Seagal" -- we probably could have gotten that one -- "or

19   Jimmy Carter" and taken his money, that's on Mr. Wead.

20   That's not on Mr. Benton.  They may have something.  They

21   may have convicted a dead guy.  And I applaud that.

22           But they cannot -- he's not here.  You can't

23   convict Mr. Benton for what Mr. Wead did in April of 2016

24   prior to Mr. Benton being contacted.

25           In fact, it feels like we heard so much more about

1    Mr. Wead than we did about Mr. Benton in this case.  There's

2    no doubt that all that Oprah stuff, Steven Seagal stuff,

3    Jimmy Carter junk, that all happened well before Mr. Benton

4    got involved.  You'll have the indictment with you.  That

5    says it started in September 2016.  The Government told you

6    that.  September.

7            And it was Mr. Wead, not Mr. Benton, who suggested

8    Donald Trump.  Government's 7.  "Hey, Olga, what about

9    Donald Trump?"

10           He was the eleventh celebrity that we recommended,

11   ladies and gentlemen.  The eleventh.  It would be a lot

12   different case here if Mr. Vasilenko said from the jump, "I

13   want to meet Trump," if "That was my purpose."

14           He didn't care about the American elections.  He

15   wanted to meet a celebrity.  If this was some grand

16   conspiracy that they put out here to get money into the

17   Trump campaign, don't you think his name would have been

18   first?  Oh, you know it would have been.  He wasn't first.

19   It wasn't even last on that list.  He wasn't even on it.

20           Sorry.  That tells you all you need to know about

21   this case.  The conspiracy to get money into the campaign

22   was for someone who wasn't even on the darned list.  It's a

23   really dramatic slow play for a conspiracy.  Really

24   dramatic.

25           During rebuttal, ask them in your heads:  Why was

1    the guy who's number eleven the reason why we're here?

2            If Oprah was available, if Steven Seagal was

3    available, if Jimmy Carter was available, if Michelle Obama

4    was available or the dancer or the boxer or the tennis

5    player, we wouldn't even be here.  He would have gotten his

6    picture with a stupid thumb up, go back to Russia, put it on

7    Instagram, got the emojis and been just as popular.

8            After all those celebrities not available, good

9    old number eleven was offered.  The person in the conspiracy

10   was number eleven.

11           You've got to ask Mr. Benton.  He delivered what

12   he was asked to do.  He delivered on what Mr. Wead promised

13   and failed in April and did so with urgency.

14           Back to Government's 7, Mr. Wead suggested

15   Mr. Trump, not Mr. Benton, nine days, nine days, before he

16   was supposed to arrive.

17           Mr. Benton has nine days to make it happen.  Get

18   him a picture with a celebrity in nine days, please.

19           And there's no doubt that Mr. Vasilenko wanted to

20   come here to meet a celebrity, to make himself look more

21   successful, himself.  25,000 to take a picture with a guy

22   who used to be on *The Apprentice*.  Again, it's a whole lot

23   of nothing, and certainly not criminal.

24           The Government has not proved in any way that the

25   contribution in this case was made with the intent of

1    influencing a federal election.  And that is what you heard

2    from the judge about the law and what is required.  I think

3    it's on Page 46, but it's called the Defendant's theory of

4    the case:  It is required that you find that the money was

5    given by Mr. Vasilenko for the purpose of influencing a

6    federal election.

7         And you'll have it back there with you and I

8    encourage you to read it.  Please read it.  Please.  Before

9    you make your decisions and talk -- I want you to have good,

10   honest discussions about this evidence, but please read this

11   instruction:  If you find that the alleged contribution in

12   this case was not made for the purpose of influencing any

13   election for federal office, then you must find the

14   Defendant not guilty as to Counts 1, 2 and 3.

15        This picture was for Mr. Vasilenko's own personal

16   business reasons.  This is a "must" in the instructions, not

17   a "maybe."  A "must."  If you find that, he's not guilty.

18        And that goes to the first three counts:

19   conspiracy, contribution by foreign nationals and Count 3,

20   conduit contribution.

21        Those counts go away if you find this.  So please

22   read that.  And it's clearly what this is for.  He saw these

23   photos.  I mean, he came here, Government's Exhibit 59.  He

24   said his purpose was to be a tourist.  That's exactly what

25   he was.

1          We're gonna whip through a couple of photos.  But

2     you'll have these back there.  Take a look at them.

3          4-1:  the Capitol tour.  Thumbs up, everybody.

4          4-2:  the Lincoln Memorial.  Thumbs up.  Let's get

5     your shirts on for my business.  See those blue polo shirts

6     with the little logo?  That's Mr. Vasilenko's business.

7     What is he doing here?  He's promoting his business with his

8     thumbs up.

9          And the White House:  Shaking hands with Doug Wead

10    with the same shirt on.  This is my business, folks.  I'm

11    successful.  I went to the White House.  I went to Lincoln

12    Memorial.  I went to the Capitol.

13         He also went to a nice dinner, Government's

14    Exhibit 32.  They may try to downplay it, by Maggiano's is

15    good.  I don't know what you're talking about.  A

16    multi-course meal, 1200 bucks, food, beer, wine,

17    free-flowing the whole time.

18         Mr. Vasilenko and nine other Russians.  Remember

19    that, folks.  It wasn't just him that came.  Nine other

20    people came with him for a private dinner.  A small point:

21    Agent Phan called it a late lunch.  It's 4:30 to 6:30.  It's

22    a small point.  It bothered me.  It's dinner; it's not

23    lunch.

24         And he got an award in front of the Russians who

25    came to D.C. with him.  Again, think about the image here.

1    I bring nine people with me.  We go to the Capitol and we go

2    to Lincoln Memorial and go to the White House, go to a

3    dinner.  You can have food and beer and wine, all night --

4    well, for two hours.  And then I'm going to give you an

5    award.  That makes Mr. Vasilenko look pretty darned good.

6            A world traveler, an important man, an award

7    winner, all while wearing his company's logo and his dumb

8    thumbs up.

9            And then if you don't buy all that, he comes back

10   a couple years later, because he's still friends with

11   Wead -- not Benton, mind you -- and 4-10 shows you just how

12   darned silly this whole case is.  He comes back to

13   California.  What's he do?  He does what every tourist does:

14   He went to the Walk of Fame.  What did he do?  Did he go

15   find some other actor?  Did he find Steven Seagal's star?

16   No.  He stood there on the Trump star again to show to his

17   followers:  I'm in California.  I stood on the Trump star.

18   Give me some love.  Give me some emojis.

19           Come on.

20           This is all about celebrity status and nothing

21   else.  A whole lot of nothing.

22           If you think this case is about influencing an

23   election, look at this picture right here.  What does he

24   want?  He wants image.  Like every teenager on Instagram, he

25   wants notoriety.  He wants to be an influencer.  That's it.

1    Come on.

2            And even at the event itself, it was very clear he

3    was just happy to be in the same room.  Yeah.  He sat at a

4    table a couple people away.  Mr. Trump was talking about

5    poll numbers and how well he does.  That's what Mr. Trump

6    does:  talk about himself.  He doesn't talk about Russia,

7    foreign policy.  He didn't take any questions.

8            Then they showed you a video of the ballroom

9    reception and he's standing at the back.  He doesn't speak

10   English.  He doesn't even know what's being said.  He's just

11   standing there flashing his goofy smile with his thumb up so

12   he can tell the people back home he's in the same room with

13   Trump.  Come on, now.

14           People pay lots of money for VIP treatments at

15   concerts, events.  Even Disney World, for God's sakes.  This

16   is no different than a concert, paying for a picture with

17   your favorite artist, TV show star, putting it on Instagram.

18   A good old sporting event, meeting an old legend, getting a

19   photograph, putting it on Instagram.  Because that's what

20   Roman did.

21           Now, the Government mentioned he wanted to be in

22   the picture with a winner.  Right?  Well, 4-5, which I don't

23   think is in the PowerPoint -- it's okay; we'll find it --

24   it's a late audible.

25           THE COURT REPORTER:  I'm sorry.  What was that?

1          MR. STOLARZ:  Sorry.  I'll slow down.  I'm sorry.

2     I'll do better.

3          4-5 is a picture of Mr. Vasilenko and Mr. Trump in

4     October.  Look at it when you get it back there.  He doesn't

5     care who wins.  If you buy their theory that he wanted to

6     come here to be with the president, then why does he post

7     something in October before the results are even in?

8     Because he doesn't care.  He wants a picture with a

9     celebrity.

10         So look at 4-5 when you get back there.

11         Then, of course, he puts the other picture up

12    after the election.  What's he do with it?  He puts his

13    company logo on it.  Not a link to Trump for President or

14    the RNC or anything else, not Google for Trump, not Support

15    the RNC.  It was all for his company:  Life is Good.  It was

16    all very, very, very clear.  This is just shameless

17    self-promotion by a guy who can afford to take this picture.

18         If you work with Mr. Vasilenko, you're going to be

19    a winner because he met a celebrity.  It looked good for his

20    image.

21         I met the president.  Buy my products.  Attend my

22    seminar.  You can be successful, too.  Come on.

23         By the way, you may not like the way my money's

24    spent here.  It's a lot of money.  You and your loved ones

25    and your friends work hard for your money.  It seems off.

1          My father was a union carpenter, so I get it.  But

2     it's not illegal to charge us money.  People can spend the

3     money how they want to spend it, especially businesspeople

4     and companies who spend money on all kinds of things to

5     enhance their image.

6          Why do you think companies buy rights to sports

7     arenas and sponsor charities and arts programs?  Put on

8     fancy dinners?

9          Mr. Vasilenko wanted to spend his money on a

10    picture to make himself look better in Russia.  That's it.

11         He's in multilevel marketing.  His image is

12    everything.

13         The Government tried to say in their closing he's

14    running for office.  I'm not sure we heard too much about

15    that.  Hardly at all, actually.  One line in an email,

16    double hearsay from some guy.  We're going to bank on that?

17         This is the Government.  They -- they did a search

18    warrant on Google, for God's sakes.  Do you think they don't

19    have evidence that they could put up here that the guy ran

20    for office?  How about a newspaper clipping from Russia?

21    How about something?  Nope.  It's desperate.  It's

22    desperate.  It's back-door.  It's late.  It's not what the

23    evidence supports.

24         He's a multilevel marketing guy who goes on

25    Instagram.  He's not running for office.  You're going to

1   take one line from an email from someone you never heard

2   from in this case and bank on that?  A reason to hesitate.

3   A reason for doubt.

4           And actually, the Government and I agree:

5   Government's Exhibit 76 -- again, not -- the one from

6   yesterday which shows that the picture worked.  Oh, can you

7   believe that?  He puts his picture on there.  He gets the

8   fire emojis and then is asked to be on Russian TV.

9           His image is enhanced, ladies and gentlemen.  He's

10  asked to go on TV, although Agent Phan said she wasn't sure

11  whether he did or not.  You know damned well if he was,

12  you'd see a picture of it.  They're the Government.  You can

13  search-warrant Google.  You can get a picture and a video.

14          The picture worked for his image, ladies and

15  gentlemen.  That's what this case is all about.  And good

16  for him.  He's millions of miles away.  Time zones away.

17  Good for him.  We are thrilled his image was enhanced.  In

18  fact, we don't really care.

19          His image doesn't make that a crime in this

20  country right here in this room.  In fact, it's the exact

21  opposite.

22          And as -- he's clearly a satisfied customer.  If

23  you get a dollar for every thumbs-up, we'd have a few bucks.

24  He's satisfied.  He's in the same room with Trump.  He's got

25  that goofy smile on his face.

1          Who put all these events into motion?  Who took

2    care of the planning?  Mr. Benton, at a time in his life

3    when he was able to help.

4          And, you know, a question was raised about the

5    Capitol tour.  Mr. Benton's married to a member of the Paul

6    family, for goodness' sakes, a sitting senator across the

7    street.  Do you think he could have arranged a tour?  I

8    think so.

9          But Agent Phan never asked Senator Paul's office.

10   Didn't do a search warrant of his office.  Didn't do any

11   subpoenas, either.  They don't know who did the tour.

12   Common sense tells you, if you're married to someone in the

13   Paul family, they can get you a tour.  And that's what

14   happened.

15         He was in politics before, but he's not now.

16   Exhibit 101.  He told the RNC:  Take me off the mailing

17   list, please.  Does this look like someone who cares about

18   Trump?  Take me off the mailing list, please.

19         Jesse has not engaged with the RNC or Trump

20   Victory since 2016.

21         That's what this document says right here.  And

22   you'll see it.  Exhibit 101.  Please write it down.  Please

23   look at it.  Take me off the mailing list.  I don't want to

24   be part of you, RNC.

25         And Mr. Benton's company, which is very similar to

1    the single-person LLC like Ms. Franklin told you she had,

2    it's defunct.  Did you see a website?  No.  Again, they did

3    a search warrant for Google.  Don't you think they could

4    find his website?

5         Mr. Wead was clearly a Trump supporter.  And you

6    may not like it.  I told you in opening you've got to put

7    that feeling to the side about this guy.  All this may feel

8    a little off.  But it's not a crime.  It's not a crime.

9    That's what we're here for.

10        The Government would have you believe that all

11   this is a big ruse.  The Charity Awards, the dinner that

12   they think was lunch, the website with Mr. Vasilenko on it,

13   all that's a ruse to get millions of dollars -- oh, wait --

14   to get $25,000 into the Trump campaign.

15        Lots of effort for a very, very small amount of

16   money.

17        You are here to judge the facts and decide.  But

18   you do not have to leave your common sense at the door.

19        All this to get 25 grand into a campaign?  One of,

20   like, 50 or so photos that day in Philly with the push and

21   pull for less than a minute?

22        Another thing that's not adding up:  In the

23   initial amount, Mr. Benton pledges 50 grand.  Or, heck, even

24   60.  He was going to offer 10 for Olga.  If this was really

25   some big, grand conspiracy that they've laid out before you

1    to get Russian money into the Trump campaign to elect this

2    guy, don't you think it would be better if it was more money

3    than less?

4            Come on, now.  Common sense will tell you.  That

5    25 grand meant nothing.  A very small sum when you think

6    about the money raised and -- in the 2016 campaign for

7    President Trump:  $646 million.

8            What's 25 grand?  I'm not asking you to break out

9    your calculators.  It's .0000387 of the amount raised.

10    .0000387.  That's what we're here for:  a whole lot of

11    nothing.  .0000387.

12            The real question you have to decide from the jury

13    instructions you're going to have is:  Was that worth it,

14    Mr. Vasilenko, for his personal business reasons?  Was his

15    purpose in coming here fulfilled?  What's in his head?  Why

16    did he come?

17            Instruction:  If you find the alleged contribution

18    in this case was not made for the purpose of influencing any

19    election for federal office, then you must find the

20    Defendant not guilty.  And that's clearly what this is.

21            The FBI never talked to him.  Never talked with

22    Olga.  All we got was a picture that he first put out in

23    October.  Think about that, because their new theory is that

24    he wanted to be with a winner.

25            He didn't know he was going to win in October.

1    Exhibit 4-5.  He didn't care.  That theory holds nothing.

2    It's a desperate heave.

3          But when he got the picture-picture, he puts it on

4    Instagram with his little logo and gets emojis.  His purpose

5    was realized.  And that's why the instruction I just read to

6    you is so critical.  And that equals not guilty for 1, 2 and

7    3.

8          With regard to Charity Awards, it's kind of a

9    sideshow, but they made it one, so we'll talk about it.  You

10   saw the website.  There was many luminaries who was part of

11   it, Presidents Reagan, Bush, first ladies, important folks

12   like Coretta Scott King.  This was a real organization, and

13   Wead was trying to get it back off the ground and saw some

14   potential in the man that he thought of as his son, as I

15   asked Agent Phan.

16         That's not Mr. Benton; it's Mr. Vasilenko.

17         And Olga says in her email:  He's ready to make

18   his donation.  What is that?  To the Charity Awards.  But

19   you know what?  In some ways, none of that matters.  You can

20   put that all to the side.  It's an irrelevant sideshow.

21         Because what matters is:  What was the purpose

22   here?  Why did Mr. Vasilenko come here?  To meet a

23   celebrity, get an award and make his image better.  And

24   that's exactly what he did.  And that's the picture's worth

25   a thousand words, ladies and gentlemen.  That is not guilty

1    1, 2 and 3.  Please read the instruction.

2              They had no answer during trial for this.  They

3    made something up now towards the end.  It doesn't hold.

4    Not guilty.

5              Halfway done.  I'm going as fast as I can without

6    making her mad.

7              Counts 4, 5 and 6, false entries in the FEC

8    reports:  If you find there's no contribution, because there

9    was not to influence a federal election, those forms are

10   false.

11             But more than that, 4, 5 and 6 require you, the

12   fact-finder, the people judging the people who testified,

13   that Mr. Benton duped the RNC.  The indictment says

14   "unwittingly."  It's a fancy word for duped.

15             The mighty RNC.  The Republican National

16   Committee, with hundreds of staff and lawyers, compliance

17   people with billions coming in, and they couldn't Google the

18   guy for two seconds.  Not even two seconds on Google.

19             As Burnett said, she worked with a thousand donors

20   during the 2016 election.  A conservative 30-second Googling

21   is free to them.  In a twenty-hour workday, it's probably

22   worth it.

23             Being overworked, as they said they were, being

24   stressed or being busy is not an excuse.  It's not.  Think

25   about your own life.  It's not an excuse to say, "I'm too

1    busy, too stressed, too overworked.  Leave me alone."  Nope.

2            She comes in here, doesn't take responsibility.

3    It's a lost art in this day and age, taking responsibility

4    for anything.  They just shift the blame to Mr. Benton.

5    It's easy.  He's an easy guy sitting over there.

6            We should not be here when all they had to do was

7    put two words into Google.  They would have seen all they

8    needed to see.

9            The Government cannot seek a criminal case against

10   this man.

11           When he told them the name of the individual, he

12   didn't lie and say it was Mickey Mouse.  He gave them the

13   name.  He said he was the contributor and then said he was

14   buying a ticket and gifting it to him.  They did nothing.

15   Nothing.  Now they come in blaming him.

16           It's not right.  In this day and age, everyone's

17   got a little mini-computer in their pocket.  It's not too

18   much to ask them to do a Google search.

19           But you don't want to buy that?  Fine.  I'll sell

20   you something else:  The RNC never refunded the

21   contribution.  If this was such a bad thing, it should have

22   gone back like that.  And you sure know that if it happened,

23   the Government would have told you about it.  That money was

24   never refunded.

25           A reason to hesitate, ladies and gentlemen.  A

1    reason for doubt.

2            Why, mighty RNC, if this was so bad, if you come

3    in here blaming Benton for everything that's wrong in the

4    world, why didn't you give the money back?

5            A reason for doubt.

6            The former head of finance at the RNC,

7    Ms. Burnett, said she wasn't even sure if it was refunded.

8    Come on, now.

9            She also wasn't sure whether millions of dollars

10   of donor money had been refunded when the RNC and the Trump

11   campaign duped unsuspecting donors into those reoccurring

12   donations when they checked the box and didn't know it.

13   Talk about being duped here.

14           They fell down in their job.  They did not do

15   their due diligence.  And they can't come in here and lay it

16   at his feet.

17           You heard from Ms. Franklin.  Very nice, very

18   professional.  The 2016 campaign was her first for her own

19   company.  One of the biggest campaigns in history.

20           You heard no evidence at all from any witness,

21   from her or otherwise, that waved any red flags about that

22   name and said, Hey, Mr. Benton, you can't do that.

23           And then Mr. Benton said:  Oh, oh, he can't do it?

24   Okay.  I'll do it, then.

25           Nothing like that.  No.

1          The campaign person said:  It should be 50,000

2     from Roman.  This conspiracy, this grand hiding conspiracy,

3     was hidden in plain sight.  A reason for doubt.  A reason to

4     hesitate.

5          Did he say the contribution was from Mickey Mouse

6     or from Steven Seagal?  No.  He said it was from Roman.

7          She said it.  Ms. Franklin said it.  And

8     Ms. Burnett specifically cleared Ms. Kovalova.

9          So I'm going to take a sideshow here.  Defendant's

10    1.  All this talk about Secret Service.  It's actually kind

11    of irrelevant.  Mr. Benton said he sent the info to Secret

12    Service.  And the Government has no documentary proof

13    otherwise.  Again, they're the Government.  I don't do

14    anything.  They search-warrant Google, for goodness' sake.

15    Did they ask their own government agency, say, Hey, give me

16    the record of everyone cleared that day?  No.  They just say

17    it.  Saying it ain't enough.

18          They also -- the Government gave you the

19    impression that Vasilenko was the only one without vitals.

20    Oh, my gosh.  You saw 203.  Look at all that red.  Come on,

21    now.  Use your common sense.

22          Ms. Franklin said:  That's a lot of red.  And it

23    is a lot of red, including others who were at the

24    roundtable.  You can inspect the document when you go back

25    and deliberate.

1          Don't be fooled by that one, folks.  Others didn't

2     have the vitals either.  They were in that room.

3          The RNC must not have made a big deal of this,

4     because there's a number of people.

5          But you know that all nine Russians were cleared

6     to come to this country on an airplane.  Cleared by the RNC,

7     Defendant's 1.  She did so without even Googling her.

8          And Franklin said in an email that she met him.

9     But then I think she kind of backed up and said:  Oh, it may

10    just have been pleasantries.  I may not have met him,

11    because if she met him she knew he didn't speak any English.

12    But yet they all come in here and lay it on Mr. Benton.

13    It's easier that way.

14          Ladies and gentlemen, mistakes are made in

15    elections all the time.  And mistakes are fixed.  And at

16    most, that's what this was:  at most, a mistake.  Mistakes

17    aren't criminal.  Mistakes don't meet the standard that the

18    judge read to you.  But I'm going to go over what was in

19    front of the RNC and Ms. Franklin.

20          No. 14:  "The photo is important to him."  Again,

21    back to the first topic.  I'm done with that one, but there

22    it is again.  "How much to participate in a phone line?  Not

23    that that's all he'll give, but he'll ask me."

24          It's very clear.  There's a third party here.  Is

25    that someone -- does that sound like someone who's hiding a

1    fact that the money comes from someone else?

2            A reason to doubt.  Reason to hesitate.

3            Government 37:  "Was anything received from

4    Mr. Benton on behalf of Roman Vasilenko?"  "On behalf of."

5    We know what that means.  Use your common sense.  Again,

6    does this sound, ladies and gentlemen, like somebody who's

7    hiding where the money's from?  Use your common sense.

8    Reason to doubt.  Reason to hesitate.  His name is right

9    there.

10           If that's doesn't do it for you, look at the next

11   one.  No.  Back one.  Up one.  Nope.  Sorry.  I'm going too

12   fast for my own good.

13           Ms. Franklin says -- one more -- that one there --

14   says at 37:  "The contribution would be from Roman

15   Vasilenko.  Jesse was handling everything.  So whatever was

16   sent may have been from him, but Roman is the contributor."

17           Ladies and gentlemen, Roman is the contributor.

18   It's hiding underneath there.  But you'll see it.  Take a

19   look when you get back.  Roman is the contributor.  Does

20   that again sound like someone who's hiding who the

21   contributor is?  Use your common sense.

22           The RNC?  Ms. Franklin had all the info they

23   needed.  They didn't do anything.  Follow up, pump the

24   brakes, throw up a red flag.  I don't know.  Ask a question.

25           Government 201:  "Anything from Roman Vasilenko?"

1    Again, does it sound like someone who's hiding who the real

2    money is from?  Come on, now.

3            Ms. Franklin said yesterday that the emails were

4    confusing.  We agree.

5            Confusing equals reasonable doubt.  Confusing

6    equals a reason to hesitate.  Confusing equals a mistake.

7    Confusing equals the FEC enforcement action.  Confusing

8    means civil -- confusing means fines.  Confusing does not

9    mean where we are right here.

10            If it's so confusing, why did no one speak up?

11    Oh, gosh.

12            I'd say cynically they just wanted the money.

13    Many even Olga had her hand out for 10 percent.  But I'm not

14    going to tarnish people like that.  Everyone's got to make a

15    living.

16            Ms. Franklin got 10 grand a month.  Not too bad.

17    3 and a half percent.  That's why she's hounding for the

18    money after the event.  That's why she's mad it's not 50.

19            But the bottom line is, they had conflicting

20    documents in front of them and no one raised a question.  No

21    one.  And they can't come in here and lay it on Mr. Benton.

22            Confusing equals reasonable doubt.  Confusing

23    equals not guilty.

24            If the FEC wants to come after him, bring it on.

25    It's a mistake.  This is a mistake.  Confusing.  Confusing

1  is the exact opposite of intent that you will see in the

2  jury instructions.  Confusing is the exact opposite of

3  willfulness.

4        So either they were negligent and didn't do their

5  job or they didn't think anything was wrong in the first

6  place.

7        Where did he get the advice on what to do with the

8  ticket?  His counsel, which we'll talk about later.  Almost

9  done.

10        This is a mess.  This is sloppy.  This is a

11  mistake.  They were busy.  They were stressed.  That's not

12  an excuse.

13        You never once heard the RNC or Mr. Franklin [sic]

14  say, "Mr. Benton, you can't do that" and Mr. Benton said,

15  "Oh, okay.  I'll do it a different way to create -- to

16  commit a crime."  We all make mistakes in life.  All of us.

17  Even the FEC still has this contribution under Jesse Bentor.

18  Come on, now.

19        The FEC witness said he didn't even know if it was

20  fixed.

21        So they want transparency.  Great.  You look up

22  Jesse Benton in the FEC.  You won't find him.  This is a

23  comedy of errors, a whole lot of nothing.  Sound and fury

24  signifying absolutely nothing.  It's a comedy of errors.

25  Mr. Benton should not be on trial for this.

1          Thankfully, you get the final say.  The RNC was

2    most definitely not duped here.

3          The second phrase -- almost done -- "Look before

4    you leap."  Not only do they have to prove in Counts 1

5    through 3 that the contribution was for the purpose of

6    influencing a federal election.  I told you that.  Please

7    read that instruction again.  But they also have to prove he

8    acted willfully.  Not by mistake, not by accident.

9    Willfully.  It means something under the law.  With the

10   intent, intent, to do something the law forbids with a bad

11   purpose.  To disobey or disregard the law.

12         And, yes, you heard evidence Mr. Benton had been

13   convicted before.  You heard he was pardoned.  He was

14   pardoned.  And in the press release, the White House cited

15   that the reporting statute was unclear.

16         And you can only use that for a very limited

17   purpose.  Not that he's a bad guy.  You can't do that.  If

18   anyone does that there, you can't do that in the jury room.

19   You can't do that.  You can't say:  Well, he did that.  He's

20   a bad guy.  No.  That's not what it's allowed for.  Not that

21   he's got a criminal propensity, not that he's a bad guy.

22   Huh-uh.

23         It's for a very limited purpose.  And the pardon

24   made sense.  No one should be convicted based on an unclear

25   statute.

1          So what did Mr. Benton do?  He called his lawyer.

2     They called him a friend.  I get it.  He's a friend and

3     lawyer.  You can be both.  He asks an experienced political

4     lawyer, who has worked on major campaigns, Mr. Warrington,

5     who was here yesterday, a true expert.  They exchanged

6     emails and a phone call.

7          Mr. Benton says:  A Russian will be here in the

8     U.S. to get a humanitarian award.  He's not lying.  He

9     didn't lie to his attorney.  He said what he wanted to do,

10    which is pay for the ticket for a Russian national who is

11    allowed to attend a fundraiser by law.  And can I gift the

12    ticket?

13         And as you saw in Defendant's 13, Mr. Warrington,

14    in his decades-plus of experience, says yes.  There is no

15    prohibition on a Russian citizen receiving a ticket to an

16    event.

17         He cleared it with his lawyer.  He didn't lie to

18    him.

19         And he did exactly what his lawyer said he could

20    do.  Think about that.  He didn't go against his advice; he

21    followed it.

22         Therefore, I ask you to look at the advice of

23    counsel jury instruction the judge read to you.  Here's the

24    important part:  If he did so -- and that's rely on

25    counsel's advice, which he asked Mr. Warrington, Can I buy a

1    ticket and give it to him?  Mr. Warrington says yes.  What

2    does Mr. Benton do?  He buys the ticket and gives it to him.

3    He followed his advice.

4          The Defendant cannot be convicted of a crime that

5    involved willful and unlawful intent even if such advice

6    were an inaccurate construction of the law.

7          And why is this important?  I want you to read

8    that instruction, too.  The law is complicated.  There is

9    some rules and regulations.  It doesn't always make sense.

10   That's why lawyers exist.

11         Election law is notoriously unclear.

12         (Whereupon, certain unidentified persons entered

13   the courtroom.)

14         MR. STOLARZ:  They missed most of the show.

15         The election law is clear as mud.  The election

16   law is clear as mud, as you heard from Mr. Warrington.  And

17   that's how he has a job:  Doing political law.  The RNC and

18   the FEC all have teams of lawyers.  We all know things like

19   you can't run a red light.  You can't steal from the store.

20   When it gets to certain crimes, especially political crimes,

21   the laws are not as clear.  Clear as mud.

22         And that's why Mr. Benton reaches out to him in

23   the first place.  Clients should consult with their lawyers

24   first before they do to stay on the right side of the law.

25   It benefits all of us.  None of us wants to be here.  Not

Closing Arguments by Mr. Stolarz

1      even us.

2              Once he confirms it's okay, he does what his

3      lawyer tells him is okay to do.  None of this is false.

4      None of this is wrong.  None of this is willful.  That's the

5      word you've got to think about.  Was this willful?

6              You might get back there and say you didn't like

7      this.  Okay.  Fair.  But was it willful?  Did he do it on

8      purpose with an intent to violate the law?

9              But no.  He talked to his lawyer first.

10              He cannot be convicted in this case because of

11      that.

12              The judge said "even if the lawyer got it wrong."

13      Mr. Warrington said he didn't get it wrong.  So the forms

14      were not false.  They were based on a trusted, experienced

15      political counsel's advice.  And I encourage you to read

16      that instruction.

17              The third and final instruction I'll alert you to

18      is the good-faith instruction.  If you find that Mr. Benton

19      acted in good faith, that would be a complete defense to

20      Counts 1, 2 and 3, because good faith is inconsistent with

21      acting willfully.  And that makes sense.

22              He made an honest mistake or had an honest

23      misunderstanding.  Please read that instruction, too.

24      Please.  Read them all.  They're all important.  The law is

25      important.  Please read those three.

1    Please review the defense theory of the case

2 instruction.  Please review the good-faith instruction and

3 the advice of counsel instruction.

4    When you put it all together, the result is very

5 clear.  It may be messy.  It may be a mistake.  You don't

6 like it.  It may not feel right.  But none of it is

7 criminal.  It's a whole lot of nothing.

8    So here we are at the end of the case.  Time for

9 me to stop talking and time for you to start your very

10 important work.

11    And we thank you for that.  Mr. Benton thanks you

12 for that.  There is nothing more important right now to

13 Mr. Benton and his family than this case right here, right

14 now.

15    And he stands before you presumed innocent.  You

16 get the final say here.  We look forward to it.

17    We thank you for your time and attention, but I

18 will end right where I started.  Two things I said at the

19 opening were exactly what this case was.  The picture was

20 worth a thousand words and he looked before he leapt.  Those

21 two phrases caused two more words in our system:  reasonable

22 doubt.  And those two words lead to two other words:  not

23 guilty.

24    Thank you all very much.

25    THE COURT:  Thank you, Mr. Stolarz.

Closing Arguments by Mr. Stolarz

```
 1                We've been going a little while.  Why don't we
 2      take about a ten-minute break and then you'll hear a brief
 3      Government rebuttal.
 4                (Whereupon, the jury exited the courtroom at 11:08
 5      a.m. and the following proceedings were had:)
 6                THE COURT:  Ms. Wasserman, how long do you expect
 7      your rebuttal to be?
 8                MS. WASSERMAN:  Actually, Ms. Parikh is going to
 9      do that.
10                MS. PARIKH:  I expect 15 to 20 minutes.
11                THE COURT:  See you all in ten minutes.
12                (Thereupon a recess was taken, after which the
13      following proceedings were had:)
14                THE COURT:  You can bring in the jury.
15                Can the attorneys approach briefly.
16                (Whereupon, the following proceedings were had at
17      sidebar:)
18                THE COURT:  I just want to make sure we're all on
19      the same page after Ms. Parikh's rebuttal.  I've got about
20      three instructions left and then I'll be dismissing the
21      Jurors 12 and 13.
22                MS. WASSERMAN:  Yes.
23                MR. STOLARZ:  We're not allowed to talk to them
24      until the case is over.  Right?
25                THE COURT:  Definitely not.
```

```
 1                    MR. STOLARZ:  Yeah.  No.

 2                    Well, my second point was:  Are we allowed to talk

 3       to the jury after the verdict has been rendered?  Some

 4       judges in this court don't allow it and some do.  Do you

 5       have a preference?

 6                    THE COURT:  I typically would not.  Yes.  Why

 7       don't we talk about it.

 8                    MR. STOLARZ:  I just didn't know.

 9                    THE COURT:  You may not without my prior

10       permission.

11                    MR. STOLARZ:  Thanks.  That's what I wanted to

12       know.

13                    (Whereupon, the following proceedings were had in

14       open court:)

15                    THE COURTROOM DEPUTY:  Jury panel.

16                    (Whereupon, the jury entered the courtroom at

17       11:21 a.m. and the following proceedings were had:)

18                    THE COURT:  Welcome back, ladies and gentlemen.

19                    The last thing we have is to hear the Government's

20       brief rebuttal.

21                    Ms. Parikh.

22                    MS. PARIKH:  Thank you, your Honor.

23                    Ladies and gentlemen, please do not be fooled by

24       the idea that this is just about a photo.  To be clear, this

25       case is in part about a photo:  this photo.  Government's
```

1    Exhibit 44, second page.

2              This is about a photo that was taken at a

3    fundraiser for Donald Trump that was the direct result of a

4    political contribution.

5              Defense counsel made it seem like you had to make

6    a choice.  If Mr. Vasilenko wanted his photo, that's all he

7    wanted.

8              You don't have to make a choice between whether

9    this is about Mr. Vasilenko wanting a photo or whether this

10   is about influencing an election.  It can be both.

11             You know from your everyday experience that people

12   have multiple purposes in most things they do.  Let me give

13   you an example.

14             Most, if not all of you, have probably had a job

15   with traditional hours, where you didn't work on the

16   weekends, but you worked Monday through Friday.

17             When you had that kind of job, you woke up on

18   Monday morning, got in your car, walked or took public

19   transportation.  If you had asked yourself, Why am I going

20   into work this morning, maybe it's because you really cared

21   about the mission of your job.  Maybe it's because you had a

22   big deadline and you needed to get something in to your boss

23   and you wanted to get it off your plate so you could move on

24   to something else.

25             Maybe it's because you had a close friend at work

1   and they had something big happen over the weekend and you

2   wanted to hear about that.  Maybe it's because your family

3   was really annoying you and you needed to get out of the

4   house.

5        But maybe it's because you hadn't found a better

6   job yet.  Probably you were getting paid by your job and

7   every other week you would get a paycheck and you relied on

8   that money to be able to live your life.

9        Maybe all of those things were true.  Maybe only a

10  couple.

11       The point is, people have multiple purposes for

12  almost everything that they do.  If you spend a little bit

13  of time thinking about what drives your decisions, there's

14  lots of things usually.  You don't have to choose.  You

15  don't have to decide that this was just about a photo or

16  this was just about influencing an election.  It can be

17  both.  And in this case, it was about both.  The Government

18  has provided ample evidence to you that this was about

19  influencing an election.

20       That's an important question, so let's talk about

21  it.  My colleague, Ms. Wasserman, talked about it.  I'd like

22  to talk to you about it again.

23       How do you know that this was for the purpose of

24  influencing an election?  Well, first, let's talk about the

25  "who."

1    We have Jesse Benton, who's a long-term political

2    operative.  You know that he has a whole career built in the

3    political space.  He has worked as a campaign manager on

4    some very high-profile campaigns.  You have Doug Wead, also

5    a longtime political operative, who also built his entire

6    career in this space.

7    And you have Roman Vasilenko, who obviously was

8    very concerned with his public image and who you saw in

9    email evidence was in September 2016 running for office in

10    Russia.

11    These were sophisticated players, and they knew

12    what they were doing.

13    Now, I want to pause there and just make one

14    point.  It has been suggested to you through the course of

15    this trial that election law is complicated.  And I won't

16    dispute that there may be areas of campaign finance law that

17    are complicated.

18    But what's at issue in this case, it's not

19    complicated at all.  Let me lay it out for you one more

20    time.

21    If you're a foreign national, you can't put your

22    money into a U.S. election and you can't solicit someone --

23    a foreign national to do that.

24    You can't take someone else's money and put your

25    name on it and put it into a U.S. election.  There you go.

1    Two sentences.  Maybe 20 words.  It's not complicated.

2            You heard in this case that conduit contributions

3    and foreign national contributions became illegal in 1974.

4    That never changed.  They have been crimes since that time.

5    The majority, if not all of Mr. Benton's life, they have

6    been crimes.  So you don't have to worry about that.

7            Now let's talk about what these people, what these

8    players did.  Right?  So you know Roman Vasilenko wanted a

9    photo.  He was willing to spend an extra $100,000 to get an

10   opportunity to get a photo and a meeting with the president.

11           That $100,000 was termed a donation by his

12   translator, who was representing that he was ready to wire

13   his money.

14           And what you know is that he took that photo and,

15   yes, he did post it before the election.  But he also posted

16   it after the election, after Donald Trump won.  And there's

17   been lots of discussions about celebrities and Roman

18   Vasilenko's desire to meet a celebrity.

19           Well, when he posted that photo, Defense Exhibit

20   4.4, he didn't say, Hey --

21           Do you mind turning on the screen for them?

22   Michelle?

23           He didn't say, Hey, look, I met the former host of

24   *The Apprentice*.  This caption doesn't say:  Two Reality TV

25   Show Stars.  It doesn't say:  Two Billionaires.  It says:

1    Two Presidents.  Donald Trump versus Roman Vasilenko.

2            Now, the Government did not need to prove to

3    you -- and another thing I want to make clear:  The

4    Government does not need to prove to you that anyone

5    benefited here.  That is not the Government's burden.  You

6    can scrub the jury instructions.  You will not find it

7    there.  The Government does not need to prove a quid pro quo

8    to find -- for you to find the Defendant guilty.  The

9    Government does not need to prove that anyone benefited in

10   this case.

11           But what you will learn, if you look at all of the

12   evidence, is that everyone here benefited:  Roman Vasilenko

13   was asked to be in Government's Exhibit 76 -- you can look

14   at it -- he was asked to speak on one of the most

15   influential channels in Russia about President Trump in the

16   days following the election.

17           Mr. Wead got the candidate that he wanted, helped

18   to get that candidate into office.  And so did Mr. Benton.

19           And the Government submits to you if you look

20   closely at this evidence here, you will see that each and

21   every one of these players benefited from Donald Trump

22   becoming president.  Maybe none more so than Mr. Benton.

23   The Government doesn't need to prove it, but those are the

24   facts here.

25           Mr. Benton, for his part, he's the one that

1    coordinated with the campaign.  He reached out to the

2    campaign, as Ms. Wasserman told you.  He immediately asked

3    about fundraising opportunities.  That's what he was looking

4    for.  He knew what he was doing.

5              He bought a ticket or he committed, he committed,

6    to two tickets for $50,000.

7              Now, you know, you saw Government's Exhibit 14.

8    You saw the invitation.  He could have gotten a photo for a

9    lot less money.  For $5400, he could have gotten a single

10   photo.  For $10,000, he could have gotten a photo for a

11   couple.

12             He didn't go for the lower figures.  That's not a

13   small amount of money.  $50,000 is a lot more.  He wanted

14   more than that.  He wanted access.  He wanted to get them in

15   the room.  He wanted to be where -- he wanted to have a more

16   important role at this fundraiser.  And that's what they

17   got.

18             And you heard Mr. Benton was the chief strategist

19   for Great America PAC.  The same period of time.  Previously

20   called Trump PAC.  You heard that even after he took a step

21   back from his public-facing role, he continued to work

22   behind the scenes and he continued to get paid by Great

23   America.

24             There's no question that Mr. Benton backed Donald

25   Trump.  That was his candidate.

1          I'd like to pull up Government's Exhibit 78.  This

2    is the letter that Special Agent Phan identified for you

3    that Mr. Benton wrote in July 2016.  I'd like to highlight a

4    portion of this letter that Special Agent Phan didn't focus

5    on:  "I believe my network of organizations is uniquely

6    situated to be able to help you accomplish your goals.  With

7    our access to Ed Rollins and Rudy Giuliani, our dominant

8    super PAC and well-established 501(c)(4), I am supremely

9    confident that we can impact the election."

10          We can impact this election.  Influence.  He

11   wanted it.  He got it.

12          There's no question that Mr. Benton had the goal

13   of influencing this election.

14          For Doug Wead's part, you saw the evidence that he

15   was talking about steering money to the cause.  He -- in

16   Government's Exhibit 43, when he's concerned that he hasn't

17   gotten his photo yet, he said:  I would post it if I had the

18   photo.  I would post it in a pro-Trump blog so everybody

19   could see I am supporting Donald Trump.

20          Everyone here had the purpose of influencing an

21   election.  And everyone here got what they wanted.

22          I want to talk to you a little bit about Charity

23   Awards.  I don't want to spend a lot of time on it.  It is

24   true the Government's evidence shows that Roman Vasilenko

25   was initially open to meeting other celebrities.  It doesn't

1     matter here.  It doesn't matter what might have happened if

2     Wead was able to introduce him to Oprah.

3          The reality is, where this went was a meeting of

4     the minds between Doug Wead and Jesse Benton to get Roman

5     Vasilenko a meeting with Donald Trump to the tune of a

6     $25,000 political contribution.  That's where we are.  It

7     doesn't matter where else this could have wound up.

8          You saw the evidence about Charity Awards because

9     it was important background for you to understand how the

10    relationship between Roman Vasilenko and Wead developed and

11    what the background was, where these people were when they

12    came to this illegal agreement.  That's all.

13         You know that Charity Awards was not functional.

14    It was so not functional that you saw the email,

15    Government's Exhibit 16, where Doug Wead in 2017, describing

16    his own organization, said:  I haven't raised a dime in over

17    40 years.  And the last Charity Awards dinner we had was in

18    2001.

19         So despite this Maggiano's late lunch, early

20    dinner, potato "potato," despite that dinner in 2016, he

21    doesn't even acknowledge that.  He says the last dinner they

22    had was in 2001.

23         I want to talk to you about the role of Trump

24    Victory and the RNC.

25         Mr. Stolarz suggested to you that they knew what

1    was going on.  Well, they quite clearly did not know what

2    was going on.  You saw Sarah Robinson Burnett.  You saw

3    Caitlin Franklin.  They had no idea that he was a Russian

4    national.  They did not know at any time up until the time

5    they took the stand that Roman Vasilenko was a foreign

6    national.  And they told you, had they known that he was a

7    Russian national, this would have happened very differently.

8            Mr. Stolarz pointed out that Ms. Burnett did not

9    know whether this money had been refunded.

10           Well, this case was indicted in 2021.  Ms. Burnett

11   doesn't work for the RNC anymore.  They didn't refund the

12   money because Mr. Benton lied.  He lied to the RNC.  He lied

13   to Trump Victory.  And nobody figured it out for a while.

14   That was the point.  He wanted to make the contribution and

15   get away with it.  So that shouldn't concern you.

16           But at the end of the day, it's clear that the

17   campaigns did not know what was going on.  But even if they

18   did, the campaigns can't excuse someone from following the

19   law.  They can't sign off on someone committing federal

20   crimes, and just because they know about it make it okay.

21           This is about Mr. Benton.  This is about what he

22   did.  This is about his actions.

23           He duped the RNC.  He duped Trump Victory.  And he

24   is the one who's on trial here today.  This is not about the

25   RNC.  This is not about Trump Victory.

1          It's clear that Mr. Benton never told the

2     campaigns that Roman Vasilenko was a Russian national.  Ask

3     yourselves:  Why did he not do that?  Right?  He was very

4     chatty in his emails.  We saw a lot of email communication.

5          The very first email, Government's Exhibit 14,

6     Page 3, he mentions frankly a lot of information that's not

7     really very important for the RNC to know.  Right?  He says

8     that he's emailing about a friend.  The RNC doesn't care

9     whether they're friends.  It's probably not true.  There's

10    no evidence they even met, so it's hard to imagine that

11    they're friends.

12         He says his friend spends a lot of time in the

13    Caribbean.  We know there's no evidence of that.  Also an

14    extraneous fact.  Why does the RNC need to know where he

15    spends his time?

16         "He caught the Trump bug in a big way."  Well,

17    that seems obvious if you're willing to spend $25,000 on a

18    ticket.  Probably you're in favor of this candidate, but

19    also not something the RNC needs to know.

20         And then he says the photo is important to him.

21         Well, he can pick whether he wants to get a photo

22    or not.  Again, not really information the RNC needs to know

23    about.

24         But he doesn't tell them at any time that we're

25    talking about a Russian national.  And you heard from both

1    Caitlin Franklin and Sarah Robinson.  That was important

2    information to them.  It would have been -- it would have

3    been something that caught their attention.  They would have

4    wanted to know.

5            And you know that Jesse Benton knows that as well,

6    because at the same time he's emailing his attorney, his

7    friend, David Warrington, and saying, Hey, can I buy a

8    ticket for someone?

9            And when David Warrington says that's generally

10   okay, he says:  Well, hold on.  It's a Russian national.

11   Does that change the picture?

12           Mr. Warrington says:  No.  That's fine.

13           And then they have a call a couple days later.

14   Remember Mr. Warrington testified about that?  And he says

15   he remembers that call all these years later because

16   Mr. Benton said:  Even a Russian?  I can even give a ticket

17   to a Russian?

18           He knew this was important information.  Of course

19   he did.  But he didn't bother to share it with the people

20   who could have used it because he didn't want to get caught.

21           Here's what you know, ladies and gentlemen:

22   Mr. Benton lied to somebody.  Right?  He's telling his

23   lawyer he wants to buy a ticket; he wants to buy the ticket

24   and give it to a foreign national.

25           He's telling the RNC that his friend from the

1    Caribbean is going to pay for the ticket.  Those two things

2    can't be reconciled.  Right?  So he's lying to someone.

3            What does that show?  What does that mean?  Well,

4    the judge instructed you yesterday that you can consider

5    statements made by Mr. Benton and explanations of his

6    actions that were false or inconsistent.

7            And you can decide whether he made those

8    statements -- and you saw them in the email -- and you can

9    decide whether that means it's indicative of feelings of

10   guilt.  And if it is indicative of feelings of guilt, it may

11   tend to show his actual guilt.

12           The Government submits to you that this -- all of

13   these lies, they served a purpose for Mr. Benton.  He didn't

14   want to get caught.  He knew he was doing something wrong.

15   They're evidence of his guilt.  And you can consider them as

16   such.

17           Mr. Stolarz spent a lot of time talking about how

18   this was all confusing.  This was confusing to the RNC.

19   Caitlin Franklin was confused.

20           It was confusing because Mr. Benton made it

21   confusing.  You saw those emails.

22           She just wanted to get the money for the

23   fundraiser.  There was a fundraiser.  They put on a big

24   event.  Two people attended.  She wanted to get the money

25   for that event.  There's nothing wrong with that.

And the reality is, if we had been talking about all U.S. citizens, it would not have mattered what the source of the money was.  Right?  It doesn't matter. Mr. Benton could have, per his attorney's advice, bought a ticket for someone else.  He just couldn't take Roman Vasilenko's money and put it into our election.

He knew that you couldn't do that, so he never told anyone that's what he was doing.

Now, ladies and gentlemen, you may be asking yourself:  Why did Mr. Benton take the time, ask advice from his good friend David Warrington?  Why did he go to David Warrington, who had given him advice over the years, who had represented him in various capacities, and who advocated, who fought for his pardon from Donald Trump in 2020?  Why did he do that?

Well, you've heard evidence in this case that Mr. Benton is someone who likes to cover his tracks.  And he makes plans in advance so if anybody later comes to ask him questions, he has a story to present.  So he takes something that's not legal and tries to paper it over to make it look legit.  Right?

So you know in this case -- you saw the fake invoice.  You saw that he had Roman Vasilenko wire the money to Titan Strategies.  You know that he papered it over with a fake invoice for Charity Awards Consulting Services.

1    Never mind that Titan Strategies is a political consulting

2    firm.

3            You know he likes to cover his tracks.  And you

4    heard in the stipulation between the parties, Government's

5    Exhibit 30, that Mr. Benton in 2016 was indicted of another

6    case.  And you heard in that stipulation that as part of

7    that conspiracy that he was charged with, the manner and

8    means, that the conspiracy would and did use two

9    intermediary companies to conceal payments to a state

10   senator; and the conspirators would and did conceal the

11   payments to the state senator by a political committee by

12   using false invoices.

13           Now, ladies and gentlemen, the judge instructed

14   you yesterday that you can consider his prior conviction for

15   a limited purpose.  One of them is for willfulness.  That's

16   what Ms. Wasserman discussed with you.

17           And the other one is for MO.  Does this track?

18   Does it seem like the kind of thing that Mr. Benton is

19   doing?  Does this help you identify?  His MO.  This is how

20   he commits his crimes.  You can consider it.  If you see a

21   pattern, you can consider it as indicative of his guilt.

22           So when you think about why Mr. Benton consulted

23   with his lawyer, it's against that backdrop.  You know this

24   is someone who likes to cover their tracks, who likes to

25   create a story.  And so he went to Mr. Warrington and gave

1    him only the facts that would get him the answer that he

2    wanted.  Right?

3            So I do encourage you, the Government encourages

4    you, just as Mr. Stolarz has encouraged you, to look at the

5    advice of counsel defense instructions.  And you will see

6    that it's required that Mr. Benton fully and honestly lay

7    out all of the facts.  He needs to have made a full and

8    complete report to his lawyer.

9            The Government submits to you that that did not

10   happen here.  Mr. Benton used intermediary companies.  He

11   used Titan Strategies.  He used invoices and he used

12   Mr. Warrington as a cover to try to ensure that he would not

13   get caught.

14           Ladies and gentlemen, our elections are important.

15   They matter.  When they are functioning the way they are

16   designed, the way they're supposed to, they reflect the

17   values and the priorities and the beliefs of the American

18   citizens.

19           And the transparency piece of that is important.

20   Right?  Knowing who exactly is supporting a candidate with

21   their funds, that ensures that the person who wins an

22   election reflects those priorities, reflects those beliefs,

23   reflects those values.

24           Jesse Benton by his actions did damage to those

25   principles.

1    Ladies and gentlemen, the time is now to hold him

2    accountable and find him guilty.

3    THE COURT:  Thank you, Ms. Parikh.

4    Ladies and gentlemen, when you return to the jury

5    room, you should first select a foreperson to preside over

6    your deliberations and to be your spokesperson here in

7    court.  There are no specific rules regarding how you should

8    select a foreperson.  That is up to you.

9    However, as you go about the task, be mindful of

10   your mission:  to reach a fair and just verdict based on the

11   evidence.

12   Consider selecting a foreperson who will be able

13   to facilitate your discussions, who can help you organize

14   the evidence, who will encourage civility and mutual respect

15   among all of you, who will invite each juror to speak up

16   regarding his or her views about the evidence and who will

17   promote a full and fair consideration of that evidence.

18   I'll be sending in to the jury room with you the

19   exhibits that have been admitted into evidence.  You may

20   examine any or all of them as you consider your verdict.

21   Please keep in mind that exhibits that were only

22   marked for identification but were not admitted into

23   evidence will not be given to you to examine and consider in

24   reaching your verdict.

25   If it becomes necessary during your deliberations

1    to communicate with me, you may send a note by the clerk or

2    marshal signed by your foreperson or by one or more members

3    of the jury.  No member of the jury should try to

4    communicate with me except by such a signed note, and I will

5    never communicate with any member of the jury on any matter

6    concerning the merits of this case except in writing or

7    orally here in open court.

8            Bear in mind also that you are never under any

9    circumstances to reveal to any person, not the clerk, not

10    the marshal or me, how jurors are voting until after you've

11    reached a unanimous verdict.

12            This means you should never tell me in writing or

13    in open court how the jury is divided on any matter, for

14    example, six-six, seven-five or eleven-one or in any other

15    fashion, whether the vote is for conviction or acquittal or

16    on any other issue in the case.

17            The last thing I must do before you begin your

18    deliberations is to excuse the alternate jurors.  As I told

19    you before, the selection of alternates was an entirely

20    random process.  It's nothing personal.  We selected two

21    seats to be the alternate seats before any of you entered

22    the courtroom.  Since the rest of you have remained healthy

23    and attentive, I can now excuse those jurors in Seats 12 and

24    13.

25            Before you leave, I'm going to ask the two of you

1    to tear out a page from your notebook and to write down your

2    name and daytime phone number and hand this to Ms. Chaclan.

3    I do this because it is possible, though unlikely, that we

4    will need to summon you back to rejoin the jury in case

5    something happens to one of the regular jurors.  Since that

6    possibility exists, I'm also going to instruct the two of

7    you not to discuss the case with anyone until we call you.

8    My earlier instruction on the use of the internet still

9    applies.  Do not research this case or communicate about it

10   on the internet.

11            In all likelihood, we'll be calling you to tell

12   you there's been a verdict and you now are free to discuss

13   the case.  However, there's a small chance that we will need

14   to bring you back onto the jury.

15            Thank you to both of you very much for your

16   service.  And please turn in your badge.

17            Ms. Chaclan, do they turn them in to you?

18            THE COURTROOM DEPUTY:  Yes.

19            THE COURT:  You can give your badge to Ms. Chaclan

20   on your way out.

21            As to the rest of you, you may now retire to begin

22   your deliberations.

23            Let me remind you, you should only be discussing

24   the case with the 12 of you all present.  So if you need to

25   take breaks for people to step out for the bathroom, that's

1    fine.  Just talk about sports or something while the others

2    are out.

3           With that, I will dismiss the 12 of you to begin

4    your deliberations.

5           (Whereupon, the jury exited the courtroom at 11:48

6    a.m. and the following proceedings were had:)

7           THE COURT:  All right.  First of all, let me say

8    to the attorneys, I think both sides did a really excellent

9    job in this case.  I appreciate your hard work, the

10   collegiality with which you went about your tasks and the

11   way you presented your evidence.  I thought it was an

12   excellently tried case and I think it reflects well on you

13   all and frankly is really good for the parties you represent

14   and that it's much more likely to lead to an accurate and

15   fair verdict.  So thank you for that.

16          Let me ask you all to stick around to make sure we

17   get all the evidence back to the jurors.

18          Make sure Ms. Chaclan has your phone numbers.

19   Please don't go too far away.  I'm thinking be within a

20   15-minute radius.  At least one of the three of you needs to

21   be available.

22          Mr. Stolarz, you as well.

23          The jury is going to take their lunch at 12:30, so

24   you can be sure for at least that hour you can wander a

25   little further away.  Otherwise, if you haven't heard from

1    us, be back, let's say, at 4:45 and we'll dismiss the jury

2    from the courtroom.

3            Thanks, folks.

4            (Thereupon a recess was taken, after which the

5    following proceedings were had:)

6            THE COURT:  We haven't had any notes from the

7    jury.  I'll bring them out and excuse them to return at 9:30

8    tomorrow.  I think, assuming you don't hear from them during

9    the day, we'll get them lunch at 12:30 and then ask you all

10   to be back at 4:45 tomorrow.

11           MS. ROSS:  Your Honor, do we have to check in with

12   the Court at 9:30 or should we just be within a 15-minute

13   radius?

14           THE COURT:  I think just as long as we can reach

15   you between 9:30 and 4:45 and if you're close by, that's

16   fine.

17           MS. ROSS:  Thank you, your Honor.

18           THE COURTROOM DEPUTY:  Jury panel.

19           (Whereupon, the jury entered the courtroom at 4:51

20   p.m. and the following proceedings were had:)

21           THE COURT:  Welcome back, ladies and gentlemen.

22   Please feel free to have a seat.  Thank you for your

23   diligent work today.

24           I'm going to excuse you for the evening.  I'll ask

25   you to return to continue your deliberations at 9:30

1    tomorrow.

2              Obviously, if you're all here at 9:25, feel free

3    to get started.  But if someone's late, I need you to wait.

4    So just a reminder to be respectful to one another and try

5    to be prompt.  And of course don't discuss the case with

6    anyone this evening.  Don't do your own research.  Just take

7    a break and do something else.

8              You all have a good evening.

9              THE JURY:  Thank you.

10             (Whereupon, the jury exited the courtroom at 4:51

11   p.m. and the following proceedings were had:)

12             THE COURT:  Anything else for us to discuss?

13             Great.  See you tomorrow.

14             MR. STOLARZ:  Thanks.

15             MS. ROSS:  Thank you, your Honor.

16             (Proceedings concluded.)

17

18

19

20

21

22

23

24

25

**CERTIFICATE**

I, LISA EDWARDS, RDR, CRR, do hereby certify that the foregoing constitutes a true and accurate transcript of my stenographic notes, and is a full, true, and complete transcript of the proceedings produced to the best of my ability.

Dated this 15th day of November, 2022.

/s/ Lisa Edwards, RDR, CRR
Official Court Reporter
United States District Court for the
   District of Columbia
333 Constitution Avenue, Northwest
Washington, D.C. 20001
(202) 354-3269

## $

**$10,000** [1] - 74:10
**$100,000** [15] - 11:8, 11:18, 22:11, 23:11, 24:3, 25:6, 26:23, 27:2, 27:5, 27:6, 27:11, 29:21, 29:24, 72:9, 72:11
**$1200** [1] - 23:25
**$25,000** [8] - 5:16, 6:1, 29:12, 36:3, 39:19, 51:14, 76:6, 78:17
**$2700** [1] - 13:14
**$49,000** [1] - 23:1
**$50,000** [2] - 74:6, 74:13
**$51,000** [1] - 24:2
**$5400** [2] - 12:3, 74:9
**$646** [1] - 52:7
**$75,000** [1] - 8:9
**$80,000** [2] - 8:6, 29:20
**$8600** [1] - 12:7

## /

**/s** [1] - 90:12

## 0

**0000387** [3] - 52:9, 52:10, 52:11

## 1

**1** [8] - 6:12, 43:14, 53:6, 54:1, 57:10, 58:7, 62:4, 65:20
**10** [4] - 15:22, 51:24, 60:13, 60:16
**100** [1] - 8:7
**1000** [1] - 2:4
**101** [2] - 50:16, 50:22
**10:12** [1] - 22:4
**11** [2] - 10:13, 20:7
**11:08** [1] - 67:4
**11:21** [1] - 68:17
**11:48** [1] - 87:5
**11th** [2] - 7:17, 18:17
**12** [6] - 7:1, 7:15, 67:21, 85:23, 86:24, 87:3
**1200** [1] - 44:16
**12:30** [2] - 87:23, 88:9

**12th** [5] - 7:12, 12:1, 15:9, 15:18, 18:23
**13** [6] - 10:3, 32:16, 34:14, 63:13, 67:21, 85:24
**1301** [1] - 1:15
**1331** [1] - 1:18
**13th** [3] - 7:20, 10:13, 11:10
**14** [5] - 22:18, 23:24, 58:20, 74:7, 78:5
**14th** [2] - 16:2, 20:22
**15** [2] - 1:6, 67:10
**15-minute** [2] - 87:20, 88:12
**15th** [3] - 21:10, 21:21, 90:10
**16** [1] - 76:15
**16th** [2] - 22:2, 22:4, 23:17
**17** [1] - 21:12
**18th** [1] - 12:6
**1974** [1] - 72:3
**19th** [2] - 11:5, 22:25

## 2

**2** [8] - 14:10, 16:18, 28:9, 31:6, 43:14, 53:6, 54:1, 65:20
**20** [3] - 8:8, 67:10, 72:1
**20001** [3] - 2:4, 2:9, 90:14
**20005** [1] - 1:19
**2001** [2] - 76:18, 76:22
**201** [1] - 59:25
**2012** [1] - 6:8
**2016** [36] - 5:12, 6:2, 6:4, 6:8, 6:12, 6:23, 7:2, 7:7, 7:11, 7:12, 7:15, 7:17, 10:13, 10:22, 15:9, 16:2, 18:18, 20:22, 26:13, 27:17, 27:21, 28:5, 29:9, 29:23, 33:19, 36:2, 40:23, 41:5, 50:20, 52:6, 54:20, 56:18, 71:9, 75:3, 76:20, 82:5
**2017** [1] - 76:15
**202** [2] - 2:9, 90:15
**2020** [1] - 81:14
**2021** [1] - 77:10
**2022** [2] - 1:6, 90:10
**203** [1] - 57:20
**20530** [2] - 1:16, 1:22
**20th** [4] - 9:8, 11:5,

24:4, 24:6
**21-00569** [1] - 1:3
**21-569** [1] - 4:3
**21st** [3] - 9:6, 11:12, 24:17
**22** [2] - 14:21, 26:11
**22nd** [2] - 20:23, 26:13
**25** [5] - 11:13, 39:24, 51:19, 52:5, 52:8
**25,000** [2] - 40:10, 42:21
**27** [1] - 34:22
**27th** [2] - 9:6, 9:9
**2:10** [1] - 19:19

## 3

**3** [10] - 14:12, 16:18, 43:14, 43:19, 53:7, 54:1, 60:17, 62:5, 65:20, 78:6
**30** [1] - 82:5
**30-second** [1] - 54:20
**32** [1] - 44:14
**333** [2] - 2:8, 90:14
**34** [1] - 39:3
**354-3269** [2] - 2:9, 90:15
**37** [3] - 3:4, 59:3, 59:14
**38** [3] - 34:24, 35:1, 38:24

## 4

**4** [5] - 1:10, 14:14, 16:19, 54:7, 54:11
**4-1** [1] - 44:3
**4-10** [1] - 45:11
**4-2** [1] - 44:4
**4-4** [2] - 30:15, 38:5
**4-5** [4] - 46:22, 47:3, 47:10, 53:1
**4.4** [1] - 72:20
**40** [1] - 76:17
**42** [1] - 39:7
**43** [3] - 7:7, 26:19, 75:16
**44** [2] - 5:25, 69:1
**45** [1] - 27:22
**46** [1] - 43:3
**49,000** [2] - 23:2, 23:7
**4:01** [1] - 19:23
**4:30** [1] - 44:21
**4:34** [1] - 19:23

**4:45** [3] - 88:1, 88:10, 88:15
**4:51** [2] - 88:19, 89:10

## 5

**5** [5] - 3:3, 14:14, 16:19, 54:7, 54:11
**50** [3] - 51:20, 51:23, 60:18
**50,000** [2] - 11:19, 57:1
**501(c)(4** [1] - 75:8
**54** [1] - 24:23
**555** [1] - 1:21
**58** [1] - 12:24
**59** [1] - 43:23

## 6

**6** [4] - 14:14, 16:19, 54:7, 54:11
**60** [1] - 51:24
**63** [1] - 11:21
**6706** [1] - 2:8
**68** [1] - 3:5
**6:07** [1] - 26:14
**6:30** [1] - 44:21
**6:54** [1] - 24:20

## 7

**7** [3] - 18:22, 41:8, 42:14
**76** [3] - 30:23, 49:5, 73:13
**78** [1] - 75:1
**799** [1] - 2:3
**7:03** [1] - 20:13
**7:09** [1] - 24:22
**7:47** [1] - 24:10

## 8

**8** [1] - 19:6
**87** [1] - 15:8
**88** [1] - 15:25

## 9

**9** [4] - 8:17, 9:4, 9:12, 34:11
**9:25** [1] - 89:2
**9:30** [4] - 88:7, 88:12, 88:15, 88:25

**9:32** [1] - 1:7
**9:34** [1] - 5:5
**9:37** [1] - 7:14
**9:39** [1] - 26:9
**9:48** [1] - 7:15

## A

**a.m** [10] - 1:7, 5:6, 7:14, 7:15, 22:4, 24:10, 26:9, 67:5, 68:17, 87:6
**ability** [1] - 90:7
**able** [7] - 13:18, 31:16, 50:3, 70:8, 75:6, 76:2, 84:12
**absolute** [1] - 11:3
**absolutely** [12] - 10:1, 16:4, 16:6, 23:20, 28:16, 29:14, 30:5, 30:22, 31:4, 34:3, 39:17, 61:24
**absurd** [1] - 40:12
**accepted** [1] - 13:12
**access** [4] - 30:22, 36:11, 74:14, 75:7
**accident** [1] - 62:8
**accomplish** [1] - 75:6
**account** [7] - 11:6, 11:14, 12:3, 12:7, 24:15, 31:9, 31:11
**accountable** [1] - 84:2
**accounts** [1] - 40:8
**accurate** [2] - 87:14, 90:4
**acknowledge** [1] - 76:21
**acquittal** [1] - 85:15
**act** [9] - 17:13, 17:14, 17:19, 18:24, 19:1, 19:12, 23:14, 33:20, 37:19
**Act** [1] - 33:20
**acted** [5] - 33:12, 33:13, 33:15, 62:8, 65:19
**acting** [2] - 35:9, 65:21
**action** [1] - 60:7
**Action** [1] - 1:3
**actions** [4] - 34:5, 77:22, 80:6, 83:24
**actively** [2] - 15:6, 29:9
**actor** [1] - 45:15
**acts** [2] - 17:21, 18:15

**actual** [2] - 25:13, 80:11
**acute** [1] - 15:16
**adding** [1] - 51:22
**address** [2] - 13:4, 23:18
**admission** [3] - 6:11, 27:13, 28:6
**admits** [1] - 26:25
**admitted** [3] - 33:16, 84:19, 84:22
**admitting** [1] - 27:3
**advance** [1] - 81:18
**advertisements** [1] - 15:17
**advice** [19] - 31:21, 32:6, 32:7, 32:8, 32:11, 32:21, 33:10, 61:7, 63:20, 63:22, 63:25, 64:3, 64:5, 65:15, 66:3, 81:4, 81:10, 81:12, 83:5
**advocated** [1] - 81:13
**afford** [2] - 12:19, 47:17
**afternoon** [1] - 24:18
**age** [2] - 55:3, 55:16
**agency** [1] - 57:15
**Agent** [10] - 4:10, 4:11, 27:16, 30:16, 44:21, 49:10, 50:9, 53:15, 75:2, 75:4
**agent** [1] - 27:19
**agents** [1] - 40:2
**agree** [6] - 11:14, 17:8, 20:17, 29:21, 49:4, 60:4
**agreed** [2] - 17:3, 17:9, 20:12
**agreeing** [1] - 29:24
**agreement** [11] - 7:14, 7:25, 16:23, 16:24, 17:12, 17:17, 18:13, 18:18, 19:15, 20:16, 76:12
**ahead** [1] - 12:14
**ain't** [1] - 57:17
**air** [1] - 15:16
**airplane** [1] - 58:6
**alert** [1] - 65:17
**Ali** [1] - 40:13
**alleged** [3] - 17:1, 43:11, 52:17
**alleges** [1] - 17:2
**allow** [2] - 23:4, 68:4
**allowed** [6] - 26:4, 29:11, 62:20, 63:11, 67:23, 68:2
**almost** [6] - 9:6,

30:25, 40:12, 61:8, 62:3, 70:12
**alone** [1] - 55:1
**alternate** [2] - 85:18, 85:21
**alternates** [1] - 85:19
**AMERICA** [1] - 1:3
**America** [5] - 4:3, 6:9, 15:11, 74:19, 74:23
**American** [7] - 14:6, 22:11, 29:22, 30:14, 36:13, 41:14, 83:17
**amount** [6] - 8:3, 27:18, 51:15, 51:23, 52:9, 74:13
**ample** [1] - 70:18
**analysis** [1] - 31:2
**annoying** [1] - 70:3
**answer** [4] - 33:1, 33:6, 54:2, 83:1
**aPPEARANCES** [1] - 1:13
**APPEARANCES** [1] - 2:1
**applaud** [1] - 40:21
**applies** [1] - 86:9
**apply** [1] - 32:11
**appreciate** [1] - 87:9
**Apprentice** [2] - 42:22, 72:24
**approach** [1] - 67:15
**April** [2] - 40:23, 42:13
**areas** [1] - 71:16
**arenas** [1] - 48:7
**Arguments** [3] - 3:3, 3:4, 3:5
**arguments** [3] - 4:18, 5:3, 5:10
**arranged** [1] - 50:7
**arrive** [1] - 42:16
**arrived** [1] - 26:21
**arrives** [2] - 11:14, 24:7
**art** [1] - 55:3
**artist** [1] - 46:17
**arts** [1] - 48:7
**aside** [1] - 38:8
**assuming** [1] - 88:8
**attend** [9] - 10:8, 15:23, 19:22, 22:17, 22:19, 26:4, 29:4, 47:21, 63:11
**attended** [1] - 80:24
**attending** [3] - 11:11, 19:15, 20:2
**attention** [5] - 26:5, 26:7, 37:7, 66:17, 79:3

**attentive** [1] - 85:23
**attitude** [1] - 31:3
**attorney** [7] - 32:20, 32:21, 32:22, 35:14, 63:9, 79:6
**ATTORNEY'S** [1] - 1:20
**attorney's** [1] - 81:4
**attorneys** [3] - 5:9, 67:15, 87:8
**audible** [1] - 46:24
**authority** [1] - 11:7
**available** [6] - 42:2, 42:3, 42:4, 42:8, 87:21
**Avenue** [3] - 1:15, 2:8, 90:14
**avoid** [1] - 34:20
**award** [5] - 44:24, 45:5, 45:6, 53:23, 63:8
**Awards** [9] - 29:19, 51:11, 53:8, 53:18, 75:23, 76:8, 76:13, 76:17, 81:25
**awards** [2] - 22:18, 23:23

## B

**back-and-forth** [1] - 21:22
**back-door** [1] - 48:22
**backdrop** [1] - 82:23
**backed** [2] - 58:9, 74:24
**background** [2] - 76:9, 76:11
**backroom** [1] - 38:19
**bad** [7] - 55:21, 56:2, 60:16, 62:10, 62:17, 62:20, 62:21
**badge** [2] - 86:16, 86:19
**bag** [1] - 29:5
**ballroom** [1] - 46:8
**bank** [9] - 11:6, 11:14, 12:3, 23:5, 23:6, 31:9, 31:11, 48:16, 49:2
**banking** [2] - 21:12, 21:13
**banks** [1] - 40:3
**Baryshnikov** [1] - 40:14
**based** [4] - 37:17, 62:24, 65:14, 84:10
**bathroom** [1] - 86:25

**Beach** [2] - 15:11, 15:25
**bear** [1] - 85:8
**beautiful** [1] - 39:25
**became** [1] - 72:3
**becomes** [1] - 84:25
**becoming** [1] - 73:22
**beer** [2] - 44:16, 45:3
**BEFORE** [1] - 1:10
**begin** [3] - 85:17, 86:21, 87:3
**beginning** [11] - 8:14, 9:1, 9:10, 10:5, 10:9, 10:18, 11:17, 12:10, 12:20, 19:14, 20:1
**begins** [1] - 18:17
**behalf** [4] - 4:8, 4:14, 59:4
**behind** [1] - 74:22
**beliefs** [2] - 83:17, 83:22
**belongs** [1] - 12:23
**bench** [1] - 4:10
**benefited** [6] - 30:22, 31:4, 73:5, 73:9, 73:12, 73:21
**benefits** [1] - 64:25
**Benton** [110] - 4:4, 4:14, 5:14, 5:22, 6:2, 7:21, 8:2, 8:8, 12:17, 13:22, 15:1, 15:10, 17:22, 17:25, 18:4, 18:5, 18:14, 18:19, 19:9, 19:20, 19:24, 20:4, 20:8, 20:13, 20:17, 20:22, 21:10, 21:15, 21:22, 22:2, 22:8, 23:8, 24:1, 24:5, 24:22, 24:25, 25:3, 26:9, 26:15, 26:20, 26:21, 27:24, 32:14, 33:1, 33:5, 36:19, 37:9, 38:24, 40:16, 40:20, 40:23, 40:24, 41:1, 41:3, 41:7, 42:11, 42:15, 42:17, 45:11, 50:2, 51:23, 53:16, 54:13, 55:4, 56:3, 56:22, 56:23, 57:11, 58:12, 59:4, 60:21, 61:14, 61:22, 61:25, 62:12, 63:1, 63:7, 64:2, 64:22, 65:18, 66:11, 66:13, 71:1, 73:18, 73:22, 73:25, 74:18, 74:24, 75:3, 75:12, 76:4, 77:12, 77:21, 78:1, 79:5, 79:16, 79:22,

80:5, 80:13, 80:20, 81:4, 81:10, 81:17, 82:5, 82:18, 82:22, 83:6, 83:10, 83:24
**BENTON** [1] - 1:6
**Benton's** [8] - 21:12, 24:4, 32:3, 40:2, 40:5, 50:5, 50:25, 72:5
**Bentor** [1] - 61:17
**best** [3] - 12:13, 12:14, 90:7
**better** [6] - 30:13, 47:2, 48:10, 52:2, 53:23, 70:5
**between** [10] - 16:24, 18:13, 19:10, 19:24, 38:13, 69:8, 76:4, 76:10, 82:4, 88:15
**beyond** [2] - 31:25, 37:16
**big** [8] - 12:23, 51:11, 51:25, 58:3, 69:22, 70:1, 78:16, 80:23
**bigger** [1] - 38:25
**biggest** [1] - 56:19
**Billionaires** [1] - 72:25
**billions** [1] - 54:17
**bit** [2] - 70:12, 75:22
**blame** [1] - 55:4
**blaming** [2] - 55:15, 56:3
**blessing** [1] - 35:13
**blog** [1] - 75:18
**blowing** [1] - 24:4
**blue** [2] - 36:12, 44:5
**body** [1] - 34:18
**bogus** [1] - 23:2
**books** [1] - 24:22
**born** [3] - 7:16, 7:24, 9:14
**boss** [1] - 69:22
**bother** [1] - 79:19
**bothered** [1] - 44:22
**bottom** [1] - 60:19
**bought** [3] - 35:1, 74:5, 81:4
**box** [1] - 56:12
**boxer** [1] - 42:4
**brag** [1] - 39:19
**brakes** [1] - 59:24
**break** [4] - 6:23, 52:8, 67:2, 89:7
**breaks** [1] - 86:25
**Brent** [1] - 15:12
**Brian** [1] - 4:13
**BRIAN** [1] - 2:2
**brief** [2] - 67:2, 68:20
**briefly** [1] - 67:15

**bring** [6] - 4:17, 45:1, 60:24, 67:14, 86:14, 88:7
**bucks** [3] - 40:7, 44:16, 49:23
**bug** [2] - 8:21, 78:16
**built** [2] - 71:2, 71:5
**burden** [5] - 31:22, 31:24, 37:13, 37:16, 73:5
**Burnett** [15] - 5:18, 6:15, 11:16, 12:12, 13:5, 21:4, 24:13, 26:2, 30:4, 54:19, 56:7, 57:8, 77:2, 77:8, 77:10
**Bush** [1] - 53:11
**business** [10] - 11:6, 21:13, 21:24, 38:16, 43:16, 44:5, 44:6, 44:7, 44:10, 52:14
**businessman** [2] - 30:11, 36:3
**businesspeople** [1] - 48:3
**busy** [3] - 54:24, 55:1, 61:11
**buy** [14] - 10:4, 11:12, 32:16, 32:17, 34:13, 45:9, 47:5, 47:21, 48:6, 55:19, 63:25, 79:7, 79:23
**buying** [1] - 55:14
**buys** [1] - 64:2
**BY** [1] - 2:6

## C

**Caitlin** [8] - 13:1, 25:18, 26:3, 34:20, 35:12, 77:3, 79:1, 80:19
**calculators** [1] - 52:9
**California** [2] - 45:13, 45:17
**campaign** [32] - 5:18, 6:6, 6:7, 6:19, 8:23, 9:3, 10:22, 13:14, 13:15, 13:20, 14:16, 15:19, 21:8, 27:18, 27:21, 36:6, 36:7, 38:21, 41:17, 41:21, 51:14, 51:19, 52:1, 52:6, 56:11, 56:18, 57:1, 71:3, 71:16, 74:1, 74:2
**Campaign** [1] - 33:20
**campaigns** [7] -

33:19, 56:19, 63:4, 71:4, 77:17, 77:18, 78:2
**candidate** [13] - 8:4, 8:11, 29:3, 29:23, 30:2, 30:14, 36:5, 36:14, 73:17, 73:18, 74:25, 78:18, 83:20
**cannot** [4] - 40:22, 55:9, 64:4, 65:10
**capacities** [1] - 81:13
**Capitol** [4] - 44:3, 44:12, 45:1, 50:5
**caption** [1] - 72:24
**car** [3] - 24:22, 25:7, 69:18
**Cara** [1] - 15:21
**card** [8] - 13:4, 25:2, 25:4, 25:10, 25:12, 31:10, 31:11, 40:4
**care** [7] - 41:14, 47:5, 47:8, 49:18, 50:2, 53:1, 78:8
**cared** [1] - 69:20
**career** [2] - 71:2, 71:6
**cares** [1] - 50:17
**Caribbean** [5] - 7:23, 9:18, 34:10, 78:13, 80:1
**Carolyn** [1] - 4:11
**carpenter** [1] - 48:1
**Carter** [4] - 40:13, 40:19, 41:3, 42:3
**case** [56] - 8:12, 11:1, 14:10, 16:8, 16:18, 31:20, 31:23, 31:25, 32:2, 32:4, 33:15, 34:14, 36:24, 37:7, 37:13, 37:24, 38:2, 39:4, 41:1, 41:12, 41:21, 42:25, 43:4, 43:12, 45:12, 45:22, 49:2, 49:15, 52:18, 55:9, 65:10, 66:1, 66:8, 66:13, 66:19, 67:24, 68:25, 70:17, 71:18, 72:2, 73:10, 77:10, 81:16, 81:22, 82:6, 85:6, 85:16, 86:4, 86:7, 86:9, 86:13, 86:24, 87:9, 87:12, 89:5
**Case** [1] - 4:3
**catch** [1] - 26:6
**categories** [1] - 6:20
**caught** [10] - 8:21, 21:6, 26:5, 26:8, 36:1, 78:16, 79:3, 79:20,

80:14, 83:13
**caused** [2] - 14:16, 66:21
**causes** [1] - 13:25
**causing** [8] - 14:11, 14:14, 16:9, 16:12, 16:13, 17:4, 28:10, 33:22
**celebrities** [5] - 28:21, 40:11, 42:8, 72:17, 75:25
**celebrity** [9] - 41:10, 41:15, 42:18, 42:20, 45:20, 47:9, 47:19, 53:23, 72:18
**center** [1] - 37:23
**certain** [2] - 64:12, 64:20
**certainly** [1] - 42:23
**CERTIFICATE** [1] - 90:1
**certify** [1] - 90:4
**Chaclan** [4] - 86:2, 86:17, 86:19, 87:18
**chairman** [1] - 6:8
**chance** [1] - 86:13
**change** [1] - 79:11
**changed** [1] - 72:4
**channel** [1] - 31:2
**channels** [1] - 73:15
**charge** [1] - 48:2
**charged** [7] - 16:8, 28:9, 31:6, 33:21, 33:23, 36:25, 82:7
**charities** [1] - 48:7
**charity** [2] - 22:18
**Charity** [9] - 29:19, 51:11, 53:8, 53:18, 75:22, 76:8, 76:13, 76:17, 81:25
**chatty** [1] - 78:4
**check** [2] - 34:22, 88:11
**checked** [3] - 35:16, 35:18, 56:12
**checking** [2] - 19:19, 26:15
**chief** [2] - 6:9, 74:18
**choice** [2] - 69:6, 69:8
**choose** [1] - 70:14
**chose** [1] - 6:23
**circumstances** [1] - 85:9
**cited** [1] - 62:14
**citizen** [4] - 10:4, 10:6, 32:17, 63:15
**citizens** [2] - 81:2, 83:18
**civil** [1] - 60:8

**civility** [1] - 84:14
**claimed** [1] - 34:12
**claiming** [2] - 34:9, 34:17
**clear** [14] - 8:14, 10:18, 46:2, 47:16, 58:24, 64:15, 64:16, 64:21, 66:5, 68:24, 73:3, 77:16, 78:1
**cleared** [5] - 57:8, 57:16, 58:5, 58:6, 63:17
**clearly** [6] - 37:8, 43:22, 49:22, 51:5, 52:20, 77:1
**clerk** [2] - 85:1, 85:9
**client** [1] - 21:25
**clients** [1] - 64:23
**clipping** [1] - 48:20
**close** [2] - 69:25, 88:15
**closely** [1] - 73:20
**Closing** [3] - 3:3, 3:4, 3:5
**closing** [4] - 4:18, 5:10, 10:21, 48:13
**co** [5] - 5:14, 6:25, 17:18, 17:20, 18:2
**co-conspirator** [3] - 5:14, 6:25, 17:18
**co-conspirators** [2] - 17:20, 18:2
**colleague** [1] - 70:21
**collect** [1] - 12:14
**collectively** [1] - 28:15
**collegiality** [1] - 87:10
**colloquially** [1] - 18:7
**COLUMBIA** [2] - 1:1, 1:21
**Columbia** [2] - 2:7, 90:13
**comedy** [2] - 61:23, 61:24
**comfortable** [1] - 4:21
**comical** [1] - 40:12
**coming** [4] - 38:5, 40:2, 52:15, 54:17
**commit** [5] - 11:12, 16:24, 17:4, 17:9, 61:16
**commits** [3] - 17:18, 18:4, 82:20
**committed** [4] - 11:23, 17:15, 74:5
**committee** [2] - 27:23, 82:11

**Committee** [1] - 54:16
**committees** [1] - 13:18
**committing** [1] - 77:19
**common** [9] - 28:24, 29:25, 50:12, 51:18, 52:4, 57:21, 59:5, 59:7, 59:21
**communicate** [4] - 85:1, 85:4, 85:5, 86:9
**communication** [1] - 78:4
**companies** [5] - 40:4, 48:4, 48:6, 82:9, 83:10
**company** [6] - 39:11, 40:7, 47:13, 47:15, 50:25, 56:19
**company's** [1] - 45:7
**complete** [4] - 17:16, 65:19, 83:8, 90:6
**compliance** [1] - 54:16
**complicated** [5] - 64:8, 71:15, 71:17, 71:19, 72:1
**computer** [1] - 55:17
**conceal** [2] - 82:9, 82:10
**concern** [2] - 39:2, 77:15
**concerned** [2] - 71:8, 75:16
**concerning** [1] - 85:6
**concert** [1] - 46:16
**concerts** [1] - 46:15
**concluded** [1] - 89:16
**conduit** [13] - 6:17, 14:12, 15:1, 15:2, 16:12, 17:5, 21:16, 24:16, 31:7, 31:18, 36:19, 43:20, 72:2
**confident** [1] - 75:9
**confirms** [2] - 20:23, 65:2
**conflicting** [1] - 60:19
**confused** [1] - 80:19
**confusing** [10] - 60:4, 60:5, 60:6, 60:7, 60:8, 60:10, 60:22, 60:25, 61:2, 80:18, 80:20, 80:21
**connect** [1] - 7:13
**consequential** [1] - 35:4

**conservative** [1] - 54:20

**consider** [9] - 33:24, 80:4, 80:15, 82:14, 82:20, 82:21, 84:12, 84:20, 84:23

**consideration** [1] - 84:17

**considered** [1] - 30:24

**considering** [1] - 33:17

**conspiracy** [39] - 7:16, 7:24, 8:15, 8:18, 16:9, 16:20, 16:22, 16:23, 17:1, 17:7, 17:14, 17:15, 17:16, 17:17, 17:20, 17:23, 17:24, 18:2, 18:5, 18:8, 18:11, 18:16, 18:25, 19:13, 20:9, 20:12, 23:15, 26:18, 41:16, 41:21, 41:23, 42:9, 43:19, 51:25, 57:2, 82:7, 82:8

**conspirator** [3] - 5:14, 6:25, 17:18

**conspirators** [3] - 17:20, 18:2, 82:10

**conspired** [1] - 5:15

**constitutes** [1] - 90:4

**Constitution** [2] - 2:8, 90:14

**construction** [1] - 64:6

**construe** [1] - 30:6

**consult** [1] - 64:23

**consultant** [1] - 22:12

**consulted** [1] - 82:22

**consulting** [8] - 22:15, 22:17, 22:21, 23:11, 23:23, 25:6, 27:6, 82:1

**Consulting** [1] - 81:25

**CONT'D** [1] - 2:1

**contact** [1] - 38:8

**contacted** [2] - 25:25, 40:24

**continue** [1] - 88:25

**continued** [2] - 74:21, 74:22

**contribute** [2] - 14:24, 21:2

**contributing** [2] - 14:6, 36:18

**contribution** [61] - 6:1, 8:12, 8:16, 9:2, 10:12, 10:25, 11:4,

11:22, 11:24, 12:5, 12:12, 12:14, 12:21, 13:8, 14:11, 14:12, 14:13, 15:2, 15:3, 16:5, 16:6, 16:10, 17:5, 19:16, 20:2, 21:16, 26:22, 27:3, 27:15, 28:10, 28:13, 29:1, 29:2, 29:6, 30:20, 31:7, 31:12, 31:18, 32:24, 34:21, 35:6, 35:23, 36:16, 42:25, 43:11, 43:19, 43:20, 52:17, 54:8, 55:21, 57:5, 59:14, 61:17, 62:5, 69:4, 76:6, 77:14

**contributions** [7] - 6:16, 6:17, 14:4, 16:10, 16:12, 72:2, 72:3

**contributor** [14] - 13:1, 13:22, 13:23, 14:14, 16:16, 16:17, 25:11, 25:13, 35:5, 55:13, 59:16, 59:17, 59:19, 59:21

**contributors** [1] - 28:3

**conversation** [3] - 12:2, 20:3, 38:13

**convict** [1] - 40:23

**convicted** [7] - 33:19, 33:22, 40:21, 62:13, 62:24, 64:4, 65:10

**conviction** [2] - 82:14, 85:15

**coordinated** [1] - 74:1

**copies** [1] - 5:2

**Coretta** [1] - 53:12

**Corner** [1] - 22:19

**correctly** [1] - 25:11

**cost** [4] - 10:11, 10:20, 10:23, 20:4

**costs** [1] - 23:24

**counsel** [14] - 4:5, 4:8, 5:23, 9:24, 28:18, 31:21, 32:6, 32:11, 33:10, 61:8, 63:23, 66:3, 69:5, 83:5

**counsel's** [2] - 63:25, 65:15

**Count** [5] - 14:10, 14:12, 28:9, 31:6, 43:19

**country** [2] - 49:20, 58:6

**Counts** [6] - 14:14,

16:18, 43:14, 54:7, 62:4, 65:20

**counts** [7] - 14:15, 16:9, 16:12, 36:25, 43:18, 43:21

**couple** [7] - 26:22, 44:1, 45:10, 46:4, 70:10, 74:11, 79:13

**course** [22] - 9:11, 10:23, 12:4, 12:22, 14:18, 20:25, 21:18, 21:25, 23:12, 26:13, 27:6, 27:22, 28:24, 30:2, 31:13, 34:19, 35:4, 44:16, 47:11, 71:14, 79:18, 89:5

**Court** [5] - 2:6, 2:7, 88:12, 90:12, 90:13

**COURT** [25] - 1:1, 4:1, 4:12, 4:16, 4:24, 5:1, 5:7, 37:1, 46:25, 66:25, 67:6, 67:11, 67:14, 67:18, 67:25, 68:6, 68:9, 68:18, 84:3, 86:19, 87:7, 88:6, 88:14, 88:21, 89:12

**court** [5] - 68:4, 68:14, 84:7, 85:7, 85:13

**courthouse** [1] - 39:25

**courtroom** [9] - 5:5, 64:13, 67:4, 68:16, 85:22, 87:5, 88:2, 88:19, 89:10

**COURTROOM** [5] - 4:2, 5:4, 68:15, 86:18, 88:18

**cover** [14] - 11:2, 15:16, 21:18, 21:19, 22:6, 22:23, 23:13, 33:7, 33:8, 35:11, 81:17, 82:3, 82:24, 83:12

**coverage** [1] - 15:18

**covered** [1] - 30:1

**covering** [1] - 23:14

**create** [3] - 35:11, 61:15, 82:25

**created** [1] - 34:15

**credit** [8] - 13:4, 25:2, 25:4, 25:10, 25:12, 31:10, 31:11, 40:4

**crime** [13] - 16:22, 16:24, 17:9, 17:14, 17:15, 17:16, 18:4, 33:23, 49:19, 51:8, 61:16, 64:4

**crimes** [10] - 17:2, 18:3, 33:11, 33:22, 64:20, 72:4, 72:6, 77:20, 82:20

**Criminal** [2] - 1:3, 4:3

**criminal** [9] - 17:17, 18:13, 19:15, 20:16, 42:23, 55:9, 58:17, 62:21, 66:7

**critical** [10] - 7:4, 8:17, 9:19, 11:9, 15:9, 20:3, 25:19, 31:13, 38:7, 53:6

**cross** [2] - 9:24, 30:17

**cross-examination** [2] - 9:24, 30:17

**CRR** [3] - 2:6, 90:3, 90:12

**crucial** [7] - 5:19, 8:4, 9:12, 10:22, 13:16, 29:13, 36:8

**customer** [1] - 49:22

**cynically** [1] - 60:12

## D

**D.C** [9] - 1:6, 1:16, 1:19, 1:22, 2:4, 2:9, 22:20, 44:25, 90:14

**damage** [1] - 83:24

**damned** [1] - 49:11

**dancer** [1] - 42:4

**dang** [1] - 40:10

**dark** [1] - 15:13

**darned** [3] - 41:22, 45:5, 45:12

**dated** [1] - 23:17

**Dated** [1] - 90:10

**dates** [2] - 9:5, 9:7

**daughter** [1] - 39:21

**David** [11] - 10:3, 32:3, 32:15, 32:23, 33:2, 33:9, 35:15, 79:7, 79:9, 81:11

**DAY** [1] - 1:10

**days** [13] - 5:12, 10:2, 10:4, 10:22, 22:7, 22:24, 32:18, 42:15, 42:17, 42:18, 73:16, 79:13

**daytime** [1] - 86:2

**dead** [1] - 40:21

**deadline** [1] - 69:22

**deal** [1] - 58:3

**decades** [2] - 7:3, 63:14

**decades-plus** [1] -

63:14

**decide** [5] - 51:17, 52:12, 70:15, 80:7, 80:9

**decisions** [2] - 43:9, 70:13

**deep** [1] - 6:13

**deepest** [1] - 40:4

**DEFENDANT** [1] - 2:2

**Defendant** [71] - 1:7, 5:14, 6:11, 6:21, 6:22, 8:15, 8:19, 9:12, 9:22, 10:5, 10:10, 11:1, 11:22, 12:23, 13:3, 14:8, 14:10, 14:19, 15:6, 15:18, 16:4, 16:5, 16:8, 16:16, 16:18, 17:12, 17:17, 22:15, 22:17, 22:21, 23:17, 23:20, 23:22, 24:9, 24:11, 24:12, 25:10, 25:17, 25:21, 25:22, 26:6, 26:11, 27:4, 27:7, 27:13, 28:9, 28:15, 29:8, 31:6, 31:17, 31:19, 31:20, 31:25, 32:6, 32:11, 32:22, 33:8, 33:9, 33:12, 33:19, 34:3, 34:7, 35:8, 36:2, 36:24, 43:14, 52:20, 64:4, 73:8

**Defendant's** [10] - 10:2, 11:6, 28:11, 32:16, 33:18, 34:14, 43:3, 57:9, 58:7, 63:13

**Defense** [2] - 30:15, 72:19

**defense** [12] - 5:23, 9:24, 28:11, 28:18, 31:21, 32:7, 32:11, 33:10, 65:19, 66:1, 69:5, 83:5

**definitely** [2] - 62:2, 67:25

**defunct** [1] - 51:2

**delay** [1] - 35:22

**deliberate** [1] - 57:25

**deliberations** [6] - 84:6, 84:25, 85:18, 86:22, 87:4, 88:25

**delivered** [2] - 42:11, 42:12

**DEPARTMENT** [2] - 1:14, 1:18

**DEPUTY** [5] - 4:2, 5:4, 68:15, 86:18, 88:18

describing [1] - 76:15

designed [1] - 83:16

desire [1] - 72:18

desperate [3] - 48:21, 48:22, 53:2

despite [2] - 76:19, 76:20

details [3] - 19:7, 19:24, 22:9

developed [1] - 76:10

different [4] - 33:21, 41:12, 46:16, 61:15

differently [1] - 77:7

diligence [1] - 56:15

diligent [1] - 88:23

dime [1] - 76:16

dinner [11] - 22:18, 29:4, 44:13, 44:20, 44:22, 45:3, 51:11, 76:17, 76:20, 76:21

dinners [1] - 48:8

direct [1] - 69:3

directly [5] - 13:15, 21:2, 21:3, 36:3, 36:7

discuss [4] - 86:7, 86:12, 89:5, 89:12

discussed [3] - 16:15, 19:4, 82:16

discussing [1] - 86:23

discussion [1] - 23:1

discussions [3] - 43:10, 72:17, 84:13

dismiss [2] - 87:3, 88:1

dismissing [1] - 67:20

Disney [1] - 46:15

disobey [1] - 62:11

dispute [1] - 71:16

disregard [1] - 62:11

distributed [1] - 13:14

District [3] - 2:7, 2:7, 90:13

district [1] - 90:13

DISTRICT [4] - 1:1, 1:1, 1:11, 1:21

dive [1] - 40:4

divided [1] - 85:13

document [2] - 50:21, 57:24

documentary [1] - 57:12

documents [2] - 39:5, 60:20

dollar [2] - 25:7, 49:23

dollars [5] - 38:20, 39:23, 39:24, 51:13, 56:9

dominant [1] - 75:7

Donald [25] - 6:10, 7:8, 7:19, 8:21, 18:22, 19:8, 19:10, 28:8, 29:9, 29:15, 29:22, 29:25, 30:17, 31:2, 36:5, 41:8, 41:9, 69:3, 72:16, 73:1, 73:21, 74:24, 75:19, 76:5, 81:14

donation [10] - 16:3, 20:16, 20:19, 21:2, 22:8, 27:2, 27:6, 27:12, 53:18, 72:11

donations [2] - 26:23, 56:12

done [9] - 25:13, 27:1, 28:7, 35:25, 37:11, 54:5, 58:21, 61:9, 62:3

donor [1] - 56:10

donors [2] - 54:19, 56:11

door [3] - 30:9, 48:22, 51:18

double [1] - 48:16

doubt [16] - 31:25, 37:16, 37:17, 37:21, 41:2, 42:19, 49:3, 56:1, 56:5, 57:3, 59:2, 59:8, 60:5, 60:22, 66:22

Doug [38] - 5:14, 5:21, 6:25, 7:18, 8:2, 8:6, 9:25, 10:1, 14:19, 16:5, 17:23, 18:3, 18:13, 18:18, 18:20, 19:5, 19:17, 20:10, 22:5, 23:8, 25:1, 26:15, 26:19, 26:25, 27:17, 28:1, 28:6, 28:15, 29:8, 35:2, 36:2, 44:9, 71:4, 75:14, 76:4, 76:15

down [5] - 31:15, 47:1, 50:22, 56:14, 86:1

downplay [1] - 44:14

draft [1] - 4:19

dramatic [3] - 39:8, 41:23, 41:24

drives [1] - 70:13

due [3] - 30:23, 39:13, 56:15

dumb [1] - 45:7

duped [7] - 54:13, 54:14, 56:11, 56:13,

62:2, 77:23

during [9] - 19:2, 24:18, 26:9, 26:14, 41:25, 54:2, 54:20, 84:25, 88:8

## E

early [2] - 24:11, 76:19

earned [1] - 27:7

easier [1] - 58:13

easy [2] - 55:5

Ed [1] - 75:7

EDWARDS [2] - 2:6, 90:3

Edwards [1] - 90:12

effecting [1] - 31:7

effort [1] - 51:15

either [3] - 50:11, 58:2, 61:4

elect [8] - 6:10, 7:7, 29:9, 29:15, 30:19, 36:5, 36:15, 52:1

electing [1] - 28:8

Election [1] - 33:20

election [40] - 5:13, 7:11, 14:2, 15:7, 16:7, 27:23, 28:14, 28:17, 29:15, 29:23, 30:1, 36:4, 43:1, 43:6, 43:13, 45:23, 47:12, 52:19, 54:9, 54:20, 62:6, 64:11, 64:15, 69:10, 70:16, 70:19, 70:24, 71:15, 71:22, 71:25, 72:15, 72:16, 73:16, 75:9, 75:10, 75:13, 75:21, 81:6, 83:22

elections [8] - 5:21, 14:6, 36:18, 36:20, 36:22, 41:14, 58:15, 83:14

eleven [4] - 42:1, 42:9, 42:10, 85:14

eleven-one [1] - 85:14

Eleventh [1] - 1:22

eleventh [2] - 41:10, 41:11

email [23] - 7:18, 9:13, 10:2, 10:24, 11:2, 19:20, 21:11, 21:22, 22:5, 22:23, 24:20, 26:25, 28:1, 28:19, 48:15, 49:1, 53:17, 58:8, 71:9, 76:14, 78:4, 78:5,

80:8

emailing [3] - 19:18, 78:8, 79:6

emails [12] - 9:13, 15:13, 18:21, 19:24, 23:4, 24:12, 26:10, 26:18, 60:3, 63:6, 78:4, 80:21

emojis [6] - 39:21, 40:10, 42:7, 45:18, 49:8, 53:4

encourage [4] - 43:8, 65:15, 83:3, 84:14

encouraged [1] - 83:4

encourages [1] - 83:3

end [4] - 54:3, 66:8, 66:18, 77:16

enforcement [1] - 60:7

engaged [2] - 37:8, 50:19

English [2] - 46:10, 58:11

enhance [1] - 48:5

enhanced [2] - 49:9, 49:17

ensure [1] - 83:12

ensures [1] - 83:21

ensuring [1] - 14:4

enter [1] - 31:17

entered [5] - 5:5, 64:12, 68:16, 85:21, 88:19

entire [1] - 71:5

entirely [1] - 85:19

entitled [1] - 34:2

entries [1] - 54:7

entry [2] - 16:13, 17:6

equals [7] - 53:6, 60:5, 60:6, 60:7, 60:22, 60:23

Eric [2] - 15:11, 15:25

Erin [1] - 4:10

errors [2] - 61:23, 61:24

especially [2] - 48:3, 64:20

ESQ [5] - 1:14, 1:17, 1:20, 2:2, 2:2

established [1] - 75:8

evaluate [1] - 32:4

evening [3] - 88:24, 89:6, 89:8

event [25] - 7:22, 8:20, 8:22, 8:25,

10:10, 10:23, 12:13, 12:18, 15:22, 20:23, 20:24, 25:16, 25:20, 26:14, 26:20, 30:3, 34:13, 34:20, 46:2, 46:18, 60:18, 63:16, 80:24, 80:25

event's [1] - 10:20

events [3] - 26:4, 46:15, 50:1

everyday [1] - 69:11

evidence [47] - 14:9, 15:5, 16:17, 18:13, 18:14, 22:16, 23:21, 25:21, 25:22, 25:24, 26:11, 26:18, 27:16, 28:22, 29:10, 30:21, 31:8, 36:24, 38:8, 38:13, 38:14, 38:16, 43:10, 48:19, 48:23, 56:20, 62:12, 70:18, 71:9, 73:12, 73:20, 75:14, 75:24, 76:8, 78:10, 78:13, 80:15, 81:16, 84:11, 84:14, 84:16, 84:17, 84:19, 84:23, 87:11, 87:17

exact [2] - 49:20, 61:1, 61:2

exactly [8] - 9:7, 21:10, 38:1, 43:24, 53:24, 63:19, 66:19, 83:20

examination [2] - 9:24, 30:17

examine [1] - 84:20, 84:23

example [2] - 69:13, 85:14

excellent [2] - 39:14, 87:8

excellently [1] - 87:12

except [3] - 38:21, 85:4, 85:6

exchanged [1] - 63:5

excuse [13] - 9:22, 11:23, 18:20, 27:10, 31:20, 54:24, 54:25, 61:12, 77:18, 85:18, 85:23, 88:7, 88:24

Exhibit [49] - 5:25, 6:12, 7:1, 7:7, 8:16, 9:4, 9:11, 10:3, 10:13, 11:13, 11:21, 12:24, 14:21, 15:8, 15:22, 15:25, 18:22, 19:6, 20:7, 21:12, 24:23, 26:11, 26:19, 27:22, 30:15, 30:23, 32:16,

34:11, 34:14, 34:22,
34:24, 35:1, 38:5,
39:3, 43:23, 44:14,
49:5, 50:16, 50:22,
53:1, 69:1, 72:19,
73:13, 74:7, 75:1,
75:16, 76:15, 78:5,
82:5
  **exhibits** [2] - 84:19,
84:21
  **exist** [1] - 64:10
  **existed** [1] - 17:7
  **exists** [1] - 86:6
  **exited** [3] - 67:4,
87:5, 89:10
  **expect** [3] - 20:9,
67:6, 67:10
  **expecting** [1] - 12:17
  **experience** [4] -
6:13, 7:3, 63:14,
69:11
  **experienced** [7] -
5:13, 6:5, 6:12, 7:2,
12:16, 63:3, 65:14
  **expert** [1] - 63:5
  **explain** [1] - 22:10
  **explanations** [1] -
80:5
  **extra** [2] - 29:21,
72:9
  **extraneous** [1] -
78:14

**F**

  **face** [2] - 39:22,
49:25
  **faces** [1] - 39:21
  **facilitate** [1] - 84:13
  **facing** [1] - 74:21
  **fact** [15] - 9:12, 9:14,
9:15, 9:16, 9:19, 9:20,
14:15, 35:20, 38:9,
40:25, 49:18, 49:20,
54:12, 59:1, 78:14
  **fact-finder** [1] -
54:12
  **facts** [7] - 32:12,
32:21, 32:22, 51:17,
73:24, 83:1, 83:7
  **failed** [1] - 42:13
  **fair** [4] - 65:7, 84:10,
84:17, 87:15
  **faith** [5] - 35:9,
65:18, 65:19, 65:20,
66:2
  **fake** [2] - 23:22,
34:15, 34:16, 35:11,
81:22, 81:25

  **false** [18] - 9:19,
13:21, 13:24, 13:25,
14:14, 14:17, 16:12,
16:14, 16:16, 17:6,
28:14, 33:22, 54:7,
54:10, 65:3, 65:14,
80:6, 82:12
  **Fame** [1] - 45:14
  **family** [4] - 50:6,
50:13, 66:13, 70:2
  **famous** [1] - 40:13
  **fancy** [3] - 16:11,
48:8, 54:14
  **far** [2] - 36:10, 87:19
  **fashion** [1] - 85:15
  **fast** [2] - 54:5, 59:12
  **Fastenau** [1] - 4:9
  **father** [1] - 48:1
  **favor** [2] - 39:11,
78:18
  **favorite** [1] - 46:17
  **favors** [1] - 38:17
  **FBI** [1] - 52:21
  **FEC** [10] - 13:21,
14:1, 14:7, 54:7, 60:7,
60:24, 61:17, 61:19,
61:22, 64:18
  **Federal** [1] - 33:20
  **federal** [9] - 28:14,
28:16, 43:1, 43:6,
43:13, 52:19, 54:9,
62:6, 77:19
  **fee** [1] - 27:6
  **feelings** [2] - 80:9,
80:10
  **feet** [1] - 56:16
  **fell** [1] - 56:14
  **few** [6] - 5:2, 21:11,
22:3, 22:4, 28:19,
49:23
  **figure** [1] - 15:22
  **figured** [1] - 77:13
  **figures** [1] - 74:12
  **file** [3] - 13:24, 13:25,
14:16
  **filed** [1] - 13:21
  **fill** [2] - 25:11, 25:12
  **filled** [1] - 5:18
  **final** [4] - 5:2, 62:1,
65:17, 66:16
  **finally** [3] - 24:14,
25:17, 33:11
  **finance** [2] - 56:6,
71:16
  **finder** [1] - 54:12
  **fine** [5] - 35:18,
55:19, 79:12, 87:1,
88:16
  **fines** [1] - 60:8
  **fire** [2] - 39:21, 49:8

  **firm** [1] - 82:2
  **first** [24] - 5:10, 7:13,
7:21, 12:1, 18:21,
19:4, 23:1, 23:2,
33:16, 41:18, 43:18,
52:22, 53:11, 56:18,
58:21, 61:5, 64:23,
64:24, 65:9, 70:24,
78:5, 84:5, 87:7
  **fish** [1] - 38:25
  **five** [1] - 85:14
  **fixed** [2] - 58:15,
61:20
  **flag** [1] - 21:5, 59:24
  **flagged** [1] - 13:9
  **flags** [3] - 26:4, 26:7,
56:21
  **flashing** [1] - 46:11
  **floated** [1] - 29:17
  **Floor** [2] - 1:16, 1:22
  **flowing** [1] - 44:17
  **focus** [2] - 16:19,
75:4
  **folks** [7] - 4:16, 5:7,
44:10, 44:19, 53:11,
58:1, 88:3
  **follow** [1] - 59:23
  **followed** [3] - 14:2,
63:21, 64:3
  **followers** [2] - 39:20,
45:17
  **following** [12] - 5:6,
67:5, 67:13, 67:16,
68:13, 68:17, 73:16,
77:18, 87:6, 88:5,
88:20, 89:11
  **follows** [2] - 10:14,
10:15
  **followup** [2] - 38:15,
38:21
  **food** [2] - 44:16, 45:3
  **fooled** [2] - 58:1,
68:23
  **FOR** [4] - 1:1, 1:14,
1:21, 2:2
  **forbids** [4] - 33:14,
36:17, 36:19, 62:10
  **foregoing** [1] - 90:4
  **foreign** [28] - 5:16,
6:16, 9:23, 13:6, 14:3,
14:4, 14:11, 14:20,
14:23, 15:2, 16:10,
17:4, 22:11, 28:10,
30:19, 32:24, 33:3,
34:11, 35:17, 36:16,
43:19, 46:7, 71:21,
71:23, 72:3, 77:5,
79:24
  **foreperson** [4] -
84:5, 84:8, 84:12,

85:2
  **foreseeable** [1] -
18:11
  **form** [15] - 4:20,
4:21, 12:24, 12:25,
13:11, 13:17, 13:19,
13:20, 14:8, 16:16,
16:17, 17:1, 25:11,
31:13, 35:5
  **formed** [1] - 8:18
  **former** [2] - 56:6,
72:23
  **forms** [2] - 54:9,
65:13
  **forth** [1] - 21:22
  **forward** [2] - 4:5,
66:16
  **forwards** [2] - 15:24,
28:1
  **fought** [1] - 81:14
  **Fourth** [1] - 1:21
  **Franklin** [19] - 13:1,
25:18, 25:19, 26:3,
34:20, 35:12, 38:10,
51:1, 56:17, 57:22,
58:8, 58:19, 59:13,
59:22, 60:16, 61:13,
77:3, 79:1, 80:19
  **franklin** [2] - 57:7,
60:3
  **frankly** [3] - 39:13,
78:6, 87:13
  **free** [7] - 8:24, 10:20,
44:17, 54:21, 86:12,
88:22, 89:2
  **free-flowing** [1] -
44:17
  **Friday** [1] - 69:16
  **friend** [19] - 7:22,
8:20, 8:21, 9:14, 9:17,
9:18, 10:3, 15:11,
32:3, 32:15, 34:9,
63:2, 69:25, 78:8,
78:12, 79:7, 79:25,
81:11
  **friend's** [1] - 32:19
  **friends** [2] - 45:10,
47:25, 78:9, 78:11
  **front** [3] - 44:24,
58:19, 60:20
  **fry** [1] - 38:25
  **FULBRIGHT** [1] - 2:3
  **fulfilled** [1] - 52:15
  **full** [5] - 32:21,
32:22, 83:7, 84:17,
90:5
  **fully** [2] - 32:12, 83:6
  **functional** [2] -
76:13, 76:14
  **functioning** [1] -

83:15
  **funder** [3] - 8:20,
19:21
  **fundraiser** [13] -
10:7, 10:21, 11:11,
12:16, 19:11, 19:16,
20:2, 30:5, 63:11,
69:3, 74:16, 80:23
  **fundraisers** [2] -
6:18, 15:21
  **fundraising** [12] -
5:19, 6:14, 7:22, 8:4,
8:20, 8:22, 8:25,
10:22, 13:16, 29:13,
36:7, 74:3
  **funds** [1] - 83:21
  **funnel** [4] - 5:15, 8:3,
8:11, 38:20
  **funneled** [4] - 7:10,
9:3, 36:2, 36:6
  **funny** [1] - 38:9
  **furtherance** [9] -
17:13, 17:21, 17:22,
17:24, 18:4, 18:10,
18:16, 18:25, 19:13
  **fury** [2] - 39:17,
61:23
  **FYI** [1] - 35:15

**G**

  **gal** [1] - 34:18
  **gala** [1] - 29:4
  **gather** [1] - 20:14
  **gathered** [1] - 20:11
  **gathering** [1] - 19:24
  **gathers** [1] - 20:17
  **general** [1] - 13:19
  **generally** [1] - 79:9
  **gentleman** [1] -
15:12
  **gentlemen** [35] -
5:25, 7:9, 8:1, 11:9,
11:20, 18:12, 18:15,
19:3, 20:17, 24:24,
26:17, 30:10, 34:2,
35:24, 36:10, 37:6,
38:18, 40:15, 41:11,
49:9, 49:15, 53:25,
55:25, 58:14, 59:6,
59:17, 68:18, 68:23,
79:21, 81:9, 82:13,
83:14, 84:1, 84:4,
88:21
  **get-go** [1] - 11:18
  **gift** [1] - 63:11
  **gifted** [1] - 35:2
  **gifting** [1] - 55:14
  **gig** [2] - 21:6, 26:8

**Giuliani** [1] - 75:7
**given** [4] - 35:5,
43:5, 81:12, 84:23
**goal** [1] - 75:12
**goalie** [1] - 40:13
**goals** [1] - 75:6
**God's** [2] - 46:15,
48:18
**gonna** [1] - 44:1
**good-faith** [2] -
65:18, 66:2
**goodness'** [2] - 50:6,
57:14
**goofy** [3] - 38:3,
46:11, 49:25
**Google** [10] - 40:3,
47:14, 48:18, 49:13,
51:3, 54:17, 54:18,
55:7, 55:18, 57:14
**Googling** [2] - 54:20,
58:7
**gosh** [2] - 57:20,
60:11
**Government** [28] -
4:6, 5:10, 37:10,
39:13, 41:5, 42:24,
46:21, 48:13, 48:17,
49:4, 49:12, 51:10,
55:9, 55:23, 57:12,
57:13, 57:18, 67:3,
70:17, 73:2, 73:4,
73:7, 73:9, 73:19,
73:23, 80:12, 83:3,
83:9
**GOVERNMENT** [1] -
1:14
**government** [3] -
57:15, 59:3, 59:25
**Government's** [46] -
5:25, 6:12, 7:1, 7:6,
8:16, 9:11, 10:12,
11:13, 11:21, 12:24,
14:21, 15:8, 15:21,
15:25, 18:22, 19:6,
20:7, 21:11, 24:23,
26:10, 26:19, 27:22,
30:23, 34:11, 34:22,
34:24, 35:1, 38:24,
39:3, 39:7, 41:8,
42:14, 43:23, 44:13,
49:5, 68:19, 68:25,
73:5, 73:13, 74:7,
75:1, 75:16, 75:24,
76:15, 78:5, 82:4
**grand** [8] - 41:15,
51:19, 51:23, 51:25,
52:5, 52:8, 57:2,
60:16
**graver** [1] - 37:19
**great** [3] - 5:1, 61:21,

89:13
**Great** [4] - 6:9,
15:11, 74:19, 74:22
**greed** [1] - 8:12
**ground** [1] - 53:13
**groups** [1] - 15:15
**guest** [1] - 35:17
**guests** [1] - 38:25
**guilt** [6] - 37:16,
80:10, 80:11, 80:15,
82:21
**guilty** [13] - 14:10,
16:18, 36:25, 43:14,
43:17, 52:20, 53:6,
53:25, 54:4, 60:23,
66:23, 73:8, 84:2
**guy** [16] - 8:24,
39:19, 40:21, 42:1,
42:21, 47:17, 48:16,
48:19, 48:24, 51:7,
52:2, 54:18, 55:5,
62:17, 62:20, 62:21
**guys** [1] - 38:3

## H

**half** [1] - 60:17
**halfway** [1] - 54:5
**hand** [2] - 60:13,
86:2
**handling** [1] - 59:15
**hands** [1] - 44:9
**happy** [5] - 16:3,
20:15, 20:18, 21:1,
46:3
**hard** [3] - 47:25,
78:10, 87:9
**hardly** [1] - 48:15
**Hartsock** [1] - 14:1
**hatched** [6] - 7:16,
8:18, 12:3, 15:4,
15:10, 22:24
**head** [2] - 52:15,
56:6
**heads** [1] - 41:25
**healthy** [1] - 85:22
**hear** [5] - 5:9, 67:2,
68:19, 70:2, 88:8
**heard** [50] - 5:17,
6:4, 6:15, 6:25, 7:2,
11:1, 12:12, 13:5,
13:12, 14:1, 14:9,
21:4, 22:16, 25:19,
26:2, 27:16, 27:20,
28:12, 28:18, 28:22,
30:3, 30:4, 30:16,
30:21, 32:5, 32:10,
33:1, 33:16, 35:15,
36:21, 38:21, 40:11,

40:25, 43:1, 48:14,
49:1, 56:17, 56:20,
61:13, 62:12, 62:13,
64:16, 72:2, 74:18,
74:20, 78:25, 81:16,
82:4, 82:6, 87:25
**hearsay** [1] - 48:16
**heart** [2] - 15:3,
16:22
**heave** [1] - 53:2
**heck** [1] - 51:23
**height** [1] - 29:23
**held** [1] - 37:24
**help** [9] - 6:10, 7:7,
29:15, 36:5, 39:11,
50:3, 75:6, 82:19,
84:13
**helped** [3] - 30:19,
36:15, 73:17
**helpful** [1] - 16:1
**hereby** [1] - 90:3
**hesitate** [8] - 37:19,
37:22, 49:2, 55:25,
57:4, 59:2, 59:8, 60:6
**hidden** [1] - 57:3
**hide** [1] - 35:20
**hiding** [6] - 57:2,
58:25, 59:7, 59:18,
59:20, 60:1
**high** [2] - 27:24, 71:4
**high-level** [1] - 27:24
**high-profile** [1] -
71:4
**highlight** [1] - 75:3
**himself** [9] - 11:19,
11:22, 11:24, 12:19,
20:5, 42:20, 42:21,
46:6, 48:10
**history** [1] - 56:19
**hits** [1] - 12:7
**hold** [3] - 54:3,
79:10, 84:1
**holds** [1] - 53:1
**home** [1] - 46:12
**honest** [3] - 43:10,
65:22
**honestly** [2] - 32:12,
83:6
**Honor** [9] - 4:2, 4:7,
4:13, 4:23, 37:5,
68:22, 88:11, 88:17,
89:15
**HONORABLE** [1] -
1:10
**host** [1] - 72:23
**hounding** [1] - 60:17
**hour** [2] - 54:21,
87:24
**hours** [2] - 45:4,
69:15

**house** [4] - 40:2,
40:3, 70:4
**House** [4] - 44:9,
44:11, 45:2, 62:14
**humanitarian** [1] -
63:8
**hundred** [1] - 25:7
**hundreds** [1] - 54:16
**hurt** [1] - 23:9

## I

**idea** [2] - 68:24, 77:3
**identification** [1] -
84:22
**identified** [1] - 75:2
**identify** [2] - 4:5,
82:19
**illegal** [8] - 15:2,
30:19, 33:2, 33:6,
36:15, 48:2, 72:3,
76:12
**illicit** [2] - 7:25, 16:23
**image** [11] - 44:25,
45:24, 47:20, 48:5,
48:11, 49:9, 49:14,
49:17, 49:19, 53:23,
71:8
**imagine** [1] - 78:10
**immediately** [1] -
74:2
**impact** [2] - 75:9,
75:10
**impatient** [1] - 39:6
**importance** [1] -
38:15
**important** [20] - 14:1,
37:19, 45:6, 53:11,
58:20, 63:24, 64:7,
65:24, 65:25, 66:10,
66:12, 70:20, 74:16,
76:9, 78:7, 78:20,
79:1, 79:18, 83:14,
83:19
**impression** [1] -
57:19
**inaccurate** [1] - 64:6
**inaugural** [1] - 27:23
**include** [2] - 6:21,
25:7
**included** [3] - 29:18,
29:19, 33:17
**including** [1] - 57:23
**incompetence** [1] -
27:10
**inconsistent** [2] -
65:20, 80:6
**indicative** [2] - 80:9,
80:10, 82:21

**indicted** [2] - 77:10,
82:5
**indictment** [3] - 5:2,
41:4, 54:13
**individual** [2] - 9:17,
55:11
**individuals** [1] - 6:19
**infer** [2] - 19:3, 34:3
**influence** [5] - 14:3,
15:7, 28:16, 54:9,
75:10
**influencer** [1] - 45:25
**influencing** [15] -
16:7, 28:13, 29:14,
43:1, 43:5, 43:12,
45:22, 52:18, 62:6,
69:10, 70:16, 70:19,
70:24, 75:13, 75:20
**influential** [1] - 73:15
**info** [2] - 57:11,
59:22
**information** [22] -
13:1, 13:4, 13:7, 14:5,
20:11, 20:15, 20:18,
21:12, 21:13, 23:18,
23:20, 23:21, 25:4,
25:14, 25:17, 25:19,
25:23, 26:2, 78:6,
78:22, 79:2, 79:18
**initial** [4] - 9:13,
29:18, 29:19, 51:23
**innocent** [1] - 66:15
**inspect** [1] - 57:24
**Instagram** [9] - 38:4,
39:20, 39:24, 42:7,
45:24, 46:17, 46:19,
48:25, 53:4
**instead** [3] - 13:2,
14:13, 33:4
**instruct** [2] - 32:10,
86:6
**instructed** [3] -
16:21, 80:4, 82:13
**instruction** [15] -
43:11, 52:17, 53:5,
54:1, 62:7, 63:23,
64:8, 65:16, 65:17,
65:18, 65:23, 66:2,
66:3, 86:8
**instructions** [10] -
5:2, 28:12, 32:5,
37:18, 43:16, 52:13,
61:2, 67:20, 73:6,
83:5
**integrity** [1] - 36:21
**INTEGRITY** [1] - 1:15
**intend** [2] - 20:5,
21:7
**intended** [1] - 12:11
**intends** [1] - 24:16

**intent** [8] - 7:9, 33:14, 42:25, 61:1, 62:10, 64:5, 65:8
**intention** [2] - 9:1, 20:1
**interesting** [3] - 23:16, 24:24, 40:8
**intermediary** [2] - 82:9, 83:10
**internet** [2] - 86:8, 86:10
**interpreter** [1] - 34:18
**introduce** [1] - 76:2
**invitation** [1] - 74:8
**invite** [1] - 84:15
**invited** [1] - 31:1
**invoice** [15] - 21:20, 23:2, 23:3, 23:7, 23:9, 23:12, 23:16, 23:22, 34:15, 34:16, 35:11, 81:23, 81:25
**invoiced** [3] - 21:23, 21:24, 22:1
**invoices** [2] - 82:12, 83:11
**involve** [1] - 14:15
**involved** [3] - 18:1, 41:4, 64:5
**irrelevant** [2] - 53:20, 57:11
**issue** [2] - 71:18, 85:16
**issues** [1] - 38:15
**itself** [1] - 46:2

## J

**Jesse** [46] - 4:4, 5:14, 5:22, 6:2, 7:21, 8:2, 8:8, 12:16, 13:22, 15:1, 15:10, 17:22, 17:24, 18:4, 18:5, 18:14, 18:19, 19:9, 19:20, 20:4, 20:8, 20:17, 20:22, 21:12, 21:15, 21:22, 22:8, 23:8, 25:3, 26:15, 26:20, 26:21, 27:23, 32:3, 32:14, 33:1, 33:5, 36:19, 50:19, 59:15, 61:17, 61:22, 71:1, 76:4, 79:5, 83:24
**JESSE** [1] - 1:6
**Jimmy** [4] - 40:12, 40:19, 41:3, 42:3
**job** [10] - 14:7, 56:14, 61:5, 64:17, 69:14,

69:17, 69:21, 70:6, 87:9
**joined** [2] - 4:8, 17:12
**joins** [1] - 17:17
**JUDGE** [1] - 1:11
**judge** [10] - 16:21, 32:10, 37:18, 43:2, 51:17, 58:18, 63:23, 65:12, 80:4, 82:13
**judges** [1] - 68:4
**judging** [1] - 54:12
**July** [1] - 75:3
**jump** [1] - 41:12
**junk** [1] - 41:3
**juror** [1] - 84:15
**Jurors** [1] - 67:21
**jurors** [5] - 10:5, 85:18, 85:23, 86:5, 87:17
**jury** [32] - 4:18, 5:2, 5:4, 5:5, 28:12, 32:5, 37:17, 52:12, 61:2, 62:18, 63:23, 67:4, 67:14, 68:3, 68:15, 68:16, 73:6, 84:4, 84:18, 85:3, 85:5, 85:13, 86:4, 86:14, 87:5, 87:23, 88:1, 88:7, 88:18, 88:19, 89:10
**JURY** [2] - 1:10, 89:9
**JUSTICE** [2] - 1:14, 1:18

## K

**keep** [6] - 8:5, 8:6, 8:8, 8:10, 36:8, 84:21
**kind** [10] - 16:22, 38:3, 39:8, 40:8, 53:8, 57:10, 58:9, 69:17, 82:18
**kinds** [1] - 48:4
**King** [1] - 53:12
**knowing** [2] - 17:18, 83:20
**knowledge** [2] - 33:18, 33:25
**known** [5] - 6:17, 6:18, 6:19, 6:20, 77:6
**knows** [12] - 8:15, 9:21, 10:19, 12:17, 20:20, 21:25, 29:25, 30:1, 31:1, 33:1, 33:6, 79:5
**Kovalova** [6] - 7:19, 18:21, 19:5, 19:18, 57:8

## L

**ladies** [35] - 4:12, 5:24, 7:8, 8:1, 11:9, 11:20, 18:12, 20:16, 24:24, 26:17, 30:10, 34:2, 35:24, 36:9, 37:6, 38:18, 40:15, 41:11, 49:9, 49:14, 53:11, 53:25, 55:25, 58:14, 59:6, 59:17, 68:18, 68:23, 79:21, 81:9, 82:13, 83:14, 84:1, 84:4, 88:21
**laid** [1] - 51:25
**last** [7] - 4:20, 37:12, 41:19, 68:19, 76:17, 76:21, 85:17
**late** [5] - 44:21, 46:24, 48:22, 76:19, 89:3
**Lauren** [1] - 4:9
**law** [27] - 6:3, 6:22, 7:4, 17:20, 18:2, 33:14, 34:4, 34:6, 36:17, 36:18, 43:2, 62:9, 62:10, 62:11, 63:11, 64:6, 64:8, 64:11, 64:15, 64:16, 64:17, 64:24, 65:8, 65:24, 71:15, 71:16, 77:19
**laws** [2] - 14:2, 64:21
**lawyer** [17] - 32:8, 32:12, 33:7, 34:12, 35:16, 35:18, 63:1, 63:3, 63:4, 63:17, 63:19, 65:3, 65:9, 65:12, 79:23, 82:23, 83:8
**lawyers** [5] - 39:14, 54:16, 64:10, 64:18, 64:23
**lay** [6] - 32:12, 56:15, 58:12, 60:21, 71:19, 83:6
**lead** [2] - 66:22, 87:14
**leap** [2] - 37:25, 62:4
**leapt** [1] - 66:20
**learn** [1] - 73:11
**learned** [1] - 38:9
**least** [2] - 87:20, 87:24
**leave** [3] - 51:18, 55:1, 85:25
**leaves** [8] - 9:12, 9:14, 9:19, 18:19, 19:19, 20:10, 24:5,

24:11
**left** [2] - 39:15, 67:20
**legal** [3] - 13:9, 21:5, 81:20
**legally** [1] - 14:24
**legend** [1] - 46:18
**legit** [2] - 23:6, 81:21
**legitimate** [1] - 21:24
**less** [4] - 38:11, 51:21, 52:3, 74:9
**letter** [2] - 75:2, 75:4
**level** [3] - 10:15, 19:25, 27:24
**lie** [16] - 12:25, 13:9, 13:10, 13:23, 23:13, 34:23, 34:25, 35:2, 35:4, 35:10, 35:11, 35:22, 55:12, 63:9, 63:17
**lied** [27] - 13:4, 13:11, 13:17, 13:19, 14:8, 16:16, 25:15, 31:14, 31:15, 31:17, 32:18, 32:20, 33:7, 33:9, 34:8, 34:9, 34:12, 34:15, 34:17, 34:19, 35:5, 35:24, 35:25, 77:12, 79:22
**lies** [3] - 9:16, 11:2, 80:13
**life** [8] - 37:20, 40:5, 47:15, 50:2, 54:25, 61:16, 70:8, 72:5
**light** [1] - 64:19
**likelihood** [1] - 86:11
**likely** [1] - 87:14
**limited** [5] - 33:17, 33:25, 62:16, 62:23, 82:15
**Lincoln** [1] - 44:4, 44:11, 45:2
**line** [5] - 9:6, 48:15, 49:1, 58:22, 60:19
**link** [1] - 47:13
**LISA** [2] - 2:6, 90:3
**Lisa** [1] - 90:12
**list** [6] - 15:20, 41:19, 41:22, 50:17, 50:18, 50:23
**listed** [1] - 28:3
**literally** [2] - 9:13, 15:15
**live** [1] - 70:8
**living** [1] - 60:15
**LLC** [1] - 51:1
**LLP** [1] - 2:3
**logistics** [1] - 24:19
**logo** [4] - 44:6, 45:7, 47:13, 53:4
**long-term** [1] - 71:1

**longstanding** [1] - 5:20
**longtime** [1] - 71:5
**look** [25] - 37:25, 39:4, 39:5, 42:20, 44:2, 45:5, 45:23, 47:4, 47:10, 48:10, 50:17, 50:23, 57:20, 59:10, 59:19, 61:21, 62:3, 63:22, 66:16, 72:23, 73:11, 73:13, 73:19, 81:20, 83:4
**looked** [2] - 47:19, 66:20
**looking** [1] - 74:3
**losing** [1] - 36:13
**lost** [1] - 55:3
**love** [1] - 45:18
**loved** [1] - 47:24
**Lowder** [1] - 15:13
**lower** [1] - 74:12
**luminaries** [1] - 53:10
**lunch** [6] - 44:21, 44:23, 51:12, 76:19, 87:23, 88:9
**lying** [2] - 63:8, 80:2

## M

**mad** [2] - 54:6, 60:18
**Maggiano's** [3] - 22:19, 44:14, 76:19
**mail** [1] - 34:23
**mailing** [3] - 50:16, 50:18, 50:23
**main** [2] - 27:18, 31:1
**major** [1] - 63:4
**majority** [1] - 72:5
**man** [4] - 23:10, 45:6, 53:14, 55:10
**manager** [2] - 6:6, 71:3
**managers** [1] - 6:19
**manner** [1] - 82:7
**Maria** [1] - 40:13
**marked** [1] - 84:22
**marketing** [2] - 48:11, 48:24
**married** [2] - 50:5, 50:12
**marshal** [2] - 85:2, 85:10
**Mason** [1] - 15:21
**matter** [8] - 7:13, 76:1, 76:7, 81:3, 83:15, 85:5, 85:13
**mattered** [1] - 81:2

**matters** [4] - 36:22, 37:19, 53:19, 53:21
**McConnell** [1] - 6:6
**McFADDEN** [1] - 1:10
**meal** [1] - 44:16
**mean** [6] - 14:20, 29:1, 29:6, 43:23, 60:9, 80:3
**means** [9] - 25:9, 33:13, 59:5, 60:8, 62:9, 80:9, 82:8, 85:12
**meant** [2] - 27:2, 52:5
**media** [1] - 15:18
**meet** [8] - 28:21, 29:3, 41:13, 41:15, 42:20, 53:22, 58:17, 72:18
**meeting** [9] - 17:11, 18:25, 19:10, 30:23, 46:18, 72:10, 75:25, 76:3, 76:5
**meets** [1] - 9:17
**member** [3] - 50:5, 85:3, 85:5
**members** [1] - 85:2
**Memorial** [3] - 44:4, 44:12, 45:2
**men** [7] - 7:10, 7:13, 17:3, 17:9, 23:14, 38:14
**mentioned** [1] - 46:21
**mentions** [1] - 78:6
**merits** [1] - 85:6
**mess** [1] - 61:10
**messy** [1] - 66:5
**met** [10] - 12:2, 22:20, 30:25, 47:19, 47:21, 58:8, 58:10, 58:11, 72:23, 78:10
**METHERALL** [1] - 2:2
**Metherall** [1] - 4:15
**Michael** [1] - 14:1
**Michelle** [6] - 4:9, 28:20, 29:17, 42:3, 72:22
**MICHELLE** [2] - 1:17, 1:20
**Mickey** [2] - 55:12, 57:5
**might** [4] - 15:25, 38:25, 65:6, 76:1
**mighty** [2] - 54:15, 56:2
**Mikhail** [1] - 40:14
**miles** [1] - 49:16

**million** [1] - 52:7
**millions** [7] - 38:20, 39:23, 39:24, 40:7, 49:16, 51:13, 56:9
**mind** [5] - 45:11, 72:21, 82:1, 84:21, 85:8
**mindful** [1] - 84:9
**minds** [4] - 12:2, 17:11, 19:1, 76:4
**mini** [1] - 55:17
**mini-computer** [1] - 55:17
**minimum** [2] - 10:15, 19:25
**minute** [4] - 16:19, 38:11, 51:21, 67:2
**minutes** [5] - 21:11, 22:3, 22:4, 67:10, 67:11
**missed** [1] - 64:14
**mission** [2] - 69:21, 84:10
**mistake** [9] - 8:1, 58:16, 60:6, 60:25, 61:11, 62:8, 65:22, 66:5
**mistakes** [5] - 58:14, 58:15, 58:16, 58:17, 61:16
**mistaking** [1] - 30:5
**misunderstanding** [1] - 65:23
**Mitch** [1] - 6:6
**MO** [2] - 82:17, 82:19
**modus** [1] - 34:1
**moment** [8] - 7:14, 7:15, 7:16, 7:24, 7:25, 18:18, 18:25, 30:12
**Monday** [2] - 69:16, 69:18
**money** [107] - 5:16, 5:17, 5:19, 7:10, 8:3, 8:5, 8:8, 8:10, 8:11, 9:3, 10:11, 10:19, 10:20, 10:23, 11:5, 11:8, 11:14, 11:16, 11:25, 12:4, 12:7, 12:9, 12:11, 12:18, 12:20, 12:22, 13:12, 13:13, 13:15, 13:18, 14:25, 15:17, 15:19, 21:3, 21:6, 21:7, 21:15, 23:5, 23:6, 24:2, 24:15, 24:16, 27:1, 27:7, 27:14, 27:17, 27:21, 28:2, 28:5, 28:7, 29:6, 29:11, 29:12, 29:14, 29:18, 29:24, 30:2,

30:7, 31:9, 31:10, 31:11, 31:14, 31:16, 33:4, 35:6, 36:6, 36:8, 38:20, 40:19, 41:16, 41:21, 43:4, 46:14, 47:24, 47:25, 48:2, 48:3, 48:4, 48:9, 51:16, 52:1, 52:2, 52:6, 55:23, 56:4, 56:10, 59:1, 60:2, 60:12, 60:18, 70:8, 71:22, 71:24, 72:13, 74:9, 74:13, 75:15, 77:9, 77:12, 80:22, 80:24, 81:3, 81:6, 81:23
**money's** [2] - 47:23, 59:7
**money)** [1] - 15:14
**month** [1] - 60:16
**months** [1] - 28:19
**morning** [12] - 4:1, 4:7, 4:12, 4:13, 4:15, 4:16, 5:7, 19:5, 24:10, 25:16, 69:18, 69:20
**most** [9] - 9:18, 35:4, 58:16, 62:2, 64:14, 69:12, 69:14, 73:14
**motion** [1] - 50:1
**motive** [1] - 7:9
**Mouse** [2] - 55:12, 57:5
**move** [1] - 69:23
**MR** [10] - 4:13, 4:25, 37:3, 47:1, 64:14, 67:23, 68:1, 68:8, 68:11, 89:14
**MS** [10] - 4:7, 4:23, 5:12, 67:8, 67:10, 67:22, 68:22, 88:11, 88:17, 89:15
**mud** [3] - 64:15, 64:16, 64:21
**Muhammad** [1] - 40:13
**multi** [1] - 44:16
**multi-course** [1] - 44:16
**multilevel** [2] - 48:11, 48:24
**multiple** [2] - 69:12, 70:11
**must** [6] - 43:13, 43:16, 43:17, 52:19, 58:3, 85:17
**mutual** [1] - 84:14
**Myriam** [1] - 28:3

**N**

**Nakamura** [1] - 4:11
**name** [19] - 13:2, 13:3, 14:13, 15:12, 16:11, 23:18, 25:1, 25:18, 25:20, 31:8, 31:15, 41:17, 55:11, 55:13, 56:22, 59:8, 71:25, 86:2
**nation's** [1] - 14:6
**national** [28] - 6:16, 9:15, 9:23, 13:6, 14:11, 14:20, 14:23, 15:2, 16:10, 17:5, 22:11, 26:3, 28:10, 32:24, 33:3, 34:11, 35:17, 63:10, 71:21, 71:23, 72:3, 77:4, 77:6, 77:7, 78:2, 78:25, 79:10, 79:24
**National** [1] - 54:15
**national's** [2] - 5:16, 13:7
**nationals** [1] - 43:19
**nature** [1] - 37:14
**necessary** [1] - 84:25
**need** [17] - 15:16, 17:8, 17:12, 21:18, 22:9, 41:20, 73:2, 73:4, 73:7, 73:9, 73:23, 78:14, 86:4, 86:13, 86:24, 89:3
**needed** [6] - 15:19, 23:5, 55:8, 59:23, 69:22, 70:3
**needs** [7] - 15:17, 15:18, 78:19, 78:22, 83:7, 87:20
**nefarious** [1] - 38:19
**negligent** [1] - 61:4
**network** [1] - 75:5
**never** [22] - 9:15, 9:17, 17:15, 22:15, 22:20, 23:23, 31:24, 34:16, 49:1, 50:9, 52:21, 55:20, 55:24, 61:13, 72:4, 78:1, 81:7, 82:1, 85:5, 85:8, 85:12
**New** [1] - 1:15
**new** [2] - 38:9, 52:23
**newspaper** [1] - 48:20
**next** [15] - 7:20, 15:20, 15:23, 18:20, 18:23, 19:4, 19:17, 20:14, 24:2, 24:10,

24:12, 36:12, 36:14, 38:10, 59:10
**nice** [2] - 44:13, 56:17
**night** [2] - 4:20, 45:3
**nine** [8] - 42:15, 42:17, 42:18, 44:18, 44:19, 45:1, 58:5
**Ninth** [1] - 2:3
**nobody** [1] - 77:13
**none** [8] - 25:25, 53:19, 64:25, 65:3, 65:4, 66:6, 73:22
**nonetheless** [1] - 10:6
**nonlegal** [1] - 39:16
**nonsense** [1] - 22:14
**Northwest** [5] - 1:18, 1:21, 2:3, 2:8, 90:14
**NORTON** [1] - 2:3
**note** [2] - 85:1, 85:4
**notebook** [1] - 86:1
**notes** [2] - 88:6, 90:5
**nothing** [17] - 39:17, 39:18, 42:23, 45:20, 45:21, 52:5, 52:11, 53:1, 55:14, 55:15, 56:25, 61:23, 61:24, 66:7, 66:12, 80:25, 85:20
**notoriety** [1] - 45:25
**notoriously** [1] - 64:11
**November** [2] - 1:6, 90:10
**number** [8] - 19:23, 25:10, 25:16, 42:1, 42:9, 42:10, 58:4, 86:2
**numbers** [3] - 39:4, 46:5, 87:18

**O**

**Obama** [3] - 28:21, 29:17, 42:3
**object** [1] - 17:18
**objects** [1] - 17:1
**obvious** [1] - 78:17
**obviously** [2] - 71:7, 89:2
**occupation** [1] - 13:3
**occurring** [1] - 26:14
**October** [4] - 47:4, 47:7, 52:23, 52:25
**OF** [5] - 1:1, 1:3, 1:14, 1:18, 1:21
**offer** [1] - 51:24
**offered** [1] - 42:9

**offering** [1] - 31:2
**OFFICE** [1] - 1:20
**office** [9] - 43:13,
48:14, 48:20, 48:25,
50:9, 50:10, 52:19,
71:9, 73:18
**official** [1] - 90:12
**Official** [1] - 2:6
**offshore** [1] - 40:8
**old** [3] - 42:9, 46:18
**Olga** [11] - 7:19,
18:21, 19:5, 19:18,
34:17, 41:8, 51:24,
52:22, 53:17, 60:13
**once** [5] - 17:11,
18:8, 30:4, 61:13,
65:2
**one** [52] - 10:11,
11:3, 17:8, 17:9,
17:13, 17:14, 17:18,
27:19, 29:7, 30:19,
30:25, 33:7, 33:25,
36:23, 38:8, 38:11,
38:22, 40:18, 48:15,
49:1, 49:5, 51:19,
53:9, 56:19, 57:19,
58:1, 58:21, 59:11,
59:13, 60:10, 60:20,
60:21, 62:24, 71:13,
71:19, 73:14, 73:21,
73:25, 77:24, 82:15,
82:17, 85:2, 85:14,
86:5, 87:20, 89:4
**one-on-one** [1] -
38:8
**ones** [1] - 47:24
**op** [1] - 20:6
**open** [4] - 68:14,
75:25, 85:7, 85:13
**opening** [6] - 5:23,
28:18, 37:24, 38:2,
51:6, 66:19
**operandi** [1] - 34:1
**operative** [5] - 6:5,
6:13, 7:3, 71:2, 71:5
**operatives** [1] - 5:13
**opportunities** [1] -
74:3
**opportunity** [1] -
72:10
**opposite** [3] - 49:21,
61:1, 61:2
**Oprah** [7] - 28:20,
29:17, 40:12, 40:17,
41:2, 42:2, 76:2
**orally** [1] - 85:7
**order** [1] - 14:25
**organization** [2] -
53:12, 76:16
**organizations** [1] -

75:5
**organize** [1] - 84:13
**otherwise** [3] -
56:21, 57:13, 87:25
**overt** [7] - 17:13,
17:19, 18:15, 18:24,
19:1, 19:12, 23:14
**overworked** [2] -
54:23, 55:1
**own** [9] - 6:11, 31:15,
43:15, 54:25, 56:18,
57:15, 59:12, 76:16,
89:6

---

## P

**p.m** [7] - 19:19,
20:13, 24:20, 24:22,
26:14, 88:20, 89:11
**PAC** [6] - 6:9, 6:10,
15:12, 74:19, 74:20,
75:8
**Page** [5] - 3:3, 3:4,
3:5, 43:3, 78:6
**page** [3] - 67:19,
69:1, 86:1
**paid** [5] - 25:6,
29:19, 31:11, 70:6,
74:22
**panel** [3] - 5:4,
68:15, 88:18
**paper** [1] - 81:20
**papered** [1] - 81:24
**parade** [1] - 40:11
**pardon** [3] - 37:4,
62:23, 81:14
**pardoned** [2] -
62:13, 62:14
**PARIKH** [3] - 1:17,
67:10, 68:22
**Parikh** [5] - 3:5, 4:9,
67:8, 68:21, 84:3
**Parikh's** [1] - 67:19
**parliament** [1] -
30:12
**part** [11] - 20:9,
20:12, 23:13, 50:24,
53:10, 63:24, 68:25,
73:25, 75:14, 82:6
**participate** [1] -
58:22
**parties** [4] - 4:20,
82:4, 87:13
**partnership** [1] -
16:22
**party** [1] - 58:24
**pass** [1] - 24:16
**passed** [1] - 26:12
**passenger's** [1] -

25:1
**passengers** [1] -
25:2
**passport** [2] - 14:20,
26:10
**pattern** [1] - 82:21
**Paul** [4] - 6:7, 6:8,
50:5, 50:13
**Paul's** [1] - 50:9
**pause** [1] - 71:13
**pay** [6] - 12:8, 20:5,
25:2, 46:14, 63:10,
80:1
**paycheck** [1] - 70:7
**paying** [2] - 12:19,
46:16
**payments** [2] - 82:9,
82:11
**penny** [2] - 18:8,
18:9
**people** [24] - 6:20,
16:24, 22:19, 23:24,
29:7, 30:7, 44:20,
45:1, 46:4, 46:12,
46:14, 48:2, 54:12,
54:17, 58:4, 60:14,
69:11, 70:11, 72:7,
76:11, 79:19, 80:24,
86:25
**people's** [2] - 26:5,
26:6
**per** [2] - 38:11, 81:4
**percent** [2] - 60:13,
60:17
**period** [1] - 74:19
**permission** [1] -
68:10
**person** [5] - 42:9,
51:1, 57:1, 83:21,
85:9
**personal** [4] - 13:4,
43:15, 52:14, 85:20
**personally** [2] -
30:25, 32:17
**persons** [1] - 64:12
**Phan** [4] - 4:10,
27:16, 30:16, 44:21,
49:10, 50:9, 53:15,
75:2, 75:4
**Philly** [4] - 20:6,
20:23, 24:13, 51:20
**phone** [11] - 7:14,
8:17, 15:9, 22:4, 24:5,
26:10, 40:3, 58:22,
63:6, 86:2, 87:18
**photo** [24] - 20:6,
29:3, 38:9, 39:2,
40:10, 58:20, 68:24,
68:25, 69:2, 69:6,
69:9, 70:15, 72:9,

72:10, 72:14, 72:19,
74:8, 74:10, 75:17,
75:18, 78:20, 78:21
**photograph** [6] -
28:23, 31:5, 36:10,
36:11, 36:13, 46:19
**photos** [7] - 24:21,
26:20, 26:24, 39:1,
43:23, 44:1, 51:20
**phrase** [1] - 62:3
**phrases** [2] - 37:23,
66:21
**pick** [1] - 78:21
**picture** [42] - 5:24,
5:25, 8:24, 30:13,
30:15, 30:24, 37:24,
38:1, 38:2, 38:4, 38:7,
38:12, 38:22, 38:23,
39:6, 39:8, 39:12,
39:15, 39:19, 42:6,
42:18, 42:21, 43:15,
45:23, 46:16, 46:22,
47:3, 47:8, 47:11,
47:17, 48:10, 49:6,
49:7, 49:12, 49:13,
49:14, 52:22, 53:3,
66:19, 79:11
**picture's** [1] - 53:24
**picture-picture** [1] -
53:3
**pictured** [1] - 7:1
**pictures** [1] - 38:3
**piece** [1] - 83:19
**pieces** [2] - 39:8,
39:10
**place** [2] - 61:6,
64:23
**plain** [1] - 57:3
**Plaintiff** [1] - 1:4
**plan** [15] - 7:16, 8:2,
8:18, 9:1, 12:2, 12:19,
15:4, 15:10, 21:14,
22:3, 22:5, 22:6,
22:13, 22:24
**planning** [2] - 11:18,
50:2
**plans** [1] - 81:18
**plate** [1] - 69:23
**play** [1] - 41:23
**player** [1] - 42:5
**players** [3] - 71:11,
72:8, 73:21
**pleasantries** [1] -
58:10
**pledges** [1] - 51:23
**plus** [1] - 63:14
**pocket** [1] - 55:17
**point** [9] - 9:21, 23:3,
40:15, 44:20, 44:22,
68:2, 70:11, 71:14,

77:14
**pointed** [1] - 77:8
**policy** [1] - 46:7
**political** [39] - 5:13,
6:1, 6:5, 6:13, 6:14,
6:18, 7:2, 8:11, 8:12,
8:16, 9:2, 10:21,
12:16, 12:21, 15:1,
16:6, 19:16, 22:12,
27:15, 28:25, 29:1,
29:2, 29:6, 29:22,
30:5, 31:2, 31:17,
36:4, 63:3, 64:17,
64:20, 65:15, 69:4,
71:1, 71:3, 71:5, 76:6,
82:1, 82:11
**politician** [2] - 30:11,
36:3
**politics** [2] - 7:3,
50:15
**poll** [1] - 46:5
**polo** [1] - 44:5
**popular** [1] - 42:7
**portion** [1] - 75:4
**possibility** [1] - 86:6
**possible** [1] - 86:3
**post** [5] - 39:24,
47:6, 72:15, 75:17,
75:18
**posted** [2] - 72:15,
72:19
**potato** [2] - 76:20
**potential** [1] - 53:14
**pound** [2] - 18:8,
18:9
**PowerPoint** [1] -
46:23
**practices** [2] - 12:13,
12:15
**preference** [1] - 68:5
**preferred** [3] - 8:4,
8:11, 36:5
**present** [3] - 4:14,
81:19, 86:24
**presented** [1] - 87:11
**preside** [1] - 84:5
**President** [4] - 6:8,
47:13, 52:7, 73:15
**president** [9] - 13:16,
30:1, 30:15, 36:12,
36:14, 47:6, 47:21,
72:10, 73:22
**presidential** [7] -
5:18, 7:11, 27:18,
27:21, 27:23, 30:14,
36:14
**Presidents** [3] -
30:17, 53:11, 73:1
**press** [1] - 62:14
**presumed** [1] - 66:15

**pretty** [5] - 9:12, 12:23, 24:10, 38:9, 45:5
**preventing** [2] - 14:3
**previously** [2] - 16:15, 74:19
**primarily** [1] - 32:2
**principle** [2] - 5:20, 5:21
**principles** [1] - 83:25
**priorities** [2] - 83:17, 83:22
**private** [1] - 44:20
**pro** [4] - 15:15, 38:17, 73:7, 75:18
**pro-Trump** [2] - 15:15, 75:18
**problem** [2] - 12:24, 20:25
**Proceedings** [1] - 89:16
**proceedings** [11] - 5:6, 67:5, 67:13, 67:16, 68:13, 68:17, 87:6, 88:5, 88:20, 89:11, 90:6
**process** [3] - 15:1, 31:17, 85:20
**produced** [1] - 90:6
**products** [1] - 47:21
**professional** [1] - 56:18
**profile** [1] - 71:4
**programs** [1] - 48:7
**prohibition** [3] - 6:16, 6:17, 63:15
**prohibitions** [1] - 7:5
**promised** [1] - 42:12
**promote** [1] - 84:17
**promoting** [1] - 44:7
**promotion** [1] - 47:17
**prompt** [1] - 89:5
**proof** [3] - 31:23, 37:13, 57:12
**propensity** [1] - 62:21
**prove** [9] - 31:24, 33:12, 62:4, 62:7, 73:2, 73:4, 73:7, 73:9, 73:23
**proved** [2] - 39:14, 42:24
**proven** [2] - 17:3, 17:10
**provide** [1] - 26:1
**provided** [4] - 23:21, 25:22, 25:23, 70:18
**provides** [1] - 23:22
**PUBLIC** [1] - 1:15

**public** [4] - 14:7, 69:18, 71:8, 74:21
**public-facing** [1] - 74:21
**pull** [2] - 38:10, 38:11, 51:21, 75:1
**pump** [1] - 59:23
**purchasing** [1] - 32:19
**purported** [1] - 23:11
**purpose** [23] - 16:7, 28:13, 28:15, 29:14, 33:17, 33:25, 41:13, 43:5, 43:12, 43:24, 52:15, 52:18, 53:4, 53:21, 62:5, 62:11, 62:17, 62:23, 65:8, 70:23, 75:20, 80:13, 82:15
**purposely** [1] - 33:13
**purposes** [7] - 7:8, 34:1, 69:12, 70:11
**push** [3] - 38:10, 38:11, 51:20
**put** [21] - 13:3, 30:2, 31:10, 31:15, 32:1, 32:2, 41:16, 42:6, 48:7, 48:19, 50:1, 51:6, 52:22, 53:20, 55:7, 66:4, 71:21, 71:24, 71:25, 80:23, 81:6
**puts** [4] - 47:11, 47:12, 49:7, 53:3
**putting** [4] - 13:2, 27:20, 46:17, 46:19

## Q

**questions** [3] - 24:21, 46:7, 81:19
**quid** [2] - 38:17, 73:7
**quiet** [1] - 37:14
**quite** [1] - 77:1
**quo** [2] - 38:17, 73:7

## R

**radius** [2] - 87:20, 88:13
**raiding** [1] - 40:2
**raise** [2] - 26:7, 30:7
**raised** [7] - 26:4, 31:20, 50:4, 52:6, 52:9, 60:20, 76:16
**raising** [1] - 32:6
**rally** [1] - 8:24
**ran** [1] - 48:19
**Rand** [1] - 6:7

**random** [1] - 85:20
**RDR** [3] - 2:6, 90:3, 90:12
**reach** [4] - 7:25, 35:14, 84:10, 88:14
**reached** [2] - 74:1, 85:11
**reaches** [4] - 7:21, 8:19, 10:14, 64:22
**reaching** [2] - 10:7, 84:24
**read** [14] - 43:8, 43:10, 43:22, 53:5, 54:1, 58:18, 62:7, 63:23, 64:7, 65:15, 65:23, 65:24, 65:25
**ready** [10] - 4:17, 5:9, 16:3, 20:15, 20:18, 21:1, 22:7, 53:17, 72:12
**Reagan** [1] - 53:11
**real** [4] - 23:12, 52:12, 53:12, 60:1
**reality** [2] - 76:3, 81:1
**Reality** [1] - 72:24
**realized** [1] - 53:5
**really** [14] - 24:24, 27:9, 27:12, 39:22, 41:23, 49:18, 51:24, 69:20, 70:3, 78:7, 78:22, 87:8, 87:13
**reason** [18] - 14:21, 22:9, 22:12, 29:7, 37:17, 42:1, 49:2, 49:3, 55:25, 56:1, 56:5, 57:3, 59:2, 59:8, 60:6
**reasonable** [5] - 31:25, 37:16, 60:5, 60:22, 66:21
**reasonably** [1] - 18:11
**reasons** [4] - 37:21, 43:16, 52:14
**Rebecca** [1] - 4:7
**REBECCA** [1] - 1:14
**rebuttal** [5] - 41:25, 67:3, 67:7, 67:19, 68:20
**Rebuttal** [1] - 3:5
**receipt** [1] - 23:12
**receive** [1] - 39:1
**received** [4] - 4:19, 31:12, 34:25, 59:3
**receiving** [1] - 63:15
**reception** [1] - 46:9
**recess** [2] - 67:12, 88:4
**recommended** [1] -

41:10
**reconciled** [1] - 80:2
**record** [3] - 4:6, 16:13, 57:16
**records** [4] - 14:15, 16:14, 17:6, 33:22
**red** [8] - 26:4, 26:7, 56:21, 57:20, 57:22, 57:23, 59:24, 64:19
**referenced** [1] - 38:2
**reflect** [1] - 83:16
**reflects** [4] - 83:22, 83:23, 87:12
**refund** [1] - 77:11
**refunded** [5] - 55:20, 55:24, 56:7, 56:10, 77:9
**regard** [1] - 53:8
**regarding** [2] - 84:7, 84:16
**regular** [1] - 86:5
**regulations** [1] - 64:9
**rejected** [1] - 13:7
**rejoin** [1] - 86:4
**relationship** [2] - 21:24, 76:10
**release** [1] - 62:14
**relevant** [1] - 7:8
**relied** [2] - 32:8, 70:7
**rely** [2] - 13:20, 63:24
**remained** [1] - 85:22
**remember** [2] - 44:18, 79:14
**remembers** [1] - 79:15
**remind** [1] - 31:22, 86:23
**reminder** [1] - 89:4
**rendered** [3] - 23:23, 34:16, 68:3
**reoccurring** [1] - 56:11
**repeatedly** [6] - 34:8, 34:19, 35:10, 35:12, 35:22
**report** [2] - 13:22, 83:8
**REPORTED** [1] - 2:6
**REPORTER** [1] - 46:25
**Reporter** [2] - 2:6, 90:12
**reporting** [3] - 13:21, 20:10, 62:15
**reports** [5] - 13:21, 13:24, 13:25, 14:17, 54:8
**represent** [1] - 87:13
**represented** [1] -

81:13
**representing** [1] - 72:12
**Republican** [2] - 5:13, 54:15
**request** [1] - 11:15
**requested** [1] - 25:23
**requests** [1] - 25:17
**require** [2] - 33:11, 54:11
**required** [2] - 43:2, 43:4, 83:6
**requires** [1] - 32:13
**research** [2] - 86:9, 89:6
**reservation** [2] - 24:25, 25:3
**respect** [2] - 39:13, 84:14
**respectful** [1] - 89:4
**response** [1] - 19:7
**responsibility** [2] - 55:2, 55:3
**responsible** [6] - 17:21, 17:23, 17:25, 18:3, 18:5, 18:9
**rest** [4] - 13:14, 24:2, 85:22, 86:21
**restaurant** [1] - 23:24
**rested** [1] - 32:2
**rests** [1] - 31:23
**result** [2] - 66:4, 69:3
**results** [1] - 47:7
**retire** [1] - 86:21
**return** [4] - 21:5, 84:4, 88:7, 88:25
**returned** [2] - 8:7, 13:8
**reveal** [1] - 85:9
**review** [2] - 66:1, 66:2
**rights** [1] - 48:6
**RNC** [55] - 7:21, 8:19, 8:23, 9:13, 9:16, 10:7, 10:14, 10:18, 11:10, 11:11, 13:15, 13:19, 14:16, 14:17, 19:20, 19:24, 20:22, 27:10, 32:19, 34:9, 34:17, 47:14, 47:15, 50:16, 50:19, 50:24, 54:13, 54:15, 55:20, 56:2, 56:6, 56:10, 58:3, 58:6, 58:19, 59:22, 61:13, 62:1, 64:17, 76:24, 77:11, 77:12, 77:23, 77:25, 78:7, 78:8, 78:14,

78:19, 78:22, 79:25, 80:18
**road** [2] - 6:23, 7:5
**Robinson** [12] - 5:17, 6:15, 11:15, 12:12, 13:5, 21:4, 24:13, 26:2, 30:4, 35:14, 77:2, 79:1
**role** [3] - 74:16, 74:21, 76:23
**Rollins** [1] - 75:7
**Roman** [95] - 7:10, 8:6, 9:2, 9:5, 9:7, 9:9, 9:22, 10:6, 10:11, 11:3, 11:5, 11:25, 12:4, 12:6, 12:8, 12:11, 12:20, 12:23, 13:2, 13:17, 13:23, 14:19, 15:23, 16:2, 16:7, 19:10, 19:15, 19:21, 20:1, 20:15, 20:18, 20:25, 21:14, 22:7, 22:10, 22:16, 22:21, 22:22, 23:4, 23:17, 23:19, 24:6, 24:15, 24:23, 25:2, 25:3, 25:5, 25:10, 25:18, 25:23, 27:1, 27:15, 28:6, 28:7, 28:16, 28:21, 28:22, 29:11, 29:16, 29:23, 30:13, 30:18, 30:22, 30:24, 31:4, 31:12, 31:14, 35:2, 35:6, 35:20, 36:9, 36:17, 38:22, 39:5, 46:20, 57:2, 57:6, 59:4, 59:14, 59:16, 59:17, 59:19, 59:25, 71:7, 72:8, 72:17, 73:1, 73:12, 75:24, 76:4, 76:10, 77:5, 78:2, 81:5, 81:23
**Ron** [1] - 6:8
**room** [9] - 46:3, 46:12, 49:20, 49:24, 58:2, 62:18, 74:15, 84:5, 84:18
**Room** [1] - 2:8
**ROSE** [1] - 2:3
**Ross** [2] - 4:7, 4:22
**ROSS** [6] - 1:14, 4:7, 4:23, 88:11, 88:17, 89:15
**roundtable** [2] - 24:14, 57:24
**Rudy** [1] - 75:7
**rules** [6] - 6:22, 6:23, 7:5, 34:4, 64:9, 84:7
**run** [1] - 64:19

**running** [6] - 15:11, 30:1, 30:12, 48:14, 48:25, 71:9
**ruse** [2] - 51:11, 51:13
**Russia** [9] - 30:25, 31:3, 38:16, 42:6, 46:6, 48:10, 48:20, 71:10, 73:15
**Russian** [35] - 5:16, 9:14, 9:22, 10:4, 10:6, 14:20, 14:23, 22:10, 26:3, 30:11, 30:12, 31:2, 32:17, 32:23, 33:3, 34:11, 35:17, 35:21, 36:3, 38:20, 39:15, 39:19, 40:13, 49:8, 52:1, 63:7, 63:10, 63:15, 77:3, 77:7, 78:2, 78:25, 79:10, 79:16, 79:17
**Russian-born** [1] - 9:14
**Russians** [3] - 44:18, 44:24, 58:5

## S

**sake** [1] - 57:14
**sakes** [3] - 46:15, 48:18, 50:6
**Sarah** [12] - 5:17, 6:15, 11:15, 12:12, 13:5, 21:4, 24:12, 26:2, 30:4, 35:14, 77:2, 79:1
**sat** [1] - 46:3
**satisfied** [2] - 49:22, 49:24
**saw** [52] - 7:6, 7:12, 8:5, 8:9, 8:16, 9:11, 9:16, 9:19, 10:12, 11:4, 11:21, 12:1, 15:5, 15:8, 18:17, 21:9, 21:21, 23:4, 23:13, 25:16, 26:19, 27:19, 27:20, 29:8, 29:9, 30:14, 30:21, 31:8, 31:9, 32:14, 34:8, 34:19, 36:9, 43:22, 53:10, 53:13, 57:20, 63:13, 71:8, 74:7, 74:8, 75:14, 76:8, 76:14, 77:2, 78:4, 80:8, 80:21, 81:22, 81:23
**scenes** [1] - 74:22
**scheme** [5] - 13:9, 14:22, 15:4, 26:8, 38:19

**Scott** [1] - 53:12
**screen** [1] - 72:21
**scrub** [1] - 73:6
**Seagal** [7] - 28:20, 29:17, 40:12, 40:18, 41:2, 42:2, 57:6
**Seagal's** [1] - 45:15
**search** [8] - 40:1, 40:3, 48:17, 49:13, 50:10, 51:3, 55:18, 57:14
**search-warrant** [2] - 49:13, 57:14
**seat** [3] - 5:8, 30:12, 88:22
**seats** [3] - 36:11, 85:21
**Seats** [1] - 85:23
**second** [4] - 23:10, 62:3, 68:2, 69:1
**seconds** [2] - 54:18
**Secret** [3] - 25:25, 57:10, 57:11
**SECTION** [1] - 1:15
**section** [1] - 33:21
**see** [18] - 11:16, 16:25, 24:18, 24:25, 29:24, 44:5, 49:12, 50:22, 51:2, 55:8, 59:18, 61:1, 67:11, 73:20, 75:19, 82:20, 83:5, 89:13
**seek** [1] - 55:9
**seem** [2] - 69:5, 82:18
**select** [2] - 84:5, 84:8
**selected** [1] - 85:20
**selecting** [1] - 84:12
**selection** [1] - 85:19
**self** [1] - 47:17
**self-promotion** [1] - 47:17
**sell** [1] - 55:19
**seminar** [1] - 47:22
**Senate** [2] - 6:6, 6:7
**senator** [3] - 50:6, 82:10, 82:11
**Senator** [1] - 50:9
**send** [2] - 5:1, 85:1
**sending** [2] - 21:12, 84:18
**sends** [4] - 7:18, 19:20, 22:5, 25:18
**sense** [15] - 10:21, 11:20, 28:24, 29:25, 30:7, 50:12, 51:18, 52:4, 57:21, 59:5, 59:7, 59:21, 62:24, 64:9, 65:21
**sent** [6] - 8:7, 22:8,

23:7, 23:10, 57:11, 59:16
**sentence** [1] - 10:16
**sentences** [1] - 72:1
**September** [33] - 7:12, 7:15, 7:17, 7:20, 9:6, 9:8, 9:9, 10:13, 11:4, 11:10, 11:12, 12:1, 12:6, 15:8, 15:18, 16:2, 18:17, 18:23, 20:21, 20:23, 21:10, 21:21, 22:2, 22:4, 22:25, 23:17, 24:4, 24:6, 26:13, 41:5, 41:6, 71:9
**served** [1] - 80:13
**service** [3] - 24:22, 25:8, 86:16
**Service** [3] - 25:25, 57:10, 57:12
**Services** [1] - 81:25
**services** [4] - 23:11, 23:23, 25:6, 34:16
**serving** [1] - 36:19
**set** [1] - 24:8
**seven** [1] - 85:14
**seven-five** [1] - 85:14
**several** [3] - 22:24, 25:7, 33:11
**several-hundred-dollar** [1] - 25:7
**shaking** [1] - 44:9
**shameless** [1] - 47:16
**Sharapova** [1] - 40:14
**share** [1] - 79:19
**shell** [1] - 40:7
**shift** [1] - 55:4
**shifts** [1] - 31:24
**shirt** [1] - 44:10
**shirts** [2] - 44:5
**Show** [1] - 72:25
**show** [5] - 45:16, 46:17, 64:14, 80:3, 80:11
**showed** [1] - 46:8
**shows** [3] - 45:11, 49:6, 75:24
**shred** [1] - 39:7
**shredded** [1] - 39:10
**sic** [1] - 61:13
**side** [4] - 36:8, 51:7, 53:20, 64:24
**sidebar** [1] - 67:17
**sides** [1] - 87:8
**sideshow** [3] - 53:9, 53:20, 57:9
**sight** [1] - 57:3

**sign** [2] - 23:15, 77:19
**signatory** [1] - 11:7
**signed** [2] - 85:2, 85:4
**significant** [6] - 8:3, 18:13, 18:14, 26:17, 29:10, 31:8
**signifying** [2] - 39:17, 61:24
**silly** [2] - 38:3, 45:12
**similar** [1] - 50:25
**single** [3] - 38:18, 51:1, 74:9
**single-person** [1] - 51:1
**sitting** [2] - 50:6, 55:5
**situated** [1] - 75:6
**six** [3] - 16:9, 85:14
**six-six** [1] - 85:14
**skimmed** [1] - 8:9
**sloppy** [1] - 61:10
**slow** [2] - 41:23, 47:1
**small** [6] - 44:20, 44:22, 51:15, 52:5, 74:13, 86:13
**smile** [2] - 46:11, 49:25
**smiley** [2] - 39:20, 39:22
**smiling** [1] - 38:4
**snazzy** [1] - 29:4
**sole** [1] - 11:7
**solicit** [1] - 71:22
**solicitation** [1] - 17:4
**solicited** [1] - 30:8
**soliciting** [5] - 14:11, 16:4, 16:6, 16:9, 28:10
**someone** [2] - 6:13, 7:3, 7:4, 10:25, 36:15, 41:22, 49:1, 50:12, 50:17, 58:25, 59:1, 59:20, 60:1, 71:22, 71:24, 77:18, 77:19, 79:8, 80:2, 81:5, 81:17, 82:24
**sometimes** [2] - 16:13, 18:7
**son** [1] - 53:14
**soon** [1] - 38:5
**sophisticated** [2] - 30:10, 71:11
**sorry** [7] - 27:9, 27:12, 41:20, 46:25, 47:1, 59:11
**soul** [1] - 15:3
**sound** [6] - 39:17, 58:25, 59:6, 59:20,

60:1, 61:23
**source** [3] - 19:6, 19:9, 81:3
**space** [2] - 71:3, 71:6
**Special** [4] - 4:10, 75:2, 75:4
**specific** [1] - 84:7
**specifically** [2] - 8:25, 57:8
**spend** [9] - 29:24, 48:2, 48:3, 48:4, 48:9, 70:12, 72:9, 75:23, 78:17
**spends** [3] - 9:18, 78:12, 78:15
**spent** [2] - 47:24, 80:17
**spokesperson** [1] - 84:6
**sponsor** [1] - 48:7
**sporting** [1] - 46:18
**sports** [2] - 48:6, 87:1
**staff** [1] - 54:16
**stand** [1] - 77:5
**standard** [1] - 58:17
**standing** [2] - 46:9, 46:11
**stands** [1] - 66:15
**star** [4] - 45:15, 45:16, 45:17, 46:17
**Stars** [1] - 72:25
**start** [1] - 66:9
**started** [4] - 37:23, 41:5, 66:18, 89:3
**starting** [1] - 4:6
**starts** [1] - 24:4
**state** [2] - 82:9, 82:11
**statement** [1] - 5:23
**statements** [2] - 80:5, 80:8
**States** [18] - 2:7, 4:3, 4:8, 5:20, 9:8, 17:2, 17:10, 24:7, 30:16, 31:23, 31:24, 33:12, 36:12, 36:15, 36:18, 36:20, 90:13
**STATES** [4] - 1:1, 1:3, 1:11, 1:20
**status** [1] - 45:20
**statute** [2] - 62:15, 62:25
**stay** [1] - 64:24
**steal** [1] - 64:19
**steer** [3] - 27:14, 28:7, 29:12
**steered** [3] - 27:17, 28:2, 28:5
**steering** [3] - 27:19,

27:21, 75:15
**stenographic** [1] - 90:5
**step** [2] - 74:20, 86:25
**Stephanie** [1] - 4:15
**STEPHANIE** [1] - 2:2
**Steven** [8] - 28:20, 29:17, 40:12, 40:17, 41:2, 42:2, 45:15, 57:6
**stick** [1] - 87:16
**sticker** [1] - 29:5
**still** [4] - 26:20, 45:10, 61:17, 86:8
**stipulation** [2] - 82:4, 82:6
**STOLARZ** [11] - 2:2, 4:13, 4:25, 37:3, 47:1, 64:14, 67:23, 68:1, 68:8, 68:11, 89:14
**Stolarz** [10] - 3:4, 4:14, 4:24, 37:2, 66:25, 76:25, 77:8, 80:17, 83:4, 87:22
**stood** [2] - 45:16, 45:17
**stop** [3] - 8:23, 31:22, 66:9
**store** [1] - 64:19
**story** [7] - 22:6, 22:23, 23:13, 33:8, 35:11, 81:19, 82:25
**straight** [1] - 5:18
**Strategies** [4] - 11:6, 81:24, 82:1, 83:11
**strategist** [2] - 6:9, 74:18
**street** [1] - 50:7
**Street** [3] - 1:18, 1:21, 2:3
**stressed** [3] - 54:24, 55:1, 61:11
**stuff** [1] - 41:2
**stupid** [1] - 42:6
**submits** [1] - 73:19, 80:12, 83:9
**submitted** [1] - 12:25
**subpoenas** [2] - 40:3, 50:11
**successful** [3] - 42:21, 44:11, 47:22
**suggest** [1] - 29:22
**suggested** [5] - 9:24, 41:7, 42:14, 71:14, 76:25
**suggesting** [2] - 18:21, 28:20
**suggests** [1] - 9:6
**Suite** [1] - 2:4

**sum** [1] - 52:5
**summon** [1] - 86:4
**super** [2] - 6:10, 75:8
**support** [1] - 27:24
**Support** [1] - 47:14
**supported** [1] - 36:23
**supporter** [1] - 51:5
**supporting** [3] - 8:21, 75:19, 83:20
**supports** [1] - 48:23
**supposed** [5] - 22:1, 22:18, 29:18, 42:16, 83:16
**supposedly** [2] - 25:5, 25:6
**supremely** [1] - 75:8
**system** [1] - 66:21

**T**

**table** [2] - 4:8, 46:4
**tacit** [1] - 27:13
**talks** [1] - 10:24
**tarnish** [1] - 60:14
**task** [1] - 84:9
**tasks** [1] - 87:10
**teams** [1] - 64:18
**tear** [1] - 86:1
**teenaged** [1] - 39:21
**teenager** [1] - 45:24
**ten** [2] - 67:2, 67:11
**ten-minute** [1] - 67:2
**tend** [1] - 80:11
**tennis** [1] - 42:4
**Tenth** [1] - 1:16
**term** [3] - 38:9, 39:16, 71:1
**termed** [1] - 72:11
**testified** [2] - 54:12, 79:14
**testify** [1] - 30:16
**text** [1] - 24:17
**texts** [1] - 24:5
**thankfully** [1] - 62:1
**thanking** [1] - 27:24
**THE** [35] - 1:1, 1:10, 1:14, 1:21, 2:2, 4:1, 4:2, 4:12, 4:16, 4:24, 5:1, 5:4, 5:7, 37:1, 46:25, 66:25, 67:6, 67:11, 67:14, 67:18, 67:25, 68:6, 68:9, 68:15, 68:18, 84:3, 86:18, 86:19, 87:7, 88:6, 88:14, 88:18, 88:21, 89:9, 89:12
**themselves** [1] - 8:5
**theory** [6] - 28:11,

43:3, 47:5, 52:23, 53:1, 66:1
**therefore** [2] - 32:8, 63:22
**Thereupon** [1] - 67:12, 88:4
**they've** [4] - 20:12, 22:24, 26:25, 51:25
**thinking** [2] - 70:13, 87:19
**third** [2] - 58:24, 65:17
**thousand** [5] - 5:24, 37:25, 53:25, 54:19, 66:20
**three** [13] - 13:18, 16:12, 17:1, 17:2, 17:10, 24:5, 24:17, 24:18, 25:1, 43:18, 65:25, 67:20, 87:20
**thrilled** [1] - 49:17
**throughout** [3] - 11:1, 37:8, 37:24
**throw** [1] - 59:24
**thumb** [2] - 42:6, 46:11
**thumbs** [6] - 38:4, 44:3, 44:4, 44:8, 45:8, 49:23
**thumbs-up** [1] - 49:23
**Thursday** [1] - 15:14
**ticket** [18] - 10:4, 32:17, 32:19, 55:14, 61:8, 63:10, 63:12, 63:15, 64:1, 64:2, 74:5, 78:18, 79:8, 79:16, 79:23, 80:1, 81:5
**tickets** [10] - 11:12, 11:15, 12:8, 24:7, 24:13, 24:14, 32:17, 34:13, 35:2, 74:6
**tie** [1] - 36:12
**Titan** [4] - 11:5, 81:24, 82:1, 83:11
**today** [2] - 77:24, 88:23
**together** [3] - 5:15, 66:4
**tomorrow** [4] - 88:8, 88:10, 89:1, 89:13
**took** [7] - 32:7, 39:15, 50:1, 69:18, 72:14, 74:20, 77:5
**top** [1] - 8:9
**topic** [1] - 58:21
**total** [2] - 11:8, 24:3
**totally** [1] - 23:2
**tote** [1] - 29:5

**tour** [5] - 44:3, 50:5, 50:7, 50:11, 50:13
**tourist** [1] - 43:24, 45:13
**toward** [1] - 29:12
**towards** [6] - 8:11, 27:17, 27:21, 30:2, 31:3, 54:3
**track** [1] - 82:17
**tracks** [6] - 21:19, 23:14, 33:9, 81:17, 82:3, 82:24
**traditional** [1] - 69:15
**transcript** [3] - 19:2, 90:5, 90:6
**translator** [2] - 38:14, 72:12
**transparency** [5] - 14:4, 14:5, 36:21, 61:21, 83:19
**transportation** [1] - 69:19
**traveler** [1] - 45:6
**traveling** [1] - 9:7
**treatments** [1] - 46:14
**TREVOR** [1] - 1:10
**trial** [4] - 54:2, 61:25, 71:15, 77:24
**TRIAL** [1] - 1:10
**tried** [2] - 48:13, 87:12
**tries** [1] - 81:20
**true** [9] - 13:23, 14:13, 22:14, 63:5, 70:9, 75:24, 78:9, 90:4, 90:5
**Trump** [69] - 5:16, 6:10, 7:8, 7:19, 8:21, 8:22, 13:11, 13:13, 13:14, 13:19, 13:20, 14:16, 15:13, 15:15, 15:20, 18:22, 19:8, 19:11, 21:3, 27:24, 28:8, 29:9, 29:15, 29:22, 29:25, 30:17, 30:24, 31:1, 31:3, 36:5, 38:20, 41:8, 41:9, 41:13, 41:17, 42:15, 45:16, 45:17, 46:4, 46:5, 46:13, 47:3, 47:13, 47:14, 49:24, 50:18, 50:19, 51:5, 51:14, 52:1, 52:7, 56:10, 69:3, 72:16, 73:1, 73:15, 73:21, 74:20, 74:25, 75:18, 75:19, 76:5, 76:23, 77:13, 77:23,

77:25, 78:16, 81:14
**trusted** [1] - 65:14
**truth** [1] - 11:3
**truthfulness** [1] -
13:20
**try** [7] - 33:8, 34:20,
35:22, 44:14, 83:12,
85:3, 89:4
**trying** [2] - 27:14,
53:13
**tune** [1] - 76:5
**turn** [2] - 86:16,
86:17
**turning** [1] - 72:21
**TV** [6] - 15:14, 31:2,
46:17, 49:8, 49:10,
72:24
**twenty** [1] - 54:21
**twenty-hour** [1] -
54:21
**twice** [1] - 24:5
**Two** [3] - 72:24,
72:25, 73:1
**two** [40] - 5:13, 6:20,
7:10, 7:12, 7:14, 10:2,
10:4, 15:9, 16:24,
17:2, 17:3, 17:9,
18:24, 19:3, 22:7,
23:14, 24:13, 30:17,
32:18, 37:23, 38:3,
38:14, 45:4, 54:18,
55:7, 66:18, 66:21,
66:22, 72:1, 74:6,
80:1, 80:24, 82:8,
85:20, 85:25, 86:6
**typically** [1] - 68:6
**Tysons** [1] - 22:19

# U

**U.S** [8] - 1:14, 1:18,
2:3, 38:16, 63:8,
71:22, 71:25, 81:2
**ultimately** [3] -
12:25, 29:12, 31:10
**unanimous** [1] -
85:11
**unclear** [3] - 62:15,
62:24, 64:11
**under** [7] - 17:20,
18:2, 33:19, 33:20,
61:17, 62:9, 85:8
**underlying** [1] -
17:15
**underneath** [1] -
59:18
**understood** [1] -
10:10
**unidentified** [1] -

64:12
**union** [1] - 48:1
**uniquely** [1] - 75:5
**united** [1] - 2:7
**UNITED** [4] - 1:1,
1:3, 1:11, 1:20
**United** [17] - 4:3, 4:8,
5:20, 9:8, 17:2, 17:9,
24:7, 30:16, 31:23,
31:24, 33:12, 36:12,
36:15, 36:18, 36:20,
90:13
**unlawful** [1] - 64:5
**unlikely** [1] - 86:3
**unsuspecting** [1] -
56:11
**unwittingly** [2] -
13:24, 54:14
**up** [38] - 9:6, 10:14,
15:15, 21:6, 22:9,
22:13, 22:24, 24:4,
24:8, 26:8, 35:21,
38:4, 38:5, 40:1, 42:6,
44:3, 44:4, 44:8, 45:8,
46:11, 47:11, 48:19,
49:23, 51:22, 54:3,
58:9, 59:11, 59:23,
59:24, 60:10, 61:21,
69:17, 75:1, 76:7,
77:4, 84:8, 84:15
**up-and-up** [1] -
35:21
**urgency** [1] - 42:13
**uses** [1] - 25:2

# V

**values** [2] - 83:17,
83:23
**various** [1] - 81:13
**Vasilenko** [80] - 8:6,
9:2, 9:5, 9:7, 9:10,
9:22, 10:6, 10:11,
11:4, 11:5, 11:17,
12:23, 13:23, 14:19,
15:23, 16:7, 19:10,
19:22, 20:18, 21:1,
21:14, 22:7, 22:10,
22:16, 22:21, 22:22,
22:25, 23:4, 24:2,
24:6, 24:23, 25:5,
25:24, 27:2, 27:15,
28:16, 28:21, 28:22,
29:16, 29:24, 30:3,
30:13, 30:18, 30:22,
31:4, 31:12, 31:15,
35:7, 35:20, 36:9,
36:17, 38:15, 41:12,
42:19, 43:5, 44:18,
45:5, 47:3, 47:18,

48:9, 51:12, 52:14,
53:16, 53:22, 57:19,
59:4, 59:15, 59:25,
69:6, 69:9, 71:7, 72:8,
73:1, 73:12, 75:24,
76:5, 76:10, 77:5,
78:2, 81:23
**Vasilenko's** [25] -
7:10, 11:25, 12:4,
12:7, 12:9, 12:11,
12:20, 13:2, 13:17,
19:15, 20:1, 23:18,
23:19, 24:15, 25:2,
25:4, 25:10, 25:18,
28:6, 28:7, 29:11,
43:15, 44:6, 72:18,
81:6
**verdict** [10] - 4:19,
16:25, 36:23, 68:3,
84:10, 84:20, 84:24,
85:11, 86:12, 87:15
**versa** [1] - 18:6
**versus** [3] - 4:3,
30:17, 73:1
**vice** [1] - 18:5
**Victory** [13] - 5:17,
13:11, 13:13, 13:19,
14:16, 15:21, 21:3,
27:25, 50:20, 76:24,
77:13, 77:23, 77:25
**video** [2] - 46:8,
49:13
**views** [1] - 84:16
**violate** [1] - 65:8
**violated** [2] - 5:20,
34:5
**VIP** [1] - 46:14
**vitals** [3] - 25:23,
57:19, 58:2
**voicemail** [4] -
18:19, 19:19, 20:10,
24:11
**voicemails** [1] - 24:5
**voluntarily** [1] -
33:13
**vote** [1] - 85:15
**voting** [1] - 85:10
**vs** [1] - 1:5

# W

**wait** [2] - 51:13, 89:3
**Walk** [1] - 45:14
**walked** [2] - 30:9,
69:18
**wander** [1] - 87:24
**waning** [1] - 5:12
**wants** [12] - 28:25,
30:2, 38:22, 45:24,

45:25, 47:8, 60:24,
64:25, 78:21, 79:23
**warrant** [5] - 48:18,
49:13, 50:10, 51:3,
57:14
**warrants** [2] - 40:1,
40:3
**Warrington** [20] -
10:3, 32:3, 32:15,
32:23, 33:9, 35:15,
63:4, 63:13, 63:25,
64:1, 64:16, 65:13,
79:7, 79:9, 79:12,
79:14, 81:11, 81:12,
82:25, 83:12
**Washington** [9] -
1:6, 1:16, 1:19, 1:22,
2:4, 2:9, 22:20, 33:2,
90:14
**Wasserman** [8] - 3:3,
4:9, 5:11, 37:1, 67:6,
70:21, 74:2, 82:16
**WASSERMAN** [4] -
1:20, 5:12, 67:8,
67:22
**waterfall** [1] - 13:13
**waved** [1] - 56:21
**ways** [1] - 53:19
**Wead** [56] - 5:15,
5:21, 7:1, 7:18, 8:2,
8:6, 9:25, 10:1, 14:19,
16:5, 17:23, 17:24,
18:3, 18:14, 18:18,
18:21, 19:5, 19:17,
19:19, 20:10, 20:13,
21:11, 22:2, 22:5,
23:8, 24:1, 24:4, 25:1,
26:9, 26:15, 26:19,
26:25, 27:17, 28:1,
28:6, 28:15, 29:8,
36:2, 40:16, 40:19,
40:23, 41:1, 41:7,
42:12, 42:14, 44:9,
45:11, 51:5, 53:13,
71:4, 73:17, 76:2,
76:4, 76:10, 76:15
**Wead's** [2] - 40:1,
75:14
**wearing** [1] - 45:7
**website** [4] - 51:2,
51:4, 51:12, 53:10
**week** [1] - 70:7
**weekend** [1] - 70:1
**weekends** [1] - 69:16
**welcome** [3] - 5:7,
68:18, 88:21
**well-established** [1]
- 75:8
**well-known** [4] -
6:17, 6:18, 6:19, 6:20

**whip** [1] - 44:1
**White** [4] - 44:9,
44:11, 45:2, 62:14
**whole** [10] - 23:3,
39:17, 42:22, 44:17,
45:12, 45:21, 52:10,
61:23, 66:7, 71:2
**widely** [1] - 29:25
**willful** [4] - 64:5,
65:4, 65:5, 65:7
**willfully** [5] - 33:12,
33:15, 62:8, 62:9,
65:21
**willfulness** [4] -
33:18, 33:25, 61:3,
82:15
**willing** [2] - 72:9,
78:17
**win** [5] - 8:2, 36:6,
52:25
**win-win** [2] - 8:2,
36:6
**wine** [2] - 44:16, 45:3
**winner** [4] - 45:7,
46:22, 47:19, 52:24
**wins** [2] - 47:5, 83:21
**wire** [11] - 16:3,
20:16, 20:19, 21:1,
21:2, 21:15, 22:7,
23:5, 23:6, 72:12,
81:23
**wired** [2] - 11:5,
11:17
**wires** [4] - 11:7,
22:25, 24:2, 33:3
**wiring** [2] - 22:9,
22:11
**witness** [3] - 38:10,
56:20, 61:19
**witnesses** [1] - 32:1
**woke** [1] - 69:17
**won** [1] - 72:16
**word** [4] - 37:12,
38:25, 54:14, 65:5
**words** [9] - 5:24,
37:25, 53:25, 55:7,
66:20, 66:21, 66:22,
72:1
**workday** [1] - 54:21
**workout** [1] - 37:4
**works** [1] - 21:17
**world** [2] - 45:6, 56:4
**World** [1] - 46:15
**worry** [2] - 35:17,
72:6
**worth** [7] - 5:24,
5:25, 37:25, 52:13,
53:24, 54:22, 66:20
**wound** [1] - 76:7
**write** [7] - 27:4, 27:8,

27:11, 32:23, 33:2,
50:22, 86:1
  **writes** [10] - 10:2,
15:11, 19:5, 20:22,
23:8, 26:20, 27:9,
27:12, 27:23, 28:2
  **writing** [2] - 85:6,
85:12
  **written** [1] - 32:18
  **wrote** [2] - 32:15,
75:3

## Y

  **years** [4] - 45:10,
76:17, 79:15, 81:12
  **yesterday** [9] - 15:6,
16:21, 28:12, 30:21,
49:6, 60:3, 63:5, 80:4,
82:14
  **York** [1] - 1:15
  **yourself** [2] - 69:19,
81:10
  **yourselves** [2] - 4:6,
78:3

## Z

  **zones** [1] - 49:16